UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. PIERON, JR.,<br><br>Defendant. | Case: 1:18-cr-20489<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 07-18-2018<br>SEALED MATTER (dw)<br><br>Hon. Patricia Morris<br>United States Magistrate Judge |

## INDICTMENT

**The Grand Jury Charges:**

### COUNT ONE
### TAX EVASION
### (26 U.S.C. § 7201)

From approximately April 2009 and continuing through the present, in the Eastern District of Michigan and elsewhere, JAMES D. PIERON, JR., willfully attempted to evade and defeat the payment of income taxes due and owing by him

1

to the United States of America for the calendar years 2008 and 2009, by committing affirmative acts of evasion, all in violation of 26 U.S.C. §7201.

**THIS IS A TRUE BILL.**

Dated: July 18, 2018

s/GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

s/JANET PARKER
JANET PARKER
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, MI  48708
(989) 895-5712
Janet.parker@usdoj.gov

s/ANTHONY VANCE
ANTHONY VANCE
Assistant U.S. Attorney
Branch Offices Chief

s/JULES DEPORRE
JULES DEPORRE
Assistant U.S. Attorney
600 Church Street
Flint, MI 48502
(810) 766-5177
Jules.deporre@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co | | Case: 1:18-cr-20489<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 07-18-2018<br>SEALED MATTER (dw) |

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: JMD |

**Case Title:** USA v. JAMES D. PIERON, JR.,

**County where offense occurred :** ISABELLA

**Check One:**    ☑ Felony    ☐ Misdemeanor    ☐ Petty

    X Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 18, 2018
_____
Date

s/JULES M. DePORRE
_____
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013