UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

James D. Pieron, JR.,

    Defendant.

Case: 1:18-cr-20489
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-18-2018
SEALED MATTER (dw)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT

The United States of America hereby moves for an order sealing the indictment in this case and states:

1. The indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment be sealed because it is concerned that the defendant may attempt to flee, destroy evidence, or intimidate

witnesses if the Indictment becomes a matter of public record before the defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Jules.DePorre@usdoj.gov
(810) 766-5177
P73999

Dated:  July 18, 2018

IT IS SO ORDERED.

Stephanie Dawkins Davis
United States Magistrate Judge

Entered: July 18, 2018