UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES D. PIERON, Jr.,

        Defendant.
_____/

Case No. 18-cr-20489
Magistrate Judge Patricia T. Morris

**MOTION AND ORDER TO UNSEAL**
**INDICTMENT**

The United States of America hereby moves for an order unsealing the Indictment in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government moves this court to unseal the Indictment.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney


s/JANET L. PARKER
JANET L. PARKER
Assistant United States Attorney
101 First Street, Ste. 200
Bay City, MI  48708
Telephone:  989-895-5712
E-mail:  janet.parker@usdoj.gov
Bar No.:  P-34931

Date: August 1, 2018


IT IS SO ORDERED.

Date: August 1, 2018                           S/ PATRICIA T. MORRIS
                                               Patricia T. Morris
                                               United States Magistrate Judge