MIE 458 (Rev. 07/15)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-20489 |
| James D. Pieron, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the above named defendant. I also confirm that I am an active filing user in this district with accurate contact information contained in the Electronic Filing System.

Date: August 1, 2018

_____
*Attorney's signature*

Ken Sasse
*Printed name*