UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAMES D. PIERON, JR.,

    Defendant.

Case No: 18-CR-20489
Judge: Thomas L. Ludington

---

## NOTICE OF APPEARANCE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice that Assistant U.S. Attorney Janet L. Parker enters her appearance on behalf of the United States in the above captioned case:

*Add the following AUSA(s):*

Name:    Janet L. Parker
Bar ID:    P-34931
Telephone:    989-895-5712
Fax:    989-895-5790
Email:    janet.parker2@usdoj.gov

Dated:    August 1, 2018

s/Janet L. Parker
Assistant United States Attorney
101 First St., Ste. 200
Bay City, MI   48708
Phone:   989-895-5712
E-mail: janet.parker2@usdoj.gov
(P34931)

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, the foregoing document was electronically filed by an employee of the United States Attorney's Office with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: All counsel of record.

Dated: August 1, 2018

s/Janet L. Parker
Assistant United States Attorney
101 First St., Ste. 200
Bay City, MI  48708
Phone:  989-895-5712
E-mail: janet.parker2@usdoj.gov
(P34931)