UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case 1:18-cr-20489 |
| Plaintiff, | § § | |
| v. | § § | |
| JAMES D. PIERON, JR., | § § | |
| Defendant. | § § | |

**ENTRY OF APPEARANCE**

The undersigned, being duly admitted to practice in the United States District Court Eastern District of Michigan, hereby enters an appearance for James D. Pieron, Jr.

Respectfully submitted on August 3, 2018.

                                              MINNS & ARNETT

                                              *s/ Ashley Blair Arnett*

                                              Michael Louis Minns
                                              State Bar No. 14184300
                                              mike@minnslaw.com
                                              Ashley Blair Arnett
                                              State Bar No. 24064833
                                              ashley@minnslaw.com
                                              9119 S. Gessner, Suite 1
                                              Houston, Texas 77074
                                              Telephone: (713) 777-0772
                                              Telecopy: (713) 777-0453


                                              Kenneth R. Sasse
                                              Local Counsel for James Pieron, Jr.
                                              Kenneth R Sasse PLLC

27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
(248) 821-7325
(P24365)

Attorneys for James Pieron, Jr.

### CERTIFICATE OF SERVICE

This is to certify that on this the 3rd day of August 2018, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

          *s/ Ashley Blair Arnett*
          Ashley Blair Arnett