UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | § § § § § | Case 1:18-cr-20489 |
| v. | § § § § | |
| JAMES D. PIERON, JR.,<br>*Defendant.* | § § | |

**ENTRY OF APPEARANCE**

The undersigned, being duly admitted to practice in the United States District Court Eastern District of Michigan, hereby enters an appearance for James D. Pieron, Jr.

Respectfully submitted on August 10, 2018.

MINNS & ARNETT

*/s/ Michael Louis Minns*
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453

Kenneth R. Sasse
Local Counsel for James Pieron, Jr.
Kenneth R Sasse PLLC
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
(248) 821-7325
(P24365)
**Attorneys for James Pieron, Jr.**

## CERTIFICATE OF SERVICE

    This is to certify that on this the 10th day of August 2018, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

                                      */s/ Michael Louis Minns*
                                      Michael Louis Minns