UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Plaintiff,

v.                                          Case No. 1:18–cr–20489–TLL–PTM
                                            Hon. Thomas L. Ludington
James D. Pieron, Jr,

                        Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE of hearing on [14] MOTION to Dismiss as to James D. Pieron, Jr. **Motion Hearing set for 11/7/2018 at 2:00 PM before District Judge Thomas L. Ludington.** (KWin)

    All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                        By: s/K Winslow_____
                             Case Manager

Dated:  October 22, 2018