Index of Exhibits
*United States v. James D. Pieron, Jr.*

Exhibit 1  Tolling Agreement - redacted

Exhibit 2  Form 9465 (installment Agreement Request) with Form 433-F (Collection Information Statement) - redacted