UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.                                                          Case No. 1:18–cr–20489–TLL–PTM
                                                            Hon. Thomas L. Ludington

James D. Pieron, Jr,

Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

  NOTICE of hearing on [20] MOTION in Limine , [22] MOTION Attorney Conducted Voir Dire , [21] MOTION Supplemental Juror Questionnaire and [19] MOTION to Compel as to James D. Pieron, Jr. **Motion Hearing set for 11/28/2018 at 1:30 PM before District Judge Thomas L. Ludington.** (KWin)

  All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Winslow
Case Manager

Dated:   November 5, 2018