UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | |
| v. | Thomas L. Ludington<br>United States District Judge |
| | Patricia T. Morris |
| JAMES D. PIERON, JR., | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

GOVERMENT'S RESPONSE TO MOTION FOR CONTINUANCE

Defendant James D. Pieron, Jr., has filed a motion for a continuance. (R. 18: Defendant's Motion for Continuance, 63-67). The government's response is below.

Brief

James D. Pieron, Jr., asked the court to postpone the trial in this matter from December 4, 2018 to an unspecified later date. (R. 18: Defendant's Motion for Continuance, 63-67). On November 7, 2018, the court granted Pieron's motion and adjourned the trial to February 26, 2019. Therefore, this motion is moot.

Respectfully submitted,

Date: November 14, 2018

Matthew Schneider
United States Attorney

s/Jules M. DePorre
Jules M. DePorre (P73999)

s/Janet L. Parker
Janet L. Parker (P34931)

1

| | |
|---|---|
| Assistant U. S. Attorney | Assistant U.S. Attorney |
| 600 Church Street | 101 First Street, Suite 200 |
| Flint, Michigan 48502-1280 | Bay City, MI 48708 |
| (810) 766-5026 | (989) 895-5712 |
| jules.deporre@usdoj.gov | janet.parker2@usdoj.gov |

Certificate

On November 14, 2018 I filed this pleading by using the Clerk of the Court's ECF system.  The ECF system will automatically serve counsel of record.

s/Janet L. Parker