UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | |
| v. | Thomas L. Ludington<br>United States District Judge |
| JAMES D. PIERON, JR., | Patricia T. Morris<br>United States Magistrate Judge |
| Defendant. | |
| _____/ | |

GOVERMENT'S RESPONSE TO MOTION IN LIMINE

Defendant James D. Pieron, Jr., has filed a motion *in limine*. (R. 20: Defendant's Motion in Limine, 81-85). The government's response is below.

Brief

James D. Pieron, Jr., has filed a motion *in limine*, asking the court to exclude evidence that might be offered by the government under Rule 404(b) of the Federal Rules of Evidence. (R. 20: Defendant's Motion in Limine, 81-85). However, the government does not anticipate offering evidence under Rule 4049(b). If that situation changes, the government will be cognizant of its obligation to notify Pieron of its intent to offer evidence pursuant to Rule 404(b). Accordingly, James Pieron, Jr.'s motion is not ripe for consideration by the court at this time.

Respectfully submitted,

Date:  November 14, 2018          Matthew Schneider
                                  United States Attorney

1

| | |
|---|---|
| s/Jules M. DePorre | s/Janet L. Parker |
| Jules M. DePorre (P73999) | Janet L. Parker (P34931) |
| Assistant U. S. Attorney | Assistant U.S. Attorney |
| 600 Church Street | 101 First Street, Suite 200 |
| Flint, Michigan 48502-1280 | Bay City, MI 48708 |
| (810) 766-5026 | (989) 895-5712 |
| jules.deporre@usdoj.gov | janet.parker2@usdoj.gov |

Certificate

On November 14, 2018 I filed this pleading by using the Clerk of the Court's ECF system.  The ECF system will automatically serve counsel of record.

s/Janet L. Parker