UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| JAMES D. PIERON, JR., | Patricia T. Morris |
| Defendant. | United States Magistrate Judge |
| _____/ | |

GOVERMENT'S OPPOSITION TO MOTION FOR JURY QUESTIONNAIRE

Defendant James D. Pieron, Jr., has filed a motion for a "supplemental" jury questionnaire. (R. 21: Defendant's Motion to Submit Supplemental Juror Questionnaire, 86-91). The government's opposes that motion.

Brief

James D. Pieron, Jr., has asked the court to submit a "supplemental" jury questionnaire to the jury. (R. 21: Defendant's Motion to Submit Supplemental Juror Questionnaire, 86-91). However, there is no need in this case to expend the considerable effort and resources inevitably required to prepare a jury questionnaire, distribute the questionnaire to jurors, collect the questionnaire from jurors, process the questionnaires, and redistribute the completed questionnaire to the court and all counsel.

1

This case has not generated pretrial publicity, much less the type of publicity that warrants the use of a jury questionnaire.  In addition, using a juror questionnaire creates a risk that an inappropriate disclosure of sensitive personal information may occur.  Finally, the need to correlate the information contained in juror questionnaires with the individuals questioned during *voir dire* gives rise to delay rather expedition in the jury selection process.

For all of these reasons, James Pieron, Jr.'s motion for use of a jury questionnaire should be denied.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  November 14, 2018 | Matthew Schneider<br>United States Attorney |
| s/Jules M. DePorre<br>Jules M. DePorre (P73999)<br>Assistant U. S. Attorney<br>600 Church Street<br>Flint, Michigan 48502-1280<br>(810) 766-5026<br>jules.deporre@usdoj.gov | s/Janet L. Parker<br>Janet L. Parker (P34931)<br>Assistant U.S. Attorney<br>101 First Street, Suite 200<br>Bay City, MI 48708<br>(989) 895-5712<br>janet.parker2@usdoj.gov |

Certificate

On November 14, 2018 I filed this pleading by using the Clerk of the Court's ECF system.  The ECF system will automatically serve counsel of record.

s/Janet L. Parker