UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| | Patricia T. Morris |
| JAMES D. PIERON, JR., | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

GOVERMENT'S RESPONSE TO MOTION FOR
ATTORNEY-CONDUCTED VOIR DIRE

Defendant James D. Pieron, Jr., has filed a motion asking the court to allow counsel to conduct voir dire.  (R. 22: Defendant's Motion for Attorney-Conducted Voir Dire, 92-100).  The government's response is below.

Brief

James D. Pieron, Jr., has asked the court to allow counsel to conduct voir dire.  (R. 22: Defendant's Motion for Attorney-Conducted Voir Dire, 92-100).  As Pieron's experienced and able local counsel undoubtedly would have informed Pieron if he had been consulted, it is the court's practice to allow counsel to conduct reasonable *voir dire*.  Therefore, this motion should be denied as moot.

Respectfully submitted,

Date:  November 14, 2018

Matthew Schneider
United States Attorney

| | |
|---|---|
| s/Jules M. DePorre | s/Janet L. Parker |
| Jules M. DePorre (P73999) | Janet L. Parker (P34931) |
| Assistant U. S. Attorney | Assistant U.S. Attorney |
| 600 Church Street | 101 First Street, Suite 200 |
| Flint, Michigan 48502-1280 | Bay City, MI 48708 |
| (810) 766-5026 | (989) 895-5712 |
| jules.deporre@usdoj.gov | janet.parker2@usdoj.gov |

Certificate

On November 14, 2018 I filed this pleading by using the Clerk of the Court's ECF system. The ECF system will automatically serve counsel of record.

s/Janet L. Parker