UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                         Case No. 18-CR-20489

                        Plaintiff,               Thomas L. Ludington
            v.                                    United States District Judge

                                                  Patricia T. Morris
JAMES D. PIERON, JR.,                             United States Magistrate Judge

                        Defendant.
_____/

GOVERMENT'S SUPPLEMENTAL RESPONSE TO
MOTION FOR CONTINUANCE

Defendant James D. Pieron, Jr., filed a motion for a continuance.  (R. 18:

Defendant's Motion for Continuance, 63-67).  Though the government filed an

initial response to Pieron's motion for a continuance (R. 26: Govt's Response, 126-

27), the government files a supplemental response below.

Brief

James D. Pieron, Jr., asked the court to postpone the trial in his case from

December 4, 2018 to an unspecified later date.  (R. 18: Defendant's Motion for

Continuance, 63-67).  Pieron's motion for an adjournment of his trial was based in

large part on his counsel's involvement with a trial in *United States v. Pursley*,

then scheduled to begin on November 27, 2018, and his local counsel's

involvement in a trial then scheduled to begin in Flint on January 22, 2019.  (*Id.*,

1

66).  Pieron agreed in his motion that the time of the adjournment of his December

4, 2018 trial date was excludable under the Speedy Trial Act.  (*Id.*, 65).[1]

On November 7, 2018, during a discussion held in chambers, the court

granted Pieron's motion and adjourned his trial to February 26, 2019.

Subsequently, counsel for the government have learned that the *Pursley* trial has

been adjourned without date and the defendant in the January 22, 2019 trial

involving Pieron's local counsel has signed a Rule 11 plea agreement.  It thus

appears that the recited trial conflicts for Pieron's counsel are not an impediment to

starting the Pieron trial on the current trial date of February 26, 2019.

However, government's counsel makes this supplemental response for two

reasons.  First, other than the reference to the February 26, 2019 trial date in the

government's initial response to Pieron's motion to adjourn his trial (R. 26: Govt's

Response, 126), the docket apparently does not reflect Pieron's February 26, 2019

trial date.  Second, and more important, the docket also does not reflect the

acknowledgement made by Pieron in his motion, and relied upon by the court in

---

[1] The citation to 18 U.S.C. §3161(h)(8) in Pieron's motion (R. 18: Defendant's
Motion for Continuance, 65), in context, appears to be a citation to an earlier
version of the Speedy Trial Act, in which the subsection now codified as
§3161(h)(7) was found at §3161(h)(8).  (See Pub. L. 10406, Technical
Amendments Act, §13, deleting (h)(5) and renumbering (h)(6) - (h)(8), effective
October 13, 2008).  That change in codification has generated many footnotes in
legal documents discussing the same contextual provisions of the STA.  It is not
worth contemplating whether the person(s) who changed the codification ever
contemplated the complication that the change created.

adjourning the December 4, 2018 trial date, that the time from December 4, 2018 to February 26, 2019 is an "ends of justice" excludable period of delay under the Speedy Trial Act.  That finding is appropriate because Pieron's trial was adjourned at Pieron's request to provide him continuity of counsel.  18 U.S.C. §3161(h)(7)(A) and (B)(iv).  These matters need to be addressed by the court.

Therefore, the court should enter a written order documenting the fact that the court has granted Pieron's motion to adjourn and scheduled Pieron's trial for February 26, 2019, and include the court's prior finding that the period between December 4, 2018 and February 26, 2019 is excludable under the Speedy Trial Act because an "ends of justice" adjournment was granted to provide James D. Pieron, Jr., continuity of counsel.  18 U.S.C. §3161(h)(7)(A) and (B)(iv) .

<div style="margin-left:50%;">

Respectfully submitted,

</div>

Date:  December 10, 2018

Matthew Schneider
United States Attorney

s/Jules M. DePorre
Jules M. DePorre (P73999)
Assistant U. S. Attorney
600 Church Street
Flint, Michigan 48502-1280
(810) 766-5026
jules.deporre@usdoj.gov

s/Janet L. Parker
Janet L. Parker (P34931)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
janet.parker2@usdoj.gov

<div style="text-align:center;">Certificate</div>

On December 10, 2018 I filed this pleading by using the Clerk of the Court's ECF system.  The ECF system will automatically serve counsel of record.

s/Janet L. Parker