MIED (Rev. 01/10) Consent to Jury Selection Proceedings Being Conducted by U.S. Magistrate Judge – CRIMINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

James D. Pieron, Jr.,

    Defendant(s).

Case No. 18-20489

Honorable Thomas L. Ludington

Magistrate Judge Patricia T. Morris

**CONSENT TO JURY SELECTION PROCEEDINGS
BEING CONDUCTED BY UNITED STATES MAGISTRATE JUDGE**

In accordance with E.D. Mich. LR 72.1(a)(2)(I), the parties in this case hereby voluntarily waive their right to jury selection being conducted by the District Judge to whom this case is assigned, and consent to this proceeding being conducted by a Magistrate Judge.

_____
Counsel for Plaintiff(s)

_____Ashley Blair Arnett_____
Counsel for Defendant

_____
Defendant

**ORDER OF REFERENCE**

In accordance with the foregoing consent of the parties, and pursuant to the Local Rule,

IT IS ORDERED that jury selection proceedings shall take place before United States Magistrate Judge Patricia T. Morris on February 26, 2019 at 8:30 am.

Date: February 12, 2019

s/Thomas L. Ludington
Thomas L. Ludington
United States District Judge