UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,  Case No. 18-CR-20489

    Plaintiff,  Hon. Thomas L. Ludington
United States District Judge

v.

                Hon. Patricia Morris
JAMES D. PIERON, JR.,  United States Magistrate Judge

    Defendant.
_____/

**INDEX OF EXHIBITS**

| Ex. No. | Description |
| --- | --- |
| 1 | Pieron Profile/ Resume |
| 2 | Tolling Agreement |
| 3 | March 15, 2018, Letter regarding payment |
| 4 | September 27, 2018, Letter regarding payment |
| 5 | Receiver's Memo to IRS Agent Hollabaugh |
| 6 | Offer in Compromise Doubt as to Liability, filed April 7, 2014 |