EXHIBIT A

# JDFX

## MANAGEMENT TEAM

PARTNER, Chief Executive Officer

JDFX (A)
Columbus Center, 1st Floor
P.O. Box 800
Road Town, Tortola
British Virgin Islands

+41 (0) 76 362 24 00 (M)
+41 (0) 1 208 31 66 (T)
+41 (0) 1 208 35 00 (F)
james.pieron@jdfx.com (E)
www.jdfx.com (W)

### EDUCATION
- B.S. in Computer Science
- B.S. in Philosophy
- Minor in Applied Mathematics

### HIGHLIGHTS
- CEO, JDFX
- CEO, FJ Technologie AG, Zuerich, Switzerland
- CEO, Pieron Technologies Inc., Detroit, Michigan
- Founder, Techical Lead, Swissforex AG, Zuerich, Switzerland
- Technical Lead, A.F.I.S., F.B.I., Washington DC
- Technical Lead, Project Broadband, AT&T Communications, Detroit, Michigan
- Technical Lead, 64-Bit Lifecycle, UBS Warburg, Geneva/Zurich, Switzerland
- Technical Lead, CaTs Automated Stock Exchange System, UBS, Zuerich, Switzerland
- Technical Lead, U.C.A.S. System, Department of Defense, Frankfurt, Germany

### SUMMARY

Mr. Pieron serves as the Chief Executive Officer of JDFX. In 2003, he wrote, tested and prototyped the stochastic based algorithms of the APBs (Automated Prime Brokerage System). In early 2004, these algorithms were patented by Swiss Authority (Eidgenoessisches Patentamt) and the project was launched.

Mr. Pieron started writing code at age 12, and at age 17 was quickly recruited by the United States Department of Defense to build a secure transmission of classified data (U.C.A.S.). After the completion of the UCAS assignment he was sent to Central Michigan University to complete his studies. Immediately after graduation, he was recruited by the F.B.I. for the A.F.I.S Project (Automated Fingerprint Identification System).

In 1997, Mr. Pieron started moving from Communications and Security into Financial Enterprise Syems. In 1998, he was the Technical Lead for CaTs (UBS, Trading System). In 2000, he returned to United States and founded Pieron Technologies Inc., which was an IT (Financial Systems) supplier of the Daimler Chrysler/Mercedes merger.

In 2001, Mr Pieron returned to Zuerich where he designed and sold the 64-Bit Lifecycle project to UBS. After the completion of the UBS Project, Mr Pieron started a partnership with Swissforex, to build a forex pooli system (Forex Fund) to trade foreign currencies. In 2003, he left Swissforex and joined JDFX Technologies AG, a Software Development company and IT Provider of Automated Trading Systems.

please destroy immediately. JDFX expressly prohibits any unauthorized use, reproduction, or distribution of this document in conjunction with the relevant legal codes.


GOVERNMENT EXHIBIT 1

EXHIBIT A

SEC-EM-BECK-0030660

23237