

# MINNS ARNETT
T R I A L   L A W Y E R S

**THE MINNS BUILDING**

9119 S. Gessner Suite One
Houston, TX 77074
(713) 777-0772
www.minns-arnett.com

March 15, 2018

Department of the Treasury      *Via CMRRR 7003 1680 0002 3639 0176*
Internal Revenue Service Center
Cincinnati, OH 45999-0025

    **RE:** *Application of Cash Bond*

        *James Pieron, Jr.*
        SSN: [redacted]

Dear Sir or Madam:

Enclosed please find check no. 174 in the amount of SIX HUNDRED TWENTY-SEVEN THOUSAND TWO HUNDRED FORTY-FOUR AND 62/100 DOLLARS ($627,244.62) on behalf of our client, Mr. James Peiron, Jr. The proceeds of this check are tendered as a cash bond to be applied to the outstanding federal tax liabilities, if any, of Mr. Pieron; first for the years 2008 and then if more is owed or claimed by the Government for 2009.

If the cash bond is insufficient to pay the full tax liability, this payment shall be applied first to the tax, second to the penalty and lastly to the interest (e.g. any liability for 2008 shall be satisfied before the liability for 2009 is satisfied).

Only after the federal tax liabilities of the forgoing taxpayer are satisfied should the balance of the payment be refunded to Mr. Peiron.

Sincerely,



Ashley Blair Arnett



GOVERNMENT EXHIBIT 3

MA_00043