UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington<br>United States District Judge |
| v. | Patricia T. Morris |
| JAMES D. PIERON, JR., | United States Magistrate Judge |
| Defendant.<br>_____/ | |

Government's Notice of Intent to Offer FRE 404(b) Evidence

The government hereby gives notice to the defendant of the government's intent to offer evidence pursuant to Rule 404(b) of the Federal Rules of Evidence. The evidence, both testimonial and in the form of an exhibit (bates 25576), will be that the defendant did not pay employee withholding taxes to the United States for the employees of Komplique, the defendant's solely-owned business at the relevant time. The testimony and exhibit will be offered as evidence of the defendant's plan and intent to evade the payment of taxes he owed to the United States.

Respectfully submitted,

Date: February 25, 2019

Matthew Schneider
United States Attorney

s/Jules M. DePorre
Jules M. DePorre (P73999)
Assistant U. S. Attorney
600 Church Street

s/Janet L. Parker
Janet L. Parker (P34931)
Assistant U.S. Attorney
101 First Street, Suite 200

Flint, Michigan 48502-1280  
(810) 766-5026  
jules.deporre@usdoj.gov

Bay City, MI 48708  
(989) 895-5712  
janet.parker2@usdoj.gov

## **CERTIFICATE OF SERVICE**

On February 25, 2019, I filed the above document with the court using the ECF system which will automatically serve counsel of record.

s/Janet Parker