UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES D. PIERON, JR.,

        Defendant.
_____/

Case No. 18-CR-20489

Honorable Thomas L. Ludington

### Verdict Form

As to the charge that James D. Pieron, Jr., willfully attempted to evade and defeat the payment of the income taxes due and owing by him to the United States for the calendar years 2008 and 2009, we, the jury, unanimously find the defendant:

_____ Not guilty.                                          __X__ Guilty.

Dated: March 7th, 2019

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.