UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 18-CR-20489

    Plaintiff,   Hon. Thomas L. Ludington
v.   United States District Judge

JAMES D. PIERON, JR.,   Hon. Patricia Morris
       United States Magistrate
    Defendant.
_____/

**APPEARANCE OF MARK PENDERY**

NOW COMES Mark Pendery of Honigman LLP, and hereby enters his Appearance on behalf of the Defendant in the above-entitled case.

Dated: March 8, 2019

By:    */s/ Mark S. Pendery*
Mark S. Pendery (P57683)
Honigman LLP
300 Ottawa Avenue, NW, Suite 400
Grand Rapids, MI 49503
Telephone: (616) 649-1910
mpendery@honigman.com

30368643.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing, with the Clerk of the Court using the ECF system which will serve all counsel of record; and caused this document to be served via email upon all counsel of record.

*/s/ Mark S. Pendery*
Mark S. Pendery
