UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case 1:18-cr-20489 |
| Plaintiff, | § § | |
| v. | § § | |
| JAMES D. PIERON, JR., | § § | |
| Defendant. | § § | |

## MOTION TO WITHDRAW

TO THE HONORABLE COURT:

James D. Pieron Jr., through counsel, moves this Court to enter an order allowing attorneys Michael Louis Minns and Ashley Blair Arnett to withdraw as counsel of record filed herewith is a statement in support of said Motion.

RESPECTFULLY SUBMITTED on April 3, 2019.

MINNS & ARNETT

_/s/ Ashley Blair Arnett_
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com

        9119 S. Gessner, Suite 1
        Houston, Texas 77074
        Telephone: (713) 777-0772
        Telecopy: (713) 777-0453

Attorneys for James Pieron, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on this the 3rd day of April 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

        */s/ Ashley Blair Arnett*
        Ashley Blair Arnett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case 1:18-cr-20489 |
| Plaintiff, | § § | |
| v. | § § | |
| JAMES D. PIERON, JR., | § § | |
| Defendant. | § § | |

**MOTION TO WITHDRAW**

TO THE HONORABLE COURT:

Michael Louis Minns and Ashley Blair Arnett, attorneys for James D. Pieron, Jr., move this Court for an order allowing attorneys with the law firm of Minns & Arnett (all herein referred to as counsel) to withdraw as attorneys of record based upon communications from their client that the attorney client relationship has been terminated. This termination was confirmed in a phone call with the client on April 2, 2019.

The client has instructed counsel that counsel has no authority to proceed. Counsel has advised the Government, and the Government takes no position on the motion to withdraw. There are two other attorneys currently of record on this case.

RESPECTFULLY SUBMITTED on April 3, 2019.

MINNS & ARNETT

*/s/ Ashley Blair Arnett*
Michael Louis Minns
State Bar No. 14184300
mike@minnslaw.com
Ashley Blair Arnett
State Bar No. 24064833
ashley@minnslaw.com
9119 S. Gessner, Suite 1
Houston, Texas 77074
Telephone: (713) 777-0772
Telecopy: (713) 777-0453

Attorneys for James Pieron, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on this the 3rd day of April 2019, a true and correct copy of the above and foregoing instrument was served upon all counsel of record.

*/s/ Ashley Blair Arnett*
Ashley Blair Arnett