# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES D. PIERON, JR.,<br><br>　　　　　　　Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington<br><br>**NOTICE OF APPEARANCE** |

　　　This is notice that Patrick J. Hurford, a member of the law firm of Honigman LLP, is entering an appearance as counsel of record for defendant James D. Pieron, Jr.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Patrick J. Hurford
　　　　　　　　　　　　　　　　　Patrick J. Hurford
　　　　　　　　　　　　　　　　　Honigman LLP
　　　　　　　　　　　　　　　　　660 Woodward Ave.
　　　　　　　　　　　　　　　　　Detroit, MI  48226
　　　　　　　　　　　　　　　　　313.465.7382
　　　　　　　　　　　　　　　　　phurford@honigman.com
　　　　　　　　　　　　　　　　　P82903

Dated:  April 8, 2019

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                            Respectfully submitted,

                                            /s/ Patrick J. Hurford
                                            Patrick J. Hurford
                                            Honigman LLP
                                            660 Woodward Ave.
                                            Detroit, MI 48226
                                            313.465.7382
                                            phurford@honigman.com