UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 18-20489
v        Honorable Thomas L. Ludington

JAMES D. PIERON, JR.,

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

On July 18, 2018, the U.S. Government issued an indictment against Defendant James D. Pieron alleging that he committed tax evasion. ECF No. 1. On March 7, 2019, a jury found Defendant guilty of tax evasion. The next day, Mark S. Pendery filed an appearance as an attorney representing Defendant. ECF No. 50. On April 3, 2018, Michael Minns and Ashley Arnett filed a motion to withdraw as attorneys for Defendant. ECF No. 56. On April 8, 2019, Patrick J. Hurford filed an appearance as an attorney representing Defendant. ECF No. 57.

Defendant represents that the Government does not oppose the motion. Furthermore, Defendant will still have counsel upon the withdrawal of Mr. Minns and Ms. Arnett.

Accordingly, it is **ORDERED** that Defendant's motion of withdrawal of attorneys, ECF No. 56, is **GRANTED**.

Dated: April 9, 2019        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge