UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES D. PIERON, JR., <br><br> Defendant. | Case No. 18-cr-20489 (TLL)(PTM) <br> Hon. Thomas L. Ludington |

**STIPULATED ORDER FOR EXTENSION OF
TIME TO FILE MOTIONS FOR ACQUITTAL AND NEW TRIAL**

The parties stipulate and agree to the entry of an order to extend defendant James D. Pieron, Jr.'s deadlines to file motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure from May 6, 2019 to May 15, 2019. In support, the parties state the following.

1. On March 7, 2019, the jury returned a guilty verdict against Pieron as to count one of the indictment. (Trial Tr. at PgID 1122–23.)

2. On the same day, this Court granted Pieron's motion to extend the deadline by sixty days to file motions for acquittal and a new trial under Rules 29 and 33, respectively. (*Id*. at PgID 1129.) The current deadline for filing those motions is May 6, 2019.

3.  Pieron's counsel requires additional time to complete and file the motions.

4.  The parties agree to a 9-day extension of the deadline to file motions for acquittal and a new trial to enable Pieron's counsel to provide effective representation.  This extension would create a new deadline of May 15, 2019.

5.  Pieron agrees to provide the government the same courtesy of an extension should it need additional time to file responses to the post-trial motions.

Respectfully submitted,

| /s/ Patrick J. Hurford | /s/ Janet L. Parker (w/ permission) |
|---|---|
| Patrick J. Hurford | Janet L. Parker |
| Honigman LLP | U.S. Attorney's Office |
| 660 Woodward Ave. | 101 First Street, Suite 200 |
| Detroit, MI  48226 | Bay City, MI 48708-5747 |
| 313.465.7382 | 989.895.5712 |
| phurford@honigman.com | janet.parker2@usdoj.gov |
| P82903 | |

Dated:  April 29, 2019

It is so **ORDERED**.

Dated: April 30, 2019                              s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge