# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES D. PIERON, JR.,<br><br>　　　　　Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington |

## INDEX OF EXHIBITS TO MOTION FOR JUDGMENT OF ACQUITTAL

| Exhibit | Description |
|---|---|
| A | Def.'s Proposed Jury Instructions |
| B | Gov. Ex. 45 |
| C | Gov. Ex. 46 |
| D | Gov. Ex. 47 |
| E | Gov. Ex. 102 |
| F | Gov. Ex. 19 |
| G | Gov. Ex. 129 |
| H | Gov. Exs. 170–72 |

31057603.1