**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES D. PIERON, JR.,<br><br>        Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington |

**INDEX OF EXHIBITS TO MOTION FOR NEW TRIAL**

| Exhibit | Description |
|---|---|
| 1. | Def.'s Proposed Jury Instructions |
| 2. | Gov. Ex. 40 |
| 3. | Gov. Ex. 42 |
| 4. | Fred Gavin Decl. |
| 5. | Gov. Ex. 138 |
| 6. | Gov. Ex. 65 |
| 7. | Gov. Ex. 119 |
| 8. | Gov. Ex. 68 |
| 9. | Gov. Ex. 18 |
| 10. | Gov. Ex. 115 |

31075273.1

| | |
|---|---|
| 11. | Gov. Ex. 129 |
| 12. | Gov. Ex. 102 |
| 13. | Gov. Ex. 70 |
| 14. | Gov. Ex. 114 |
| 15. | Gov. Ex. 120D |
| 16. | Gov. Ex. 91 |
| 17. | Gov. Ex. 109 |
| 18. | Gov. Ex. 112 |
| 19. | Gov. Ex. 134 |
| 20. | Gov. Ex. 175 |
| 21. | Gov. Ex. 107B |
| 22. | Gov. Ex. 130, |
| 23. | Gov. Ex. 108B |
| 24. | Gov. Ex. 120F |
| 25. | Gov. Ex. 121C |
| 26. | Gov. Ex. 128 |
| 27. | Gov. Ex. 169 |
| 28. | Gov. Ex. 176 |
| 29. | Gov. Ex. 168 |
| 30. | Gov. Ex. 170 |
| 31. | Gov. Ex. 171 |
| 32. | Gov. Ex. 172 |

31075273.1