# EXHIBIT 7

PLACEHOLDER FOR DOCUMENT TO BE
SEALED PURSUANT TO LR 5.3(b)(3)(B)(iii)