# EXHIBIT 16

IB Technologies Inc
Loan from Shareholder

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Loan Payable-Shareholder JP** | | | | | | 0.00 |
| Transfer | 11/18/2009 | | | Funds Transfer | 749,975.00 | 749,975.00 |
| Transfer | 04/05/2010 | | | James Pieron / Setup of ILQ Holdings LLC | -250,000.00 | 499,975.00 |
| General Journal | 04/05/2010 | 4 | | loan interest added to note bal after partial payment | 8,506.56 | 508,481.56 |
| Check | 07/28/2011 | 092915 | James D Pieron | loan payment | -350,000.00 | 158,481.56 |
| Check | 07/29/2011 | 75050154 | James D Pieron | payment on note | -8,625.00 | 149,856.56 |
| Check | 07/29/2011 | 55176708 | James D Pieron | payment on note | -15,000.00 | 134,856.56 |
| Check | 07/29/2011 | 95625676 | James D Pieron | payment on note | -15,000.00 | 119,856.56 |
| Check | 08/09/2011 | 4744765 | Cash | payment on note | -5,000.00 | 114,856.56 |
| Check | 08/18/2011 | 1420 | Cash | withdrawal from bank | -5,000.00 | 109,856.56 |
| Check | 08/29/2011 | | James D Pieron | withdrawal from bank | -12,050.00 | 97,806.56 |
| Check | 08/29/2011 | | James D Pieron | withdrawal from bank | -10,000.00 | 87,806.56 |
| Check | 11/28/2011 | 1422 | Pieron, James | balance of cash account | -6,684.24 | 81,122.32 |
| **Total Loan Payable-Shareholder JP** | | | | | 81,122.32 | 81,122.32 |
| **TOTAL** | | | | | 81,122.32 | 81,122.32 |

Capital Contributions

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Transfer | 05/08/2009 | | | | 0.01 | 0.01 |
| Wire transfer | 06/08/2009 | | James Pieron | | 100,000.00 | 100,000.01 |
| Funds Transfer | 06/29/2009 | | | | -2,000.00 | 98,000.01 |
| Funds Transfer | 08/03/2009 | | | pay cash out prior to company opening | -20,000.00 | 78,000.01 |
| Wire transfer | 10/15/2009 | | | | 500,000.00 | 578,000.01 |
| Wire transfer | 11/19/2009 | | JDFX Fund Mgt | | -500,000.00 | 78,000.01 |
| **TOTAL** | | | | | 78,000.01 | 78,000.01 |

GOVERNMENT'S EXHIBIT 91 US v. PIERON

01018