# EXHIBIT 30

# MotorCars INTERNATIONAL

3015 E Cairo St.
Springfield, MO 65802
T: 417.831.9999  F: 417.831.9995
www.motorcars-intl.com

## PURCHASE AGREEMENT

**DATE:** 10/17/13
**PURCHASER'S NAME:** KRESCENT MEDIA, LLC
**STREET ADDRESS:** 25 IONIA, SUITE 400
**CITY, STATE, ZIP:** GRAND RAPIDS, MI 49503
**E-MAIL ADDRESS:**
**RES. PHONE:**  **BUS. PHONE:**  **FAX PHONE:**

PLEASE ENTER MY ORDER FOR THE FOLLOWING:
☐ NEW  ☒ USED
**YEAR:** 2013  **MAKE:** MERCEDES
**MODEL:** G63 AMG  **MILEAGE:** 328
**EXTERIOR:** WHITE  **INTERIOR:** BLACK  **VIN:** WDCYC7DFXDX213238
**SOURCE:**  **SALESMAN:** JEFF CORNWELL  **STOCK NO.:** M4942

- BUYER TO SEND $70,000.00 VIA WIRE TRANSFER ON 10/17/2013 TO SECURE CAR.
- SELLING VEHICLE TO BE AS DESCRIBED AT TIME OF DELIVERY.
- TRADE IN TO BE FREE FROM ANY PREVIOUS OR EXISTING DAMAGE OR PAINTWORK AND TO INCLUDE ALL BOOKS, KEYS, ETC.
- BUYER TO PAY FOR SHIPPING OF 2013 G63, SELLER TO PAY FOR SHIPPING OF TRADE.

*IN THE EVENT THAT THE VEHICLE IS SHIPPED TO BUYER, BUYER SHALL BEAR THE RISK OF ANY LOSS OR DAMAGE TO VEHICLE IN TRANSIT. ANY EXPENSE INCURRED IN TRANSPORTING THE VEHICLE TO BUYER IS THE RESPONSIBILITY OF BUYER. BUYER MAY CHOOSE TRANSPORT CARRIER OF THEIR CHOICE.
*PLEASE SIGN THE FRONT OF THE PURCHASE AGREEMENT, INITIAL THE SECOND PAGE AND RETURN VIA FAX TO 417/831-9995. THANK YOU.

### TRADE-IN AND/OR DEPOSITS

| | |
|---|---|
| YEAR | 2009 |
| MAKE | MERCEDES-B |
| MODEL | S-CLASS |
| MILEAGE | |
| EXTERIOR | WHITE |
| INTERIOR | |
| VIN | WDCYR71EX9X177472 |
| TRADE-IN ALLOWANCE | $69,500.00 |
| PAYOFF | $ N/A |
| DEPOSIT | $ N/A |
| TOTAL CREDITS | $69,500.00 |
| ACV | |

| | |
|---|---|
| CASH SALE OF DESCRIBED VEHICLE... | $ 139,325.00 |
| ADMINISTRATIVE FEE | $ 175.00 |
| TRANSPORTATION * Price Quoted for Vehicle is FOB, Springfield, MO | N/A |
| 1. TOTAL PURCHASE PRICE | 139,500.00 |
| 2. TOTAL CREDITS | $ 69,500.00 |
| 3. UNPAID CASH BAL. DUE (Diff. between items 1 & 2) | $ ~~70,000.00~~ Paid in full |

### PAYOFF INFORMATION

Payoff Amount: N/A  Lienholder:
Payoff Good Until: ___ Per Diem ___  Address:
Verified By: ___  Phone ___  Contact ___

**FACTORY WARRANTY:** ANY WARRANTY ON ANY NEW VEHICLE OR USED VEHICLE STILL SUBJECT TO A MANUFACTURER'S WARRANTY IS THAT MADE BY THE MANUFACTURER ONLY. THE SELLER HEREBY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**USED VEHICLE WHETHER OR NOT SUBJECT TO MANUFACTURER'S WARRANTY:** UNLESS A SEPARATE WRITTEN INSTRUMENT SHOWING THE TERMS OF ANY DEALER WARRANTY OR SERVICE CONTRACT IS FURNISHED BY DEALER TO BUYER, THIS VEHICLE IS SOLD "AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED," AND THE SELLER HEREBY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

THE FRONT AND BACK OF THIS ORDER COMPRISE THE ENTIRE AGREEMENT AFFECTING THIS PURCHASE AND NO OTHER AGREEMENT OR UNDERSTANDING OF ANY NATURE CONCERNING SAME HAS BEEN MADE OR ENTERED INTO, OR WILL BE RECOGNIZED. I HEREBY CERTIFY THAT NO CREDIT HAS BEEN EXTENDED TO ME FOR THE PURCHASE OF THIS MOTOR VEHICLE EXCEPT AS APPEARS IN WRITING ON THE FACE OF THIS AGREEMENT. I HAVE READ THE MATTER PRINTED ON THE BACK HEREOF AND AGREE TO IT AS A PART OF THIS ORDER THE SAME AS IF IT WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT I AM OF LEGAL AGE, AND HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER.

**THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES.**

"THIS ORDER IS A CONDITIONAL SALES CONTRACT SUBJECT TO THE OCCURRENCE OF CERTAIN CONDITIONS PRECEDENT AS NOTED ON THE REVERSE SIDE OF THIS AGREEMENT."

PURCHASER'S SIGNATURE  DATE 10/17/13  ACCEPTED BY: ___ DEALER OR HIS AUTHORIZED REPRESENTATIVE

**GOVERNMENT'S EXHIBIT 170** — US v. PIERON

## A. CONDITIONAL PRECEDENT

1. The obligations and duties of both the Buyer and the Seller, under this Agreement, shall become binding only when a conforming vehicle becomes identified to the Contract. Under the provisions of this Agreement, identification occurs when and only when a conforming vehicle comes into the possession of the Seller and is held by the Seller for a period of 72 hours after its delivery. For the purposes of this subparagraph, a vehicle is conforming notwithstanding the absence of optional equipment purchased by the Buyer and installed, after delivery, by the Seller.

2. Immediately upon identification of the goods (i.e., the vehicle) to the Contract, the Buyer is obligated to pay Seller in accordance with the terms of this Agreement, the balance of the purchase price in U.S. currency through a cashier's check or with bank certified funds. <u>Failure to make the required payments by the Buyer upon identification of the goods to the Contract, constitutes a material breach of this Contract and entitles Seller to retain all deposits made by the Buyer as liquidated damages. The Seller may also as liquidated damages, sell the trade-in vehicle and repay itself with the proceeds of that sale.</u>

3. Parties to this Agreement (i.e., both the Buyer and the Seller) acknowledge and understand that the manufacturer has reserved the right to change the price to the dealer of a new motor vehicle without notice. In the event that the price the dealer of a new motor vehicle of the series and body type ordered hereunder is changed by the manufacturer prior to identification of the goods occurring under this Contract, the dealer reserves the right to change the cash delivered price of such motor vehicle to the purchaser accordingly. If such cash delivered price is increased by the dealer, purchaser may if dissatisfied therewith cancel this order if said right is exercised within 72 hours after being notified of the increase in the cash delivered price. All notices under this subparagraph must be in writing and served on the dealer at the address provided by herein prior to the expiration of that 72 hour time period. Failure to so notify Seller, shall constitute an acceptance of the price increase by the Purchaser of remaining obligations and duties under the terms and conditions of the Agreement.

## B. ADDITIONAL TERMS & CONDITIONS

1. As used in this Order the terms (a) "Dealer" shall mean the authorized Dealer to whom this Order is addressed and who shall become a party hereto by its acceptance hereof, (b) "Purchaser" shall mean the party executing this Order as such on the face hereof, and (c) "manufacturer" shall mean the Corporation that manufactured the vehicle or chassis, it being understood by Purchaser and Dealer that Dealer is in no respect the agent of Manufacturer, that Dealer and Purchaser are the sole parties to this Order and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Dealer and Manufacturer with respect to new motor vehicles.

2. **PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.**

3. TRADE-IN VEHICLE: Buyer guarantees that the trade-in vehicle is Buyer's property, free and clear of all liens and encumbrances. If the used motor vehicle which has been traded in as a part of the consideration for the motor vehicle ordered hereunder is not to be delivered to Dealer until delivery to Purchaser of such motor vehicle shall be reappraised at that time and such reappraised value shall determine the allowance made for such used motor vehicle. If such reappraised value is lower than the original allowance therefore shown on the front of this Order, Purchaser may, if dissatisfied therewith, cancel the Order, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Purchaser and surrender of the used motor vehicle to dealer.

4. Buyer agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as a part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such used motor vehicle to Dealer.

5. TIME OF PERFORMANCE: Both the Seller and the Buyer acknowledge that TIME IS NOT OF THE ESSENCE with respect to this Contract. The Buyer remains obligated to perform under the terms and conditions of this Agreement upon identification of the goods to the Contract regardless of when that identification occurs. Furthermore, the Seller is not liable for any damages resulting from any delay in delivery or the failure to deliver to the purchase of the motor vehicle described on the reverse side of this Agreement regardless of whether the failure to deliver due in whole or in part to any cause, even the Seller's negligence. Upon Seller learning that conforming goods can no longer be supplied under this Contract, Seller is obligated to notify the Buyer of this inability to perform within 10 days after learning of the inability to perform and is entitled to cancel this Agreement without further obligation. The notification by the Seller must be mailed to the Buyer at the address listed on the reverse side of this Agreement.

6. TAXES: Purchaser shall be liable for the payment of all sales, use and other taxes of a like or similar nature which applies to the transaction detailed on the reverse side of this Agreement and agrees to hold Seller harmless and to fully indemnify Seller of and from any and all tax liability to any taxing authority as a result of the conclusion of the transaction described on the reverse side hereof. The Purchaser acknowledges that applicable taxes are part of the sales price and any refusal to pay same by the Purchaser shall be deemed a material breach by said Purchaser.

7. MODIFICATION: No modification, change, addition, or deletion hereto shall be valid, binding or enforceable unless in writing and signed by the parties hereto.

8. ARBITRATION: Any controversy or claim arising out of or relating to this Contract, or the breach thereof, shall be settled by arbitration held in the City of Springfield, MO in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court of the State of Missouri having jurisdiction thereof. This Contract shall be deemed to have been made and shall be governed by the laws of the State of Missouri. Buyer and Seller consent to the jurisdiction of the Circuit Court of Greene County, Missouri, for all purposes relating to this Contract. The arbitrators shall have the authority to award the prevailing party the costs of the arbitration, including reasonable attorney's fees.

9. NOTICES: All notices to be given hereunder shall be by certified mail, return receipt requested, and shall be mailed to the parties at their respective addresses set forth on this Agreement.

10. INTEGRATION: This Agreement constitutes the entire understanding of the parties. There are no agreements, understandings, representations, restrictions or promises or warranties other than as specifically set forth herein and no statement, warranty or representation other than specifically set forth herein is deemed by either party to be material to the promises contained hereof.

11. FINAL AGREEMENT: It is the express and specific intention of the parties that this Agreement supersedes and modifies all prior agreements of the parties, in all respects, and all prior agreements between the parties of any kind or nature are herewith declared null and void without force and effect. This Agreement may not be modified except by subsequent written agreement of the parties signed and executed by all the parties to be charged.

12. ATTORNEYS FEES AND COSTS: The Buyer acknowledges that the Seller shall be entitled to recover from the Buyers its attorneys fees and any and all costs incurred by the Seller if the Seller is required to engage the service of legal counsel in order to enforce the provisions of this Agreement against the Buyer for any breach the Buyer commits; such sums (i.e., investigative and/or court costs and attorneys fees) shall be in addition to any other sums due hereunder from the purchaser or otherwise whether litigation is instituted or not. Attorney's fees and court costs shall be deemed part of the liquidated damages due to the Seller for Buyer's breach.

13. DEPOSIT/USE OF DEPOSIT/RETURN OF DEPOSIT: If the Seller requires Buyer to place deposit down on the full contract price. Seller may place deposit in non-interest bearing account and may utilize the deposit in any manner Seller deems appropriate. The Seller may retain all deposit as liquidated damages as provided for under paragraph A. (2) of this Agreement and/or if the Buyer commits any other material breach of this Agreement. If a refund of the deposit is otherwise provided for under the terms of this Agreement, Seller shall promptly refund to the Buyer the full deposit, less any set-offs as permitted by law, within 30 days after the refund was required. Return of the deposit to the Buyer shall be deemed a mutual and bilateral cancellation of the agreement. Buyer shall be limited to the refund of his deposit as his/or her measure of liquidated damages.

 INITIAL



FEDERAL and State Law requires that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment.

*** NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT and all assignments that follow ***

- **ASSIGNMENT OF TITLE BY REGISTERED OWNER** (not valid unless completed in full)-I/we warrant this Title and certify that the vehicle described herein has been transferred on __8/30/13__ to the following: __6320 University Dr.__
  Buyer(s)- __Mercedes Benz of Huntsville__ Address- __Huntsville AL 35806__
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
  ODOMETER READING: __285__ NO TENTHS
  ☐ 1. The mileage stated is in excess of its mechanical limits.
  ☐ 2. The odometer reading is not the Actual Mileage.- WARNING-ODOMETER DISCREPANCY
  SIGNATURE(S): of Buyer(s)- ▓▓▓ of Seller(s)- ▓▓▓
  PRINTED NAME(S): of Buyer(s)- __Erin Howard__ of Seller(s)- __David Richardson__
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE") * * * * * * * *
  NAME OF 1st LIENHOLDER: __none__
  ADDRESS OF 1st LIENHOLDER: ____

- **FIRST RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No. __4720__**
  I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:
  Buyer(s)- __Seasell Inc__ Address- ____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
  ODOMETER READING: ____ NO TENTHS
  ☐ 1. The mileage stated is in excess of its mechanical limits.
  ☐ 2. The odometer reading is not the Actual Mileage.- WARNING-ODOMETER DISCREPANCY
  Date of Sale: __M__ / __D__ / __YR__
  SIGNATURE(S): of Buyer(s)- ▓▓▓ of Seller(s)-X ▓▓▓
  PRINTED NAME: of Buyer(s)- __James Bartlett__ of Seller(s)- ▓▓▓
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE") * * * * * * * *
  NAME OF 1st LIENHOLDER: ____
  ADDRESS OF 1st LIENHOLDER: ____

- **SECOND RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No. ____**
  I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:
  Buyer(s)- ____ Address- ____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
  ODOMETER READING: ____ NO TENTHS
  ☐ 1. The mileage stated is in excess of its mechanical limits.
  ☐ 2. The odometer reading is not the Actual Mileage.- WARNING-ODOMETER DISCREPANCY
  Date of Sale: __M__ / __D__ / __YR__
  SIGNATURE(S): of Buyer(s)-X ____ of Seller(s)-X ____
  PRINTED NAME: of Buyer(s)- ____ of Seller(s)- ____
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE") * * * * * * * *
  NAME OF 1st LIENHOLDER: ____
  ADDRESS OF 1st LIENHOLDER: ____

- **THIRD RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No. ____**
  I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:
  Buyer(s)- ____ Address- ____
  I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:
  ODOMETER READING: ____ NO TENTHS
  ☐ 1. The mileage stated is in excess of its mechanical limits.
  ☐ 2. The odometer reading is not the Actual Mileage.- WARNING-ODOMETER DISCREPANCY
  Date of Sale: __M__ / __D__ / __Y__
  SIGNATURE(S): of Buyer(s)-X ____ of Seller(s)-X ____
  PRINTED NAME: of Buyer(s)- ____ of Seller(s)- ____
  LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE") * * * * * * * *
  NAME OF 1st LIENHOLDER: ____
  ADDRESS OF 1st LIENHOLDER: ____

25505

MVP-2 (Rev.09/08)    **North Carolina Division of Motor Vehicles**    NO FEE

## DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

YEAR __2013__   MAKE __MERCEDES-BENZ__   BODY STYLE __SPORT UTILITY__   VIN __WDCYCTDFXDX213238__

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

MOTORCARS INTERNATIONAL 3015 E CAIRO ST. SPRINGFIELD MO 65802

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage.    **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: __09/19/2013__

To my knowledge the vehicle described herein:
- Yes ☐  No ☒  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
- Yes ☐  No ☒  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: __Brett Hamilton__

Printed Firm Name: __SEASELL INC.__    Dealer No. __1147__

Date: __09/19/2013__   County: __NEW HANOVER__   State: __NC__

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: __Brett Hamilton__ seller(s)/(name(s) of principal(s)).

Notary Signature: _____    Notary Printed or Typed Name: __CHRISTY COLTRAIN__

My Commission Expires: __04/10/2017__    (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."
Hand Printed Name and Signature(s) of Buyer(s): __D. Hines, Agent__

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

KRESCENT MEDIA, LLC, 25 IONIA, SUITE 400, GRAND RAPIDS, MI 49503

"I certify to the best of my knowledge that the odometer reading is: __328__ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
- ☒ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage.    **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: __10/17/2013__

To my knowledge the vehicle described herein:
- Yes ☒  No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
- Yes ☐  No ☒  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: __Agent    D. Hines, Agent__

Printed Firm Name: __MOTORCARS INTERNATIONAL__    Dealer No. __D177__

Date: __10/17/2013__   County: __GREENE__   State: __MISSOURI__

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: _____    Notary Printed or Typed Name: _____

My Commission Expires: _____    (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."
Hand Printed Name and Signature(s) of Buyer(s): __JAMES PIERON__

### RE-ASSIGNMENT OF TITLE BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is: _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage.    **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____

To my knowledge the vehicle described herein:
- Yes ☐  No ☐  Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
- Yes ☐  No ☐  Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____

Printed Firm Name: _____    Dealer No. _____

Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ seller(s)/(name(s) of principal(s)).

Notary Signature: _____    Notary Printed or Typed Name: _____

My Commission Expires: _____    (SEAL)

"I am aware of the above odometer certification and damage disclosure made by the seller."
Hand Printed Name and Signature(s) of Buyer(s): _____

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**
This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.

Verify authenticity. Face should have a purple background. Back should contain a watermark that is visible when held at a 45 degree angle.

25506



# ALABAMA DEPARTMENT OF REVENUE
## MOTOR VEHICLE DIVISION
www.revenue.alabama.gov/motorvehicle/forms.html
## Power of Attorney

MVT 5-13
1/13

THIS FORM MAY BE REPRODUCED

| VEHICLE IDENTIFICATION NUMBER (VIN)* | YEAR | MAKE | MODEL |
|---|---|---|---|
| W D C Y C 7 D F X D X 2 1 3 2 3 8 | 2013 | MERCEDES-BENZ | G63 |

| BODY TYPE | LICENSE PLATE NUMBER | STATE OF ISSUANCE |
|---|---|---|
| G63 | | ALABAMA |

| Taxpayer Information | Representative(s): Hereby appoint(s) the following representative(s) |
|---|---|
| Taxpayer Name(s) and Address (Please Type or Print)<br><br>DAVID RICHARDSON<br>12 LEDGES MAIN SE<br>HUNTSVILLE AL 35802 | Name and Address (Please Type or Print)<br><br>Gil Williams<br>30 Co Rd 392<br>Cullman AL 35057<br><br>Email Address**<br>Telephone Number** (    )<br>Fax Number** (    ) |

As my attorney-in-fact to sign my name and do all things necessary for the purpose(s) of:

☒ Title application, transfer or lien filing   ☐ IFTA transaction(s)   ☐ register and purchase license plate(s),

☐ other purpose, *describe:*_____

for my motor vehicle described above.

**ACTS AUTHORIZED**
The representative(s) is authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the matters described above. The authority does not include the power to receive refund checks or the power to sign certain returns.

LIST ANY SPECIFIC ADDITIONS OR RESTRICTIONS TO THE ACTS OTHERWISE AUTHORIZED IN THIS POWER OF ATTORNEY:

Sworn to and subscribed before me on date above stated.

NOTARY PUBLIC

My Commission expires: June 12, 2016

Signature of Appointee: ▶

*NOT VALID WITHOUT THIS SIGNATURE*

| | 08/30/2013 |
|---|---|
| SIGNATURE OF TAXPAYER | DATE |
| DAVID RICHARDSON | |
| N/A | N/A |
| SIGNATURE OF TAXPAYER | DATE |
| N/A | 8-30-13 |
| | DATE |

If a business firm or corporation is appointed, the signature shall be of an authorized representative of the firm who will perform as attorney-in-fact for the owner.

**SPECIAL NOTICE:** Any alterations or strikeovers shall void this Power of Attorney. *Original signatures are required.*

*All VINs for 1981 and subsequent year model vehicles that conform to federal anti-theft standards are required to have 17 digits/characters.
** Optional

25507

| MISSOURI DEPARTMENT OF REVENUE MOTOR VEHICLE BUREAU **ODOMETER DISCLOSURE STATEMENT** | FORM **3019** (REV. 11-2005) | Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failing to complete or providing a false statement may result in fines and/or imprisonment. |
|---|---|---|
| INSTRUCTIONS ON REVERSE | | |

| YEAR | MAKE | | VEHICLE IDENTIFICATION NUMBER | |
|---|---|---|---|---|
| 2013 | MERCEDES | | WDCYC7DFXDX213238 | |
| TITLE NUMBER | | STATE | MODEL | BODY STYLE |
| | | | G63 AMG | |

If purchaser/seller is an agent/officer of a firm, record official position after printed name. The purchaser/seller should retain a copy of this odometer disclosure statement. If "Warning, Odometer Discrepancy" is checked, the seller must attach a statement explaining all facts regarding the discrepancy.

| PURCHASER(S) NAME (PRINTED OR TYPED) KRESCENT MEDIA, LLC | DATE 10/17/13 |
|---|---|
| ADDRESS 25 IONIA, SUITE 400, GRAND RAPIDS, MI 49503 | |
| SELLER(S) (FIRM) NAME (PRINTED OR TYPED) MOTORCARS INTERNATIONAL | DEALER NO. D177 |
| ADDRESS 3015 E CAIRO ST; SPRINGFIELD, MO 65802 | |

| ODOMETER READING (NO TENTHS) 328 | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | ☐ Mileage in excess of its mechanical limits ☐ Mileage reading not actual (WARNING, ODOMETER DISCREPANCY) |
|---|---|---|

| SIGNATURE OF PURCHASER(S) | SIGNATURE OF SELLER(S) |
|---|---|
| [signature] | [signature redacted] |
| HAND PRINTED NAME(S) BY PURCHASER(S) | HAND PRINTED NAME(S) BY SELLER(S) D. Hines, Agent |

MO 860-2086 (11-2005)   DISTRIBUTION: WHITE—ATTACH TO MSO OR CERT. OF TITLE

25508

# MISSOURI DEPARTMENT OF REVENUE
## MOTOR VEHICLE BUREAU
## POWER OF ATTORNEY

FORM **4054** (REV. 4-2010)

I (WE) HEREBY APPOINT __MOTORCARS INTERNATIONAL__ AS MY (OUR) ATTORNEY-IN-FACT FOR THE PURPOSE OF TRANSFERRING OR MAKING APPLICATION FOR TITLE AND REGISTRATION TO THE FOLLOWING DESCRIBED UNIT:

| YEAR | MAKE | IDENTIFICATION NUMBER |
|---|---|---|
| 2 0 1 3 | MERCEDES | W D C Y C 7 D F X D X 2 1 3 2 3 8 |

WITH THE FULL AUTHORITY TO SIGN ON MY (OUR) BEHALF ALL PAPERS AND DOCUMENTS AND TO DO ALL THAT IS NECESSARY TO THIS APPOINTMENT.

| OWNER'S SIGNATURE | OWNER'S SIGNATURE |
|---|---|
| [signature] | |
| OWNER'S PRINTED NAME | OWNER'S PRINTED NAME |
| JAMES PIERON | |

## NOTARY INFORMATION

| NOTARY PUBLIC EMBOSSER SEAL | STATE OF MO | COUNTY (OR CITY OF ST. LOUIS) |
|---|---|---|
| | SUBSCRIBED AND SWORN BEFORE ME, THIS | |
| | 17TH DAY OF OCTOBER 2013 | |
| | NOTARY PUBLIC SIGNATURE | MY COMMISSION EXPIRES |
| | NOTARY PUBLIC NAME (TYPED OR PRINTED) | |

USE RUBBER STAMP IN CLEAR AREA BELOW.

MO 860-1005 (4-2010)

25509



## Missouri Department of Revenue
## Form 1957 — Bill of Sale or Even-Trade Bill of Sale

The seller must complete all applicable information and sign this form. The Bill of Sale or Even-Trade Bill of Sale must be notarized when showing proof of ownership on major component parts of a rebuilt vehicle or when specifically requested to be notarized by the Department of Revenue.

| Purchaser(s) Name(s) (typed or printed) | | | | Seller(s) Name(s) (typed or printed) | | | |
|---|---|---|---|---|---|---|---|
| KRESCENT MEDIA, LLC | | | | MOTORCARS INTERNATIONAL | | | |
| Address | | | | Address | | | |
| 25 IONIA, SUITE 400 | | | | 3015 E. CAIRO ST. | | | |
| City | | State | Zip Code | City | | State | Zip Code |
| GRAND RAPIDS | | MI | 49503 | SPRINGFIELD | | MO | 65802 |

**Motor Vehicle**

| Year | Make | Title Number | Vehicle Identification Number |
|---|---|---|---|
| 2013 | MERCEDES | 47679641 | WDCYC7DFXDX213238 |
| Sale Date (MM/DD/YYYY) | | Sale Price | If an even-trade occurred, please completed the information in the Unit or Vehicle Traded For Section. |
| 10/17/2013 | | $139,325.00 | |

**Boat**

| Year | Make | Title Number |
|---|---|---|
| Vessel Identification Number | | |
| Sale Date (MM/DD/YYYY) | Sale Price | |

**Trailer**

| Year | Make | Title Number |
|---|---|---|
| Vehicle Identification Number | | |
| Sale Date (MM/DD/YYYY) | | Sale Price |

**Outboard Motor**

| Year | Make | Title Number | Motor Identification Number |
|---|---|---|---|
| Horsepower | Sale Date (MM/DD/YYYY) | | Sale Price |

**Unit or Vehicle Traded For**

| Year | Make | Title Number |
|---|---|---|
| 2009 | MERCEDES | |
| Vehicle Identification Number | | |
| WDCYR71EX9X177472 | TRADE ALLOWANCE: | $69,500.00 |

**Signature**

Under penalties of perjury, I declare that the information I have provided and any attached supplement is true, complete, and correct.

Signature of One Purchaser / Signature of One Seller

Unit or Vehicle Sold For Destruction: ☐ Yes  ☒ No

**Notary** — required for rebuilt vehicle or when specifically requested to be notarized by the Department of Revenue.

| Embosser or black ink rubber stamp seal | Subscribed and sworn before me, this |
|---|---|
| | day of _____ year _____ |
| | State | County (or City of St. Louis) |
| | Notary Public Signature | Notary Public Name (Typed or Printed) |
| | My Commission Expires ___/___/___ | |

Form 1957 (Revised 10-2013)

Mail to: Motor Vehicle Bureau
P.O. Box 100
Jefferson City, MO 65105

Phone: (573) 526-3669
E-Mail: mvbmail@dor.mo.gov

Visit dor.mo.gov/motorv/nos/ for additional information



25510

# BUYERS GUIDE

IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| MERCEDES | G63 AMG | 2013 | WDCYC7DFXDX213238 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

M4942
DEALER STOCK NUMBER (Optional)

**WARRANTIES FOR THIS VEHICLE:**

## [X] AS IS – NO WARRANTY

YOU WILL PAY FOR ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

## [ ] WARRANTY

☐ FULL    ☐ LIMITED WARRANTY. The dealer will pay _____% of the labor and _____ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**                              **DURATION:**

☐ SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

25511

## Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks—bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage

---

MOTORCARS INTERNATIONAL
**DEALER**

3015 E CAIRO ST
**ADDRESS**

SPRINGFIELD, MO 65802

417-831-9999
**SEE FOR COMPLAINTS**

> I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.
>
> Signature _____    Date _____

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

25512

## Payment Receipt

**Motorcars International LLC**
Springfield, MO 65802

Received From:
Krescent Media, LLC
Krescent Media, LLC
25 Ionia, Suite 400
Grand Rapids, MI 49503

| | | |
|---|---|---|
| **Date Received** | 10/18/2013 | **Payment Amount**  $69,500.00 |
| **Payment Method** | Wire | |
| **Check/Ref. No.** | 10182013M4942 | |

Balance Report

Page 1 of 2

Dottie Hines

Bank: Commerce Bank-Missouri

Same Day Balance Report As of Oct 18, 2013
Printed on Oct 18, 2013 at 11:18 AM

Account: 00050086855 - Motorcars International LLC Wire Account (USD)

| Same Day Interim Calculations | Amount |
|---|---|
| Opening Ledger | $0.00 |
| Opening Available | $0.00 |
| Current Day Credits | $69,500.00 (1) |
| Current Day Debits | $0.00 |
| Interim Immediate | $69,500.00 |
| Interim One Day Float | $0.00 |
| Interim Two + Day Float | $0.00 |
| Interim Ledger | $69,500.00 |
| Interim Available | $69,500.00 |

| Detail Credit Transactions | Amount | Availability | Bank Ref. | Customer Ref. | Text |
|---|---|---|---|---|---|
| Incoming Money Transfer | $69,500.00 | 0 Day | 1018J1Q526XX000521 | CB131018002025701 | typeCd = 10<br>subTypeCd = 00<br>sndABA = 041000124<br>sndShortName = PNCBANKCINCI<br>sndRef = 20131018002020251<br>rcvABA = 101000019<br>rcvShortName = COMM BK |

https://commerceconnections.commercebank.com/ibank/brs/irept_validate.cfm

10/18/2013

```
typBusCd = CTP
benefIDCd = D
benefIDAcct = ▮
benefName = MOTORCARS INTERNATIONAL, LLC
benefAddr1 = 3015 EAST CAIRO ST
benefAddr2 = -
benefAddr3 = SPRINGFIELD, MO, US
orgAcctIDCd = D
orgAcctIDAcct = 4267063455
orgAcctName = KRESCENT MEDIA I
orgAcctAddr1 = 2625 DENISON DR
orgAcctAddr2 = MOUNT PLEASANT 48858
ogbAcctName = PNC BANK NA PITTSBURGH PA USA
OMAD = 20131018J1Q526XX000521101812l5F
IMAD = 20131018D3B74V9C000790
```

| | |
|---|---|
| Item Count 1 | $69,500.00 |

# Payment Receipt

**Motorcars International LLC**
Springfield, MO 65802

**Received From:**
Krescent Media, LLC
Krescent Media, LLC
25 Ionia, Suite 400
Grand Rapids, MI 49503

| | |
|---|---|
| **Date Received** | 10/21/2013 |
| **Payment Method** | Check |
| **Check/Ref. No.** | 762840M4942 |

**Payment Amount** $500.00

25516