UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN  DIVISION

UNITED STATES OF AMERICA,                              No.  18-20489
                                                       Hon. Thomas L. Ludington

          Plaintiff,

vs.

JAMES D. PIERON, JR.

          Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Kenneth R. Sasse, one of the attorneys for the Defendant,

James D. Pieron, Jr., and moves this Court to allow him to withdraw as counsel for

Mr. Pieron for the reasons stated in the attached Memorandum.

Counsel has contacted Assistant U.S. Attorney Janet L. Parker and

understands that the Government concurs in the relief requested herein.

                              Respectfully submitted,

                              Kenneth R. Sasse  P24365
                              Local counsel for James Pieron, Jr.
                              ksasse11@gmail.com
                              27 E. Flint St., 2nd Floor
                              Lake Orion, Michigan 48362
                              Telephone: (248) 821-7325

Dated: May 24, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN  DIVISION

UNITED STATES OF AMERICA,                           No.  18-20489
                                                    Hon. Thomas L. Ludington
            Plaintiff,

vs.

JAMES D. PIERON, JR.

            Defendant.

_____/

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL

        Kenneth R. Sasse, one of the attorneys for the Defendant, James D. Pieron,

Jr., is moving this Court to allow him to withdraw as counsel for Mr. Pieron.

        Movant has participated as one of the attorneys for Mr. Pieron since shortly

before the return of the Indictment in this matter.  He participated in pretrial

meetings and related matters with Mr. Pieron and was present during, and a

participant in, the jury trial.

        Recently a Motion For New Trial (ECF No. 68) was filed on behalf of Mr.

Pieron.  This motion argues, in part, that a new trial should be granted because of a

denial of Mr. Pieron's Sixth Amendment right to the effective assistance of

counsel. Because Movant was a part of the defense team at the time of the events

giving rise to this claim occurred, because of the possibility of an evidentiary

hearing wherein Movant might be required to testify, and because of the resulting

possibility of a conflict of interest, Movant is requesting to be relieved of his

obligation to continue in his representation of Mr. Pieron.

Local Court Rule 57.1 governs the appearance and withdrawal of attorneys

in criminal cases.  That rule provides:

(a)     An attorney, whether retained or appointed, who enters a post-
indictment appearance shall continue to represent the defendant
until the case is dismissed, the Defendant is acquitted, or the
direct appeal is completed unless the attorney is granted leave
to withdraw by the District Court or the Court of Appeals if
notice of appeal has been filed.

(b)     An attorney who has appeared in a criminal case may thereafter
withdraw only by written motion served upon the defendant
personally or at the defendant's last-known address and upon all other
parties.  The Court may deny a motion to withdraw if the attorney's
withdrawal would unduly delay trial of the case, or be unfairly
prejudicial to any party, or otherwise not be in the interest of justice.

(c)     The United States Attorney shall advise the Clerk of the District Judge
to whom the case is assigned regarding any change in the attorney for
the United States responsible for the prosecution.

*Id.*

Movant submits that his request for withdrawal satisfies the local rule.  Trial

has already occurred and withdrawal should not result in any other delay in

proceeding with this case.  The government concurs in the withdrawal and

presumably will not be prejudiced by it.  Mr. Pieron is represented by other

counsel who are expected to advocate forcefully and effectively on his behalf.

Movant is not aware of anything in his withdrawal that would "otherwise not be in

the interest of justice" within the meaning of the local rule.

Movant's withdrawal as counsel should be permitted.

Respectfully submitted,

Kenneth R. Sasse  P24365
Local counsel for James Pieron, Jr.
ksasse11@gmail.com
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
Telephone: (248) 821-7325

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2019 I electronically filed the attached

Motion To Withdraw As Counsel using the ECF system which will send

notification of the filing to all counsel of record included in the ECF system and

sent a copy of the motion via email and via First Class Mail to James Pieron, Jr.

s/ Kenneth R. Sasse
Kenneth R. Sasse  P24365
Local counsel for James Pieron, Jr.
ksasse11@gmail.com
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
Telephone: (248) 821-7325

Dated: May 24, 2019