UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 18-20489

v                                        Honorable Thomas L. Ludington

JAMES D. PIERON, JR.,

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

        On July 18, 2018, the U.S. Government issued an indictment against Defendant James D. Pieron alleging that he committed tax evasion. ECF No. 1. On March 7, 2019, a jury found Defendant guilty of tax evasion. The next day, Mark S. Pendery filed an appearance as an attorney representing Defendant. ECF No. 50. On April 3, 2019, Michael Minns and Ashley Arnett filed a motion to withdraw as attorneys for Defendant. ECF No. 56. On April 8, 2019, Patrick J. Hurford filed an appearance as an attorney representing Defendant. ECF No. 57.

        On May 15, 2019, Defendant filed a motion for a new trial. ECF No. 68. Within his motion, Defendant contended that his trial counsel had been ineffective. *Id.* at PageID.1411. The next week, Kenneth R. Sasse filed a motion to withdraw as counsel for Defendant. ECF No. 71. He subsequently filed an amended motion to withdraw. ECF No. 72. He explained that

> Because Movant was a part of the defense team at the time of the events giving rise to this claim occurred, because of the possibility of an evidentiary hearing wherein Movant might be required to testify, and because of the resulting possibility of a conflict of interest, Movant is requesting to be relieved of his obligation to continue in his representation of Mr. Pieron.

*Id.* at PageID.1523.

        Defendant represents that the Government does not oppose the motion. Furthermore, Defendant will still have counsel upon the withdrawal of Mr. Sasse.

Accordingly, it is **ORDERED** that Defendant's amended motion of withdrawal of attorney, ECF No. 72, is **GRANTED**.

It is further **ORDERED** that Defendant's motion of withdrawal of attorney, ECF No. 71, is **DENIED** as moot.

Dated: May 28, 2019                           s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge