UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES D. PIERON, JR.,<br><br>        Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington |

## DEFENDANT'S WITHDRAW OF MOTION TO FILE UNDER SEAL

Defendant James D. Pieron, Jr. ("Pieron") withdraws his motion to file under seal. (R. 64.) Redacted exhibits concerning Pieron's motions for acquittal and new trial will be filed promptly. Because this Court previously ordered Pieron to file under seal his response to the government's draft tax loss assessment (R. 59), there will be no redacted filing of the response.

Pursuant to Local Rule 7.1, the government was contacted and does not oppose the withdrawal of the motion to seal or the filing of redacted exhibits.

        Respectfully submitted,

        HONIGMAN LLP


        By: /s/ Patrick J. Hurford
        Patrick J. Hurford
        660 Woodward Avenue
        Detroit, MI 48226-3506
        313.465.7000
        phurford@honigman.com

Dated:  May 31, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                      Respectfully submitted,

                      /s/ Patrick J. Hurford
                      Patrick J. Hurford
                      Honigman LLP
                      660 Woodward Ave.
                      Detroit, MI 48226
                      313.465.7000
                      phurford@honigman.com