# EXHIBIT D

## Collection Information Statement

*RECEIVED IRS — APR 3 2014 — IRS CENTER AT BROOKHAVEN, HOLTSVILLE, NY 11742*

| Name(s) and Address | Your Social Security Number or Individual Taxpayer Identification Number |
|---|---|
| James D. Pieron Jr. | ****-**-2111 |
| [redacted] Mt. Pleasant, MI 48858 | Your Spouse's Social Security Number or Individual Taxpayer ID |

☐ If address provided above is different than last return filed, please check here

County of Residence: Isabella

| Your Telephone Numbers | Spouse's Telephone Numbers |
|---|---|
| Home: ***-***-2400 | Home: |
| Work: | Work: |
| Cell: ***-***-2400 | Cell: |

Enter the number of people in the household who can be claimed on this year's tax return including you and your spouse. Under 65: **1**   65 and Over: ___

If you or your spouse are self employed or have self employment income, provide the following information:

| Name of Business | Business EIN | Type of Business | Number of Employees (not counting owner) |
|---|---|---|---|

### A. ACCOUNTS / LINES OF CREDIT
Include checking, online, mobile (e.g., PayPal) and savings accounts, Certificates of Deposit, Trusts, Individual Retirement Accounts (IRAs), Keogh Plans, Simplified Employee Pensions, 401(k) Plans, Profit Sharing Plans, Mutual Funds, Stocks, Bonds and other investments. If applicable, include business accounts. (Use additional sheets if necessary.)

| Name and Address of Institution | Account Number | Type of Account | Current Balance/Value | Check if Business Account |
|---|---|---|---|---|
| PNC Bank | ****-7597 | Checking | 108 | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

### B. REAL ESTATE
Include home, vacation property, timeshares, vacant land and other real estate. (Use additional sheets if necessary.)

| Description/Location/County | Monthly Payment(s) | Financing | | Current Value | Balance Owed | Equity |
|---|---|---|---|---|---|---|
| None | | Year Purchased | Purchase Price | | | |
| ☐ Primary Residence ☐ Other | | Year Refinanced | Refinance Amount | | | |
| | | Year Purchased | Purchase Price | | | |
| ☐ Primary Residence ☐ Other | | Year Refinanced | Refinance Amount | | | |

### C. OTHER ASSETS
Include cars, boats, recreational vehicles, whole life policies, etc. Include make, model and year of vehicles and name of Life Insurance company in Description. If applicable, include business assets such as tools, equipment, inventory, etc. (Use additional sheets if necessary.)

| Description | Monthly Payment | Year Purchased | Final Payment (mo/yr) | Current Value | Balance Owed | Equity |
|---|---|---|---|---|---|---|
| Car (VW) | 0 | 2011 | / | 25,000 | 0 | 25,000 |
| Navitus Investments | 0 | 2010 | / | 1,000 | 0 | 1,000 |
| Kompique, Inc. | 0 | 2010 | / | 250,000 | 0 | 250,000 |
| Used fitness equipment | 0 | 2011 | / | 20,000 | 0 | 20,000 |
| | | | / | | | |
| | | | / | | | |
| | | | / | | | |

NOTES (For IRS Use Only)

TURN PAGE TO CONTINUE

Form 433-F (Rev. 1-2013) Catalog 62053J   Department of the Treasury — Internal Revenue Service

GOVERNMENT'S EXHIBIT 47 — US v. PIERON

00451

**D. CREDIT CARDS** (Visa, MasterCard, American Express, Department Stores, etc.)

| Type | Credit Limit | Balance Owed | Minimum Monthly Payment |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**E. BUSINESS INFORMATION** Complete E1 for Accounts Receivable owed to you or your business. (Use additional sheets if necessary.) Complete E2 if you or your business accepts credit card payments.

**E1.** Accounts Receivable owed to you or your business

| Name | Address | Amount Owed |
|---|---|---|
| None | | |
| | | |
| | List total amount owed from additional sheets | |
| | Total amount of accounts receivable available to pay to IRS now | |

**E2.** Name of individual or business on account

| Credit Card (Visa, Master Card, etc.) | Issuing Bank Name and Address | Merchant Account Number |
|---|---|---|
| | | |
| | | |
| | | |

**F. EMPLOYMENT INFORMATION** If you have more than one employer, include the information on another sheet of paper. (If attaching a copy of current pay stub, you do not need to complete this section.)

Your current Employer (name and address)
Institutional Liquidity LLC
3777 Sparks Dr. Ste. 02
Grand Rapids, MI 49546

How often are you paid? (Check one)
☐ Weekly  ☐ Biweekly  ☐ Semi-monthly  ☒ Monthly
Gross per pay period  7,500
Taxes per pay period (Fed) 1,000  (State) 500  (Local)
How long at current employer  4 yrs

Spouse's current Employer (name and address)

How often are you paid? (Check one)
☐ Weekly  ☐ Biweekly  ☐ Semi-monthly  ☐ Monthly
Gross per pay period
Taxes per pay period (Fed)  (State)  (Local)
How long at current employer

**G. NON-WAGE HOUSEHOLD INCOME** List monthly amounts. For Self-Employment and Rental Income, list the monthly amount received after expenses or taxes and attach a copy of your current year profit and loss statement.

| | | | | | |
|---|---|---|---|---|---|
| Alimony Income | | Net Rental Income | | Interest/Dividends Income | |
| Child Support Income | | Unemployment Income | | Social Security Income | |
| Net Self Employment Income | | Pension Income | | Other: | |

**H. MONTHLY NECESSARY LIVING EXPENSES** List monthly amounts. (For expenses paid other than monthly, see instructions.)

| 1. Food / Personal Care See *instructions*. If you do not spend more than the standard allowable amount for your family size, fill in the Total amount only. | | 3. Housing & Utilities | | 5. Other | |
|---|---|---|---|---|---|
| | | Rent | 1,200 | Child / Dependent Care | |
| | | Electric, Oil/Gas, Water/Trash | 400 | Estimated Tax Payments | |
| Food | 1,000 | Telephone/Cell/Cable/Internet | 500 | Term Life Insurance | |
| Housekeeping Supplies | 200 | Real Estate Taxes and Insurance (if not included in B above) | | Retirement (Employer Required) | |
| Clothing and Clothing Services | 200 | | | Retirement (Voluntary) | |
| Personal Care Products & Services | 200 | Maintenance and Repairs | | Union Dues | |
| Miscellaneous | 100 | | | Delinquent State & Local Taxes (minimum payment) | |
| | | | | Student Loans (minimum payment) | |
| Total | 1,700 | Total | 2,100 | Court Ordered Child Support | |
| 2. Transportation | | 4. Medical | | Court Ordered Alimony | |
| | | | | Other Court Ordered Payments | |
| Gas/Insurance/Licenses/Parking/ Maintenance etc. | 500 | Health Insurance | | Other (specify) | |
| | | Out of Pocket Health Care Expenses | 50 | Other (specify) | |
| Public Transportation | | | | Other (specify) | |

Under penalty of perjury, I declare to the best of my knowledge and belief this statement of assets, liabilities and other information is true, correct and complete.

Your Signature [signed]   Spouse's Signature   Date 27-MAR-14

Form 433-F (Rev. 1-2013) Catalog 62053J  Department of the Treasury **Internal Revenue Service** publish.no.irs.gov