# EXHIBIT G

```
TRN REF #: 20090608-00000714
-----------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                ( Bank : 056 )

                                             SND DATE: 09/06/08
SRC:FED CALLER:                              EXT:

RPT#          AMT:100,000.00        CUR:USD                    TRDR#
TEST:  DUE:                         TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
-----------------------------------------------------------------------
*DBT         7993                   CDT         4058           ADV:LTR
DEBIT VAL: 09/06/08                 CREDIT VAL: 09/06/08
UBS AG.                             IB TECHNOLOGIES INC
NEW YORK, NY                        2625 DENISON DR STE A
                                    MT PLEASANT MI
SEND:S/UBSWCHZH80A                  48858-5596.
UBS AG                              BNF:/987824058            CHG:   BK?N
(HEAD OFFICE)                       IB TECHNOLOGIES INC
ZURICH,CH                           2625 DENISON DRIVE, SUITE A
SNDR REF NUM:US01159KU0432510       US 48858     MT. PLEASANT
ORDERING BNK:S/UBSWCHZH80A
UBS AG
(HEAD OFFICE)
ZURICH,CH
ORIG:/CH5700206206251262602
JAMES PIERON
8006 ZURICH

REF NUM:ZD81159TI5044699
```

http://wcsar300w.pncbank.com/DVWebScripts/CADocVw.dll?FindText&Folder=E09A%

GOVERNMENT'S
EXHIBIT
129
US v. PIERON

10765

```
TRN REF #: 20091015-00001517
--------------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                  ( Bank : 056 )

                                               SND DATE: 09/10/15
SRC:FED CALLER:                                EXT:

RPT#           AMT:500,000.00         CUR:USD                    TRDR#
TEST: DUE:                            TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
--------------------------------------------------------------------------------
*DBT          0021                    CDT             4058              ADV:LTR
DEBIT VAL: 09/10/15                   CREDIT VAL: 09/10/15
JPMORGAN CHASE BANK, NA               IB TECHNOLOGIES INC
NEW YORK, NY                          2625 DENISON DR STE A
                                      MT PLEASANT MI
SNDR REF NUM:0286000288FS             48858-5596
ORDERING BNK:S/UBSWCHZH80A            BNF:/987824058               CHG:  BK?N
UBS AG                                IB TECHNOLOGIES INC.
(HEAD OFFICE)                         2625 DENISON DR., STE A
ZURICH,CH                             US 48858     MT. PLEASANT
ORIG:/CH430027327324125560N           ORIG TO BNF INFO:
1/JDFX HOLDING AG                     ESTABLISHMENT OF US OPERATIONS
1/6300 ZUG
6/CH/UBS/0273-00241255
REF NUM:SWF OF 09/10/15
```

```
TRN REF #: 20091019-00002574
-----------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                            SND DATE: 09/10/19
SRC:RPI CALLER:THEUNISSEN, BARBARA          EXT:

RPT#          AMT:250,000.00           CUR:USD                    TRDR#
TEST: DUE:                             TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
-----------------------------------------------------------------------
*DBT            4058                   CDT            0021           ADV:FED
DEBIT VAL: 09/10/19                    CREDIT VAL: 09/10/19
IB TECHNOLOGIES INC                    JPMORGAN CHASE BANK, NA
2625 DENISON DR STE A                  NEW YORK, NY
MT PLEASANT MI
48858-5596                             BNF:/5330355265              CHG:  BK?N
SEND:B/056                             PFG, INC
BANK 056                               190 S LASALLE ST  7TH FLOOR
                                       CHICAGO IL   606
```

```
TRN REF #: 20091118-00002524
--------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                            SND DATE: 09/11/18
SRC:FED CALLER:                             EXT:

RPT#           AMT:749,975.00         CUR:USD                    TRDR#
TEST: DUE:                        TYP:FTR/    FNDS:S CHG:DB:N CD:Y COM:N CBL:N
--------------------------------------------------------------------------------
*DBT ████████0018                     CDT ████████4058           ADV:LTR
DEBIT VAL: 09/11/18                   CREDIT VAL: 09/11/18
THE BANK OF NEW YORK MELLON           IB TECHNOLOGIES INC
NEW YORK, NY                          2625 DENISON DR STE A
                                      MT PLEASANT MI
SEND:/8033342099                      48858-5596
CREDIT SUISSE AG                      BNF:/987824058             CHG:   BK?N
PARADEPLATZ 8                         IB TECHNOLOGIES INC
P.O. BOX 600                          2625 DENISON DR., STE A
CH-8070 ZURICH, SWITZERLAND           MT. PLEASANT MI 48858
SNDR REF NUM:FTS0911181208000         ORIG TO BNF INFO:
ORDERING BNK:S/CRESCHZZ80A            FUND IBTECH
CREDIT SUISSE AG
(HEAD OFFICE)
ZURICH,CH
ORIG:/CH7704835092588712000
1/JDFX FUND MANAGEMENT LTD
2/COLUMBUS CENTER 1ST FLOOR
3/VG/TORTOLA-BRITISH VIRGIN ISLANDS
```

10773

```
TRN REF #: 20091119-00004235
-----------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                        SND DATE: 09/11/19
SRC:RPI CALLER:BLANDFORD, VIRGINIA      EXT:

RPT#        AMT:500,000.00       CUR:USD                        TRDR#
TEST: DUE:                       TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
-----------------------------------------------------------------------
*DBT             4058            CDT            7993            ADV:FED
DEBIT VAL: 09/11/19              CREDIT VAL: 09/11/19
IB TECHNOLOGIES INC              UBS AG.
2625 DENISON DR STE A            NEW YORK, NY
MT PLEASANT MI
48858-5596                       BNF BANK:S/UBSWCHZH80A         WIR:Y
SEND:B/056                       UBS AG
BANK 056                         (HEAD OFFICE)
                                 ZURICH,CH
                                 BNF:/CH430027327324125560N  CHG: BK?N
                                 JDFX HOLDING AG
```

```
TRN REF #: 20100405-00005518
----------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                          SND DATE: 10/04/05
SRC:FED CALLER:                           EXT:

RPT#         AMT:203,185.22          CUR:USD                    TRDR#
TEST: DUE:                      TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
----------------------------------------------------------------------
*DBT         0021              CDT             4058             ADV:LTR
DEBIT VAL: 10/04/05            CREDIT VAL: 10/04/05
JPMORGAN CHASE BANK, NA        IB TECHNOLOGIES INC
NEW YORK, NY                   2625 DENISON DR STE A
                               MT PLEASANT MI
SNDR REF NUM:3263600095JO      48858-5596
ORIG:/5330355796               BNF:/987824058                  CHG:  BK?N
PEREGRINE FINANCIAL GROUP INC  IB TECHNOLOGIES, INC
FOREX CUSTOME ACCT
311 W MONROE ST STE 1300
CHICAGO IL 60606-4664
REF NUM:CAP OF 10/04/05
```

```
TRN REF #: 20100405-00004764
------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                            SND DATE: 10/04/05
SRC:RPI CALLER:POTTER, SHELLY               EXT:

RPT#          AMT:250,000.00        CUR:USD                          TRDR#
TEST: DUE:                          TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
------------------------------------------------------------------------------
*DBT          4058                  CDT          0314                ADV:FED
DEBIT VAL: 10/04/05                 CREDIT VAL: 10/04/05
IB TECHNOLOGIES INC                 FIFTH THIRD BANK
2625 DENISON DR STE A               CINCINNATI, OH
MT PLEASANT MI
48858-5596                          BNF:/9540920031                  CHG:  BK?N
SEND:B/056                          JAMES D PIERON JR
BANK 056                            MT PLEASANT MI 48858
```