# EXHIBIT 4C

# Form 1040 — Department of the Treasury—Internal Revenue Service — U.S. Individual Income Tax Return — 2008 (99)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , 2008, ending , 20    OMB No. 1545-0074

**Label** (See instructions on page 14.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: JAMES D.
Last name: PIERON, JR
Your social security number: [redacted] 2111

If a joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number: 

Home address (number and street). If you have a P.O. box, see page 14.: [redacted]
Apt. no.: 

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.: MT. PLEASANT, MI 48858

You must enter your SSN(s) above.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ► ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☑ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**
- 6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☐ Spouse
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ☑ if qualifying child for child tax credit (see page 17)

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you: 0
• did not live with you due to divorce or separation (see page 18): 0
Dependents on 6c not entered above: 0
Add numbers on lines above ►: 1

If more than four dependents, see page 17.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 90,955 00 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 21) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see page 23) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see page 24) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see page 26) | |
| 21 | Other income. List type and amount (see page 28) SEE ATTACHED | -87,600 00 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 3,355 00 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 28) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 29) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ► | |
| 32 | IRA deduction (see page 30) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 0 00 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 3,355 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.    Cat. No. 11320B    Form **1040** (2008)

Form 1040 (2008) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 3,355 00 |
| | 39a | Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. } Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶ 39b ☐ | | |
| **Standard Deduction for—** | c | Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,450 00 |
| • People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 | 41 | -2,095 00 |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 3,500 00 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 00 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 0 00 |
| | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | 0 00 |
| • All others: | 46 | Add lines 44 and 45 ▶ | 46 | |
| Single or Married filing separately, $5,450 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Married filing jointly or Qualifying widow(er), $10,900 | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit (see page 42). Attach Form 8901 if required | 52 | |
| | 53 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | |
| Head of household, $8,000 | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ___ | 54 | |
| | 55 | Add lines 47 through 54. These are your **total credits** | 55 | 0 00 |
| | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 0 00 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 | Add lines 56 through 60. This is your **total tax** ▶ | 61 | 0 00 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| | 63 | 2008 estimated tax payments and amount applied from 2007 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 61) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see page 61) | 67 | |
| | 68 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | |
| | 69 | First-time homebuyer credit. Attach Form 5405 | 69 | |
| | 70 | Recovery rebate credit (see worksheet on pages 62 and 63) | 70 | |
| | 71 | Add lines 62 through 70. These are your **total payments** ▶ | 71 | 0 00 |
| **Refund** | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | |
| Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see page 65 ▶ | 75 | |
| | 76 | Estimated tax penalty (see page 65) 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 66)? ☐ Yes. Complete the following. ☐ No | | | |
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See page 15. | Your signature | Date | Your occupation SALES MANAGER | Daytime phone number ( ) |
| Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN Phone no. ( ) | |

Form **1040** (2008)

Printed on recycled paper

# Form 1040 — Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2009 (99)

IRS Use Only—Do not write or staple in this space.

**Label** (See instructions on page 14.) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning , 2009, ending , 20
OMB No. 1545-0074

Your first name and initial: **JAMES D**
Last name: **PIERON, JR**
Your social security number: ███-██-2111

If a joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 14. ███████████ Apt. no.:

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.
**MT. PLEASANT, MI 48858**

You must enter your SSN(s) above. ▲
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ ☐ You ☐ Spouse

## Filing Status
Check only one box.
1. ☑ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 16)

## Exemptions
- 6a ☑ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
- b ☐ **Spouse**
- c **Dependents:** (1) First name / Last name — (2) Dependent's social security number — (3) Dependent's relationship to you — (4) ☑ if qualifying child for child tax credit (see page 17)

If more than four dependents, see page 17 and check here ▶ ☐

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **0**
• did not live with you due to divorce or separation (see page 18): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 54,002 00 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 22) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions . . . 15a | b Taxable amount (see page 24) 15b |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 25) 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) | |
| 20a | Social security benefits 20a | b Taxable amount (see page 27) 20b |
| 21 | Other income. List type and amount (see page 29) **SEE ATTACHED** | 54,002 00 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 0 00 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) . . . 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . 28 | |
| 29 | Self-employed health insurance deduction (see page 30) 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ 31a | |
| 32 | IRA deduction (see page 31) . . . . . . . . 32 | |
| 33 | Student loan interest deduction (see page 34) . . . 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 . . . . . . . . . . . 36 | 0 00 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ 37 | 0 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97. Cat. No. 11320B  Form **1040** (2009)

Form 1040 (2009) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 0 00 |
| | 39a | Check if: ☐ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐ | | |
| • People who check any box on line 39a, 39b, or 40b **or** who can be claimed as a dependent, see page 35. | 40a | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40a | 5,700 00 |
| | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) . ▶ 40b ☐ | | |
| | 41 | Subtract line 40a from line 38 | 41 | -5,700 00 |
| | 42 | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | 42 | 3,650 00 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 00 |
| • All others: Single or Married filing separately, $5,700 | 44 | **Tax** (see page 37). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 0 00 |
| | 45 | **Alternative minimum tax** (see page 40). Attach Form 6251 | 45 | 0 00 |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 ▶ | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441  48 | | |
| | 49 | Education credits from Form 8863, line 29 . . . . . 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880  50 | | |
| Head of household, $8,350 | 51 | Child tax credit (see page 42) . . . . . . . . 51 | | |
| | 52 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695  52 | | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐    53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | 0 00 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0 00 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** ▶ | 60 | 0 00 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 . . 61 | | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return  62 | | |
| | 63 | Making work pay and government retiree credits. Attach Schedule M  63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** . . . . . . . . 64a | | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 . . . . . 65 | | |
| | 66 | Refundable education credit from Form 8863, line 16 . . . 66 | | |
| | 67 | First-time homebuyer credit. Attach Form 5405 . . . . 67 | | |
| | 68 | Amount paid with request for extension to file (see page 72) . 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) 69 | | |
| | 70 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885  70 | | |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your **total payments** ▶ | 71 | 0 00 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** | 72 | 0 00 |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here . ▶ ☐ | 73a | |
| | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 74 | Amount of line 72 you want **applied to your 2010 estimated tax** ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see page 74 . ▶ | 75 | 0 00 |
| | 76 | Estimated tax penalty (see page 74) . . . . . . . 76 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see page 75)? ☐ **Yes.** Complete the following. ☐ **No**
Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**  Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See page 15. Keep a copy for your records.
Your signature     Date     Your occupation     Daytime phone number
Spouse's signature. If a joint return, **both** must sign.     Date     Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶     Date     Check if self-employed ☐     Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶     EIN     Phone no.

Form **1040** (2009)