EXHIBIT 5

GOVERNMENT'S
EXHIBIT
138
US v. PIERON

10847

```
WELLS FARGO BANK N.A.                          FOR 20-MAR-2007              Page 82222
FULL TRANSACTION REPORT

<< TRN: 070320-026870 >>>
-----------------------------------------------------------------------
      **** MESSAGE ENVELOPE ****          ( Bank : 121 )
                                            SND DATE: 07/03/20
SRC:FTI CALLER:                                 EXT:
-----------------------------------------------------------------------
RPT#        AMT:150,000.00        CUR:USD                          TRDR#
TEST: VAL:                TYP:FTR/  FNDS:S CHG:DB:A CD:A COM:N CBL:N
                                         5553/
DBT         ▇▇▇702/            CDT ▇▇▇       ADV:SWF
DEBIT VAL: 07/03/20            CREDIT VAL: 07/03/20
GL RECON: 300300              GL.RECON: 182182
DEPT:0009655                  DEPT:0006106
TREVOR G COOK, DBA TREVOR G COOK   CREDIT SUISSE (HEAD OFFICE)
DBA PFG COIN AND BULLION           UETLIBERGSTRASSE 231
12644 TIFFANY CT                   ZURICH, SWITZERLAND
BURNSVILLE MN 55337-3487           BNF BANK:S/CRESCHZZ12A         WIR:
SNDR REF NUM:FW09655079241304      CREDIT SUISSE
                                   GENEVA,CH

                                   BNF./ch7704835092588712000    CHG:    BK?N
                                   JBFX Fund Management LTD
                                   Zurich Switz


**** CREDIT PAYMENT MESSAGE TEXT ****

                          Message Text

Destination:
  S/CRESCHZZ80A
  CREDIT SUISSE (HEAD OFFICE)
  UETLIBERGSTRASSE 211
  ZURICH, SWITZERLAND
Output Time: 10:19:57    Output sequence number: 309496

Input:
  /WFBIUS6S
  WELLS FARGO NA

  SAN FRANCISCO CA

Single Customer Credit Transfer                    (TYP: 103)

:20:     /Transaction Reference Number:
         20070320000026870
:23B:    /Bank Operation Code:
         CRED
:32A:    /Value Date, Currency, Interbank Settled Amount:
         Date: 07/03/20 USD 150,000.00
:33B:    /Currency, Instructed Amount:
         USD 150,000.00
:50K:    /Ordering Customer:
         ▇▇▇702
         TREVOR G COOK, DBA TREVOR G COOK
```

10848

```
WELLS FARGO BANK N.A.                    FOR 30-MAR-2007               Page  126
FULL TRANSACTION REPORT

<<< TRN: 070330-062337 >>>

----- ***** MESSAGE ENVELOPE **** -----------------------------------------------
                                        ( Bank : 121 )

                                                    SND DATE: 07/03/30
SRC:PHN CALLER:COOK, TREVOR                          EXT:

RPT#         AMT:5,000,000.00           CUR:USD                 TRDR#
TEST: VAL:              TYP:FTR/       FNDS:S CHG:DB:B CD:A COM:N CBL:N

DBT          ▉▉▉2686/                 CDT          ▉▉▉65637              ADV:SWF
DEBIT VAL: 07/03/30                    CREDIT VAL: 07/03/30
GL RECON: 300300                       GL RECON: 182182
DEPT:0009655                           DEPT:0006106
MARKET SHOT LLC                        CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                       UETLIBERGSTRASSE 231
BURNSVILLE            MN 55337-3487    ZURICH, SWITZERLAND
                                       BNF BANK:
                                       CREDIT SUISSE
                                       GENEVA,CH
                                       CRESCHZZ12A
                                       BNF:/CH7704835092588712000    CHG:  BK?N
                                       JDFX FUNDS MANAGEMENT LTD.

                                       ORIG TO BNF INFO:
                                       ON BEHALF OF JDFX RMS AG


 **** CREDIT PAYMENT MESSAGE TEXT ****

                    Message Text

Destination:
 S/CRESCHZZ80A
   CREDIT SUISSE (HEAD OFFICE)
   UETLIBERGSTRASSE 231
   ZURICH, SWITZERLAND
Output Time: 13:12:31   Output sequence number: 460195

Input:
 S/WFBIUS6S
   WELLS FARGO NA

   SAN FRANCISCO CA

Single Customer Credit Transfer           (TYPE: 103)

:20:  /Transaction Reference Number:
      2007035000042337
:23B: /Bank Operation Code:
      CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
      Date: 07/03/30 USD 5,000,000.00
```

10849

```
WELLS FARGO BANK N.A.,                      FOR 17-DEC-2008                      Page 35982
FULL TRANSACTION REPORT

<<< TRN: 081217-041331 >>>
----------------------------------------------------------------
***** MESSAGE ENVELOPE ****                 ( Bank : 121 )
----------------------------------------------------------------
                                            SND DATE: 08/12/17
SRC:PHN CALLER:COOK, TREVOR                 EXT:-

RPT#          AMT:2,100,000.00              CUR:USD                          TRDR#
TEST1- VAL:-                                TYP:FTR/1000 FNDS:S CHG:DB:B CD:M COM:N CBL:N
--------------------------------
DBT ▮▮▮▮2686/                               CDT ▮▮▮▮7993                      ADV:FED
DEBIT VAL: 08/12/17                         CREDIT VAL: 08/12/17
GL RECON: 300300                            GL RECON: 114114
DEPT:0002729                                DEPT:0002729
MARKET SHOT LLC                             UBS AG
12644 TIFFANY CT                            677 WASHINGTON BLVD
BURNSVILLE          MN 55337-3487           STAMFORD CT
                                            COUNTRY OF RESIDENCY: CH
                                            BNF BANK:S/UBSWCHZH80A              WIR:Y
                                            UBS AG ZURICH, ATTN ADRIANA HUBER
                                            BAHNHOFSTRASSE 45
                                            CH 8021 ZURICH,SWITZ,
                                            COUNTRY OF RESIDENCY: CH
                                            BNF:/CH4300273273241255600N    CHG:   BK?N
                                            JDFX HOLDING

                                            BNF MAILING COUNTRY: CH


**** CREDIT PAYMENT MESSAGE TEXT ****

(1510) Type/Subtype Code:
       Type Code:                           10 (Transfer of funds)
       Subtype Code:                        00 (Regular transfer)

(2000) Amount:                              $2,100,000.00

(3100) Sending Bank:
       ABA number:                          121000248
       Short name:                          WELLS FARGO SF
       ABA lookup (AUX):                    WELLS FARGO BANK, NA
                                            SAN FRANCISCO, CA

(3320) Sender Reference:                    2008121700041331

(3400) Receiving Bank:
       ABA number:                          026007993
       Short name:                          UBS AG NYC
       ABA lookup (REL):                    UBS AG
                                            677 WASHINGTON BLVD
                                            STAMFORD CT

(3600) Business Function Code:              BTR (Bank transfer)
```

10850

```
WELLS FARGO BANK N.A.                    FOR 20-MAR-2007                    Page 82297
FULL TRANSACTION REPORT

<<< TRN: 070320-026892 >>>
----------------------------------
 **** MESSAGE ENVELOPE ****                    ( Bank : 121 )
----------------------------------

                                                   SND DATE: 07/03/20
SRC:FT1 CALLER:                                    EXT:

RPT#         AMT:1,000,000.00        CUR:USD                          TRDR#
TEST: VAL:               TYP:FTR/    FNDS:S CHG:DB:R CD:A COM:N CRL:N

                                     CDT         6563/            ADV:SWF
*DBT        6543             CREDIT VAL: 07/03/20
DEBIT VAL: 07/03/20                  GL RECON: 182182
GL RECON: 300300                     DEPT:0006106
DEPT:0965500655                      CREDIT SUISSE (HEAD OFFICE)
TREVOR G COOK                        UETLIBERGSTRASSE 231
12644 TIFFANY CT                     ZURICH, SWITZERLAND
BURNSVILLE       MN 55337-3487       BNF BANK:S/CRESCHZZ12A
SNDR REF NUM:FW09655079061304        CREDIT SUISSE                    WIR:
                                     GENEVA,CH

                                     BNF:/ch77048350925B8712000      CHG:  BK7N
                                     JDFX fund management LTD
                                     Zurich Switz

 **** CREDIT PAYMENT MESSAGE TEXT ****

                        Message Text

Destination:
   S/CRESCHZZ80A
   CREDIT SUISSE (HEAD OFFICE)
   UETLIBERGSTRASSE 231
   ZURICH, SWITZERLAND
Output Time: 10:22:51   Output sequence number: 309525

Input:
   S/WFBIUS6S
   WELLS FARGO NA

   SAN FRANCISCO CA

Single Customer Credit Transfer              (TYPE: 103)

:20:   /Transaction Reference Number:
       200703200002892
:23B:  /Bank Operation Code:
       CRED
:32A:  /Value Date, Currency, Interbank Settled Amount:
       Date: 07/03/20 USD  1,000,000.00
:33B:  /Currency, Instructed Amount:
       USD 1,000,000.00
:50k:  /Ordering Customer:
       /3444256543
       TREVOR G COOK
```

```
WELLS FARGO BANK N.A.                     FOR 01-DEC-2006           Page 18969
FULL TRANSACTION REPORT

<<< TRN: 061201-066998 >>>
---- MESSAGE ENVELOPE ****
**** MESSAGE ENVELOPE ****            ( Bank : 121 )
                                                     SND DATE: 06/12/01
                                                     EXT:
SRC:PHN CALLER:KILEY, PATRICK J.

RPT#         AMT:500,000.00      TYP:FTR/  CUR:USD              TRDR#
TEST1 VAL:                       CREDIT VAL:06/12/01  FNDS=S CHG:DB:B CD:A COM:N CBL:N

DBT                              CDT       6563/              ADV:SWF
DEBIT VAL: 06/12/01              CREDIT VAL: 06/12/01
GL RECON: 300300                 GL RECON: 182182
DEPT:0009655                     DEPT:0006106
UBS DIVERSIFIED GROWTH LLC       CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                 UETLIBERGSTRASSE 231
BURNSVILLE        MN 55337-3487  ZURICH, SWITZERLAND  231
                                 BNF BANK:S/CRESCHZZ12A
                                 CREDIT SUISSE                WIR:
                                 GENEVA,CH

                                 BNF:/925887 12              CHG:     BK?N
                                 JDFX FUND MANAGMENT

**** CREDIT PAYMENT MESSAGE TEXT ****
                                 Message Text
Destination:
   S/CRESCHZZ80A
   CREDIT SUISSE (HEAD OFFICE)
   UETLIBERGSTRASSE 231
   ZURICH, SWITZERLAND
Output Time: 15:15:30    Output sequence number: 156629

Input:
   S/WFBIUS6S
   WELLS FARGO NA

   SAN FRANCISCO CA

Single Customer Credit Transfer          (TYPE: 103)

:20:  /Transaction Reference Number:
      2006120100066998
:23B: /Bank Operation Code:
      CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
      Date: 06/12/01  USD    500,000.00
:33B: /Currency, Instructed Amount:
      USD  500,000.00
:50K: /Ordering Customer:
      /3036172710
      UBS DIVERSIFIED GROWTH LLC
```

10852

```
WELLS FARGO BANK N.A.                           FOR 18-JAN-2007              Page 92916
FULL TRANSACTION REPORT

<<< TRN: 070118-031647 >>>

----- **** MESSAGE ENVELOPE **** -----------------------------------------
                                ( Bank : 121 )
                                        SND DATE: 07/01/18
SRC:PHN CALLER:KILEY, PATRICK J.                EXT:

RPT#        AMT:500,000.00          TYP:FTR/ CUR:USD                TRDR#
TEST: VAL:                              FND:S:S CHG:DB:A CD:A COM:N CBL:N
                                        CDT █████6563/                    ADV:SWF
DBT  █████2710/                         CREDIT VAL: 07/01/18
DEBIT VAL: 07/01/18                     GL RECON: 182182
GL RECON: 300300                        DEPT:0006106
DEPT:0009655                            CREDIT SUISSE (HEAD OFFICE)
UBS DIVERSIFIED GROWTH LLC              UETLIBERGSTRASSE 231
12644 TIFFANY CT                        ZURICH, SWITZERLAND
BURNSVILLE       MN 55337-3487          BNF BANK:S/CRESCHZZ12A
                                        CREDIT SUISSE                   WIR:
                                        GENEVA,CH

                                        BNF:/CH7704835092588712000    CHG:  BK2N
                                        1352
                                        JDTX FUND MANAGEMENT


**** CREDIT PAYMENT MESSAGE TEXT ****

                Message Text

Destination:
  S/CRESCHZZ80A
  CREDIT SUISSE (HEAD OFFICE)
  UETLIBERGSTRASSE 231
  ZURICH, SWITZERLAND
Output Time: 09:57:48   Output sequence number: 609220


Input:
  S/WFBIUS6S
  WELLS FARGO NA

  SAN FRANCISCO CA


Single Customer Credit Transfer        (TYPE: 103)

:20:  /Transaction Reference Number:
      2007011800031647
:23B: /Bank Operation Code:
      CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
      Date: 07/01/18  USD  500,000.00
:33B: /Currency/Instructed Amount:
      USD  500,000.00
:50K: /Ordering Customer:
      /3036172710
      UBS DIVERSIFIED GROWTH LLC
```

10853

```
WELLS FARGO BANK N.A.                    FOR 22-FEB-2007              Page 95551
FULL TRANSACTION REPORT

<<< TRN: 070222-030422 >>>

----- ***** MESSAGE ENVELOPE ***** -----
                                    ( Bank : 121 )
                                                     SND DATE: 07/02/22
                                                     EXT:
SRC:PHN CALLER:KILLEY, PATRICK

RPT#         AMT:500,000.00       TYP:FTR    CUR:USD                      TRDR#
TEST: VAL:    07/02/22            FNDS:S CHG:DB:A CD:A COM:N CBL:N
                                   CDT       � 65663/              ADV:SWF
DBT      ▪ 2710/                   CREDIT VAL: 07/02/22
DEBIT VAL: 07/02/22                GL RECON: 182182
GL RECON: 300300                   DEPT:0006106
DEPT:0009952                       CREDIT SUISSE (HEAD OFFICE)
UBS DIVERSIFIED GROWTH LLC         UETLIBERGSTRASSE 231
12644 TIFFANY CT                   ZURICH, SWITZERLAND  CRESCHZZ80A
BURNSVILLE           MN 55337-3487 BNF:/CH7704835092588712000  CHG:   BK2N
                                   JDFX FUND MANAGEMENT



***** CREDIT PAYMENT MESSAGE TEXT *****

                              Message Text
Destination:
   S/CRESCHZZ80A
   CREDIT SUISSE (HEAD OFFICE)
   UETLIBERGSTRASSE 231
   ZURICH, SWITZERLAND  CRESCHZZ80A
Output Time: 10:56:00    Output sequence number: 974927

Input:
   S/WFBIUS6S
   WELLS FARGO NA

   SAN FRANCISCO CA


Single Customer Credit Transfer          (TYPE: 103)

:20:    /Transaction Reference Number:
        2007022200030422
:23B:   /Bank Operation Code:
        CRED
:32A:   /Value Date, Currency, Interbank Settled Amount:
        Date: 07/02/22  USD  500,000.00
:33B:   /Currency, Instructed Amount:
        USD  500,000.00
:50K:   /Ordering Customer:
        /303547277I0
        UBS DIVERSIFIED GROWTH LLC
        12644 TIFFANY CT
        BURNSVILLE           MN 55337-3487
:59:    /Beneficiary Customer:
        /CH7704835092588712000
```

10854

```
WELLS FARGO BANK N.A.                    FOR 19-MAR-2007              Page 71199
FULL TRANSACTION REPORT

<<< TRN: 070319-023799 >>>

**** MESSAGE ENVELOPE ****                ( Bank : 121 )

                                                      SND DATE: 07/03/19
SRC:PHN CALLER:KILEY, PATRICK                         EXT:

RPT#              AMT:1,000,000.00 ...   TYP:FTR/ CUR:USD                 TRDR#
TEST: VAL: _____ 2710/               DBT _____ 65563/       CD:A COM:N CBL:N
DBT _____ 2710/                  CREDIT VAL: 07/03/19          ADV:SWF
DEBIT VAL: 07/03/19                  GL RECON: 182182
GL RECON: 300300                     DEPT:0006106
DEPT:0009952                         CREDIT SUISSE (HEAD OFFICE)
UBS DIVERSIFIED GROWTH LLC           UETLIBERGSTRASSE 231
12844 TIFFANY CT        MN 55337-3487 ZURICH, SWITZERLAND
BURNSVILLE                           BNF BANK:S/CRESCHZ212A
                                     CREDIT SUISSE                 VIR:
                                     GENEVA, CH
                                     SWIFT CRESCHZZ10A
                                     BNF:/CH770483509258712000  CHG:  BK7N
                                     JDFX FUNDS MANGMENT LTD

**** CREDIT PAYMENT MESSAGE TEXT ****

                          Message Text

Destination:
  S/CRESCHZ280A
  CREDIT SUISSE (HEAD OFFICE)
  UETLIBERGSTRASSE 231
  ZURICH, SWITZERLAND
Output Time: 09:32:09   Output sequence number: 291038

Input:
  S/WFBIUS6S
  WELLS FARGO NA
  ;
  SAN FRANCISCO CA

Single Customer Credit Transfer              (TYPE: 103)

:20:    /Transaction Reference Number:
        20070319000023799
:23B:   /Bank Operation Code:
        CRED
:32A:   /Value Date, Currency, Interbank Settled Amount:
        Date: 07/03/19 USD 1,000,000.00
:33B:   /Currency Instructed Amount:
        USD 1,000,000.00
:50K:   /Ordering Customer:
        3036172710
        UBS DIVERSIFIED GROWTH LLC
```

10855

```
WELLS FARGO BANK N.A.                      FOR 20-MAR-2007              Page 59203
FULL TRANSACTION REPORT

<<< TRN: 070320-019721 >>>

---------------------------------------------------
**** MESSAGE ENVELOPE ****        ( Bank : 121 )
---------------------------------------------------

                                          SND DATE: 07/03/20
                                          EXT:
SRC:PHN CALLER:KILEY, PATRICK

RPT#                AMT:350,000.00      CUR:USD              TRDR#
TEST: VAL:                      TYP:fTR/    FNDS:S CHG:DB:A CD:A COM:N CBL:N
                                     -------------------------------
DBT             2710/              CDT      5563/           ADV:SWF
DEBIT. VAL: 07/03/20              CREDIT. VAL: 07/03/20
GL RECON: 300300                  GL RECON: 182182
DEPT:0009952                      DEPT:0006106
UBS DIVERSIFIED GROWTH LLC        CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                  UETLIBERGSTRASSE 231
BURNSVILLE         MN 55337-3487  ZURICH, SWITZERLAND
                                  BNF BANK:S/CRESCHZZ12A
                                  CREDIT SUISSE            MIR:
                                  GENEVA,CH

                                  BNF:/CH7704835092588712000  CHG:  BK7N
                                  JDFX FUND MANAGEMENT LTD


**** CREDIT PAYMENT MESSAGE TEXT ****

                            Message Text

Destination:
   S/CRESCHZZ80A
   CREDIT SUISSE (HEAD OFFICE)
   UETLIBERGSTRASSE 231
   ZURICH, SWITZERLAND
Output Time: 08:49:51    Output sequence number: 307144

Input:
   S/WFBIUS6S
   WELLS FARGO NA

   SAN FRANCISCO CA

Single Customer Credit Transfer              (TYPE: 103)

:20:   /Transaction Reference Number:
       200703020000019721
:23B:  /Bank Operation Code:
       CRED
:32A:  /Value Date, Currency, Interbank Settled Amount:
       /Date: 07/03/20  USD  350,000.00
:33B:  /Currency, Instructed Amount:
       USD  350,000.00
:50K:  /Ordering Customer:
       /3036172710
       UBS DIVERSIFIED GROWTH LLC
```

10856

```
WELLS FARGO BANK N.A.                    FOR 12-APR-2007            Page 26033
FULL TRANSACTION REPORT

<<< TRN: 070412-039654 >>>

**** MESSAGE ENVELOPE ****       ( Bank : 121 )

                                                    SND DATE: 07/04/12
SRC:PHN CALLER:KILEY, PATRICK                       EXT:

RPT#      AMT:1,000,000.00        CUR:USD                    TRDR#
TEST: VAL:            TYP:FTR/   CREDIT VAL: 07/04/12  CHG:DB:A CD:A COM:N CBL:N

DBT    2710/                     CDT       6563/              ADV:SWF
DEBIT VAL: 07/04/12              CREDIT VAL: 07/04/12
GL RECON: 300300                 GL RECON: 182182
DEPT:0009952                     DEPT:0006106
UBS DIVERSIFIED GROWTH LLC       CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                 UETLIBERGSTRASSE 231
BURNSVILLE       MN 55337-3487   ZURICH, SWITZERLAND
                                 BNF BANK:S/CRESCHZZ12A         WIR:Y
                                 CREDIT SUISSE
                                 GENEVA
                                 SWITZERLAND
                                 BNF:/CH7704835092588712000    CHG:  BK?N
                                 JDFX FUND MANAGEMENT LTD

                                 ORIG TO BNF INFO:
                                 ON BEHAVE OF JDFX RMS AG


**** CREDIT PAYMENT MESSAGE TEXT ****

                       Message Text

Destination:
  S/CRESCHZZ80A
  CREDIT SUISSE (HEAD OFFICE)
  UETLIBERGSTRASSE 231
  ZURICH, SWITZERLAND
Output Time: 11:54:59   Output sequence number: 594386

Input:
  S/WFBIUS6S
  WELLS FARGO NA

  SAN FRANCISCO CA

General Financial Institution Transfer      (TYPE: 202)

:20:  /Transaction Reference Number:
      200704120003965A
:21:  /Reference to Related Message/Transaction:
      200704120003965A
:32A: /First Amount:
      Date: 07/04/12  USD 1,000,000.00
```

10857

WELLS FARGO BANK N.A.                                    FOR 23-JAN-2009                    Page  1193
FULL TRANSACTION REPORT

<<< TRN: 090123-030783 >>>

----- ***** MESSAGE ENVELOPE ***** -----

                                          ( Bank :121 )
                                                          SND DATE: 09/01/23
                                                          EXT:
SRC:PHN CALLER:KILEY, PATRICK

RPT#           AMT:2,125,000.00                CUR:USD                      TRDR#
TEST: VAL:              TYP:FTR/1000 FNDS:S CHG:DB:A CD:M COM:N CBL:N
                                      CDT       7993                 ADV:FED
DBT     2710/             CREDIT VAL: 09/01/23
DEBIT VAL: 09/01/23       GL RECON: 114114
GL RECON: 300300          DEPT:0002729
DEPT:0009952              UBS AG
UBS DIVERSIFIED GROWTH LLC   677 WASHINGTON BLVD
12844 TIFFANY CT             STAMFORD CT
BURNSVILLE           MN 55337-3487    COUNTRY OF RESIDENCY: CH
                                      BNF BANK:S/UBSWCH2H80A              WIR-Y
                                      UBS AG ZURICH, ATTN ADRIANA HUBER
                                      BAHNHOFSTRASSE 45
                                      CH 8021 ZURICH,SWITZ,
                                      COUNTRY OF RESIDENCY: CH
                                      BNF/CH6430073273241255560N    CHG:    BK?N
                                      JDFX HOLDING

                                      BNF MAILING COUNTRY: CH

**** CREDIT PAYMENT MESSAGE TEXT ****

(1510) Type/Subtype Code:
        Type Code:          10 (Transfer of funds)
        Subtype Code:       00 (Regular transfer)

(2000) Amount:              $2,125,000.00

(3100) Sending Bank:
        ABA number:         121000248
        Short name:         WELLS FARGO SF
        ABA lookup (AUX):   WELLS FARGO BANK, NA
                            SAN FRANCISCO, CA

(3320) Sender Reference:    2009012300030783

(3400) Receiving Bank:
        ABA number:         026007993
        Short name:         UBS AG NYC
        ABA lookup (REL):   UBS AG
                            677 WASHINGTON BLVD
                            STAMFORD CT

(3600) Business Function Code:   BTR (Bank transfer)

```
WELLS FARGO BANK N.A.                    FOR 26-MAY-2009                    Page 65739
FULL TRANSACTION REPORT

<<< TRN: 090526-051264 >>>

----- ***** MESSAGE ENVELOPE ***** -----           ( Bank : 121 )

                                              SND DATE: 09/05/26
SRC:PHN CALLER:KILEY, PATRICK                 EXT:

RPT#          AMT:1,025,000.00        CUR:USD                    TRDR#
TEST1 VAL:                     TYP:FTR/1000 FNDS:S CHG:DB:A CD:M COM:N CBL:N

DBT        2710/                      CDT              7993              ADV:FED
DEBIT VAL: 09/05/26                   CREDIT VAL: 09/05/26
GL RECON: 300300                      GL RECON: 114114
DEPT:0009952                          DEPT:0002729
UBS DIVERSIFIED GROWTH LLC            UBS AG
12644 TIFFANY CT                      677 WASHINGTON BLVD
BURNSVILLE              MN 55337-3487  STAMFORD CT
                                      COUNTRY OF RESIDENCY: CH
                                      BNF BANK:S/UBSWCHZH80A                 WIR:Y
                                      UBS AG ZURICH, ATTN ADRIANA HUBER
                                      BAHNHOFSTRASSE 45
                                      CH 8021 ZURICH,SWITZ,
                                      COUNTRY OF RESIDENCY: CH
                                      BNF:/CH4230027327324125560N   CHG:    BK?N
                                      JDFX HOLDING

                                      BNF MAILING COUNTRY: CH

**** CREDIT PAYMENT MESSAGE TEXT ****

(1510) Type/Subtype Code:
       Type Code:                     10 (Transfer of funds)
       Subtype Code:                  00 (Regular transfer)

(2000) Amount:                        $1,025,000.00

(3100) Sending Bank:
       ABA number:                    121000248
       Short name:                    WELLS FARGO SF
       ABA Lookup (AUX):              WELLS FARGO BANK, NA
                                      SAN FRANCISCO, CA

(3320) Sender Reference:              2009052600051264

(3400) Receiving Bank:
       ABA number:                    026007993
       Short name:                    UBS AG NYC
       ABA Lookup (REL):              UBS AG
                                      677 WASHINGTON BLVD
                                      STAMFORD CT

(3600) Business Function Code:        BTR (Bank transfer)
```