# EXHIBIT 6



**Account Statement for ▇▇▇▇ZINET**

James Dayton Pieron Jr
▇▇▇▇▇▇▇▇
8006 Zurich
Switzerland

Account: ▇▇▇▇NET
Currency: USD
Period: 01-Jan-2007 - 31-Dec-2007

Saxo Bank
Philip Heymans Allé 15
DK 2900 Hellerup
Denmark

Phone no.: +45 39 77 40 00
Fax No.: +45 39 77 42 00
Email: info@saxobank.com

Friday, December 17, 2010 2:57:52 AM GMT

| Posting Date | Value Date | Description | Net Change | Balance |
|---|---|---|---:|---:|
| Balance Start 01-Jan-2007 | | | | 0.00 |
| 23-Nov-2007 | 23-Nov-2007 | DEPOSIT ▇▇▇ NET (▇▇▇, ▇▇▇) | 2,500,000.00 | 2,500,000.00 |
| 30-Nov-2007 | 01-Dec-2007 | Interest NOV-2007 - IC 49399962 | 1,198.83 | 2,501,198.83 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Options USDCHF 246479303 | -25,558.24 | 2,475,640.59 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Options USDCHF 246483285 | -21,958.49 | 2,453,682.10 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Options USDJPY 246499055 | -53,056.46 | 2,400,625.64 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Options USDJPY 246500691 | -52,599.07 | 2,348,026.57 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Spot & Forwards USDJPY 245465611/246447439 | -125,743.44 | 2,222,283.13 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Spot & Forwards USDJPY 245514926/246447439 | -45,715.18 | 2,176,567.95 |
| 04-Dec-2007 | 06-Dec-2007 | Fx Spot & Forwards USDJPY 245606260/246447439 | -39,424.44 | 2,137,143.51 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 245659263/246585360 | -32,042.38 | 2,105,101.13 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 245739719/246585360 | -9,154.91 | 2,095,946.22 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 245739823/246585360 | -13,732.37 | 2,082,213.85 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 245747845/246585360 | -9,381.28 | 2,072,832.57 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246121938/246585360 | 5,513.09 | 2,078,345.66 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246447079/246585406 | -19,041.04 | 2,059,304.62 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246447653/246639787 | -13,241.55 | 2,046,063.07 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246619931/246652157 | -4,984.09 | 2,041,078.98 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246621683/246652157 | -11,508.72 | 2,029,570.26 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246622731/246652455 | -11,780.58 | 2,017,789.68 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246628713/246652455 | -4,666.92 | 2,013,122.76 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246628713/246656673 | -6,479.32 | 2,006,643.44 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246649323/246656673 | -8,155.79 | 1,998,487.65 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246649323/246672708 | -12,324.30 | 1,986,163.35 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246655093/246672708 | -2,129.57 | 1,984,033.78 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246655093/246672882 | -2,492.05 | 1,981,541.73 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246672882/246718746 | -6,796.49 | 1,974,745.24 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Spot & Forwards USDJPY 246674602/246718746 | -7,929.24 | 1,966,816.00 |
| 05-Dec-2007 | 07-Dec-2007 | Fx Options USDCHF 246685430 | -32,803.53 | 1,934,012.47 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDCHF 245665165/246760504 | -50,802.38 | 1,883,210.09 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDCHF 245670123/246760504 | -53,028.21 | 1,830,181.88 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDCHF 245709322/246782276 | -40,580.25 | 1,789,601.63 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDCHF 245730693/246782276 | -37,241.88 | 1,752,359.75 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDCHF 245971061/246861626 | -18,302.54 | 1,734,057.21 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDJPY 246751064/246881076 | 29,938.94 | 1,763,996.15 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDJPY 246881256/246892299 | -14,442.91 | 1,749,553.24 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDJPY 246916167/246926397 | -12,186.20 | 1,737,367.04 |
| 06-Dec-2007 | 10-Dec-2007 | Fx Spot & Forwards USDJPY 246916595/246926397 | -12,366.74 | 1,725,000.30 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 246988340/246989172 | -8,910.05 | 1,716,090.25 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 246861626/247007045 | 6,576.56 | 1,722,666.81 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 246992584/247007045 | 10,806.20 | 1,733,473.01 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 246992584/247031669 | 2,073.03 | 1,735,546.04 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 246992584/247031679 | 568.98 | 1,736,115.02 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 247031679/247049753 | -2,526.00 | 1,733,589.02 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 247031691/247049753 | -4,009.52 | 1,729,579.50 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDCHF 247031783/247049753 | -1,871.11 | 1,727,708.39 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246937962/246950897 | 8,998.15 | 1,736,706.54 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246950897/247007143 | 12,160.87 | 1,748,867.41 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246950897/247007189 | 11,759.96 | 1,760,627.37 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246950897/247031705 | 11,296.69 | 1,771,924.06 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246990302/247031705 | 285.09 | 1,772,209.15 |

https://www.onlinewebconnect.com/CSWeb/summary/ReportAccountStatementPrint2.a▇

GOVERNMENT'S
EXHIBIT
65
US v. PIERON

00707

| Date | Value Date | Description | Amount | Balance |
|---|---|---|---:|---:|
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246990302/247031715 | 1,336.36 | 1,773,545.51 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 246990302/247031727 | 819.63 | 1,774,365.14 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 247031727/247049097 | -1,547.76 | 1,772,817.38 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 247031763/247049749 | -9,313.55 | 1,763,503.83 |
| 07-Dec-2007 | 11-Dec-2007 | Fx Spot & Forwards USDJPY 247031889/247049749 | -9,763.48 | 1,753,740.35 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDCHF 247031783/247353170 | -3,832.34 | 1,749,908.01 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDCHF 247033164/247353170 | -2,485.04 | 1,747,422.97 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDCHF 247033164/247353240 | -7,481.79 | 1,739,941.18 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDCHF 247033164/247353758 | -2,253.95 | 1,737,687.23 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDCHF 247033181/247353758 | -4,347.92 | 1,733,339.31 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDCHF 247033181/247353860 | -6,228.58 | 1,727,110.73 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDJPY 247033187/247334650 | 970.76 | 1,728,081.49 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDJPY 247033187/247335066 | -1,889.25 | 1,726,192.24 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDJPY 247033209/247335066 | -944.63 | 1,725,247.61 |
| 11-Dec-2007 | 13-Dec-2007 | Fx Spot & Forwards USDJPY 247033209/247344924 | 11,167.16 | 1,736,414.77 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247329480/247453160 | -4,601.72 | 1,731,813.05 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247329866/247453160 | -6,435.06 | 1,725,377.99 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247344852/247453160 | -2,476.08 | 1,722,901.91 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247345235/247453160 | -1,082.21 | 1,721,819.70 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247345235/247453210 | -2,199.84 | 1,719,619.86 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247498349/247506017 | 2,034.26 | 1,721,654.12 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247498349/247506075 | 504.18 | 1,722,158.30 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247498455/247506075 | 7,233.89 | 1,729,392.19 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247498635/247506075 | 1,385.40 | 1,730,777.59 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247506879/247510881 | 55,591.34 | 1,786,368.93 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247506889/247510881 | 55,591.34 | 1,841,960.27 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247506923/247510881 | 27,795.67 | 1,869,755.94 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDCHF 247506923/247510923 | 27,883.35 | 1,897,639.29 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247033209/247451914 | 2,197.36 | 1,899,836.65 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247329330/247451914 | 10,155.87 | 1,909,992.52 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247329616/247451914 | 8,693.26 | 1,918,685.78 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247334032/247451914 | 3,108.72 | 1,921,794.50 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247498311/247505977 | 5,318.60 | 1,927,113.10 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247506919/247510939 | 135,402.75 | 2,062,515.85 |
| 12-Dec-2007 | 14-Dec-2007 | Fx Spot & Forwards USDJPY 247506945/247510939 | 135,402.75 | 2,197,918.60 |
| 31-Dec-2007 | 01-Jan-2008 | Interest DEC-2007 - IC 49499404 | 4,057.86 | 2,201,976.46 |
| **Balance as of 31-Dec-2007** | | | **USD** | **2,201,976.46** |