# EXHIBIT 7

**CREDIT SUISSE**

CREDIT SUISSE
CH-1211 Genève 70 (0251)
Your adviser: Myrna Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835 / BIC: CRESCHZZ12A

Current account ▇▇▇87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇200 0

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

March 31st, 2007

## Statement of account per 31.03.2007

Sheet 1/3

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.01.07 | Balance carried forward | | | | 144'886.40 |
| 04.01.07 | Payment order electronic banking CC PRE-PAYMENT | 41'308.66 | | 08.01.07 | 103'577.74 |
| 19.01.07 | Payment UBS DIVERSIFIED GROWTH LLC TIFFANY C | | 500'000.00 | 18.01.07 | 603'577.74 |
| 23.01.07 | Payment order electronic banking ABA: 121042882 | 6'018.84 | | 23.01.07 | |
| 23.01.07 | Payment order electronic banking ABA: 072000915 | 10'004.10 | | 23.01.07 | |
| 23.01.07 | Cash withdrawal CS Zürich-Rigiplatz (0862) | 16'250.91 | | 23.01.07 | 571'303.89 |
| 24.01.07 | Payment order electronic banking JDFX Technologies AG Zurich 8001 | 250'004.10 | | 24.01.07 | 321'299.79 |
| 12.02.07 | Payment order electronic banking ROUTING # 122100024 | 10'018.44 | | 12.02.07 | 311'281.35 |
| 14.02.07 | Payment order electronic banking FURTHER CREDIT TO A/C ▇▇▇▇0426 | 20'018.44 | | 14.02.07 | 291'262.91 |
| 20.02.07 | Payment order electronic banking ROUTING NUMBER: 072000915 | 15'444.01 | | 20.02.07 | 275'818.90 |
| 21.02.07 | Payment FOREX LIQUIDITY LLC AKA MULTIBANK F | | 499'965.00 | 21.02.07 | 775'783.90 |
| 23.02.07 | Payment order electronic banking ROUTING NUMBER IS ▇▇▇▇455 | 9'998.44 | | 23.02.07 | |

Continued on next page




GOVERNMENT'S
**EXHIBIT**
**119**
US v. PIERON

10465

**CREDIT SUISSE**

Current account ███87-12
JDFX Fund Management Ltd
Tortola-British Virgin Islands

## Statement of account per 31.03.2007

Sheet 2/3

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 23.02.07 | Payment UBS DIVERSIFIED GROWTH LLC TIFFANY C | | 500'000.00 | 23.02.07 | 1'265'785.46 |
| 06.03.07 | Payment order electronic banking TO: UCA VENTURES, A/C ███2-745 | 100'004.09 | | 06.03.07 | 1'165'781.37 |
| 08.03.07 | Permanent order JDFX Fund Ltd | 1'005'018.83 | | 08.03.07 | 160'762.54 |
| 13.03.07 | Payment order electronic banking Equity Research Consulti Flexer Driv | 13'784.09 | | 13.03.07 | 146'978.45 |
| 14.03.07 | Payment FOREX LIQUIDITY LLC AKA MULTIBANK F | | 1'999'965.00 | 14.03.07 | 2'146'943.45 |
| 19.03.07 | Payment order electronic banking ABA: ███5821 | 2'000'018.83 | | 19.03.07 | |
| 19.03.07 | Payment UBS DIVERSIFIED GROWTH LLC TIFFANY C | | 1'000'000.00 | 19.03.07 | 1'146'924.62 |
| 20.03.07 | Payment TREVOR G COOK, DBA TREVOR G COOK | | 150'000.00 | 20.03.07 | |
| 20.03.07 | Payment UBS DIVERSIFIED GROWTH LLC TIFFANY C | | 350'000.00 | 20.03.07 | |
| 20.03.07 | Payment TREVOR G COOK TIFFANY CT BURNSVILLE | | 1'000'000.00 | 20.03.07 | 2'646'924.62 |
| 22.03.07 | Payment FOREX LIQUIDITY LLC AKA MULTIBANK F | | 999'965.00 | 21.03.07 | 3'646'889.62 |
| 26.03.07 | Payment order electronic banking Franklin D. Wheatlake -3322 | 5'018.83 | | 26.03.07 | 3'641'870.79 |
| 27.03.07 | Payment order electronic banking JDFX Technologies AG Zurich 8001 | 500'004.09 | | 27.03.07 | 3'141'866.70 |
| 28.03.07 | Payment order electronic banking ABA: ███0915 | 10'139.09 | | 28.03.07 | 3'131'727.61 |
| 30.03.07 | Payment order electronic banking ABA: ███0314 | 8'820.47 | | 30.03.07 | |
| 30.03.07 | Payment order electronic banking ABA: ███0314 | 10'579.54 | | 30.03.07 | |
| 30.03.07 | Payment order electronic banking Equity Research Consulti Flexer Driv | 25'004.09 | | 30.03.07 | 3'087'323.51 |

Continued on next page

**CREDIT SUISSE**

Current account 925887-12
JDFX Fund Management Ltd
Tortola-British Virgin Islands

## Statement of account per 31.03.2007

Sheet 3/3

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 31.03.07 | Balance settlement of expenses | 20.48 | | 31.03.07 | 3'087'303.03 |
| | Total turnover / Book balance as of 31.03.2007 | 4'057'478.37 | 6'999'895.00 | | 3'087'303.03 |



Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction.**

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

# CREDIT SUISSE

CREDIT SUISSE
CH-1211 Genève 70 (0251)
Your adviser: Myrna Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835  / BIC: CRESCHZZ12A

**Current account** 87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: 

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

June 30th, 2007

## Statement of account per 30.06.2007

Sheet 1/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.04.07 | Balance carried forward | | | | 3'087'303.03 |
| 02.04.07 | Payment<br>MARKET SHOT LLC TIFFANY CT BURNSVILL | | 5'000'000.00 | 02.04.07 | 8'087'303.03 |
| 03.04.07 | Payment order electronic banking<br>ABA# 021000021 | 7'500'018.84 | | 04.04.07 | 587'284.19 |
| 12.04.07 | Payment order electronic banking<br>Jason Cooley Moravian Manor Cir Ster | 7'018.84 | | 12.04.07 | |
| 12.04.07 | Payment order electronic banking<br>MFX Consulting LLC Tim Avenue Bright | 10'518.84 | | 12.04.07 | |
| 12.04.07 | Payment order electronic banking<br>Jason Cooley Moravian Manor Cir Ster | 15'018.84 | | 12.04.07 | |
| 12.04.07 | Payment order electronic banking<br>James Pieron Zuerich | 300'004.10 | | 12.04.07 | 254'723.57 |
| 13.04.07 | Payment order electronic banking<br>BANK CODE: 004 035591 | 5'104.10 | | 13.04.07 | |
| 13.04.07 | Payment<br>UBS DIVERSIFIED GROWTH LLC TIFFANY C | | 1'000'000.00 | 13.04.07 | 1'249'619.47 |
| 20.04.07 | Payment order electronic banking<br>BROOK MARTIN / RETAINER / FUND | 10'177.27 | | 20.04.07 | |
| 20.04.07 | Payment order electronic banking<br>JDFX Technologies AG Zurich 8001 | 500'004.10 | | 20.04.07 | 739'438.10 |
| 26.04.07 | Payment order electronic banking<br>Merry Hurt North Rd Fenton, Mi | 65'143.84 | | 26.04.07 | 674'294.26 |
| 02.05.07 | Payment order electronic banking<br>Equity Research Consulti Flexer Driv | 5'144.10 | | 02.05.07 | 669'150.16 |
| 09.05.07 | Payment order electronic banking<br>MFX Consulting LLC Tim Avenue Bright | 8'056.06 | | 09.05.07 | |
| 09.05.07 | Payment order electronic banking<br>JDFX Technologies AG Zurich 8001 | 300'004.14 | | 09.05.07 | 361'089.96 |

Continued on next page

**CREDIT SUISSE**

Current account ▮▮▮ 87-12
JDFX Fund Management Ltd
Tortola-British Virgin Islands

## Statement of account per 30.06.2007

Sheet 2/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 29.05.07 | Payment order electronic banking<br>SEO CONSULTING | 2'504.14 | | 29.05.07 | 358'585.82 |
| 06.06.07 | Payment order electronic banking<br>Equity Research Consulti Flexer Driv | 5'144.08 | | 06.06.07 | |
| 06.06.07 | Payment order electronic banking<br>Jack Pieron Augusta Rd. Hartland, Mi | 10'198.77 | | 06.06.07 | |
| 06.06.07 | Payment order electronic banking<br>MFX Consulting LLC Tim Avenue Bright | 12'848.54 | | 06.06.07 | 330'394.43 |
| 13.06.07 | Payment order electronic banking<br>Joshua Surre Glenbrook Drive Frankli | 2'286.60 | | 13.06.07 | 328'107.83 |
| 14.06.07 | Payment order electronic banking<br>JDFX Technologies AG Zurich 8001 | 250'004.08 | | 14.06.07 | 78'103.75 |
| 27.06.07 | Payment order electronic banking<br>Franklin D. Wheatlake 973 Sanchez | 5'018.77 | | 27.06.07 | |
| 27.06.07 | Payment order electronic banking<br>Equity Research Consulti Flexer Driv | 5'144.08 | | 27.06.07 | |
| 28.06.07 | Payment<br>JPMORGAN CHASE BANK NEW YORK NY 1000 | | 28'674.42 | 27.06.07 | |
| 28.06.07 | Payment<br>JPMORGAN CHASE BANK NEW YORK NY 1000 | | 7'563'591.92 | 27.06.07 | 7'660'207.24 |
| 29.06.07 | Payment<br>JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 1'580'000.00 | 28.06.07 | 9'240'207.24 |
| 30.06.07 | Balance settlement of expenses | 17.14 | | 30.06.07 | 9'240'190.10 |
| | **Total turnover / Book balance as of 30.06.2007** | **9'019'379.27** | **15'172'266.34** | | **9'240'190.10** |

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

10469


**CREDIT SUISSE**

CREDIT SUISSE
CH-1211 Genève 70 (0251)
Your adviser: Myrna Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

**Current account** ▮▮▮87-12
Account holder:   JDFX Fund Management Ltd
                  Tortola-British Virgin Islands
Currency:         US dollars
IBAN:             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

September 29th, 2007

## Statement of account per 30.09.2007

Sheet 1/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---:|---:|---|---:|
| 01.07.07 | Balance carried forward | | | | 9'240'190.10 |
| 02.07.07 | Payment order electronic banking<br>Forex Liquidity LLC 6 Hutton Center | 1'105'438.77 | | 02.07.07 | |
| 02.07.07 | Payment order electronic banking<br>James Dayton Pieron Jr. Zuerich | 8'000'004.08 | | 02.07.07 | 134'747.25 |
| 09.07.07 | Payment order electronic banking<br>MFX Consulting LLC Tim Avenue Bright | 18'518.77 | | 09.07.07 | 116'228.48 |
| 12.07.07 | Payment order electronic banking<br>Cooley Designs LLC Moravian Manor Ci | 15'004.08 | | 12.07.07 | 101'224.40 |
| 17.07.07 | Payment order electronic banking<br>Equity Research Consulti Flexer Driv | 5'144.08 | | 17.07.07 | 96'080.32 |
| 19.07.07 | Payment order electronic banking<br>Lava Trading Inc. 95 Morton St., 7th | 1'484.60 | | 19.07.07 | |
| 19.07.07 | Payment order electronic banking<br>Lava Trading Inc. 95 Morton St., 7th | 2'620.50 | | 19.07.07 | |
| 19.07.07 | Payment order electronic banking<br>Lava Trading Inc. 95 Morton St., 7th | 5'041.93 | | 19.07.07 | 86'933.29 |
| 15.08.07 | Payment order electronic banking<br>Equity Research Consulti Flexer Driv | 5'184.15 | | 15.08.07 | 81'749.14 |
| 22.08.07 | Payment order electronic banking<br>MFX Consulting LLC Tim Avenue Bright | 4'019.11 | | 22.08.07 | |
| 22.08.07 | Payment order electronic banking<br>MFX Consulting LLC Tim Avenue Bright | 6'019.11 | | 22.08.07 | 71'710.92 |
| 05.09.07 | Payment order electronic banking<br>Franklin D. Wheatlake 973 Sanchez | 45'019.04 | | 05.09.07 | 26'691.88 |
| 30.09.07 | Balance settlement of expenses | 15.41 | | 30.09.07 | 26'676.47 |

Continued on next page

BE05

**CREDIT SUISSE**

Current account ███87-12
JDFX Fund Management Ltd
Tortola-British Virgin Islands

## Statement of account per 30.09.2007

Sheet 2/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| | Total turnover / Book balance as of 30.09.2007 | 9'213'513.63 | 0.00 | | 26'676.47 |

COPY

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction.**

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05

10471

**CREDIT SUISSE**

CREDIT SUISSE
CH-1211 Genève 70 (0251)
Your adviser: Myrna Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

Current account ▮▮▮87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN:

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A



January 1st, 2008

## Statement of account per 31.12.2007

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---:|---:|---|---:|
| 01.10.07 | Balance carried forward | | | | 26'676.47 |
| 04.10.07 | Payment<br>JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 58'187.71 | 03.10.07 | |
| 05.10.07 | Payment<br>JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 23'400.00 | 03.10.07 | 108'264.18 |
| 09.10.07 | Payment order electronic banking<br>JDFX Technologies AG Zurich 8001 | 75'004.28 | | 09.10.07 | 33'259.90 |
| 16.10.07 | Payment order<br>EXT.PART.CREDIT 0251-071004-22-85013 | 23'400.00 | | 16.10.07 | 9'859.90 |
| 25.10.07 | Payment<br>JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 951'243.04 | 24.10.07 | 961'102.94 |
| 26.10.07 | Payment order electronic banking<br>JDFX Technologies AG Zurich 8001 | 500'004.28 | | 26.10.07 | 461'098.66 |
| 31.10.07 | Payment order electronic banking<br>First Bank Puerto Rico | 10'522.72 | | 31.10.07 | 450'575.94 |
| 18.12.07 | Payment order electronic banking<br>CHF 400000.00 AT 1.1474//JDFX Techno | 348'614.26 | | 18.12.07 | 101'961.68 |
| 31.12.07 | Balance settlement of expenses | 17.76 | | 31.12.07 | 101'943.92 |
| | Total turnover / Book balance as of 31.12.2007 | 957'563.30 | 1'032'830.75 | | 101'943.92 |

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

10472



# CREDIT SUISSE

**CREDIT SUISSE**
CH-1211 Genève 70 (0251)
Your adviser: Myrna Brancato-Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

Current account ▮▮▮▮7-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A

April 1st, 2008

## Statement of account per 31.03.2008

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.01.08 | Balance carried forward | | | | 101'943.92 |
| 26.03.08 | Payment order electronic banking<br>Folio Corporate Services Limited BRI | 1'872.03 | | 26.03.08 | 100'071.89 |
| 31.03.08 | Balance settlement of expenses | 16.18 | | 31.03.08 | 100'055.71 |
| | Total turnover / Book balance as of 31.03.2008 | 1'888.21 | 0.00 | | 100'055.71 |

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05

10473

# CREDIT SUISSE

**CREDIT SUISSE**
CH-1211 Genève 70 (0251)
Your adviser: Steve Fragnière, Tel. 022 393 30 79
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

**Current account** ▮▮▮▮87-12
Account holder:   JDFX Fund Management Ltd
                  Tortola-British Virgin Islands
Currency:         US dollars
IBAN:             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A

July 1st, 2008

## Statement of account per 30.06.2008

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.04.08 | Balance carried forward | | | | 100'055.71 |
| 01.04.08 | **Correction of previous period**<br>Transfer IN ▮▮▮▮▮87-11 AT 0.9793 | 2'042.28 | | 31.03.08 | |
| 30.05.08 | **Latest reporting period**<br>Payment order electronic banking<br>Franklin D. Wheatlake -3322 | 35'022.08 | | 30.05.08 | 62'991.35 |
| 30.06.08 | Balance settlement of expenses | 17.68 | | 30.06.08 | 62'973.67 |
| | **Total turnover / Book balance as of 30.06.2008** | **37'082.04** | **0.00** | | **62'973.67** |

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05



**CREDIT SUISSE**

CREDIT SUISSE
CH-Genève 70 (0251)
Your adviser: Aurélien Reverchon, Tel. 022 393 22 04
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

Current account ▓▓▓87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A

October 1st, 2008

## Statement of account per 30.09.2008

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.07.08 | Balance carried forward | | | | 62'973.67 |
| 10.07.08 | Payment order electronic banking BOD FEE 1.1.-30.6.2008 | 4'943.64 | | 10.07.08 | 58'030.03 |
| 11.07.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 17'576.24 | 11.07.08 | |
| 11.07.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 19'777.97 | 11.07.08 | |
| 11.07.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 21'411.99 | 11.07.08 | |
| 11.07.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 24'183.17 | 11.07.08 | |
| 11.07.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 24'488.93 | 11.07.08 | 165'468.33 |
| 18.07.08 | Payment order electronic banking JDFX TECH 7.10-1 | 100'004.91 | | 18.07.08 | 65'463.42 |
| 21.08.08 | Payment order electronic banking AUDIT 2007 BURCH & PARTNER | 1'642.22 | | 21.08.08 | 63'821.20 |
| 30.09.08 | Balance settlement of expenses | 16.95 | | 30.09.08 | 63'804.25 |
| | **Total turnover / Book balance as of 30.09.2008** | **106'607.72** | **107'438.30** | | **63'804.25** |

Yours sincerely

CREDIT SUISSE

Form without signature

Conditions for investments in a non-Swiss currency: The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05

10475



**CREDIT SUISSE**
CH-Genève 70 (0251)
Your adviser: Aurélien Reverchon, Tel. 022 393 22 04
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835 / BIC: CRESCHZZ12A

Current account ▇▇▇87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A

January 1st, 2009

## Statement of account per 31.12.2008

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.10.08 | Balance carried forward | | | | 63'804.25 |
| 06.11.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 21'944.57 | 05.11.08 | |
| 06.11.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 23'379.29 | 05.11.08 | |
| 06.11.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 24'847.83 | 05.11.08 | 133'975.94 |
| 26.11.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 21'799.43 | 26.11.08 | 155'775.37 |
| 09.12.08 | Payment order electronic banking CONSULTING ERC 11-2008 | 7'504.12 | | 09.12.08 | 148'271.25 |
| 17.12.08 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 21'676.16 | 17.12.08 | 169'947.41 |
| 31.12.08 | Balance settlement of expenses | 18.93 | | 31.12.08 | 169'928.48 |
| | **Total turnover / Book balance as of 31.12.2008** | **7'523.05** | **113'647.28** | | **169'928.48** |

Yours sincerely

CREDIT SUISSE

Form without signature

Conditions for investments in a non-Swiss currency: The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05



# CREDIT SUISSE

**CREDIT SUISSE**
CH-Genève 70 (0251)
Your adviser: Myrna Brancato-Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

**Current account**  ▓▓▓87-12
Account holder:    JDFX Fund Management Ltd
                   Tortola-British Virgin Islands
Currency:          US dollars
IBAN:              CH77 0483 5092 5887 1200 0

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A

April 1st, 2009

## Statement of account per 31.03.2009

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.01.09 | Balance carried forward | | | | 169'928.48 |
| 20.01.09 | Payment order electronic banking<br>CONSULTING ERC 12-2008 | 7'504.73 | | 20.01.09 | 162'423.75 |
| 03.03.09 | Payment order electronic banking<br>Folio Corporate Services Limited BRI | 2'604.29 | | 03.03.09 | 159'819.46 |
| 31.03.09 | Balance settlement of expenses | 14.95 | | 31.03.09 | 159'804.51 |
| | **Total turnover / Book balance as of 31.03.2009** | **10'123.97** | **0.00** | | **159'804.51** |

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05



**CREDIT SUISSE**

CREDIT SUISSE
CH-Genève 70 (0251)
Your adviser: Myrna Brancato-Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

Current account ███ 87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: ███████████████████

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

A

July 1st, 2009

## Statement of account per 30.06.2009

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 01.04.09 | Balance carried forward | | | | 159'804.51 |
| 02.04.09 | Payment order electronic banking TRANSFER | 1'773.21 | | 02.04.09 | |
| 02.04.09 | Payment order electronic banking 1Q2009 BOD | 2'525.51 | | 02.04.09 | 155'505.79 |
| 03.06.09 | Payment order electronic banking BALMER ETIENNE AUDIT 08 | 3'348.96 | | 03.06.09 | 152'156.83 |
| 30.06.09 | Balance settlement of expenses | 15.63 | | 30.06.09 | 152'141.20 |
| | Total turnover / Book balance as of 30.06.2009 | 7'663.31 | 0.00 | | 152'141.20 |

Yours sincerely

CREDIT SUISSE

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE06

10478

**CREDIT SUISSE**

CREDIT SUISSE AG
CH-Genève 70 (0251)
Your adviser: Myrna Brancato-Metni, Tel. 022 393 29 17
Business Center, Tel.: +41 31 358 64 90
Clearing No.: 4835   / BIC: CRESCHZZ12A

Current account ▮▮▮87-12
Account holder: JDFX Fund Management Ltd
Tortola-British Virgin Islands
Currency: US dollars
IBAN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A

JDFX Fund Management Ltd
Usteristrasse 9
8001 Zürich

October 1st, 2009

## Statement of account per 30.09.2009

Sheet 1/1

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---:|---:|---:|---:|
| 01.07.09 | Balance carried forward | | | | 152'141.20 |
| 07.07.09 | Payment order electronic banking BOD 2Q2009 | 2'526.67 | | 07.07.09 | 149'614.53 |
| 14.07.09 | Payment JDFX FUND LTD 1ST FLOOR COLUMBUS CEN | | 108'962.34 | 13.07.09 | 258'576.87 |
| 28.09.09 | Payment order electronic banking IN ▮▮▮▮▮87-11 AT 1.0149 | 3'100.00 | | 28.09.09 | 255'476.87 |
| 30.09.09 | Balance settlement of expenses | 17.35 | | 30.09.09 | 255'459.52 |
| | **Total turnover / Book balance as of 30.09.2009** | **5'644.02** | **108'962.34** | | **255'459.52** |

Yours sincerely

CREDIT SUISSE AG

Form without signature

**Conditions for investments in a non-Swiss currency:** The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of **jurisdiction**.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

BE05

10479