# EXHIBIT 9

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: February 15, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of James D Pieron Jr, SSN: ▉▉▉-▉▉-2111, in respect to the U. S. Individual Income taxes for tax period 2008. All assessments, penalties, interest, abatements, credits and refunds relating thereto as disclosed by the records of this office as of the date appearing on said certificate are shown therein. I further certify that I have legal custody of certain Federal tax returns, transcripts of accounts and other accounting records established and maintained by the Internal Revenue Service pursuant to the authority derived under the Internal Revenue Code (United States Code, Title 26), and that the annexed certificate is a true transcript made from such records consisting of three (3) pages ─────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Paul Crowley* (signature)

Paul Crowley Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Southern Area Scheme Development Center
Delegation Order 11-5



Catalog Number 19002E
LAC    02/15/19


GOVERNMENT EXHIBIT
18

Form **2866** (Rev. 09-1997)

026707



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

```
                                        Request Date:    02-11-2019
                                        Response Date:   02-11-2019
                                        Tracking Number: 100428115494
```

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:     ███-██-2111

JAMES D PIERON JR

GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          0.00
ACCRUED INTEREST:                         0.00      AS OF: Nov. 26, 2018
ACCRUED PENALTY:                          0.00      AS OF: Nov. 26, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                 01
FILING STATUS:                          Single
ADJUSTED GROSS INCOME:            2,436,067.00
TAXABLE INCOME:                   2,428,284.00
TAX PER RETURN:                     267,829.00
SE TAXABLE INCOME TAXPAYER:               0.00
SE TAXABLE INCOME SPOUSE:                 0.00
TOTAL SELF EMPLOYMENT TAX:                0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Jan. 16, 2011
PROCESSING DATE                                                 Feb. 14, 2011

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | Tax return filed           | 20110508 | 02-14-2011 | $267,829.00 |
| n/a  | 20221-015-14214-1          |          |            |             |
| 170  | Penalty for not pre-paying tax 02-14-2021 | 20110508 | 02-14-2011 | $616.00 |

026708

| | | | |
|---|---|---|---:|
| 166 | Penalty for filing tax return after the due date 02-14-2021 | 20110508 02-14-2011 | $60,261.52 |
| 276 | Penalty for late payment of tax | 20110508 02-14-2011 | $26,782.90 |
| 196 | Interest charged for late payment | 20110508 02-14-2011 | $24,128.44 |
| 971 | Notice issued CP 0014 | 02-14-2011 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 01-30-2012 | $0.00 |
| 977 | Amended return filed | 01-30-2012 | $0.00 |
| n/a | 28277-466-00543-2 | | |
| 670 | Payment | 05-04-2012 | -$1,500.00 |
| 670 | Payment | 06-11-2012 | -$1,500.00 |
| 960 | Appointed representative | 06-20-2012 | $0.00 |
| 670 | Payment | 07-09-2012 | -$1,500.00 |
| 971 | Amended tax return or claim forwarded for processing | 01-30-2012 | $0.00 |
| 977 | Amended return filed | 01-30-2012 | $0.00 |
| n/a | 09277-600-05114-2 | | |
| 670 | Payment | 08-16-2012 | -$1,500.00 |
| 706 | Credit transferred in from ▇▇▇▇ 1112 | 04-15-2012 | -$17,196.00 |
| 670 | Payment | 10-04-2012 | -$1,500.00 |
| 670 | Payment | 10-05-2012 | -$1,500.00 |
| 971 | Amended tax return or claim forwarded for processing | 01-30-2012 | $0.00 |
| 977 | Amended return filed | 01-30-2012 | $0.00 |
| n/a | 09277-684-00104-2 | | |
| 290 | Additional tax assessed 11-19-2022 | 20124505 11-19-2012 | $97,253.00 |
| n/a | 09254-686-05909-2 | | |
| 166 | Penalty for filing tax return after the due date 11-19-2022 | 20124505 11-19-2012 | $24,313.25 |
| 196 | Interest charged for late payment | 20124505 11-19-2012 | $38,922.85 |
| 276 | Penalty for late payment of tax | 20124505 11-19-2012 | $28,585.83 |
| 971 | Notice issued CP 0022 | 11-19-2012 | $0.00 |
| 706 | Credit transferred in from 1040 201012 | 04-15-2011 | -$3,441.69 |
| 277 | Reduced or removed penalty for late payment of tax | 11-26-2012 | -$344.14 |
| 960 | Appointed representative | 04-07-2014 | $0.00 |
| 706 | Credit transferred in from ▇▇▇▇ 1212 | 04-15-2013 | -$18,732.00 |
| 706 | Credit transferred in from ▇▇▇▇ 1312 | 04-15-2014 | -$16,472.00 |
| 706 | Credit transferred in from | 04-15-2015 | -$3,970.00 |

026709

| | | | | |
|---|---|---|---|---|
| | ▮1412 | | | |
| 706 | Credit transferred in from ▮512 | | 04-15-2016 | -$82.00 |
| 706 | Credit transferred in from ▮1512 | | 04-15-2016 | -$2,987.00 |
| 670 | Payment | | 03-26-2018 | -$627,244.62 |
| 196 | Interest charged for late payment | 20181505 | 04-30-2018 | $97,310.39 |
| 276 | Penalty for late payment of tax | 20181505 | 04-30-2018 | $33,466.27 |
| 470 | Claim pending | | 04-10-2018 | $0.00 |
| 472 | Resolved claim | | 10-08-2018 | $0.00 |
| 472 | Resolved claim | | 10-08-2018 | $0.00 |
| 670 | Payment | | 10-03-2018 | -$242,872.52 |
| 196 | Interest charged for late payment | 20184405 | 11-19-2018 | $2,331.04 |
| 826 | Credit transferred out to 1040 200912 | | 10-03-2018 | $240,541.48 |
| 971 | Notice issued CP 0049 | | 11-19-2018 | $0.00 |
| 470 | Claim pending | | 10-24-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

026710