# EXHIBIT 10

## \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GMI Search | Notes | Tracking | Last 250 Signed | Last 100 |

Traders Challenge:   Not Linked to Accounts   |   Linked to Accounts

### Information

Account Reference: ███████1954

**Printer Friendly Version**
**Account Information**

| | |
|---|---|
| Date Submitted: | 7/7/2009 1:38:56 PM |
| IP address: | 84.253.16.150 |
| Office - Account Number: | F - FQ552 |
| | update |
| Broker: | Bruce Pollack |
| Account Doc. Version: | v 2.0.0508 |
| Account Type: | Individual, Speculative |
| Trade FOREX: | yes |
| Managed Account: | no |
| Trading System Used: | no |
| Account Name: | James Pieron |
| Account Address: | ████████ |
| | Zurich, Non-U.S. 8006 |
| Account Phone: | ████2400 |
| Account Email: | jp@jdfx.com |
| Email Statements: | Yes |

**Customer Information**

| | |
|---|---|
| Name: | Mr. James Pieron |
| DOB: | 10/1/1969 |
| Address: | ████████ |
| | Zurich, Non-U.S. 8006 |
| Home Phone: | ████2400 |
| Work Phone: | none given |
| Cell Phone: | none given |
| U.S. Citizen: | no |
| Country: | Switzerland |
| Social Security #: | Tno SSID |
| Marital Status: | single |
| # of Dependents: | 0 |
| Employer: | JDFX |
| Years there: | 7 |
| Nature of Business: | FX |
| Position Held: | CEO |
| Employer Telephone: | +41763622400 |
| Employer Address: | Usteristrasse 9 |
| | CH-8001 Zurich |

**Financial Information**

| | |
|---|---|
| Annual Income: | over $100,000 |
| Net Worth: | over $100,000 |
| Liquid Net Worth: | over $50,000 |
| Have you ever declared bankruptcy? | no |
| Other PFG Accounts: | no |
| NFA, NASD, CFTC, or NFA member: | no |

**Previous Experience**

| | |
|---|---|
| Stocks/Bonds: | no |
| Commodities: | no |
| Options: | no |

http://10.0.8.72/pfg/accounts/openacct/admin/NA_info.asp

GOVERNMENT'S
EXHIBIT
115
US v. PIERON

01589

|  |  |
|---|---|
| Mutual Funds: | no |
| FOREX: | yes |
| Investment Objective: | *Speculation* |
| Understand Risk of Loss: | yes |
| Control Person (SEC Rule 144): | no |
| Company Name: |  |
| Trading Symbol: |  |
| Principal Bank Reference: | *Karin Bannettler, UBS*<br>*, Zurich* |

Have you ever been party to an investigation, complaint, or settlement with the NFA, CFTC, SEC, or other?

no

Do you have a pending complaint, or have you ever made a complaint, regarding a past commodity futures or securities account?

no

### Additional Documents

I have read the following Documents:

### Risk Disclosure

| | |
|---|---|
| Customer Agreement: | *I agree to all of the terms of the Customer Agreement.* |
| Foreign Currency Transaction Notice: | *I agree to all of the terms of the Foreign Currency Transaction Notice.* |
| Jurisdiction and Venue Provisions: | *I agree to all of the terms of the Jurisdiction and Venue Provisions.* |
| Risk Disclosure: | *I understand the Risk Disclosure.* |
| SFP Disclosure: | *I understand the SFP Disclosure.* |

*e-sign: James Pieron*
*date: 07/07/2009*

Additional Info [show/hide]:

Contact the Webmaster

© 2009 PFG, Inc.

# \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GMI Search | Notes | Tracking | Last 250 Signed | Last 100 |

Traders Challenge: | Not Linked to Accounts | Linked to Accounts |

## Checklist For: █████████ 1954

**Office:** F    **Account:** ██████

Account Title: James Pieron
Account Type: Individual, Speculative

Broker: Bruce Pollack
Sales Series: 181
RT Comm: FX

Managed Account: no
Managed By: [                    ]

## CDC Check
Name: Stacey Magneson
Date: 7/8/2009

## NFA Check:
Name: [                    ]
Date: [          ]
yes ○ no ●
If yes: [          ]

## Final Reviews:
New Accounts Associate: Angelica Ernst
Date: 7/10/2009

## Statement Setup Beta:
*Submit Customer to Statements Systems »*
BOSS: Not Submitted
Statements: Not Submitted

NOTE: Only accounts administered before 9/17/2008 will show an accurate response. Accounts administered before that time could have been submitted but may not show an accurate status.

## Manager Approval:
New Accounts Manager: [          ]
Date: [          ]

DSFP: [          ]
Date: [          ]

[ Update ]

Contact the Webmaster

© 2009 PFG, Inc.

07 Jul 2009 20:34    JDFX                                            P.1

Peregrine Financial Group
190 S. LaSalle Street 7th Floor
Chicago, IL 60603

To:     The New Accounts Department

This letter will confirm that I/we do not solicit any customer funds. I/we are using our own funds to trade this account.

7-JUL-09
---------
Date

JAMES PIERON
---------
Print Name

[signature]
---------
Signature

JAMES PIERON
---------
Print Name

[signature]
---------
Signature

ATTN: MEREDITH PARIZEK

CID: [redacted]

PFG000511

01593

07 Jul 2009 20:03 JDFX p.3

# Form W-8BEN
## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding

(Rev. February 2006)
Department of the Treasury
Internal Revenue Service

► Section references are to the Internal Revenue Code. ► See separate instructions.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:** / Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . W-8ECI or W-8EXP
Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . W-8IMY

Note: See instructions for additional exceptions.

### Part I Identification of Beneficial Owner (See instructions.)

1 Name of individual or organization that is the beneficial owner: **James Pieron**
2 Country of incorporation or organization: **Switzerland**
3 Type of beneficial owner: ☒ Individual ☐ Corporation ☐ Disregarded entity ☐ Partnership ☐ Simple trust
☐ Grantor trust ☐ Complex trust ☐ Estate ☐ Government ☐ International organization
☐ Central bank of issue ☐ Tax-exempt organization ☐ Private foundation
4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.

City or town, state or province. Include postal code where appropriate.
**CH-8006, Zurich**
Country (do not abbreviate): **Switzerland**

5 Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.
Country (do not abbreviate)

6 U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN ☐ EIN
7 Foreign tax identifying number, if any (optional)

8 Reference number(s) (see instructions)

### Part II Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):
a ☒ The beneficial owner is a resident of **Switzerland** within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ................
Explain the reasons the beneficial owner meets the terms of the treaty article: ................

### Part III Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ► [Signature]
Signature of beneficial owner (or individual authorized to sign for beneficial owner)
Date (MM-DD-YYYY): 7-11-09
Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions. Cat. No. 25047Z Form **W-8BEN** (Rev. 2-2006)
Printed on Recycled Paper

RECEIVED 07-07-'09 13:56 FROM- TO- PFGBEST.COM P003/004

PFG000515

01594