# EXHIBIT 11

```
TRN REF #: 20090608-00000714
--------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                   ( Bank : 056 )

                                                SND DATE: 09/06/08
SRC:FED CALLER:                                 EXT:

RPT#         AMT:100,000.00        CUR:USD                    TRDR#
TEST: DUE:                         TYP:FTR/  FNDS:S CHG:DB:N CD:Y COM:N CBL:N
--------------------------------------------------------------------
*DBT  [redacted]                   CDT  [redacted]              ADV:LTR
DEBIT VAL: 09/06/08                CREDIT VAL: 09/06/08
UBS AG.                            IB TECHNOLOGIES INC
NEW YORK, NY                       2625 DENISON DR STE A
                                   MT PLEASANT MI
SEND:S/UBSWCHZH80A                 48858-5596.
UBS AG                             BNF:/987824058              CHG:  BK?N
(HEAD OFFICE)                      IB TECHNOLOGIES INC
ZURICH,CH                          2625 DENISON DRIVE, SUITE A
SNDR REF NUM:US01159KU0432510      US 48858      MT. PLEASANT
ORDERING BNK:S/UBSWCHZH80A
UBS AG
(HEAD OFFICE)
ZURICH,CH
ORIG:/CH570020620625126260Z
JAMES PIERON
8006 ZURICH

REF NUM:ZD81159TI5044699
```

http://wcsar300w.pncbank.com/DVWebScripts/CADocVw.dll?FindText&Folder=E09A%

GOVERNMENT'S
EXHIBIT
129
US v. PIERON

10765

```
TRN REF #: 20091015-00001517
-----------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                          SND DATE: 09/10/15
SRC:FED CALLER:                           EXT:

RPT#          AMT:500,000.00         CUR:USD                    TRDR#
TEST:  DUE:                     TYP:FTR/    FNDS:S CHG:DB:N CD:Y COM:N CBL:N
-----------------------------------------------------------------------
*DBT                                 CDT                          ADV:LTR
DEBIT VAL: 09/10/15                  CREDIT VAL: 09/10/15
JPMORGAN CHASE BANK, NA              IB TECHNOLOGIES INC
NEW YORK, NY                         2625 DENISON DR STE A
                                     MT PLEASANT MI
SNDR REF NUM:0286000288FS            48858-5596
ORDERING BNK:S/UBSWCHZH80A           BNF:/987824058              CHG:  BK?N
UBS AG                               IB TECHNOLOGIES INC.
(HEAD OFFICE)                        2625 DENISON DR., STE A
ZURICH,CH                            US 48858     MT. PLEASANT
ORIG:/CH430027327324125560N          ORIG TO BNF INFO:
1/JDFX HOLDING AG                    ESTABLISHMENT OF US OPERATIONS
1/6300 ZUG
6/CH/UBS/0273-00241255
REF NUM:SWF OF 09/10/15
```

```
TRN REF #: 20091019-00002574
-----------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                           SND DATE: 09/10/19
SRC:RPI CALLER:THEUNISSEN, BARBARA         EXT:

RPT#           AMT:250,000.00              CUR:USD                  TRDR#
TEST: DUE:                                 TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
-----------------------------------------------------------------------------
*DBT                                       CDT                           ADV:FED
DEBIT VAL: 09/10/19                        CREDIT VAL: 09/10/19
IB TECHNOLOGIES INC                        JPMORGAN CHASE BANK, NA
2625 DENISON DR STE A                      NEW YORK, NY
MT PLEASANT MI
48858-5596                                 BNF:/5330355265              CHG:  BK?N
SEND:B/056                                 PFG, INC
BANK 056                                   190 S LASALLE ST  7TH FLOOR
                                           CHICAGO IL  606
```

```
TRN REF #: 20091118-00002524
-------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                         SND DATE: 09/11/18
SRC:FED CALLER:                          EXT:

RPT#          AMT:749,975.00       CUR:USD                    TRDR#
TEST: DUE:                         TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
-------------------------------------------------------------------
*DBT                               CDT                          ADV:LTR
DEBIT VAL: 09/11/18                CREDIT VAL: 09/11/18
THE BANK OF NEW YORK MELLON        IB TECHNOLOGIES INC
NEW YORK, NY                       2625 DENISON DR STE A
                                   MT PLEASANT MI
SEND:/8033342099                   48858-5596
CREDIT SUISSE AG                   BNF:/987824058              CHG:  BK?N
PARADEPLATZ 8                      IB TECHNOLOGIES INC
P.O. BOX 600                       2625 DENISON DR., STE A
CH-8070 ZURICH, SWITZERLAND        MT. PLEASANT MI 48858
SNDR REF NUM:FTS0911181208000      ORIG TO BNF INFO:
ORDERING BNK:S/CRESCHZZ80A         FUND IBTECH
CREDIT SUISSE AG
(HEAD OFFICE)
ZURICH,CH
ORIG:/CH7704835092588712000
1/JDFX FUND MANAGEMENT LTD
2/COLUMBUS CENTER 1ST FLOOR
3/VG/TORTOLA-BRITISH VIRGIN ISLANDS
```

```
TRN REF #: 20091119-00004235
------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****                ( Bank : 056 )

                                              SND DATE: 09/11/19
SRC:RPI CALLER:BLANDFORD, VIRGINIA            EXT:

RPT#         AMT:500,000.00         CUR:USD                         TRDR#
TEST: DUE:                          TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
------------------------------------------------------------------------
*DBT                                CDT                             ADV:FED
DEBIT VAL: 09/11/19                 CREDIT VAL: 09/11/19
IB TECHNOLOGIES INC                 UBS AG.
2625 DENISON DR STE A               NEW YORK, NY
MT PLEASANT MI
48858-5596                          BNF BANK:S/UBSWCHZH80A             WIR:Y
SEND:B/056                          UBS AG
BANK 056                            (HEAD OFFICE)
                                    ZURICH,CH
                                    BNF:/CH430027327324125560N    CHG:  BK?N
                                    JDFX HOLDING AG
```

```
TRN REF #: 20100405-00005518
-------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****                  ( Bank : 056 )

                                         SND DATE: 10/04/05
SRC:FED CALLER:                          EXT:

RPT#          AMT:203,185.22             CUR:USD                    TRDR#
TEST: DUE:                          TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
-------------------------------------------------------------------------------
*DBT                                CDT                             ADV:LTR
DEBIT VAL: 10/04/05                 CREDIT VAL: 10/04/05
JPMORGAN CHASE BANK, NA             IB TECHNOLOGIES INC
NEW YORK, NY                        2625 DENISON DR STE A
                                    MT PLEASANT MI
SNDR REF NUM:3263600095JO           48858-5596
ORIG:/5330355796                    BNF:/987824058                 CHG:  BK?N
PEREGRINE FINANCIAL GROUP INC       IB TECHNOLOGIES, INC
FOREX CUSTOME ACCT
311 W MONROE ST STE 1300
CHICAGO IL 60606-4664
REF NUM:CAP OF 10/04/05
```

```
TRN REF #: 20100405-00004764
-------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                              SND DATE: 10/04/05
SRC:RPI CALLER:POTTER, SHELLY                 EXT:

RPT#          AMT:250,000.00          CUR:USD                            TRDR#
TEST: DUE:                            TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
-------------------------------------------------------------------------------
*DBT                                  CDT                                ADV:FED
DEBIT VAL: 10/04/05                   CREDIT VAL: 10/04/05
IB TECHNOLOGIES INC                   FIFTH THIRD BANK
2625 DENISON DR STE A                 CINCINNATI, OH
MT PLEASANT MI
48858-5596                            BNF:/9540920031                    CHG:  BK?N
SEND:B/056                            JAMES D PIERON JR
BANK 056                              MT PLEASANT MI 48858
```