# EXHIBIT 14

| PROCESS DATE | AMOUNT | | SOURCE | | | | |
|---|---|---|---|---|---|---|---|
| 11/17/2010 12:00:00 AM | 2,995 | 15,391.70 | FED | ███ | 7993 | UBS AG | ███ 6659 |
| 12/8/2010 12:00:00 AM | 227 | 12,500.00 | FED | ███ | 7993 | UBS AG | ███ 6659 |

GOVERNMENT'S
EXHIBIT
114
US v. PIERON

01439

| CDT NAME | ORP ID | CRP NAME | ORP DOM | ORP ADDN INFT |
|---|---|---|---|---|
| JAMES PIERON JR | ▬▬▬▬▬▬260Z | JAMES PIERON | 8006 ZURICH | CLOSURE ACCOUNT |
| JAMES PIERON JR | ▬▬▬▬▬▬1460 | SECURITY MANAGEMENT LTD. | BLST ZURICH | |

1117B6B7IK1C00116811170958FT03
1208B6B7IK1C00028912080340FT03

| PROC_DATE | TRAN_NUMBER | T_AMOUNT | SOURCE | ID | LIST_NAME |
|---|---|---|---|---|---|
| 1/13/2010 12:00:00 AM | 3,518 | 75,000.00 | FED | ▇7993 | UBS AG. |
| 4/5/2010 12:00:00 AM | 6,773 | 49,980.03 | FED | ▇0021 | JPMORGAN CHASE BANK, NA |
| 4/5/2010 12:00:00 AM | 6,952 | 250,000.00 | FED | ▇0915 | NATIONAL CITY BANK |
| 4/15/2010 12:00:00 AM | 500 | 65,000.00 | FED | ▇1122 | NORTHERN TRUST INTL BKG. CORP. |

| CDT ID | | | |
|---|---|---|---|
| 0031 | JAMES PIERON JR | CH570020620625126260Z | JAMES PIERON |
| 0031 | JAMES PIERON JR | 5330355796 | PEREGRINE FINANCIAL GROUP INC |
| 0031 | JAMES PIERON JR | 00987824058 | IB TECHNOLOGIES INC |
| 0031 | JAMES PIERON JR | CH570020620625126260Z | 1/JAMES PIERON |

| ORIG NAME | ORIG BEN INF | REF INFO | FED CONF |
|---|---|---|---|
| 8006 ZURICH | | 0113B6B7IK1C00130401131126FT01 | |
| FOREX CUSTOME ACCT | | 0405B1QGC04C00448304051532FT01 | |
| 2625 DENISON DR STE A | | 0405D1B74Q3C00078004051545FT01 | |
| 1/8006 ZURICH | CLOSING UBS ACCOUNT | 0415G1B76E2C00002004150700FT01 | |

01444