EXHIBIT 17

**FIFTH THIRD BANK**
(NORTHERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 4/6/2010 - 4/30/2010
Account Type: Bus Basics Checking
Account Number: ▮▮▮.773

JAMES PIERON
INSTITUTIONAL LIQUIDITY HOLDIN                0

MT PLEASANT MI  48858-5596                   1351

Banking Center: Mt. Pleasant
Banking Center Phone: 989-772-0446
Commercial Client Services: 1-800-589-5355
www.53.com

| 04/06 | **Beginning Balance** | **$0.00** | | Number of Days in Period | 25 |
|---|---|---|---|---|---|
| | Checks | | | | |
| 4 | Withdrawals / Debits | $(447,701.00) | | | |
| 2 | Deposits / Credits | $1,142,500.00 | | | |
| 04/30 | **Ending Balance** | **$694,799.00** | | | |

## Withdrawals / Debits

**4 items totaling $447,701.00**

| Date | Amount | Description |
|---|---|---|
| 04/09 | 20,000.00 | OUTGOING WIRE TRANS 040910 |
| 04/21 | 20,000.00 | OUTGOING WIRE TRANS 042110 |
| 04/22 | 400,015.00 | OUTGOING WIRE TRANS 042210 |
| 04/27 | 7,686.00 | OUTGOING WIRE TRANS 042710 |

## Deposits / Credits

**2 items totaling $1,142,500.00**

| Date | Amount | Description |
|---|---|---|
| 04/06 | 250,000.00 | FUNDS TRANSFER FROM SV: XXXXXX0031 REF # 00443992510 |
| 04/21 | 892,500.00 | INCOMING WIRE TRANS 042110 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/06 | 250,000.00 | 04/21 | 1,102,500.00 | 04/27 | 694,799.00 |
| 04/09 | 230,000.00 | 04/22 | 702,485.00 | | |

## Fifth Third Rewards Summary

| Card | Point Balance | As of Date | Points Set to Expire | Expiration Date |
|---|---|---|---|---|
| ************8879 | 0 | 4/30/2010 | 0 | |

Combine your points with 53PointShareSM, redeem prizes, and review program terms online at www.fifththirdrewards.com. For additional questions or service needs, please contact our dedicated Fifth Third Rewards Service Line by calling 1.800.901.9962.

PLANNING A TRIP? ORDER FROM MORE THAN 70 FOREIGN CURRENCIES AND PICK UP AT YOUR LOCAL FIFTH THIRD BANK AS SOON AS THE NEXT BUSINESS DAY! NO HASSLES. NO WAITING IN LINE. NO COSTLY EXCHANGE RATES AT YOUR DESTINATION. SIMPLY STOP BY YOUR LOCAL FIFTH THIRD BANK LOCATION TO PLACE YOUR FOREIGN CURRENCIES ORDER TODAY.

GOVERNMENT'S
**EXHIBIT**
**109**
US v. PIERON

01333