# EXHIBIT 19

# HISTORY MESSAGE ENVELOPE

Page 1

**TRN REF#:** ▇▇▇▇▇▇9972
**SRCE:** RPI  **CALLER:** RECKER, BETTY, PT24943
**VALUE DATE:** 7/16/2010

**BANK:** 070
**TYPE:** FTR
**RATE:** 1.00
**FNDS:** S   **CHG: DB:** Y  **CD:** N

---

**DBT:** ▇▇▇▇9899
**AMT:** 21,000.00   **CUR:** USD
KOMPLIQUE INC
2625 DENISON DR STE A
MT PLEASANT    MI 48858

**CDT:** ▇▇▇▇0799
**AMT:** 21,000.00   **CUR:** USD
GREENFIELD SAVINGS BANK
GREENFIELD, MA

**SNDR REF NUM:**
**ORIG:**  /

**BNF:** /0116004417
MANUELA URIBE
STONELEIGH BURNHAM SCHOOL

**ORIG TO BNF INFO:**

**REF NUM:**

---

**MESSAGE TEXT**

```
▇▇▇▇▇▇00398
NRPFTR    100716  Y  1
AMT21000.00USD1.00000000000
▇▇▇▇▇▇99899
KOMPLIQUE INC
2625 DENISON DR STE A
MT PLEASANT         MI 48858
SBKBBRANCH
OFFICER COST CENTER BRANCH
CBK070
CDT
BBKA211870799
GREENFIELD SAVINGS BANK
GREENFIELD, MA
BNF 0116004417
MANUELA URIBE
STONELEIGH BURNHAM SCHOOL
N
{1510}1000
{2000}000002100000
{3100}042000398PNCBANKCINCI*
{3320}20100716000009972*
{3400}211870799GREENFIELD SVGS BK*
{3600}CTR
```

GOVERNMENT'S
**EXHIBIT**
**134**
US v. PIERON

10832

# HISTORY MESSAGE ENVELOPE

Page 1

**TRN REF#:**
**SRCE:** FED  **CALLER:**
**VALUE DATE:** 11/30/2010

**BANK:** 001
**TYPE:** FTR
**RATE:** 1.00
**FNDS:** S  **CHG: DB:** N  **CD:** Y

---

**DBT:** ▮▮▮▮1033
**AMT:** 799,977.00  **CUR:** USD
DEUTSCHE BANK TRUST CO AMERICAS
NEW YORK NY

**CDT:** ▮▮▮▮9899
**AMT:** 799,977.00  **CUR:** USD
KOMPLIQUE INC
2625 DENISON DR STE A
MT PLEASANT       MI 48858

**SNDR REF NUM:** 1130770575000959
**ORIG:** /CH2000767000U52373240
JAMES PIERON
▮▮▮▮▮▮▮▮▮▮
1004 LAUSANNE
**REF NUM:** INVESTMENT LOAN

**BNF:** /4252699899
KOMPLIQUE INC.
2625 DENISON
MT. PLEASANT, MI
48858
**ORIG TO BNF INFO:**

---

### MESSAGE TEXT

```
{1100}02P N
{1110}11300323FT03
{1120}20101130D3B74V9C00062211300323FT03
{1510}1000
{1520}20101130B1Q8383C000958
{2000}000079997700
{3100}021001033DBTCO AMERICAS NYC*
{3320}1130770575000959*
{3400}043000096PNCBANK PITT*
{3600}CTR
{3700}BUSD23,*
{3710}USD800000,*
▮▮▮▮▮▮▮▮9899*
KOMPLIQUE INC.*
2625 DENISON*
MT. PLEASANT, MI*
48858*
{4320}INVESTMENT LOAN*
{5000}DCH2000767000U52373240*
JAMES PIERON*
AVENUE DE FRANCE 22*
1004 LAUSANNE*
{5100}BBCVLCH2L*
BANQUE CANTONALE VAUDOISE*
```

10834