# EXHIBIT 20



**FIFTH THIRD BANK**
(NORTHERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

NAVITAS INVESTMENTS LLC
2625 DENISON DR
SUITE A
MT PLEASANT MI 48858-5596

0

1387

Statement Period Date: 8/1/2010 - 8/31/2010
Account Type: Bus Basics Checking
Account Number: 1773

Banking Center: Mt. Pleasant
Banking Center Phone: 989-772-0446
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary -

| Date | | Description | Amount | | |
|---|---|---|---|---|---|
| 08/01 | | Beginning Balance | $93,199.00 | Number of Days in Period | 31 |
| | | Checks | | | |
| | 1 | Withdrawals / Debits | $(150,000.00) | | |
| | 2 | Deposits / Credits | $207,500.00 | | |
| 08/31 | | Ending Balance | $150,699.00 | | |

### Withdrawals / Debits                              1 item totaling $150,000.00

| Date | Amount | Description |
|---|---|---|
| 08/23 | 150,000.00 | FUNDS TRANSFER TO CK: XXXXXX7057 REF # 00456636514 |

### Deposits / Credits                               2 items totaling $207,500.00

| Date | Amount | Description |
|---|---|---|
| 08/04 | 107,500.00 | FUNDS TRANSFER FROM SV: XXXXXX0031 REF # 00454875361 |
| 08/20 | 100,000.00 | INCOMING WIRE TRANS 082010 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/04 | 200,699.00 | 08/20 | 300,699.00 | 08/23 | 150,699.00 |

### Fifth Third Rewards Summary

| Card | Point Balance | As of Date | Points Set to Expire | Expiration Date |
|---|---|---|---|---|
| ************8879 | 0 | 8/31/2010 | 0 | |

Combine your points with 53PointShare℠, redeem prizes, and review program terms online at www.fifththirdrewards.com. For additional questions or service needs, please contact our dedicated Fifth Third Rewards Service Line by calling 1.800.901.9962.

GOVERNMENT'S
**EXHIBIT**
**175**
US v. PIERON

25543


FIFTH THIRD BANK

HELP KEEP YOUR FINANCES SAFE AND SECURE WITH FIFTH THIRD IDENTITY ALERT. GET CREDIT REPORTS AND SCORES, 24-HOUR DAILY CREDIT MONITORING, PERSONALIZED FRAUD RESOLUTION AND MORE. TRY IT FOR $1 FOR THE FIRST 30 DAYS AT IDENTITYALERT.53.COM.