# EXHIBIT 21



| | |
|---|---|
| Posting Date | 2011 Aug 29 |
| DB/CR Indicator | Debit |
| Amount | $12,050.00 |
| Posting Check Number | 0 |
| Posting Account Number | 0 |
| Posting Seq Number | 40465312 |
| Tran Code | 0 |
| ABA/RT Number | 4100012 |

https://s1gramihqiweb11.info53.com/inquiry/page/itemprint.jsp?BEANNAME

GOVERNMENT'S
EXHIBIT
107B
US v. PIERON

01331