# EXHIBIT 22

1086

**KOMPLIQUE INC.**

DATE 21-DEC-10

PAY TO THE ORDER OF   AIR SERVICES   $ 29,805 79/100

twenty nine thousand eight hundred five and 79/100   DOLLARS

**National City.**

FOR TRAVEL

⑆00001086⑆ ⑈072000915⑈ ███ 4031⑊

Northwestern Bank
->272471661<-   10600802000360

PAY TO THE ORDER OF
NORTHWESTERN BANK
TRAVERSE CITY, MI 49685
272471651
DEPOSIT ONLY
AIR SERVICES INC.
6102202757

12-23-2010

2012080232001191000007
IMAMGR S2
20101223 Arch 000000000090149958
000000000002980579 000000001086 D
000000004252699899

LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C

GOVERNMENT'S
EXHIBIT
130
US v. PIERON

10803