# EXHIBIT 26

1420

**IB TECHNOLOGIES INC**
2625 Denison Dr Ste A
Mount Pleasant, MI 48858

NATIONAL CITY BANK
9-91/720

8/18/2011

PAY TO THE ORDER OF    Cash                                              $ **5,000.00

Five Thousand and 00/100************************************************************************ DOLLARS

Cash

081811 864 03 0820 CCK
081811 0000004252699901DDA 1956008724

FOR

*William J Rekowsky*

⑈001420⑈ ⑆072000915⑆ ⬛⬛⬛⬛4058⑈ ⑈0000500000⑈

---

>031000053< PNC BANK NA
8800 TINICUM PH PA 19153
08/18/11   1     0322
5600470817

*William Rekowsky*

2012080232001171000005
IMAMGR S2
20110818 Arch 000000000056470817
000000000000500000 000000001420 D
000000004252699901


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C

GOVERNMENT'S
EXHIBIT
128
US v. PIERON

10763