# EXHIBIT 28

# FULL THROTTLE
## motorsports
9555 Woodlane Dr., 48821
517-646-9850 • Fax 517-646-9840

☐ NEW
☐ USED
☐ DEMO

**S O L D**

Buyer: JAMES DAYTON PIERON JR   Date 3/31/12
Cc-Buyer: 
Street: 
City: Mt PLEASANT   County: ISABELLA   State: MI
Zip: 48858   Delivery Date
Driver's License Number: ___   757
Home Phone: ___   Bus. Phone

| ACCESSORIES | QTY. | S AMOUNT | | |
|---|---|---|---|---|
| | | | BRAND: KAWASAKI   COLOR: BLK   MODEL/YEAR: 2X14 | |
| | | | MODEL DESCRIPTION | STOCK # |
| | | | FRAME NUMBER (I.D. NUMBER) | MILEAGE |
| | | | VEHICLE PRICE | $ 14899 |
| | | | FREIGHT | 375 |
| | | | HANDLING | |
| | | | ASSEMBLY | 155 |
| **ADDITIONAL VEHICLES** | | | VEHICLE PREPARATION | 103 |
| | | | ADMIN PROCESSING FEE | $99  50 |
| Paint $ | | | ACCESSORIES IN DEAL | |
| $1250 - 2100 | | | **TAXABLE AMOUNT** | 15631 50 |
| depending on color | | | SALES TAX | 937 86 |
| of Paint Type | | | MAINTENANCE AGREEMENT | |
| (Pearl) etc Plus 4 Hour | | | UCC | |
| Labor (not included in | | | LICENSE/REGISTRATION | 25 - |
| price) | | | EXTENDED SERVICE PLAN | |
| | | | TITLE | 10 |
| | | | | |
| | | | **TRADE-IN-ALLOWANCE** | |

| TRADE-IN | | | DEPOSIT | |
|---|---|---|---|---|
| BRAND | COLOR | MODEL/YEAR | **BALANCE** | 16604 36 |
| MODEL DESCRIPTION | | MILEAGE | Discount | 1500 00 |
| FRAME NUMBER (I.D. NUMBER) | | STOCK # | | 15104 00 |
| TRADE-IN-ALLOWANCE | $ | | | 12500 00 |
| LESS FINANCING PAYOFF | | | | check |
| NET TRADE-IN-ALLOWANCE | | | $2,603 MORE | |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S. ANY ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF. DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS", UNLESS A SEPARATE AND WRITTEN SERVICE CONTRACT IS PURCHASED AT TIME OF DELIVERY.
IF THIS AGREEMENT IS FOR A USED VEHICLE, THERE IS NO WARRANTY AND VEHICLE IS SOLD "AS IS", UNLESS A SEPARATE AND WRITTEN SERVICE CONTRACT IS PURCHASED AT TIME OF DELIVERY.
ARBITRATION CLAUSE: PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS. 1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL. 2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS MEMBER OR CLASS REPRESENTATIVE OR A CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS. 3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

**ALL SALES FINAL - NO RETURNS, REFUNDS, OR CANCELLATIONS ON VEHICLE PURCHASE.**
The front of this Order compromise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I certify that I am of legal age and hereby acknowledge receipt of this order.

SIGNED: Bob   SALESMAN   SIGNED: ___   PURCHASER
SIGNED: ___   MANAGER   SIGNED: ___   CO-PURCHASER
THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE

**GOVERNMENT EXHIBIT 176**

25545

**FULL THROTTLE MOTORSPORTS, INC.**
9555 Woodlane Drive
Lansing, MI 48821
800-393-6686

**PARTIAL PAYMENT RECEIPT**
DEAL NUMBER:      26767
INVOICE NUMBER: 90488212
CASHIER INITIALS: MJJ
DATE:                 03/31/2012

**CUSTOMER:**
Name:      JAMES PIERON
Address:   ▇▇▇▇▇▇▇▇▇▇▇
           MT PLEASANT, MI 48858

Method of Payment:  CHECK
Amount:            12500.00
Unit:              2012 KAWASAKI ZX1400
Pick Up Date:      04/06/2012

*Costomer to come in store Saterday for Sighing paper work*

**\*\*\*ALL PARTIAL PAYMENTS ARE NON-REFUNDABLE.\*\*\***

**\*\*\*ALL SALES ARE FINAL.\*\*\***

Customer Signature: X

Salesperson Signature: X

Additional Conditions:

25546

```
            47436083E467
        FULL THROTTLE MOTORSPORT
          9555 WOODLANE DRIVE
          DIMONDALE, MI 48821
            517-646-9550

Merchant ID: 128000054542
Term ID: 001                Ref #: 025

              Sale

XXXXXXXXXXX0558
VISA                Entry Method: Swiped

04/21/12                      17:14:29
Inv #: 000025         Appr Code: 011704
Apprvd: Online          Batch#: 112001

Total:                $    6,401.64


       I agree to pay above total amount
       according to card issuer agreement
       (Merchant agreement if credit voucher)


X _____

        PIERSON JR/JAMES D

            Merchant Copy
            THANK YOU!
```

# FULL THROTTLE
## motorsports

9555 Woodlane Dr., 48821
517-646-9850 • Fax 517-646-9840

| | | |
|---|---|---|
| Buyer | PIERON, JAMES | Date 4/21/2012 |
| Co-Buyer | | |
| Street | MT PLEASANT | ISABELLA |
| City 48858 | County | State MI |
| Zip | P65036735737 Delivery Date | 4/21/2012 |
| Driver's License Number | | |
| Home Phone | | Bus. Phone |

S O L D

XX NEW
☐ USED
☐ DEMO

| ACCESSORIES | QTY. | $AMOUNT | | | |
|---|---|---|---|---|---|
| FENDER ELIM 06 ZX14 | | | BRAND KAWASAKI | COLOR | MODEL / YEAR 2012 |
| Lg Bk/Bk | | | MODEL JSZXN1402 NKM | | STOCK # 2K033 |
| RF-1100 MATTE | | | FRAME NUMBER (I.D. NUMBER) JKBZXNF18CA004069 | | MILEAGE |
| RF-1100 MATTE | | | VEHICLE PRICE | | $ $13225.97 |
| M CRS OVR JKT | | | FREIGHT | | $425.00 |
| JACKET CONTRA | | | HANDLING | | $1818.00 |
| GLOVE WMN 29ER | | | ASSEMBLY | | $238.50 |
| **ADDITIONAL VEHICLES** | | | VEHICLE PREPARATION | | $259.00 |
| | | | ADMIN PROCESSING FEE | | $99 50 |
| | | | ACCESSORIES IN DEAL | | $1,765.62 |
| | | | **TAXABLE AMOUNT** | | $17,334.00 |
| | | | SALES TAX | | $1,040.05 |
| | | | MAINTENANCE AGREEMENT | | $0.00 |
| | | | UCC | | $0.00 |
| | | | LICENSE/REGISTRATION | | $15.00 |
| | | | EXTENDED SERVICE PLAN | | $0.00 |
| | | | TITLE | | $15.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | **GAP** | | $0.00 |
| | | | **TRADE-IN-ALLOWANCE** | | $0.00 |
| **TRADE-IN** | | | DEPOSIT | | $18901.64 |
| BRAND | COLOR | MODEL / YEAR | **BALANCE** | | $0.00 |
| MODEL DESCRIPTION | | MILEAGE | | | |
| FRAME NUMBER (I.D. NUMBER) | | STOCK # | | | |
| TRADE-IN-ALLOWANCE | $ | $0.00 | DISCOUNT IN LIEU OF ANY PROMO | | |
| LESS FINANCING PAYOFF | | $0.00 | | | |
| NET TRADE-IN-ALLOWANCE | | $0.00 | | | |
| ROBERT STATON | | | GREG GUENTHER | | |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, ANY ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF. DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS" IS NOT EXPRESSLY WARRANTED OR GUARANTEED? IF THIS AGREEMENT IS FOR A USED VEHICLE, THERE IS NO WARRANTY, AND VEHICLE IS SOLD "AS IS", UNLESS A SEPARATE AND WRITTEN SERVICE CONTRACT IS PURCHASED AT TIME OF DELIVERY. ARBITRATION CLAUSE: PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS. 1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL. 2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS. 3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

**ALL SALES FINAL - NO RETURNS, REFUNDS, OR CANCELLATIONS ON VEHICLE PURCHASE.**
The front of this Order compromise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I certify that I am of legal age and hereby acknowledge receipt of this order.

| | | |
|---|---|---|
| SIGNED: | SALESMAN | SIGNED: PURCHASER |
| SIGNED: | MANAGER | SIGNED: CO-PURCHASER |

**THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE**

25548

CASHIER'S CHECK



PNC BANK
PNC Bank, National Association
Michigan

No. 387977

6-12/410

DATE _____

PAY TO THE
ORDER OF _____ FULL THROTTLE MOTOR SPORTS _____ $ ____12,500.00____

_____ TWELVE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS _____ DOLLARS

REMITTER _____ JAMES PIERON _____

PNC Bank, National Association

Angie R. _____
OFFICIAL SIGNATURE

⑈00387977⑈ ⑆041000124⑆ ▉▉▉▉8446⑈

---

## PNC BANK

070
SOUTH MISSION (875)
1419 SOUTH MISSION
MT. PLEASANT MI 48858
Cashbox 01 AM

Purchase Receipt
Official Check

Document Number: 387977
Purchase Date:  April 2 2012
Purchase Amount:        $12,500.00
Payee:
FULL THROTTLE MOTOR SPORTS
Remitter:
JAMES PIERON

SOF Account Number              XXXXXX7597
Source of Funds Check        $12,500.00

System Date/Time * 12:01 APR 2 2012
W/S ID WWSO8544  Sequence Number 00063
Purchase Fee            $0.00

This deposit or payment is accepted subject to
verification and to the rules and regulations of
this bank.  Deposits may not be available for
immediate withdrawal.  Receipt should be held
until verified with your statement.

25549





25551





82523

**STATE OF MICHIGAN**　　　**APPLICATION FOR MICHIGAN TITLE & REGISTRATION**　　　**DEPARTMENT OF STATE**
**STATEMENT OF VEHICLE SALE**

Purchase Date　4/21/2012

Delivery Date　4/21/12　　　Invoice/Stock No.　12K033

| Dealer | FULL THROTTLE MOTORSPORTS |
| Address | 9555 WOODLANE DR. |
| City | DIMONDALE |

| County | EATON | State | MICHIGAN | Zip Code | 48821 |

| Dealer License | Sales Tax License | Phone Number |
| A-2884 | 38-3307807 | 517-646-9850 |

| Vehicle Sold | New XX | Used ☐ | Demo ☐ | Trade-In | Yes ☐ | No XX |

| Trade-In Year | Make | | Vehicle No. |

**TEMPORARY VEHICLE REGISTRATION**
**USED TO TRANSFER PLATES**
*Expires 15 days after delivery date*

Plate transferred from:　Year　　　Make

| Vehicle No. | Plate No. | Temp. Expiration Date |

**VEHICLE USE AND HISTORY DISCLOSURE:**
☐ POLICE VEHICLE　　☐ VEHICLE HAS BEEN FLOOD-DAMAGED
☐ GOVERNMENT VEHICLE　☐ SALVAGE TITLE HAS PREVIOUSLY BEEN ISSUED
☐ TAXI

**ODOMETER MILEAGE**

*The following section must be completed when odometer disclosure is required. The odometer mileage reading must match the mileage reading disclosed to the purchaser on the title and/or mileage statement.*

| 0 0 0 0 0 3 | NO TENTHS |

XX actual mileage　☐ not actual mileage　☐ exceeds mechanical limits of odometer

Factory Installed Accessories　　☐ Factory List Affixed To Vehicle

Dealer Installed Accessories
When Optional to Purchaser

REMARKS:

| Expires On | Month | Day | Year | Months | XX NEW PLATE |
| | 10 | 01 | 2012 | 7 | ☐ RENEWAL |
| | | | | | ☐ TRANSFER |

| Year | 2012 | KAWASAKI | Body Style | MOTORCYCLE | Code 2 | County 37 |

| Vehicle No. | JKBZXNE18CA001094 | Fee Category/Weight | License Fee $15.00 |

| Driver License or PID's of All Owners or Lessees | Title |
| 1) P650367135757　　3) | $15.00 |
| 2) | County of Residence ISABELLA | Title Late Fee N/A |

Complete Names and Addresses of All Owners or Lessors
JAMES　　　　PIERON

MT PLEASANT　　MI　　48858

| Tax | $1,040.05 |
| Reg. Transfer Fee | N/A |
| Total - Transfer to #4 | $1,070.05 |

Complete Names and Addresses of All Lessees

| Full Rights to Survivor | Yes XX | No ☐ |

| Insurance Company | PROGRESSIVE | Policy No. or Binder No. | 28703505-0 |

First Secured Interest　　　　　Filing Date
Address
City-State Zip

Second Secured Interest　　　　Filing Date
Address
City-State Zip

| 1. PURCHASE PRICE OF VEHICLE (Including Freight & Accessories) | $17,334.09 |
| 2. OTHER TAXABLE CHARGES (Documentary Fee, Service Fee, Temp. Reg. Fee, Etc.) | N/A |
| 3. TOTAL TAXABLE PRICE | $17,334.09 |
| 4. (Above total) SALES TAX - LICENSE - TITLE | $1,070.05 |
| 5. NON-TAXABLE CHARGES (Labor, Service Contract, Etc.) | $497.50 |
| 6. TOTAL DELIVERED PRICE | $18901.64 |
| 7. CASH ON DEPOSIT | $18901.64 |
| 8. CASH DUE ON DELIVERY | N/A |
| 9. TRADE-IN | $0.00 | |
| 10. LESS LIEN | $0.00 | $0.00 |
| 11. TOTAL DOWN PAYMENT | $18,901.64 |
| 12. UNPAID BALANCE TO BE FINANCED | $0.00 |
| 13. INSURANCE CHARGE | $0.00 |
| 14. TOTAL AMOUNT OF FINANCE CONTRACT | $0.00 |

**TYPE OF INSURANCE**
WARNING: This insurance is not PL/PD No Fault Insurance required by Michigan Law.
☐ CREDIT LIFE　　　　☐ HEALTH & ACCIDENT
☐ GAP INSURANCE　　　☐

Temporary Registration No.　　　Temporary Fee Charged　Yes ☐　No XX

Salesperson　ROBERT STATON

**CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLES ONLY**
*"The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provision in the contract of sale."*

"I CERTIFY I SOLD THIS VEHICLE TO THE PURCHASER NAMED IN THIS FORM. I WARRANT THE TITLE TO THE VEHICLE AND CERTIFY THAT THE VEHICLE IS SUBJECT ONLY TO THE SECURITY INTERESTS NAMED ABOVE."

Dealer's Signature　　　　　　AGENT
　　　　　　　　　　　　　Title

**PURCHASER WARNING; DO NOT SIGN BLANK FORM**

I am purchasing or leasing this vehicle and am applying for a Michigan certificate of title and registration or, if the lessee, applying for a registration. I certify my driver license is not suspended, revoked, or denied as a repeat offender and I am eligible to purchase or register this vehicle. I further certify that if a tax exemption is shown above it is valid.

| Date | X | | Date | X |
| Date | X | | Date | X |
| Date | X | | Date | X |
| | Purchaser's/Lessor's Signature(s) | | | Lessee's Signature(s) |

PURCHASERS NOTE: IF VEHICLE TITLE IS NOT RECEIVED WITHIN 30 DAYS, CONTACT THE BUREAU OF AUTOMOTIVE REGULATION AT 1-800-292-4204

Authority granted by P.A. 300 of 1949, as amended.　　**THIS FORM MUST BE TYPED ONLY**　　RD-108 12/02

25553



MICHIGAN DEPARTMENT OF STATE

# ODOMETER MILEAGE STATEMENT
(See Reverse Side for Leased Vehicles)

Federal law and section 233a of the Michigan Vehicle Code require that you state the mileage in connection with the transfer of ownership.  Failure to complete or providing false statement may result in civil liability, fines and/or imprisonment.

| Year | Make | | Model |
|------|------|--|-------|
| 2012 | KAWASAKI | | ZX14 |

| Body Style | Vehicle Identification Number |
|------------|-------------------------------|
| MC | JKBZXNE18CA001094 |

I  (we) certify that the odometer reading is:  | 0 | 0 | 0 | 0 | 0 | 3 |  (No Tenths)

And certify that to the best of my knowledge the odometer mileage is:

**Check One ***

- [✓] actual mileage
- [ ] not actual mileage - WARNING - ODOMETER DISCREPANCY
- [ ] exceeds mechanical limits of odometer (5-digit odometer has rolled over)

\* Note: Mileage cannot be corrected at a later date.

| Name of Seller(s) (Please Print) | | |
|---|---|---|
| FULL THROTTLE MOTORSPORTS | | |
| Address | | |
| 9555 WOODLANE DR | | |

| City | State | Zip Code |
|------|-------|----------|
| DIMONDALE | MI | 48821 |

| Signature(s) of Seller(s) | Date |
|---|---|
| X | |

| Name of Purchaser(s) (Please Print) | | |
|---|---|---|
| JAMES PIERON JR | | |
| Address | | |
| ▓▓▓▓▓▓▓▓▓▓▓ | | |

| City | State | Zip Code |
|------|-------|----------|
| MT PLEASANT | MI | 48858 |

"I am aware of the above odometer certification made by the seller(s)."

| Signature(s) of Purchaser(s) | Date |
|---|---|
| X | |

BDVR-108 (09/07)          Authority granted under Public Act 300 of 1949 as amended.

25554

# Receipt for RD-108 Dealer Transaction

**APPLICATION FOR MICHIGAN
TITLE AND REGISTRATION**

Dealer
  FULL THROTTLE MOTORSPORTS INC

Address
  9555 WOODLANE DR

City
  DIMONDALE      MI 48821

Dealer License No.
  A2884

Odometer
  000003  A

A = Actual mileage
B = Not actual mileage
C = Exceeds mechanical limits of odometer

Transaction Type:
  ORIG TITLE/ORIG PLATE

---

Validation:
04262012 RD A117 226 0116   1070.05
226A1170116  000003 A
*NO S.I. RECORDED*

| Plate No. | Expires on | | Months | |
|---|---|---|---|---|
| A486B | 10/01/2012 | | 07 | |
| Year | Make | | Body Style | Code | County |
| 2012 | KAWASAKI | | MTRCYCLE | 02 | 37 |

Vehicle No.
JKBZXNE18CA001094

| | License Fee |
|---|---|
| Fee Cat. or Wt. | 15.00 |

Driver License No./PIDs of All Owners/Lessees
P 650 367 135 757

| | Title |
|---|---|
| | 15.00 |
| | Title Late Fee |
| | 0.00 |

Complete Name(s) and Address(es) of All Owners or Lessors

JAMES DAYTON PIERON JR

MT PLEASANT      MI 48858

| | Tax |
|---|---|
| | 1040.05 |
| | Transfer Fee |
| | 0.00 |
| | Total |
| | 1070.05 |

Complete Name(s) and Address(es) of Lessees

| Pull Rights to Survivor |
|---|
| N |

---

| First Secured Interest | Filing Date |
|---|---|
| NONE | |

| Second Secured Interest | Filing Date |
|---|---|
| NONE | |

| Purchase Price of Vehicle | |
|---|---|
| | 17334.09 |

Authority Granted by Act 300 of 1949, as amended.        RD-108L (10-2000)

25555

P\UD2



# CERTIFICATE OF ORIGIN FOR A VEHICLE

## Kawasaki

| | |
|---|---|
| DATE | INVOICE NO. |
| 01/25/2012 | 8L0J2 |

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
|---|---|---|
| JKBZXNE18CA001094 | 2012 | KAWASAKI |

| BODY TYPE | | SHIPPING WEIGHT |
|---|---|---|
| MOTORCYCLE | | 584 LBS. |

| H.P. (J.I.S.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|---|---|---|---|
| 200.0 | | 4 | ZX1400ECF |

| H.P. (S.A.E.) | | |
|---|---|---|
| 197.0 | ENGINE NO.  : ZXT40EE001158 |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

FULL THROTTLE MOTOSPORTS, INC                    0934
DBA FULL THROTTLE MOTOSPORTS
9555 WOODLANE DR
DIMONDALE          MI 48821

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

KAWASAKI MOTORS CORP., U.S.A.

BY: _____        VICE PRESIDENT,
   (SIGNATURE OF AUTHORIZED REPRESENTATIVE)   (AGENT)   OPERATIONS

KM  3816811

9950 JERONIMO ROAD
IRVINE, CALIFORNIA 92618-2084
CITY-STATE

25556

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that, the vehicle is new and has not been registered in this state or any state of the time of the delivery and the vehicle is not subject to any security interests other than disclosed herein and warrant title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

NAME OF
PURCHASER(S) **JAMES         PIERON**
ADDRESS �altered▐                    **MT PLEASANT        MI      48858**
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER **Full Throttle Motorsports    A-2884**     By _____
    NAME OF DEALERSHIP     DEALER'S LICENSE NUMBER     Being duly sworn upon oath says that the statements set forth are
                                                true and correct. Subscribed and sworn to me
State of **MI**                                                 before this _____ day of _____
County of **Eaton**                                                            Year _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

NAME OF
PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____     By _____
    NAME OF DEALERSHIP     DEALER'S LICENSE NUMBER     Being duly sworn upon oath says that the statements set forth are
                                                true and correct. Subscribed and sworn to me
State of _____                       before this _____ day of _____
County of _____                              Year _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

NAME OF
PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____     By _____
    NAME OF DEALERSHIP     DEALER'S LICENSE NUMBER     Being duly sworn upon oath says that the statements set forth are
                                                true and correct. Subscribed and sworn to me
State of _____                       before this _____ day of _____
County of _____                              Year _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

NAME OF
PURCHASER(S) _____
ADDRESS _____
I certify to the best of my knowledge that the odometer reading is _____ No Tenths
DEALER _____     By _____
    NAME OF DEALERSHIP     DEALER'S LICENSE NUMBER     Being duly sworn upon oath says that the statements set forth are
                                                true and correct. Subscribed and sworn to me
State of _____                       before this _____ day of _____
County of _____                              Year _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may
result in fines and/or imprisonment.
I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer
Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.
WARNING ODOMETER DISCREPANCY
Signature(s) of Seller(s) _____   Date of Statement _____
Printed Name(s) of Seller(s) _____ Dealer's No _____   Being duly sworn upon oath says that the statements set forth are
Signature(s) of Purchaser(s) _____   true and correct. Subscribed and sworn to me
Printed Name(s) of Purchaser(s) _____   before this _____ day of _____ Year ____
Company Name (if Applicable) _____   State of _____
Address of Purchaser(s) _____   County of _____ Notary Public
USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

1st lien in favor of _____
whose address is _____
2nd lien in favor of _____
whose address is _____

25557

## Full Throttle Motorsports, Inc.
WWW.FULLTHROTTLEMOTORSPORTS.COM
9555 Woodlane Dr
Lansing, MI 48821
(517) 646-9850   F#157291

## Invoice To Sales

Ticket Number: 90489995

Salesperson: WILLIAM DERRICKSON

Cashier: WILLIAM DERRICKSON

Date: 4/20/2012

Stock Number: 12K033

**Sold To:**
Major Unit - Vin: JKBZXNE18CA001094

### Line Item Breakdown

| Sold | S/O | Lay | P/U | Part Number | Src | Cat | Description | Price | Discount | Sold Now | Special Bin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1056-5004 | SB | STG | Lg Bk/Bk SuperMoto 2.0 Gv | $69.99 | $41.99 | $41.99 | $0.00 |
| 1 | 1 | | | 0113013505 | HH | HMT | RF-1100 MATTE BLACK | $462.99 | $284.84 | $284.84 | $284.84 |
| 1 | | | | FIM282NTCZM | FI | STG | M CRS OVR JKT | $269.99 | $115.00 | $115.00 | $0.00 |
| 1 | | | | 2820-1641 | PU | STG | JACKET CONTRA BLACK | $225.00 | $131.31 | $131.31 | $0.00 |
| 1 | | | | 3302-0151 | PU | STG | GLOVE WMN 29ER PINK | $35.00 | $20.61 | $20.61 | $0.00 |

### Tax Detail Breakdown

| | | | Sold Now/Pickup | Special Order/Layaway |
|---|---|---|---|---|
| Sales Tax | | 6 % | $0.00 | $0.00 |
| | Total Taxes: | | $0.00 | $0.00 |

### Summary

| | | |
|---|---|---|
| Subtotal | $1,062.97 | $462.99 |
| Less Discount | $469.22 | $178.15 |
| Shipping/Handling | $0.00 | $0.00 |
| Taxable Subtotal | $593.75 | $284.84 |
| Sales Tax | $0.00 | $0.00 |
| Non-Taxable Subtotal | | $0.00 |
| Invoice Total | $593.75 | $284.84 |
| Amount Applied to this Invoice | $0.00 | |
| Amount To Collect Now | $593.75 | $0.00 |
| **Total Amount Due** | | **$593.75** |

RETURN POLICY: NO REFUNDS OR EXCHANGES ON ANY ELECTRICAL PART, BATTERIES, VIDEOS/DVD'S, AND HELMETS.THERE WILL BE A 25% RESTOCKING CHARGE PLUS FREIGHT BACK TO VENDOR ON ALL APPROVED RETURNS. NO REFUNDS AFTER 10 DAYS. NO REFUNDS OR EXCHANGES WITHOUT ORIGINAL INVOICE.

SPECIAL ORDER POLICY: No returns on special orders. If a special order is returned with proper approval from management, there will be a 25% restock charge plus freight back to vendor. All special orders must be paid in full at time of ordering. 100% pre-payment forfeited if special order is not picked up in 30 days.

CLEARANCE/CLOSEOUT ITEMS: NO RETURNS!
INSTANT COUPON-10% OFF YOUR NEXT PURCHASE WITH THIS RECEIPT
VALID FOR SEVEN DAYS FROM INVOICE DATE

4/20/2012 1:22:35 PM

Page 1

25560

## Full Throttle Motorsports, Inc.

WWW.FULLTHROTTLEMOTORSPORTS.COM
9555 Woodlane Dr
Lansing, MI 48821
(517) 646-9850   F#157291

### Special Order

S/O Number:  57304

Salesperson:  WILLIAM DERRICKSON

Cashier:  WILLIAM DERRICKSON

Original Invoice Number:  90489995

*Ordered For:*

Major Unit - Vin: JKBZXNE18CA001094

| Qty | PartNumber | Src | Cat | Bin | Description | Price | Sold Now |
|-----|-----------|-----|-----|-----|-------------|-------|----------|
| 1 | 0113013505 | HH | HMT | | RF-1100 MATTE BLACK MED | $284.84 | $284.84 |

|  |  |
|--|--|
| Item Total | $462.99 |
| Less Discount | $178.15 |

SPECIAL ORDER POLICY: No returns on special orders. If a special order is returned with proper approval from management, there will be a 25% restock charge plus freight back to vendor. All special orders must be paid in full at time of ordering. 100% pre-payment forfeited if special order is not picked up in 30 days.

CLEARANCE/CLOSEOUT ITEMS: NO RETURNS!

4/20/2012 1:22:35 PM

Page 1

25561

Full Throttle Motorsports Parts Billed to Deal

Year 2012 ZX14

Make

Model

Last four of VIN# 1094

Date: 4/20/12

STOCK # 12K 033

Parts Included in deal

Customer paid parts

| Qty | Part# | Description | Unit Price | Total |
|-----|-------|-------------|------------|-------|
|     |       | SEE OTHER PAGE |         |       |

_____
SALES PERSON

_____
MANAGEMENT SIGNATURE

25562

4/5/12          mail.fullthrottlemotorsports.com/eonapps/ft/wm/page/viewMessageAttachment?folder=INBOX&mid=73...

**Bob Staton <> 04/05/12 3:58PM** ·

Print     Cancel

| From: | "James - Komplique" <james@komplique.com> |
|-------|-------------------------------------------|
| To: | <bob.staton@fullthrottlemotorsports.com> |
| Received-On: | Today 3:08 PM |
| Subject: | ZX-14 EXHAUST |
| More... | |

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
     ⌀ ZX14 EXHAUST KIT - AKRAPOVIC - PIERON.pdf (149 KB) Download

**From:** James - Komplique [mailto:james@komplique.com]
**Sent:** Thursday, April 05, 2012 2:47 PM
**To:** 'bob.staton@fullthrottlemotorsports.com'
**Subject:** ZX-14

Hi Bob,

I did some research this weekend and I came up with the following below.  Please give me a call to discuss.

Thanks,

James.

**PAINT**

Please see the attached photos.  I'd like the gills to stay black, as in the attached pictures.   For the rest I'd like to go with a Startk White with a few coats of clear and/or glaze to give it some depth.

**EXHAUST**

I'd like the exhaust tucked under the seat where the noise is behind the rider.  I found an option at the following link:  http://www.parts-unlimited.com/products/?lfr=product%2F80787

25563

## Full Throttle Motorsports, Inc.

WWW.FULLTHROTTLEMOTORSPORTS.COM
9556 Woodlane Dr
Lansing, MI 48821
(517) 646-9850   F#157291

# Repair Order

R/O Number:  992023317
In Date:  4/17/2012
Today Date:  4/19/2012
Date Promised:  4/17/2012

**Repair Order For:**

PIERON, JAMES

▮▮▮▮▮▮▮▮▮

MT PLEASANT, MI  48858

**Unit Name**          **Location**

**Units for this Repair Order**                               Service Writer:

| Year | Make | Model | VIN / Serial No. | Color | Plate | Key Board | Miles |
|------|------|-------|------------------|-------|-------|-----------|-------|
| 2012 | KAWASAKI | ZX14 | JKBZXNE18CA001094 | BLACK | | | |

### Job: R&R BODYWORK AND PAINT
Job For: 2012 KAWASAKI ZX14 ZX14 JKBZXNE18CA001094

Description

**Labor**

| Description | Job Code | Technician | Quantity | Line Total |
|-------------|----------|------------|----------|------------|
| | | Chad Cook | 4 Hours | $318.00 |
| | | | **Labor Subtotal** | **$318.00** |

**Sublet Labor**
Description

PAINT BODYWORK

| | |
|---|---|
| Sublet Labor Subtotal | $1,500.00 |
| **Other Charges** | |
| Shop Supplies | $22.26 |
| Enivormental Fee | $15.90 |
| Job Subtotal | $1,856.16 |

| Customer Job Totals | |
|---|---|
| Labor | $318.00 |
| Sublet Labor | $1,500.00 |
| Other | $38.16 |
| **Total of Customer Jobs** | **$1,856.16** |
| Repair Order Subtotal | $1,856.16 |

Page 1

| Sales Tax | $1.34 |
| Repair Order Total | $1,857.50 |
| Total Amount Due | $1,857.50 |

I herby authorize the above repair work to be done with necessary material and hereby grant you and/or your employees permission to operate the unit as necessary for the purpose of testing and/or inspection. An express mechanic lien is hereby acknowledged on the above unit to secure amount of repairs performed. I acknowledge that you and/or your employees are not responsible for any loss or damage to any unit and /or contents in case of fire or theft or any other cause beyond our control. A storage fee of $10.00 per day will be charged 7 days after completion. All total wrecks start storage the day they enter the shop. Be advised that loading and unloading of machines and/or parts may cause damage - I waive all claims.

_____I have inspected the work performed and have found no defects and I am satisfied with the work. I HAVE INSPECTED AND/OR RECEIVED ALL PARTS DUE TO ME AT THIS TIME.

_____I have had the safety related items of the repair order explained to me and have elected not to have the work performed at this time.

I UNDERSTAND THAT I AM SOLEY RESPONSIBLE FOR SECURING MY VEHICLE(S) UPON PICKUP AND WAIVE ALL CLAIMS AGAINST FULL THROTTLE MOTORSPORTS FOR ANY DAMAGES.

F#157291

Pick-Up Date _____

X _____

Thank you for your business!

Page 2

25565

Fax Server          4/21/2012 5:31:36 PM  PAGE  4/004   Fax Server



Progressive Direct
PO Box 31260
Tampa, FL 33631
Company Code: 37605

**Policy number: 28703505-0**
Underwritten by:
Progressive Marathon Insurance Co
Policyholder: JAMES PIERON
Page 3 of 3
April 21, 2012

**Customer Service**
**800-776-4737**
24 hours a day, 7 days a week

# Verification of Insurance for
# JAMES PIERON

Please accept this letter as verification of insurance for the driver and vehicle listed below.

## Policy and driver information

| | |
|---|---|
| Policy number: | 28703505-0 |
| Policy state: | Michigan |
| Policy period: | Apr 21, 2012 - Apr 21, 2013 |
| Effective date: | Apr 21, 2012 |
| Driver: | JAMES PIERON |
| Address: | ▬▬▬▬▬ |
| | MOUNT PLEASANT, MI 48858 |

## Vehicle information

| | |
|---|---|
| Vehicle: | 2012 KAWASAKI ZX-14 |
| Vehicle identification number: | JKBZXNE18CAD01094 |

## Coverage information

| Liability To Others | | |
|---|---|---|
| Bodily Injury Liability | $20,000 each person/$40,000 each accident | |
| Property Damage Liability | $10,000 each accident | |
| Comprehensive | Deductible: | $500 |
| Collision | Deductible: | $500 |

This verification of insurance is not an insurance policy and does not amend, extend or alter the coverage afforded by the policies listed herein. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this verification of insurance may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of the policies.

If you have any questions, please call Customer Service. Thank you.

Form Z178 (04/05)

25568

Full Throttle Motorsports Parts Billed to Deal

Year 2012 KAWASAKI ZX 14

Date: 4/9

Make

Model

Last four of VIN# 1094

STOCK # 12K 033

Parts Included in deal

( Customer paid parts )

| Qty | Part# | Description | Unit Price | Total |
|-----|-------|-------------|-----------|-------|
|  | 301656 | SLIP ON PIPES |  |  |
|  | 2030-0213 | FENDER ELIMINATOR |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Bob

SALES PERSON

MANAGEMENT SIGNATURE

25569

4/9/12                mail.fullthrottlemotorsports.com/eonapps/ft/wm/page/viewMessageAttachment?folder=INBOX&mid=74...

**Bob Staton <> 04/09/12 2:19PM**

Print    Cancel

| | |
|---|---|
| **From:** | "James - Komplique" <james@komplique.com> |
| **To:** | "'Bob Staton'" <bob.staton@fullthrottlemotorsports.com> |
| **Received-On:** | Today 12:33 PM |
| **Subject:** | Brocks - ZX-14 EXHAUST (SLIP-ON) |
| **More...** | |

Hi Bob,

An option would be to go with the below pipes and do something creative over next winter.

What are your thoughts?

JP.

                                                                                    $995.00

**#301656**        **Slip-On System Dual Allen**
                   **Head Black**
                   **ZX-14R (2012)**
                                       3-5 WEEKS Logo Plate:

                   **Quantity:**

                   **Quantity Available: 0**

**From:** Bob Staton [mailto:bob.staton@fullthrottlemotorsports.com]
**Sent:** Friday, April 06, 2012 4:57 PM
**To:** James - Komplique
**Subject:** RE: ZX-14 EXHAUST

Another option we offer if you do not mind loud is shorty pipes that stop at the base of the swing arm.

Bob Staton

mail.fullthrottlemotorsports.com/eonapps/ft/wm/page/viewMessageAttachment?folder=INBOX&mid=74...                1/3

25570

## Full Throttle Motorsports, Inc.
WWW.FULLTHROTTLEMOTORSPORTS.COM
9555 Woodlane Dr
Lansing, MI 48821
(517) 646-9850   F#157291


Pick Ticket

| Sold | S/O | Lay | P/U | Part Number | 2nd Part # | Src | Cat | Description | Extended | Bin |
|------|-----|-----|-----|-------------|------------|-----|-----|-------------|----------|-----|
| 1 | | | | 1058-5004 | | SB | STG | Lg Bk/Bk SuperMoto 2.0 Gv | $69.99 | |
| 1 | 1 | | | 0113013505 | 0113-0135-05 | HH | HMT | RF-1100 MATTE BLACK MED | $925.98 | |
| 1 | | | | FIM262NTCZM | | FI | STG | M CRS OVR JKT | $269.99 | |
| 1 | | | | 2820-1641 | 28201641 | PU | STG | JACKET CONTRA BLACK MD | $225.00 | |
| 1 | | | | 3302-0151 | 33020151 | PU | STG | GLOVE WMN 29ER PINK MD | $35.00 | |

|  |  |
|--|--|
| Sub-Total | $1,525.96 |
| Taxable Subtotal | $1,525.96 |
| Sales Tax | $91.56 |
| Quote Total | $1,617.52 |

*(handwritten notes)*
1588 56
33 26
1818 00

3667 20
2603 20

Bike Balance 2603 20

$6,270 20

$6,401 64

**(This is not an Invoice)**      4/19/2012 5:24:16 PM                Page 1

25571

## Full Throttle Motorsports, Inc.

WWW.FULLTHROTTLEMOTORSPORTS.COM
9555 Woodlane Dr
Lansing, MI 48821
(517) 646-9850  F#157291

**Invoice To Sales**

| | |
|---|---|
| Ticket Number | 90489724 |
| Salesperson | ROBERT LATIMER |
| Cashier | ROBERT LATIMER |
| Date | 4/17/2012 |
| Stock Number | 12K033 |

**Sold To:** 

Major Unit - Vin: JKBZXNE18CA001094

### Line Item Breakdown

| Sold | S/O | Tax | P/U | Part Number | Src | Cat | Description | Price | Discount | Sold Now | Special Bin |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 2030-0213 | PU | AOT | FENDER ELIM 08 ZX14 | $36.95 | $23.90 | $0.00 | $23.90 |

### Tax Detail Breakdown

| | | | Sold Now/Pickup | Special Order/Layaway |
|---|---|---|---|---|
| Sales Tax | % | | | $0.00 |
| Total Taxes | | | $0.00 | $0.00 |

### Summary

| | | |
|---|---|---|
| Subtotal | $0.00 | $36.95 |
| Less Discount | $0.00 | $13.05 |
| Shipping/Handling | $0.00 | $0.00 |
| Taxable Subtotal | $0.00 | $23.90 |
| Sales Tax | $0.00 | $0.00 |
| Non-Taxable Subtotal | | $0.00 |
| Invoice Total | $0.00 | $23.90 |
| Amount Applied to this Invoice | $0.00 | |
| Amount To Collect Now | $0.00 | $0.00 |
| **Total Amount Due** | | **$0.00** |

RETURN POLICY: NO REFUNDS OR EXCHANGES ON ANY ELECTRICAL PART, BATTERIES, VIDEOS/DVD'S, AND HELMETS. THERE WILL BE A 25%
RESTOCKING CHARGE PLUS FREIGHT BACK TO VENDOR ON ALL APPROVED RETURNS. NO REFUNDS AFTER 10 DAYS. NO REFUNDS OR
EXCHANGES WITHOUT ORIGINAL INVOICE.

SPECIAL ORDER POLICY: No returns on special orders. If a special order is returned with proper approval from management, there will be a 25% restock
charge plus freight back to vendor. All special orders must be paid in full at time of ordering. 100% pre-payment forfeited if special order is not picked up in 30
days.

CLEARANCE/CLOSEOUT ITEMS: NO RETURNS!
INSTANT COUPON-10% OFF YOUR NEXT PURCHASE WITH THIS RECEIPT
VALID FOR SEVEN DAYS FROM INVOICE DATE

4/17/2012 11:11:07 AM

Page 1

25573

## Full Throttle Motorsports, Inc.
WWW.FULLTHROTTLEMOTORSPORTS.COM
9555 Woodlane Dr
Lansing, MI 48821
(517) 646-9850   F#157291

**Invoice To Sales**

Ticket Number: 90488214
Salesperson: ROBERT LATIMER
Cashier: ROBERT LATIMER
Date: 3/31/2012
Stock Number: 116031

**Sold To:**
Major Unit - Vin: JS1GR7MA0B2102917

### Line Item Breakdown

| Sold | S/O | Lay | P/U | Part Number | Src | Cat | Description | Price | Discount | Sold Now | Special Bin |
|------|-----|-----|-----|-------------|-----|-----|-------------|-------|----------|----------|-------------|
| 1 | | | | 906-925 | SB | HMT | CL-16 Hellion MC-2 XI | $139.99 | $76.99 | $76.99 | $0.00 |

### Tax Detail Breakdown

| | | Sold Now/Pickup | Special Order/Layaway |
|---|---|---|---|
| Sales Tax | 6 % | $0.00 | |
| Total Taxes: | | $0.00 | $0.00 |

### Summary

| | | |
|---|---|---|
| Subtotal | $139.99 | $0.00 |
| Less Discount | $63.00 | $0.00 |
| Shipping/Handling | $0.00 | $0.00 |
| Taxable Subtotal | $76.99 | $0.00 |
| Sales Tax | $0.00 | $0.00 |
| Non-Taxable Subtotal | | $0.00 |
| Invoice Total | $76.99 | $0.00 |
| Amount Applied to this Invoice | $0.00 | |
| Amount To Collect Now | $76.99 | $0.00 |
| Total Amount Due | | $76.99 |

RETURN POLICY: NO REFUNDS OR EXCHANGES ON ANY ELECTRICAL PART, BATTERIES, VIDEOS/DVD'S, AND HELMETS. THERE WILL BE A 25% RESTOCKING CHARGE PLUS FREIGHT BACK TO VENDOR ON ALL APPROVED RETURNS. NO REFUNDS AFTER 10 DAYS. NO REFUNDS OR EXCHANGES WITHOUT ORIGINAL INVOICE.

SPECIAL ORDER POLICY: No returns on special orders. If a special order is returned with proper approval from management, there will be a 25% restock charge plus freight back to vendor. All special orders must be paid in full at time of ordering. 100% pre-payment forfeited if special order is not picked up in 30 days.

CLEARANCE/CLOSEOUT ITEMS: NO RETURNS!
INSTANT COUPON-10% OFF YOUR NEXT PURCHASE WITH THIS RECEIPT
VALID FOR SEVEN DAYS FROM INVOICE DATE

25575