UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Hon. Thomas L. Ludington<br>United States District Judge |
| v. | |
| JAMES D. PIERON, JR., | Hon. Patricia Morris<br>United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**Unopposed Motion for Extension of Time to File Responses to Pieron's Post-Trial Motions**

For the reasons discussed in the brief below, the government requests a one-month extension of time to respond to James Pieron's post-trial motions. If granted, the government's responses will be due on July 5, 2019. After consultation, current counsel for Pieron concurred in the relief sought in this motion.

Brief

On March 7, 2019, James Pieron, Jr. was convicted of tax evasion by a jury. (R. 47: verdict form, 261). On May 15, 2019, after receiving additional time from the court, Pieron filed his post-trial motions, seeking a judgment of acquittal (R. 66: Motion for Judgment of Acquittal, 1262-79), and a new trial (R. 68: Motion for New Trial, 1404-36).

The government now seeks additional time to file its responses to Pieron's motions. One of the undersigned attorneys for the government has been working intently on the appeal brief for *United States v. Scott McQuarrie*, which is due to the Sixth Circuit on June 12, 2019. In addition, the undersigned attorneys today received an order from the court in *United States v. Brandon Putman*, requiring them to file a sur-reply to a defense motion on June 14, 2019, and also scheduling the trial in that case for June 25, 2019.

Accordingly, the government requests an extension of time to July 5, 2019 to file its responses to Pieron's post-trial motions.

                                            Respectfully submitted,

Date: June 5, 2019                          Matthew Schneider
                                                 United States Attorney

| s/Jules M. DePorre | s/Janet L. Parker |
|---|---|
| Jules M. DePorre (P73999) | Janet L. Parker (P34931) |
| Assistant U. S. Attorney | Assistant U.S. Attorney |
| 600 Church Street | 101 First Street, Suite 200 |
| Flint, Michigan 48502-1280 | Bay City, MI 48708 |
| (810) 766-5026 | (989) 895-5712 |
| jules.deporre@usdoj.gov | janet.parker2@usdoj.gov |

## Certificate

On June 5, 2019 I filed the above document by using the Clerk of the Court's ECF system. The ECF system will automatically serve counsel of record.

                                            s/Janet L. Parker