UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 18-20489

v                                             Honorable Thomas L. Ludington

JAMES D. PIERON, JR.,

        Defendant.

_____/

**ORDER GRANTING MOTION FOR EXTENSION**

On July 18, 2018, the U.S. Government issued an indictment against Defendant James D. Pieron alleging that he committed tax evasion. ECF No. 1. On March 7, 2019, a jury found Defendant guilty of tax evasion. On May 15, 2019, Defendant filed a motion for judgment of acquittal and a motion for a new trial. ECF No. 66, 68. On June 6, 2019, the Government requested an extension to respond to Defendant's motions. ECF No. 108. It explains that it seeks the extension due to other cases that also require the attention of its attorneys. *Id.* The Government claims that Defendant's counsel concurs with its motion for an extension.

Accordingly, it is **ORDERED** that the Government's motion for extension, ECF No. 108, is **GRANTED**.

It is further **ORDERED** that the Government submit a response to Defendant's motion for judgment of acquittal, ECF No. 66, and motion for a new trial, ECF No. 68, on or before **July 8, 2019**.

Dated: June 7, 2019                                       s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                  United States District Judge