UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| | Patricia T. Morris |
| JAMES D. PIERON, JR., | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

STIPULATION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL TAX BRIEFS

In an order issued by the court on June 6, 2019, the court directed the government to file a supplemental brief addressing various tax issues on or before June 21, 2019. The court also directed the defendant to file a supplemental brief in response within 14 days of receipt of the government's supplemental brief. (R. 110: Order, 1782).

The government asks that it be given an extension of time, to July 8, 2019, to file the supplement brief regarding tax matters as ordered by the court. The defendant would still be afforded 14 days from the filing of the government's supplemental brief to respond. Counsel for the defendant concurs in the government's request for an extension of time as stated.

1

Accordingly, the government asks the court to enter an order consistent with the stipulation of the parties.

                                        Respectfully submitted,

Date: June 21, 2019                     Matthew Schneider
                                              United States Attorney

s/Jules M. DePorre                  s/Janet L. Parker
Jules M. DePorre (P73999)        Janet L. Parker (P34931)
Assistant U. S. Attorney            Assistant U.S. Attorney
600 Church Street                   101 First Street, Suite 200
Flint, Michigan 48502-1280       Bay City, MI 48708
(810) 766-5026                      (989) 895-5712
jules.deporre@usdoj.gov         janet.parker2@usdoj.gov

s/Patrick J. Hurford (with consent)
Patrick J. Hurford
Honigman LLP
660 Woodward Ave.
313.465.7382
phurford@honigman.com
P82903

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| | Patricia T. Morris |
| JAMES D. PIERON, JR., | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**ORDER EXTENDING DEADLINE FOR SUPPLEMENTAL BRIEFING**

The government's request for an extension of time to July 8, 2019 to file its supplemental brief regarding tax matters is granted.  The defendant is directed to file his supplemental response brief on tax matters by July 22, 2019.

IT IS SO ORDERED.

Dated: June 21, 2019                               s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge