UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| | Patricia T. Morris |
| JAMES D. PIERON, JR., | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**EXHIBIT LIST FOR GOVERNMENT'S SUPPLEMENTAL BRIEF ON TAX-LOSS ISSUES**

| Ex. No. | Description |
|---|---|
| 18 | 2008 Transcript of Account |
| 20 | 2009 Transcript of Account |
| 39 | Pieron 2007 Form 1040 Return |
| 40 | Pieron 2008 Form 1040 Return |
| 41 | Pieron 2008 Form 1040X Return |
| 42 | Pieron 2009 Form 1040 Return |
| 48 | Pieron 2009 Form 1040X Return |
| 129 | IB Technologies Inc. Wire Transfer Documents-PNC Bank |

The above exhibits were marked as trial exhibits. All of the above exhibits except exhibits 41 and 48 were admitted at trial. Exhibits 41 and 48 and the below-listed exhibits are offered for sentencing purposes.

| | |
|---|---|
| 200 | SEC Memo of Interview with James Pieron on November 3, 2009 |
| 201 | Sale and Purchase Agreement for 20% Equity |
| 202 | Sale and Purchase Agreement for additional 15% Equity |

| | |
|---|---|
| 203 | 12/22/2010 Email from Pavlik to Pieron |
| 204 | Pieron Letter to Pavlik regarding JDFX's failure |
| 205 | Carol Nathan note |
| 206 | Pieron 2011 Form 1040X Return |
| 207 | Offer-in-compromise |