# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 10-07-2015 |
| Response Date: | 10-07-2015 |
| Tracking Number: | 100267089634 |

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:

JAMES D PIERON JR

MI 49503-4275-768

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 503,506.96 | |
| ACCRUED INTEREST: | 46,769.31 | AS OF: Oct. 19, 2015 |
| ACCRUED PENALTY: | 26,172.29 | AS OF: Oct. 19, 2015 |
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | 576,448.56 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 2,436,067.00 |
| TAXABLE INCOME: | 2,428,284.00 |
| TAX PER RETURN: | 267,829.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jan. 16, 2011 |
| PROCESSING DATE | Feb. 14, 2011 |

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20110508 | 02-14-2011 | $267,829.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails


GOVERNMENT EXHIBIT 18

00080

Account Transcript ▮▮▮▮▮▮ 1040 Dec. 31, 2008 PIER

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| n/a | 20221-015-14214-1 | | | |
| 170 | Penalty for not pre-paying tax | 20110508 | 02-14-2011 | $616.00 |
| 166 | Penalty for filing tax return after the due date | 20110508 | 02-14-2011 | $60,261.52 |
| 276 | Penalty for late payment of tax | 20110508 | 02-14-2011 | $26,782.90 |
| 196 | Interest charged for late payment | 20110508 | 02-14-2011 | $24,128.44 |
| 971 | Notice issued CP 0014 | | 02-14-2011 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 01-30-2012 | $0.00 |
| 977 | Amended return filed | | 01-30-2012 | $0.00 |
| n/a | 28277-466-00543-2 | | | |
| 670 | Payment | | 05-04-2012 | -$1,500.00 |
| 670 | Payment | | 06-11-2012 | -$1,500.00 |
| 960 | Appointed representative | | 06-20-2012 | $0.00 |
| 670 | Payment | | 07-09-2012 | -$1,500.00 |
| 971 | Amended tax return or claim forwarded for processing | | 01-30-2012 | $0.00 |
| 977 | Amended return filed | | 01-30-2012 | $0.00 |
| n/a | 09277-600-05114-2 | | | |
| 670 | Payment | | 08-16-2012 | -$1,500.00 |
| 706 | Credit transferred in from 1040 201112 | | 04-15-2012 | -$17,196.00 |
| 670 | Payment | | 10-04-2012 | -$1,500.00 |
| 670 | Payment | | 10-05-2012 | -$1,500.00 |
| 971 | Amended tax return or claim forwarded for processing | | 01-30-2012 | $0.00 |
| 977 | Amended return filed | | 01-30-2012 | $0.00 |
| n/a | 09277-684-00104-2 | | | |
| 290 | Additional tax assessed | 20124505 | 11-19-2012 | $97,253.00 |
| n/a | 09254-686-05909-2 | | | |
| 166 | Penalty for filing tax return after the due date | 20124505 | 11-19-2012 | $24,313.25 |
| 196 | Interest charged for late payment | 20124505 | 11-19-2012 | $38,322.85 |
| 276 | Penalty for late payment of tax | 20124505 | 11-19-2012 | $28,585.83 |
| 971 | Notice issued CP 0022 | | 11-19-2012 | $0.00 |
| 706 | Credit transferred in from 1040 201012 | | 04-15-2011 | -$3,441.69 |
| 277 | Reduced or removed penalty for late payment of tax | | 11-26-2012 | -$344.14 |
| 960 | Appointed representative | | 04-07-2014 | $0.00 |
| 706 | Credit transferred in from 1040 201212 | | 04-15-2013 | -$18,732.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails     10/07/2015

00081

| 706 | Credit transferred in from 1040 201312 | 04-15-2014 | -$16,472.00 |

This Product Contains Sensitive Taxpayer Data