

# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

| | |
|---|---|
| Request Date: | 10-07-2015 |
| Response Date: | 10-07-2015 |
| Tracking Number: | 100267089634 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:

JAMES D PIERON JR

MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 166,584.07 | |
| ACCRUED INTEREST: | 26,053.19 | AS OF: Oct. 19, 2015 |
| ACCRUED PENALTY: | 26,352.90 | AS OF: Oct. 19, 2015 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       218,990.16

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 844,731.00 |
| TAXABLE INCOME: | 836,598.00 |
| TAX PER RETURN: | 125,490.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jan. 16, 2011 |
| PROCESSING DATE | Feb. 14, 2011 |

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20110508 | 02-14-2011 | $125,490.00 |

GOVERNMENT
EXHIBIT
20

00093

Account Transcript ▇▇▇▇▇▇ 1040 Dec. 31, 2009 PIER                          Page 2 of 2

| n/a | 20221-015-14300-1 | | | |
|-----|-------------------|---|---|---|
| 176 | Penalty for not pre-paying tax | 20110508 | 02-14-2011 | $3,004.54 |
| 166 | Penalty for filing tax return after the due date | 20110508 | 02-14-2011 | $28,235.25 |
| 276 | Penalty for late payment of tax | 20110508 | 02-14-2011 | $5,019.60 |
| 196 | Interest charged for late payment | 20110508 | 02-14-2011 | $4,834.68 |
| 971 | Notice issued<br>CP 0014 | | 02-14-2011 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 01-30-2012 | $0.00 |
| 977 | Amended return filed | | 01-30-2012 | $0.00 |
| n/a | 28277-452-01515-2 | | | |
| 960 | Appointed representative | | 06-20-2012 | $0.00 |
| 960 | Appointed representative | | 04-07-2014 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```