18221057/28410-1

# Form 1040 — U.S. Individual Income Tax Return 2007

Department of the Treasury - Internal Revenue Service

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning _____, 2007, ending _____, 20 ___

IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **James D**
Last name: **Pieron, Jr.**
Your social security number: [redacted]

If a joint return, spouse's first name and initial: ___
Last name: ___
Spouse's social security number: ___

Home address (number and street). If you have a P.O. box, see instructions.: [redacted]
Apt. no.: ___

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.: **Mt. Pleasant, MI 48858**

Checking a box below will not change your tax or refund.

Presidential Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (See instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
6b ☐ Spouse
6c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **0**
• did not live with you due to divorce or separation (see instructions): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ▶ **1**

If more than four dependents, see instructions.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 181,907. |
| 8a | Taxable interest. Attach Schedule B if required |  |
| 8b | Tax-exempt interest. Do not include on line 8a |  |
| 9a | Ordinary dividends. Attach Schedule B if required |  |
| 9b | Qualified dividends (see instructions) |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) |  |
| 11 | Alimony received |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ |  |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 |  |
| 15a | IRA distributions ____   b Taxable amount (see instructions) |  |
| 16a | Pensions and annuities ____   b Taxable amount (see instructions) |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E |  |
| 18 | Farm income or (loss). Attach Schedule F |  |
| 19 | Unemployment compensation |  |
| 20a | Social security benefits ____   b Taxable amount (see instructions) |  |
| 21 | Other income. List type and amount (see instructions) See Attached |  |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 178,907. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ |  |
| 25 | Health savings account deduction. Attach Form 8889 |  |
| 26 | Moving expenses. Attach Form 3903 |  |
| 27 | One-half of self-employment tax. Attach Schedule SE |  |
| 28 | Self-employed SEP, SIMPLE, and qualified plans |  |
| 29 | Self-employed health insurance deduction (see instructions) |  |
| 30 | Penalty on early withdrawal of savings |  |
| 31a | Alimony paid   b Recipient's SSN ▶ |  |
| 32 | IRA deduction (see instructions) |  |
| 33 | Student loan interest deduction (see instructions) |  |
| 34 | Tuition and fees deduction. Attach Form 8917 |  |
| 35 | Domestic production activities deduction. Attach Form 8903 |  |
| 36 | Add lines 23 through 31a and 32 through 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 178,907. |

RECEIVED LS NO 18
JAN 16 2011
IRS AUSTIN, TX

RECEIVED JAN 20 2011 [stamp] STATUTE UNIT

GOVERNMENT EXHIBIT 39

B K

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.
UYA

0636900 25 Form 1040 (2007)

00277

Form 1040 (2007)   James D Pieron, Jr.   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 178,907. |
| | 39a | Check if: [ ] You were born before January 2, 1943, [ ] Blind. [ ] Spouse was born before January 2, 1943, [ ] Blind. Total boxes checked ▶ 39a | 0 |
| Standard Deduction for - | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b [ ] | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, See instr. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 9,550. |
| | 41 | Subtract line 40 from line 38 | 41 | 169,357. |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet in instructions | 42 | 2,947. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 166,410. |
| | 44 | Tax (see instructions). Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972  c [ ] Form(s) 8889 | 44 | 40,984. |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,350 | 46 | Add lines 44 and 45 | 46 | 40,984. |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 49 | Education credits. Attach Form 8863 | 49 | |
| | 50 | Residential energy credits. Attach Form 5695 | 50 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | 35,458. |
| | 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| Head of household, $7,850 | 54 | Credits from: a [ ] Form 8396  b [ ] Form 8859  c [ ] Form 8839 | 54 | |
| | 55 | Other credits: a [ ] Form 3800  b [ ] Form 8801  c [ ] Form ____ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | 35,458. |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | 5,526. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Unreported social security and Medicare tax from: a [ ] Form 4137  b [ ] Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | 63 | 5,526. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC)  NO | 66a | |
| | b | Nontaxable combat pay election ▶ | 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instr.) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see instructions) | 69 | |
| | 70 | Payments from: a [ ] Form 2439  b [ ] Form 4136  c [ ] Form 8885 | 70 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | 72 | 0. |
| **Refund** Direct deposit? See instructions and fill in 74b, 74c, and 74d. or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 0. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 74a | 0. |
| | ▶ b | Routing number ____  ▶ c Type: [ ] Checking  [ ] Savings | | |
| | ▶ d | Account number ____ | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | 76 | 5,777. |
| | 77 | Estimated tax penalty (see instructions) | 77 | 251. |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)?  [X] Yes. Complete the following. [ ] No
Designee's name ▶ PREPARER  Phone no. ▶  Personal identification number (PIN) ▶

**Sign Here** Joint return? See instructions. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Your signature ____ Date ____ Your occupation  Sales Manager  Daytime phone number
Spouse's signature. If a joint return, both must sign. Date ____ Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶ ____ Date 1-7-11  Check if self-employed [ ]  Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ American Tax Solutions  200 West Adams St  Ste 2610  Chicago  IL  60606  EIN ____ Phone no. 312-529-5000

UYA    Form 1040 (2007)

00278

| SCHEDULES A&B (Form 1040) | | Schedule A - Itemized Deductions (Schedule B is on page 2) | | | | OMB No. 1545-0074 **2007** | |
|---|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Attach to Form 1040.    ▶ See Instructions for Schedules A&B (Form 1040). | | | | Attachment Sequence No. **07** | |
| Name(s) shown on Form 1040 **James D Pieron, Jr.** | | | | | | Your social security number | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . . | 1 | | | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) . . . . . . . . . . . . . . . . . . | 3 | | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . | | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box):  a ☒ Income taxes, or  b ☐ General sales taxes | 5 | | | | |
| | 6 | Real estate taxes (see instructions). . . . . . . . . . . . . . . | 6 | | | | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . | 7 | | | | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 9 | 0. |
| **Interest You Paid** (See instructions.) Note. Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ _____ _____ | 11 | | | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . . . . . . . . . . . . | 12 | | | | |
| | 13 | Qualified mortgage insurance premiums (see instructions). . . . . | 13 | | | | |
| | 14 | Investment Interest. Attach Form 4952 if required. (See instructions.) . . . . . . . . . . . . . . . . . . . . . . . | 14 | | | | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15 | 0. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . . . . . . . . . . | 16 | 10,000. | | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500. . . . | 17 | | | | |
| | 18 | Carryover from prior year . . . . . . . . . . . . . . . . . . . | 18 | | | | |
| | 19 | Add lines 16 through 18. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 19 | 10,000. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . . . . . . . | | | 20 | 0. |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ _____ | 21 | | | | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . | 22 | | | | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ _____ _____ | 23 | | | | |
| | 24 | Add lines 21 through 23. . . . . . . . . . . . . . . . . . . . | 24 | | | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | | | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . . . . . . . . . | 26 | | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . . . . . . | | | 27 | 0. |
| **Other Miscellaneous Deductions** | 28 | Other - from list in the instr. List type and amount ▶ _____ _____ | | | | 28 | 0. |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)?  ☐ No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.  ☒ Yes. Your deduction may be limited. See instructions for the amount to enter. | | | ▶ | 29 | 9,550. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | | | |

For Paperwork Reduction Act Notice, see instructions.  
UYA

Schedule A (Form 1040) 2007

00279

**SCHEDULE D**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**

▶ Attach to Form 1040 or Form 1040NR. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074
**2007**
Attachment
Sequence No. **12**

Name(s) shown on return: James D Pieron, Jr.

Your social security number

### Part I — Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** Saxobank | 11/23/2007 | 12/31/2007 | 298,024. | 596,048. | -298,024. |

**2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . . . . . **2**
**3** Total short-term sales price amounts. Add lines 1 and 2 in column (d) . . . . . . . . . . . . . . . . . . . . . . **3** 298,024.
**4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . **4**
**5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**
**6** Short-term capital loss carryover. Enter the amount, if any, from line 10 of your **Capital Loss Carryover Worksheet** in the Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6** ( )
**7** Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) . . . . . . . . . **7** -298,024.

### Part II — Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **8** | | | | | |

**9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . . . . . . . **9**
**10** Total long-term sales price amounts. Add lines 8 and 9 in column (d) . . . . . . . . . . . . . . . . . . . . . . **10**
**11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . **11**
**12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12**
**13** Capital gain distributions. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13**
**14** Long-term capital loss carryover. Enter the amount, if any, from line 15 of your **Capital Loss Carryover Worksheet** in the Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14** ( )
**15** Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15** 0.

For Paperwork Reduction Act Notice, see Instructions.
UYA

Schedule D (Form 1040) 2007

00280

Schedule D (Form 1040) 2007  James  D Pieron, Jr.                                             Page 2

**Part III**  Summary

16  Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | −298,024.

If line 16 is:
- A **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- A **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- **Zero** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

17  Are lines 15 and 16 **both** gains?
☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** located in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **18** | 0.

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** located in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **19** | 0.

20  Are lines 18 and 19 **both** zero or blank?
☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** located in the Instructions for Form 1040 (or in the Instructions for Form 1040NR). **Do not** complete lines 21 and 22 below.
☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Schedule D Tax Worksheet** located in the instructions. **Do Not** complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040 NR, line 14, the **smaller** of:
- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)

} . . . . . . . . . . . . . . . . . . . . . | **21** | ( 3,000. )

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?
☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** located in the Instructions for Form 1040 (or in the Instructions for Form 1040NR).
☒ **No.** Complete the rest of Form 1040 or Form 1040NR.

UYA                                                                                           Schedule D (Form 1040) 2007

| Form **1116** | **Foreign Tax Credit** | OMB No. 1545-0121 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Individual, Estate, or Trust)<br>▶ Attach to Form 1040, 1040NR, 1041, or 990-T.<br>▶ See separate instructions. | **2007**<br>Attachment<br>Sequence No. **19** |

**Name**: James D Pieron, Jr.

Identifying number as shown on page 1 of your tax return

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Passive category income
- b ☒ General category income
- c ☐ Section 901(j) income
- d ☐ Certain income re-sourced by treaty
- e ☐ Lump-sum distributions

**f** Resident of (name of country) ▶ **United States**

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | A | B | C | (Add cols. A, B, and C.) |
| g | Enter the name of the foreign country or U.S. possession ▶ | Switzerland | | | |
| 1a | Gross income from sources within country shown above and of the type checked above (see the instructions): | | | | |
| C | | | | | |
| B | | | | | |
| A | General Inc | 181,907. | | | 1a  181,907. |
| b | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ▶ ☐ | | | | |

**Deductions and losses** (Caution: See the instructions.):

| 2 | Expenses definitely related to the income on line 1a (attach statement) | | | | |
|---|---|---|---|---|---|
| 3 | Pro rata share of other deductions not definitely related: | | | | |
| a | Certain itemized deductions or standard deduction (see instructions) | 5,350. | | | |
| b | Other deductions (attach statement) | | | | |
| c | Add lines 3a and 3b | 5,350. | | | |
| d | Gross foreign source income (see instructions) | 181,907. | | | |
| e | Gross income from all sources (see instructions) | 264,607. | | | |
| f | Divide line 3d by line 3e (see instructions) | .6875 | | | |
| g | Multiply line 3c by line 3f | 3,678. | | | |
| 4 | Pro rata share of interest expense (see instructions): | | | | |
| a | Home mortgage interest (use worksheet in the instructions) | | | | |
| b | Other interest expense | | | | |
| 5 | Losses from foreign sources | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 | 3,678. | | | 6  3,678. |
| 7 | Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ▶ | | | | 7  178,229. |

### Part II  Foreign Taxes Paid or Accrued (see instructions)

| | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | |
| C<br>o<br>u<br>n<br>t<br>r<br>y | (h) ☒ Paid<br>(i) ☐ Accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents and royalties | (m) Interest | | (o) Dividends | (p) Rents and royalties | (q) Interest | |
| A | 12/31/2007 | | | | 39890 | | | | 35,458 |
| B | | | | | | | | | |
| C | | | | | | | | | |

(a) Total foreign taxes paid or accrued (add cols. (o) through (r)): **35,458.**

**8** Add lines A through C, column (s). Enter the total here and on line 9, page 2 ▶  **8  35,458.**

For Paperwork Reduction Act Notice, see the instructions.
UYA

Form **1116** (2007)

00282

Form 1116 (2007) James D Pieron, Jr.     Page 2

### Part III   Figuring the Credit

| | | | |
|---|---|---:|---:|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9   35,458. | |
| 10 | Carryback or carryover (attach detailed computation) | 10 | |
| 11 | Add lines 9 and 10 | 11   35,458. | |
| 12 | Reduction in foreign taxes (see instructions) | 12 | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions) | | 13   35,458. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | 14   178,229. | |
| 15 | Adjustments to line 14 (see instructions) | 15 | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16   178,229. | |
| 17 | **Individuals:** Enter the amount from Form 1040, line 41. If you are a nonresident alien, enter the amount from Form 1040NR, line 38. **Estates and trusts:** Enter your taxable income without the deduction for your exemption | 17   169,357. | |
| | Caution: *If you figured your tax using the lower rates on qualified dividends or capital gains, see the instructions* | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter "1" | | 18   1.0000 |
| 19 | **Individuals:** Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 41. **Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | | 19   40,984. |
| | Caution: *If you are completing line 19 for separate category e (lump-sum distributions), see the instructions.* | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | | 20   40,984. |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see the instructions) ▶ | | 21   35,458. |

### Part IV   Summary of Credits From Separate Parts III (see instructions)

| | | | |
|---|---|---:|---:|
| 22 | Credit for taxes on passive category income | 22 | |
| 23 | Credit for taxes on general category income | 23 | |
| 24 | Credit for taxes on certain income re-sourced by treaty | 24 | |
| 25 | Credit for taxes on lump-sum distributions | 25 | |
| 26 | Add lines 22 through 25 | | 26   0. |
| 27 | Enter the smaller of line 19 or line 26 | | 27   35,458. |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12 | | 28 |
| 29 | Subtract line 28 from line 27. This is your **foreign tax credit.** Enter here and on Form 1040, line 51; Form 1040NR, line 46; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | | 29   35,458. |

UYA         Form **1116** (2007)

00283

| Form **6251** <br> Department of the Treasury <br> Internal Revenue Service | **Alternative Minimum Tax—Individuals** <br> ► See separate instructions. <br> ► Attach to Form 1040 or Form 1040NR. | OMB No. 1545-0074 <br> **2007** <br> Attachment Sequence No. **32** |
|---|---|---|

Name(s) shown on Form 1040 or Form 1040NR: **James D Pieron, Jr.**

Your social security number: [redacted]

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | | Amount |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 169,357. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0-. | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | |
| 6 | If Form 1040, line 38, is over $156,400 (over $78,200 if married filing separately), enter the amount from line 11 of the Itemized Deductions Worksheet in the instructions for Schedule A (Form 1040) | 6 | ( 450.) |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | ( ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | ( ) |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | ( ) |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately and line 28 is more than $207,500 see the instructions.) | 28 | 168,907. |

### Part II — Alternative Minimum Tax

| # | Description | | Amount |
|---|---|---|---|
| 29 | Exemption. (If this form is for a child under age 18, see the instructions.) <br> IF your filing status is... AND line 28 is not over... THEN enter on line 29... <br> Single or head of household ............. $112,500 ......... $44,350 <br> Married filing jointly or qualifying widow(er) ..... 150,000 ......... 66,250 <br> Married filing separately ............. 75,000 ......... 33,125 <br> If line 28 is over the amount shown above for your filing status, see the instructions. | 29 | 30,248. |
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 33 and 35 and skip the rest of Part II | 30 | 138,659. |
| 31 | • If you are filing Form 2555 or 2555-EZ see instructions for the amount to enter. <br> • If you reported capital gain distributions directly on Form 1040, Line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 55 here. <br> • All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 37,039. |
| 32 | Alternative minimum tax foreign tax credit (see the instructions) | 32 | 35,458. |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 1,581. |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 51). If you used Schedule J to figure your tax, the amount for line 44 of Form 1040 must be refigured without using Schedule J (see instructions) | 34 | 5,526. |
| 35 | Alternative minimum tax. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 0. |

For Paperwork Reduction Act Notice, see instructions. <br>
UYA

Form **6251** (2007)

00284

| Form **2555** | **Foreign Earned Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.   ▶ Attach to Form 1040. | **2007**<br>Attachment Sequence No. **34** |

For Use by U.S. Citizens and Resident Aliens Only

| Name shown on Form 1040 | Your social security number |
|---|---|
| James D Pieron, Jr. | |

**Part I**  General Information

1. Your foreign address (including country) **112 Universitatstrasse, Zurich, 8006 Switzerland**
2. Your occupation **CEO JDFX Technolo**
3. Employer's name ▶ **JDFX Technologies**
4. a. Employer's U.S. address ▶ ,
   b. Employer's foreign address ▶ **Usteristrasse 9  Zurich, 8001 Switzerland**
5. Employer is (check any that apply): a ☒ A foreign entity   b ☐ A U.S. company   c ☐ Self   d ☐ A foreign affiliate of a U.S. company   e ☐ Other (specify) ▶
6. a. If, after 1981, you filed Form 2555 or Form 2555-EZ, enter the last year you filed the form. ▶ **2006**
   b. If you did not file Form 2555 or 2555-EZ after 1981 to claim either of the exclusions, check here ▶ ☐ and go to line 7.
   c. Have you ever revoked either of the exclusions? ☐ Yes ☒ No
   d. If you answered "Yes," enter the type of exclusion and the tax year for which the revocation was effective. ▶
7. Of what country are you a citizen/national? ▶ **United States**
8. a. Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home? See **Second foreign household** in the instructions . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
   b. If "Yes," enter city and country of the separate foreign residence. Also, enter the number of days during your tax year that you maintained a second household at that address. ▶
9. List your tax home(s) during your tax year and date(s) established. ▶ **Zurich, Switzerland 01/01/2002**

Next, complete either Part II or Part III. If an item does not apply, enter "NA." If you do not give the information asked for, any exclusion or deduction you claim may be disallowed.

**Part II**  Taxpayers Qualifying Under Bona Fide Residence Test (see instructions)

10. Date bona fide residence began ▶ **01/01/2007**, and ended ▶ **CONTINUE**
11. Kind of living quarters in foreign country ▶ a ☐ Purchased house   b ☒ Rented house or apartment   c ☐ Rented room   d ☐ Quarters furnished by employer
12. a. Did any of your family live with you abroad during any part of the tax year? . . . . . . . . . . . . ☐ Yes ☒ No
    b. If "Yes," who and for what period? ▶
13. a. Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you are not a resident of that country? See instructions. . . . . . . . . . . . . ☐ Yes ☒ No
    b. Are you required to pay income tax to the country where you claim bona fide residence? See instructions ☒ Yes ☐ No
    If you answered "Yes" to 13a and "No" to 13b, you do not qualify as a bona fide resident. Do not complete the rest of this part.
14. If you were present in the United States or its possessions during the tax year, complete columns (a)-(d) below. Do not include the income from column (d) in Part IV, but report it on Form 1040.

| (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) | (a) Date arrived in U.S. | (b) Date left U.S. | (c) No. of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

15. a. List any contractual terms or other conditions relating to the length of your employment abroad. ▶ **none**
    b. Enter the type of visa under which you entered the foreign country. ▶ **B Permit**
    c. Did your visa limit the length of your stay or employment in a foreign country? If "Yes," attach explanation ☐ Yes ☒ No
    d. Did you maintain a home in the United States while living abroad? . . . . . . . . . . . . . . . ☐ Yes ☒ No
    e. If "Yes," enter address of your home, whether it was rented, the names of the occupants, and their relationship to you. ▶

For Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **2555** (2007)

00285

Form 2555 (2007)    James D Pieron, Jr.          Page **2**

### Part III   Taxpayers Qualifying Under Physical Presence Test (see the instructions)

16   The physical presence test is based on the 12-month period from ▶ _____ through ▶ _____
17   Enter your principal country of employment during your tax year. ▶ _____
18   If you traveled abroad during the 12-month period entered on line 16, complete columns (a)-(f) below. Exclude travel between foreign countries that did not involve travel on or over international waters, or in or over the United States, for 24 hours or more. If you have no travel to report during the period, enter "Physically present in a foreign country or countries for the entire 12-month period." Do not include the income from column (f) below in Part IV, but report it on Form 1040.

| (a) Name of country (including U.S.) | (b) Date arrived | (c) Date left | (d) Full days present in country | (e) No. of days in U.S. on business | (f) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### Part IV   All Taxpayers

**Note:** *Enter on lines 19 through 23 all income, including noncash income, you earned and actually or constructively received during your 2007 tax year for services you performed in a foreign country. If any of the foreign earned income received this tax year was earned in a prior tax year, or will be earned in a later tax year (such as a bonus), see the instructions. Do not include income from line 14, column (d), or line 18, column (f). Report amounts in U.S. dollars, using the exchange rates in effect when you actually or constructively received the income.*

**If you are a cash basis taxpayer, report on Form 1040 all income you received in 2007, no matter when you performed the service.**

| 2007 Foreign Earned Income | | Amount (in U.S. dollars) |
|---|---|---|
| 19   Total wages, salaries, bonuses, commissions, etc. | 19 | 181,907. |
| 20   Allowable share of income for personal services performed (see instructions): | | |
|     a   In a business (including farming) or profession | 20a | |
|     b   In a partnership. List partnership's name and address and type of income. ▶ _____ | 20b | |
| 21   Noncash income (market value of property or facilities furnished by employer-attach statement showing how it was determined): | | |
|     a   Home (lodging) | 21a | |
|     b   Meals | 21b | |
|     c   Car | 21c | |
|     d   Other property or facilities. List type and amount. ▶ _____ | 21d | |
| 22   Allowances, reimbursements, or expenses paid on your behalf for services you performed: | | |
|     a   Cost of living and overseas differential    22a | | |
|     b   Family    22b | | |
|     c   Education    22c | | |
|     d   Home leave    22d | | |
|     e   Quarters    22e | | |
|     f   For any other purpose. List type and amount. ▶ _____    22f | | |
|     g   Add lines 22a through 22f | 22g | 0. |
| 23   Other foreign earned income. List type and amount. ▶ _____ | 23 | |
| 24   Add lines 19 through 21d, line 22g, and line 23 | 24 | 181,907. |
| 25   Total amount of meals and lodging included on line 24 that is excludable (see instructions) | 25 | |
| 26   Subtract line 25 from line 24. Enter the result here and on line 27 on page 3. This is your 2007 foreign earned income ▶ | 26 | 181,907. |

UYA          Form **2555** (2007)

00286

Form 2555 (2007) James D Pieron, Jr. Page **3**

### Part V — All Taxpayers

| | | | |
|---|---|---|---|
| 27 | Enter the amount from line 26. | 27 | 181,907. |

Are you claiming the housing exclusion or housing deduction?
☐ **Yes.** Complete Part VI.
☒ **No.** Go to Part VII.

### Part VI — Taxpayers Claiming the Housing Exclusion and/or Deduction

| | | | |
|---|---|---|---|
| 28 | Qualified housing expenses for the tax year (see instructions) | 28 | |
| 29a | Enter location where housing expenses incurred (see instructions) ▶ | | |
| b | Enter limit on housing expenses (see instructions) | 29b | 25,710. |
| 30 | Enter the **smaller** of line 28 or line 29b | 30 | |
| 31 | Number of days in your qualifying period that fall within your 2007 tax year (see instructions) . . . . . . | 31 | 365 days |
| 32 | Multiply $37.57 by the number of days on line 31. If 365 is entered on line 31, enter $13,712.00 here | 32 | 13,712. |
| 33 | Subtract line 32 from line 30. If the result is zero or less, do not complete the rest of this part or any of Part IX | 33 | -13,712. |
| 34 | Enter employer-provided amounts (see instructions) . . . . . . | 34 | |
| 35 | Divide line 34 by line 27. Enter the result as a decimal (rounded to at least three places), but do not enter more than "1.000" | 35 | X |
| 36 | **Housing exclusion.** Multiply line 33 by line 35. Enter the result but do not enter more than the amount on line 34. Also, complete Part VIII ▶ | 36 | 0. |

**Note:** *The housing deduction is figured in Part IX. If you choose to claim the foreign earned income exclusion, complete Parts VII and VIII before Part IX.*

### Part VII — Taxpayers Claiming the Foreign Earned Income Exclusion

| | | | |
|---|---|---|---|
| 37 | Maximum foreign earned income exclusion | 37 | $85,700.00 |
| 38 | • If you completed Part VI, enter the number from line 31. <br> • All others, enter the number of days in your qualifying period that fall within your 2007 tax year (see the instructions for line 31). | 38 | 365 days |
| 39 | • If line 38 and the number of days in your 2007 tax year (usually 365) are the same, enter "1.000." <br> • Otherwise, divide line 38 by the number of days in your 2007 tax year and enter the result as a decimal (rounded to at least three places). | 39 | X 1.000 |
| 40 | Multiply line 37 by line 39 | 40 | 85,700. |
| 41 | Subtract line 36 from line 27 | 41 | 181,907. |
| 42 | **Foreign earned income exclusion.** Enter the **smaller** of line 40 or line 41. Also, complete Part VIII ▶ | 42 | 85,700. |

### Part VIII — Taxpayers Claiming the Housing Exclusion, Foreign Earned Income Exclusion, or Both

| | | | |
|---|---|---|---|
| 43 | Add lines 36 and 42 | 43 | 85,700. |
| 44 | Deductions allowed in figuring your adjusted gross income (Form 1040, line 37) that are allocable to the excluded income. See instructions and attach computation | 44 | 0. |
| 45 | Subtract line 44 from line 43. Enter the result here and in parentheses on **Form 1040, line 21.** Next to the amount enter "Form 2555." On Form 1040, subtract this amount from your income to arrive at total income on Form 1040, line 22 ▶ | 45 | 85,700. |

### Part IX — Taxpayers Claiming the Housing Deduction - Complete this part only if (a) line 33 is more than line 36 and (b) line 27 is more than line 43.

| | | | |
|---|---|---|---|
| 46 | Subtract line 36 from line 33 | 46 | 0. |
| 47 | Subtract line 43 from line 27 | 47 | 0. |
| 48 | Enter the **smaller** of line 46 or line 47 | 48 | 0. |

**Note:** *If line 47 is more than line 48 and you could not deduct all of your 2006 housing deduction because of the 2006 limit, use the worksheet in the instructions to figure the amount to enter on line 49. Otherwise, go to line 50.*

| | | | |
|---|---|---|---|
| 49 | Housing deduction carryover from 2006 (from worksheet in the instructions) | 49 | 0. |
| 50 | **Housing deduction.** Add lines 48 and 49. Enter the total here and on Form 1040 to the left of line 36. Next to the amount on Form 1040, enter "Form 2555." Add it to the total adjustments reported on that line ▶ | 50 | 0. |

UYA Form **2555** (2007)

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| James D Pieron, Jr. | |

## Other Income
### Supporting Details for Form 1040, Line 21

| Enter sources of other income below: | James | Not Applicable |
|---|---:|---:|
| 1. _____ | 0. | 0. |
| 2. _____ | 0. | 0. |
| 3. Gambling Winnings reported on Form W-2G .......... | 0. | 0. |
| Other winnings where a Form W-2G not received ..... | 0. | 0. |
| 4. Jury Pay ............................................ | 0. | 0. |
| 5. Net Operating Loss carry forward from 2006 .......... | 0. | 0. |
| 6. Foreign earned income exclusion from Form 2555. .... | -85,700. | 0. |
| 7. Other Income from Schedule K-1 .................... | 0. | 0. |
| 8. Income from personal property rental ................ | 0. | 0. |
| 9. Child's income amount from Form 8814, line 12 ....... | 0. | 0. |
| 10. MSA Distributions, Form 8853 ..................... | 0. | 0. |
| 11. Medicare Advantage MSA Distributions, Form 8853 ... | 0. | 0. |
| 12. Long-term Care Distribution, Form 8853 ............. | 0. | 0. |
| 13. Form 1099-MISC, Boxes 3 and 8 ................... | 0. | 0. |
| 14. Alaska Permanent Fund dividends .................. | 0. | 0. |
| 15. Coverdell ESA or Qualified Tuition Program .......... | 0. | 0. |
| 16. Cancellation of a nonbusiness debt, Form 1099-C ..... | 0. | 0. |
| 17. Cancellation of a business debt, Partnership Sch K-1 .. | 0. | 0. |
| 18. HSA Distributions, Form 8889 ..................... | 0. | 0. |
| 19. Alternative trade adjustment assistance payments .... | 0. | 0. |
| 20. Recapture of prior year tuition and fees deduction ..... | 0. | 0. |
| 21. Recapture of charitable contribution deduction of a fractional interest in tangible personal property ........ | 0. | 0. |
| 22. Recapture of charitable contribution deduction if no exempt use ...................................... | 0. | 0. |
| Total Other Income ............................ | -85,700. | 0. |

00288




042J80072189
$1.22
01/11/11
Mailed From 48858
US POSTAGE

Revenue Service Center
x 1303
te, NC 28201-1303 USA

00289