no title                                                              Page 1 of 1

TRN REF #: 20090608-00000714
------------------------------------------------------------------------
  **** MESSAGE ENVELOPE ****                ( Bank : 056 )

                                         SND DATE: 09/06/08
SRC:FED CALLER:                          EXT:

RPT#        AMT:100,000.00        CUR:USD                    TRDR#
TEST: DUE:                        TYP:FTR/  FNDS:S CHG:DB:N CD:Y COM:N CBL:N
------------------------------------------------------------------------
*DBT                             CDT                         ADV:LTR
DEBIT VAL: 09/06/08              CREDIT VAL: 09/06/08
UBS AG.                          IB TECHNOLOGIES INC
NEW YORK, NY                     2625 DENISON DR STE A
                                 MT PLEASANT MI
SEND:S/UBSWCHZH80A               48858-5596.
UBS AG                           BNF:                    CHG:  BK?N
(HEAD OFFICE)                    IB TECHNOLOGIES INC
ZURICH,CH                        2625 DENISON DRIVE, SUITE A
SNDR REF NUM:US01159KU0432510    US 48858      MT. PLEASANT
ORDERING BNK:
UBS AG
(HEAD OFFICE)
ZURICH,CH
ORIG:/CH570020620625126260Z
JAMES PIERON
8006 ZURICH

REF NUM:ZD81159TI5044699

GOVERNMENT
EXHIBIT
129

10765

no title                                                              Page 1 of 1

```
TRN REF #: 20091015-00001517
--------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                      SND DATE: 09/10/15
SRC:FED CALLER:                       EXT:

RPT#        AMT:500,000.00        CUR:USD              TRDR#
TEST: DUE:                    TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
--------------------------------------------------------------------------
*DBT                          CDT                              ADV:LTR
DEBIT VAL: 09/10/15           CREDIT VAL: 09/10/15
JPMORGAN CHASE BANK, NA       IB TECHNOLOGIES INC
NEW YORK, NY                  2625 DENISON DR STE A
                              MT PLEASANT MI
SNDR REF NUM:0286000288FS     48858-5596
ORDERING BNK:                 BNF:                     CHG:  BK?N
UBS AG                        IB TECHNOLOGIES INC.
(HEAD OFFICE)                 2625 DENISON DR., STE A
ZURICH,CH                     US 48858    MT. PLEASANT
ORIG:/CH430027327324125560N   ORIG TO BNF INFO:
1/JDFX HOLDING AG             ESTABLISHMENT OF US OPERATIONS
1/6300 ZUG
6/CH/UBS/0273-00241255
REF NUM:SWF OF 09/10/15
```

10768

no title                                                              Page 1 of 1

```
TRN REF #: 20091019-00002574
--------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                    ( Bank : 056 )

                                           SND DATE: 09/10/19
SRC:RPI CALLER:THEUNISSEN, BARBARA             EXT:

RPT#        AMT:250,000.00            CUR:USD                    TRDR#
TEST: DUE:                           TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
--------------------------------------------------------------------------
*DBT                                 CDT                         ADV:FED
DEBIT VAL: 09/10/19                  CREDIT VAL: 09/10/19
IB TECHNOLOGIES INC                  JPMORGAN CHASE BANK, NA
2625 DENISON DR STE A                NEW YORK, NY
MT PLEASANT MI
48858-5596                           BNF:                        CHG:  BK?N
SEND:B/056                           PFG, INC
BANK 056                             190 S LASALLE ST  7TH FLOOR
                                     CHICAGO IL  606
```

10770

no title                                                                Page 1 of 1

```
TRN REF #: 20091118-00002524
-----------------------------------------------------------------------
  **** MESSAGE ENVELOPE ****                    ( Bank : 056 )

                                           SND DATE: 09/11/18
SRC:FED CALLER:                            EXT:

RPT#         AMT:749,975.00         CUR:USD                  TRDR#
TEST: DUE:                       TYP:FTR/    FNDS:S CHG:DB:N CD:Y COM:N CBL:N
-----------------------------------------------------------------------
*DBT A            |              CDT *D/            |        ADV:LTR
DEBIT VAL: 09/11/18              CREDIT VAL: 09/11/18
THE BANK OF NEW YORK MELLON      IB TECHNOLOGIES INC
NEW YORK, NY                     2625 DENISON DR STE A
                                 MT PLEASANT MI
SEND:/8033342099                 48858-5596
CREDIT SUISSE AG                 BNF:           .          CHG:  BK?N
PARADEPLATZ 8                    IB TECHNOLOGIES INC
P.O. BOX 600                     2625 DENISON DR., STE A
CH-8070 ZURICH, SWITZERLAND      MT. PLEASANT MI 48858
SNDR REF NUM:FTS0911181208000    ORIG TO BNF INFO:
ORDERING BNK:S/CRESCHZZ80A       FUND IBTECH
CREDIT SUISSE AG
(HEAD OFFICE)
ZURICH,CH
ORIG:/CH7704835092588712000
1/JDFX FUND MANAGEMENT LTD
2/COLUMBUS CENTER 1ST FLOOR
3/VG/TORTOLA-BRITISH VIRGIN ISLANDS
```

no title                                                    Page 1 of 1

```
TRN REF #: 20091119-00004235
-----------------------------------------------------------------------
  **** MESSAGE ENVELOPE ****              ( Bank : 056 )

                                      SND DATE: 09/11/19
SRC:RPI CALLER:BLANDFORD, VIRGINIA    EXT:

RPT#        AMT:500,000.00           CUR:USD              TRDR#
TEST: DUE:                    TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
-----------------------------------------------------------------------
*DBT D.                             CDT *                        ADV:FED
DEBIT VAL: 09/11/19                 CREDIT VAL: 09/11/19
IB TECHNOLOGIES INC                 UBS AG.
2625 DENISON DR STE A               NEW YORK, NY
MT PLEASANT MI
48858-5596                          BNF BANK:                    WIR:Y
SEND:B/056                          UBS AG
BANK 056                            (HEAD OFFICE)
                                    ZURICH,CH
                                    BNF:                   CHG:  BK?N
                                    JDFX HOLDING AG
```

10777

no title                                                                Page 1 of 1

```
TRN REF #: 20100405-00005518
---------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                      ( Bank : 056 )

                                        SND DATE: 10/04/05
SRC:FED CALLER:                         EXT:

RPT#       AMT:203,185.22                  CUR:USD                   TRDR#
TEST: DUE:                     TYP:FTR/    FNDS:S CHG:DB:N CD:Y COM:N CBL:N
---------------------------------------------------------------------------
*DBT                               CDT *                          ADV:LTR
DEBIT VAL: 10/04/05                CREDIT VAL: 10/04/05
JPMORGAN CHASE BANK, NA            IB TECHNOLOGIES INC
NEW YORK, NY                       2625 DENISON DR STE A
                                   MT PLEASANT MI
SNDR REF NUM:3263600095JO          48858-5596
ORIG:/5330355796                   BNF:                      CHG:  BK?N
PEREGRINE FINANCIAL GROUP INC      IB TECHNOLOGIES, INC
FOREX CUSTOME ACCT
311 W MONROE ST STE 1300
CHICAGO IL 60606-4664
REF NUM:CAP OF 10/04/05
```

10787

no title                                                    Page 1 of 1

```
TRN REF #: 20100405-00004764
---------------------------------------------------------------------
  **** MESSAGE ENVELOPE ****                ( Bank : 056 )

                                    SND DATE: 10/04/05
SRC:RPI CALLER:POTTER, SHELLY       EXT:

RPT#         AMT:250,000.00         CUR:USD              TRDR#
TEST: DUE:                          TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:N CBL:N
---------------------------------------------------------------------
*DBT                                CDT                       ADV:FED
DEBIT VAL: 10/04/05                 CREDIT VAL: 10/04/05
IB TECHNOLOGIES INC                 FIFTH THIRD BANK
2625 DENISON DR STE A               CINCINNATI, OH
MT PLEASANT MI
48858-5596                          BNF:                  CHG:  BK?N
SEND:B/056                          JAMES D PIERON JR
BANK 056                            MT PLEASANT MI 48858
```

10788