James Pieron

✓ shared purchase agreements
closing dates btw. J & investo
2008

✓ Claim of Right principle
off the table

Jan 1, 2008 →

Kim's email

GOVERNMENT
EXHIBIT
205

CONFIDENTIAL TREATMENT REQUESTED ATSI 00198

00502