

# FBAR Transcript

BSA: [redacted] and DCN: [redacted]

## Filing Information

| | |
|---|---|
| Filing Date | 08/06/2012 |
| Received Date | 08/11/2012 |
| Entry Date | 12/28/2012 |
| Report for Calendar Year | 2006 |
| Submission Method | Paper filing |

## Filer Information

| | | |
|---|---|---|
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [redacted] |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | PIERON JR | |
| Filer First Name | JAMES | |
| Filer Middle Name | D | |
| Filer Date of Birth | [redacted] | |
| Filer Address | Street Address | [redacted] CHURCHILL BLVD |
| | | [redacted] CHURCHILL BLVD - Enhanced |
| | City | MT PLEASANT |
| | | MT PLEASANT - Enhanced |
| | State | MI |
| | | MI - Enhanced |
| | ZIP Code | 48858 |
| | | 48858-9100 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Financial Interest in 25 or More Accounts | No | |

## Information on Financial Account(s)

### Account 1 of 3

| | | |
|---|---|---|
| Report For Calendar Year | 2006 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | [redacted] |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | PIERON JR | |
| Account Type | Bank | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



GOVERNMENT EXHIBIT 14

00055



**FBAR Transcript**
BSA: ▓▓▓ and DCN: ▓▓▓

### Information on Financial Account(s)

| | |
|---|---|
| Account Number or Other Designation | ▓▓1211 |
| Maximum value of Account During Calendar Year Reported | $500,000 |
| Name of Financial Institution in which the Account is Held | CREDIT SUISSE |
| Financial Institution Address | |

| | | |
|---|---|---|
| | Street Address | GENEVA 70 |
| | | GENEVA 70 - Enhanced |
| | City | GENEVA |
| | | GENEVA - Enhanced |
| | ZIP Code | 1211 |
| | | 1211 - Enhanced |
| | Country | SZ |
| | | CH - Enhanced |

### Account 2 of 3

| | |
|---|---|
| Report For Calendar Year | 2006 |
| Filer Role | Foreign account filer |
| Filer TIN — Identification Type | SSN/ITIN |
| Filer TIN — Identification Number | ▓▓▓ |
| Type of Filer | Individual |
| Filer Last Name or Organization Name | PIERON JR |
| Account Type | Bank |
| Account Number or Other Designation | 2▓▓▓60Z40M |
| Maximum value of Account During Calendar Year Reported | $20,000 |
| Name of Financial Institution in which the Account is Held | UNION BANK OF SWITZERLAND |
| Financial Institution Address | |

| | | |
|---|---|---|
| | Street Address | POSTFACH |
| | | POSTFACH - Enhanced |
| | City | ZURICH |
| | | ZURICH - Enhanced |
| | ZIP Code | 8098 |
| | | 8098 - Enhanced |
| | Country | SZ |
| | | CH - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq., 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

00056



## FBAR Transcript

BSA: ▓▓▓▓▓ and DCN: ▓▓▓▓▓

### Information on Financial Account(s)

| Account 3 of 3 | | |
|---|---|---|
| Report For Calendar Year | 2006 | |
| Filer Role | Foreign account filer | |
| Filer TIN | Identification Type | SSN/ITIN |
| | Identification Number | ▓▓▓▓▓ |
| Type of Filer | Individual | |
| Filer Last Name or Organization Name | PIERON JR | |
| Account Type | Bank | |
| Account Number or Other Designation | ▓▓▓▓▓U67F01P | |
| Maximum value of Account During Calendar Year Reported | $300,000 | |
| Name of Financial Institution in which the Account is Held | UNION BANK OF SWITZERLAND | |
| Financial Institution Address | Street Address | POSTFACH |
| | | POSTFACH - Enhanced |
| | City | LUZERN |
| | | LUZERN - Enhanced |
| | ZIP Code | 6002 |
| | | 6002 - Enhanced |
| | Country | SZ |
| | | CH - Enhanced |

### Signature

| Signature | Yes |
|---|---|
| Signature Date | 08/06/2012 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.