# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: February 15, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of James D Pieron Jr, SSN: ███████ in respect to the U. S. Individual Income taxes for tax period 2010. All assessments, penalties, interest, abatements, credits and refunds relating thereto as disclosed by the records of this office as of the date appearing on said certificate are shown therein. I further certify that I have legal custody of certain Federal tax returns, transcripts of accounts and other accounting records established and maintained by the Internal Revenue Service pursuant to the authority derived under the Internal Revenue Code (United States Code, Title 26), and that the annexed certificate is a true transcript made from such records consisting of two (2) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



*[signature]*

Paul Crowley Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Southern Area Scheme Development Center
Delegation Order 11-5

Catalog Number 19002E
LAC   02/15/19

**GOVERNMENT EXHIBIT 22**

Form **2866** (Rev. 09-1997)



# Internal Revenue Service
United States Department of the Treasury

```
                    This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                               Request Date:    02-11-2019
                                              Response Date:    02-11-2019
                                            Tracking Number:
```

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:

JAMES D PIERON JR

GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           0.00
ACCRUED INTEREST:                          0.00       AS OF: May 18, 2015
ACCRUED PENALTY:                           0.00       AS OF: May 18, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             0.00

         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                  01
FILING STATUS:                           Single
ADJUSTED GROSS INCOME:                118,497.00
TAXABLE INCOME:                       109,147.00
TAX PER RETURN:                        51,463.00
SE TAXABLE INCOME TAXPAYER:                 0.00
SE TAXABLE INCOME SPOUSE:                   0.00
TOTAL SELF EMPLOYMENT TAX:                  0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2011
PROCESSING DATE                                                Jun. 06, 2011

```
                                  TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20112108 | 06-06-2011 | $51,463.00 |
| n/a | 70211-106-20661-1 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$10,087.00 |

| | | | |
|---|---|---|---:|
| 176 | Penalty for not pre-paying tax 06-06-2021 | 20112108 06-06-2011 | $863.31 |
| 276 | Penalty for late payment of tax | 20112108 06-06-2011 | $413.76 |
| 196 | Interest charged for late payment | 20112108 06-06-2011 | $236.45 |
| 971 | Notice issued CP 0014 | 06-06-2011 | $0.00 |
| 421 | Closed examination of tax return | 08-26-2011 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 01-30-2012 | $0.00 |
| 977 | Amended return filed | 01-30-2012 | $0.00 |
| n/a | 19277-446-00821-2 | | |
| 960 | Appointed representative | 06-20-2012 | $0.00 |
| 291 | Reduced or removed prior tax assessed | 11-26-2012 | -$45,681.00 |
| n/a | 09254-693-05960-2 | | |
| 277 | Reduced or removed penalty for late payment of tax | 11-26-2012 | -$413.76 |
| 197 | Reduced or removed interest charged for late payment | 11-26-2012 | -$236.45 |
| 826 | Credit transferred out to 1040 200812 | 04-15-2011 | $3,441.69 |
| 971 | Notice issued CP 0049 | 11-26-2012 | $0.00 |
| 960 | Appointed representative | 04-07-2014 | $0.00 |

This Product Contains Sensitive Taxpayer Data