Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2009 or tax year beginning _____, ending _____
▶ See separate instructions.

OMB No. 1545-0123

**2009**

**A Check if:**

| | |
|---|---|
| 1a Consolidated return (attach Form 851) | ☐ |
| b Life/nonlife consolidated return | ☐ |
| 2 Personal holding co. (attach Sch. PH) | ☐ |
| 3 Personal service corp. (see instructions) | ☐ |
| 4 Schedule M-3 attached | ☐ |

Use IRS label. Otherwise, print or type.

**Name**
KOMPLIQUE INC

**Number, street, and room or suite no.** If a P.O. box, see instructions.

**City or town** MT PLEASANT   **State** MI   **ZIP code** 48858

**B Employer identification number**
26▩▩▩55

**C Date incorporated**
5/6/2009

**D Total assets** (see instructions)
$ 63,711

**E Check if:** (1) ☒ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

### Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales | 1a |
| b | Less returns and allowances | |
| c | Bal | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 |
| 4 | Dividends (Schedule C, line 19) | 4 |
| 5 | Interest | 5 |
| 6 | Gross rents | 6 |
| 7 | Gross royalties | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 |
| 10 | Other income (see instructions—attach schedule) | 10 |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) ▶ | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 2,915 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) | 26 | 13,136 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 16,051 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -16,051 |
| 29 | **Less:** a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 20) | 29b | |
| | | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | -16,051 |
| 31 | **Total tax** (Schedule J, line 10) | 31 | |
| 32a | 2008 overpayment credited to 2009 | 32a | |
| b | 2009 estimated tax payments | 32b | |
| c | 2009 refund applied for on Form 4466 | 32c | d Bal ▶ 32d |
| e | Tax deposited with Form 7004 | 32e | |
| f | Credits: (1) Form 2439 _____ (2) Form 4136 _____ | 32f | |
| g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | 32g | 32h |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2010 estimated tax ▶ _____ Refunded ▶ | 36 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  _____  _____
Signature of officer           Date        Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

### Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | | **Date** 12/9/2011 | **Check if self-employed** ☒ | **Preparer's SSN or PTIN** 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 |
| Firm's name (or yours if self-employed), address, and ZIP code | William Zehnder | **EIN** | **Phone no.** |
| | Lake Isabella | **State** MI | **ZIP code** 48893 |

For Privacy Act and Paperwork Reduction Act Notice, see s____

(HTA)

Form **1120** (2009)

**GOVERNMENT EXHIBIT 27**

00156

Form 1120 (2009)    KOMPLIQUE INC                                                                              Page **2**

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year. | **1** | |
| 2 | Purchases | **2** | 18,813 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | 18,813 |
| 7 | Inventory at end of year | **7** | 18,813 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | |

**9a** Check all methods used for valuing closing inventory:

    (i) [X] Cost

    (ii) [ ] Lower of cost or market

    (iii) [ ] Other (Specify method used and attach explanation.) ▶ ------------------------------------------------

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing

    inventory computed under LIFO . . . . . . . . . . . . . . . . . **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?

    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [X] No

## Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instruct. | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . . ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . ▶ | | | |

## Schedule E    Compensation of Officers (see instructions for page 1, line 12)

**Note:** *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return . . . . . . . . . . . | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . . . . . . . | | | | | |

Form **1120** (2009)

Form 1120 (2009)   KOMPLIQUE INC ▓▓▓▓▓                                                                Page 3

## Schedule J   Tax Computation (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . . . . . ▶ ☐ | | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . . . . ▶ ☐ | | 2 | |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4 | |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . | 5a | | |
| b | Credit from Form 8834 . . . . . . . . . . . . . . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . . . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . | 5e | | |
| 6 | Total credits. Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . . . | | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697 | | | |
| | ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) . . . . . | | 9 | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 . . . . . . . . . . . . . . . | | 10 | |

## Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 448190 | | |
| b | Business activity  ▶ RETAIL SWIM WEAR | | |
| c | Product or service  ▶ SWIM WEAR | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes", complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . . | X | |
| 5 | At the end of the tax year, did the corporation: | Yes | No |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions . . | | X |
| | If "Yes," complete (i) through (iv). | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form 1120 (2009)

Form 1120 (2009)   KOMPLIQUE INC   ████   Page **4**

| **Schedule K** | *Continued* | | | |
|---|---|---|---|---|

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . If "Yes," complete (i) through (iv).    | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6**  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . .   | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7**  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? . . . . . . . . . .   | X

For rules of attribution, see section 318. If "Yes," enter:

**(i)** Percentage owned  ▶ _____  and **(ii)** Owner's country  ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8**  Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9**  Enter the amount of tax-exempt interest received or accrued during the tax year  ▶  $ _____

**10**  Enter the number of shareholders at the end of the tax year (if 100 or fewer)  ▶ _____ 1

**11**  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . . . . . . ▶ ☒

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12**  Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ _____

**13**  Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | X

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Form **1120** (2009)

Form 1120 (2009)    KOMPLIQUE INC

**Page 5**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | 44,898 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | 18,813 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach schedule) | | | | |
| 15 | Total assets | | | | 63,711 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach schedule) | | | | |
| 19 | Loans from shareholders | | | | 72,735 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | 10,000 | 10,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach schedule) | | | | |
| 25 | Retained earnings—Unappropriated | | | | ( 19,024 ) |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | | | |
| 28 | Total liabilities and shareholders' equity | | | | 63,711 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -19,024 | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | b | Charitable contributions $ | |
| b | Charitable contributions $ | | | | |
| c | Travel and entertainment $ 2,973 | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | 2,973 / -16,051 | 10 | Income (page 1, line 28)—line 6 less line 9 | -16,051 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | -19,024 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -19,024 | 8 | Balance at end of year (line 4 less line 7) | -19,024 |

Form **1120** (2009)

**SCHEDULE G**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No.1545-0123

**2009**

| Name | Employer identification number (EIN) |
|---|---|
| KOMPLIQUE INC | |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| JAMES PIERON | | United States | 100.000% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.
(HTA)

Schedule G (Form 1120) 2009

00161

## Line 26 (1120) - Other Deductions

| | | | |
|---|---|---:|---:|
| 1 | Travel, Meals and Entertainment | | |
| | **b** Meals and entertainment, subject to 50% limit . . . . . . . . . . . . . . . . . . **1b** | 5,946 | |
| | **c** Meals and entertainment, subject to 80% limit (DOT) . . . . . . . . . . . . . **1c** | | |
| | **d** Less disallowed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1d** | 2,973 | |
| | **e** Subtract line d from lines b and c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1e** | | 2,973 |
| 2 | Bank charges | **2** | 16 |
| 3 | Legal and professional fees | **3** | 9,519 |
| 4 | Miscellaneous | **4** | 85 |
| 5 | Office expenses | **5** | 142 |
| 6 | Supplies | **6** | 401 |
| 7 | Total other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | | 13,136 |
| 8 | Total deductions less expenses for offsetting credits . . . . . . . . . . . . . . . . . . . . . . **8** | | 13,136 |

KOMPLIQUE INC

### Line 29a (1120) - Net Operating Loss Carryover

| Carryover Period | Beginning Loss Period (M/D/YYYY) | Ending Loss Period (M/D/YYYY) | Amount of Net Operating Loss | Amount Used in Prior Years / Carrybacks | Adjustment Under Sec. 170(d)(2)(B) | Adjustments | Amount Available This Year | Amount Used This Year | Expiring Losses | Net Operating Loss Available for Carryover | Cumulative Unused Net Operating Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th Preceding Period | | | | | | | | | | | |
| 19th Preceding Period | | | | | | | | | | | |
| 18th Preceding Period | | | | | | | | | | | |
| 17th Preceding Period | | | | | | | | | | | |
| 16th Preceding Period | | | | | | | | | | | |
| 15th Preceding Period | | | | | | | | | | | |
| 14th Preceding Period | | | | | | | | | | | |
| 13th Preceding Period | | | | | | | | | | | |
| 12th Preceding Period | | | | | | | | | | | |
| 11th Preceding Period | | | | | | | | | | | |
| 10th Preceding Period | | | | | | | | | | | |
| 9th Preceding Period | | | | | | | | | | | |
| 8th Preceding Period | | | | | | | | | | | |
| 7th Preceding Period | | | | | | | | | | | |
| 6th Preceding Period | | | | | | | | | | | |
| 5th Preceding Period | | | | | | | | | | | |
| 4th Preceding Period | | | | | | | | | | | |
| 3rd Preceding Period | | | | | | | | | | | |
| 2nd Preceding Period | | | | | | | | | | | |
| 1st Preceding Period | | | | | | | | | | | |
| Current Period | 1/1/2009 | 12/31/2009 | 16,051 | | | | 16,051 | | | 16,051 | 16,051 |

Taxable Income After Special Deductions: _____        Total Net Operating Loss Used This Year: _____

00163

## Sch L (1120) - Balance Sheets per Books

| Assets | | Beginning | | Ending |
|---|---|---|---|---|
| 1 Cash | 1 | | | 44,898 |
| 2a Trade notes and accounts receivable | 2a | | | |
| 2b Less allowance for bad debts | 2b | | | |
| 2c Net trade notes and accounts receivable | 2c | | | |
| 3 Inventories | 3 | | | 18,813 |
| 4 U.S. government obligations | 4 | | | |
| 5 Tax-exempt securities | 5 | | | |
| 6 Other current assets | 6 | | | |
| 7 Loans to shareholders | 7 | | | |
| 8 Mortgage and real estate loans | 8 | | | |
| 9 Other investments | 9 | | | |
| 10a Buildings and other depreciable assets | 10a | | | |
| 10b Less accumulated depreciation | 10b | | | |
| 10c Net buildings and other depreciable assets | 10c | | | |
| 11a Depletable assets | 11a | | | |
| 11b Less accumulated depletion | 11b | | | |
| 11c Net depletable assets | 11c | | | |
| 12 Land (net of any amortization) | 12 | | | |
| 13a Intangible assets (amortizable only) | 13a | | | |
| 13b Less accumulated amortization | 13b | | | |
| 13c Net intangible assets | 13c | | | |
| 14 Other assets | 14 | | | |
| 15 Total assets | 15 | | | 63,711 |
| **Liabilities and Capital** | | | | |
| 16 Accounts payable | 16 | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | 17 | | | |
| 18 Other current liabilities | 18 | | | |
| 19 Loans from shareholders | 19 | | | 72,735 |
| 20 Mortgages, notes, bonds payable in 1 year or more | 20 | | | |
| 21 Other liabilities | 21 | | | |
| 22a Capital stock (preferred) | 22a | | | |
| 22b Capital stock (common) | 22b | | | 10,000 |
| 22c Net Capital Stock | 22c | | | 10,000 |
| 23 Additional paid-in capital | 23 | | | |
| 24 Retained earnings - appropriated | 24 | | | |
| 25 Retained earnings - unappropriated | 25 | | | -19,024 |
| 26 Adjustments to shareholders' equity | 26 | | | |
| 27 Less cost of treasury stock | 27 | | | |
| 28 Total liabilities and shareholders' equity | 28 | | | 63,711 |

**End of year balance sheet out of balance by** . . . . . . . . . . . . . . . . . . . . . . . .

**Perjury Statement**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2010 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete.

**Consent to Disclosure**

I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund.

**Electronic Funds Withdrawal Cons**

I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's Federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institution involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

**Officer's Signature**

I am signing this Tax Return and Electronic Funds Withdrawal Consent, if applicable, by entering my self selected PIN below.

------------------------------------------------------------------------

Officer's PIN  55                              Date:    12/9/2011

**ERO Declaration**

I declare that the information contained in this electronic tax return is the information furnished to me by the corporation. If the corporation furnished me a completed tax return, I declare that the information contained in this electronic tax return is identical to that contained in the return provided by the corporation. If the furnished return was signed by a paid preparer, I declare I have entered the paid preparer's identifying information in the appropriate portion of this electronic return. If I am the paid preparer, under the penalties of perjury, I declare that I have examined this electronic return, and to the best of my knowledge and belief, it is true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**ERO Signature**

**I am signing this tax return by entering my PIN below**

**ERO's PIN**  4096        (Enter EFIN plus 5 self-selected numerics)