# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: February 15, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is a true copy of the Form 1040, U.S. Individual Income Tax Return for James D Pieron, SSN: ███████, for tax period 2001, consisting of five (5) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Paul Crowley Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Southern Area Scheme Development Center
Delegation Order 11-5

Catalog Number 19002E

LAC   02/15/19

**GOVERNMENT EXHIBIT 34**

Form **2866** (Rev. 09-1997)

N AUSPFUF 908

2022133907701-9

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2001** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2001, or other tax year beginning , 2001, ending , 20    OMB No. 1545-0074

**Label** (See instructions on page 19.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: James D.
Last name: Pieron
Your social security number: [redacted]

If a joint return, spouse's first name and initial | Last name
Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 19. | Apt. no.
112 Universitatstrasse

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
Zurich, Switzerland 8006

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶
You: ☐ Yes ☑ No    Spouse: ☐ Yes ☐ No

**Filing Status**
Check only one box.

1 ✓ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶    ). (See page 19.)

**Exemptions**

6a ☑ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b ☐ Spouse
c Dependents:
(1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20)

No. of boxes checked on 6a and 6b: 1
No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 1

If more than six dependents, see page 20.

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........ 7 | 40,053
8a Taxable interest. Attach Schedule B if required ....... 8a
b Tax-exempt interest. Do not include on line 8a .... 8b
9 Ordinary dividends. Attach Schedule B if required ....... 9
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 22) . . 10
11 Alimony received ................. 11
12 Business income or (loss). Attach Schedule C or C-EZ ...... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ 13
14 Other gains or (losses). Attach Form 4797 ......... 14

If you did not get a W-2, see page 21.

15a Total IRA distributions . 15a | b Taxable amount (see page 23) 15b
16a Total pensions and annuities 16a | b Taxable amount (see page 23) 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E 17

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

18 Farm income or (loss). Attach Schedule F ........ 18
19 Unemployment compensation ............ 19
20a Social security benefits 20a | b Taxable amount (see page 25) 20b
21 Other income. List type and amount (see page 27) ........ 21
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ 22 | 40,053

**Adjusted Gross Income**

23 IRA deduction (see page 27) ....... 23
24 Student loan interest deduction (see page 28) .... 24
25 Archer MSA deduction. Attach Form 8853 .... 25
26 Moving expenses. Attach Form 3903 ..... 26
27 One-half of self-employment tax. Attach Schedule SE . 27
28 Self-employed health insurance deduction (see page 30) 28
29 Self-employed SEP, SIMPLE, and qualified plans . . 29
30 Penalty on early withdrawal of savings ..... 30
31a Alimony paid  b Recipient's SSN ▶ 31a
32 Add lines 23 through 31a ................. 32 | 0
33 Subtract line 32 from line 22. This is your adjusted gross income ..... 33 | 40,053

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.    Cat. No. 11320B    Form **1040** (2001)

DELIQUENT RETURN

NOV 19 2009 CLEARED

KANSAS CITY STATUTE
NOV 07 2009 RECEIVED

RECEIVED 11 24 2009 AUSTIN, TEXAS

RECEIVED 0021

INTERNAL REVENUE SERVICE KANSAS CITY, MO 11 05 2009

K B

Form 1040 (2001)            Page **2**

| | | | |
|---|---|---|---:|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 40,053 |
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | |
| Standard Deduction for— | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | |
| • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31. | 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 4,550 |
| | 37 | Subtract line 36 from line 34 | 35,503 |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 2,900 |
| | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 33,603 |
| • All others: | 40 | Tax (see page 33). Check if any tax is from a ☐ Form(s) 8814    b ☐ Form 4972 | 5,866 |
| Single, $4,550 | 41 | Alternative minimum tax (see page 34). Attach Form 6251 | |
| Head of household, $6,650 | 42 | Add lines 40 and 41 ▶ | 5,866 |
| | 43 | Foreign tax credit. Attach Form 1116 if required    43   5,279 | |
| Married filing jointly or Qualifying widow(er), $7,600 | 44 | Credit for child and dependent care expenses. Attach Form 2441   44 | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R   45 | |
| | 46 | Education credits. Attach Form 8863   46 | |
| | 47 | Rate reduction credit. See the worksheet on page 36   47 | |
| Married filing separately, $3,800 | 48 | Child tax credit (see page 37)   48 | |
| | 49 | Adoption credit. Attach Form 8839   49 | |
| | 50 | Other credits from: a ☐ Form 3800   b ☐ Form 8396   c ☐ Form 8801   d ☐ Form (specify)   50 | |
| | 51 | Add lines 43 through 50. These are your total credits | 5,279 |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- | 587 |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | |
| | 57 | Household employment taxes. Attach Schedule H | |
| | 58 | Add lines 52 through 57. This is your total tax | 587 |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099   59   692 | |
| | 60 | 2001 estimated tax payments and amount applied from 2000 return   60 | |
| If you have a qualifying child, attach Schedule EIC. | 61a | Earned income credit (EIC)   61a | |
| | b | Nontaxable earned income   61b | |
| | 62 | Excess social security and RRTA tax withheld (see page 51)   62 | |
| | 63 | Additional child tax credit. Attach Form 8812   63 | |
| | 64 | Amount paid with request for extension to file (see page 51)   64 | |
| | 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136   65 | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments | 692 |
| **Refund** | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 105 |
| Direct deposit? See page 51 and fill in 68b, 68c, and 68d. | 68a | Amount of line 67 you want refunded to you | 105 |
| | b | Routing number    ▶ c Type: ☐ Checking ☐ Savings | |
| | d | Account number | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ 69 | |
| **Amount You Owe** | 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | |
| | 71 | Estimated tax penalty. Also include on line 70   71 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 53)? ☑ Yes. Complete the following. ☐ No
Designee's name ▶ Mr. Chris Werwega    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Joint return? See page 19. Keep a copy for your records.
Your signature    Date    Your occupation: Pres. Pieron Technologies    Daytime phone number
Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶    EIN    Phone no. ( )

Form **1040** (2001)



This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date: 07-29-2008
Response Date: 07-29-2008
Employee Number: PG2CB
Tracking Number: 100029793077

SSN Provided: 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
Tax Period Requested: December, 2001

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):
PIERON TECHNOLOGIES INC

**Employee:**
Employee's Social Security Number:
JAMES D PIERON

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $3,600.00 |
| Federal Income Tax Withheld: | $692.00 |
| Social Security Wages: | $3,600.00 |
| Social Security Tax Withheld: | $223.00 |
| Medicare Wages and Tips: | $3,600.00 |
| Medicare Tax Withheld: | $52.00 |
| Social Security Tips: | 0.00 |
| Allocated Tips: | 0.00 |
| Advanced EIC Payment: | 0.00 |
| Dependent Care Benefits: | 0.00 |
| Deferred Compensation: | 0.00 |
| Code "Q" Military Pay: | 0.00 |
| Code "R" Employer's Contribution to MSA: | 0.00 |
| Code "S" Employer's Contribution to Simple Account: | 0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | 0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form 1098-E Student Loan Interest Statement

**Borrower:**
Borrower's Social Security Number:



https://www.irs.gov/PORTAL_PROD/app/CRM/EMPLOYER/CRM/cfTDS_MENU_IRS_T    7/29/2008

| Form **1116** | **Foreign Tax Credit** | OMB No. 1545-0121 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Individual, Estate, Trust, or Nonresident Alien Individual)<br>▶ Attach to Form 1040, 1040NR, 1041, or 990-T.<br>▶ See separate instructions. | **2001**<br>Attachment Sequence No. **19** |

Name: James D. Pieron

Identifying number as shown on page 1 of your tax return

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** on page 3 of the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Passive income
- b ☐ High withholding tax interest
- c ☐ Financial services income
- d ☐ Shipping income
- e ☐ Dividends from a DISC or former DISC
- f ☐ Certain distributions from a foreign sales corporation (FSC) or former FSC
- g ☐ Lump-sum distributions
- h ☐ Section 901(j) income
- i ☐ Certain income re-sourced by treaty
- j ☒ General limitation income

k Resident of (name of country) ▶ Switzerland

**Note:** *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | A | B | C | (Add cols. A, B, and C.) |
| | Enter the name of the foreign country or U.S. possession ▶ | Switzerland | | | |
| 1 | Gross income from sources within country shown above and of the type checked above. See page 8 of the instructions: | 36,453 | | | 1e 36,453 |
| | **Deductions and losses** (Caution: See pages 8 and 9 of the instructions): | | | | |
| 2 | Expenses **definitely related** to the income on line 1 (attach statement) | | | | |
| 3 | Pro rata share of other deductions not **definitely related**: | | | | |
| a | Certain itemized deductions or standard deduction. See instructions | 4,550 | | | |
| b | Other deductions (attach statement) | | | | |
| c | Add lines 3a and 3b | | | | |
| d | Gross foreign source income. See instructions | | | | |
| e | Gross income from all sources. See instructions | | | | |
| f | Divide line 3d by line 3e. See instructions | | | | |
| g | Multiply line 3c by line 3f | | | | |
| 4 | Pro rata share of interest expense. See instructions: | | | | |
| a | Home mortgage interest (use worksheet on page 9 of the instructions) | | | | |
| b | Other interest expense | | | | |
| 5 | Losses from foreign sources | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 4,550 |
| 7 | Subtract line 6 from line 1. Enter the result here and on line 14, page 2 ▶ | 31,903 | | | 7 31,903 |

### Part II Foreign Taxes Paid or Accrued (See page 9 of the instructions.)

| Country | Credit is claimed for taxes (you must check one)<br>(m) ☒ Paid<br>(n) ☐ Accrued | Foreign taxes paid or accrued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | |
| | | Taxes withheld at source on: | | | (s) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (w) Other foreign taxes paid or accrued | (x) Total foreign taxes paid or accrued (add cols. (t) through (w)) |
| | (o) Date paid or accrued | (p) Dividends | (q) Rents and royalties | (r) Interest | | (t) Dividends | (u) Rents and royalties | (v) Interest | | |
| A | 12-31-01 | | | | 16'485.5 | | | | 9,891 | 9,891 |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (x). Enter the total here and on line 9, page 2 ▶ | 8 | 9,891

For Paperwork Reduction Act Notice, see page 12 of the instructions.     Cat. No. 11440U     Form **1116** (2001)

Form 1116 (2001) Page **2**

### Part III Figuring the Credit

| | | | |
|---|---|---:|---:|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9,891 | |
| 10 | Carryback or carryover (attach detailed computation) | | |
| 11 | Add lines 9 and 10 | 9,891 | |
| 12 | Reduction in foreign taxes. See page 10 of the instructions | — | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit | | 9,891 |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I. See page 10 of the instructions | 31,903 | |
| 15 | Adjustments to line 14. See page 10 of the instructions | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 31,903 | |
| 17 | **Individuals:** Enter the amount from Form 1040, line 37. If you are a nonresident alien, enter the amount from Form 1040NR, line 36. **Estates and trusts:** Enter your taxable income without the deduction for your exemption | 35,503 | |
| | *Caution: If you figured your tax using the special rates on capital gains, see page 12 of the instructions.* | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter "1" | | .90 |
| 19 | **Individuals:** Enter the amount from Form 1040, line 40. If you are a nonresident alien, enter the amount from Form 1040NR, line 39. **Estates and trusts:** Enter the total of Form 1041, Schedule G, lines 1a and 1b, or the total of Form 990-T, lines 36 and 37. | 5,866 | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | 5,279 | |
| 21 | Enter the **smaller** of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV. See page 12 of the instructions ▶ | | 5,279 |

### Part IV Summary of Credits From Separate Parts III (See page 12 of the instructions.)

| | | | |
|---|---|---:|---:|
| 22 | Credit for taxes on passive income | | |
| 23 | Credit for taxes on high withholding tax interest | | |
| 24 | Credit for taxes on financial services income | | |
| 25 | Credit for taxes on shipping income | | |
| 26 | Credit for taxes on dividends from a DISC or former DISC and certain distributions from a FSC or former FSC | | |
| 27 | Credit for taxes on lump-sum distributions | | |
| 28 | Credit for taxes on certain income re-sourced by treaty | | |
| 29 | Credit for taxes on general limitation income | | |
| 30 | Add lines 22 through 29 | | |
| 31 | Enter the smaller of line 19 or line 30 | | 5,279 |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12 on page 10 | | — |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit**. Enter here and on Form 1040, line 43; Form 1040NR, line 42; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a | | 5,279 |

Form **1116** (2001)