

# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: February 15, 2019

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is a true copy of the Form 1040, U.S. Individual Income Tax Return for James D Pieron, SSN: ███████, for tax period 2003, consisting of four (4) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Paul Crowley Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Southern Area Scheme Development Center
Delegation Order 11-5



**GOVERNMENT EXHIBIT 35**

Catalog Number 19002E
LAC    02/15/19

Form **2866** (Rev. 09-1997)

0922131862245-9

# Form 1040 — Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2003 (99)

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2003, or other tax year beginning , 2003, ending , 20

OMB No. 1545-0074

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: James D.
Last name: Pieron

If a joint return, spouse's first name and initial / Last name

Home address (number and street). If you have a P.O. box, see page 19.
~~112 Universitätstrasse~~ Churchill Blvd

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
~~Zurich, Switzerland 3006~~ Mt. Pleasant, MI 48858-9100

**Important!** You must enter your SSN(s) above.

Presidential Election Campaign (See page 19.) — Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶  You: ☐ Yes ☑ No   Spouse: ☐ Yes ☐ No

**Filing Status** — Check only one box.
1. ☑ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**
- 6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
- b ☐ Spouse
- c Dependents:
  (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 21)

No. of boxes checked on 6a and 6b: 1
Add numbers on lines above ▶ 1

d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 5,925 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 23) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 13b | If box on 13a is checked, enter post-May 5 capital gain distributions | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see page 25) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see page 25) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see page 27) | |
| 21 | Other income. List type and amount (see page 27) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 5,925 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | IRA deduction (see page 29) | |
| 25 | Student loan interest deduction (see page 31) | |
| 26 | Tuition and fees deduction (see page 32) | |
| 27 | Moving expenses. Attach Form 3903 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | |
| 29 | Self-employed health insurance deduction (see page 33) | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | |
| 31 | Penalty on early withdrawal of savings | |
| 32a | Alimony paid   b Recipient's SSN ▶ | |
| 33 | Add lines 23 through 32a | 0 |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 5,925 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77. Cat. No. 11320B     Form **1040** (2003)

Form 1040 (2003)   Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 | 5,925 |
| | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | |
| Standard Deduction for— | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 36b ☐ | | |
| • People who checked any box on line 36a or 36b or who can be claimed as a dependent, see page 34. | 37 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 37 | 4,750 |
| | 38 | Subtract line 37 from line 35 | 38 | 1,175 |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 3,050 |
| | 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | (1,875) |
| • All others: | 41 | Tax (see page 36). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | 41 | 0 |
| Single or Married filing separately, $4,750 | 42 | Alternative minimum tax (see page 38). Attach Form 6251 | 42 | |
| | 43 | Add lines 41 and 42 ▶ | 43 | 0 |
| | 44 | Foreign tax credit. Attach Form 1116 if required   **44** | | |
| Married filing jointly or Qualifying widow(er), $9,500 | 45 | Credit for child and dependent care expenses. Attach Form 2441   **45** | | |
| | 46 | Credit for the elderly or the disabled. Attach Schedule R   **46** | | |
| | 47 | Education credits. Attach Form 8863   **47** | | |
| | 48 | Retirement savings contributions credit. Attach Form 8880   **48** | | |
| Head of household, $7,000 | 49 | Child tax credit (see page 40)   **49** | | |
| | 50 | Adoption credit. Attach Form 8839   **50** | | |
| | 51 | Credits from: **a** ☐ Form 8396   **b** ☐ Form 8859   **51** | | |
| | 52 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify _____   **52** | | |
| | 53 | Add lines 44 through 52. These are your **total credits** | 53 | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 0 |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 55 | |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| | 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| | 59 | Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 54 through 59. This is your **total tax** ▶ | 60 | 0 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099   **61** | | |
| | 62 | 2003 estimated tax payments and amount applied from 2002 return   **62** | | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Earned income credit (EIC)   **63** | | |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see page 56)   **64** | | |
| | 65 | Additional child tax credit. Attach Form 8812   **65** | | |
| | 66 | Amount paid with request for extension to file (see page 56)   **66** | | |
| | 67 | Other payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885   **67** | | |
| | 68 | Add lines 61 through 67. These are your **total payments** ▶ | 68 | 0 |
| **Refund** | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** | 69 | |
| Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 70a | Amount of line 69 you want **refunded to you** ▶ | 70a | |
| | ▶ b | Routing number    ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶   **71** | | |
| **Amount You Owe** | 72 | **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | 72 | |
| | 73 | Estimated tax penalty (see page 58)   **73** | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ Mr. Chris Werwega    Phone no. ▶ ▓▓▓    Personal identification number (PIN) ▶ ▓▓▓

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 20.
Keep a copy for your records.

Your signature ▓▓▓    Date 26-DEC-03    Your occupation Pres. JDFX Tech. AG    Daytime phone number ▓▓▓

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶    EIN    Phone no. ( )

Form **1040** (2003)

| Form **1116** | | Foreign Tax Credit | | OMB No. 1545-0121 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | (Individual, Estate, or Trust)<br>▶ Attach to Form 1040, 1040NR, 1041, or 990-T.<br>▶ See separate instructions. | | **2003**<br>Attachment Sequence No. **19** |

Name: James D. Pieron

Identifying number as shown on page 1 of your tax return: [redacted]

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** on page 3 of the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Passive income
- b ☐ High withholding tax interest
- c ☐ Financial services income
- d ☐ Shipping income
- e ☐ Dividends from a DISC or former DISC
- f ☐ Certain distributions from a foreign sales corporation (FSC) or former FSC
- g ☐ Lump-sum distributions
- h ☐ Section 901(j) income
- i ☐ Certain income re-sourced by treaty
- j ☒ General limitation income

k Resident of (name of country) ▶ Switzerland

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | A | B | C | (Add cols. A, B, and C.) |
| i | Enter the name of the foreign country or U.S. possession ▶ | Switzerland | | | |
| 1 | Gross income from sources within country shown above and of the type checked above (see page 7 of the instructions): | 5925 | | | 5925 |
| | **Deductions and losses** (*Caution: See pages 9, 11, and 12 of the instructions*): | | | | |
| 2 | Expenses **definitely related** to the income on line 1 (attach statement) . . . . . . | | | | |
| 3 | Pro rata share of other deductions **not definitely related**: | | | | |
| a | Certain itemized deductions or standard deduction (see instructions) . . . . . . | 4,750 | | | |
| b | Other deductions (attach statement) . . . . | | | | |
| c | Add lines 3a and 3b . . . . . . . . | | | | |
| d | Gross foreign source income (see instructions) | | | | |
| e | Gross income from all sources (see instructions) | | | | |
| f | Divide line 3d by line 3e (see instructions) . . | | | | |
| g | Multiply line 3c by line 3f . . . . . . | | | | |
| 4 | Pro rata share of interest expense (see instructions): | | | | |
| a | Home mortgage interest (use worksheet on page 12 of the instructions) . . . . . . . | | | | |
| b | Other interest expense . . . . . . . | | | | |
| 5 | Losses from foreign sources . . . . . . | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 . . . . . | 4,750 | | | 6  4,750 |
| 7 | Subtract line 6 from line 1. Enter the result here and on line 14, page 2 . . . . . . . . . . . . . . ▶ | | | | 7  1,175 |

### Part II  Foreign Taxes Paid or Accrued (see page 12 of the instructions)

| Country | Credit is claimed for taxes (you must check one) | | Foreign taxes paid or accrued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (m) ☒ Paid<br>(n) ☐ Accrued | | In foreign currency | | | | In U.S. dollars | | | |
| | (o) Date paid or accrued | (p) Dividends | Taxes withheld at source on: | | | (s) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (w) Other foreign taxes paid or accrued | (x) Total foreign taxes paid or accrued (add cols. (t) through (w)) |
| | | | (q) Rents and royalties | (r) Interest | | | (u) Dividends | (v) Rents and royalties | (w) Interest | | |
| A | 12-31-03 | | | | 1500 | | | | 559 | 559 |
| B | | | | | CHF | | | | | |
| C | | | | | | | | | | |

8  Add lines A through C, column (x). Enter the total here and on line 9, page 2 . . . . . . . . . . . ▶  8  559

For Paperwork Reduction Act Notice, see page 16 of the instructions.    Cat. No. 11440U    Form **1116** (2003)

Form 1116 (2003) Page **2**

| Part III | Figuring the Credit | | |
|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 959 |
| 10 | Carryback or carryover (attach detailed computation) | 10 | |
| 11 | Add lines 9 and 10 | 11 | 959 |
| 12 | Reduction in foreign taxes (see page 13 of the instructions) | 12 | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit | 13 | 959 |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see page 14 of the instructions) | 14 | 1,175 |
| 15 | Adjustments to line 14 (see page 14 of the instructions) | 15 | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | 1,175 |
| 17 | **Individuals:** Enter the amount from Form 1040, line 38. If you are a nonresident alien, enter the amount from Form 1040NR, line 36. **Estates and trusts:** Enter your taxable income without the deduction for your exemption | 17 | 1,175 |
| | Caution: *If you figured your tax using the lower rates on qualified dividends or capital gains, see page 15 of the instructions.* | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter "1" | 18 | 1 |
| 19 | **Individuals:** Enter the amount from Form 1040, line 41. If you are a nonresident alien, enter the amount from Form 1040NR, line 39. **Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | 19 | —0— |
| | Caution: *If you are completing line 19 for separate category g (lump-sum distributions), see page 16 of the instructions.* | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | 20 | —0— |
| 21 | Enter the **smaller** of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 30 and enter this amount on line 31. Otherwise, complete the appropriate line in Part IV (see page 16 of the instructions) ▶ | 21 | —0— |

| Part IV | Summary of Credits From Separate Parts III (see page 16 of the instructions) | | |
|---|---|---|---|
| 22 | Credit for taxes on passive income | 22 | |
| 23 | Credit for taxes on high withholding tax interest | 23 | |
| 24 | Credit for taxes on financial services income | 24 | |
| 25 | Credit for taxes on shipping income | 25 | |
| 26 | Credit for taxes on dividends from a DISC or former DISC and certain distributions from a FSC or former FSC | 26 | |
| 27 | Credit for taxes on lump-sum distributions | 27 | |
| 28 | Credit for taxes on certain income re-sourced by treaty | 28 | |
| 29 | Credit for taxes on general limitation income | 29 | |
| 30 | Add lines 22 through 29 | 30 | |
| 31 | Enter the **smaller** of line 19 or line 30 | 31 | 0 |
| 32 | Reduction of credit for international boycott operations. See instructions for line 12 on page 14 | 32 | - |
| 33 | Subtract line 32 from line 31. This is your **foreign tax credit.** Enter here and on Form 1040, line 44; Form 1040NR, line 42; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | 33 | 0 |

Form **1116** (2003)