

# United States of America

Department of the Treasury
Internal Revenue Service

Date: February 15, 2019

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is a graphic print of the electronically filed Form 1040, U. S. Individual Income Tax Return for James D Pieron JR, SSN: ███████, for tax period 2010, consisting of eight (8) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



Paul Crowley Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Southern Area Scheme Development Center
Delega...



GOVERNMENT EXHIBIT 43

Catalog Number 19002E
LAC   02/15/19

Form **2866** (Rev. 09-1997)

368962111     "TRPRT PRINT DO NOT PROCESS."     70211106206611

# Form 1040   U.S. Individual Income Tax Return   2010

Department of the Treasury – Internal Revenue Service   (99)   IRS Use Only – Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning , 2010, ending , 20     OMB No. 1545-0074

**Name, Address, and SSN**

Your first name and initial: **JAMES D**    Last name: **PIERON JR**    Your social security number: **PIER**

If a joint return, spouse's first name and initial:    Last name:    Spouse's social security number:

Home address (number and street): **CHURCHILL**    Apt. no.:

City, town or post office, state, and ZIP code: **MT PLEASANT MI 48858**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . . . ▶ ☐ You ☐ Spouse

**Filing Status**   Check only one box.
1. [X] Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a . . . . . . .
- b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see page 15) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

If more than four dependents, see instructions and check here ▶ ☐

d   Total number of exemptions claimed . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 52,500 00 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 252,084 00 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions . 15a    b Taxable amount | 15b |
| 16a | Pensions and annuities 16a    b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a    b Taxable amount | 20b |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 304,584 00 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 304,584 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2010)

368962111                           70211106206611

Form 1040 (2010)                                           Page 2

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 304,584.00 |
| | 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 5,700.00 |
| | 41 | Subtract line 40 from line 38 | 41 | 298,884.00 |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | 42 | 3,650.00 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 295,234.00 |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 44,788.00 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 6,675.00 |
| | 46 | Add lines 44 and 45 ▶ | 46 | 51,463.00 |
| | 47 | Foreign tax credit. Attach Form 1116 if required   47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441   48 | | |
| | 49 | Education credits from Form 8863, line 23   49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880   50 | | |
| | 51 | Child tax credit (see instructions)   51 | | |
| | 52 | Residential energy credits. Attach Form 5695   52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐   53 | | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 51,463.00 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137   b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Form(s) W-2, box 9   b ☐ Schedule H   c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | 60 | 51,463.00 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099   61   10,087.00 | | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return   62 | | |
| | 63 | Making work pay credit. Attach Schedule M   63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC)   64a | | |
| | b | Nontaxable combat pay election   64b | | |
| | 65 | Additional child tax credit. Attach Form 8812   65 | | |
| | 66 | American opportunity credit from Form 8863, line 14   66 | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10   67 | | |
| | 68 | Amount paid with request for extension to file   68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld   69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136   70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885   71 | | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 10,087.00 |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | |
| X Direct deposit? See instructions. | b | Routing number      ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶   75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 | 41,376.00 |
| | 77 | Estimated tax penalty (see instructions)   77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See page 12. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | | Your signature    Date    Your occupation    Daytime phone number | | |
| | | Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation SALES MANAGER    XXXXXX | | |
| **Paid Preparer Use Only** | | Print/Type preparer's name    Preparer's signature    Date    Check ☐ if self-employed    PTIN | | |
| | | Firm's name ▶    Firm's EIN ▶ | | |
| | | Firm's address ▶    Phone no. | | |

Form **1040** (2010)

368962111  "TRPRT PRINT DO NOT PROCESS."  70211106206611

| 22222 | Void | a Employee's social security number | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | | | | 1 Wages, tips, other compensation 52,500.00 | 2 Federal income tax withheld 10,087.00 |
| c Employer's name, address, and ZIP code  IB TECHNOLOGIES  MT PLEASANT  MI 48858 | | | IBTE | 3 Social security wages 52,500.00 | 4 Social security tax withheld 3,255.00 |
| | | | | 5 Medicare wages and tips 52,500.00 | 6 Medicare tax withheld 761.00 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name  JAMES D PIERON JR | | | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
| 1916 CHURCHILL  MT PLEASANT  MI 48858 | | | | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | | | | 14 Other | 12c |
| | | | | | 12d |
| f Employee's address and ZIP code | | | | | |
| 15 State  Employer's state ID number  MI | | 16 State wages, tips, etc. 52,500 | 17 State income tax 2,192 | 18 Local wages, tips, etc. | 19 Local income tax | 20 |

Form **W-2**  Wage and Tax Statement  **2010**  Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

Copy A For Social Security Administration — Send this entire page with
Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

Cat. No. 10134D

**Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page**

W2 Indicator S

368962111      "TRPRT PRINT DO NOT PROCESS."      70211106206611

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Capital Gains and Losses**

► Attach to Form 1040 or Form 1040NR. ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **12**

Name(s) shown on return      Your social security number

**Part I**    Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-7 of the instructions) | (e) Cost or other basis (see page D-7 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | – |
| | | | | | |

| | | |
|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . . . . . . . | **2** | |
| 3 Total short-term sales price amounts. Add lines 1 and 2 in column (d) . . . . . . . . . . . . . . . | **3** | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . | **4** | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 10 of your **Capital Loss Carryover Worksheet** on page D-7 of the instructions . . . . . . . . . . . . . . . . . | **6** | ( ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . . . . . . . | **7** | |

**Part II**    Long-Term Capital Gains and Losses—Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-7 of the instructions) | (e) Cost or other basis (see page D-7 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8SAXOBANK | 2007-11-23 | 2010-12-31 | 252,084.00 | | 252,084.00 |
| | | | | | |

| | | |
|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . . . . . . . . | **9** | |
| 10 Total long-term sales price amounts. Add lines 8 and 9 in column (d). . . . . . . . . . . . . . | **10** | 252,084.00 |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| 13 Capital gain distributions. See page D-2 of the instructions . . . . . . . . . . . . . . . . . | **13** | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 15 of your **Capital Loss Carryover Worksheet** on page D-7 of the instructions . . . . . . . . . . . . . . . . | **14** | ( ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 252,084.00 |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 11338H     Schedule D (Form 1040) 2010

368962111     "TRPRT PRINT DO NOT PROCESS."     70211106206611

Schedule D (Form 1040) 2010      Page **2**

### Part III   Summary

**16** Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . . . . . . .    **16**    252,084 | 00

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?
- [X] **Yes.** Go to line 18.
- [ ] **No.** Skip lines 18 through 21, and go to line 22.

**18** Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** on page D-8 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    **18**

**19** Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** on page D-9 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    **19**

**20** Are lines 18 and 19 **both** zero or blank?
- [X] **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040, line 44 (or in the Instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.
- [ ] **No.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Schedule D Tax Worksheet** on page D-10 of the instructions. **Do not** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:
- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)
. . . . . . . . . . . . . . . .    **21** (      )

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?
- [ ] **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040, line 44 (or in the Instructions for Form 1040NR, line 42).
- [ ] **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule D (Form 1040) 2010

368962111     "TRPRT PRINT DO NOT PROCESS."     70211106206611

| Form **6251** | Alternative Minimum Tax—Individuals | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ See separate instructions.<br>▶ Attach to Form 1040 or Form 1040NR. | **2010**<br>Attachment<br>Sequence No. **32** |

Name(s) shown on Form 1040 or Form 1040NR     Your social security number

### Part I  Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | | Amount |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 6. (If less than zero, enter as a negative amount.) | 1 | 304,584 00 |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 2 | |
| 3 | Taxes from Schedule A (Form 1040), lines 5, 6, and 8 | 3 | |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | |
| 6 | If filing Schedule L (Form 1040A or 1040), enter as a negative amount the sum of lines 6 and 17 from that schedule | 6 | ( ) |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | ( ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Alternative tax net operating loss deduction | 11 | ( ) |
| 12 | Interest from specified private activity bonds exempt from the regular tax | 12 | |
| 13 | Qualified small business stock (7% of gain excluded under section 1202) | 13 | |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 14 | |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 15 | |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 16 | |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) | 17 | |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 18 | |
| 19 | Passive activities (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) | 20 | |
| 21 | Circulation costs (difference between regular tax and AMT) | 21 | |
| 22 | Long-term contracts (difference between AMT and regular tax income) | 22 | |
| 23 | Mining costs (difference between regular tax and AMT) | 23 | |
| 24 | Research and experimental costs (difference between regular tax and AMT) | 24 | |
| 25 | Income from certain installment sales before January 1, 1987 | 25 | ( ) |
| 26 | Intangible drilling costs preference | 26 | |
| 27 | Other adjustments, including income-based related adjustments | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $219,900, see page 8 of the instructions.) | 28 | 304,584 00 |

### Part II  Alternative Minimum Tax (AMT)

29 Exemption. (If you were under age 24 at the end of 2010, see page 8 of the instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... |
|---|---|---|
| Single or head of household | $112,500 | $47,450 |
| Married filing jointly or qualifying widow(er) | 150,000 | 72,450 |
| Married filing separately | 75,000 | 36,225 |

    29    

If line 28 is **over** the amount shown above for your filing status, see page 8 of the instructions.

30 Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 33 and 35 and skip the rest of Part II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **30**    304,584 00

31  • If you are filing Form 2555 or 2555-EZ, see page 9 of the instructions for the amount to enter.
 • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 54 here.
 • All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result.    **31**    51,463 00

32 Alternative minimum tax foreign tax credit (see page 9 of the instructions) . . . . . . . . . . . . **32**

33 Tentative minimum tax. Subtract line 32 from line 31 . . . . . . . . . . . . . . . . . . **33**    51,463 00

34 Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see page 11 of the instructions) . . . . . . . . . . . . . . . . **34**    44,788 00

35 **AMT.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 . . . **35**    6,675 00

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 13600G     Form **6251** (2010)

368962111                    "TRPRT PRINT DO NOT PROCESS."                    70211106206611

Form 6251 (2010)                                                                          Page **2**

### Part III  Tax Computation Using Maximum Capital Gains Rates

| | | | | |
|---|---|---:|---|---:|
| 36 | Enter the amount from Form 6251, line 30. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet on page 9 of the instructions . . . . . . . . . . . . . . | | 36 | 304,584 00 |
| 37 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 11 of the instructions). If you are filing Form 2555 or 2555-EZ, see page 11 of the instructions for the amount to enter . . . . . . . . . . . . . . . . | 37    252,084 00 | | |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see page 11 of the instructions). If you are filing Form 2555 or 2555-EZ, see page 11 of the instructions for the amount to enter . . . . . . . . . . | 38 | | |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see page 11 of the instructions for the amount to enter . . . . . | 39    252,084 00 | | |
| 40 | Enter the **smaller** of line 36 or line 39 . . . . . . . . . . . . . . . . . . . . . . . | | 40 | 252,084 00 |
| 41 | Subtract line 40 from line 36 . . . . . . . . . . . . . . . . . . . . . . | | 41 | 52,500 00 |
| 42 | If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . ▶ | | 42 | 13,650 00 |
| 43 | Enter: <br> • $68,000 if married filing jointly or qualifying widow(er), <br> • $34,000 if single or married filing separately, or <br> • $45,550 if head of household. | 43    34,000 00 | | |
| 44 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- . . . . . . . . . . . . . . . . | 44    43,150 00 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- . . . . . . . . . . . | 45 | | |
| 46 | Enter the **smaller** of line 36 or line 37 . . . . . . . . . . . . . | 46    252,084 00 | | |
| 47 | Enter the **smaller** of line 45 or line 46 . . . . . . . . . . . . . | 47 | | |
| 48 | Subtract line 47 from line 46 . . . . . . . . . . . . . . . . . | 48    252,084 00 | | |
| 49 | Multiply line 48 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 49 | 37,813 00 |
| | **If line 38 is zero or blank, skip lines 50 and 51 and go to line 52. Otherwise, go to line 50.** | | | |
| 50 | Subtract line 46 from line 40 . . . . . . . . . . . . . . . . . | 50 | | |
| 51 | Multiply line 50 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 51 | |
| 52 | Add lines 42, 49, and 51 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 52 | 51,463 00 |
| 53 | If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result . . . . . | | 53 | 81,784 00 |
| 54 | Enter the **smaller** of line 52 or line 53 here and on line 31. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 31. Instead, enter it on line 4 of the worksheet on page 9 of the instructions . . . . . . | | 54 | 51,463 00 |

Form **6251** (2010)



"TRPRT PRINT DO NOT PROCESS."        70211106206611

FORM: CONSENT    TYPE: JURAT INFORMATION
0001

Taxpayer Prior Year Adjusted Gross Income:

Taxpayer PIN:
Signature Date:
2011-04-14

FORM: CONSENT    TYPE: TRANSMITTER
0001
    ERO PIN: