

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: February 15, 2019

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is a true copy of the Form 9465, Installment Agreement Request for James D Pieron, JR, SSN: ███████ for tax periods 2007, 2008, 2009 consisting of three (3) pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Paul Crowley Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
Southern Area Scheme Development Center
Delegation Order 11-5



Catalog Number 19002E
LAC    02/15/19

**GOVERNMENT EXHIBIT 45**

Form **2866** (Rev. 09-1997)

**Form 9465** (Rev. December 2009)
Department of the Treasury
Internal Revenue Service

# Installment Agreement Request

▶ If you are filing this form with your tax return, attach it to the front of the return. Otherwise, see instructions.

OMB No. 1545-0074

**Caution:** Do not file this form if you are currently making payments on an installment agreement or can pay your balance due in full within 120 days. Instead, call 1-800-829-1040. If you are in bankruptcy or we have accepted your offer-in-compromise, see **Bankruptcy or offer-in-compromise** on page 2.

This request is for Form(s) (for example, Form 1040) ▶ **1040**   and for tax year(s) (for example, 2008 and 2009) ▶ **2007, 2008, 2009**

1  Your first name and initial: **JAMES D**   Last name: **PIERON, JR.**   Your social security number: [redacted]

   If a joint return, spouse's first name and initial: (blank)   Last name: (blank)   Spouse's social security number: (blank)

   Current address (number and street): [redacted] **CHURCHILL**   Apt. number: (blank)

   City, town or post office, state, and ZIP code: **MT. PLEASANT   MI 48858**

2  If this address is new since you filed your last tax return, check here ............▶ ☐

3  [redacted] Your home phone number   **9AM–5PM** Best time for us to call
4  [redacted] Your work phone number   Ext.   **9AM–5PM** Best time for us to call

5  Name of your bank or other financial institution: **FIFTH THIRD BANK**
   Address: **1114 N. MISSION**
   City, state, and ZIP code: **MT. PLEASANT   MI 48858**

6  Your employer's name: **ILQ**
   Address: [redacted]
   City, state, and ZIP code: **MT PLEASANT   MI 48858-5596**

7  Enter the total amount you owe as shown on your tax return(s) (or notice(s)) ............ | 7 | **444,880**
8  Enter the amount of any payment you are making with your tax return(s) (or notice(s)). See instructions .......... | 8 |
9  Enter the amount you can pay each month. Make your payments as large as possible to limit interest and penalty charges. The charges will continue until you pay in full ............ | 9 | **1,500**
10 Enter the day you want to make your payment each month. Do not enter a day later than the 28th ......... ▶ | | **1**

11 If you want to make your payments by electronic funds withdrawal from your checking account, see the instructions and fill in lines 11a and 11b. This is the most convenient way to make your payments and it will ensure that they are made on time.

▶ a  Routing number  [redacted]
▶ b  Account number  [redacted]

I authorize the U.S. Treasury and its designated Financial Agent to initiate a monthly ACH electronic funds withdrawal entry to the financial institution account indicated for payments of my federal taxes owed, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke payment, I must contact the U.S. Treasury Financial Agent at **1-800-829-1040** no later than 10 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payments of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payments.

Your signature: [signature redacted]   Date: 1/16/12
Spouse's signature. If a joint return, both must sign.   Date:

RECEIVED
MAR 1 5 2012
Collection C & S

MAR – 5 2012

RECEIVED
01 30 2012
AUSTIN, TEXAS

RECEIVED
APR – 2 2012
AUSTIN, TEXAS

AUSC
R & C Operations
APR 0 2 2012
Mail Correspondence
18

For Privacy Act and Paperwork Reduction Act Notice, see page 3.
DAA

Form **9465** (Rev. 12-2009)

Form **433-F** (Rev. 6-2010)

Department of the Treasury — Internal Revenue Service
## Collection Information Statement

**Name(s) and Address**
James D. Pieron Jr.
Churchill
Mt. Pleasant, MI 48858

☐ If address provided above is different than last return filed please check here.

**County of Residence**
Isabella

**Your Social Security Number or Individual Taxpayer Identification Number**

**Your Spouse's Social Security Number or Individual Taxpayer Identification Number**

**Your Telephone Numbers**
Home:
Work:
Cell:

**Spouse's Telephone Numbers**
Home:
Work:
Cell:

### A. ACCOUNTS / LINES OF CREDIT

| Name and Address of Institution | Type of Account | Current Balance / Value |
|---|---|---|
| Fifth Third Bank | Checking | $500 |
| PNC Bank | Checking | $3,000 |
| | | |
| | | |
| | | |
| | | |

Total number of dependents you will be claiming on next year's tax return ___ 0  Over 65 ☐  Under 65 ☐

Total number of dependents you claimed on last year's tax return ___ 0  Over 65 ☐  Under 65 ☐

### B. REAL ESTATE

| County / Description | Monthly Payment(s) | Financing | | Current Value | Balance Owed | Equity |
|---|---|---|---|---|---|---|
| None | | Year Purchased | Purchase Price | | | |
| ☐ Primary Residence ☐ Other | | Year Refinanced | Refinance Amount | | | |
| | | Year Purchased | Purchase Price | | | |
| ☐ Primary Residence ☐ Other | | Year Refinanced | Refinance Amount | | | |
| | | Year Purchased | Purchase Price | | | |
| ☐ Primary Residence ☐ Other | | Year Refinanced | Refinance Amount | | | |

### C. OTHER ASSETS

| Description | Monthly Payment | Year Purchased | Final Payment (mo / yr) | Current Value | Balance Owed | Equity |
|---|---|---|---|---|---|---|
| Car (VW) | None | 2011 | | $25,000 | 0 | $25,000 |
| Navitas Investments, LLC | N/A | 2010 | | $1,000 | 0 | $1,000 |
| Komplique, Inc | N/A | 2010 | | $1,000 | 0 | $1,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

↳ TURN PAGE TO CONTINUE

Form **433-F** (Rev. 6-2010)

ISA

## D. CREDIT CARDS (Visa, MasterCard, American Express, Department Stores, etc.)

| Type | Credit Limit | Balance Owed | Minimum Monthly Payment |
|------|--------------|--------------|-------------------------|
|      |              |              |                         |
|      |              |              |                         |
|      |              |              |                         |
|      |              |              |                         |
|      |              |              |                         |

## E. WAGE INFORMATION

Your current Employer (name and address)

Spouse's current Employer (name and address)

How often are you paid? (Check one)
☐ Weekly  ☐ Biweekly  ☐ Semi-monthly  ☒ Monthly
Gross per pay period _____ $7,500
Taxes per pay period (Fed) $1,000 (State) $500 (Local) _____
How long at current employer _____ 2 yrs
Date of Birth 10/1/1969
Total Income from Last Year's 1040 Tax Return _____ 118,497

How often are you paid? (Check one)
☐ Weekly  ☐ Biweekly  ☐ Semi-monthly  ☐ Monthly
Gross per pay period _____
Taxes per pay period (Fed) _____ (State) _____ (Local) _____
How long at current employer _____
Date of Birth _____
Total Income from Last Year's 1040 Tax Return _____

## F. NON-WAGE HOUSEHOLD INCOME

| | | |
|---|---|---|
| Alimony Income: | Net Rental Income: | Interest Income: |
| Child Support Income: | Unemployment Income: | Social Security Income: |
| Net Self Employment Income: | Pension Income: | Other: |

## G. MONTHLY NECESSARY LIVING EXPENSES

| 1. Food / Personal Care | | 3. Housing & Utilities | | 5. Other | |
|---|---|---|---|---|---|
| Food: | $1,000 | Rent: | $1,200 | Child / Dependent Care: | |
| Housekeeping Supplies: | 200 | Electric, Oil/Gas, Water/Trash: | 400 | Estimated Tax Payments: | |
| Clothing and Clothing Services: | 200 | Telephone and/or Cell Phone: | 500 | Term Life Insurance: | |
| Personal Care Products & Services: | 200 | Real Estate Taxes and Insurance: (if not included in B above) | | Retirement (Employer Required): | |
| Misc. (Cable, Internet, etc.)*: | 100 | | | Retirement (Voluntary): | |
| Total: | $1,700 | Total: | $2,100 | Court Ordered Payments: | |
| 2. Transportation | | 4. Medical | | Profit and Loss Statement: | |
| Gas/Insurance/Licenses/Parking/ Maintenance etc.: | $500 | Health Insurance: | | | |
| Public Transportation: | | Out of Pocket Health Care Expenses: | $50 | | |

See the instructions for detailed information on how to complete the Monthly Necessary Living Expenses.
IRS standard amounts are found on the internet at http://www.irs.gov/individuals/article/0,,id=96543,00.html.
If you are required to send supporting documentation, please send copies and not the original documents.

## H. ADDITIONAL INFORMATION

1. The IRS may establish a payment agreement for you based on the financial data you provided.
2. **We cannot consider an installment agreement unless all returns have been filed.**
   Attach a signed copy of ALL unfiled return(s).
3. Proposed Monthly Installment Agreement Payment Amount: _____ $1,500
4. Proposed Monthly Payment Date: _____
5. Down Payment Amount: _____

Under penalty of perjury, I declare to the best of my knowledge and belief this statement of assets, liabilities and other information is true, correct and complete.

| Your Signature | Spouse's Signature | Date |
|----------------|--------------------|------|
|                |                    |      |

Form **433-F** (Rev. 6-2010)