# 2007 Form 1040-V



Department of the Treasury
Internal Revenue Service

▼ Detach Here and Mail With Your Payment and Return ▼

Form 1040-V (2007)

| 1040-V | Payment Voucher | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not staple or attach this voucher to your payment or return | 2007 |

| Amount you are paying by check or money order ► | $ | 5,777.00 |

1064

James D Pieron, Jr.

 Churchill
Mt. Pleasant, MI 48858

HP PIER 30 0 200712 610

CONFIDENTIAL TREATMENT REQUESTED



GOVERNMENT EXHIBIT 52

ATSI 00025

00498