# 2008 Form 1040-V

 Department of the Treasury
Internal Revenue Service

▼ Detach Here and Mail With Your Payment and Return ▼   Form 1040-V (2008)

| 1040-V<br>Department of the Treasury<br>Internal Revenue Service | **Payment Voucher**<br>► Do not staple or attach this voucher to your payment or return | OMB No. 1545-0074<br>**2008** |

| Amount you are paying by check or money order ► | $ | 268,445.00 |

UYA

James D Pieron, Jr.

 Churchill
Mt. Pleasant, MI 48858

 HP PIER 30 0 200812 670

CONFIDENTIAL TREATMENT REQUESTED

**GOVERNMENT EXHIBIT 53**

ATSI 00038

00499