# 2009 Form 1040-V


Department of the Treasury
Internal Revenue Service

▼ Detach Here and Mail With Your Payment and Return ▼   Form **1040-V** (2009)

| 1040-V | Payment Voucher | OMB No. 1545-0074 |
| --- | --- | --- |
| Department of the Treasury Internal Revenue Service (99) | ▶ Do not staple or attach this voucher to your payment or return | **2009** |

Amount you are paying by check or money order ▶ $ 125,490.00

UYA

James D Pieron, Jr.

███ Churchill
Mt. Pleasant, MI 48858

███████ HP PIER 30 0 200912 670

CONFIDENTIAL TREATMENT REQUESTED

**GOVERNMENT EXHIBIT 54**

ATSI 00051

00500