# 2010 Form 1040-V



Department of the Treasury
Internal Revenue Service

## Where To File a Paper Form 1040-V

| IF you live in . . . | THEN use this address |
|---|---|
| Florida or Georgia | Internal Revenue Service<br>P.O. Box 105017<br>Atlanta, GA 30348-5017 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas | Internal Revenue Service<br>P.O. Box 1214<br>Charlotte, NC 28201-1214 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming | Internal Revenue Service<br>P.O. Box 7704<br>San Francisco, CA 94120-7704 |
| Arkansas, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, North Dakota, Oklahoma, South Dakota, Wisconsin | Internal Revenue Service<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501 |
| Delaware, District of Columbia, Maryland, Missouri, Ohio, Rhode Island, Virginia, West Virginia | Internal Revenue Service<br>P.O. Box 970011<br>St. Louis, MO 63197-0011 |
| Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, North Carolina*, Pennsylvania, South Carolina*, Vermont | Internal Revenue Service<br>P.O. Box 37008<br>Hartford, CT 06176-0008 |
| A foreign country, American Samoa, or Puerto Rico (or are excluding income under Internal Revenue Code section 933), or use an APO or FPO address, or file Form 2555, 2555-EZ, or 4563, or are a dual-status alien or nonpermanent resident of Guam or the Virgin Islands** | Internal Revenue Service<br>P.O. Box 1303<br>Charlotte, NC 28201-1303 USA |

* If you live in North Carolina or South Carolina, and are filing after June 30, 2011, use: Internal Revenue Service, P.O. Box 105017, Atlanta, GA 30348-5017.
** Permanent residents of Guam or the Virgin Islands should not use Form 1040-V.

Form **1040-V** (2010)

▼ Detach Here and Mail With Your Payment and Return ▼

**1040-V**
Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**
▶ Do not staple or attach this voucher to your payment or return

OMB No. 1545-0074
**2010**

Amount you are paying by check or money order: $ 42,239.00

1064

James D Pieron, Jr.
███ Churchill
Mt. Pleasant, MI 48858

███ HP PIER 30 0 201012 610

CONFIDENTIAL TREATMENT REQUESTED

GOVERNMENT EXHIBIT 55

ATSI 00066

00501