

Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere, IL  55555

## Contact

| | |
|---|---|
| Contact  James Pieron | Primary SSN █████████ |
| Spouse | Spouse SSN  ___-__-____ |
| Home Phone █████████ | Address 1 |
| Phone █████████  Ext.  3050 | Address 2 |
| Fax | City |
| Salutation  James █████████ | State | Zip |
| Mobile Phone █████████ | E-mail Address █████████ |
| Company | |
| Communication...  HD POA  PREP BOARD 07,08,09,10 | looooooong talker likes to go off topic |

## Sales/Billing/Payment

| | |
|---|---|
| Analyst  Baron Leacock | Total Upsell Fee  $11,000.00 |
| Total Fee  $5,000.00 | Upsell First Pymt |
| Amt 1st pymt | Upsell Payplan |
| Payment Me... | |

## Revenue Agency Contacts

| | |
|---|---|
| IRS Contact Name | IRS Contact Type  ACS? |
| IRS Contact Address | |
| IRS Contact City | IRS Contact State |
| IRS Contact Phone | |
| IRS Contact Fax | |

## Status

| | |
|---|---|
| ID/Status  Client | Last Results  Intake rw file - Phase II |
| Process  9. Closed | |
| Status | |
| Plan  IA only | |

## Notes/History

Date Range:    All Dates

| | | |
|---|---|---|
| 5/2/12  3:46 PM    Note | Special agent called in<br>sent to AH | Brittany Sheldon |
| 5/2/12  10:08 AM  Note | FBI call<br>Special Agent Hollabaugh called, AH was out of office took name and number said we<br>would call back<br>sent EM to AH with info | Matthew Miller |
| 4/27/12  3:19 PM    Note | IF CLIENT CALLS OR EMAILS, FORWARD TO AH VOICEMAIL | Alex Harris |
| 4/23/12  11:57 AM  Note | Received Fax from Special Agent Hollabaugh -<br>7 pages including fax | Brian Thompson |
| 4/23/12  11:50 AM  Note | Incoming call from Scott Hollabaugh -<br>He's calling to f/u on the subpoena. Told him I never got it. He said he faxed it on 4/12 right | Brian Thompson |

Created 5/16/2012 at 3:24 PM

1

CONFIDENTIAL TREATMENT REQUESTED



GOVERNMENT
EXHIBIT
56

ATSI 00002



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

after we talked. Asked if he faxed it to my attention. He said he didn't. And it didn't have the
client's name on it. Asked him to refax to my attention, and I'll take a look. After we receiv
the subpoena, we can talk about the CN conversation.

4/23/12 11:42 AM   Note          Scott Hollabaugh called in
                                 sent to BT                                                    Brittany Sheldon

4/12/12 9:59 AM   Note           oIncoming call from Scott Hollabaugh. Criminal Investigation Division of IRS
                                 Phone: 517-324-7936                                            Brian Thompson
                                 Fax: 517-324-7940
                                 Got passed the call from JY.  He says he has a grand jury subpoena for any and all
                                 information regarding this client. He also wants to set up an in person meeting to discuss
                                 with CN her conversations with James. Asked him to send me a copy of the subpoena, and
                                 we can start getting together the documents that we have. Told him I will also talk with CN
                                 about setting a time. He said when he comes in person he can bring the original subpoena.
                                 He also asked that we not disclose the subpoena or the grand jury investigation to the client
                                 since that could impede the investigation. Told him we wouldn't.
                                 em to AH, JH, CN

4/6/12  2:48 PM   Note                                                                          Brian Thompson

3/26/12  2:43 PM   To-do Done                                                                  Baron Leacock

3/6/12  9:52 AM   To-do Done     Withdraw POA, close file                                      Beth Duncan

3/6/12  9:52 AM   Field Changed  Process - 9. Closed                                           Beth Duncan

2/29/12 12:56 PM  Note           CLOSING FILE                                                  Beth Duncan
                                 CLT IS MIA
                                           PER AH
                                 IF CLT CALLS IN SET FOR AN APT WITH BT AND LET BD KNOW
                                 WERE DONE HERE FOR NOW

Created 5/16/2012 at 3:24 PM                                                                    2

CONFIDENTIAL TREATMENT REQUESTED                                    ATSI 00003

00504



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

| | | | | |
|---|---|---|---|---|
| 2/29/12  12:55 PM | Field Changed | Process - 8. NEW Closed | | Beth Duncan |
| 2/29/12  12:55 PM | To-do Not Done | 433 - case status - BT | | Beth Duncan |
| 2/29/12  12:55 PM | To-do Not Done | ACS Call - Stat (07-10) - CN Prepping - BT ck - total debt | | Beth Duncan |
| 2/29/12  12:10 PM | Note | . per em from AH: | | Joan Britt |
| 2/29/12  10:35 AM | Note | | | Brian Thompson |
| 2/29/12  7:13 AM | Note | Asking BT if it's time to close this file. | | Joan Britt |
| 2/16/12  2:28 PM | Note | | | Brian Thompson |
| 1/26/12  9:52 AM | Note | | | Brian Thompson |
| 1/26/12  9:35 AM | Note | | | Brian Thompson |

Created 5/15/2012 at 3:24 PM                                                                                                 3

CONFIDENTIAL TREATMENT REQUESTED                                               ATSI 00004



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

| | | | |
|---|---|---|---|
| 12/22/11 5:22 PM | To-do Done | | Brian Thompson |
| 12/22/11 5:21 PM | Note | | Brian Thompson |
| 12/22/11 5:21 PM | Note | | Brian Thompson |
| 11/28/11 4:03 PM | To-do Not Done | Send a letter - Pii checklist - ck w BT if needed yet | Beth Duncan |
| 11/28/11 4:03 PM | Note | killing task per BT | Beth Duncan |
| 11/28/11 11:14 AM | Note | | Brian Thompson |
| 11/28/11 11:00 AM | Call Completed | | Brian Thompson |
| 11/22/11 9:39 AM | Note | called clt to set BT appt. set for 11/28 at 11am CST | Jennifer Zevallos |
| 11/22/11 9:39 AM | To-do Done | Client call - set appt w/ BT | Jennifer Zevallos |
| 11/17/11 10:46 AM | Note | called clt to set BT appt<br>2400-no VM<br>3050-no VM<br>3133-lvm for cb | Jamel Corona |
| 11/17/11 10:46 AM | Note | | Jamel Corona |
| 11/14/11 10:15 AM | Note | | Brian Thompson |
| 11/14/11 9:44 AM | Note | clt called in - wants to email BT instead | Caitlin McGarry |

Created 5/16/2012 at 3:24 PM

4

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00005



Beth Duncan , Super Awesome Comp.
565 Made-Up Street
Nowhere , IL 55555

| 11/10/11 9:07 AM | To-do Done | Client call - set appt w/ BT | Brittany Sheldon |
| 11/10/11 9:06 AM | Note | Called clt to set BT appt | Brittany Sheldon |
| | | mobile: LVM | |
| | | phone: busy | |
| 11/2/11 2:15 PM | To-do Done | Client call - set appt w/ BT | Caitlin McGarry |
| 11/2/11 2:12 PM | Note | clt call - set appt with BT | Caitlin McGarry |
| | | 3050: mailbox full | |
| | | 2400: lvm for cb | |
| 10/31/11 12:01 PM | Note | | Brian Thompson |
| 10/5/11 7:33 AM | Note | emf clt. | Carol Nathan |
| | | Hi Carol, | |
| | | Has there been a decision on Michigan Taxes? I called the Michigan Department of | |
| | | Treasury  They said if I didn't live in Michigan the entire time the Tax would be pro-rated for | |
| | | the time I did live there. | |
| | | How can we proceed? | |
| | | Thanks, | |
| | | James. | |
| 10/5/11 7:33 AM | Note | emf clt. | Carol Nathan |
| | | Hi James, | |
| | | How it works is that you file a State tax return and show yourself as a part year resident. | |
| | | You have to show exact dates - date you began residency, etc. | |
| | | Then you allocate the income.  So, you state on the return what income you were making | |
| | | while you were a resident.  As I recall you started a company here and did receive a | |
| | | W-2-seems that that would definitely be MI income. | |
| | | So, that return can be amended. | |
| | | Also, there would be no decision on my part about your MI taxes.  Not even the company | |
| | | would make a decision - we aren't doing a State resolution for you. | |
| 9/26/11 9:10 AM | Note | Pls let JB know once clt has moved into collections so we can set the rest of the ph2 | Joan Britt |
| | | payplan. | |
| 9/26/11 5:36 PM | Note | | Brian Thompson |
| 9/22/11 7:43 PM | Note | Clt got letter from State that he owed tax for 2010 – yes he does.  He thinks he doesn't | Carol Nathan |

Created 5/16/2012 at 3:24 PM                                                                                                    5

00507



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere IL 55555

because he wasn't a resident for the whole year. Told him he owes tax and the State won't buy it that he just started living here in MI in July. I don't think they'll care that it's only been six months. Actually signed his lease in 2009. So he won't get anywhere there. Told him to be nice and ask for an IA and what kind of deal he can make to get rid of the interest charges.

| 9/22/11  7:14 PM | Note | Called clt   Thinks he has new numbers for his returns that will lower the tax   Has worked u Carol Nathan new spreadsheets from the info from bank statements from his Swiss account. | |
|---|---|---|---|
| 9/22/11  1:36 PM | Note | called clt to set up appt with CN<br>3050:not accepting vms<br>2400: doesnt know when he's going to be free - asked if CN would call him when she's free and he said he would answer if he saw Tax defenders... don't know if this is possible, em CN to find out | Caitlin McGarry |
| 9/21/11  12:27 PM | Note | moving up task to next week for BT to ck out | Beth Duncan |
| 9/21/11  12:26 PM | To-do Not Done | ACS Call - Stat (07-2010) - CN prepping - BT ck - total debt | Beth Duncan |
| 9/21/11  10:26 AM | Note | emt clt<br>Hi James,<br>I understand that you want some tax returns amended. Which years are those?<br>I understand that what is missing is the Investment Expenses. What are those expenses for each year?<br>Interest expenses (usually on Futures) are noted separately on the return.<br>Investment expenses go on Schedule A (Itemized Deductions). Investment expenses (fees) are subject to 2% of AGI. In the case of your 2010 return, any investment expenses (other than interest) above $5,091.68 can be used as an expense.<br>This will give you an idea if amending will do anything for your tax due.<br>Carol | Carol Nathan |
| 9/21/11  9:30 AM | Note | | Brian Thompson |
| 9/21/11  9:26 AM | Note | | Brian Thompson |
| 9/20/11  6:15 PM | Note | | Brian Thompson |
| 9/16/11  5:04 PM | Note | | Brian Thompson |

Created 5/16/2012 at 3:24 PM                                                                                 6

CONFIDENTIAL TREATMENT REQUESTED                    ATSI 00007

00508



Beth Duncan., Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

| | | |
|---|---|---|
| 9/16/11 5:04 PM | To-do Done | Brian Thompson |
| 9/16/11 5:04 PM | To-do Done | Brian Thompson |
| 9/13/11 4:28 PM | To-do Done | Brian Thompson |
| 9/13/11 4:28 PM | To-do Done | Brian Thompson |
| 9/13/11 4:27 PM | Note | Brian Thompson |
| 9/12/11 12:45 PM | Note | Brian Thompson |
| 9/12/11 10:42 AM | Note | Brian Thompson |
| 9/12/11 10:04 AM | Note | Brian Thompson |
| 9/2/11 3:31 PM | To-do Done | Brian Thompson |
| 9/2/11 3:31 PM | To-do Done | Brian Thompson |
| 9/2/11 3:30 PM | Note | Brian Thompson |

Created 5/16/2012 at 3:24 PM

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00008

00509



Beth Duncan, Super Awesome Comp.
555 Made-Up Street
Nowhere, IL 55555

8/29/11 6:16 PM    Note                                                                                          Brian Thompson

8/29/11 6:13 PM    Note                                                                                          Brian Thompson

8/29/11 5:03 PM    Note                                                                                          Brian Thompson

Created 5/16/2012 at 3:24 PM                                                                                          8

CONFIDENTIAL TREATMENT REQUESTED                                    ATSI 00009



Beth Duncan, Super Awesome Comp.
555 Made-Up Street
Nowhere, IL 55555

| | | | |
|---|---|---|---|
| 8/29/11 2:49 PM | Note | Chasing ph2 status I'll give it a bit more time. | Joan Brit |
| 8/29/11 1:40 PM | Note | | Brian Thompson |
| 8/29/11 12:14 PM | Note | | Brian Thompson |
| 8/29/11 10:54 AM | Note | | Brian Thompson |
| 8/29/11 10:50 AM | Note | | Brian Thompson |
| 8/29/11 10:40 AM | To-do Not Done | | Brian Thompson |
| 8/29/11 10:39 AM | Note | | Brian Thompson |
| 8/26/11 3:02 PM | Note | | Brian Thompson |
| 8/26/11 3:00 PM | Call Attempted | | Brian Thompson |
| 8/26/11 2:21 PM | To-do Not Done | | Brian Thompson |
| 8/26/11 2:09 PM | Note | | Brian Thompson |
| 8/25/11 9:15 PM | To-do Done | A/R - All $$ in? - Ok to close file?- paid for prep only? | Beth Duncan |

Created 5/16/2012 at 3:24 PM

9

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00010

00511



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

| | | | |
|---|---|---|---|
| 8/25/11 5:14 PM | Field Changed | Plan - IA only | Beth Duncan |
| 8/25/11 5:14 PM | Note | Whoops kinda didn't see this one....<br>setting a few things - and will let BT set the rest<br>I don't think the CN returns have posted<br>so going to hold off on sending pil checklist at the immediate moment unless BT wants it to<br>go out | Beth Duncan |
| 8/25/11 5:14 PM | Field Changed | Process - 5. Client | Beth Duncan |
| 8/25/11 4:04 PM | Note | | Brian Thompson |
| 8/25/11 3:57 PM | Note | Per BT calling clt to set BT appt for tomorrow at 3 CST | Mia Mayfield |
| 8/24/11 5:30 PM | Note | | Alex Harris |
| 8/24/11 5:30 PM | Note | | Alex Harris |
| 8/24/11 5:30 PM | Note | | Brian Thompson |
| 8/24/11 1:31 PM | Note | | Baron Leacock |
| 8/24/11 12:42 PM | Note | | Baron Leacock |
| 8/24/11 9:17 AM | Note | | Baron Leacock |
| 8/11/11 4:39 PM | Note | Ph2 fees per BL:<br><br>Pay plan -- $5,000.00 today (8/11) via check; | Joan Britt |
| 8/11/11 4:25 PM | Field Changed | Payment Status - Normal | Joan Britt |

Created 5/16/2012 at 3:24 PM

10

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00011

00512



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL 55555

| 6/30/11 9:30 AM | Call Completed | | Baron Leacock |
| 6/29/11 9:31 AM | Note | | Jamel Corona |

6/29/11 8:23 AM    Note    INVESTIGATION REPORT    Beth Duncan

Clt has only paid us for prep work at this point. CN completed returns for 07-10 and it appears clt will owe about $441k. It does not appear that the balances have yet posted. His income figure is all over the place, mainly because he has interest in a few companies and gets capital gains income each year. As a w2 employee he makes about 4375 per month. According to last years return - his capital gains totaled 252k - giving him an add $21k per month. When comparing last year to previous years - in 2009 he made 844k in capital gains. Needless to say, theres lots of income moving around here. When looking at a 2 year ave - IRS could see 76k Dl. With the 2010 figures - IRS could see about 17k Dl - ouch. With his w2 income alone he's sitting on about 400 NAS Dl. He told HD that he doesn't expect capital gains this year, but he has made turned a profit each year since 08, (in 08 he made 1.7mil) so I find that odd. Realistically, this guy is moving money around and has an ability to pay.

In terms of assets - we did not get a full accounting on any bank accounts / investments that the client owns. It appears that he rents - so might not be any real property. But the interest in the bizes is a HUGE asset .

He is not an OIC or CNC case because of the projected income and biz evalutuation. So this is NOT a settlement case - so he needs to wrap his head around the fact that theres not going to be a big savings here.

At this point his best move is to start making voluntary payments towards the tax debt in addition to making ESTs for this year. We recommend that he start making voluntary payments of 2500-3k per month- or MORE if he can swing it. Obviously a lot of what he can pay will depend on how the bizes are doing this year. Currently his case is not in collections. However, we can anticipate that the debt is going to climb to 600k + which means its going to land into LDACS or an RO's hands at some point. Until that happens the voluntary payments will keep the IRS at bay and has the potential for prolonging any collection action. Once he gets CP504s or RO contact - that will be the indicator to start running financials for a complex IA.

Recommend the following:

Start making voluntary payments ASAP to try and hold off collex for as long as possible. Unclear how long it will take for the file to fall into collex - so recommend an add $2500 for us to monitor this case for a year.

If he doesn't want to pay us to monitor the file - then we can close out the case and he can contact us when he gets any threatening letters

Once the collex process starts - an acd $7500 will be needed for comp IA work up.

He needs to understand that the IRS is going to be looking for large IA payments because of his history of capital gains income. They will be looking for an IA that will full pay the debt.

| 6/29/11 8:23 AM | Field Changed | Process - 1. Analyst | Beth Duncan |
| 6/27/11 3:36 PM | Note | Set upsell with clt for | Jamel Corona |

Created 5/16/2012 at 3:24 PM

12

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00013



Beth Duncan, Super Awesome Comp.
555 Made-Up Street
Nowhere, IL 55555

| | | | |
|---|---|---|---|
| 8/11/11 4:25 PM | Field Changed | Process - 4. NEW Client | Joan Britt |
| 8/11/11 4:25 PM | Note | Ph2 payplan per em from BL: * | Joan Britt |

Pay plan – $5,000.00 today (8/11) via check;

So, we have to wait on the rest of the ph2 payments. Reminder inv set in QB.

| | | | |
|---|---|---|---|
| 8/11/11 4:18 PM | Note | $5K arrived today as down payment on ph2 fees. Asking BL for the rest of the payplan | Joan Britt |
| 8/11/11 11:20 AM | Note | | Baron Leacock |
| 7/22/11 6:07 PM | Note | | Baron Leacock |
| 7/13/11 1:01 PM | Note | | Baron Leacock |
| 7/13/11 1:00 PM | Note | | Baron Leacock |
| 6/30/11 7:25 PM | Note | | Baron Leacock |

Created 5/16/2012 at 3:24 PM                                                     11

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00012



Beth Duncan , Super Awesome Comp
555 Made-Up Street
Nowhere , IL  55555

Weds @ 930am

| 6/27/11 3:35 PM | To-do Done | Client call - set UPSELL apt w/ BL | Jamel Corona |

| 6/22/11 3:03 PM | Note | Completed a 433A and financial statement based on convo for appt. Ran numbers a few ways since he says he isn't going to have capital gains or losses this year. gave to AH to review Advised client that we would be in touch to set an appt with AH or BL regarding his options for the tax debt and what to do with the money transfer | Holli Dobler |

| 6/21/11 3:16 PM | Note | BL xfer'd clt to me set HD appt for 6/22 @ 2:30pm CST, 330pm his time. | Elaine McFarlane |

| 6/20/11 6:18 PM | Note | | Baron Leacock |

| 6/20/11 2:58 PM | Note | | Baron Leacock |

| 6/20/11 2:06 PM | Note | clt called in for BL | Elaine McFarlane |

Created 5/16/2012 at 3:24 PM

13

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00014



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere IL 55555

BL unavailable, clt said he needed to speak w/ BL today... I told him BL booked w/ appts,
so clt is now emailing BL
IM w/ BL

| | | | |
|---|---|---|---|
| 6/17/11 4:48 PM | Note | clt called in<br>told me he was becoming a clt<br>sent to BL for CB | Jamel Corona |
| 6/17/11 4:44 PM | Note | | |
| 5/31/11 4:00 PM | Note | emailing AH - are we keeping this guy? | Beth Duncan |
| 5/9/11 3:00 PM | Call Completed | | Alex Harris |
| 5/6/11 5:15 PM | Note | Need to figure out if were closing or what the deal is here | Beth Duncan |
| 4/20/11 2:56 PM | To-do Not Done | Client call - chase Prep QA (2010) | Beth Duncan |
| 4/20/11 2:56 PM | Note | moving up task for AH again | Beth Duncan |
| 4/20/11 2:56 PM | To-do Done | Recd Client Mats - Prep QA (2010) | Beth Duncan |
| 4/16/11 8:49 PM | Note | e-filed return 2010 | Carol Nathan |
| 4/14/11 11:41 AM | Note | called clt to chase 8879<br>he said he emailed it to CN last night<br>confirmed with CN | Jennifer Zevallos |
| 4/8/11 11:31 AM | Note | Another Monster balance on 2010 - moving up task for AH that was set for 3/30<br>really need to add fee this guy or maybe get an updated ACS call done to see what his<br>baldues are .... | Beth Duncan |
| 4/6/11 3:01 PM | Note | Clt Appt. Went over again his "expenses" for 2010. Just loans he made to a couple of<br>businesses -- told him to take expenses has to spend the money on "something". He'll<br>stick with the return as it is -- big capital gain. | Carol Nathan |
| 3/30/11 10:52 AM | Note | Call to clt to chase the tax prep payment | Elaine McFarlane |

Created 5/16/2012 at 3:24 PM

14

CONFIDENTIAL TREATMENT REQUESTED



Beth Duncan   Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

He wants to speak w/ CN and AH first - says he might have additional docs to add for the
return. I told him that it's already finished and that's why we're calling for the payment.
Wanted to speak w/ AH - AH busy
Scheduled a call for later today w/ AH. Wants AH to call this number, his cell: 989-436-2400
Set him to speak w/ CN
4/5 @2pm CST
exporting

| Date | Type | Note | Author |
|---|---|---|---|
| 3/28/11 3:17 PM | Note | Completed Returns<br>2010 - owes - $41,376.  State - owes - $13,573.<br>emt clt to return 8679  Enlosed Est Vouchers. | Carol Nathan |
| 3/23/11 3:34 PM | Note | called clt to chase tax prep<br>lvm for cb | Brittany Sheldon |
| 3/23/11 3:34 PM | To-do Done | Client call - chase Prep QA (2010) | Brittany Sheldon |
| 3/10/11 9:58 AM | Note | | Brian Thompson |
| 2/23/11 9:48 AM | Note | clt called in and wanted to speak w/ AH<br>AH not in yet today<br>told him that I'd give AH the message that he called, he doesn't want to set another appt.just<br>for AH to call his cell when he can.<br>email to AH | Elaine McFarlane |
| 2/18/11 4:10 PM | Note | clt calle din<br>reset AH appt for 2/22 @ 2 CST | Brittany Sheldon |
| 2/16/11 10:16 AM | To-do Done | Client call - chase Prep QA (2010) | Brittany Sheldon |
| 2/16/11 10:16 AM | Note | called clt to chase tax prep for 2010<br>lvm for cb | Brittany Sheldon |
| 2/4/11 2:11 PM | To-do Done | Client call - set appt w/AH to discuss Add fee | Jennifer Zevallos |
| 2/4/11 2:08 PM | To-do Not Done | Client call - set appt w/AH to discuss Add fee | Jennifer Zevallos |
| 2/4/11 2:07 PM | Note | called clt to set appt with AH. set for 2/8 at 1pm CST | Jennifer Zevallos |
| 1/31/11 2:22 PM | Note | mailing out prep QA for 2010 per CN<br>adding tasks | Beth Duncan |
| 1/31/11 12:21 PM | Note | ADD FEE? - emailing AH<br>Clt only paid us to prep 07-09.  They are done and were mailed out earlier this month.<br>Tried to go online to see how debt will change and get updated baldues....but can't access.<br>I'm assuming clt will have debt even after the returns post. | Beth Duncan |

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00016



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

Need to discuss pif options...setting task to get an apt w AH
If nada in 2 weeks I think we should close out.

| | | | | |
|---|---|---|---|---|
| 1/31/11 12:20 PM | To-do Done | ACS Call - Stat (07-09) - CN prepping - ONLY PAYING FOR PREP - CL? | | Beth Duncan |
| 1/31/11 12:20 PM | Note | AR ck<br>He was PIF for prep on 12/13/10. | | Beth Duncan |
| 1/31/11 9:46 AM | Field Changed | Payment Status - PIF-Returns | | Joan Britt |
| 1/31/11 9:13 AM | To-do Done | Recd Client Mats - Prep QA (07-09) | | Beth Duncan |
| 1/31/11 9:10 AM | Note | emailing JB to verify how much more clt owes us for prep<br>were going to have to add fee here | | Beth Duncan |
| 1/17/11 2:41 PM | To-do Done | Client call - chase Prep QA (07-09) - add info CN needs - CN apt | | Jennifer Zevallos |
| 1/17/11 2:41 PM | Note | killing task per CN, appt no longer needed. | | Jennifer Zevallos |
| 1/11/11 2:25 PM | Note | Clt called in for CN<br>xferred | | Brittany Sheldon |
| 1/7/11 4:22 PM | Note | Completed Returns<br>2007 - owes - $5,777.<br>2008 - owes - $268,445.<br>2009 - owes - $125,490.<br>Mailed to clt to mail to normal IRS | | Carol Nathan |
| 1/6/11 3:33 PM | Note | emt clt.<br>Hi James,<br>The fee for the tax return for 2010 will be $555.  We don't have the 2010 program yet.<br>Actually, we don't usually get going on returns for the current filing season until the beginning<br>of February. Do you want the fee taken now or when we can actually do the return?<br>In the meantime, I will mail the 07, 08 and 09 signed returns out to you.  You can file them<br>now.<br>Carol | | Carol Nathan |
| 1/6/11 3:28 PM | Note | emt clt.<br>Hi Carol,<br>I just received my W2 for 2010.<br>I would like to file 07-10 together and make a settlement for all.  You already have my<br>capital gain from SAXO.  I also have a $750,000 loss from IBTECH.  Let's discuss.<br>Please use the credit card on file to pay for the additional 2010 filing.<br>Thanks,<br>James. | | Carol Nathan |
| 12/22/10 4:46 PM | To-do Done | Fup if I don't hear | | Beth Duncan |

Created 5/16/2012 at 3:24 PM

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00017



Beth Duncan, Super Awesome Comp.
555 Made-Up Street
Nowhere, IL 55555

| 12/22/10 4:46 PM | Note | clt already on prep board<br>checking back in a month to see about add fees or closure | Beth Duncan |
| 12/22/10 4:46 PM | To-do Not Done | Recd QA pkg | Beth Duncan |
| 12/22/10 4:43 PM | Field Changed | Last Results - Intake nw file - Phase II | Beth Duncan |
| 12/22/10 4:43 PM | To-do Done | Phase I complete? - last payment 6/21 | Beth Duncan |
| 12/22/10 4:43 PM | Field Changed | Plan - Returns | Beth Duncan |
| 12/22/10 4:43 PM | Field Changed | Stage - 2 | Beth Duncan |
| 12/22/10 4:43 PM | Note | Setting a few tasks on this one<br>looks like were doing 07-09<br>emailing CN to add to board if not already there | Beth Duncan |
| 12/22/10 4:43 PM | Field Changed | Process - 5. Client | Beth Duncan |
| 12/22/10 3:57 PM | Note | clt called in, wanted to talk about 07<br>xfer'd to CN | Elaine McFarlane |
| 12/17/10 3:37 PM | Note | Clt called.  Said he consulted with anothr CPA and this CPA thinks there might be a way to get more Cap Loss in 2007.  Will call next week. | Carol Nathan |
| 12/16/10 6:20 PM | Note | eml clt.  More info for 2007 needed. | Carol Nathan |
| 12/13/10 5:54 PM | Field Changed | Process - 4. NEW Client | Joan Britt |
| 12/13/10 5:53 PM | Note | Ran $2,100 cc payment today per em from CN: "Clt. paying for tax prep 2007, 2008 and 2009.<br>$2,100. Master Card  5424 3254 0274 5036  Exp 1/13<br>Take now." | Joan Britt |
| 12/13/10 4:48 PM | Note | Clt called. Is perpetually going over ways that he can "try to" reduce the tax he will owe for 2007.  Such angst!!!<br>But he will be sending the Prep QA over with all the numbers<br>Payment -- $2,100. via master card  em JB | Carol Nathan |
| 12/13/10 4:22 PM | Note | clt called in for CN<br>xfer'd | Elaine McFarlane |
| 12/10/10 1:34 PM | Note | eml clt<br>Hi Carol,<br>Attached you'll find a 2007 Tax Return Mock-Up.<br>Let's discuss today as soon as possible -- I have a 1PM call (12PM CST), but other than that | Carol Nathan |

Created 5/16/2012 at 3:24 PM

17

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00018



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL  55555

I am free for the rest of the day.
Thanks,
James.

| | | | |
|---|---|---|---|
| 12/10/10  1:34 PM | Note | Called clt.  He will call back. | Carol Nathan |
| 12/8/10  2:16 PM | Note | Clt. called Went over tax prep again.  Quote for tax prep 07–09 $2100. He will send a check. | Carol Nathan |
| 12/8/10  12:55 PM | Note | clt called in for CN - sent him over. | Carolyn Vlcek |
| 12/2/10  1:10 PM | Note | Clt called.  Again discussing the tax returns.  Big $15,000,000 cap gain in 2007.  But, to get that had to spend money through 2007, 2008 and 2009. Will owe big for 2007.  He wants to take losses in 2008 and 2009 and carryback to 2007.  But can't carryback capital losses only business losses. He still insists that it is a capital gain, but from what I know, he can only take the money's put back to acquire the gain in 2007. | Carol Nathan |
| 12/1/10  5:04 PM | Note | Called clt.  LVM for call back and requested new cell phone number. | Carol Nathan |
| 12/1/10  1:00 PM | Call Completed | | Alex Harris |
| 11/30/10  4:59 PM | Note | Clt called in set AH appt for tomorrow at 1pm CST | Istvan Fekete |
| 9/27/10  1:15 PM | Note | Em'ing BL regarding ph2 status. | Joan Britt |
| 9/20/10  2:09 PM | Note | Chasing ph2 status, I'll check back in a week. | Joan Britt |
| 9/14/10  12:23 PM | Note | emailing CN on this one | Beth Duncan |
| 8/25/10  5:18 PM | Note | Called clt.  Mobile phone 0779 disconnected.  3133 LVM.  Requested call back and LVM regarding materials I need to see for tax prep. | Carol Nathan |
| 8/16/10  5:29 PM | Note | emailing CN to prioritize prep per AH | Beth Duncan |
| 7/9/10  2:25 PM | Note | em came back.  delivery failure  called clt.  Changed em | Carol Nathan |
| 7/9/10  2:22 PM | Note | em'l clt. | Carol Nathan |

Hi James,
I still have not received the documents you were going to send to me.
Regarding the carryback of losses:  Losses incurred in any year for business expenses can
be carried back for two years.
New rulings in 2008 and then again in 2009 allowed for losses in those years to be carried
back up to 5 years.
You can choose 5 years or 4 years or 3 years or two years. That ruling is not in place for
2010, at this point anyway.

Created 5/16/2012 at 3:24 PM

18

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00019

00520



Beth Duncan, Super Awesome Comp.
555 Made-Up Street
Nowhere  IL  55555

If we can complete this work by 12/31/2010, that would be the best way.
But, we have to file 2007 and 2008 first.  Then when I do 2009, I add a form onto the 2009
return carrying back that years losses to 2007 and then to 2008.
But, if we can't get it done by 12/31, I just have to actually amend the 2007 and 2008
returns.  So, those have to be filed first.
I know you said that it will take you awhile to gather the expenses you incurred for 2007,
2008 and 2009.  Let me know if you have any questions.
Carol

| Date/Time | Type | Note | Name |
|---|---|---|---|
| 7/8/10  2:43 PM | To-do Not Done | Amend POA - Rejected last one sent in | Beth Duncan |
| 7/8/10  2:43 PM | To-do Not Done | First Call Client - ck w AH first | Beth Duncan |
| 7/8/10  2:43 PM | Note | killing a bunch of other tasks | Beth Duncan |
| 7/8/10  2:42 PM | Note | killing task per AH - doesn't want a verbal done here... | Beth Duncan |
| 7/8/10  2:42 PM | To-do Not Done | 433 - Verbal if no OA - BS | Beth Duncan |
| 7/8/10  9:47 AM | To-do Not Done | | Alex Harris |
| 7/7/10  2:58 PM | Note | emt clt. Hi James, Here's my email.  Please send me your 2006 tax return and the foreign income from 2007, 2008 and 2009. Thanks, Carol | Carol Nathan |
| 7/7/10  2:54 PM | Note | Called clt..  He wanted my email.  Will email him so he has my address.  Client insists his $9,000,000. in 2007 is capital gain.  He says he sold shares of his company to an investor. He has the number of shares sold, sale price and all the info to be entered on Schedule D. He will email his 2006 tax return. | Carol Nathan |
| 7/6/10  1:48 PM | Note | Called clt.  Still no emails.  Also requested the Promissory Note he wrote to himself.  BT say that Note won't hold up with IRS.  Can't write yourself an IOU and then claim a loss when it's not paid back. | Carol Nathan |
| 7/6/10  10:34 AM | Note | called clt for verbal - hes going to get it to us today.  His assistant is going to do it and then give us a call.  Told him if I dont have it in a couple of days, ill call him back and do verbal.  He said ill have it. | Brittany Sheldon |
| 6/30/10  2:20 PM | Note | Called clt.  Told him I'm preparing returns.  Asked about the boxes of materials/expenses info.  He said AH had the idea to just file the returns, showing no expenses, show the tax due and make an offer of paying off with $100 000. I went on to ask questions about his business (SE or W-2)  Explained it is a Swiss com, so | Carol Nathan |

Created 5/16/2012 at 3:24 PM                                                                                    19

CONFIDENTIAL TREATMENT REQUESTED                                            ATSI 00020



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere , IL 55555

no W-2, but that's where I would put it.
Then he got into his loss from the loan and I explained that that has to be taken in the year
of the loss, then has to show up on a Schedule C to be a Business Bad Debt. So this foreign
income can either be W-2 income or SE income and the SE income would be on a
Schedule C. He then waivered back to just doing the returns with no expenses. But, now
he's going to dig into his statements for his expenses. Still didn't quote him for returns. He's
sending me emails with dox.

| | | | | |
|---|---|---|---|---|
| 6/28/10 2:48 PM | Note | Clt called in for AH, set appt for tomorrow @ 11 CST. He said he had an appt, but not showing one and AH not here. | | Brittany Sheldon |
| 6/28/10 10:15 AM | Note | Recd IRS fax indicating POA was rejected because it says Jurisdication enrollment card # i missing even though its not. Set Amend POA task for tomorrow. | | Istvan Fekete |
| 6/24/10 5:48 PM | Note | | | Alex Harris |
| 6/23/10 11:26 AM | Note | Recd IRS mail ACTRs 02-06 | | Istvan Fekete |
| 6/22/10 2:13 PM | Field Changed | Last Results - Intake rw file - Phase I | | Beth Duncan |
| 6/22/10 2:13 PM | Field Changed | Process - 5. Client | | Beth Duncan |
| 6/22/10 2:13 PM | Note | Faxing POA to caf mailing out OA and biz OA no RO listed - but if he really owes 1.5 min guessing there is one file to AH to do FCACS | | Beth Duncan |
| 6/22/10 2:13 PM | Field Changed | ID/Status - Client | | Beth Duncan |
| 6/22/10 2:13 PM | Field Changed | Plan - Phase I | | Beth Duncan |
| 6/22/10 2:13 PM | Field Changed | Stage - 1 . | | Beth Duncan |
| 6/21/10 3:37 PM | Note | $5K ph1 fee arrived today. | | Joan Britt |
| 6/21/10 3:37 PM | Field Changed | Payment Status - Normal | | Joan Britt |
| 6/21/10 2:43 PM | Field Changed | Payment Status - Collections HOLD | | Joan Britt |
| 6/21/10 2:43 PM | Note | Ph1 payment hasn't arrived | | Joan Britt |

Created 5/16/2012 at 3:24 PM

20

CONFIDENTIAL TREATMENT REQUESTED



Beth Duncan , Super Awesome Comp.
555 Made-Up Street
Nowhere, IL 55555

| | | | |
|---|---|---|---|
| 6/21/10 1:00 PM | Call Completed | | Alex Harris |
| 6/21/10 1:00 PM | Call Completed | | Alex Harris |
| 5/18/10 5:16 PM | Note | | Alex Harris |
| 5/18/10 1:35 PM | Note | | Alex Harris |
| 6/17/10 7:03 PM | Field Changed | Process - 4. NEW Client | Joan Britt |
| 6/17/10 7:02 PM | Note | Waiting on cashier's check to arrive. Set invoice for a few days out $5K. | Joan Britt |
| 6/17/10 4:55 PM | Field Changed | ? | Baron Leacock |
| 6/17/10 12:56 PM | Note | Called clt and set AH appt for 6/21/10 at 1pm CST | Istvan Fekete |
| 6/17/10 12:21 PM | Note | | Baron Leacock |
| 6/14/10 3:09 PM | Note | | Baron Leacock |

Created 5/15/2012 at 3.24 PM

21

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00022

00523



Beth Duncan., Super Awesome Comp.
555 Made-Up Street
Nowhere  IL  55555

2/26/10  4:47 PM     Note                                                                 Baron Leacock

2/26/10  4:06 PM     Note                                                                 Baron Leacock

12/18/09  4:40 PM    Note                                                                 Baron Leacock

12/16/09  11:19 AM   Note                                                                 Baron Leacock

12/11/09  6:42 PM    Note                                                                 Baron Leacock

12/11/09  11:58 AM   Field Changed                                                        Baron Leacock

12/11/09  11:58 AM   Field Changed                                                        Baron Leacock

12/11/09  11:58 AM   Field Changed                                                        Baron Leacock

12/11/09  11:58 AM   Field Changed                                                        Baron Leacock

12/11/09  11:58 AM   Field Changed                                                        Baron Leacock

12/11/09  11:58 AM   Field Changed                                                        Baron Leacock

CONFIDENTIAL TREATMENT REQUESTED                                    ATSI 00023



Beth Duncan, Super Awesome Comp.
555 Made-Up Street
Nowhere, IL 55555

| | | | |
|---|---|---|---|
| 12/11/09 11:58 AM | Field Changed | | Baron Leacock |
| 12/11/09 11:58 AM | Note | | Baron Leacock |
| 12/11/09 11:58 AM | Field Changed | | Baron Leacock |

| Activities | | Date Range: | All Dates | | |
|---|---|---|---|---|---|
| To-do | 2/29/12 | Cleared | Beth Duncan | Beth Duncan | Withdraw POA, close file |
| To-do | 2/23/12 | Cleared | Brian Thompson | | |
| To-do | 3/30/12 | Cleared | Baron Leacock | | |
| To-do | 2/20/12 | Cleared | Brian Thompson | | |

Created 5/16/2012 at 3:24 PM

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00024