Page 1 of 2

**Carol Nathan**

From: James Pieron
Sent: Tuesday, December 14, 2010 11:17 PM
To: Carol Nathan
Subject: RE: Tax Prep

Hi Carol,

80% of the form does not apply to me, so I just typed the information below.

Thanks,
James.

James D. Pieron Jr.

Sales Manager
01-OCT-69
Churchill, Mt. Pleasant, MI 48858
Isabella County
W:
M:

<u>No to ALL questions</u>: Single, not divorced (or) separated, no dependents, not claimed on another return, not blind, No pensions, annuities, unemployment, home, SS benefits, medicare premiums, real estate, office in home, rental income, partnership income, gambling income, car, IRA contributions, and alimony.

<u>Yes to own my own business, capital gains, dividend income, and charitable contributions.</u>

Donation
Hartland High School: 10,000 USD

Foreign Income:

| Year | CHF Earned | CHF Taxed | Conversion | USD Earned | USD Tax |
|------|-----------|-----------|------------|------------|---------|
|      | CHF       |           |            |            |         |
| 2007 | 204,645.00 | CHF 39,869.90 | 1.1250 | $181,906.67 | $35,457.69 |
| 2008 | CHF 96,000.00 | CHF 9,283.20 | 1.0550 | $90,995.26 | $8,799.24 |
| 2009 | CHF 56,000.00 | CHF 5,415.20 | 1.0370 | $54,001.93 | $5,221.89 |

12/15/2010

CONFIDENTIAL TREATMENT REQUESTED



GOVERNMENT EXHIBIT 58

ATSI 00199