## 2008

| Date | Incoming | Managed Account | | Fund | Capital Gain | |
|---|---|---|---|---|---|---|
| 4-Feb-08 | Incoming | | | | Capital Gain | $1,046,617.00 |
| 18-Dec-08 | Incoming | Holding Shares | 2'100'000.00 | JDFX | Capital Gain | $2,100,000.00 |
| | | **TOTAL CAPITAL GAINS** | $1,046,617.00 | | | $3,146,617.00 |
| 22.01.2008 | JDFX | Loan to JV | $35,000.00 | JDFX | Capital Loss | -$35,000.00 |
| 08.02.2008 | JDFX | Loan | $1,000,000.00 | JDFX | Capital Loss | -$1,000,000.00 |
| 10.03.2008 | Komplique | Loan | $200,000.00 | JDFX | Capital Loss | -$200,000.00 |
| 24.06.2008 | JDFX | Loan | $500,000.00 | JDFX | Capital Loss | -$500,000.00 |
| 07.07.2008 | JDFX | Shipping Company | $6,826.05 | JDFX | Capital Loss | -$6,826.05 |
| 29.08.2008 | JDFX | Loan | $500,000.00 | JDFX | Capital Loss | -$500,000.00 |
| 14.10.2008 | JDFX | Travel Account | $1,920.88 | JDFX | Capital Loss | -$1,920.88 |
| 01.12.2008 | JDFX | Banque Du Bois | $2,500,000.00 | JDFX | Capital Loss | -$2,500,000.00 |
| 04.12.2008 | JDFX | Consulting | $25,000.00 | JDFX | Capital Loss | -$25,000.00 |
| 15.12.2008 | JDFX | Travel | $2,584.44 | JDFX | Capital Loss | -$2,584.44 |
| 18.12.2008 | JDFX | Loan | $500,000.00 | JDFX | Capital Loss | -$500,000.00 |
| 11.01.2008 | Komplique | Withdrawal - CHF | $18,357.04 | Komplique | Capital Loss | -$18,357.04 |
| 24.01.2008 | JDFX | FX Transfer | $250,000.00 | Komplique | Capital Loss | -$250,000.00 |
| 06.05.2008 | Komplique | Loan | $100,000.00 | Komplique | Capital Loss | -$100,000.00 |
| 23.06.2008 | Komplique | Loan | $1,000.00 | Komplique | Capital Loss | -$1,000.00 |
| 03.07.2008 | Komplique | Loan | $200,000.00 | Komplique | Capital Loss | -$200,000.00 |
| 15.08.2008 | Komplique | Loan | $200,000.00 | Komplique | Capital Loss | -$200,000.00 |
| 05.11.2008 | Komplique | Loan | $100,000.00 | Komplique | Capital Loss | -$100,000.00 |
| 07.11.2008 | Komplique | Materials | $3,392.04 | Komplique | Capital Loss | -$3,392.04 |
| 31.12.2008 | Saxobank | Trading | $600,141.42 | Saxobank | Capital Loss | -$600,141.42 |
| | | **CAPITAL LOSS** | | | | -$6,144,080.45 |


GOVERNMENT EXHIBIT 61

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00229

00537