Case 1:18-cr-20489-TLL-PTM ECF No. 114-26, PageID.2170 Filed 07/11/19 Page 1 of 2

## 2009

| Date | Incoming | Holding Shares | | | Capital Gain | Capital Gain | $2,125,000.00 |
|---|---|---|---|---|---|---|---|
| 26.01.2009 | Incoming | Holding Shares | | | 2'125'000.00 | Capital Gain | $225,459.52 |
| 13.10.2009 | Incoming | Holding Shares | | | $225,459.52 | Capital Gain | |
| | | TOTAL CAPITAL GAINS | | | | | $2,350,459.52 |
| 18.02.2009 | JDFX | Loan | | $1,000,000.00 | | JDFX | Capital Loss | -$1,000,000.00 |
| 14.10.2009 | | E-BANKING ORDER | | 500000 | | JDFX | Capital Loss | -$500,000.00 |
| 03.04.2009 | Komplique | Shipping Company | | $1,534.60 | | JDFX | Capital Loss | -$1,534.60 |
| 17.03.2009 | James Pieron | PASSPORT PREM. | | $50,000.00 | | JDFX | Capital Loss | -$50,000.00 |
| 10.11.2009 | | MULTI E-BANKING ORD | | -500000 | | JDFX | Capital Loss | -$500,000.00 |
| 31.12.2009 | | 313'441.36 YOUR ORDER | | 120000 | | JDFX | Capital Loss | $120,000.00 |
| 17.09.2009 | JDFX | James/Clive back to the | | $20,200.00 | | JDFX | Capital Loss | -$20,200.00 |
| 15.09.2009 | JDFX | Severence Pay for Besc | | $33,386.73 | | JDFX | Capital Loss | -$33,386.73 |
| 15.07.2009 | JDFX | Bonus for Mason | | $20,000.00 | | JDFX | Capital Loss | -$20,000.00 |
| 15.07.2009 | JDFX | Consulting | | $8,000.00 | | JDFX | Capital Loss | -$8,000.00 |
| 25.06.2009 | JDFX | Loan to Holding | | $75,000.00 | | JDFX | Capital Loss | -$75,000.00 |
| 22.06.2009 | JDFX | Clive Diethelm Loan | | $12,000.00 | | JDFX | Capital Loss | -$12,000.00 |
| 17.06.2009 | JDFX | Loan to Holding | | $1,050,000.00 | | JDFX | Capital Loss | -$1,050,000.00 |
| 14.10.2009 | | ORDER | | 9015 | | JDFX | Capital Loss | -$9,015.00 |
| 13.11.2009 | | JDFX HOLDING | | 500000 | | JDFX | Capital Loss | $500,000.00 |
| 23.11.2009 | | JDFX HOLDING | | 500000 | | JDFX | Capital Loss | $500,000.00 |
| 15.09.2009 | Komplique | Loan | | $250,000.00 | | Komplique | Capital Loss | -$250,000.00 |
| 23.01.2009 | Komplique | Loan | | $100,000.00 | | Komplique | Capital Loss | -$100,000.00 |
| 02.06.2009 | Komplique | Loan | | $100,000.00 | | Komplique | Capital Loss | -$100,000.00 |
| 13.05.2009 | Komplique | Loan | | $100,000.00 | | Komplique | Capital Loss | -$100,000.00 |
| 17.04.2009 | Komplique | Photo Shoot Cash | | $10,100.00 | | Komplique | Capital Loss | -$10,100.00 |
| 14.04.2009 | Komplique | Komplique / JDFX / Jam | | $30,000.00 | | Komplique | Capital Loss | -$30,000.00 |
| 09.04.2009 | Komplique | Loan | | $100,000.00 | | Komplique | Capital Loss | -$100,000.00 |
| 08.04.2009 | Komplique | Loan | | $2,500.00 | | Komplique | Capital Loss | -$2,500.00 |
| 10.11.2009 | Komplique | MULTI E-BANKING ORD | | $250,000.00 | | Komplique | Capital Loss | -$250,000.00 |
| 26.08.2009 | Komplique | Loan | | $175,000.00 | | Komplique | Capital Loss | -$175,000.00 |
| 04.08.2009 | Komplique | Loan | | $100,000.00 | | Komplique | Capital Loss | -$100,000.00 |

00538

GOVERNMENT EXHIBIT 62

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00230

00539

| Date | Komplique | Loan | | Komplique | Capital Loss | |
|---|---|---|---|---|---|---|
| 14.07.2009 | JDFX | Loan | $5,000.00 | IBTECH | Capital Loss | -$5,000.00 |
| 08.06.2009 | | Loan to IB TECH | $100,000.00 | IBTECH | Capital Loss | -$100,000.00 |
| 13.11.2009 | | ORDER | $750,000.00 | IBTECH | Capital Loss | -$750,000.00 |
| 31-12-2009 | Saxobank | Trading | $33,919.00 | Saxobank | Capital Loss | -$33,919.00 |
| | | CAPITAL LOSS | | | | -$4,265,655.33 |

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00231