00540

| DATE | DATA 1 | DEBIT | CREDIT | AMOUNT | CAPITAL GAIN |
|---|---|---|---|---|---|
| 10.07.2007 HARTLAND CLASS - James Pieron | Private Donation | $10,000.00 | | $10,000.00 | -$10,000.00 |
| | DONATION | | | $10,000.00 | |
| 31-12-2007 Saxobank | Trading | $298,023.54 | | -$298,023.54 | -$308,023.54 |
| | CAPITAL LOSS | | | -$298,023.54 | |

2008

| Date | | Data 1 | Debit | Credit | Amount | CAPITAL GAIN |
|---|---|---|---|---|---|---|
| 12.04.2007 | Incoming | Holding Shares | | $300,000.00 | $300,000.00 | |
| 02.07.2007 | Incoming | Holding Shares | | $8,000,000.00 | $8,000,000.00 | |
| 4-Feb-08 | Incoming | FUND REDEMPTION | | $1,046,617.10 | $1,046,617.10 | $9,346,617.10 |
| | | TOTAL CAPITAL GAINS | | | $9,346,617.10 | |
| 31.12.2008 | Saxobank | Trading | $600,141.42 | | -$600,141.42 | $8,746,475.68 |
| | | TOTAL CAPITAL LOSS | | | -$600,141.42 | |
| 24.07.2007 JDFX TECHNOLOGI JDFX | | Loan | $1,000,000.00 | | -$1,000,000.00 | |
| 30.07.2007 JACK PIERON US 41 JDFX | | Jack Pieron Bonus | $9,500.00 | | -$9,500.00 | |
| 02.08.2007 JACK PIERON US 41 JDFX | | Jack Pieron Bonus | $8,500.00 | | -$8,500.00 | |
| 15.08.2007 MATT HAMMER C JDFX | | Matt Hammer | $7,500.00 | | -$7,500.00 | |
| 28.09.2007 JEFFREY VADASZ U JDFX | | Jeff Vadasz | $20,000.00 | | -$20,000.00 | |
| 19.10.2007 JEFFREY VADASZ U JDFX | | Jeff Vadasz | $30,000.00 | | -$30,000.00 | |
| 23.11.2007 JACK PIERON JDFX | | Jack Pieron Bonus | $15,000.00 | | -$15,000.00 | |
| 30.11.2007 JACK PIERON JDFX | | Jack Pieron Bonus | $15,000.00 | | -$15,000.00 | |
| 22-Jan-08 JEFFREY VADASZ U JDFX | | Loan to JV | $35,000.00 | | -$35,000.00 | |
| 8-Feb-08 JDFX TECHNOLOGI JDFX | | Loan | $1,000,000.00 | | -$1,000,000.00 | |

GOVERNMENT EXHIBIT 63

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00211

00541

| Date | Entity | Counterparty | Basis | Amount | Amount |
|---|---|---|---|---|---|
| 10-Mar-08 | Jack Pieron / 8006 JDFX | | Loan | $200,000.00 | -$200,000.00 |
| 24-Jun-08 | JDFX TECHNOLOGI JDFX | | Loan | $500,000.00 | -$500,000.00 |
| 7-Jul-08 | TRANSCONTAINER JDFX | | Shipping Company | $6,826.05 | -$6,826.05 |
| 29-Aug-08 | JDFX TECHNOLOGI JDFX | | Loan | $500,000.00 | -$500,000.00 |
| 14-Oct-08 | UBS-AG C/O UBS C JDFX | | Travel Account | $1,920.88 | -$1,920.88 |
| 1-Dec-08 | JDFX | | Banque Du Bois | $2,500,000.00 | -$2,500,000.00 |
| 4-Dec-08 | GAETANO DIPIERR JDFX | | Consulting | $25,000.00 | -$25,000.00 |
| 15-Dec-08 | UBS AG C/O UBS C JDFX | | Travel | $2,584.44 | -$2,584.44 |
| 18-Dec-08 | JDFX TECHNOLOGI JDFX | | Loan | $500,000.00 | -$500,000.00 |
| | | | **JDFX BASIS** | | **-$6,376,831.37** |
| | | | | | |
| 12.07.2007 | WOLFOFFE ABRAM James Pieron | | Deb Cred Elha / PT | $2,334.00 | -$2,334.00 |
| 13.04.2007 | JDFX | | FX Transfer | $207,279.66 | -$207,279.66 |
| 28.05.2007 | JDFX | | Unknown | $1,378.52 | -$1,378.52 |
| 01.07.2007 | JDFX | | Unknown | $2,098.25 | -$2,098.25 |
| 20.07.2007 | JDFX | | Unknown | $21,034.92 | -$21,034.92 |
| 28.07.2007 | James Pierrin | | Travel Cash | $10,100.00 | -$10,100.00 |
| 01.09.2007 | Komplique | | EUR | $6,964.51 | -$6,964.51 |
| 15.10.2007 | James Pieron | | Travel Cash | $10,100.00 | -$10,100.00 |
| 19.10.2007 | James Pieron | | CHF - 17,377.50 - Komplique | $15,000.00 | -$15,000.00 |
| 16.11.2007 | UBS CARD CENTER James Pieron | | Unknown - CHF CC | $9,027.63 | -$9,027.63 |
| 20.11.2007 | JAMES PIERON 80C James Pieron | | FX Transfer to CHF | $20,000.00 | -$20,000.00 |
| 10-Feb-08 | James Pieron | | Travel Cash | $10,100.00 | -$10,100.00 |
| 11-Feb-08 | UBS CARD CENTER James Pieron | | UBS Card Center | $100,000.00 | -$100,000.00 |
| 8-Apr-08 | UBS CARD CENTER James Pieron | | UBS Card Center | $100,000.00 | -$100,000.00 |
| 30-Apr-08 | James Pieron | | Travel Cash | $10,100.00 | -$10,100.00 |
| 19-Jul-08 | James Pieron | | Travel Cash | $10,100.00 | -$10,100.00 |
| 11-Oct-08 | James Pieron | | Travel Cash | $15,360.09 | -$15,360.09 |
| 20-Oct-08 | UBS CARD CENTER James Pieron | | UBS Card Center | $100,000.00 | -$100,000.00 |
| 26-Oct-08 | James Pieron | | Travel Cash | $15,150.00 | -$15,150.00 |
| 17-Dec-08 | James Pieron | | Private (Christmas) | $10,100.00 | -$10,100.00 |
| 31-Dec-08 | UBS CARD CENTER James Pieron | | UBS Card Center | $100,000.00 | -$100,000.00 |
| | | | Sub-Total | | -$745,507.40 |

$2,369,644.31

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00212

③

| | | | | | 50% | |
|---|---|---|---|---|---|---|
| | | Potential JDFX BASIS | | | -$372,753.10 | $1,986,890.61 |
| | | | 2009 | | | |
| Date | | | Data 1 | Debit | Credit | Amount | CAPITAL GAIN |
| 26.01.2009 | | Incoming | Holding Shares | | 2'125'000.00 | $2,125,000.00 | |
| 18-Dec-08 | | Incoming | Holding Shares | | 2'100'000.00 | $2,100,000.00 | |
| 13.10.2009 | | Incoming | Holding Shares | | $225,459.52 | $225,459.52 | |
| | | TOTAL CAPITAL GAINS | | | | $4,450,459.52 | $4,450,459.52 |
| 31.12.2009 | | Saxobank. | Trading | $33,919.00 | | -$33,919.00 | |
| | | TOTAL CAPITAL GAINS | | | | -$33,919.00 | $4,416,540.52 |
| 18.02.2009 | JDFX TECHNOLOGI JDFX | | Loan | $1,000,000.00 | | -$1,000,000.00 | |
| 14.10.2009 | | | E-BANKING ORDER | $500,000.00 | | -$500,000.00 | |
| 03.04.2009 | JUDE SHIPPING LN Komplique. | | Shipping Company | $1,534.60 | | -$1,534.60 | |
| 17.03.2009 | | James Pieron | PASSPORT PREM. | $50,000.00 | | -$50,000.00 | |
| 10.11.2009 | | | MULTI E-BANKING ORDER | -$500,000.00 | | -$500,000.00 | |
| 31.12.2009 | 120000 | 313'441.36 | YOUR ORDER | $120,000.00 | | $120,000.00 | |
| 17.09.2009 | | JDFX | James/Clive back to the Stat | $20,200.00 | | -$20,200.00 | |
| 15.09.2009 | ROBERT BESCOE S JDFX | | Severence Pay for Bescoe | $33,386.73 | | -$33,386.73 | |
| 15.07.2009 | JAMES MASON | JDFX | Bonus for Mason | $20,000.00 | | -$20,000.00 | |
| 15.07.2009 | GAETANO DIPIERR JDFX | | Consulting | $8,000.00 | | -$8,000.00 | |
| 25.06.2009 | JDFX HOLDING AG JDFX | | Loan to Holding | $75,000.00 | | -$75,000.00 | |
| 22.06.2009 | | JDFX | Clive Diethelm Loan | $12,000.00 | | -$12,000.00 | |
| 22.06.2009 | | JDFX | Clive Diethelm Loan | $65,000.00 | | -$65,000.00 | |
| 17.06.2009 | JDFX HOLDING AG JDFX. | | Loan to Holding | $1,050,000.00 | | -$1,050,000.00 | |
| 14.10.2009 | | | ORDER | $9,015.00 | | -$9,015.00 | |
| 13.11.2009 | | | JDFX HOLDING | $500,000.00 | | -$500,000.00 | |
| 23.11.2009 | | | JDFX HOLDING | $500,000.00 | | -$500,000.00 | |
| | | | JDFX BASIS | | | -$2,224,136.33 | $2,192,404.19 |

CONFIDENTIAL TREATMENT REQUESTED

00543

④

| Date | | | Description | Amount | Subtotal |
|---|---|---|---|---|---|
| 03.06.2009 | UBS CARD CENTER | James Pieron | UBS Card Center | $100,000.00 | -$100,000.00 |
| 14.04.2009 | UBS CARD CENTER | James Pieron | UBS Card Center | $100,000.00 | -$100,000.00 |
| 23.11.2009 | | | CASH WITHDRAWAL | $10,100.00 | -$10,100.00 |
| 24.07.2009 | | James Pieron | Finding US Location | $10,100.00 | -$10,100.00 |
| 30.10.2009 | | JDFX | Travel Account | $50,000.00 | -$50,000.00 |
| | | | Sub-Total | | -$270,200.00 |
| | | | | | 75% |
| | | **Potential JDFX BASIS** | | | **-$202,650.00** | $1,989,754.19 |
| 08.06.2009 | IB TECHNOLOGIES JDFX | | Loan to IB TECH | $100,000.00 | -$100,000.00 |
| 13.11.2009 | | | ORDER | $750,000.00 | -$750,000.00 |
| | | | **IBTECH** | | **-$850,000.00** | $1,139,754.19 |

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00214