**FINANZDIREKTION
KANTON ZÜRICH**

**KANTONALES
STEUERAMT**

DIENSTABTEILUNG QUELLENSTEUER

Abramo Lo Parco
Bändliweg 21 / Postfach / 8090 Zürich
Tel. 043 259 37 00
abramo.loparco@ksta.zh.ch

Persönlich / Vertraulich
Herr
James Pieron
c/o JDFX Technologies AG
Personalabteilung
Usteristrasse 9
8001 Zürich

Zürich, 7. Juli 2008

716.69.401.358 / Quellensteuer für ausländische Arbeitnehmer
Arbeitgeber: Diverse

Sehr geehrter Herr Pieron

Zuhanden Ihres Finanzamtes bescheinigen wir, dass Ihnen auf den beim oben erwähnten Arbeitgeber in der Zeit vom 17.08.1998 bis 31.12.2007, erzielten Einkünften aus unselbständiger Erwerbstätigkeit folgende Quellensteuern in Abzug gebracht wurden:

| Zeitraum | Bruttolohn (gemeldet) | | abgelieferte Quellensteuer | |
|---|---|---|---|---|
| 17.08.1998 – 31.12.1998 | CHF | 58'950.00 | CHF | 14'669.00 |
| 01.01.1999 – 31.12.1999 | CHF | 172'853.00 | CHF | 40'875.75 |
| 01.01.2000 – 31.12.2000 | CHF | 0.00 | CHF | 0.00 |
| 01.01.2001 – 31.12.2001 | CHF | 60'755.00 | CHF | 16'485.55 |
| 01.01.2002 – 31.12.2002 | CHF | 0.00 | CHF | 0.00 |
| 01.01.2003 – 31.12.2003 | CHF | 7'500.00 | CHF | 707.25 |
| 01.01.2004 – 31.12.2004 | CHF | 30'000.00 | CHF | 8'356.00 |
| 01.01.2005 – 31.12.2005 | CHF | 64'000.00 | CHF | 7'090.00 |
| 01.01.2006 – 31.12.2006 | CHF | 95'000.00 | CHF | 12'352.00 |
| 01.01.2007 – 31.12.2007 | CHF | 204'645.00 | CHF | 39'689.90 |

Ein Rückerstattungsanspruch auf den bezahlten Quellensteuern besteht nicht.

Freundliche Grüsse

Kantonales Steueramt Zürich
Dienstabteilung Quellensteuer
Der Steuerkommissär

Abramo Lo Parco


GOVERNMENT EXHIBIT 64

# FINANZDIREKTION
# KANTON ZÜRICH

# KANTONALES
# STEUERAMT

DIENSTABTEILUNG QUELLENSTEUER

Claudia Stoll
Bändliweg 21 | Postfach | 8090 Zürich
Tel. 043 259 38 85
claudia.stoll@ksta.ktzh.ch

**Persönlich / Vertraulich**
Herrn
James Pieron
1916 Churchill
Mt. Pleasant, Michigan
48858
USA

Zürich, 29. Juni 2010

716.69.401.358 / Quellensteuer für ausländische Arbeitnehmer
Arbeitgeber: 253.8.2704.00 JDFX Technologies AG, Zürich

Sehr geehrter Herr Pieron

Zuhanden Ihres Finanzamtes bescheinigen wir, dass Ihnen auf den beim oben erwähnten Arbeitgeber erzielten Einkünften aus unselbstständiger Erwerbstätigkeit folgende Quellensteuern in Abzug gebracht wurden:

| Jahr | Bruttolohn (gemeldet) | | abgelieferte Quellensteuer (withholding tax) | |
|---|---|---|---|---|
| 2008 | CHF | 96'000.00 | CHF | 9'263.20 |
| 2009 | CHF | 56'000.00 | CHF | 5'415.20 |

(Franc) (Swiss Franc)

Ein Rückerstattungsanspruch auf den bezahlten Quellensteuern besteht nicht.

Freundliche Grüsse

Kantonales Steueramt Zürich
Dienstabteilung Quellensteuer

Claudia Stoll

CONFIDENTIAL TREATMENT REQUESTED

ATSI 00201