

**CAPITAL MARKETS**
Friday, December 17, 2010 3:13:27 AM GMT

**Account Statement for 104882INET**

James Dayton Pieron Jr
Universitatstrasse 112
8006 Zurich
Switzerland

Saxo Bank
Philip Heymans Allé 15
DK 2900 Hellerup
Denmark

Phone no.: +45 39 77 40 00
Fax No.:   +45 39 77 42 00
Email:     info@saxobank.com

Account: ▇▇▇▇NET
Currency: USD
Period:   01-Jan-2008 - 31-Dec-2008

| Posting Date | Value Date | Description | Net Change | Balance |
|---|---|---|---:|---:|
| Balance Start 01-Jan-2008 | | | | 2,201,976.46 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 251299254/252607973 | 58,768.74 | 2,260,745.20 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252407926/252607973 | 71,837.93 | 2,332,583.13 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252554715/252611093 | -22,978.09 | 2,309,605.04 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252563979/252611093 | -18,269.47 | 2,291,335.57 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252611915/252620353 | -17,421.91 | 2,273,913.66 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252620353/252680401 | -91,347.33 | 2,182,566.33 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252621357/252680401 | -85,602.81 | 2,096,963.52 |
| 23-Jan-2008 | 25-Jan-2008 | Fx Spot & Forwards USDJPY 252621357/252685185 | -99,728.69 | 1,997,234.83 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 251175678/252954126 | -31,368.95 | 1,965,865.88 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 251375604/252954126 | 71,352.30 | 2,037,218.18 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 252085285/252954126 | 169,780.45 | 2,206,998.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253001258/253096909 | 28,300.00 | 2,235,298.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253001258/253096913 | 27,950.00 | 2,263,248.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253010843/253097987 | 38,100.00 | 2,301,348.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252685185/252939386 | 38,147.49 | 2,339,496.12 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252818528/252939386 | 16,986.80 | 2,356,482.92 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252918146/252939386 | 30,402.84 | 2,386,885.76 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253054353/253069733 | -12,241.92 | 2,374,643.84 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253054881/253070063 | -12,006.50 | 2,362,637.34 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253070103/253087987 | 13,984.75 | 2,376,622.09 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253070571/253088047 | 11,094.56 | 2,387,716.65 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253088149/253091941 | -480.26 | 2,387,236.39 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253088149/253098405 | 745.85 | 2,387,982.24 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 251175678/252954126 | 31,368.95 | 2,419,351.19 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 251375604/252954126 | -71,352.30 | 2,347,998.89 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 252085285/252954126 | -169,780.45 | 2,178,218.44 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253001258/253096909 | -28,300.00 | 2,149,918.44 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253001258/253096913 | -27,950.00 | 2,121,968.44 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253010843/253097987 | -38,100.00 | 2,083,868.44 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252685185/252939386 | -38,147.49 | 2,045,720.95 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252818528/252939386 | -16,986.80 | 2,028,734.15 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252918146/252939386 | -30,402.84 | 1,998,331.31 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253054353/253069733 | 12,241.92 | 2,010,573.23 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253054881/253070063 | 12,006.50 | 2,022,579.73 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253070103/253087987 | -13,984.75 | 2,008,594.98 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253070571/253088047 | -11,094.56 | 1,997,500.42 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253088149/253091941 | 480.26 | 1,997,980.68 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253088149/253098405 | -745.85 | 1,997,234.83 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 251175678/252954126 | -31,368.95 | 1,965,865.88 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 251375604/252954126 | 71,352.30 | 2,037,218.18 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 252085285/252954126 | 169,780.45 | 2,206,998.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253001258/253096909 | 28,300.00 | 2,235,298.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253001258/253096913 | 27,950.00 | 2,263,248.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards EURUSD 253010843/253097987 | 38,100.00 | 2,301,348.63 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252685185/252939386 | 38,147.49 | 2,339,496.12 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252818528/252939386 | 16,986.80 | 2,356,482.92 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 252918146/252939386 | 30,402.84 | 2,386,885.76 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253054353/253069733 | -12,241.92 | 2,374,643.84 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253054881/253070063 | -12,006.50 | 2,362,637.34 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253070103/253087987 | 13,984.75 | 2,376,622.09 |

**GOVERNMENT EXHIBIT 67**

| Date | Value Date | Description | Amount | Balance |
|---|---|---|---|---|
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253070571/253088047 | 11,094.56 | 2,387,716.65 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253088149/253091941 | -480.26 | 2,387,236.39 |
| 25-Jan-2008 | 29-Jan-2008 | Fx Spot & Forwards USDJPY 253088149/253098405 | 745.85 | 2,387,982.24 |
| 29-Jan-2008 | 31-Jan-2008 | Fx Spot & Forwards USDJPY 253342910/253352263 | -10,321.11 | 2,377,661.13 |
| 30-Jan-2008 | 01-Feb-2008 | Fx Spot & Forwards EURUSD 253661319/253669511 | 600.00 | 2,378,261.13 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards EURUSD 253670755/253711011 | 17,641.95 | 2,395,903.08 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards EURUSD 253713665/253723585 | -1,000.00 | 2,394,903.08 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards EURUSD 253727913/253881230 | 21,000.00 | 2,415,903.08 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards EURUSD 253860942/253881230 | 24,300.00 | 2,440,203.08 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253138403/253714183 | -6,525.43 | 2,433,677.65 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253138403/253714233 | -26,479.42 | 2,407,198.23 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253354591/253714233 | -20,424.69 | 2,386,773.54 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253714259/253718659 | -21,718.34 | 2,365,055.20 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253721985/253723883 | -5,014.10 | 2,360,041.10 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253721985/253911872 | -15,797.73 | 2,344,243.37 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253723315/253911872 | -3,965.96 | 2,340,277.41 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253723541/253911872 | -4,079.27 | 2,336,198.14 |
| 31-Jan-2008 | 04-Feb-2008 | Fx Spot & Forwards USDJPY 253904794/253911872 | 25,428.74 | 2,361,626.88 |
| 31-Jan-2008 | 01-Feb-2008 | Interest JAN-2008 - IC 49629075 | 3,255.54 | 2,364,882.42 |
| 31-Jan-2008 | 01-Feb-2008 | Interest JAN-2008 - IC 49629075 | -3,255.54 | 2,361,626.88 |
| 31-Jan-2008 | 01-Feb-2008 | Interest JAN-2008 - IC 49724356 | 3,255.54 | 2,364,882.42 |
| 31-Jan-2008 | 01-Feb-2008 | Interest JAN-2008 - IC 49724356 | -3,255.54 | 2,361,626.88 |
| 31-Jan-2008 | 01-Feb-2008 | Interest JAN-2008 - IC 49888393 | 3,403.32 | 2,365,030.20 |
| 01-Feb-2008 | 05-Feb-2008 | Fx Spot & Forwards USDJPY 253979366/254008790 | -30,673.49 | 2,334,356.71 |
| 01-Feb-2008 | 05-Feb-2008 | Fx Spot & Forwards USDJPY 254007936/254008808 | -35,392.49 | 2,298,964.22 |
| 01-Feb-2008 | 05-Feb-2008 | Fx Spot & Forwards USDJPY 254020316/254076521 | 217,250.01 | 2,516,214.23 |
| 29-Feb-2008 | 03-Mar-2008 | Interest - Feb 2008 | 1,980.91 | 2,518,195.14 |
| 17-Mar-2008 | 19-Mar-2008 | Fx Spot & Forwards USDCHF 259931268/260469827 | 96,524.64 | 2,614,719.78 |
| 17-Mar-2008 | 19-Mar-2008 | Fx Spot & Forwards USDCHF 260598524/260644591 | -4,746.86 | 2,609,972.92 |
| 17-Mar-2008 | 19-Mar-2008 | Fx Spot & Forwards USDCHF 260598578/260644627 | -5,104.15 | 2,604,868.77 |
| 17-Mar-2008 | 19-Mar-2008 | Fx Spot & Forwards USDCHF 260598822/260645095 | -9,697.89 | 2,595,170.88 |
| 18-Mar-2008 | 20-Mar-2008 | Fx Spot & Forwards EURUSD 258891118/260848433 | -202,660.25 | 2,392,510.63 |
| 18-Mar-2008 | 20-Mar-2008 | Fx Spot & Forwards EURUSD 259880082/260848433 | -101,304.15 | 2,291,206.48 |
| 18-Mar-2008 | 20-Mar-2008 | Fx Spot & Forwards EURUSD 260472217/260848433 | 644.40 | 2,291,850.88 |
| 18-Mar-2008 | 20-Mar-2008 | Fx Spot & Forwards EURUSD 260848475/260932387 | 26,850.00 | 2,318,700.88 |
| 18-Mar-2008 | 20-Mar-2008 | Fx Spot & Forwards EURUSD 260977395/261029305 | -13,750.00 | 2,304,950.88 |
| 18-Mar-2008 | 20-Mar-2008 | Fx Spot & Forwards EURUSD 260977633/261029305 | -12,500.00 | 2,292,450.88 |
| 20-Mar-2008 | 24-Mar-2008 | Fx Spot & Forwards USDJPY 261561769/261597451 | -51,917.68 | 2,240,533.20 |
| 27-Mar-2008 | 31-Mar-2008 | Fx Spot & Forwards EURUSD 261859338/262240746 | -68,272.12 | 2,172,261.08 |
| 27-Mar-2008 | 31-Mar-2008 | Fx Spot & Forwards USDCHF 261859396/262247302 | 220,237.74 | 2,392,498.82 |
| 31-Mar-2008 | 01-Apr-2008 | Interest - Mar 2008 | 1,692.08 | 2,394,190.90 |
| 30-Apr-2008 | 01-May-2008 | Interest - Apr 2008 | 1,140.46 | 2,395,331.36 |
| 22-May-2008 | 27-May-2008 | Fx Spot & Forwards EURUSD 263623527/271978739 | -12,410.15 | 2,382,921.21 |
| 22-May-2008 | 27-May-2008 | Fx Spot & Forwards EURUSD 268525809/271978739 | -102,390.40 | 2,280,530.81 |
| 22-May-2008 | 27-May-2008 | Fx Spot & Forwards EURUSD 269345597/271978739 | -51,061.40 | 2,229,469.41 |
| 22-May-2008 | 27-May-2008 | Fx Spot & Forwards EURUSD 270331792/271978739 | -66,203.95 | 2,163,265.46 |
| 30-May-2008 | 03-Jun-2008 | Fx Spot & Forwards EURUSD 271955845/273242701 | 147,414.50 | 2,310,679.96 |
| 30-May-2008 | 02-Jun-2008 | Interest - May 2008 | 337.18 | 2,311,017.14 |
| 03-Jun-2008 | 05-Jun-2008 | Fx Spot & Forwards EURUSD 273314106/273610176 | -64,262.10 | 2,246,755.04 |
| 03-Jun-2008 | 05-Jun-2008 | Fx Spot & Forwards EURUSD 273612172/273694364 | -18,600.00 | 2,228,155.04 |
| 06-Jun-2008 | 10-Jun-2008 | Fx Spot & Forwards EURUSD 273700826/274575813 | -27,732.40 | 2,200,422.64 |
| 06-Jun-2008 | 10-Jun-2008 | Fx Spot & Forwards EURUSD 273701776/274575813 | -32,158.38 | 2,168,264.26 |
| 06-Jun-2008 | 10-Jun-2008 | Fx Spot & Forwards EURUSD 273709894/274575813 | -43,811.05 | 2,124,453.21 |
| 06-Jun-2008 | 10-Jun-2008 | Fx Spot & Forwards EURUSD 273727708/274575813 | -49,712.35 | 2,074,740.86 |
| 10-Jun-2008 | 12-Jun-2008 | Fx Spot & Forwards EURUSD 275061683/275115156 | 31,730.80 | 2,106,471.66 |
| 10-Jun-2008 | 12-Jun-2008 | Fx Spot & Forwards EURUSD 275095571/275115156 | 1,600.00 | 2,108,071.66 |
| 10-Jun-2008 | 12-Jun-2008 | Fx Spot & Forwards EURUSD 275135918/275144420 | -8,600.00 | 2,099,471.66 |
| 11-Jun-2008 | 13-Jun-2008 | Fx Spot & Forwards EURUSD 275150830/275401520 | 63,572.60 | 2,163,044.26 |
| 11-Jun-2008 | 13-Jun-2008 | Fx Spot & Forwards EURUSD 275361816/275401520 | -47,633.50 | 2,115,410.76 |
| 11-Jun-2008 | 13-Jun-2008 | Fx Spot & Forwards EURUSD 275401520/275403834 | -15,000.00 | 2,100,410.76 |
| 12-Jun-2008 | 12-Jun-2008 | Contract Futures CLN8 275693612 | -11.47 | 2,100,399.29 |
| 12-Jun-2008 | 16-Jun-2008 | Fx Spot & Forwards EURUSD 275686650/275733480 | 44,700.00 | 2,145,099.29 |
| 12-Jun-2008 | 16-Jun-2008 | Fx Spot & Forwards EURUSD 275695014/275735412 | -800.00 | 2,144,299.29 |
| 12-Jun-2008 | 16-Jun-2008 | Fx Spot & Forwards EURUSD 275735412/275739196 | -4,800.00 | 2,139,499.29 |
| 12-Jun-2008 | 16-Jun-2008 | Fx Spot & Forwards EURUSD 275740714/275742644 | -19,400.00 | 2,120,099.29 |
| 12-Jun-2008 | 16-Jun-2008 | Fx Spot & Forwards EURUSD 275785496/275798616 | -25,500.00 | 2,094,599.29 |
| 12-Jun-2008 | 16-Jun-2008 | Fx Spot & Forwards EURUSD 275784460/275800518 | -30,500.00 | 2,064,099.29 |
| 20-Jun-2008 | 20-Jun-2008 | Contract Futures CLN8 275693612/277354033 | 538.53 | 2,064,637.82 |
| 25-Jun-2008 | 27-Jun-2008 | Fx Spot & Forwards EURUSD 277871259/277946801 | -29,500.00 | 2,035,137.82 |
| 25-Jun-2008 | 27-Jun-2008 | Fx Spot & Forwards EURUSD 277871259/277947257 | -28,950.00 | 2,006,187.82 |
| 30-Jun-2008 | 01-Jul-2008 | Interest - Jun 2008 | 100.57 | 2,006,288.39 |
| 31-Jul-2008 | 01-Aug-2008 | Interest - Jul 2008 | 311.53 | 2,006,599.92 |
| 29-Aug-2008 | 01-Sep-2008 | Interest - Aug 2008 | 242.50 | 2,006,842.42 |
| 30-Sep-2008 | 01-Oct-2008 | Interest - Sep 2008 | 1,561.96 | 2,008,404.38 |
| 02-Oct-2008 | 01-Oct-2008 | Interest - Sep 2008 | -277.61 | 2,008,126.77 |
| 14-Oct-2008 | 16-Oct-2008 | Fx Spot & Forwards USDJPY 298527374/298566077 | -37,025.42 | 1,971,101.35 |
| 14-Oct-2008 | 16-Oct-2008 | Fx Spot & Forwards USDJPY 298566077/298831423 | -39,031.72 | 1,932,069.63 |

| Date | Value Date | Description | Amount | Balance |
|---|---|---|---|---|
| 14-Oct-2008 | 16-Oct-2008 | Fx Spot & Forwards USDJPY 298849119/298851407 | -10,533.15 | 1,921,536.48 |
| 20-Oct-2008 | 22-Oct-2008 | Fx Spot & Forwards USDJPY 299690200/299713514 | -8,358.09 | 1,913,178.39 |
| 21-Oct-2008 | 23-Oct-2008 | Fx Spot & Forwards USDJPY 300140883/300145489 | -4,138.98 | 1,909,039.41 |
| 27-Oct-2008 | 29-Oct-2008 | Fx Spot & Forwards AUDJPY 301129798/301138071 | -32,759.41 | 1,876,280.00 |
| 27-Oct-2008 | 29-Oct-2008 | Fx Spot & Forwards EURUSD 301129794/301144946 | -24,625.00 | 1,851,655.00 |
| 27-Oct-2008 | 29-Oct-2008 | Fx Spot & Forwards USDJPY 301129756/301143367 | -28,346.36 | 1,823,308.64 |
| 29-Oct-2008 | 31-Oct-2008 | Fx Spot & Forwards USDJPY 301921045/301932703 | -7,636.69 | 1,815,671.95 |
| 29-Oct-2008 | 31-Oct-2008 | Fx Spot & Forwards USDJPY 301933099/301953471 | -515.99 | 1,815,155.96 |
| 31-Oct-2008 | 31-Oct-2008 | CFDs SP500.I 302390223/302444347 | 2,465.00 | 1,817,620.96 |
| 31-Oct-2008 | 03-Nov-2008 | CFDFIN:08-Oct-01/08-Oct-31 0 | 65.00 | 1,817,685.96 |
| 31-Oct-2008 | 03-Nov-2008 | CFDFIN:08-Oct-01/08-Oct-31 0 | -65.00 | 1,817,620.96 |
| 31-Oct-2008 | 03-Nov-2008 | CFDFIN:08-Oct-01/08-Oct-31 0 | 0.65 | 1,817,621.61 |
| 31-Oct-2008 | 03-Nov-2008 | Interest - Oct 2008 | 716.21 | 1,818,337.82 |
| 03-Nov-2008 | 25-Nov-2008 | Corporate Actions SP500.I 0 | -3.53 | 1,818,334.29 |
| 03-Nov-2008 | 19-Nov-2008 | Corporate Actions SP500.I 0 | -3.42 | 1,818,330.87 |
| 03-Nov-2008 | 21-Nov-2008 | Corporate Actions SP500.I 0 | -1.67 | 1,818,329.20 |
| 04-Nov-2008 | 04-Nov-2008 | CFDs SP500.I 302444347/302703325 | -320.00 | 1,818,009.20 |
| 04-Nov-2008 | 26-Nov-2008 | Corporate Actions SP500.I 0 | -4.21 | 1,818,004.99 |
| 04-Nov-2008 | 28-Nov-2008 | Corporate Actions SP500.I 0 | -1.49 | 1,818,003.50 |
| 04-Nov-2008 | 06-Nov-2008 | Fx Spot & Forwards EURUSD 302490902/302690789 | 65,835.00 | 1,883,838.50 |
| 05-Nov-2008 | 05-Nov-2008 | CFDs SP500.I 302703325/303126654 | -495.00 | 1,883,343.50 |
| 05-Nov-2008 | 14-Nov-2008 | Corporate Actions SP500.I 0 | 1.86 | 1,883,345.36 |
| 05-Nov-2008 | 21-Nov-2008 | Corporate Actions SP500.I 0 | 3.24 | 1,883,348.60 |
| 05-Nov-2008 | 25-Nov-2008 | Corporate Actions SP500.I 0 | 21.45 | 1,883,370.05 |
| 05-Nov-2008 | 28-Nov-2008 | Corporate Actions SP500.I 0 | 1.79 | 1,883,371.84 |
| 05-Nov-2008 | 01-Dec-2008 | Corporate Actions SP500.I 0 | 193.96 | 1,883,565.80 |
| 05-Nov-2008 | 02-Dec-2008 | Corporate Actions SP500.I 0 | 189.62 | 1,883,755.42 |
| 05-Nov-2008 | 05-Dec-2008 | Corporate Actions SP500.I 0 | 26.02 | 1,883,781.44 |
| 05-Nov-2008 | 10-Dec-2008 | Corporate Actions SP500.I 0 | 10.56 | 1,883,792.00 |
| 06-Nov-2008 | 10-Nov-2008 | Fx Spot & Forwards EURUSD 302594493/303208658 | -35,055.70 | 1,848,736.30 |
| 06-Nov-2008 | 10-Nov-2008 | Fx Spot & Forwards EURUSD 302677179/303208658 | -70,595.22 | 1,778,141.08 |
| 06-Nov-2008 | 10-Nov-2008 | Fx Spot & Forwards EURUSD 302689599/303225664 | -88,347.03 | 1,689,794.05 |
| 06-Nov-2008 | 10-Nov-2008 | Fx Spot & Forwards EURUSD 302693761/303225724 | -75,970.32 | 1,613,823.73 |
| 06-Nov-2008 | 10-Nov-2008 | Fx Spot & Forwards EURUSD 303173830/303225856 | 6,775.00 | 1,620,598.73 |
| 06-Nov-2008 | 10-Nov-2008 | Fx Spot & Forwards EURUSD 303173832/303225942 | 6,525.00 | 1,627,123.73 |
| 07-Nov-2008 | 12-Nov-2008 | Fx Spot & Forwards EURUSD 303509297/303511579 | -21,200.00 | 1,605,923.73 |
| 10-Nov-2008 | 12-Nov-2008 | Fx Spot & Forwards EURUSD 303276184/303653931 | -31,425.00 | 1,574,498.73 |
| 10-Nov-2008 | 12-Nov-2008 | Fx Spot & Forwards EURUSD 303276270/303653931 | -32,425.00 | 1,542,073.73 |
| 13-Nov-2008 | 17-Nov-2008 | Fx Spot & Forwards USDJPY 304385808/304406596 | -31,374.26 | 1,510,699.47 |
| 28-Nov-2008 | 01-Dec-2008 | CFDFIN:08-nov-01/08-nov-30 0 | -158.50 | 1,510,540.97 |
| 03-Dec-2008 | 05-Dec-2008 | Fx Spot & Forwards USDJPY 307927755/308046437 | 16,025.33 | 1,526,566.30 |
| 04-Dec-2008 | 08-Dec-2008 | Fx Spot & Forwards USDJPY 308046503/308058540 | 210.37 | 1,526,776.67 |
| 04-Dec-2008 | 08-Dec-2008 | Fx Spot & Forwards USDJPY 308046505/308058542 | -59.93 | 1,526,716.74 |
| 05-Dec-2008 | 09-Dec-2008 | Fx Spot & Forwards USDJPY 308140980/308320071 | -4,619.54 | 1,522,097.20 |
| 05-Dec-2008 | 09-Dec-2008 | Fx Spot & Forwards USDJPY 308317371/308320621 | 6,265.49 | 1,528,362.69 |
| 05-Dec-2008 | 09-Dec-2008 | Fx Spot & Forwards USDJPY 308532115/308543987 | 1,820.74 | 1,530,183.43 |
| 05-Dec-2008 | 09-Dec-2008 | Fx Spot & Forwards USDJPY 308532133/308543987 | 1,820.74 | 1,532,004.17 |
| 05-Dec-2008 | 09-Dec-2008 | Fx Spot & Forwards USDJPY 308535125/308543987 | 2,356.25 | 1,534,360.42 |
| 08-Dec-2008 | 10-Dec-2008 | Fx Spot & Forwards USDJPY 308737465/308774445 | 1,823.03 | 1,536,183.45 |
| 08-Dec-2008 | 10-Dec-2008 | Fx Spot & Forwards USDJPY 308737491/308774457 | 1,715.79 | 1,537,899.24 |
| 09-Dec-2008 | 11-Dec-2008 | Fx Spot & Forwards USDJPY 308777644/308794862 | 3,105.23 | 1,541,004.47 |
| 09-Dec-2008 | 11-Dec-2008 | Fx Spot & Forwards USDJPY 308777650/308794868 | 2,592.19 | 1,543,596.66 |
| 09-Dec-2008 | 11-Dec-2008 | Fx Spot & Forwards USDJPY 308780946/308794931 | 5,454.41 | 1,549,051.07 |
| 10-Dec-2008 | 29-Dec-2008 | Corporate Actions SP500.I 0 | -0.72 | 1,549,050.35 |
| 10-Dec-2008 | 01-Jan-2009 | Corporate Actions SP500.I 0 | -3.12 | 1,549,047.23 |
| 10-Dec-2008 | 02-Jan-2009 | Corporate Actions SP500.I 0 | -4.75 | 1,549,042.48 |
| 10-Dec-2008 | 05-Jan-2009 | Corporate Actions SP500.I 0 | -0.88 | 1,549,041.60 |
| 10-Dec-2008 | 12-Jan-2009 | Corporate Actions SP500.I 0 | -0.30 | 1,549,041.30 |
| 10-Dec-2008 | 12-Dec-2008 | Fx Spot & Forwards USDJPY 309001148/309214663 | 14,022.38 | 1,563,063.68 |
| 10-Dec-2008 | 12-Dec-2008 | Fx Spot & Forwards USDJPY 309001448/309214679 | 14,129.64 | 1,577,193.32 |
| 11-Dec-2008 | 29-Dec-2008 | Corporate Actions SP500.I 0 | -0.40 | 1,577,192.92 |
| 11-Dec-2008 | 30-Dec-2008 | Corporate Actions SP500.I 0 | -1.92 | 1,577,191.00 |
| 11-Dec-2008 | 31-Dec-2008 | Corporate Actions SP500.I 0 | -2.58 | 1,577,188.42 |
| 11-Dec-2008 | 01-Jan-2009 | Corporate Actions SP500.I 0 | -0.57 | 1,577,187.85 |
| 11-Dec-2008 | 02-Jan-2009 | Corporate Actions SP500.I 0 | -8.74 | 1,577,179.11 |
| 11-Dec-2008 | 05-Jan-2009 | Corporate Actions SP500.I 0 | -0.18 | 1,577,178.93 |
| 11-Dec-2008 | 15-Jan-2009 | Corporate Actions SP500.I 0 | -1.96 | 1,577,176.97 |
| 11-Dec-2008 | 20-Jan-2009 | Corporate Actions SP500.I 0 | -7.51 | 1,577,169.46 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309214691/309224226 | -191.21 | 1,576,978.25 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309214691/309224240 | -180.22 | 1,576,798.03 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309214691/309224254 | -101.10 | 1,576,696.93 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309215367/309224254 | -145.06 | 1,576,551.87 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309215367/309224296 | -432.98 | 1,576,118.89 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309215367/309224302 | -323.09 | 1,575,795.80 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309218325/309224322 | 1,795.20 | 1,577,591.00 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309218325/309224326 | 1,697.28 | 1,579,288.28 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309218325/309224330 | 848.64 | 1,580,136.92 |

| | | | | |
|---|---|---|---|---|
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309224330/309240333 | -2,258.30 | 1,577,878.62 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309225108/309240333 | -3,472.62 | 1,574,406.00 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309225114/309240333 | -3,472.62 | 1,570,933.38 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309225116/309240333 | -3,351.74 | 1,567,581.64 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309225118/309240333 | -3,318.77 | 1,564,262.87 |
| 11-Dec-2008 | 15-Dec-2008 | Fx Spot & Forwards USDJPY 309225666/309240333 | -9,835.44 | 1,554,427.43 |
| 12-Dec-2008 | 15-Jan-2009 | Corporate Actions SP500.I 0 | -0.28 | 1,554,427.15 |
| 12-Dec-2008 | 16-Dec-2008 | Fx Spot & Forwards USDJPY 309463669/309479883 | -11,956.50 | 1,542,470.65 |
| 12-Dec-2008 | 16-Dec-2008 | Fx Spot & Forwards USDJPY 309463695/309479883 | -10,136.79 | 1,532,333.86 |
| 12-Dec-2008 | 16-Dec-2008 | Fx Spot & Forwards USDJPY 309466813/309479883 | -5,927.60 | 1,526,406.26 |
| 15-Dec-2008 | 30-Dec-2008 | Corporate Actions SP500.I 0 | -0.29 | 1,526,405.97 |
| 15-Dec-2008 | 31-Dec-2008 | Corporate Actions SP500.I 0 | -0.06 | 1,526,405.91 |
| 15-Dec-2008 | 02-Jan-2009 | Corporate Actions SP500.I 0 | -0.79 | 1,526,405.12 |
| 15-Dec-2008 | 05-Jan-2009 | Corporate Actions SP500.I 0 | -0.55 | 1,526,404.57 |
| 15-Dec-2008 | 07-Jan-2009 | Corporate Actions SP500.I 0 | -2.27 | 1,526,402.30 |
| 15-Dec-2008 | 17-Dec-2008 | Fx Spot & Forwards USDJPY 309726616/309807748 | -16,102.77 | 1,510,299.53 |
| 15-Dec-2008 | 17-Dec-2008 | Fx Spot & Forwards USDJPY 309729332/309807748 | -14,467.55 | 1,495,831.98 |
| 16-Dec-2008 | 30-Dec-2008 | Corporate Actions SP500.I 0 | -0.71 | 1,495,831.27 |
| 16-Dec-2008 | 02-Jan-2009 | Corporate Actions SP500.I 0 | -0.16 | 1,495,831.11 |
| 17-Dec-2008 | 26-Dec-2008 | Corporate Actions SP500.I 0 | -0.21 | 1,495,830.90 |
| 17-Dec-2008 | 30-Dec-2008 | Corporate Actions SP500.I 0 | -0.89 | 1,495,830.01 |
| 17-Dec-2008 | 02-Jan-2009 | Corporate Actions SP500.I 0 | -0.32 | 1,495,829.69 |
| 17-Dec-2008 | 05-Jan-2009 | Corporate Actions SP500.I 0 | -0.42 | 1,495,829.27 |
| 17-Dec-2008 | 06-Jan-2009 | Corporate Actions SP500.I 0 | -0.22 | 1,495,829.05 |
| 17-Dec-2008 | 13-Jan-2009 | Corporate Actions SP500.I 0 | -1.36 | 1,495,827.69 |
| 17-Dec-2008 | 15-Jan-2009 | Corporate Actions SP500.I 0 | -0.72 | 1,495,826.97 |
| 17-Dec-2008 | 19-Dec-2008 | Fx Spot & Forwards USDJPY 309995777/310431598 | -35,278.58 | 1,460,548.39 |
| 18-Dec-2008 | 31-Dec-2008 | Corporate Actions SP500.I 0 | -0.33 | 1,460,548.06 |
| 18-Dec-2008 | 02-Jan-2009 | Corporate Actions SP500.I 0 | -0.10 | 1,460,547.96 |
| 18-Dec-2008 | 09-Jan-2009 | Corporate Actions SP500.I 0 | -1.49 | 1,460,546.47 |
| 18-Dec-2008 | 10-Jan-2009 | Corporate Actions SP500.I 0 | -1.48 | 1,460,544.99 |
| 18-Dec-2008 | 12-Jan-2009 | Corporate Actions SP500.I 0 | -0.24 | 1,460,544.75 |
| 18-Dec-2008 | 02-Feb-2009 | Corporate Actions SP500.I 0 | -0.61 | 1,460,544.14 |
| 19-Dec-2008 | 15-Jan-2009 | Corporate Actions SP500.I 0 | -0.99 | 1,460,543.15 |
| 22-Dec-2008 | 07-Jan-2009 | Corporate Actions SP500.I 0 | -0.16 | 1,460,542.99 |
| 22-Dec-2008 | 09-Jan-2009 | Corporate Actions SP500.I 0 | -7.55 | 1,460,535.44 |
| 22-Dec-2008 | 14-Jan-2009 | Corporate Actions SP500.I 0 | -0.41 | 1,460,535.03 |
| 23-Dec-2008 | 09-Jan-2009 | Corporate Actions SP500.I 0 | -12.59 | 1,460,522.44 |
| 23-Dec-2008 | 13-Jan-2009 | Corporate Actions SP500.I 0 | -4.90 | 1,460,517.54 |
| 23-Dec-2008 | 30-Jan-2009 | Corporate Actions SP500.I 0 | -0.09 | 1,460,517.45 |
| 23-Dec-2008 | 29-Dec-2008 | Fx Spot & Forwards EURUSD 310915891/311174928 | -5,342.92 | 1,455,174.53 |
| 24-Dec-2008 | 09-Jan-2009 | Corporate Actions SP500.I 0 | -0.09 | 1,455,174.44 |
| 24-Dec-2008 | 20-Jan-2009 | Corporate Actions SP500.I 0 | -1.23 | 1,455,173.21 |
| 24-Dec-2008 | 26-Jan-2009 | Corporate Actions SP500.I 0 | -37.46 | 1,455,135.75 |
| 24-Dec-2008 | 29-Jan-2009 | Corporate Actions SP500.I 0 | -4.81 | 1,455,130.94 |
| 24-Dec-2008 | 30-Dec-2008 | Fx Spot & Forwards EURUSD 311136032/311243665 | 6,694.95 | 1,461,825.89 |
| 24-Dec-2008 | 30-Dec-2008 | Fx Spot & Forwards EURUSD 311229671/311243665 | 1,925.00 | 1,463,750.89 |
| 26-Dec-2008 | 26-Dec-2008 | CFDs SP500.I 308889102/311264343 | 2,495.00 | 1,466,245.89 |
| 26-Dec-2008 | 26-Dec-2008 | CFDs SP500.I 311264199/311264343 | -26.00 | 1,466,219.89 |
| 26-Dec-2008 | 26-Dec-2008 | Contract Futures CLG9 311254625 | -22.35 | 1,466,197.54 |
| 26-Dec-2008 | 26-Dec-2008 | Contract Futures CLG9 311254675 | -138.57 | 1,466,058.97 |
| 26-Dec-2008 | 26-Dec-2008 | Contract Futures CLG9 311254625/311255255 | -622.35 | 1,465,436.62 |
| 26-Dec-2008 | 26-Dec-2008 | Contract Futures CLG9 311254675/311255255 | -3,398.57 | 1,462,038.05 |
| 29-Dec-2008 | 05-Jan-2009 | Fx Spot & Forwards USDJPY 309995777/311344288 | 2,163.38 | 1,464,201.43 |
| 29-Dec-2008 | 05-Jan-2009 | Fx Spot & Forwards USDJPY 310158723/311344288 | 15,888.16 | 1,480,089.59 |
| 31-Dec-2008 | 06-Jan-2009 | Fx Spot & Forwards USDJPY 310158723/311662692 | 24,980.92 | 1,505,070.51 |
| 31-Dec-2008 | 06-Jan-2009 | Fx Spot & Forwards USDJPY 310316708/311662692 | 38,736.38 | 1,543,806.89 |
| 31-Dec-2008 | 06-Jan-2009 | Fx Spot & Forwards USDJPY 310408748/311662722 | 41,164.03 | 1,584,970.92 |
| 31-Dec-2008 | 06-Jan-2009 | Fx Spot & Forwards USDJPY 311197429/311662722 | 7,378.89 | 1,592,349.81 |
| 31-Dec-2008 | 06-Jan-2009 | Fx Spot & Forwards USDJPY 311312638/311662770 | 9,559.50 | 1,601,909.31 |
| 31-Dec-2008 | 02-Jan-2009 | CFDFIN:08-dec-01/08-dec-31 0 | -74.27 | 1,601,835.04 |
| Balance as of 31-Dec-2008 | | | USD | 1,601,835.04 |