

**SAXO BANK**

**CAPITAL MARKETS**
Friday, December 17, 2010 3:33:34 AM GMT

## Account Statement for 104882INET

James Dayton Pieron Jr
Universitatstrasse 112
8006 Zurich
Switzerland

Saxo Bank
Philip Heymans Allé 15
DK 2900 Hellerup
Denmark

Account: ⬛⬛⬛9INET
Currency: USD
Period:   01-Jan-2009 - 31-Dec-2009

Phone no.:  +45 39 77 40 00
Fax No.:    +45 39 77 42 00
Email:    info@saxobank.com

| Posting Date | Value Date | Description | Net Change | Balance |
|---|---|---|---|---|
| Balance Start | 01-Jan-2009 | | | 1,601,835.04 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards EURUSD 311229791/312082596 | -124,949.48 | 1,476,885.56 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards EURUSD 311657146/312082596 | -102,967.82 | 1,373,917.74 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards EURUSD 311827518/312088476 | -105,327.23 | 1,268,590.51 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards EURUSD 311956712/312088476 | -38,640.40 | 1,229,950.11 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards EURUSD 311956712/312124578 | -53,565.40 | 1,176,384.71 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards USDJPY 311826682/312087650 | -36,887.53 | 1,139,497.18 |
| 06-Jan-2009 | 08-Jan-2009 | Fx Spot & Forwards USDJPY 311827268/312087682 | -36,833.91 | 1,102,663.27 |
| 05-Feb-2009 | 09-Jan-2009 | Corporate Actions SP500.I 0 | -11.95 | 1,102,651.32 |
| 24-Feb-2009 | 26-Feb-2009 | Fx Spot & Forwards USDJPY 312087724/320860841 | 80,696.60 | 1,183,347.92 |
| 24-Feb-2009 | 26-Feb-2009 | Fx Spot & Forwards USDJPY 312087780/320860855 | 80,438.89 | 1,263,786.81 |
| 24-Feb-2009 | 26-Feb-2009 | Fx Spot & Forwards USDJPY 320718881/320861021 | 19,770.03 | 1,283,556.84 |
| 25-Feb-2009 | 09-Jan-2009 | Corporate Actions SP500.I 0 | 11.94 | 1,283,568.78 |
| 26-Feb-2009 | 02-Mar-2009 | Fx Spot & Forwards USDJPY 321136829/321218875 | -5,101.46 | 1,278,467.32 |
| 26-Feb-2009 | 02-Mar-2009 | Fx Spot & Forwards USDJPY 321136831/321218875 | -4,999.43 | 1,273,467.89 |
| 26-Feb-2009 | 02-Mar-2009 | Fx Spot & Forwards USDJPY 321136833/321218875 | -4,999.43 | 1,268,468.46 |
| 03-Mar-2009 | 05-Mar-2009 | Fx Spot & Forwards USDJPY 321865730/321871194 | -667.95 | 1,267,800.51 |
| 03-Mar-2009 | 05-Mar-2009 | Fx Spot & Forwards USDJPY 321865772/321871194 | -591.17 | 1,267,209.34 |
| 03-Mar-2009 | 05-Mar-2009 | Fx Spot & Forwards USDJPY 321866064/321871194 | -616.76 | 1,266,592.58 |
| 04-Mar-2009 | 04-Mar-2009 | CFDs SP500.I 322087834/322345269 | 1,907.00 | 1,268,499.58 |
| 04-Mar-2009 | 04-Mar-2009 | CFDs SP500.I 322082602/322345269 | 7,744.00 | 1,276,243.58 |
| 04-Mar-2009 | 04-Mar-2009 | CFDs SP500.I 322082602/322345901 | 2,006.00 | 1,278,249.58 |
| 04-Mar-2009 | 04-Mar-2009 | CFDs SP500.I 322082814/322345901 | 2,178.00 | 1,280,427.58 |
| 04-Mar-2009 | 16-Mar-2009 | Corporate Actions SP500.I 0 | 7.09 | 1,280,434.67 |
| 04-Mar-2009 | 20-Mar-2009 | Corporate Actions SP500.I 0 | 2.09 | 1,280,436.76 |
| 04-Mar-2009 | 25-Mar-2009 | Corporate Actions SP500.I 0 | 3.28 | 1,280,440.04 |
| 04-Mar-2009 | 27-Mar-2009 | Corporate Actions SP500.I 0 | 6.32 | 1,280,446.36 |
| 04-Mar-2009 | 30-Mar-2009 | Corporate Actions SP500.I 0 | 0.24 | 1,280,446.60 |
| 04-Mar-2009 | 31-Mar-2009 | Corporate Actions SP500.I 0 | 38.45 | 1,280,485.05 |
| 04-Mar-2009 | 01-Apr-2009 | Corporate Actions SP500.I 0 | 55.15 | 1,280,540.20 |
| 04-Mar-2009 | 02-Apr-2009 | Corporate Actions SP500.I 0 | 15.24 | 1,280,555.44 |
| 04-Mar-2009 | 03-Apr-2009 | Corporate Actions SP500.I 0 | 2.63 | 1,280,558.07 |
| 04-Mar-2009 | 06-Mar-2009 | Fx Spot & Forwards USDJPY 321879778/322348563 | 47,942.41 | 1,328,500.48 |
| 04-Mar-2009 | 06-Mar-2009 | Fx Spot & Forwards USDJPY 321879808/322348795 | 47,741.71 | 1,376,242.19 |
| 05-Mar-2009 | 09-Mar-2009 | Fx Spot & Forwards USDJPY 322348799/322360535 | -4,914.31 | 1,371,327.88 |
| 05-Mar-2009 | 09-Mar-2009 | Fx Spot & Forwards USDJPY 322348813/322360535 | -4,914.31 | 1,366,413.57 |
| 05-Mar-2009 | 09-Mar-2009 | Fx Spot & Forwards USDJPY 322349949/322360535 | -5,298.59 | 1,361,114.98 |
| 05-Mar-2009 | 09-Mar-2009 | Fx Spot & Forwards USDJPY 322350315/322360535 | -5,426.67 | 1,355,688.31 |
| 06-Mar-2009 | 10-Mar-2009 | Fx Spot & Forwards USDJPY 322601681/322612619 | 7,459.36 | 1,363,147.67 |
| 06-Mar-2009 | 10-Mar-2009 | Fx Spot & Forwards USDJPY 322601693/322612619 | 7,256.90 | 1,370,404.57 |
| 06-Mar-2009 | 10-Mar-2009 | Fx Spot & Forwards USDJPY 322601705/322612619 | 7,231.60 | 1,377,636.17 |
| 06-Mar-2009 | 10-Mar-2009 | Fx Spot & Forwards USDJPY 322601747/322612619 | 7,408.76 | 1,385,044.93 |
| 09-Mar-2009 | 09-Mar-2009 | FX: correction on T/N roll fees | 2,722.00 | 1,387,766.93 |
| 09-Mar-2009 | 11-Mar-2009 | Fx Spot & Forwards USDJPY 322975981/323017138 | -28,468.92 | 1,359,298.01 |
| 09-Mar-2009 | 11-Mar-2009 | Fx Spot & Forwards USDJPY 323074570/323074770 | 1,308.62 | 1,360,606.63 |
| 10-Mar-2009 | 12-Mar-2009 | Fx Spot & Forwards USDJPY 323074574/323075840 | 6,706.14 | 1,367,312.77 |
| 10-Mar-2009 | 12-Mar-2009 | Fx Spot & Forwards USDJPY 323074574/323075882 | 6,403.60 | 1,373,716.37 |
| 11-Mar-2009 | 13-Mar-2009 | Fx Spot & Forwards USDJPY 323334140/323364568 | 4,976.09 | 1,378,692.46 |
| 11-Mar-2009 | 13-Mar-2009 | Fx Spot & Forwards USDJPY 323334192/323364568 | 4,592.52 | 1,383,284.98 |
| 11-Mar-2009 | 13-Mar-2009 | Fx Spot & Forwards USDJPY 323334268/323364590 | 4,899.37 | 1,388,184.35 |
| 11-Mar-2009 | 13-Mar-2009 | Fx Spot & Forwards USDJPY 323338358/323364590 | 6,239.29 | 1,394,423.64 |

**GOVERNMENT EXHIBIT**
68

| | | | | |
|---|---|---|---|---|
| 11-Mar-2009 | 13-Mar-2009 | Fx Spot & Forwards USDJPY 323338358/323364596 | 12,478.57 | 1,406,902.21 |
| 11-Mar-2009 | 13-Mar-2009 | Fx Spot & Forwards USDJPY 323459487/323514756 | -8,213.25 | 1,398,688.96 |
| 12-Mar-2009 | 16-Mar-2009 | Fx Spot & Forwards USDJPY 323589338/323600664 | 55,188.20 | 1,453,877.16 |
| 13-Mar-2009 | 17-Mar-2009 | Fx Spot & Forwards USDJPY 323866601/323884626 | -2,062.30 | 1,451,814.86 |
| 13-Mar-2009 | 17-Mar-2009 | Fx Spot & Forwards USDJPY 323885246/323886442 | -6,357.85 | 1,445,457.01 |
| 16-Mar-2009 | 18-Mar-2009 | Fx Spot & Forwards USDJPY 324317063/324323379 | 760.14 | 1,446,217.15 |
| 17-Mar-2009 | 19-Mar-2009 | Fx Spot & Forwards USDJPY 324323589/324338632 | 5,898.35 | 1,452,115.50 |
| 17-Mar-2009 | 19-Mar-2009 | Fx Spot & Forwards USDJPY 324323749/324338636 | 5,519.92 | 1,457,635.42 |
| 17-Mar-2009 | 19-Mar-2009 | Fx Spot & Forwards USD JPY 324324041/324338670 | 6,302.00 | 1,463,937.42 |
| 17-Mar-2009 | 19-Mar-2009 | Fx Spot & Forwards USDJPY 324325081/324338698 | 7,588.63 | 1,471,526.05 |
| 18-Mar-2009 | 20-Mar-2009 | Fx Spot & Forwards EURUSD 324827124/324829164 | 11,850.00 | 1,483,376.05 |
| 18-Mar-2009 | 23-Mar-2009 | Fx Spot & Forwards USDJPY 324558827/324579374 | -1,885.38 | 1,481,490.67 |
| 18-Mar-2009 | 23-Mar-2009 | Fx Spot & Forwards USDJPY 324558829/324579374 | -1,885.38 | 1,479,605.29 |
| 18-Mar-2009 | 23-Mar-2009 | Fx Spot & Forwards USDJPY 324558839/324579374 | -2,355.46 | 1,477,249.83 |
| 19-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 324829030/324847297 | -20,309.36 | 1,456,940.47 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325104953/325121892 | -890.26 | 1,456,050.21 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325105057/325121892 | -2,199.46 | 1,453,850.75 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325106165/325121892 | -1,440.12 | 1,452,410.63 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325106169/325121892 | -1,544.86 | 1,450,865.77 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325106173/325121892 | -1,283.02 | 1,449,582.75 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325111150/325121892 | -29,326.12 | 1,420,256.63 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325122332/325135040 | -4,608.39 | 1,415,648.24 |
| 20-Mar-2009 | 24-Mar-2009 | Fx Spot & Forwards USDJPY 325122338/325135040 | -5,027.34 | 1,410,620.90 |
| 24-Mar-2009 | 26-Mar-2009 | Fx Spot & Forwards USDJPY 325621268/325636328 | -34,261.65 | 1,376,359.25 |
| 25-Mar-2009 | 27-Mar-2009 | Fx Spot & Forwards USDJPY 325870210/325890862 | 43,149.56 | 1,419,508.81 |
| 26-Mar-2009 | 30-Mar-2009 | Fx Spot & Forwards USDJPY 326139437/326145596 | -5,752.70 | 1,413,756.11 |
| 26-Mar-2009 | 30-Mar-2009 | Fx Spot & Forwards USDJPY 326139515/326145596 | -5,752.70 | 1,408,003.41 |
| 26-Mar-2009 | 30-Mar-2009 | Fx Spot & Forwards USDJPY 326139713/326145596 | -4,709.07 | 1,403,294.34 |
| 26-Mar-2009 | 30-Mar-2009 | Fx Spot & Forwards USDJPY 326139851/326145596 | -3,410.89 | 1,399,883.45 |
| 27-Mar-2009 | 31-Mar-2009 | Fx Spot & Forwards EURUSD 326503676/326536036 | 50.00 | 1,399,933.45 |
| 27-Mar-2009 | 31-Mar-2009 | Fx Spot & Forwards EURUSD 326550786/326554980 | 460.00 | 1,400,393.45 |
| 27-Mar-2009 | 31-Mar-2009 | Fx Spot & Forwards USDJPY 326342217/326350238 | 39,335.45 | 1,439,728.90 |
| 31-Mar-2009 | 02-Apr-2009 | Fx Spot & Forwards USDJPY 326801306/326802344 | -2,589.49 | 1,437,139.41 |
| 31-Mar-2009 | 02-Apr-2009 | Fx Spot & Forwards USDJPY 326806138/326806392 | -7,819.25 | 1,429,320.16 |
| 31-Mar-2009 | 01-Apr-2009 | CFDFIN:09-mar-01/09-mar-31 0 | -47.58 | 1,429,272.58 |
| 01-Apr-2009 | 03-Apr-2009 | Fx Spot & Forwards USDJPY 327011155/327019088 | -4,218.22 | 1,425,054.36 |
| 01-Apr-2009 | 03-Apr-2009 | Fx Spot & Forwards USDJPY 327011221/327019088 | -3,249.10 | 1,421,805.26 |
| 01-Apr-2009 | 03-Apr-2009 | Fx Spot & Forwards USDJPY 327019832/327022118 | -9,946.22 | 1,411,859.04 |
| 01-Apr-2009 | 03-Apr-2009 | Fx Spot & Forwards USDJPY 327019892/327022118 | -10,201.25 | 1,401,657.79 |
| 01-Apr-2009 | 03-Apr-2009 | Fx Spot & Forwards USDJPY 327117242/327127318 | -16,679.04 | 1,384,978.75 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327233644/327242110 | 5,560.67 | 1,390,539.42 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327233700/327242110 | 5,685.66 | 1,396,225.08 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327233792/327242110 | 5,560.67 | 1,401,785.75 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327233860/327242110 | 5,660.67 | 1,407,446.42 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327233948/327242110 | 1,177.12 | 1,408,623.54 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327234036/327242110 | 9,244.36 | 1,417,867.90 |
| 02-Apr-2009 | 06-Apr-2009 | Fx Spot & Forwards USDJPY 327507244/327509886 | -1,349.63 | 1,419,217.53 |
| 03-Apr-2009 | 07-Apr-2009 | Fx Spot & Forwards USDJPY 327512508/327521905 | -6,587.42 | 1,412,630.11 |
| 03-Apr-2009 | 07-Apr-2009 | Fx Spot & Forwards USDJPY 327516748/327521913 | -26,600.44 | 1,386,029.67 |
| 03-Apr-2009 | 07-Apr-2009 | Fx Spot & Forwards USDJPY 327526181/327526629 | -10,820.40 | 1,375,209.27 |
| 03-Apr-2009 | 07-Apr-2009 | Fx Spot & Forwards USDJPY 327652054/327707769 | 317.41 | 1,375,526.68 |
| 06-Apr-2009 | 08-Apr-2009 | Fx Spot & Forwards USDJPY 327740275/327743311 | 5,132.07 | 1,380,658.75 |
| 06-Apr-2009 | 08-Apr-2009 | Fx Spot & Forwards USDJPY 327740347/327743311 | 4,245.38 | 1,384,904.13 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328173000/328176754 | 11,217.45 | 1,396,121.58 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328173370/328176754 | 12,414.59 | 1,408,536.17 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328181162/328181298 | 3,491.66 | 1,412,027.83 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328387176/328389346 | -4,156.53 | 1,407,871.30 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328387306/328389346 | -4,383.25 | 1,403,488.05 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328387538/328389346 | -4,887.07 | 1,398,600.98 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328387570/328389346 | -4,584.77 | 1,394,016.21 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328387680/328389346 | -3,854.23 | 1,390,161.98 |
| 08-Apr-2009 | 10-Apr-2009 | Fx Spot & Forwards USDJPY 328387718/328389346 | -3,451.18 | 1,386,710.80 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586276/328588622 | -1,081.40 | 1,385,629.40 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586280/328588622 | -1,111.48 | 1,384,517.92 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586282/328588622 | -1,146.57 | 1,383,371.35 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586286/328588622 | -1,146.57 | 1,382,224.78 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586292/328588622 | -1,141.56 | 1,381,083.22 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586366/328588622 | -1,226.79 | 1,379,856.43 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586572/328588622 | -1,256.87 | 1,378,599.56 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586378/328588622 | -1,256.87 | 1,377,342.69 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586384/328588622 | -1,256.87 | 1,376,085.82 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586392/328588622 | -1,256.87 | 1,374,828.95 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586518/328588622 | -13,471.10 | 1,361,357.85 |
| 10-Apr-2009 | 14-Apr-2009 | Fx Spot & Forwards USDJPY 328586562/328588622 | -14,022.58 | 1,347,335.27 |
| 14-Apr-2009 | 16-Apr-2009 | Fx Spot & Forwards USDJPY 328724514/328725026 | -7,513.06 | 1,339,822.21 |
| 14-Apr-2009 | 16-Apr-2009 | Fx Spot & Forwards USDJPY 328724518/328725026 | -7,766.88 | 1,332,055.33 |
| 14-Apr-2009 | 16-Apr-2009 | Fx Spot & Forwards USDJPY 328724520/328725026 | -7,919.17 | 1,324,136.16 |

00719

| | | | | |
|---|---|---|---|---|
| 17-Apr-2009 | 21-Apr-2009 | Fx Spot & Forwards USDJPY 329360456/329368800 | -5,599.83 | 1,318,536.33 |
| 17-Apr-2009 | 21-Apr-2009 | Fx Spot & Forwards USDJPY 329362078/329368800 | -4,586.25 | 1,313,950.08 |
| 17-Apr-2009 | 21-Apr-2009 | Fx Spot & Forwards USDJPY 329362376/329368800 | -4,586.25 | 1,309,363.83 |
| 15-May-2009 | 18-May-2009 | Fx Spot & Forwards USDTRY 322599245/334475011 | 79,338.04 | 1,388,701.87 |
| 15-May-2009 | 18-May-2009 | Fx Spot & Forwards USDTRY 323531354/334475011 | 64,882.35 | 1,453,584.22 |
| 15-May-2009 | 18-May-2009 | Fx Spot & Forwards USDTRY 324277281/334475021 | 46,501.36 | 1,500,085.58 |
| 15-May-2009 | 18-May-2009 | Fx Spot & Forwards USDTRY 324697208/334475021 | 53,504.14 | 1,553,589.72 |
| 15-May-2009 | 18-May-2009 | Fx Spot & Forwards USDTRY 325761842/334475039 | 35,314.42 | 1,588,904.14 |
| 15-May-2009 | 19-May-2009 | Fx Spot & Forwards GBPCHF 334462313/334462665 | 248.43 | 1,589,152.57 |
| 05-Jun-2009 | 08-Jun-2009 | Fx Spot & Forwards USDCAD 337297612/337968047 | 17,847.05 | 1,606,999.62 |
| 05-Jun-2009 | 08-Jun-2009 | Fx Spot & Forwards USDCAD 337871341/337968123 | 4,707.74 | 1,611,707.36 |
| 05-Jun-2009 | 09-Jun-2009 | Fx Spot & Forwards EURUSD 338084991/338151711 | -1,020.00 | 1,610,687.36 |
| 05-Jun-2009 | 09-Jun-2009 | Fx Spot & Forwards EURUSD 338120619/338151711 | -1,100.00 | 1,609,587.36 |
| 09-Jun-2009 | 11-Jun-2009 | Fx Spot & Forwards EURUSD 338401252/338435448 | -659.00 | 1,608,928.36 |
| 09-Jun-2009 | 11-Jun-2009 | Fx Spot & Forwards EURUSD 338435448/338438108 | 160.00 | 1,609,088.36 |
| 09-Jun-2009 | 11-Jun-2009 | Fx Spot & Forwards EURUSD 338600516/338600910 | 560.00 | 1,609,648.36 |
| 09-Jun-2009 | 11-Jun-2009 | Fx Spot & Forwards EURUSD 338603724/338617646 | 440.00 | 1,610,088.36 |
| 11-Jun-2009 | 01-Oct-2008 | Interest - Sep 2008 | -1,284.35 | 1,608,804.01 |
| 11-Jun-2009 | 03-Nov-2008 | Interest - Oct 2008 | -716.21 | 1,608,087.80 |
| 11-Jun-2009 | 03-Nov-2008 | Interest - Oct 2008 | 716.21 | 1,608,804.01 |
| 11-Jun-2009 | 01-Oct-2008 | Interest - Sep 2008 | 1,284.35 | 1,610,088.36 |
| 17-Jul-2009 | 17-Jul-2009 | CFDs SP500.I 344987914/345067052 | 1,495.00 | 1,611,583.36 |
| 20-Jul-2009 | 05-Aug-2009 | Corporate Actions SP500.I 0 | -0.64 | 1,611,582.72 |
| 20-Jul-2009 | 22-Aug-2009 | Corporate Actions SP500.I 0 | -5.74 | 1,611,576.98 |
| 21-Jul-2009 | 03-Aug-2009 | Corporate Actions SP500.I 0 | -12.67 | 1,611,564.31 |
| 22-Jul-2009 | 22-Jul-2009 | CFDs SP500.I 345155142/345755126 | -7,480.00 | 1,604,084.31 |
| 22-Jul-2009 | 22-Jul-2009 | CFDs SP500.I 345163394/345755636 | -8,140.00 | 1,595,944.31 |
| 22-Jul-2009 | 22-Jul-2009 | CFDs SP500.I 345559472/345756004 | -2,045.00 | 1,593,899.31 |
| 22-Jul-2009 | 14-Aug-2009 | Corporate Actions SP500.I 0 | -31.35 | 1,593,867.96 |
| 22-Jul-2009 | 17-Aug-2009 | Corporate Actions SP500.I 0 | -182.90 | 1,593,685.06 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 325761842/345678898 | 68,953.66 | 1,662,638.72 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 326467096/345678898 | 143,162.86 | 1,805,801.58 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 328094928/345678898 | 50,364.39 | 1,856,165.97 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 328094928/345679388 | 50,364.39 | 1,906,530.36 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 335945266/345679388 | 28,914.17 | 1,935,444.53 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 335945266/345679718 | 58,295.99 | 1,993,740.52 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 335945266/345688218 | 57,627.92 | 2,051,368.44 |
| 22-Jul-2009 | 23-Jul-2009 | Fx Spot & Forwards USDTRY 342098851/345688218 | 33,832.60 | 2,085,201.04 |
| 22-Jul-2009 | 24-Jul-2009 | Fx Spot & Forwards EURUSD 345550746/345754564 | -6,267.12 | 2,078,933.92 |
| 22-Jul-2009 | 24-Jul-2009 | Fx Spot & Forwards EURUSD 345766220/345779466 | 300.00 | 2,079,233.92 |
| 31-Jul-2009 | 03-Aug-2009 | CFD Finance - Jul 2009 | -347.78 | 2,078,886.14 |
| 05-Aug-2009 | 25-Aug-2009 | Corporate Actions SP500.I 0 | -1.67 | 2,078,884.47 |
| 05-Aug-2009 | 28-Aug-2009 | Corporate Actions SP500.I 0 | -0.91 | 2,078,883.56 |
| 05-Aug-2009 | 29-Aug-2009 | Corporate Actions SP500.I 0 | -4.46 | 2,078,879.10 |
| 05-Aug-2009 | 31-Aug-2009 | Corporate Actions SP500.I 0 | -6.03 | 2,078,873.07 |
| 05-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -69.05 | 2,078,804.02 |
| 05-Aug-2009 | 02-Sep-2009 | Corporate Actions SP500.I 0 | -61.56 | 2,078,742.46 |
| 05-Aug-2009 | 04-Sep-2009 | Corporate Actions SP500.I 0 | -17.70 | 2,078,724.76 |
| 05-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -7.12 | 2,078,717.64 |
| 06-Aug-2009 | 14-Aug-2009 | Corporate Actions SP500.I 0 | -2.45 | 2,078,715.19 |
| 06-Aug-2009 | 19-Aug-2009 | Corporate Actions SP500.I 0 | -1.80 | 2,078,713.39 |
| 06-Aug-2009 | 20-Aug-2009 | Corporate Actions SP500.I 0 | -8.62 | 2,078,704.77 |
| 06-Aug-2009 | 24-Aug-2009 | Corporate Actions SP500.I 0 | -3.56 | 2,078,701.21 |
| 06-Aug-2009 | 31-Aug-2009 | Corporate Actions SP500.I 0 | -3.23 | 2,078,697.98 |
| 06-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -4.93 | 2,078,693.05 |
| 06-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -105.16 | 2,078,587.89 |
| 06-Aug-2009 | 11-Sep-2009 | Corporate Actions SP500.I 0 | -9.94 | 2,078,577.95 |
| 07-Aug-2009 | 20-Sep-2009 | Corporate Actions SP500.I 0 | -2.57 | 2,078,575.38 |
| 07-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -3.99 | 2,078,571.39 |
| 07-Aug-2009 | 14-Sep-2009 | Corporate Actions SP500.I 0 | -11.74 | 2,078,559.65 |
| 10-Aug-2009 | 26-Aug-2009 | Corporate Actions SP500.I 0 | -0.14 | 2,078,559.51 |
| 10-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -19.98 | 2,078,539.53 |
| 10-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -0.82 | 2,078,538.71 |
| 10-Aug-2009 | 16-Sep-2009 | Corporate Actions SP500.I 0 | -9.49 | 2,078,529.22 |
| 11-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -45.51 | 2,078,483.71 |
| 11-Aug-2009 | 03-Sep-2009 | Corporate Actions SP500.I 0 | -14.74 | 2,078,468.97 |
| 11-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -233.13 | 2,078,235.84 |
| 12-Aug-2009 | 26-Aug-2009 | Corporate Actions SP500.I 0 | -8.34 | 2,078,227.50 |
| 12-Aug-2009 | 28-Aug-2009 | Corporate Actions SP500.I 0 | -30.20 | 2,078,197.30 |
| 12-Aug-2009 | 31-Aug-2009 | Corporate Actions SP500.I 0 | -23.83 | 2,078,173.47 |
| 12-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -23.82 | 2,078,149.65 |
| 12-Aug-2009 | 08-Sep-2009 | Corporate Actions SP500.I 0 | -103.76 | 2,078,045.89 |
| 12-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -198.11 | 2,077,847.78 |
| 12-Aug-2009 | 11-Sep-2009 | Corporate Actions SP500.I 0 | -63.21 | 2,077,784.57 |
| 12-Aug-2009 | 12-Sep-2009 | Corporate Actions SP500.I 0 | -12.68 | 2,077,771.89 |
| 12-Aug-2009 | 14-Sep-2009 | Corporate Actions SP500.I 0 | -27.51 | 2,077,744.38 |
| 12-Aug-2009 | 16-Sep-2009 | Corporate Actions SP500.I 0 | -52.71 | 2,077,691.67 |

00720

Account Statement for All

| | | | | |
|---|---|---|---|---|
| 12-Aug-2009 | 14-Aug-2009 | Fx Spot & Forwards EURUSD 349058624/349143032 | -5,480.00 | 2,072,211.67 |
| 12-Aug-2009 | 14-Aug-2009 | Fx Spot & Forwards EURUSD 349061774/349143032 | -5,450.00 | 2,066,761.67 |
| 13-Aug-2009 | 28-Aug-2009 | Corporate Actions SP500.I 0 | -8.16 | 2,066,753.51 |
| 13-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -30.34 | 2,066,723.17 |
| 13-Aug-2009 | 07-Sep-2009 | Corporate Actions SP500.I 0 | -2.62 | 2,066,720.55 |
| 13-Aug-2009 | 08-Sep-2009 | Corporate Actions SP500.I 0 | -9.44 | 2,066,711.11 |
| 13-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -7.02 | 2,066,704.09 |
| 13-Aug-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -8.80 | 2,066,695.29 |
| 13-Aug-2009 | 14-Aug-2009 | Fx Spot & Forwards USDTRY 348642330/349357082 | 3,724.20 | 2,070,419.49 |
| 14-Aug-2009 | 14-Aug-2009 | Fx Spot & Forwards USDTRY 348642336/349357082 | 3,724.20 | 2,074,143.69 |
| 13-Aug-2009 | 14-Aug-2009 | Fx Spot & Forwards USDTRY 348653326/349357082 | 4,687.38 | 2,078,831.07 |
| 14-Aug-2009 | 08-Sep-2009 | Corporate Actions SP500.I 0 | -5.58 | 2,078,825.49 |
| 14-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -4.13 | 2,078,821.36 |
| 17-Aug-2009 | 28-Aug-2009 | Corporate Actions SP500.I 0 | -1.76 | 2,078,819.60 |
| 17-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -22.33 | 2,078,797.27 |
| 17-Aug-2009 | 02-Sep-2009 | Corporate Actions SP500.I 0 | -7.19 | 2,078,790.08 |
| 17-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -261.56 | 2,078,528.52 |
| 17-Aug-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -27.62 | 2,078,500.90 |
| 18-Aug-2009 | 03-Sep-2009 | Corporate Actions SP500.I 0 | -10.58 | 2,078,490.32 |
| 18-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -248.57 | 2,078,241.75 |
| 18-Aug-2009 | 20-Aug-2009 | Fx Spot & Forwards EURUSD 350003287/350007901 | -500.00 | 2,077,741.75 |
| 19-Aug-2009 | 31-Aug-2009 | Corporate Actions SP500.I 0 | -2.66 | 2,077,739.09 |
| 19-Aug-2009 | 01-Sep-2009 | Corporate Actions SP500.I 0 | -8.03 | 2,077,731.06 |
| 19-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -82.51 | 2,077,648.55 |
| 19-Aug-2009 | 11-Sep-2009 | Corporate Actions SP500.I 0 | -34.86 | 2,077,613.69 |
| 19-Aug-2009 | 12-Sep-2009 | Corporate Actions SP500.I 0 | -111.58 | 2,077,502.11 |
| 19-Aug-2009 | 14-Sep-2009 | Corporate Actions SP500.I 0 | -4.95 | 2,077,497.16 |
| 19-Aug-2009 | 01-Oct-2009 | Corporate Actions SP500.I 0 | -8.80 | 2,077,488.36 |
| 19-Aug-2009 | 20-Aug-2009 | Fx Spot & Forwards USDTRY 350239793/350390022 | -536.59 | 2,076,951.77 |
| 19-Aug-2009 | 20-Aug-2009 | Fx Spot & Forwards USDTRY 350239805/350390022 | -670.74 | 2,076,281.03 |
| 19-Aug-2009 | 21-Aug-2009 | Fx Spot & Forwards EURUSD 350223407/350229427 | 3,020.00 | 2,079,301.03 |
| 19-Aug-2009 | 21-Aug-2009 | Fx Spot & Forwards EURUSD 350232563/350292311 | -8,680.00 | 2,070,621.03 |
| 19-Aug-2009 | 21-Aug-2009 | Fx Spot & Forwards EURUSD 350232797/350292343 | -8,460.00 | 2,062,161.03 |
| 20-Aug-2009 | 04-Sep-2009 | Corporate Actions SP500.I 0 | -9.12 | 2,062,151.91 |
| 20-Aug-2009 | 08-Sep-2009 | Corporate Actions SP500.I 0 | -4.12 | 2,062,147.79 |
| 20-Aug-2009 | 09-Sep-2009 | Corporate Actions SP500.I 0 | -101.81 | 2,062,045.98 |
| 20-Aug-2009 | 18-Sep-2009 | Corporate Actions SP500.I 0 | -3.18 | 2,062,042.80 |
| 20-Aug-2009 | 24-Aug-2009 | Fx Spot & Forwards EURUSD 350398158/350622558 | 88.00 | 2,062,130.80 |
| 21-Aug-2009 | 08-Sep-2009 | Corporate Actions SP500.I 0 | -306.94 | 2,061,823.86 |
| 21-Aug-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -16.53 | 2,061,807.33 |
| 21-Aug-2009 | 24-Sep-2009 | Corporate Actions SP500.I 0 | -40.05 | 2,061,767.28 |
| 24-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -28.77 | 2,061,738.51 |
| 25-Aug-2009 | 11-Sep-2009 | Corporate Actions SP500.I 0 | -2.02 | 2,061,736.49 |
| 25-Aug-2009 | 16-Sep-2009 | Corporate Actions SP500.I 0 | -16.55 | 2,061,719.94 |
| 26-Aug-2009 | 11-Sep-2009 | Corporate Actions SP500.I 0 | -11.51 | 2,061,708.43 |
| 26-Aug-2009 | 14-Sep-2009 | Corporate Actions SP500.I 0 | -18.13 | 2,061,690.30 |
| 26-Aug-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -68.55 | 2,061,621.75 |
| 26-Aug-2009 | 20-Sep-2009 | Corporate Actions SP500.I 0 | -73.34 | 2,061,548.41 |
| 26-Aug-2009 | 25-Sep-2009 | Corporate Actions SP500.I 0 | -79.95 | 2,061,468.46 |
| 27-Aug-2009 | 10-Sep-2009 | Corporate Actions SP500.I 0 | -2.31 | 2,061,466.15 |
| 27-Aug-2009 | 12-Sep-2009 | Corporate Actions SP500.I 0 | -47.43 | 2,061,418.72 |
| 27-Aug-2009 | 14-Sep-2009 | Corporate Actions SP500.I 0 | -6.16 | 2,061,412.56 |
| 27-Aug-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -156.81 | 2,061,255.75 |
| 27-Aug-2009 | 19-Sep-2009 | Corporate Actions SP500.I 0 | -17.72 | 2,061,238.03 |
| 27-Aug-2009 | 30-Sep-2009 | Corporate Actions SP500.I 0 | -26.49 | 2,061,211.54 |
| 27-Aug-2009 | 01-Oct-2009 | Corporate Actions SP500.I 0 | -97.18 | 2,061,114.36 |
| 28-Aug-2009 | 11-Sep-2009 | Corporate Actions SP500.I 0 | -59.43 | 2,061,054.93 |
| 28-Aug-2009 | 14-Sep-2009 | Corporate Actions SP500.I 0 | -7.70 | 2,061,047.23 |
| 28-Aug-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -255.70 | 2,060,791.53 |
| 28-Aug-2009 | 25-Sep-2009 | Corporate Actions SP500.I 0 | -63.48 | 2,060,728.05 |
| 28-Aug-2009 | 30-Sep-2009 | Corporate Actions SP500.I 0 | -33.70 | 2,060,694.35 |
| 28-Aug-2009 | 01-Oct-2009 | Corporate Actions SP500.I 0 | -21.66 | 2,060,672.69 |
| 31-Aug-2009 | 01-Sep-2009 | CFD Finance - Aug 2009 | -3,522.93 | 2,057,149.76 |
| 31-Aug-2009 | 16-Sep-2009 | Corporate Actions SP500.I 0 | -7.69 | 2,057,142.07 |
| 31-Aug-2009 | 22-Sep-2009 | Corporate Actions SP500.I 0 | -27.53 | 2,057,114.54 |
| 31-Aug-2009 | 01-Oct-2009 | Corporate Actions SP500.I 0 | -6.55 | 2,057,107.99 |
| 31-Aug-2009 | 02-Oct-2009 | Corporate Actions SP500.I 0 | -85.66 | 2,057,022.33 |
| 01-Sep-2009 | 17-Sep-2009 | Corporate Actions SP500.I 0 | -151.81 | 2,056,870.52 |
| 01-Sep-2009 | 24-Sep-2009 | Corporate Actions SP500.I 0 | -1.33 | 2,056,869.19 |
| 01-Sep-2009 | 03-Sep-2009 | Fx Spot & Forwards EURUSD 350398308/352307993 | -6,685.06 | 2,050,184.13 |
| 01-Sep-2009 | 03-Sep-2009 | Fx Spot & Forwards EURUSD 350650089/352307993 | -7,545.22 | 2,042,638.91 |
| 01-Sep-2009 | 03-Sep-2009 | Fx Spot & Forwards EURUSD 352118938/352307993 | 3,664.00 | 2,046,302.91 |
| 02-Sep-2009 | 15-Sep-2009 | Corporate Actions SP500.I 0 | -48.92 | 2,046,253.99 |
| 02-Sep-2009 | 18-Sep-2009 | Corporate Actions SP500.I 0 | -8.98 | 2,046,245.01 |
| 02-Sep-2009 | 22-Sep-2009 | Corporate Actions SP500.I 0 | -10.38 | 2,046,234.63 |
| 02-Sep-2009 | 25-Sep-2009 | Corporate Actions SP500.I 0 | -34.37 | 2,046,200.26 |
| 02-Sep-2009 | 28-Sep-2009 | Corporate Actions SP500.I 0 | -1.67 | 2,046,198.59 |

00721

| 02-Sep-2009 | 30-Sep-2009 | Corporate Actions SP500.I 0 | | -288.46 | 2,045,910.13 |
|---|---|---|---|---|---|
| 02-Sep-2009 | 01-Oct-2009 | Corporate Actions SP500.I 0 | | -374.26 | 2,045,535.87 |
| 02-Sep-2009 | 02-Oct-2009 | Corporate Actions SP500.I 0 | | -107.80 | 2,045,428.07 |
| 02-Sep-2009 | 02-Sep-2009 | Contract Futures ESU9 352489797 | | -41.60 | 2,045,386.47 |
| 02-Sep-2009 | 02-Sep-2009 | Contract Futures ESU9 352493317 | | -457.60 | 2,044,928.87 |
| 02-Sep-2009 | 04-Sep-2009 | Fx Spot & Forwards EURUSD 352324963/352620054 | | 15,026.00 | 2,059,954.87 |
| 03-Sep-2009 | 18-Sep-2009 | Corporate Actions SP500.I 0 | | -20.77 | 2,059,934.10 |
| 03-Sep-2009 | 21-Sep-2009 | Corporate Actions SP500.I 0 | | -82.51 | 2,059,851.59 |
| 03-Sep-2009 | 25-Sep-2009 | Corporate Actions SP500.I 0 | | -56.76 | 2,059,794.83 |
| 03-Sep-2009 | 28-Sep-2009 | Corporate Actions SP500.I 0 | | -28.94 | 2,059,765.89 |
| 03-Sep-2009 | 01-Oct-2009 | Corporate Actions SP500.I 0 | | -49.70 | 2,059,716.19 |
| 03-Sep-2009 | 07-Oct-2009 | Corporate Actions SP500.I 0 | | -30.44 | 2,059,685.75 |
| 03-Sep-2009 | 09-Oct-2009 | Corporate Actions SP500.I 0 | | -7.07 | 2,059,678.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 347840324/353059160 | | -3,360.00 | 2,056,318.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 347914917/353059160 | | -3,610.00 | 2,052,708.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 348849703/353059160 | | -710.00 | 2,051,998.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 350016833/353059160 | | -13,110.00 | 2,038,888.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 350820063/353059160 | | 5,605.00 | 2,044,493.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 351319875/353059160 | | 8,095.00 | 2,052,588.68 |
| 04-Sep-2009 | 04-Sep-2009 | CFDs SP500.I 352146632/353059160 | | 3,785.00 | 2,056,373.68 |
| 04-Sep-2009 | 18-Sep-2009 | Corporate Actions SP500.I 0 | | -11.59 | 2,056,362.09 |
| 04-Sep-2009 | 23-Sep-2009 | Corporate Actions SP500.I 0 | | -17.87 | 2,056,344.22 |
| 04-Sep-2009 | 30-Sep-2009 | Corporate Actions SP500.I 0 | | -129.42 | 2,056,214.80 |
| 04-Sep-2009 | 14-Oct-2009 | Corporate Actions SP500.I 0 | | -54.90 | 2,056,159.90 |
| 04-Sep-2009 | 04-Sep-2009 | Contract Futures ESU9 353078726 | | -124.80 | 2,056,035.10 |
| 04-Sep-2009 | 04-Sep-2009 | Contract Futures ESU9 353085108 | | -208.00 | 2,055,827.10 |
| 04-Sep-2009 | 04-Sep-2009 | Error In FX Trade | | 560.00 | 2,056,387.10 |
| 08-Sep-2009 | 08-Sep-2009 | Contract Futures ESU9 352489797/353273703 | | -15,541.60 | 2,040,845.50 |
| 08-Sep-2009 | 08-Sep-2009 | Contract Futures ESU9 352493317/353273703 | | -109,666.20 | 1,931,179.30 |
| 17-Sep-2009 | 17-Sep-2009 | Contract Futures ESU9 352493317/354922363 | | -149,666.40 | 1,781,512.90 |
| 17-Sep-2009 | 17-Sep-2009 | Contract Futures ESU9 353078726/354922363 | | -82,624.80 | 1,698,888.10 |
| 17-Sep-2009 | 17-Sep-2009 | Contract Futures ESU9 353085108/354922363 | | -137,708.00 | 1,561,180.10 |
| 17-Sep-2009 | 17-Sep-2009 | Contract Futures ESZ9 354922395 | | -499.20 | 1,560,680.90 |
| 22-Sep-2009 | 18-Sep-2009 | Corporate Actions SP500.I 0 | | -28.43 | 1,560,652.47 |
| 24-Sep-2009 | 28-Sep-2009 | Fx Spot & Forwards EURUSD 355960412/355967894 | | -7,260.00 | 1,553,392.47 |
| 30-Sep-2009 | 01-Oct-2009 | CFD Finance - Sep 2009 | | -692.17 | 1,552,700.30 |
| 30-Sep-2009 | 01-Oct-2009 | Fx Spot & Forwards USDTRY 35086i677/356539711 | | 2,188.18 | 1,554,888.48 |
| 30-Sep-2009 | 01-Oct-2009 | Fx Spot & Forwards USDTRY 350861705/356539711 | | 689.69 | 1,555,578.17 |
| 30-Sep-2009 | 01-Oct-2009 | Fx Spot & Forwards USDTRY 350861721/356539711 | | 689.69 | 1,556,267.86 |
| 30-Sep-2009 | 01-Oct-2009 | Fx Spot & Forwards USDTRY 352496995/356539711 | | 19,201.78 | 1,575,469.64 |
| 30-Sep-2009 | 01-Oct-2009 | Fx Spot & Forwards USDTRY 352497915/357136325 | | 24,555.38 | 1,600,025.02 |
| 30-Sep-2009 | 01-Oct-2009 | Fx Spot & Forwards USDTRY 352516616/357136585 | | 23,080.22 | 1,623,105.24 |
| 02-Nov-2009 | 02-Nov-2009 | Contract Futures ESZ9 354922395/363432038 | | 61,850.40 | 1,684,955.64 |
| 09-Nov-2009 | 09-Nov-2009 | WITHDRAWAL 104882INET (212077866, 364749469) | | -1,000,000.00 | 684,955.64 |
| 21-Dec-2009 | 21-Dec-2009 | Contract Futures ESZ9 354922395/372969355 | | -117,039.60 | 567,916.04 |
| **Balance as of 31-Dec-2009** | | | USD | | **567,916.04** |