

**SAXO BANK**
CAPITAL MARKETS
Friday, December 17, 2010 3:47:52 AM GMT

**Account Statement for 104882INET**

James Dayton Pieron Jr
Universitatstrasse 112
8006 Zurich
Switzerland

Account: ▮▮▮▮INET
Currency: USD
Period:   01-Jan-2010 - 16-Dec-2010

Saxo Bank
Philip Heymans Allé 15
DK 2900 Hellerup
Denmark

Phone no.: +45 39 77 40 00
Fax No.:   +45 39 77 42 00
Email:     info@saxobank.com

| Posting Date | Value Date | Description | Net Change | Balance |
|---|---|---|---:|---:|
| Balance Start 01-Jan-2010 | | | | 567,916.04 |
| 08-Jan-2010 | 12-Jan-2010 | Fx Spot & Forwards EURUSD 352485725/375277879 | -12,964.91 | 554,951.13 |
| 21-Jan-2010 | 22-Jan-2010 | Fx Spot & Forwards USDTRY 352788970/378071531 | 22,207.85 | 577,158.98 |
| 21-Jan-2010 | 22-Jan-2010 | Fx Spot & Forwards USDTRY 352788970/378071537 | 22,174.40 | 599,333.38 |
| 25-Jan-2010 | 25-Jan-2010 | Contract Futures ESH0 378895755 | -41.60 | 599,291.78 |
| 25-Jan-2010 | 27-Jan-2010 | Fx Spot & Forwards EURUSD 352485725/378890349 | 4,722.67 | 604,014.45 |
| 25-Jan-2010 | 27-Jan-2010 | Fx Spot & Forwards EURUSD 378071623/378890399 | -4,245.10 | 599,769.35 |
| 26-Jan-2010 | 26-Jan-2010 | Contract Futures ESH0 379371808 | -41.60 | 599,727.75 |
| 16-Feb-2010 | 16-Feb-2010 | Contract Futures ESH0 384070428 | -20.80 | 599,706.95 |
| 17-Feb-2010 | 18-Feb-2010 | Fx Spot & Forwards USDTRY 352788984/384774423 | 21,541.02 | 621,247.97 |
| 22-Mar-2010 | 22-Mar-2010 | Contract Futures ESH0 378895755/392585474 | -36,141.60 | 585,106.37 |
| 22-Mar-2010 | 22-Mar-2010 | Contract Futures ESH0 379371808/392585475 | -37,891.60 | 547,214.77 |
| 22-Mar-2010 | 22-Mar-2010 | Contract Futures ESH0 384070428/392585482 | -24,258.30 | 522,956.47 |
| 22-Mar-2010 | 22-Mar-2010 | Contract Futures ESM0 392690934 | -54.08 | 522,902.39 |
| 23-Mar-2010 | 23-Mar-2010 | Contract Futures ESM0 392976115 | -54.08 | 522,848.31 |
| 10-May-2010 | 10-May-2010 | Contract Futures ESM0 404473115 | -20.80 | 522,827.51 |
| 10-May-2010 | 12-May-2010 | Fx Spot & Forwards EURUSD 404484503/404506233 | -4,980.00 | 517,847.51 |
| 14-May-2010 | 17-May-2010 | Fx Spot & Forwards USDTRY 353091124/406152090 | 8,309.61 | 526,157.12 |
| 14-May-2010 | 17-May-2010 | Fx Spot & Forwards USDTRY 363412749/406157042 | 1,342.88 | 527,500.00 |
| 14-May-2010 | 17-May-2010 | Fx Spot & Forwards USDTRY 363412749/406355199 | -1,210.63 | 526,289.37 |
| 14-May-2010 | 17-May-2010 | Fx Spot & Forwards USDTRY 363412749/406355235 | -1,080.36 | 525,209.01 |
| 19-May-2010 | 21-May-2010 | Fx Spot & Forwards GBPCAD 406831153/407400060 | 1,213.51 | 526,422.52 |
| 25-May-2010 | 27-May-2010 | Fx Spot & Forwards EURUSD 380230504/409453745 | 171,327.00 | 697,749.52 |
| 27-May-2010 | 01-Jun-2010 | Fx Spot & Forwards EURUSD 408949581/410074922 | 21,297.00 | 719,046.52 |
| 27-May-2010 | 01-Jun-2010 | Fx Spot & Forwards EURUSD 409316509/410075336 | -5,656.41 | 713,390.11 |
| 01-Jun-2010 | 02-Jun-2010 | Fx Spot & Forwards USDTRY 384615067/411354616 | -32,433.83 | 680,956.28 |
| 01-Jun-2010 | 02-Jun-2010 | Fx Spot & Forwards USDTRY 409452319/411354616 | 10,237.99 | 691,194.27 |
| 01-Jun-2010 | 03-Jun-2010 | Fx Spot & Forwards EURUSD 410861126/411266950 | -6,154.04 | 685,040.23 |
| 02-Jun-2010 | 03-Jun-2010 | Fx Spot & Forwards USDTRY 409456985/411477693 | 6,255.58 | 691,295.81 |
| 17-Jun-2010 | 17-Jun-2010 | Contract Futures ESM0 392690934/415419938 | 32,445.92 | 723,741.73 |
| 17-Jun-2010 | 17-Jun-2010 | Contract Futures ESM0 392976115/415419938 | 33,258.42 | 757,000.15 |
| 17-Jun-2010 | 17-Jun-2010 | Contract Futures ESM0 404473115/415419938 | 9,541.70 | 766,541.85 |
| 05-Jul-2010 | 06-Jul-2010 | Fx Spot & Forwards USDTRY 409456985/418779556 | 20,463.88 | 787,005.73 |
| 05-Jul-2010 | 06-Jul-2010 | Fx Spot & Forwards USDTRY 409463015/418779640 | 22,691.26 | 809,696.99 |
| 05-Jul-2010 | 06-Jul-2010 | Fx Spot & Forwards USDTRY 411958296/418779682 | 11,187.47 | 820,884.46 |
| 26-Nov-2010 | 29-Nov-2010 | WITHDRAWAL 104882INET (297146675, 448382724) | -820,626.24 | 258.22 |
| 26-Nov-2010 | 30-Nov-2010 | Fx Spot & Forwards USDJPY 448274222 | -10.02 | 248.20 |
| 26-Nov-2010 | 30-Nov-2010 | Fx Spot & Forwards USDJPY 448274278 | -10.02 | 238.18 |
| 26-Nov-2010 | 30-Nov-2010 | Fx Spot & Forwards USDJPY 448274322 | -10.02 | 228.16 |
| 30-Nov-2010 | 01-Dec-2010 | Interest - Nov 2010 | -0.04 | 228.12 |
| 03-Dec-2010 | 07-Dec-2010 | Fx Spot & Forwards USDJPY 448274222/450111978 | -52.03 | 176.09 |
| 03-Dec-2010 | 07-Dec-2010 | Fx Spot & Forwards USDJPY 448274278/450111978 | -50.81 | 125.28 |
| 03-Dec-2010 | 07-Dec-2010 | Fx Spot & Forwards USDJPY 448274322/450111978 | -100.63 | 24.65 |
| Balance as of 16-Dec-2010 | | | USD | 24.65 |



GOVERNMENT EXHIBIT 70