**Andrews Hooper Pavlik PLC**

~~[redacted]~~

Saginaw, MI 48638-6035

~~[redacted]~~

**Filing Instructions**

**Form TD F 90-22.1**

**Report of Foreign Bank and Financial Accounts**

**Taxable Year Ended December 31, 2009**

**Name:** James D Pieron, Jr.

**Date Due:** June 30, 2010

**Mail To:** Internal Revenue Service
U. S. Department of the Treasury
P. O. Box 32621
Detroit, MI 48232-0621

**Signature:** You should sign and date the form.

**Other:** Initial and date the copy and retain it for your records. Do not mail Form TD F 90-22.1 with your 2009 Form 1040 return.

GOVERNMENT EXHIBIT 89

| TD F 90-22.1 (Rev. October 2008) Department of the Treasury Do not use previous editions of this form after December 31, 2008 | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS Do NOT file with your Federal Tax Return | OMB No. 1545-2038 1 This Report is for Calendar Year Ended 12/31 __2009__ Amended ☐ |
|---|---|---|

**Part I    Filer Information**

**2 Type of Filer**

a [X] Individual    b ☐ Partnership    c ☐ Corporation    d ☐ Consolidated    e ☐ Fiduciary or Other—Enter type _____

| 3 U.S. Taxpayer Identification Number ████████ If filer has no U.S. Identification Number complete Item 4. | 4 Foreign Identification (Complete only if item 3 is not applicable.) a Type: ☐ Passport  ☐ Other _____ b Number _____    c Country of Issue _____ | 5 Individual's Date of Birth MM/DD/YYYY ████████ |
|---|---|---|
| 6 Last Name or Organization Name  PIERON, JR. | 7 First Name  JAMES | 8 Middle Initial  D |

**9 Address (Number, Street, and Apt. or Suite No.)**

████ CHURCHILL

| 10 City  MT. PLEASANT | 11 State  MI | 12 Zip/Postal Code  48858 | 13 Country |
|---|---|---|---|

**14 Does the filer have a financial interest in 25 or more financial accounts?**

☐ Yes    If "Yes" enter total number of accounts _____

(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)

[X] No

**Part II    Information on Financial Account(s) Owned Separately**

| 15 Maximum value of account during calendar year reported  1,000,000 | 16 Type of account  a [X] Bank   b ☐ Securities   c ☐ Other—Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**

UBS

| 18 Account number or other designation  202628697603 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held  POSTFACH, CH-6002 |
|---|---|
| 20 City  LUZERN | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  SWITZERLAND |

**Signature**

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY)  05/17/2012 |
|---|---|---|

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. See **Instructions For Definitions.**

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 103.

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 103. The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Apprv 256                                                                                 Form **TD F 90-22.1** (Rev. 10-2008)

| Part II | Continued—Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |
|---|---|---|
| Complete a Separate Block for Each Account Owned Separately | | Page Number 2 of 3 |
| This side can be copied as many times as necessary in order to provide information on all accounts. | | |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2009 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>███████ | PIERON, JR. |

**15** Maximum value of account during calendar year reported: **300,000**
**16** Type of account: a [X] Bank  b [ ] Securities  c [ ] Other—Enter type below
**17** Name of Financial Institution in which account is held: **UBS**
**18** Account number or other designation: ███**4360X**
**19** Mailing Address: **POSTFACH, CH-6002**
**20** City: **LUZERN**
**21** State, if known:
**22** Zip/Postal Code, if known:
**23** Country: **SWITZERLAND**

**15** Maximum value of account during calendar year reported: **2,250,000**
**16** Type of account: a [X] Bank  b [ ] Securities  c [ ] Other—Enter type below
**17** Name of Financial Institution in which account is held: **UBS**
**18** Account number or other designation: ███**5560N**
**19** Mailing Address: **POSTFACH, CH-6002**
**20** City: **LUZERN**
**23** Country: **SWITZERLAND**

**15** Maximum value of account during calendar year reported: **100,000**
**16** Type of account: a [X] Bank  b [ ] Securities  c [ ] Other—Enter type below
**17** Name of Financial Institution in which account is held: **UBS**
**18** Account number or other designation: ███**6060K**
**19** Mailing Address: **POSTFACH, CH-6002**
**20** City: **LUZERN**
**23** Country: **SWITZERLAND**

**15** Maximum value of account during calendar year reported: **250,000**
**16** Type of account: a [X] Bank  b [ ] Securities  c [ ] Other—Enter type below
**17** Name of Financial Institution in which account is held: **CREDIT SUISSE**
**18** Account number or other designation: ███**12**
**19** Mailing Address: **CH-GENEVA 70(0251)**
**20** City: **GENEVA**
**23** Country: **SWITZERLAND**

**15** Maximum value of account during calendar year reported: **3,800,000**
**16** Type of account: a [X] Bank  b [ ] Securities  c [ ] Other—Enter type below
**17** Name of Financial Institution in which account is held: **UBS**
**18** Account number or other designation: ███**6260Z**
**19** Mailing Address: **POSTFACH, CH-8098**
**20** City: **ZURICH**
**22** Zip/Postal Code, if known: **8001**
**23** Country: **SWITZERLAND**

**15** Maximum value of account during calendar year reported:
**16** Type of account: a [ ] Bank  b [ ] Securities  c [ ] Other—Enter type below
**17** Name of Financial Institution in which account is held:
**18** Account number or other designation:
**19** Mailing Address:
**20** City:
**21** State, if known:
**22** Zip/Postal Code, if known:
**23** Country:

Form **TD F 90-22.1** (Rev. 10-2008)

Apprv 256

00987

**Part IV  Information on Financial Account(s) Where Filer has Signature or Other Authority but No Financial Interest in the Account(s)**

Form TD F 90-22.1
Page Number 3 of 3

Complete a Separate Block for Each Account
This side can be copied as many times as necessary in order to provide information on all accounts.

| Field | Value |
|---|---|
| 1 Filing for calendar year | 2009 |
| 3-4 Check appropriate Identification Number | [X] Taxpayer Identification Number |
| 6 Last Name or Organization Name | PIERON, JR. |

**Account 1:**
- 15 Maximum value of account during calendar year reported: 7,250,000
- 16 Type of account: [X] Bank
- 17 Name of Financial Institution: JP MORGAN
- 18 Account number: ▇▇▇1701
- 19 Mailing Address: 125 LONDON WALL
- 20 City: LONDON
- 22 Zip/Postal Code: EC2TY5AJ
- 23 Country: ENGLAND
- 34 Last Name or Organization Name of Account Owner: JDFX FUND LTD
- 38 Address: 9 USTERISTRASSE
- 39 City: ZURICH
- 41 Zip/Postal Code: 8001
- 42 Country: SWITZERLAND
- 43 Filer's Title with this Owner: CEO

**Account 2:**
- 15 Maximum value of account during calendar year reported: 1,000,000
- 16 Type of account: [X] Bank
- 17 Name of Financial Institution: DEUTSCHE BANK
- 18 Account number: ▇▇▇9266A
- 19 Mailing Address: 100 PLAZA ONE
- 20 City: JERSEY CITY
- 21 State: NJ
- 22 Zip/Postal Code: 07311
- 34 Last Name or Organization Name of Account Owner: JDFX FUND LTD
- 38 Address: 9 USTERISTRASSE
- 39 City: ZURICH
- 41 Zip/Postal Code: 8001
- 42 Country: SWITZERLAND
- 43 Filer's Title with this Owner: CEO

**Account 3:** (blank)

Form TD F 90-22.1 (Rev. 10-2008)

Apprv 256

00988