```
E014593                                              20221-015-14300-1              201105  CP:   14
                                   48858         IRS USE ONLY    SB Y     0  0      18
```
For assistance, call:
1-800-829-8374

Department of the Treasury
**Internal Revenue Service**
Philadelphia, PA 19255-0025

**Notice Number:** CP14
**Date:** February 14, 2011

**Taxpayer Identification Number:**
▬▬▬▬▬▬▬

```
000890.820141.0004.001 2 MB 0.507 1140
```

**Tax Form:** 1040
**Tax Year:** December 31, 2009

JAMES D PIERON JR
▬ CHURCHILL BLVD
MT PLEASANT MI   48858-9100

| Amount You Owe as of March 1, 2011 |
|---|
| $166,584.07 |

000890

According to our records, you have an amount due on your income tax. Please compare your tax return against the figures below. If you've already paid your tax in full or arranged for an installment agreement, please disregard this notice.

### Your 2009 Tax Record

| Description | On Your Return |
|---|---|
| Total Tax On Return | $125,490.00 |
| Less: | |
| Tax Withheld | $.00 |
| Estimated Payments | $.00 |
| Other Credits | $.00 |
| Other Payments | $.00 |
| Total Payments & Credits | $.00 |
| Underpaid Tax | $125,490.00 |
| Penalty | $36,259.39 |
| Interest | $4,834.68 |
| **Total Amount You Owe** | **$166,584.07** |

**If we receive your payment by March 1, 2011, we will not charge additional penalty and interest.**

**If you agree please:**

- Make the check payable to "United States Treasury."
- Write your Taxpayer Identification Number on your check.
- Use the enclosed envelope.
- Include the tear off stub at the end of this notice and make sure the IRS address shows through the window.

**If you disagree please:**

- Call the customer service number above.
- Have your Taxpayer Identification Number available.
- If you wish to discuss a payment that you made by check, have the information from the front and back of your cancelled check available.


GOVERNMENT EXHIBIT 93

Page 1

Philadelphia Service Center          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          Tax Period:    December 31, 2009

## Penalty and Interest



About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

000890

### Penalties: $36,259.39

### 01 Penalty for Filing Return Late $28,235.25

We charged a penalty because you filed your return late. We use the number of months the return is late to determine the penalty. If you filed more than 60 days late, the minimum penalty may apply. The minimum penalty is the lesser of $100 or 100% of the tax due, for returns due before 12/31/2008. For returns due after 12/31/2008, the minimum penalty is the lesser of $135 or 100% of the tax due. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should file your returns by the return due date.

*(Internal Revenue Code section 6651)*

The table below shows how we figured your penalty. We multiplied the number of months times the monthly rate times the principal.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 11/15/2010 | 05 | 4.50% | 125,490.00 | 28,235.25 |
| | | | Total Penalty: | 28,235.25 |

### 02 Penalty for Not Paying a Proper Estimated Tax for Individuals, Estates, and Trusts $3,004.54

We charged a penalty because you did not pay a proper quarterly estimate of your tax. For more information, see Instructions for Form 2210 or Publication 505, Tax Withholding and Estimated Tax.

*(Internal Revenue Code section 6654)*

The table below shows how we figured your penalty. We multiplied the number of days times the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Penalty |
|---|---|---|---|---|---|---|
| 04/15/2009 | 06/15/2009 | 61 | 4.0% | 0.00010959 | 28235.25 | 188.75 |
| 06/15/2009 | 09/15/2009 | 92 | 4.0% | 0.00010959 | 56470.50 | 569.35 |
| 09/15/2009 | 09/30/2009 | 15 | 4.0% | 0.00010959 | 84705.75 | 139.24 |
| 09/30/2009 | 12/31/2009 | 92 | 4.0% | 0.00010959 | 84705.75 | 854.02 |
| 12/31/2009 | 01/15/2010 | 15 | 4.0% | 0.00010959 | 84705.75 | 139.24 |
| 01/15/2010 | 04/15/2010 | 90 | 4.0% | 0.00010959 | 112941.00 | 1113.94 |
| | | | | | Total Penalty is: | 3004.54 |

Philadelphia Service Center                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                    Tax Period:   December 31, 2009

The table below shows how we figured your interest. We multiplied the factor times the principal.

```
From Date   To Date   Days   Rate      Factor       Principal        Interest
04/15/2010 06/15/2010  61    4.0%  0.006706957      125490.00          841.66
06/15/2010 06/30/2010  15    4.0%  0.001645097      154566.91          254.28
06/30/2010 12/31/2010 184    4.0%  0.020367931      154821.19         3153.39
12/31/2010 02/14/2011  45    3.0%  0.003705326      157974.58          585.35
                                              Total Interest:         4834.68
```



\*   **Additional Interest Charges**

000890   If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Philadelphia Service Center     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     Tax Period:   December 31, 2009



000890

**CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY. DO NOT USE IF YOU ARE MAKING A PAYMENT.**

**CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.**

---

✂ CUT HERE

Return this voucher with your inquiry or correspondence.

Your Telephone Number:     Best Time to Call:
(   )       -                          _____ AM _____ PM

844,731          836,598          0

☐ **Correspondence enclosed:**
* Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence

SB     201105     010207          20221-015-14300-1

14   Internal Revenue Service
     Philadelphia, PA  19255-0025

JAMES D PIERON JR
▓▓▓ CHURCHILL BLVD
MT PLEASANT MI  48858-9100

|..ll|l.|...|.|.|.|.|.|.||.||..||....|.|.|.|...|||

▓▓▓▓▓ HP PIER 30 0 200912 670 00016658407

✂ CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number:     Best Time to Call:
(   )       -                          _____ AM _____ PM

844,731          836,598          0

**Amount you owe:     $166,584.07**

☐ **Amount enclosed:**  $_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

SB     201105     010207          20221-015-14300-1

14   Internal Revenue Service
     Kansas City, MO  64999-0202

JAMES D PIERON JR
▓▓▓ CHURCHILL BLVD
MT PLEASANT MI  48858-9100

|.||..|.|.||.|.|.|.|.|.|.||....|.|||....||.||.|.|

▓▓▓▓▓ HP PIER 30 0 200912 670 00016658407