**PARTNER# 1**

**Schedule K-1**
**(Form 1065)**

**2013**

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax
year beginning **04/11/2014**
ending **12/31/2013**

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | **651113** OMB No. 1545-0099 |

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I   Information About the Partnership

**A** Partnership's employer identification number

~~[redacted]~~

**B** Partnership's name, address, city, state, and ZIP code

KRESCENT MEDIA, LLC

~~[redacted]~~ SW SUITE 400

GRAND RAPIDS        MI 49503

**C** IRS Center where partnership filed return

OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number

~~[redacted]~~

**F** Partner's name, address, city, state, and ZIP code

JAMES D. PIERON JR.

~~[redacted]~~

GRAND RAPIDS        MI 49503

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   **INDIVIDUAL**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here (see instructions) ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 99.995000% | 99.995000% |
| Loss | 99.995000% | 99.995000% |
| Capital | 99.995000% | 99.995000% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 1,536,785 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ 236,143 |
| Current year increase (decrease) | $ -217,285 |
| Withdrawals & distributions | $ ( 146,125 ) |
| Ending capital account | $ -127,267 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| # | Item | | # | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) **-180,200** | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income **94** | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items **A    3,002** |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses **C*    STMT** |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | | 19 | Distributions **A    146,125** |
| 13 | Other deductions | | 20 | Other information **A    94** |
| 14 | Self-employment earnings (loss) **A    -180,200** **C    184,115** | | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.
DAA

IRS.gov/form1065

Schedule K-1 (Form 1065) 2013

**GOVERNMENT EXHIBIT 95**

01052

Schedule K-1 (Form 1065) 2013

Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2. Net rental real estate income (loss)** — See the Partner's Instructions

**3. Other net rental income (loss)**

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |

**4. Guaranteed payments** — Schedule E, line 28, column (j)
**5. Interest income** — Form 1040, line 8a
**6a. Ordinary dividends** — Form 1040, line 9a
**6b. Qualified dividends** — Form 1040, line 9b
**7. Royalties** — Schedule E, line 4
**8. Net short-term capital gain (loss)** — Schedule D, line 5
**9a. Net long-term capital gain (loss)** — Schedule D, line 12
**9b. Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**9c. Unrecaptured section 1250 gain** — See the Partner's Instructions
**10. Net section 1231 gain (loss)** — See the Partner's Instructions
**11. Other income (loss)**

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

**12. Section 179 deduction** — See the Partner's Instructions

**13. Other deductions**

| | | |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions—portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions—portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |

**14. Self-employment earnings (loss)**

**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15. Credits**

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 71; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | |
| P | Other credits | |

**16. Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| | | |
|---|---|---|
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at partner level

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| | | |
|---|---|---|
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

Other information

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

**17. Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

**18. Tax-exempt income and nondeductible expenses**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19. Distributions**

| | | |
|---|---|---|
| A | Cash and marketable securities | |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

**20. Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest—completed long-term contracts | See Form 8697 |
| K | Look-back interest—income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information—oil and gas | |
| U | Amortization of reforestation costs | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

DAA

01053

46-2466475

# Federal Statements
## James D. Pieron Jr.

## Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| C | ACCRUED INTEREST EXPENSE | $ 34,998 |
| C | NONDEDUCTIBLE MEALS AND ENTERTAINMENT | 2,181 |

01054

PARTNER# 1

| Schedule **K-1** | **Analysis of Partner's K-1, Current Year Increase (Decrease) Worksheet** | **2013** |
|---|---|---|
| | For calendar year 2013, or tax year beginning  04/11/14 , and ending  12/31/13 | |

| Partnership Name | Employer Identification Number |
|---|---|
| KRESCENT MEDIA, LLC | ▬▬▬▬▬ |
| Partner's Name | Taxpayer Identification Number |
| JAMES D. PIERON JR. | ▬▬▬▬▬ |

Items Included in Current Year Increase (Decrease):

SCHEDULE K ADDITIONS:
| | |
|---|---:|
| ORDINARY INCOME/LOSS | -180,200 |
| INTEREST INCOME | 94 |
| **SUBTOTAL** | **-180,106** |

SCHEDULE M-1 SUBTRACTIONS:
| | |
|---|---:|
| MEALS AND ENTERTAINMENT | 2,181 |
| BOOK EXPENSES NOT DEDUCTED ON TAX RETURN: | |
| ACCRUED INTEREST EXPENSE | 34,998 |
| **SUBTOTAL** | **37,179** |

| | |
|---|---:|
| TOTAL PER SCHEDULE K-1, CURRENT YEAR INCREASE (DECREASE) | -217,285 |

PAGE 1 OF 1

PARTNER# 1

| | | |
|---|---|---|
| Schedule **K-1** | **Partner's Self-Employment Worksheet** | **2013** |
| | For calendar year 2013, or tax year beginning  04/11/14 , and ending  12/31/13 | |

| Partnership Name | Employer Identification Number |
|---|---|
| KRESCENT MEDIA,  LLC | ██████████ |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| JAMES D.  PIERON JR. | ██████████ |

| | | | |
|---|---|---|---|
| 1a. | Ordinary income (loss) (Schedule K, line 1) | 1a | -180,200 |
| b. | Net income (loss) from certain rental real estate activities (see instructions) | 1b | |
| c. | Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | |
| d. | Net loss from Form 4797, Part II, line 17, included on line 1a above.  Enter as a positive amount | 1d | |
| e. | Combine lines 1a through 1d | 1e | -180,200 |
| 2. | Net gain from Form 4797, Part II, line 17, included on line 1a above | 2 | |
| 3a. | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2 | 3a | -180,200 |
| 4a. | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) (see instructions) | 4a | |
| 5. | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K, line 14a | 5 | -180,200 |

01056