# PURCHASE AGREEMENT

**EXOTIC MOTORS**
1600 Hicks Rd
Rolling Meadows, IL 60008
(847) 221-5000
www.exotic-motors.com

BUYER'S NAME(S): KOMPLIQUÉ INC.
ADDRESS: ███████ NISON DR.
CITY: MT PLEASANT  STATE: MI  ZIP: 48858
CELL: ███████  BUS. PHONE: ███████
RES. PHONE: ███████
COUNTY OF RES: ISABELLA  DATE OF BIRTH: 10-1-1969
DRIVER'S LICENSE NO: C/O JAMES PIERON

PLEASE ENTER MY ORDER FOR THE FOLLOWING: ☐ NEW  ☒ USED  ☐ DEMO

**VEHICLE TO BE PURCHASED INFORMATION**

| YEAR | MAKE | MODEL/SERIES | BODY STYLE |
|---|---|---|---|
| 2009 | MERCEDES | G55AMG | SUV |

| COLOR | TRIM | TOP | STRIPE |
|---|---|---|---|
| WHITE | WHITE-DESIGNO | | |

| WEIGHT | STOCK NO. | ENGINE | ODOMETER READING |
|---|---|---|---|
| | 177472 | 5.5L-V8 | 7,800 |

VEHICLE or ENGINE NO: WDCYR71EX9X177472

DATE: 08/25/09  SALES REPRESENTATIVE: Rick G.

**TRADE-IN VEHICLE INFORMATION**

| YEAR | MAKE | MODEL/SERIES | BODY STYLE |
|---|---|---|---|
| | | | |
| COLOR | STOCK NO. | ENGINE | ODOMETER READING |
| | | | |

VEHICLE or ENGINE NO.:
BALANCE OWED TO: N/A
ADDRESS:

LIEN VERIFICATION

★VEHICLE IS A MANUFACTURERS BUYBACK★

$3,000.00 NON-REFUNDABLE CREDIT CARD DEPOSIT
APPROVAL #343231
PAID $107,000 Cashier's check # 100788870

| | |
|---|---|
| TOTAL TAXABLE PRICE | 103,700.00 |
| LICENSE (or Transfer Fee) | |
| TITLE (or Transfer Fee) | |
| SALES TAX 6% (MI) | 6,222.00 |
| NON-TAXABLE CHARGES PROCESSING FEE | 78.00 |
| TOTAL DELIVERED PRICE | 110,000.00 |
| TRADE-IN ($ N/A ) | |
| LESS LIEN ($ N/A ) | |
| NET ALLOWANCE TRADE-IN | |
| DEPOSIT CREDIT CARD | 3,000.00 |
| CASH DUE ON DELIVERY | |
| TOTAL DOWN PAYMENT | |
| BALANCE DUE | |
| EXTENDED SERVICE CONTRACT | |
| TOTAL AMOUNT DUE | 107,000.00 |

This order shall not become binding until dealer's authorized representative's signature appears here.
MANAGER'S APPROVAL
DATE: 08/25/09

| RECEIPT NO. | AMOUNT REC'D | DATE | IN BY | FINANCE SOURCE |
|---|---|---|---|---|
| | | | | |
| RECEIPT NO. | AMOUNT REC'D | DATE | IN BY | CITY |
| | | | | |

| AMOUNT | MONTHS | RATE | INS. |
|---|---|---|---|

Unless dealer furnishes buyer with dealer's written warranty or service agreement, or the used car sticker on the window of the vehicle indicates otherwise, all goods, services and vehicles sold hereunder are sold "AS IS". Warranties, if any, on dealer-installed accessories are provided by the manufacturer or supplier of such accessories and not dealer. Only the manufacturer or supplier of such accessories is responsible for performance under any such warranty. This limitation in no way affects the vehicle manufacturer's warranty, if any

THE SALESPERSON HAS NO AUTHORITY TO MAKE ANY PROMISES OR REPRESENTATIONS UNLESS THEY ARE WRITTEN ON THIS ORDER AND APPROVED BY DEALER'S AUTHORIZED REPRESENTATIVE.

Unless otherwise noted, the buyer's name listed on line (A) below is the registered owner of the vehicle. If credit life insurance and/or accident and health insurance is selected, the registered owner of the vehicle is the insured

BUYER REPRESENTATIONS: Buyer certifies that no credit has been either extended to him by dealer or arranged for him by dealer for the cash down payment unless it appears in writing on the face of this order

X ███████  PURCHASER'S SIGNATURE
X 28-AUG-09  DATE
X PURCHASER'S SIGNATURE  DATE

To reorder call Sid Savage • 1-800-521-1712 • Form #6000068



GOVERNMENT EXHIBIT 102

01316

## Illinois Resale Disclosure Statement

**Vehicle Identification Number:** WDCYR71EX9X177472
**Year:** 2009  **Make:** MERCEDES-BENZ  **Model:** G55K

- [ ] In an effort to promote customer satisfaction, this vehicle was repurchased by Mercedes-Benz USA, LLC due to the defect(s)/nonconformity(ies) listed below.
- [X] This vehicle was repurchased by Mercedes-Benz USA, LLC pursuant to consumer warranty laws due to the defect(s)/nonconformity(ies) listed below.
- [ ] **IMPORTANT:** Vehicle Identification Number: _____; Make: _____; Model: _____. This vehicle was previously sold as new. It was subsequently ordered as having a nonconformity by final decision of court proceeding or State run arbitration. It was subsequently repurchased by its manufacturer because it did not conform to the manufacturer's express warranty and the nonconformity was not cured within a reasonable time as provided by Illinois law. The following nonconformities have been corrected.

1. Radio/Command/Audio shuts off.
2. Navigation shuts off.

**Additional Information:**

Mercedes-Benz USA, LLC Representative Signature  Date — 8/21/09    Auction Representative Signature/ Title   Date

The signature of the dealer representative constitutes agreement by the dealer that disclosure of the above information will be made to the retail customer at the time of sale of this vehicle as provided by law in the state in which it is resold. The dealer agrees to defend, indemnify, and hold harmless Mercedes-Benz USA, LLC from all claims, causes of action, or any other liability arising from or related to the dealer's failure to make proper disclosure of the above information, whether or not disclosure is required by state and federal law.

**Dealer Acknowledgement:** I have read this form, received a copy of it, and I agree to make all required disclosures to subsequent buyers/lessees/transferees as required by law.

Dealer Name: EXOTIC MOTORS    Dealer Code: 3129
Address: [redacted]
City/State/Zip: ROLLING MEADOWS, IL 60008
Signature of Dealer's Agent: [signature]    Date: 08-25-09

**Buyer/Lessee/Transferee Acknowledgement:** By signing this form the buyer acknowledges and accepts the above described vehicle in its present condition as is.

Buyer/Lessee/Transferee Name: KOMPLIQUE, INC C/O JAMES PIERON
Address: [redacted] DENISON DR.
City/State/Zip: MT. PLEASANT, MI 48858
Buyer/Lessee/Transferee Signature: [signature]    Date: 08-25-09

0309314

1. Original to Customer
2. Dealer to retain copy
3. Copy forwarded to Impartial Services Group, LLC, 105 Decker Court (Suite 300), Irving, TX 75062

01317

