**National City.**
National City Bank

100788870
62-20/311

AUGUST 28, 2009

Pay to the order of   EXOTIC MOTORS **************************************   $ 107,000.00

ONE HUNDRED SEVEN THOUSAND DOLLARS AND 00 CENTS
Dollars

Drawer: National City Bank

AUTHORIZED SIGNATURE
Payable through Citibank, N.A. One Penn's Way
New Castle, DE 19720

Remitter   KOMPLIQUE INC

⑈100788870⑈  ⑆031100209⑆  38790749⑈

GOVERNMENT EXHIBIT 103