



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

73-119
421

17231219

FIFTH THIRD BANK

CASHIER'S CHECK

October 15, 2010

Pay to the Order of: CENTRAL MICHIGAN PIANOS ***

$*******18,000.00

Amount: *EIGHTEEN THOUSAND 00/100 US DOLLARS*

Drawn on: Fifth Third Bank, Kentucky, Inc Lexington, KY

Transaction Number: 461765591
Cost Center: 6293

Memo: PER CUSTOMER REQUEST
Purchased by: JAMES PIERON JR

[redacted]

Authorized Signature

The purchase of a Surety Bond may be required before any Cashier's Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

⑈17231219⑈ ⑆042101190⑆ 008268259 3⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

SECURE

3456993

Please look for the following check security features before accepting this document. If not present, do not negotiate the document.

- Fluorescent artificial watermark should appear on the back of this check when it is held at a 45 degree angle or viewed under a UV light
- Warning Bands.
- Enhanced laid lines on the back of this check should be in complete alignment or the check is not authentic.
- Microprinting - under magnification, the top border on the front of this check should read "Advanced Document Security with a Multi-Tone Protection Paragraph by Standard Register".
- Signature protection panel with Signature should be present by signer's name
- Thermochromic heat sensitive "Secure" mark on back of check turns from blue to clear when rubbed

X

CENTRAL MICHIGAN PIANOS, INC.

For Deposit Only

Account #2250040000

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE

130388103 10182010 5872418813 Chemical Bank MI

Serial # 7358

ATM Terminal ID: 17382505

SECURE

| | |
|---|---|
| Posting Date | 2010 Oct 19 |
| DB/CR Indicator | Debit |
| Amount | $18,000.00 |
| Posting Check Number | 17231219 |
| Posting Account Number | [redacted] |
| Posting Seq Number | 75313492 |
| Tran Code | 0 |
| ABA/RT Number | 4210119 |

GOVERNMENT EXHIBIT 104