

| | |
|---|---|
| Posting Date | 2011 Jul 29 |
| DB/CR Indicator | Credit |
| Amount | $15,000.00 |
| Posting Check Number | 600 |
| Posting Account Number | 6659 |
| Posting Seq Number | 40740161 |
| Tran Code | 600 |
| ABA/RT Number | 55556054 |



GOVERNMENT EXHIBIT 106A

https://s1gramihqiweb11.info53.com/inquiry/page/itemprint.jsp?BEANNAME=Ar... 7/23/2012

01328