IB TECHNOLOGIES INC  
JAMES D PIERON JR   J. Meyer   DATE 29-JUL-11   13-39/420

PAY TO THE ORDER OF  JAMES PIERON   $ 15000

Fifteen thousand   DOLLARS

PNC Bank, National Association  
Ohio  
SOUTH MISSION        00875

MEMO

"0000"  :041000124:  4252699901"

:042000314>  07292011  4123403775



| Posting Date | 2011 Jul 29 |
| --- | --- |
| DB/CR Indicator | Debit |
| Amount | $15,000.00 |
| Posting Check Number | 0 |
| Posting Account Number | 0 |
| Posting Seq Number | ▇▇▇162 |
| Tran Code | 0 |
| ABA/RT Number | 4100012 |

GOVERNMENT EXHIBIT  
106B

https://s1gramihqiweb11.info53.com/inquiry/page/itemprint.jsp?BEANNAME=Ar...   7/23/2012

01332