IB TECHNOLOGIES INC
JAMES D. PIERON JR

DATE 29-JUL-11    13-39/420

PAY TO THE
ORDER OF     James Pieron                    $ 15,000

Fifteen thousand                              DOLLARS

PNC Bank, National Association
Ohio
SOUTH MISSION        00875

MEMO

⑈0000⑈ ⑆041000124⑆ 4252699901⑈        /0001500000/

>031000053< PNC BANK NA
8800 TINICUM PH PA 19153
07/29/11      1       0101
5500176708

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

2012080232001171000002
IMAMGR S2
20110729 Arch 000000000055176708
000000000001500000 000000000000 D
000000004252699901

LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C

GOVERNMENT
EXHIBIT
106 C

10760