Case 1:18-cr-20489-TLL-PTM   ECF No. 114-45, PageID.2221   Filed 07/11/19   Page 1 of 1
Page 1 of 1



| Posting Date | 2011 Aug 29 |
|---|---|
| DB/CR Indicator | Credit |
| Amount | $12,050.00 |
| Posting Check Number | 600 |
| Posting Account Number | ███████6659 |
| Posting Seq Number | 40465311 |
| Tran Code | 600 |
| ABA/RT Number | 55556054 |



GOVERNMENT EXHIBIT
107 A

https://s1gramihqiweb11.info53.com/inquiry/page/itemprint.jsp?BEANNAME=Ar...   7/23/2012

01329