IB TECHNOLOGIES INC  
JAMES D PIERON JR  

KQi  DATE 29-Aug-11   13-39/420

PAY TO THE ORDER OF  JAMES PIERON   $ 12050.00

Twelve thousand fifty                                    DOLLARS

PNC Bank, National Association  
Ohio  
SOUTH MISSION         00875

MEMO

⑊0000⑊ ⑉041000124⑉ 4252699901⑊

| Posting Date | 2011 Aug 29 |
|---|---|
| DB/CR Indicator | Debit |
| Amount | $12,050.00 |
| Posting Check Number | 0 |
| Posting Account Number | 0 |
| Posting Seq Number | 40465312 |
| Tran Code | 0 |
| ABA/RT Number | 4100012 |



GOVERNMENT EXHIBIT 107 B

https://s1gramihqiweb11.info53.com/inquiry/page/itemprint.jsp?BEANNAME=Ar...   7/23/2012

01331