

| | |
|---|---|
| Posting Date | 2010 Dec 28 |
| DB/CR Indicator | Debit |
| Amount | $42,000.00 |
| Posting Check Number | 1083 |
| Posting Account Number | 0 |
| Posting Seq Number | 40020563 |
| Tran Code | 0 |
| ABA/RT Number | 7200091 |

GOVERNMENT
EXHIBIT
108 B