**SIGNATURE CARD**

5/3 BK, MI(NORTHERN)
(HEREAFTER REFERRED TO AS "BANK")

 FIFTH THIRD BANK


7540391773

| Name (Primary Owner) | | Account No. |
|---|---|---|
| INSTITUTIONAL LIQUIDITY | | ▓▓▓▓1773 |
| Street Address | | Type |
| ▓▓▓ DENISON DR | | BUS BASICS CKG |
| City and State | | Zip |
| MT PLEASANT MI | | 48858 |
| Home Phone | Date of Birth | Mother's Maiden Name |
| ▓▓▓▓▓ | | |
| Employer | | Work Phone |
| | | ▓▓▓▓▓ |
| Taxpayer Identification Number | | ☒NEW ☐ADD ☐REPL |
| ▓▓▓▓▓ | | |
| Ownership* | Opened by | BC No. | Date |
| SOLE PROPRIETORSHIP | ANGELA OVERMYER | 06293 | 04/06/2010 |

*Joint accounts shall be owned as joint tenants with rights of survivorship, not as tenancy by the entireties

☐ Corporation for Profit ☐ Non Resident Alien* ☐ LLC ☐ Government ☐ Non Profit [501(c)(3)]
☐ Sole Proprietorship ☐ Partnership for Profit ☐ LLP ☐ Trust ☐ Other _____
*Each Non Resident Alien must complete a W-8 Form.

THE UNDERSIGNED AGREES TO THE TERMS AND CONDITIONS AT THE RIGHT.

Title  INSTITUTIONAL LIQUIDITY HOLDINGS LLC

Sig.(s) # Req'd: 01

7540391773

Non - US Person* / Senior Foreign Official**

JAMES PIERON JR — Non-US: No ☒ / Senior Foreign Official: No ☒

**TERMS AND CONDITIONS**

1. The terms and conditions stated herein, together with resolutions or authorizations which accompany this signature card, if applicable, and the Rules, Regulations, Agreements, and Disclosures of Bank constitute the Deposit Agreement ("Agreement") between the individual(s) or entity(ies) named hereon ("Depositor") and the Bank.
2. This Agreement incorporates the Rules, Regulations, Agreements, and Disclosures established by Bank from time to time, clearing house rules and regulations, state and federal laws, recognized banking practices and customs, service charges as may be established from time to time and is subject to laws regulating transfers at death and other taxes.
3. All signers hereby agree that the above named bank is authorized to act as a depository under the terms and conditions of the Agreement.
4. Bank is authorized to recognize the signatures executed hereon in such numbers as indicated, for the withdrawal of funds or transactions of any other business regarding this account until written notice to the contrary is received by Bank.
5. In the case of overdraft or overpayment on this account, whether by error, mistake, inadvertence or otherwise, the amount of such overdraft or overpayment shall be immediately paid to the Bank.
6. Depositor acknowledges and agrees that Bank, for itself and as agent for any affiliate of Fifth Third Bancorp, is granted a security interest in, and may, at any time, set off, against any balance in this account, any debt owed to Bank by any person having the right of withdrawal or any debt owed to Bank by any entity listed under the Account Title. A debt includes, but is not limited to, an obligation owing to Bank, whether now existing or hereafter acquired by Bank whenever payable and without regard to whether arising as maker, drawer, endorser, or guarantor.
7. All signers agree to and Conditions set forth acknowledge receipt of the Rules and Agreements, and Disc Bank and agree to the forth therein.

Payable on Death Beneficiary

Statement Address
2625 DENISON DR
MT PLEASANT MI 48858

**USA PATRIOT ACT REQUIREMENTS:**
*1. Are you a Non-U.S. person with more than $500,000 on deposit or invested with Fifth Third?
**2. Are you a Senior Foreign Official of a government branch, military branch, political party, foreign government-owned company, or a close personal or professional associate of one of these

GOVERNMENT EXHIBIT 110

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me),
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.

Certification Instructions - You must cross out Item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

Sign: ▓▓▓▓▓   Date: 4-6-2010

Verification - Internal Use Only:
I.D. (Make Copy & File) ✓
Run Customer in Qualifile ✓
Verify Opening Deposit ✓
Reg CC Hold (If Needed) N/A
Verify Phone Numbers ✓
Verify Address ✓
Thank You Card/Follow Up ✓

Send original to Check Processing 1MOC1L

90-213 (5/3-REV 01/09)

SIG1

01335