| PROC_DATE | TRN_NUMBER | AMOUNT | SOURCE_CD | DBT_ID | DBT_NAME1 | CDT_ID |
|---|---|---|---|---|---|---|
| 11/17/2010 12:00:00 AM | 2,995 | 15,391.70 | FED | 026007993 | UBS AG | ▓6659 |
| 12/8/2010 12:00:00 AM | 227 | 12,500.00 | FED | 026007993 | UBS AG | ▓6659 |



GOVERNMENT EXHIBIT 114

| CDT_NAME1 | ORP_ID | ORP_NAME1 | ORP_NAME2 | ORP_BEN_INF1 |
|---|---|---|---|---|
| JAMES PIERON JR | CH5700206206251262602 | JAMES PIERON | 8006 ZURICH | CLOSURE ACCOUNT |
| JAMES PIERON JR | CH9600206206P46671460 | SECURITY MANAGEMENT LTD. | BLST ZURICH | |

| CDT_NAME1 | ORP_ID | ORP_NAME1 | ORP_NAME2 | ORP_BEN_INF1 |
|---|---|---|---|---|
| JAMES PIERON JR | CH5700206206251262602 | JAMES PIERON | 8006 ZURICH | CLOSURE ACCOUNT |
| JAMES PIERON JR | CH9600206206P46671460 | SECURITY MANAGEMENT LTD. | BLST ZURICH | |

FED_IMAD         FED_OMAD
1117B6B7IK1C00116811170958FT03
1208B6B7IK1C00028912080340FT03

01441

| PROC_DATE | TRN_NUMBER | AMOUNT | SOURCE_CD | DBT_ID | DBT_NAME1 |
|---|---|---|---|---|---|
| 1/13/2010 12:00:00 AM | 3,518 | 75,000.00 | FED | 026007993 | UBS AG. |
| 4/5/2010 12:00:00 AM | 6,773 | 49,980.03 | FED | 021000021 | JPMORGAN CHASE BANK, NA |
| 4/5/2010 12:00:00 AM | 6,952 | 250,000.00 | FED | 072000915 | NATIONAL CITY BANK |
| 4/15/2010 12:00:00 AM | 500 | 65,000.00 | FED | 026001122 | NORTHERN TRUST INTL BKG. CORP. |

| CDT_ID | CDT_NAME1 | ORP_ID | ORP_NAME1 |
|---|---|---|---|
| 9540920031 | JAMES PIERON JR | CH570020620625126260Z | JAMES PIERON |
| 9540920031 | JAMES PIERON JR | 5330355796 | PEREGRINE FINANCIAL GROUP INC |
| 9540920031 | JAMES PIERON JR | 00987824058 | IB TECHNOLOGIES INC |
| 9540920031 | JAMES PIERON JR | CH570020620625126260Z | 1/JAMES PIERON |

| CDT_ID | CDT_NAME1 | ORP_ID | ORP_NAME1 |
|---|---|---|---|
| 9540920031 | JAMES PIERON JR | CH570020620625126260Z | JAMES PIERON |
| 9540920031 | JAMES PIERON JR | 5330355796 | PEREGRINE FINANCIAL GROUP INC |
| 9540920031 | JAMES PIERON JR | 00987824058 | IB TECHNOLOGIES INC |

| ORP_NAME2 | ORP_BEN_INF1 | FED_IMAD | FED_OMAD |
|---|---|---|---|
| 8006 ZURICH | | 0113B6B7IK1C00130401131126FT01 | |
| FOREX CUSTOME ACCT | | 0405B1QGC04C00448304051532FT01 | |
| 2625 DENISON DR STE A | | 0405D1B74Q3C00078004051545FT01 | |
| 1/8006 ZURICH | CLOSING UBS ACCOUNT | 0415G1B76E2C00002004150700FT01 | |

01444