**Monthly Account Statement**

James Pieron
Universitaetstrasse 112
Zurich 8006
Switzerland



Self-Directed Account (Sales Code 181)

2009-08

░░░62JDFX

## ░░░2JDFX — Confirmations

| Trade Date | Value Date | Ticket Number | Quantity | Pair | Fill Price | Counter Currency | | Commissions |
|---|---|---|---|---|---|---|---|---|
| 26-Aug-2009 | 28-Aug-2009 | 25708427 | 100.00 | EURUSD | 1.4226100 | -142.26 | USD | $0.00 |
| 26-Aug-2009 | 28-Aug-2009 | 25708423 | -100.00 | EURUSD | 1.4228900 | 142.29 | USD | $0.00 |
| | 28-Aug-2009 | | 0.00 | EURUSD | | | | |
| | | | | | | Total Commissions | | $0.00 |

## FQ562JDFX — Profit and Loss

| Trade Date | Value Date | Ticket Number | Quantity | Pair | Fill Price | Counter Currency | | Price | USD Amount |
|---|---|---|---|---|---|---|---|---|---|
| EURUSD | | | | | | | | | |
| 26-Aug-2009 | 28-Aug-2009 | 25708427 | 100.00 | EURUSD | 1.4226100 | -142.26 | USD | 1.0000 | ($142.26) |
| 26-Aug-2009 | 28-Aug-2009 | 25708423 | -100.00 | EURUSD | 1.4228900 | 142.29 | USD | 1.0000 | $142.29 |
| | | | | | | 0.03 | USD | | $0.03 |
| | | | | | | | | Account Total | $0.03 |

## ░░░2JDFX — Wires And Checks

| As Of Date | Currency Amount | Currency | Description | Type | USD Amount |
|---|---|---|---|---|---|
| USD | | | | | |
| 26-Aug-2009 | 50,000.00 | USD | WIRE REC FQ562 | INCOMING Wire | $50,000.00 |
| | USD 50,000.00 | | | | $50,000.00 |

## ░░░2JDFX — Fees

| Trade Date | Description | USD Amount |
|---|---|---|
| 26-Aug-2009 | NFA Fee | $0.00 |
| | | $0.00 |
| | Total Fees | $0.00 |

## Account Balances

USD

| Beginning Balance | Commissions | Fees | Profit/Loss | Roll Charges | Wires and Checks |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 50,000.00 |

| Ending Balance | OTE | Security on Deposit | Liq Value | Margin Amount | Margin Excess | Journal Entries |
|---|---|---|---|---|---|---|
| 50,000.03 | 0.00 | 0.00 | 50,000.03 | 0.00 | 50,000.03 | 0.00 |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

GOVERNMENT EXHIBIT 116

PFG000548