**FA495**
8/18/2008     wire sent     $4,770,070.86

    4,770,070.86  BOOK TRANSFER DEBIT     BOOK  4212600231JO     SAME  17:26  08/18/2008  STRAIGHT
    YOUR REF:  NONREF
    PAID TO:  00000000010962009 BCHASGB2L JPMORGAN CHASE BANK NATIONAL ASSOC 125 LONDON WALL, FL 5,LONDON UK UNITED KINGDOM
    ACCT PARTY:  /GB71CHAS60924235981701 JDFX FUND LTD
    REC GFP:  08182124

**FA495**
3/17/2008     wire received     $500,000.00

    500,000.00  BOOK TRANSFER CREDIT     BOOK  9556400077FR     SAME  16:04  03/17/2008  STRAIGHT
    YOUR REF:  SWF OF 08/03/17
    REC FROM:  00000000010962009 JPMORGAN CHASE BANK NATIONAL ASSOC 125 LONDON WALL, FL 5 LONDON UK UNITED KINGDOM EC2Y5-AJ
    SWIFT ID:  CHASGB2L
    B/O CUSTOMER:  /0035981701 JDFX FUND LTD 1ST FLOOR COLUMBUS CENT VG
    REMARK:  /OCMT/USD500000,00/
    REC GFP:  03172000

**FA495**
11/21/2007     wire received     $2,000,000.00

    11/20   Book Transfer Credit B/O: JPMorgan Chase Bank National Alondon Uk United Kingdom Ec2Y5Aj Org: Jdfx Fund Ltd 1St Floor Columbus Cent Trn: 1907400324Fr     2,000,000.00

**FQ562**
8/26/09     wire received     $50,000.00

50,000.00 BOOK TRANSFER CREDIT BOOK 9264300238FS SAME 09:02 08/26/2009 STRAIGHT
YOUR REF: SWF OF 09/08/26
REC FROM: 00000000011848249 UBS AG BAHNHOFSTRASSE 45 ZURICH SWITZERLAND 8021 -
SWIFT ID: UBSWCHZH80A
B/O CUSTOMER: /CH5700206206251262602 1/JAMES PIERON 1/8006 ZURICH 6/CH/UBS/0206-00251262
REMARK: PFG NAME: JAMES PIERON PFG ACC: FQ562 BROKER: 181 USER: JAM800
/OCMT/USD50000,/
REC GFP: 08261300

GOVERNMENT EXHIBIT 117

PFG000958

01631