**UBS AG**
Postfach, CH-6002 Luzern

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS Current Account USD**
| | |
|---|---|
| Account no. | ▇▇▇41255.60N |
| Client no. | ▇▇▇▇41255 |
| IBAN | CH43 0027 3273 2412 5560 N |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
| | 6300 Zug |
| VAT no. | 431842 |

## Account Statement

**01.11.2008 - 30.11.2008**         Produced on    29 November 2008

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.11.08 | Opening balance | | | | 0.00 |
| 28.11.08 | CREDIT | | 2 250 000.00 | 28.11.08 | 2 250 000.00 |
| | Turnover total | 0.00 | 2 250 000.00 | | |
| 30.11.08 | Closing balance | | | | 2 250 000.00 |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG


GOVERNMENT EXHIBIT 118

Form without signature                                 Page 1 / 1

GNZKOA01 / 001000 / ZD9AY4BR2N65RTEA00001
VS                                    28.11.2008

10414

**UBS AG**
Postfach, CH-6002 Luzern

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS Current Account USD**
| | |
|---|---|
| Account no. | ████255.60N |
| Client no. | ████255 |
| IBAN | CH43 0027 3273 2412 5560 N |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
| | 6300 Zug |
| VAT no. | 431842 |

## Account Statement

01.12.2008 - 31.12.2008         Produced on    1 January 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.12.08 | Opening balance | | | | 2 250 000.00 |
| 01.12.08 | TRANSFER CH250020220262869760J | 98 000.00 | | 01.12.08 | 2 152 000.00 |
| 01.12.08 | E-BANKING PAYMENT ORDER | 2 150 000.00 | | 01.12.08 | 2 000.00 |
| 17.12.08 | CREDIT | | 2 100 000.00 | 17.12.08 | 2 102 000.00 |
| 18.12.08 | E-BANKING PAYMENT ORDER | 2 100 000.00 | | 18.12.08 | 2 000.00 |
| 31.12.08 | BALANCE CLOSING OF SERVICE PRICES | 19.56 | | 31.12.08 | 1 980.44 |
| | Turnover total | 4 348 019.56 | 2 100 000.00 | | |
| **31.12.08** | **Closing balance** | | | | **1 980.44** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

**UBS AG**
Postfach, CH-6002 Luzern

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

**UBS Current Account USD**
| | |
|---|---|
| Account no. | ████████255.60N |
| Client no. | ████████1255 |
| IBAN | CH43 0027 3273 2412 5560 N |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
| | 6300 Zug |
| VAT no. | 431842 |

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

## Account Statement

**01.01.2009 - 31.01.2009**          Produced on    31 January 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.01.09 | Opening balance | | | | 1 980.44 |
| 23.01.09 | CREDIT | | 2 125 000.00 | 23.01.09 | 2 126 980.44 |
| 26.01.09 | E-BANKING PAYMENT ORDER | 2 125 000.00 | | 26.01.09 | 1 980.44 |
| 30.01.09 | BALANCE CLOSING OF SERVICE PRICES | 0.26 | | 31.01.09 | 1 980.18 |
| | Turnover total | 2 125 000.26 | 2 125 000.00 | | |
| 31.01.09 | **Closing balance** | | | | **1 980.18** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

IBAN (International Bank Account Number) - for Swiss payment transactions too.
In future, 21-digit IBAN account numbers will completely replace traditional account numbers. They are already successfully used as standard in cross-border payments. The advantages - greater security thanks to check digits, faster payment processing and, ultimately, lower processing costs for clients - should now be used as soon as possible in Switzerland as well. You can find your personal IBAN on your UBS Maestro Card, on your UBS account statements (top-right), or in UBS e-banking. To ensure that you are fully prepared for the future, we recommend that you give this number to transaction partners and start using it right away for all domestic payments.
From 2010, not using your IBAN may result in higher transaction costs.

|  | UBS AG |
|---|---|
|  | Postfach, CH-6002 Luzern |
|  | |
|  | For information: |
|  | UBS SME Service Line |
|  | Tel. 0844 853 004 |
|  | Mr Eduard Heusser |
|  | Tel. 041-208 15 49 |

| UBS Current Account USD | |
|---|---|
| Account no. | ▇▇▇1255.60N |
| Client no. | ▇▇▇41255 |
| IBAN | CH43 0027 3273 2412 5560 N |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
|  | 6300 Zug |
| VAT no. | 431842 |

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

# Account Statement

**01.02.2009 - 28.02.2009**    Produced on    28 February 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.02.09 | Opening balance | | | | 1 980.18 |
| | Turnover total | 0.00 | 0.00 | | |
| 28.02.09 | **Closing balance** | | | | **1 980.18** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

---

Form without signature    Page 1 / 1

GNZKOA01 / 001000 / ZD9A3V7S7P73NC5A00001
VS                                  27.02.2009

UBS AG
Postfach, CH-6002 Luzern

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS Current Account USD**
Account no.        ████41255.60N
Client no.         ████1255
IBAN               CH43 0027 3273 2412 5560 N
BIC                UBSWCHZH80A
Holder             JDFX Holding AG
                   6300 Zug
VAT no.            431842

## Account Statement

**01.03.2009 - 31.03.2009**          Produced on     1 April 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.03.09 | Opening balance | | | | 1 980.18 |
| 31.03.09 | BALANCE CLOSING OF SERVICE PRICES | 17.85 | | 31.03.09 | 1 962.33 |
| | Turnover total | 17.85 | 0.00 | | |
| 31.03.09 | **Closing balance** | | | | **1 962.33** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

**UBS AG**
Postfach, CH-6002 Luzern

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208-15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS Current Account USD**
| | |
|---|---|
| Account no. | ▓▓▓▓1255.60N |
| Client no. | ▓▓▓1255 |
| IBAN | CH43 0027 3273 2412 5560 N |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
| | 6300 Zug |
| VAT no. | 431842 |

## Account Statement

**01.04.2009 - 30.04.2009**          Produced on     1.May 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.04.09 | Opening balance | | | | 1 962.33 |
| | Turnover total | 0.00 | 0.00 | | |
| 30.04.09 | **Closing balance** | | | | **1 962.33** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

Form without signature                                            Page 1 / 1

GNZKOA01 / 001000 / ZD9A3V7THZQUMDXA00001
VS                                          30.04.2009

10419

**UBS AG**
Postfach, CH-6002 Luzern

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS Current Account USD**
| | |
|---|---|
| Account no. | ▇▇▇1255.60N |
| Client no. | ▇▇▇1255 |
| IBAN | CH43 0027 3273 2412 5560 N |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
| | 6300 Zug |
| VAT no. | 431842 |

## Account Statement

01.05.2009 - 31.05.2009                    Produced on    30 May 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.05.09 | Opening balance | | | | 1 962.33 |
| 26.05.09 | CREDIT | | 1 025 000.00 | 26.05.09 | 1 026 962.33 |
| | Turnover total | 0.00 | 1 025 000.00 | | |
| 31.05.09 | Closing balance | | | | 1 026 962.33 |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

**UBS AG**
Postfach, CH-6002 Luzern
www.ubs.com

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS current account USD**
**IBAN  CH43 0027 3273 2412 5560 N**
Account no.      ▓▓▓▓41255.60N
Client no.         ▓▓▓▓1255
BIC                  UBSWCHZH80A
Holder             JDFX Holding AG
                        6300 Zug
VAT no.           431842

## Account Statement

**01.06.2009 - 30.06.2009**                Produced on    1 July 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.06.09 | Opening balance | | | | 1 026 962.33 |
| 17.06.09 | E-BANKING CREDIT | | 1 050 000.00 | 17.06.09 | 2 076 962.33 |
| 24.06.09 | CREDIT | | 100 000.00 | 24.06.09 | 2 176 962.33 |
| 25.06.09 | E-BANKING CREDIT | | 75 000.00 | 25.06.09 | 2 251 962.33 |
| 25.06.09 | THIRD-PARTY CHARGES PAY BACK | 18.53 | | 25.06.09 | 2 251 943.80 |
| 25.06.09 | PAY BACK | 2 250 000.00 | | 25.06.09 | 1 943.80 |
| 30.06.09 | BALANCE CLOSING OF SERVICE PRICES | 42.00 | | 30.06.09 | 1 901.80 |
| | Turnover total | 2 250 060.53 | 1 225 000.00 | | |
| **30.06.09** | **Closing balance** | | | | **1 901.80** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

|                                          |                              |
| ---------------------------------------- | ---------------------------- |
|                                          | **UBS AG**                   |
|                                          | Postfach, CH-6002 Luzern     |
|                                          | www.ubs.com                  |
|                                          |                              |
|                                          | For information:             |
|                                          | UBS SME Service Line         |
|                                          | Tel. 0844 853 004            |
|                                          | Mr Eduard Heusser            |
|                                          | Tel. 041-208 15 49           |

**UBS current account USD**
**IBAN CH43 0027 3273 2412 5560 N**

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

| | |
|---|---|
| Account no. | ▉▉▉▉41255.60N |
| Client no. | ▉▉▉▉41255 |
| BIC | UBSWCHZH80A |
| Holder | JDFX Holding AG |
|  | 6300 Zug |
| VAT no. | 431842 |

## Account Statement

**01.07.2009 - 31.07.2009**          Produced on    1 August 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.07.09 | Opening balance | | | | 1 901.80 |
|  | Turnover total | 0.00 | 0.00 | | |
| 31.07.09 | **Closing balance** | | | | **1 901.80** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

**UBS AG**
Postfach, CH-6002 Luzern
www.ubs.com

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS current account USD**
**IBAN CH43 0027 3273 2412 5560 N**
Account no.        ████1255.60N
Client no.         ████1255
BIC                UBSWCHZH80A
Holder             JDFX Holding AG
                   6300 Zug
VAT no.            431842

## Account Statement

**01.08.2009 - 31.08.2009**          Produced on      1 September 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.08.09 | Opening balance | | | | 1 901.80 |
| | Turnover total | 0.00 | 0.00 | | |
| 31.08.09 | **Closing balance** | | | | **1 901.80** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

Form without signature                                                Page 1 / 1

GNZKOA01 / 001000 / ZD9A3V7T5VB2BPBA00001
VS                                              31.08.2009

10423

**UBS AG**
Postfach, CH-6002 Luzern
www.ubs.com

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS current account USD**
**IBAN CH43 0027 3273 2412 5560 N**
Account no.   ▇▇▇▇1255.60N
Client no.    ▇▇▇▇41255
BIC           UBSWCHZH80A
Holder        JDFX Holding AG
              6300 Zug
VAT no.       431842

## Account Statement

**01.09.2009 - 30.09.2009**           Produced on   1 October 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.09.09 | Opening balance | | | | 1 901.80 |
| 30.09.09 | BALANCE CLOSING OF SERVICE PRICES | 19.57 | | 30.09.09 | 1 882.23 |
| | Turnover total | 19.57 | 0.00 | | |
| 30.09.09 | **Closing balance** | | | | **1 882.23** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

**UBS AG**
Postfach, CH-6002 Luzern
www.ubs.com

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS current account USD**
**IBAN CH43 0027 3273 2412 5560 N**
Account no. ▬1255.60N
Client no. ▬41255
BIC UBSWCHZH80A
Holder JDFX Holding AG
6300 Zug
VAT no. 431842

## Account Statement

**01.10.2009 - 31.10.2009**    Produced on   31 October 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.10.09 | Opening balance | | | | 1 882.23 |
| 14.10.09 | E-BANKING CREDIT | | 500 000.00 | 14.10.09 | 501 882.23 |
| 15.10.09 | THIRD-PARTY CHARGES 14.10.09 | 20.04 | | 15.10.09 | 501 862.19 |
| 15.10.09 | ORDER 14.10.09 | 500 000.00 | | 15.10.09 | 1 862.19 |
| 30.10.09 | BALANCE CLOSING OF SERVICE PRICES | 4.96 | | 31.10.09 | 1 857.23 |
| | Turnover total | 500 025.00 | 500 000.00 | | |
| **31.10.09** | **Closing balance** | | | | **1 857.23** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

Form without signature    Page 1 / 1

GNZKOA01 / 001000 / ZD9A5GCABSWXJ4HA00001
V5                                           30.10.2009

10425

**UBS AG**
Postfach, CH-6002 Luzern
www.ubs.com

For information:
UBS SME Service Line
Tel. 0844 853 004
Mr Eduard Heusser
Tel. 041-208 15 49

JDFX Holding AG
c/o JDFX Technologies AG
Usteristrasse 9
8001 Zürich

**UBS current account USD**
**IBAN CH43 0027 3273 2412 5560 N**
Account no.       ████1255.60N
Client no.        ████1255
BIC               UBSWCHZH80A
Holder            JDFX Holding AG
                  6300 Zug
VAT no.           431842

## Account Statement

**01.11.2009 - 30.11.2009**          Produced on    1 December 2009

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 01.11.09 | Opening balance | | | | 1 857.23 |
| 10.11.09 | E-BANKING CREDIT | | 500 000.00 | 10.11.09 | 501 857.23 |
| 13.11.09 | E-BANKING PAYMENT ORDER | 500 000.00 | | 13.11.09 | 1 857.23 |
| 19.11.09 | CREDIT | | 500 000.00 | 19.11.09 | 501 857.23 |
| 23.11.09 | E-BANKING PAYMENT ORDER | 500 000.00 | | 23.11.09 | 1 857.23 |
| 30.11.09 | BALANCE CLOSING OF SERVICE PRICES | 0.61 | | 30.11.09 | 1 856.62 |
| | Turnover total | 1 000 000.61 | 1 000 000.00 | | |
| 30.11.09 | **Closing balance** | | | | **1 856.62** |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG

New withdrawal limits for UBS customer card and UBS Maestro Card
UBS has simplified the withdrawal limits for UBS customer cards and UBS Maestro Cards. From February 1, 2010, both your monthly and daily limit will be CHF 5,000. This applies to withdrawals made with your UBS customer card at UBS Bancomats and counters, and also when you use your UBS Maestro Card at any ATM or to purchase goods and services worldwide. Please note that the amount per withdrawal may be limited at ATMs abroad. Further information: www.ubs.com/maestrocard or from your client advisor.

Form without signature                                              Page 1 / 1

GNZKOA01 / 001000 / ZD9A5GCBDL4HLU7A00001
VS                                          30.11.2009