Page **1** of 4

C38

**National City Bank**　　128822
PO BOX 8043
ROYAL OAK MI 48068-8043

**Statement Period:** May 30, 2009 - Jun. 30, 2009
**Account Number:** ●●●●4058

**Contact Us**

Phone: 1-888-622-4249
TDD for the Hearing Impaired: 1-800-290-0211
Customer Service Hours:
Mon. - Fri.: 7 a.m. - 9 p.m. ET
Saturday: 7 a.m. - 2 p.m. ET
Sunday: 10 a.m. - 4 p.m. ET
points from National City: 1-866-622-7646
Web: NationalCity.com

IB TECHNOLOGIES INC
████ DENISON DR STE A
MT PLEASANT  MI  48858-5596

0



## Important Information About Your Account

**Stop Payment Renewal Notices Will Be Discontinued**

*Effective Wednesday, August 5, 2009*
Renewal notices will no longer be mailed for a stop payment order that is due to expire.

There will be no change to the procedure for entering or renewing stop payment orders - call the customer service number on your statement or visit your branch.



## Free Small Business Checking

**Account Summary for ●●●●4058**

| Beginning Balance as of May 30, 2009 | | $0.01 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 100,000.00 |
| Checks | 3 items | - 9,792.31 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 2 items | - 463.82 |
| Other Debits and Transfers | 2 items | - 2,011.00 |
| Ending Balance as of Jun. 30, 2009 | | $87,732.88 |

**OTHER**
## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 06/08 | Wire Transfer Credit | $100,000.00 |
| | Total: 1 item for $100,000.00 | |



GOVERNMENT EXHIBIT
120A

541797

10551

Page 2 of 4
Statement Period: May 30, 2009 - Jun. 30, 2009
Account Number: ▮▮▮▮4058

## Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 992 | $1,532.00 | Paid Check - Image Available Online | 06/29 |
| 50001* # | 4,494.58 | Paid Check - Image Available Online | 06/12 |
| 50002 # | 3,765.73 | Paid Check - Image Available Online | 06/12 |

Total: 3 items for $9,792.31

Running low on checks? Call 1-800-784-7391 or visit NationalCity.com/smallbusiness/checking/ordercheckss to get more.

*Indicates a gap in check sequence.

# Reflects an Online Bill Payment paid by check. In some instances, payees require Online Bill Payments to be paid by check. When this is the case, your payment(s) is made by check (produced by National City), itemized in the Checks and Converted Checks section and has a check number in the 50,000-90,000 range.

## CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 06/29 | WM Supercenter, MT. Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 090626 | $300.28 |
| 06/29 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 090626 | 163.54 |

Total: 2 items for $463.82

## OTHER Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 06/29 | Withdrawal | $2,000.00 |
| 06/30 | Wire Transfer Fee | 11.00 |

Total: 2 items for $2,011.00

## points from National City

**11,003 - points Balance as of Jun. 30, 2009**
**For CheckCard xxxx xxxx xxxx 6199**

If you are ready to redeem your points or have questions about the program, visit NationalCity.com/points or call 1-866-NCB-points (1-866-622-7646).

541798