Page 1 of 4

C37



**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

125288

**Statement Period:** Oct. 1, 2009 - Oct. 30, 2009
**Account Number:** ●●●●●4058

**Contact Us**

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
 **Customer Service Hours:**
 Mon. - Fri.: 7 a.m. - 10 p.m. ET
 Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

IB TECHNOLOGIES INC
●●●● DENISON DR STE A
MT PLEASANT  MI  48858-5596

o

 ## Important Information About Your Account

Important Notice: As a result of a final rule to implement applicable provisions of the Unlawful Internet Gambling Enforcement Act of 2006 (31 U.S.C. 5361-5367), we are required to notify all commercial customers that restricted transactions related to unlawful internet gambling activities are prohibited from being processed through their account or relationship.

 ## Free Small Business Checking

**Account Summary for ●●●●●4058**

| Beginning Balance as of Oct. 1, 2009 | | $8,646.24 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 2 items | + 505,985.00 |
| Checks | 15 items | - 24,354.26 |
| Online Bill Pymts/Electronic Pymts | 11 items | - 17,813.70 |
| CheckCard/ATM Transactions | 8 items | - 2,097.58 |
| Other Debits and Transfers | 5 items | - 270,171.85 |
| **Ending Balance as of Oct. 30, 2009** | | **$200,193.85** |

OTHER
 ## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 10/15 | Wire Transfer Credit | $500,000.00 |
| 10/23 | Wire Transfer Credit | 5,985.00 |
| | **Total: 2 items for $505,985.00** | |



488619

####### JOB##### ###002#

 # Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1029 | $4,903.00 | Paid Check - Image Available Online | 10/23 |
| 1030 | 851.27 | Paid Check - Image Available Online | 10/20 |
| 1031 | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1032 | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1033 | 1,928.00 | Paid Check - Image Available Online | 10/19 |
| 1035* | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1036 | 3,951.57 | Paid Check - Image Available Online | 10/22 |
| 1037 | 641.96 | Paid Check - Image Available Online | 10/22 |
| 1038 | 318.06 | Paid Check - Image Available Online | 10/09 |
| 1040* | 435.00 | Paid Check - Image Available Online | 10/16 |
| 1041 | 540.00 | Paid Check - Image Available Online | 10/16 |
| 1046* | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1047 | 37.50 | Paid Check - Image Available Online | 10/22 |
| 1048 | 1,328.50 | Paid Check - Image Available Online | 10/27 |
| 1051* | 1,707.40 | Paid Check - Image Available Online | 10/29 |

**Total: 15 items for $24,354.26**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 10/06 | Paypal Inst Xfer 4Js223Vlbdwh6 091005 | $30.74 |
| 10/09 | Paypal Inst Xfer 4Js223Vrb97Nq 091008 | 57.60 |
| 10/13 | IRS USATaxpymt 270968600394265 101309 | 2,618.00 |
| 10/13 | Paypal Inst Xfer 4Js223Vu9Wtry 091010 | 1,499.00 |
| 10/20 | Intuit Payroll S Quickbooks 264822687 091020 | 5,786.97 |
| 10/20 | Paypal Inst Xfer 4Js223W9Cccd8 091019 | 14.34 |
| 10/21 | Paypal Inst Xfer 4Js223Waykrbl 091020 | 57.60 |
| 10/22 | Intuit Payroll S Quickbooks 264822687 091022 | 6,381.47 |
| 10/26 | Paypal Inst Xfer 4Js223Wfu49Wn 091023 | 1,144.00 |
| 10/26 | Paypal Inst Xfer 4Js223Wg2G88C 091023 | 161.98 |
| 10/26 | Paypal Inst Xfer 4Js223Wful73A 091023 | 62.00 |

**Total: 11 items for $17,813.70**

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 10/02 | Wal-Mart #1428, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXXX619X 091001 | $264.35 |
| 10/05 | Meijer Inc #69 Q01, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXXX619X 091002 | 64.71 |
| 10/06 | 1419 S Mission St, MT. Pleasant,MI Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXXX6199 | 500.00 |

**Continued**

## CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|---|---|---|
| 10/15 | Staples  00103101, Mount Pleasan, MI  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 091014 | 497.60 |
| 10/15 | Staples  00103101, Mount Pleasan, MI  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 091014 | 264.99 |
| 10/22 | 1419 S Mission St, MT. Pleasant,MI  Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXXX6199 | 400.00 |
| 10/22 | 1419 S Mission St, MT. Pleasant,MI  Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXXX6199 | 100.00 |
| 10/29 | USPS 25644008530809198, Mount Pleasan, MI  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 091028 | 5.93 |

Total: 8 items for $2,097.58

## OTHER
## Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 10/08 | Withdrawal | $1,000.00 |
| 10/19 | Wire Transfer Debit | 250,000.00 |
| 10/19 | Intl Wire Out Non-Repetitive | 12,015.00 |
| 10/19 | Wire Transfer Debit | 7,083.85 |
| 10/30 | Wire Transfer Fee | 73.00 |

Total: 5 items for $270,171.85


**p●ints** *from* National City

**28,310 - points Balance as of Oct. 30, 2009**
**For CheckCard xxxx xxxx xxxx 6199**

########-JOB#####-####002#