Page 1 of 4

C37

**National City Bank**  
PO BOX 8043  
ROYAL OAK MI 48068-8043

123715

**Statement Period:** Oct. 31, 2009 - Nov. 30, 2009  
**Account Number:** ####4058

**Contact Us**  
Phone: 1-888-622-4249  
TDD for the Hearing Impaired: 1-800-290-0211  
Customer Service Hours:  
Mon. - Fri.: 7 a.m. - 10 p.m. ET  
Sat. - Sun.: 8 a.m. - 5 p.m. ET  
points from National City: 1-866-622-7646  
Web: NationalCity.com

IB TECHNOLOGIES INC  
#### DENISON DR STE A  
MT PLEASANT  MI  48858-5596

0


## Free Small Business Checking

**Account Summary for ####4058**

| | | |
|---|---|---|
| Beginning Balance as of Oct. 31, 2009 | | $200,193.85 |
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 4 items | + 752,962.64 |
| Checks | 18 items | - 21,488.97 |
| Online Bill Pymts/Electronic Pymts | 12 items | - 12,653.37 |
| CheckCard/ATM Transactions | 15 items | - 2,267.43 |
| Other Debits and Transfers | 3 items | - 501,087.00 |
| Ending Balance as of Nov. 30, 2009 | | $415,659.72 |

**OTHER**
## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 11/03 | Staples    00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 091102 | $2.64 |
| 11/18 | Wire Transfer Credit | 749,975.00 |
| 11/19 | Wire Transfer Credit | 1,500.00 |
| 11/19 | Wire Transfer Credit | 1,485.00 |

Total: 4 items for $752,962.64


## Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1050 | $27.47 | Paid Check - Image Available Online | 11/02 |
| 1052* | 1,913.60 | Paid Check - Image Available Online | 11/02 |
| 1053 | 655.00 | Paid Check - Image Available Online | 11/06 |

Continued


GOVERNMENT EXHIBIT 120 C

466851

#######-JOB#####-###002#

Page 2 of 4
Statement Period: Oct. 31, 2009 - Nov. 30, 2009
Account Number: ████24058



## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1054 | 732.97 | Paid Check - Image Available Online | 11/17 |
| 1055 | 706.40 | Paid Check - Image Available Online | 11/17 |
| 1056 | 37.50 | Paid Check - Image Available Online | 11/13 |
| 1058* | 435.00 | Paid Check - Image Available Online | 11/17 |
| 1059 | 2,524.18 | Paid Check - Image Available Online | 11/19 |
| 1060 | 15.71 | Paid Check - Image Available Online | 11/17 |
| 1061 | 47.56 | Paid Check - Image Available Online | 11/23 |
| 1062 | 3,010.28 | Paid Check - Image Available Online | 11/19 |
| 1064* | 2,876.50 | Paid Check - Image Available Online | 11/24 |
| 1066* | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1067 | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1068 | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1069 | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1071* | 145.80 | Paid Check - Image Available Online | 11/27 |
| 1072 | 649.00 | Paid Check - Image Available Online | 11/27 |

Total: 18 items for $21,488.97

*Indicates a gap in check sequence.



## Online Bill Payments/Electronic Payments

| Date | Description | | Amount |
|---|---|---|---|
| 11/02 | Paypal | Inst Xfer 4Js223Wt9Pzwl 091031 | $8.17 |
| 11/03 | Paypal | Inst Xfer 4Js223Wwqyyj6 091102 | 46.99 |
| 11/10 | Paypal | Inst Xfer 4Js223X9A6Rcs 091109 | 43.96 |
| 11/13 | IRS | USATaxpymt 270971700652555 111309 | 4,885.00 |
| 11/13 | Paypal | Inst Xfer 4Js223Xelbrgs 091112 | 146.20 |
| 11/13 | Paypal | Inst Xfer 4Js223Xel2R5S 091112 | 42.23 |
| 11/13 | Paypal | Inst Xfer 4Js223Xewnt6S 091112 | 8.50 |
| 11/16 | Paypal | Inst Xfer 4Js223Xgclv74 091113 | 16.99 |
| 11/17 | Paypal | Inst Xfer 4Js223Xlr9Jca 091116 | 369.99 |
| 11/17 | Paypal | Inst Xfer 4Js223Xlrveyq 091116 | 7.17 |
| 11/24 | Intuit Payroll S Quickbooks 264822687 | 091124 | 7,028.17 |
| 11/27 | Paypal | Inst Xfer 4Js223Y3X4C4A 091125 | 50.00 |

Total: 12 items for $12,653.37

Page 3 of 4
Statement Period: Oct. 31, 2009 - Nov. 30, 2009
Account Number: ████24058



## CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 11/02 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091031 | $85.28 |
| 11/04 | 1419 S Mission St, MT. Pleasant, MI Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXX6199 | 500.00 |
| 11/09 | Hyatt Hotels Mnpls, Minneapolis, Mn Bus CheckCard Trans. XXXXXXXXXXXX619X 091106 | 970.53 |
| 11/09 | Hyatt Hotels Mnpls, Minneapolis, Mn Bus CheckCard Trans. XXXXXXXXXXXX619X 091106 | 58.48 |
| 11/10 | Hyatt Hotels Mnpls, Minneapolis, Mn Bus CheckCard Trans. XXXXXXXXXXXX619X 091109 | 117.58 |
| 11/12 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091111 | 99.57 |
| 11/12 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091111 | 32.35 |
| 11/12 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091111 | 24.99 |
| 11/12 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091111 | 24.37 |
| 11/13 | The UPS Store #2466, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091112 | 97.48 |
| 11/16 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091115 | 45.25 |
| 11/17 | Fedex 870319287734, 800-4633339, TN Bus CheckCard Trans. XXXXXXXXXXXX619X 091116 | 17.01 |
| 11/19 | The UPS Store #2466, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091118 | 115.69 |
| 11/20 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091119 | 21.36 |
| 11/23 | The UPS Store #2466, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091120 | 57.49 |

Total: 15 items for $2,267.43

## OTHER
## Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 11/16 | Intl Wire Out Non-Repetitive | $1,020.00 |
| 11/19 | Intl Wire Out Non-Repetitive | 500,000.00 |
| 11/30 | Wire Transfer Fee | 67.00 |

Total: 3 items for $501,087.00



**p●ints.** *from* **National City**

**32,116** - points Balance as of Nov. 28, 2009
For CheckCard xxxx xxxx xxxx 6199

466853

1056