Page 1 of 6

C4



**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

536562

**Statement Period:** Apr. 1, 2010 - Apr. 9, 2010
**Account Number:** ●●●●24058

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
 **Customer Service Hours:**
 Mon. - Fri.: 7 a.m. - 10 p.m. ET
 Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com



IB TECHNOLOGIES INC
● ● DENISON DR STE A
MT PLEASANT MI 48858-5596

o

 **Important Information About Your Account**

**This is your final account statement from National City Bank.**
This statement includes your account activity from your previous statement date until the close of business on Friday, April 9, 2010 when your National City Bank account or accounts were transferred to PNC Bank's systems.

Your next statement will be issued by PNC Bank and will include your new account number(s). That statement will list your account activity from the close of business on Friday, April 9, 2010, through the date printed on the statement. From then on, your account statements will be mailed to you on approximately the same date as before the account transfer.

**Changes to PNC Funds Availability Policy**
Due to lower check volume and efficiencies in check processing, the Federal Reserve Processing Centers have consolidated and all checks drawn on any U.S. bank will be considered local.

Funds from check deposits will generally be available the next business day. Special rules exist for accounts open less than 30 days and for large dollar deposits. Since the PNC Funds Availability Policy changed after the PNC Disclosure and Agreement booklet was mailed to you, the current version is included at the end of this statement.

CON3-024

 **Free Small Business Checking**

**Account Summary for** ●●●24058

| Beginning Balance as of Apr. 1, 2010 | | $312,798.51 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 203,185.22 |
| Checks | 4 items | - 5,128.08 |
| Online Bill Pymts/Electronic Pymts | 1 item | - 2,534.17 |
| CheckCard/ATM Transactions | 5 items | - 34.95 |
| Other Debits and Transfers | 1 item | - 250,000.00 |
| **Ending Balance as of Apr. 9, 2010** | | **$258,286.53** |


GOVERNMENT
EXHIBIT
120 D

2812079

########-JOB#####-####003#

10578

Page 2 of 6
Statement Period: Apr. 1, 2010 - Apr. 9, 2010
Account Number: ▓▓24058

**OTHER**
## Miscellaneous Credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/05 | Wire Transfer Credit | $203,185.22 |
| | | **Total: 1 item for $203,185.22** |

## Checks

| Check Number | Amount | Description | Date Paid |
|--------------|--------|-------------|-----------|
| 1164 | $1,919.00 | Paid Check - Image Available Online | 04/07 |
| 1171* | 142.99 | Paid Check - Image Available Online | 04/07 |
| 1172 | 55.81 | Paid Check - Image Available Online | 04/08 |
| 1173 | 3,010.28 | Paid Check - Image Available Online | 04/06 |
| | | **Total: 4 items for $5,128.08** | |

*Indicates a gap in check sequence.



## Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|------|-------------|--------|
| 04/08 | Intuit Payroll S Quickbooks 264822687     100408 | $2,534.17 |
| | | **Total: 1 item for $2,534.17** |



## CheckCard/ATM Transactions

| Date | Description | Amount |
|------|-------------|--------|
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 100404 | $6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 100404 | 6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 100404 | 6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 100404 | 6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXXX619X 100404 | 6.99 |
| | | **Total: 5 items for $34.95** |

**OTHER**
## Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 04/05 | Wire Transfer Debit | $250,000.00 |
| | | **Total: 1 item for $250,000.00** |