# Free Business Checking
PNC Bank

**For the period 01/01/2011 to 01/31/2011**

IB TECHNOLOGIES INC
JAMES D. PIERON JR
▮▮▮▮ DENISON DR STE A
MOUNT PLEASANT MI 48858-5596

Primary account number: ▮▮▮▮▮-9901
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Important Notice: As a result of a final rule to implement applicable provisions of the Unlawful Internet Gambling Enforcement Act of 2006 (31 U.S.C. 5361-5367), we are required to notify all commercial customers that restricted transactions related to unlawful internet gambling activities are prohibited from being processed through their account or relationship.

## IMPORTANT ACCOUNT INFORMATION

**Effective Immediately**

The information stated below amends certain information in our Business Account Agreement. All other information in our Agreement, as amended, continues to apply to your account. Please review the following information and retain it with your records.

**Account Agreement for Business Accounts**
The terms and conditions of this Account Agreement for Business Accounts ('Agreement') apply to all PNC Bank business accounts. You have agreed by signing the signature card and/or by using your account on or after the opening date, to be legally bound by the terms of this Agreement. You agree to comply with all applicable local, state and federal laws, rules and regulations, as amended from time to time, *including without limitation the Unlawful Internet Gambling Enforcement Act of 2006 prohibiting unlawful internet gambling activities*, the Bank Secrecy Act, the USA Patriot Act, the federal anti-money laundering statutes and any laws or regulations that are enforced or administered by the Office of Foreign Assets Control ('OFAC'). You should keep a copy of this Agreement and anything else we send to you about your account for your records. When used in this Agreement, the terms 'you' and 'your' refer to your business or its authorized representative; 'we', 'our', and 'Bank' refer to PNC Bank. The term 'Account(s)' refers to your PNC Bank business deposit account(s).

For more information, please call 1-877-BUS-BNKG (287-2654) between 7 am - 10 pm (ET) Monday-Friday, and 8 am - 5 pm (ET) Saturday-Sunday.

---

## Free Business Checking Summary
Account number: ▮▮▮▮▮-9901
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr


GOVERNMENT EXHIBIT
120 E

# Free Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

**For the period 01/01/2011 to 01/31/2011**
IB TECHNOLOGIES INC
Primary account number: ####-9901
Page 2 of 3

Free Business Checking Account number: ####-9901 - continued

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 348,473.16 | 91,705.50 | 4,996.53 | 435,182.13 |

64,996 - points balance as of February 1, 2011 For CheckCard xxxx xxxx xxxx 0303.

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 91,705.50 |
| Total | 1 | 91,705.50 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 4,069.84 |
| ACH Deductions | 1 | 916.69 |
| Service Charges and Fees | 1 | 10.00 |
| Total | 5 | 4,996.53 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 348,473.16 | 01/07 | 344,465.21 | 01/21 | 435,182.13 |
| 01/03 | 348,463.16 | 01/10 | 343,645.38 | | |
| 01/05 | 347,546.47 | 01/19 | 343,476.63 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/21 | 91,705.50 | Deposit | 121329833 |

### Checks and Other Deductions

#### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 01/07 | 1412 | 3,081.26 | 089773007 | 01/10 | 1413 | 819.83 | 090806530 |
| | | | | 01/19 | 1414 | 168.75 | 095447631 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/05 | 916.69 | Corporate ACH Usataxpymt IRS 270140500253244 | 00011004904930960 |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | 10.00 | Service Charge Period Ending 12/31/2010 | |

# Free Business Checking

For 24-hour account information, sign on to:
pnc.com/mybusiness/

Free Business Checking Account number: ▮▮▮▮▮9901 - continued

**For the period 01/01/2011 to 01/31/2011**
IB TECHNOLOGIES INC
Primary account number: ▮▮▮▮▮-9901
Page 3 of 3

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 6 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |