# Free Business Checking
PNC Bank

**For the period 02/01/2011 to 02/28/2011**

IB TECHNOLOGIES INC
JAMES D PIEROH JR
████ DENISON DR STE A
MOUNT PLEASANT MI 48858-5596

Primary account number: ████-9901
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT INFORMATION FOR WIRE CUSTOMERS

Effective at the close of business on April 1, 2011, the National City Routing Transit Number (RTN) 072000915 and the PNC RTN 042000398 will be "deactivated" or retired at the Federal Reserve Bank for wire transfer purposes only. All other activity originated or received using these RTNs (e.g., checks or ACH) will continue as normal for a period of time yet to be determined.

After April 1st, paying banks will no longer be able to remit funds using the RTN's listed above via Fedwire. If you have not done so already, it is extremely important to contact all remitters/originators and provide them with the correct wire instructions — including both the correct PNC RTN and your PNC Bank account number -- to ensure funds are credited to your account after this date.

If you've previously used the National City RTN 072000915 or the PNC RTN 042000398, please use the following wire instructions:

| | |
|---|---|
| Receiving Bank: | PNC Bank |
| PNC Bank RTN: | 041000124 |
| Beneficiary: | Your Company's name |
| Beneficiary Account Number: | Your Company's account number with PNC Bank |

If you need additional information on wire services, please contact the PNC Wire Transfer Operations at 1-800-PNC-WIRE (1-800-762-9473).

---

## Free Business Checking Summary

Account number: ████-9901
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieroh Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 435,182.13 | 6,472.52 | 1,472.52 | 440,182.13 |

64,996 - points balance as of February 28, 2011 For CheckCard xxxx xxxx xxxx 0303.



GOVERNMENT EXHIBIT 120F

## Free Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

For the period 02/01/2011 to 02/28/2011
IB TECHNOLOGIES INC
Primary account number: ●●●●●●-9901

Free Business Checking Account number: ●●●●●●-9901 - continued

Page 2 of 2

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 6,472.52 |
| Total | 1 | 6,472.52 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,472.52 |
| Total | 1 | 1,472.52 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 02/01 | 435,182.13 | 02/25 | 440,182.13 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/25 | 6,472.52 | Deposit | 120850162 |

### Checks and Other Deductions

#### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 02/25 | 1415 | 1,472.52 | 090761601 | | | | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2011.

›‡ Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 2 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

10614