# Free Business Checking
PNC Bank

**For the period 07/01/2011 to 07/29/2011**

IB TECHNOLOGIES INC
JAMES D PIERON JR
DENISON DR STE. A
MOUNT PLEASANT MI 48858-5596

Primary account number: ####-9901
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

**Supplement to the Business Checking Accounts and Related Charges**
**Effective September 1, 2011**

### COMMONLY USED SERVICES
**Account Charges and Services**
Stop Payments
    Checks, electronic transfers, preauthorized debits and
    recurring preauthorized payments through Visa Check Card         $ 33.00

**Return Item Services**
Return of Deposited/Cashed Items                                      $ 12.00

**Your Statement Options**
Check Image Statements (where you receive statement pages that have pictures of the front and back sides of all your available canceled checks or replacement checks for the statement period):

* No Charge - Analysis Business Checking, Analysis Business Checking With Interest, IOLTA, and Client Master Escrow and Sub Accounts.
* $3 per month - All other checking and money market accounts. This fee is charged monthly regardless of whether you have any check images in your statement. Not available with Free Business Checking (unless previously enrolled).

All other fees and requirements remain the same.

---

## IMPORTANT ACCOUNT INFORMATION

The information below amends the PNC Funds Availability Policy. Please read this information and retain it with your records.

**Effective July 15, 2011**

**For Large Dollar Deposits and New Accounts:**
The PNC Funds Availability Policy will be changed to allow for an additional $100 from deposited checks or items to be available the first

GOVERNMENT EXHIBIT
120 G

10623

# Free Business Checking

📇 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2011 to 07/29/2011**
IB TECHNOLOGIES INC
Primary account number: ■■■■■-9901
Page 2 of 3

business day after the business day of your deposit for all purposes.

Please see the Funds Availability Policy applicable to your account for a complete overview of our policy on making deposited funds available to you. If you have questions, please visit your local PNC branch or call us at the Customer Service phone number listed above.

## Free Business Checking Summary

Account number: ■■■■■-9901
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 31,322.13 | 400,378.67 | 388,717.00 | 42,983.80 |

64,996 - points balance as of July 29, 2011 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 400,378.67 |
| Total | 1 | 400,378.67 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | 380,087.50 |
| Service Charges and Fees | 1 | 4.50 |
| Other Deductions | 1 | 8,625.00 |
| Total | 6 | 388,717.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 31,322.13 | 07/20 | 81,700.80 | 07/29 | 42,983.80 |
| 07/14 | 431,700.80 | 07/26 | 81,613.30 | | |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/14 | 400,378.67 | Transfer From Sub Account 0000004257379616 | IB TECHNOLOGIES |

### Checks and Other Deductions

#### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20 | 000 | 350,000.00 | 055123178 | 07/29 | 000 | 15,000.00 | 055176708 | 07/26 | 1419 * | 87.50 | 089611204 |
| | | | | 07/29 | 000 | 15,000.00 | 095625676 | | | | |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/29 | 4.50 | Counter Check Fee | PT05087 |

# Free Business Checking

🖥 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: ████-9901 - continued

**For the period 07/01/2011 to 07/29/2011**
IB TECHNOLOGIES INC
Primary account number: ████-9901
Page 3 of 3

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/29 | 8,625.00 | Withdrawal | Tel 0700087505 0154 | TEL 070 0087505 0154 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/29/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
| Checks Paid | 4 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |