# Free Business Checking
PNC Bank

**For the period 07/30/2011 to 08/31/2011**

IB TECHNOLOGIES INC
JAMES D PIERON JR
DENISON DR STE A
MOUNT PLEASANT MI 48858-5596

Primary account number: ####-9901
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa Check Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out. If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Free Business Checking Summary

Account number: ####-9901
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 42,983.80 | 0.00 | 32,050.00 | 10,933.80 |

64,996 - points balance as of August 31, 2011 For CheckCard xxxx xxxx xxxx 0303.


GOVERNMENT EXHIBIT
120 H

# Free Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

**For the period 07/30/2011 to 08/31/2011**
IB TECHNOLOGIES INC
Primary account number: ####-9901

Free Business Checking Account number ####-9901 - continued

Page 2 of 2

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | 32,050.00 |
| Total | 4 | 32,050.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 07/30 | 42,983.80 | 08/18 | 32,983.80 |
| 08/09 | 37,983.80 | 08/29 | 10,933.80 |

## Activity Detail

### Checks and Other Deductions

**Checks and Substitute Checks**  * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 08/29 | 000 | 12,050.00 | 090893894 | 08/18 | 1420 * | 5,000.00 | 056470817 |
| 08/09 | 000 | 5,000.00 | 004744765 | 08/29 | 000 | 10,000.00 | 003668927 | | | | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
| Checks Paid | 4 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |