

C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

126705

**Statement Period:** Aug. 1, 2009 - Aug. 31, 2009
**Account Number:** [redacted]24031

## Contact Us

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
Mon. - Fri.: 7 a.m. - 9 p.m. ET
Saturday: 7 a.m. - 2 p.m. ET
Sunday: 10 a.m. - 4 p.m. ET
**Web:** NationalCity.com

KOMPLIQUE INC
[redacted] DENISON DR STE A
MT PLEASANT MI 48858-5596

0

## Important Information About Your Account

***Effective at the end of business on Friday, November 6, 2009***
National City Bank will merge with and into PNC Bank, National Association, and will no longer be a separate entity. If you have deposit accounts at both institutions they are currently separately insured by the FDIC up to the maximum amount permitted by law.

National City Bank accounts will continue to be separately insured for six months after November 6, 2009. National City Bank Certificates of Deposit (CDs) will maintain separate insurance for six months, or until the next maturity date, whichever is later. CDs renewed during the six-month period with the same terms as the original CD will maintain separate insurance until the maturity date of the renewed CD.

There is nothing that you need to do. Information about the transition to PNC Bank will be sent in future communications. If you have questions, call us at the number on your statement or contact your National City branch.

## Free Small Business Checking

**Account Summary for [redacted]4031**

| **Beginning Balance as of Aug. 1, 2009** | | **$0.01** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 200,000.00 |
| Checks/Converted Checks | 0 items | - 0.00 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 2 items | - 107,011.00 |
| **Ending Balance as of Aug. 31, 2009** | | **$92,989.01** |

OTHER
## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 08/26 | Wire Transfer Credit | $200,000.00 |

**Total: 1 item for $200,000.00**

GOVERNMENT EXHIBIT 121A

520423

10658

**Statement Period:** Aug. 1, 2009 - Aug. 31, 2009
**Account Number:** ████24031

OTHER

## Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 08/28 | Withdrawal | $107,000.00 |
| 08/31 | Wire Transfer Fee | 11.00 |
| | | **Total: 2 items for $107,011.00** |

### Use the following worksheet to reconcile your checking account.

- Compare your deposit receipts with deposits shown on your statement. Be sure to add to your checkbook or register balance interest or other credits shown on this statement.
- In the space provided on the right, list any deposits made but not shown on your statement.
- Using the listing of your checks and withdrawals from this statement, mark your checkbook or register for each item shown.
- Be sure that any other charges shown on your statement are deducted from your checkbook or register balance.
- In the space provided on the right list all checks and withdrawals not shown on your statement.
- Enter the ending balance from your statement on line 1.
- Enter the total unlisted deposits on line 2.
- Total lines 1 and 2 and enter on line 3.
- Enter the total outstanding checks and withdrawals on line 4.
- Subtract line 4 from line 3 and enter on line 5.
- Enter your checkbook or register balance on line 6. This should agree with line 5.

| Unlisted Deposits | |
|---|---|
| **Date** | **Amount** |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| | $ . |
| **Total (2)** | $ . |

| Line | |
|---|---|
| 1 | $92,989.01 |
| + 2 | . |
| = 3 | . |
| - 4 | . |
| = 5 | . |
| = 6 | . |

| Outstanding Checks | |
|---|---|
| **Number** | **Amount** |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| | S . |
| **Total (4)** | S . |

520424