Page 1 of 4

C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

120973

**Statement Period:** Jan. 1, 2010 - Jan. 29, 2010
**Account Number:** ████4031

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
Mon. - Fri.: 7 a.m. - 10 p.m. ET
Sat. - Sun.: 8 a.m. - 5 p.m. ET
**Web:** NationalCity.com

KOMPLIQUE INC
████ DENISON DR STE A
MT PLEASANT  MI  48858-5596

0

 **Important Information About Your Account**

**1099 Interest Statements**

National City will mail 1099 interest statements for 2009 deposit accounts no later than February 1, 2010. If your account earned less than $10.00 in interest you will not be receiving a 1099 for that account from National City. Interest information is available by calling our automated telephone banking system at the number shown on your statement. Press 1 for account information, then press 1 for the checking menu or 3 for the savings menu.

✓ **Free Small Business Checking**

**Account Summary for** ████4031

| Beginning Balance as of Jan. 1, 2010 | | $44,898.08 |
|---|---|---|
| Deposits | 1 item | + 5,096.06 |
| Miscellaneous Credits | 0 items | + 0.00 |
| Checks | 8 items | - 23,238.50 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 6 items | - 1,814.14 |
| Other Debits and Transfers | 0 items | - 0.00 |
| **Ending Balance as of Jan. 29, 2010** | | **$24,941.50** |

 **Deposits**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/06 | $5,096.06 | | |
| | | **Total: 1 item for $5,096.06** | |

GOVERNMENT
EXHIBIT
121 B

474235

10665

**Statement Period:** Jan. 1, 2010 - Jan. 29, 2010
**Account Number:** ████4031

 ## Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1001 | $1,997.50 | Paid Check - Image Available Online | 01/08 |
| 1002 | 1,000.00 | Paid Check - Image Available Online | 01/19 |
| 1003 | 900.00 | Paid Check - Image Available Online | 01/19 |
| 1005* | 4,250.00 | Paid Check - Image Available Online | 01/19 |
| 1006 | 600.00 | Paid Check - Image Available Online | 01/19 |
| 1007 | 4,750.00 | Paid Check - Image Available Online | 01/29 |
| 1008 | 2,191.00 | Paid Check - Image Available Online | 01/20 |
| 1009 | 7,550.00 | Paid Check - Image Available Online | 01/22 |

**Total: 8 items for $23,238.50**

*Indicates a gap in check sequence.

 ## CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 01/04 | Fedex 919386743719, 800-4633339, TN  Bus CheckCard   Trans. XXXXXXXXXXXX618X 091231 | $1,227.89 |
| 01/04 | The Container Store, 800-733-3532, TX  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100103 | 64.46 |
| 01/04 | Shell Service, Mount Pleasan,MI  Point of Sale Purchase Business Check Card XXXXXXXXXXXX7600 | 39.91 |
| 01/08 | The Container Store, 800-733-3532, TX  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100107 | 15.99 |
| 01/14 | Meier Camera Shop Inc, Midland, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100113 | 275.49 |
| 01/19 | Miller Quality Cleaners, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100115 | 190.40 |

**Total: 6 items for $1,814.14**

Page 1 of 4

C37

**National City Bank**   119933
PO BOX 8043
ROYAL OAK MI 48068-8043

**Statement Period:** Jan. 30, 2010 - Feb. 26, 2010
**Account Number:** ●●●●●4031

**Contact Us**

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
  **Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 10 p.m. ET
  Sat. - Sun.: 8 a.m. - 5 p.m. ET
**Web:** NationalCity.com

KOMPLIQUE INC
●●●● DENISON DR STE A
MT PLEASANT  MI  48858-5596

O



## Free Small Business Checking

**Account Summary for ●●●●4031**

| Beginning Balance as of Jan. 30, 2010 | | $24,941.50 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 100,000.00 |
| Checks | 10 items | - 28,345.77 |
| Online Bill Pymts/Electronic Pymts | 1 item | - 67.05 |
| CheckCard/ATM Transactions | 28 items | - 12,607.99 |
| Other Debits and Transfers | 1 item | - 11.00 |
| **Ending Balance as of Feb. 26, 2010** | | **$83,909.69** |

**OTHER**

 ## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 02/16 | Wire Transfer Credit | $100,000.00 |
| | **Total: 1 item for $100,000.00** | |

## Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1010 | $3,500.00 | Paid Check - Image Available Online | 02/03 |
| 1011 | 10,000.00 | Paid Check - Image Available Online | 02/03 |
| 1013* | 1,000.00 | Paid Check - Image Available Online | 02/16 |
| 1014 | 5,287.49 | Paid Check - Image Available Online | 02/16 |
| 1016* | 1,000.00 | Paid Check - Image Available Online | 02/25 |
| 1017 | 1,000.00 | Paid Check - Image Available Online | 02/25 |
| | | | **Continued** |

Page 2 of 4
**Statement Period:** Jan. 30, 2010 - Feb. 26, 2010
**Account Number:** ●●●●24031

 ## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1024* | 5,000.00 | Paid Check - Image Available Online | 02/25 |
| 1027* | 500.00 | Paid Check - Image Available Online | 02/26 |
| 1034* | 700.00 | Paid Check - Image Available Online | 02/26 |
| 1035 | 358.28 | Paid Check - Image Available Online | 02/25 |

**Total: 10 items for $28,345.77**

*Indicates a gap in check sequence.

 ## Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 02/23 | Consumers Energy Energybill 100048702144   100218 | $67.05 |

**Total: 1 item for $67.05**

 ## CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 02/03 | Bennigan's 5711, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100202 | $68.41 |
| 02/05 | Fedex 919386743903, 800-4633339, TN  Bus CheckCard   Trans. XXXXXXXXXXXX618X 100204 | 2,148.52 |
| 02/08 | Cmu Student Media, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 800.00 |
| 02/08 | Marshall Music CO, 517-3379700, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100207 | 760.00 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100207 | 269.97 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100205 | 172.78 |
| 02/08 | Super 8, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX760X 100207 | 86.39 |

**Continued**

444668

10668



## CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 02/08 | Super 8, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100207 | 86.39 |
| 02/08 | Super 8, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100207 | 86.39 |
| 02/08 | Super 8, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100207 | 86.39 |
| 02/08 | Super 8, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100207 | 75.59 |
| 02/11 | Fedex 919386743903, 800-4633339, TN Bus CheckCard Trans.<br>XXXXXXXXXXXXX618X 100210 | 3,943.66 |
| 02/11 | Dte Energy Payment, 800-4828720, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100210 | 849.72 |
| 02/11 | Dte Energy Payment, 800-4828720, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100210 | 449.27 |
| 02/16 | Target 00009241, Mount Pleasan, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100214 | 492.93 |
| 02/16 | Sears Dealer 3540, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100214 | 359.30 |
| 02/16 | Menards 3221 MT Pleasant, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100214 | 186.96 |
| 02/16 | City of MT Pleasant, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100212 | 177.63 |
| 02/16 | Createspace, 888-3040043, CA Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100214 | 60.01 |
| 02/19 | Wal-Mart #1428, MT Pleasant, MI Bus CheckCard Trans.<br>XXXXXXXXXXXXX760X 100218 | 65.44 |

**Total: 28 items for $12,607.99**

## Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 02/26 | Wire Transfer Fee | $11.00 |

**Total: 1 item for $11.00**

#######-JOB#####-####002#

Page 1 of 4

C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

119316

**Statement Period:** Feb. 27, 2010 - Mar. 31, 2010
**Account Number:** ⬛⬛⬛4031

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
Mon. - Fri.: 7 a.m. - 10 p.m. ET
Sat. - Sun.: 8 a.m. - 5 p.m. ET
**Web:** NationalCity.com


KOMPLIQUE INC
⬛⬛⬛ DENISON DR STE A
MT PLEASANT   MI   48858-5596

0

 **Important Information About Your Account**

**IMPORTANT CHANGE REGARDING "YOUR ABILITY TO WITHDRAW FUNDS":** Effective February 14th, all deposited checks drawn on another bank are treated as local checks regardless of where the bank the check is drawn on is located. This means that the amount from a deposit of nonlocal check(s) that previously may have been delayed up to five Business Days because it was a nonlocal check, will now be available on the second Business Day after the day of your deposit. All other policies disclosed in "Your Ability to Withdraw Funds" remain the same.

 **Free Small Business Checking**

**Account Summary for** ⬛⬛⬛4031

| Beginning Balance as of Feb. 27, 2010 | | $83,909.69 |
|---|---|---|
| Deposits | 1 item | + 325.00 |
| Miscellaneous Credits | 1 item | + 47,000.00 |
| Checks | 18 items | - 12,091.86 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 9 items | - 2,612.93 |
| Other Debits and Transfers | 1 item | - 11.00 |
| **Ending Balance as of Mar. 31, 2010** | | **$116,518.90** |

 **Deposits**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/01. | $325.00 | | |
| | | **Total: 1 item for $325.00** | |

486217

OTHER
 **Miscellaneous Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 03/09 | Wire Transfer Credit | $47,000.00 |

Total: 1 item for $47,000.00

**Checks**

| Check Number | Amount | Description | Date Paid |
|--------------|--------|-------------|-----------|
| 1015 | $1,000.00 | Paid Check - Image Available Online | 03/01 |
| 1019* | 500.00 | Paid Check - Image Available Online | 03/05 |
| 1020 | 500.00 | Paid Check - Image Available Online | 03/05 |
| 1021 | 500.00 | Paid Check - Image Available Online | 03/01 |
| 1022 | 88.86 | Paid Check - Image Available Online | 03/24 |
| 1023 | 50.00 | Paid Check - Image Available Online | 03/09 |
| 1025* | 500.00 | Paid Check - Image Available Online | 03/08 |
| 1026 | 500.00 | Paid Check - Image Available Online | 03/04 |
| 1028* | 1,000.00 | Paid Check - Image Available Online | 03/08 |
| 1029 | 1,000.00 | Paid Check - Image Available Online | 03/02 |
| 1030 | 1,000.00 | Paid Check - Image Available Online | 03/11 |
| 1031 | 1,000.00 | Paid Check - Image Available Online | 03/10 |
| 1032 | 1,000.00 | Paid Check - Image Available Online | 03/05 |
| 1033 | 1,000.00 | Paid Check - Image Available Online | 03/03 |
| 1036* | 50.00 | Paid Check - Image Available Online | 03/15 |
| 1037 | 303.00 | Paid Check - Image Available Online | 03/03 |
| 1038 | 1,500.00 | Paid Check - Image Available Online | 03/16 |
| 1039 | 600.00 | Paid Check - Image Available Online | 03/31 |

Total: 18 items for $12,091.86

*Indicates a gap in check sequence.

 **CheckCard/ATM Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| 03/04 | Paypal *Topmodelshu, 402-935-7733, CA Bus CheckCard Trans. XXXXXXXXXXXXX760X 100303 | $39.99 |
| 03/11 | Action Media, Inc, 203-9287187, CT Bus CheckCard Trans. XXXXXXXXXXXXX760X 100310 | 1,722.75 |
| 03/12 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXXX760X 100311 | 6.35 |
| 03/18 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXXX760X 100317 | 27.01 |
| 03/18 | MT Pleasant Rental Center, 989-7734620, MI Bus CheckCard Trans. XXXXXXXXXXXXX760X 100317 | 14.84 |
| 03/19 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXXX760X 100318 | 96.42 |

Continued



## CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/26 | Staples    00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX760X 100325 | 24.36 |
| 03/29 | Dte Energy Payment, 800-4828720, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX618X 100326 | 495.06 |
| 03/29 | American Band Accesories, 702-9518572, NV  Bus CheckCard   Trans. XXXXXXXXXXXXX618X 100328 | 186.15 |

**Total: 9 items for $2,612.93**



## Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 03/31 | Wire Transfer Fee | $11.00 |

**Total: 1 item for $11.00**

Page 1 of 4

C4



**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

536561

**Statement Period:** Apr. 1, 2010 - Apr. 9, 2010
**Account Number:** ●●●●4031

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
Mon. - Fri.: 7 a.m. - 10 p.m. ET
Sat. - Sun.: 8 a.m. - 5 p.m. ET
**Web:** NationalCity.com



KOMPLIQUE INC
●●●● DENISON DR STE A
MT PLEASANT  MI  48858-5596

o

## Important Information About Your Account

**This is your final account statement from National City Bank.**
This statement includes your account activity from your previous statement date until the close of business on Friday, April 9, 2010 when your National City Bank account or accounts were transferred to PNC Bank's systems.

Your next statement will be issued by PNC Bank and will include your new account number(s). That statement will list your account activity from the close of business on Friday, April 9, 2010, through the date printed on the statement. From then on, your account statements will be mailed to you on approximately the same date as before the account transfer.

**Changes to PNC Funds Availability Policy**
Due to lower check volume and efficiencies in check processing, the Federal Reserve Processing Centers have consolidated and all checks drawn on any U.S. bank will be considered local.

Funds from check deposits will generally be available the next business day. Special rules exist for accounts open less than 30 days and for large dollar deposits. Since the PNC Funds Availability Policy changed after the PNC Disclosure and Agreement booklet was mailed to you, the current version is included at the end of this statement.

CON3-024



## Free Small Business Checking

**Account Summary for ●●●●4031**

| Beginning Balance as of Apr. 1, 2010 | | $116,518.90 |
| --- | --- | --- |
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 0 items | + 0.00 |
| Checks/Converted Checks | 0 items | - 0.00 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 0 items | - 0.00 |
| **Ending Balance as of Apr. 9, 2010** | | **$116,518.90** |

2812075

#######-JOB#####-####002#

10673

# Free Business Checking
PNC Bank

**For the period 04/10/2010 to 04/30/2010**

Primary account number: ●●●●●●9899
Page 1 of 2
Number of enclosures: 0

KOMPLIQUE INC
●●●● DENISON DR STE A
MT PLEASANT MI 48858-5596

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Business Checking Summary

Komplique Inc

Account number: ●●●●●●9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 116,518.90 | 0.00 | 35,270.28 | 81,248.62 |
| | | | Average ledger balance | Average collected balance |
| | | | 90,573.09 | 90,573.09 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 31,476.06 |
| Check Card Purchases | 2 | 631.53 |
| ACH Deductions | 1 | 12.69 |
| Other Deductions | 1 | 3,150.00 |
| Total | 7 | 35,270.28 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/10 | 116,518.90 | 04/16 | 84,486.12 | 04/28 | 81,248.62 |
| 04/12 | 115,904.40 | 04/21 | 81,336.12 | | |
| 04/15 | 85,904.40 | 04/26 | 81,261.31 | | |

10674

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 04/10/2010 to 04/30/2010
KOMPLIQUE INC
Primary account number: ●●●●●●-9899

Free Business Checking Account number: ●●●●●●-9899 - continued

Page 2 of 2

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks                    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 04/15 | 1041 | 30,000.00 | 006093821 | | | | |
| 04/16 | 1040 | 1,418.28 | 089511515 | 04/26 | 1042 | 37.78 | 079260586 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/12 | 614.50 | 6181 Check Card Purchase Miller Quality Cleaner Mount Pleas Mi | 52534670013456131101 |
| 04/26 | 17.03 | 6960 Check Card Purchase Target  Mount Pleas Mi | 99288300090096950115 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/28 | 12.69 | ACH Web-Single Online Pmt<br>Dte Energy Ckf572317777POS | 00010118902745412 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/21 | 3,150.00 | Int'L Wire Out 027977 | W027977 0421 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 05/03/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
|   ACH Debits | 1 | .00 | |
|   Checks Paid | 3 | .00 | |
| Wires, International Out Going | 1 | 50.00 | |
| Wire Transfer Surcharge | 1 | .00 | Included in Account |
| Total For Services Used This Period | | 50.00 | |
| Total Service Charge | | .00 | |

**Special Client Pricing - Service Charge Waived**

**If you haven't already, take a look at the new points Visa Business Credit Card.**
Not only can your business get great rates, but you can also accelerate your PNC points(SM) earning power by linking this new Credit Card to your enrolled PNC Business Check Card.  See your local business banker today to inquire.

**Pay bills the easy way and earn points....with your PNC Visa Business Check Card.**
It's a convenient, secure and rewarding way to pay all kinds of bills with your Visa Business Check Card -phone service, insurance, utilities and more. You can choose from two ways to pay: one time payment or scheduled automatic payments. And with PNC points, earn 1 point for every dollar paid, visit pnc.com/points for complete Terms and Conditions. Get started now by going online at pnc.com/paybycard4biz to verify billers enrollment or simply contact them directly.

# Free Business Checking
PNC Bank

**For the period 05/01/2010 to 05/28/2010**

Primary account number: ████-9899
Page 1 of 2
Number of enclosures: 0

KOMPLIQUE INC
████ DENISON DR STE A
MT PLEASANT MI 48858-5596

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 809
Pittsburgh , PA 15230-9738

💻 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Important Information About the Payment of Consumer Overdrafts
Enclosed, we have included "Consumer Banking Overdraft Rules are Changing" insert. It provides information regarding this change to consumer accounts and what options you have with PNC's Overdraft Solutions.

For more information visit any PNC branch or call 1-877-BUS-BNKG.

---

## Free Business Checking Summary

Komplique Inc

Account number: ████-9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 81,248.62 | 0.00 | 1,537.55 | 79,711.07 |
| | | Average ledger balance | Average collected balance |
| | | 81,187.31 | 81,187.31 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,477.89 |
| ACH Deductions | 2 | 59.66 |
| Total | 3 | 1,537.55 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 81,248.62 | 05/25 | 81,188.96 | 05/28 | 79,711.07 |

10676

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 4█████9-9899 – continued

For the period 05/01/2010 to 05/28/2010
KOMPLIQUE INC
Primary account number: █████9899
Page 2 of 2

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 05/28 | 1043 | 1,477.89 | 096561524 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/25 | 40.00 | ACH Web-Single Online Pmt Dte Energy Ckf572317777POS | 00010145908871794 |
| 05/25 | 19.66 | ACH Web-Single Online Pmt Consumers Energy Ckf572317777POS | 00010145908865560 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/28/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 3 | .00 | Included in Account |
|   ACH Debits | 2 | .00 | |
|   Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |

10677

# Free Business Checking
PNC Bank

**For the period 05/29/2010 to 06/30/2010**

KOMPLIQUE INC
■■■■ DENISON DR STE A
MT. PLEASANT MI 48858-5596,  ,  .

Primary account number: ■■■■■■9899
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**Cash Flow Options for Your Business - Another Benefit At PNC**

**Free Membership**
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 10% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll.
* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

---

## Free Business Checking Summary

Komplique Inc

Account number: ■■■■■9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 79,711.07 | 40.00 | 8,446.75 | 71,304.32 |
| | | | Average ledger balance | Average collected balance |
| | | | 76,136.61 | 76,136.61 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ATM Deposits and Additions | 1 | 40.00 |
| **Total** | **1** | **40.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 875.00 |
| Check Card Purchases | 13 | 7,526.40 |
| ACH Deductions | 2 | 45.35 |
| **Total** | **16** | **8,446.75** |

10678

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: ▓▓▓▓▓9899 - continued

For the period 05/29/2010 to 06/30/2010
KOMPLIQUE INC
Primary account number:▓▓▓▓▓-9899
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/29 | 79,711.07 | 06/16 | 77,465.56 | 06/25 | 71,464.77 |
| 06/01 | 79,590.46 | 06/17 | 78,556.28 | 06/28 | 71,334.27 |
| 06/08 | 78,715.46 | 06/21 | 72,457.67 | 06/30 | 71,304.32 |
| 06/14 | 77,647.46 | 06/23 | 72,173.69 | | |
| 06/15 | 77,425.56 | 06/24 | 71,729.04 | | |

## Activity Detail

### Deposits and Other Additions

### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/16 | 40.00 | Check Card Credit Cartwheel Factory 2133806682 Ca | 91163900090096960167 |

### Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 06/08 | 1044 | 875.00 | 095209311 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 120.61 | 1528 Check Card Purchase 1800Gofedex  800-62211 | 49455900019521528150 |
| 06/14 | 1,068.00 | 6960 Check Card Purchase Cartwheel Factory 213-3806682 Ca | 55359900090096960165 |
| 06/15 | 221.90 | 6960 Check Card Purchase Paypal *Grizzlyfitn 402-9357733 Ca | 17866900090096960166 |
| 06/17 | 3,499.79 | 6960 Check Card Purchase Auto Owners Insurance 517-3231200 Mi | 86099900090096960168 |
| 06/17 | 388.49 | 6960 Check Card Purchase Auto Owners Insurance 517-3231200 Mi | 86099900090096960168 |
| 06/21 | 1,098.61 | 0569 Check Card Purchase Best Buy  Midland Mi | 74522900080590589172 |
| 06/23 | 259.63 | 0569 Check Card Purchase Sharper Image Online Highland PA Mi | 14991900080590589174 |
| 06/24 | 444.65 | 0569 Check Card Purchase Victoria's Secret 0269 Okemos Mi | 71608900080590509175 |
| 06/25 | 200.00 | 1528 Check Card Purchase At&T Rmtp 15233 Mount Pleas Mi | 34758900019521528176 |
| 06/25 | 52.47 | 1528 Check Card Purchase The Buckle #094  Okemo | 34758900019521528175 |
| 06/25 | 11.80 | 1528 Check Card Purchase Hollister #0154  Okemo | 34759900019521528176 |
| 06/28 | 130.50 | 1528 Check Card Purchase Christian Allan MD PC 989-7721213 Mi | 97055900019521528178 |
| 06/30 | 29.95 | 6960 Check Card Purchase Bmt*Newsoftwares Bmtmicro.Co NC | 53539900090096960181 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/17 | 21.00 | ACH Web-Single Online Pmt Dte Energy Ckf572317777POS | 00010158902978189 |
| 06/23 | 24.35 | ACH Web-Single Online Pmt Consumers Energy Ckf572317777POS | 00010174990514440 |

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 4⬛⬛⬛-9899 - continued

**For the period 05/29/2010 to 06/30/2010**
KOMPLIQUE INC
Primary account number: ⬛⬛⬛-9899
Page 3 of 3

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 3 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10680

# Free Business Checking
PNC Bank

**For the period 07/01/2010 to 07/30/2010**

KOMPLIQUE INC
█████ DENISON DR STE A
MT PLEASANT MI 48858-5596

Primary account number: █████-9899
Page 1 of **3**
Number of enclosures: **0**

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

Supplement to the Business Checking Accounts and Related Charges

Wire Services (Fund Transfers)

| | |
|---|---|
| International Draft | $60.00 |
| International Outgoing Wire | $60.00 |

## Free Business Checking Summary

Komplique Inc

Account number: █████-9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 71,304.32 | 0.00 | 52,753.73 | 18,550.59 |
| | | Average ledger balance | Average collected balance |
| | | 48,945.31 | 48,945.31 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| **Total** | **0** | **0.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | 25,522.42 |
| Check Card Purchases | 15 | 6,231.31 |
| Other Deductions | 1 | 21,000.00 |
| **Total** | **21** | **52,753.73** |

10681

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2010 to 07/30/2010**
KOMPLIQUE INC
Primary account number: ●●●●●●-9899

Free Business Checking Account number: ●●●●●●9899 - continued          Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 07/01 | 71,304.82 | 07/14 | 60,054.88 | 07/22 | 34,318.07 |
| 07/02 | 70,399.19 | 07/15 | 59,992.94 | 07/26 | 18,623.63 |
| 07/06 | 70,193.75 | 07/16 | 38,992.94 | 07/27 | 18,564.36 |
| 07/09 | 65,255.75 | 07/19 | 38,904.49 | 07/28 | 18,550.59 |
| 07/13 | 60,094.81 | 07/20 | 38,858.07 | | |

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|-------------|--------|-----------------|-------------|-------------|--------|-----------------|-------------|-------------|--------|-----------------|
| | | | | 07/13 | 1046 | 4,938.00 | 089476927 | 07/26 | 1048 | 15,000.00 | 051361251 |
| 07/09 | 1045 | 4,938.00 | 051828969 | 07/20 | 1047 | 46.42 | 095309941 | 07/26 | 1049 | 600.00 | 073307415 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|-----------------|
| 07/02 | 905.13 | 0569 Check Card Purchase Pcnation/Officenation 847-5043000 Il | 1461390000389905b9183 |
| 07/06 | 181.44 | 0569 Check Card Purchase Brass Cafe & Saloon Mt Pleasant Mi | 5328390000389905b9185 |
| 07/06 | 12.00 | 6960 Check Card Purchase Paypal *Sales 402-9357733 Ca | 8587290000390906096185 |
| 07/06 | 12.00 | 6960 Check Card Purchase Paypal *Sales 402-9357733 Ca | 8587390000390906096185 |
| 07/13 | 210.94 | 0569 Check Card Purchase At&T R857 10562 Mt. Pleasan Mi | 3686090000389905b9194 |
| 07/13 | 12.00 | 6960 Check Card Purchase Paypal *Sales 402-9357733 Ca | 5539590000390906096194 |
| 07/14 | 39.93 | 0569 Check Card Purchase Italian Oven Mt Pleasant Mi | 8276490000389905b9195 |
| 07/15 | 61.94 | 0569 Check Card Purchase Shell Oil 52164400021 Mount Pleas Mi | 2083350000389905b9196 |
| 07/19 | 88.45 | 0569 Check Card Purchase Bennigan's 5711 Mt Pleasant Mi | 1475890000389905b9199 |
| 07/22 | 4,540.00 | 6960 Check Card Purchase Bufkor Inc 727-572999 | 6489390000390960b9208 |
| 07/26 | 76.94 | 0569 Check Card Purchase Bennigan's 5711 Mt Pleasant Mi | 9217390000389905b9205 |
| 07/26 | 17.50 | 0569 Check Card Purchase Celj Cinema Mp Mt. Pleasan Mi | 9217390000389905b9206 |
| 07/27 | 50.27 | 6960 Check Card Purchase 7-Eleven # 152 Mount Pleas Mi | 7283490000390960b9208 |
| 07/27 | 9.00 | 6960 Check Card Purchase Fast Eddies Mt Pleas Mt Pleasant Mi | 7283590000390960b9208 |
| 07/28 | 13.77 | 6960 Check Card Purchase Staples  Mount Pleas M | 5348090000390960b9209 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|-----------------|
| 07/16 | 21,000.00 | Fed Wire Out 009972 | W009972 0716 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/02/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|-------------|--------|--------|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 5 | .00 | Included in Account |
| Checks Paid | 5 | .00 | |

Details of Service continued on next page

10682

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2010 to 07/30/2010**
KOMPLIQUE INC
Primary account number ████-9899

Free Business Checking Account number: ████-9899 – continued

Page 3 of 3

**Detail of Services Used During Current Period** *– continued*

| Description | Volume | Amount | |
|---|---|---|---|
| Wire Out, Voice Init, Non Repetitive | 1 | 25.00 | |
| Wire Transfer Surcharge | 1 | .00 | Included in Account |
| Total For Services Used This Period | | 25.00 | |
| **Total Service Charge** | | **25.00** | |

10683

# Free Business Checking
PNC Bank

**For the period 07/31/2010 to 08/31/2010**

KOMPLIQUE INC
█████DENISON DR STE A
MT PLEASANT MI 48858-5596

Primary account number: ████-9899
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

Cash Flow Options for Your Business - Another Benefit At PNC

## Free Membership
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Start saving today, see the enclosed brochure or visit abnsave.com/pnc.html for more information and to enroll.

## Free Business Checking Summary

Komplique Inc

Account number: ████-9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 18,550.59 | 68.82 | 8,113.39 | 10,506.02 |
| | | | Average ledger balance | Average collected balance |
| | | | 16,341.97 | 16,341.97 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ATM Deposits and Additions | 1 | 68.82 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 3.58 |
| Check Card Purchases | 10 | 4,783.28 |
| POS Purchases | 1 | 1,498.42 |
| ACH Deductions | 1 | 203.11 |
| Service Charges and Fees | 1 | 25.00 |
| Other Deductions | 1 | 1,600.00 |

10684

# Free Business Checking

🖥 For 24-hour account information, sign on to
  pnc.com/mybusiness/

For the period 07/31/2010 to 08/31/2010
KOMPLIQUE INC
Primary account number: ████-9899

Free Business Checking Account number: ████-9899 - continued   Page 2 of 3

| Total | 1 | 68.82 | Total | 15 | 8,113.39 |
|---|---|---|---|---|---|

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/31 | 18,550.59 | 08/13 | 18,155.63 | 08/20 | 17,643.75 |
| 08/02 | 18,525.59 | 08/16 | 17,634.90 | 08/23 | 15,523.52 |
| 08/10 | 18,460.29 | 08/17 | 17,703.72 | 08/24 | 12,106.02 |
| 08/12 | 18,257.18 | 08/19 | 17,647.33 | 08/27 | 10,506.02 |

## Activity Detail

### Deposits and Other Additions

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/17 | 68.82 | Check Card Credit Mgm Grand Detroit Detroit Mi | 8105290001952152882?9 |

### Checks and Other Deductions

#### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 08/20 | 1050 | 3.58 | 089464974 | | | | |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/10 | 65.30 | 0569 Check Card Purchase Shell Oil 52164400021 Mount Pleas Mi | 5340000008990569222 |
| 08/13 | 69.71 | 0569 Check Card Purchase Bennigan's 5711 Mt Pleasant Mi | 1574890008990569223 |
| 08/13 | 31.84 | 0569 Check Card Purchase Ruby Tuesday #7084 Mount Pleas Mi | 1574990008990569225 |
| 08/16 | 286.35 | 1528 Check Card Purchase Mgm Grand Detroit Detroit Mi | 7891490001952152882?8 |
| 08/16 | 200.00 | 1528 Check Card Purchase Mgm Grand Detroit Detroit Mi | 7201590001952152882?8 |
| 08/16 | 34.38 | 0569 Check Card Purchase Los Aztecas Mount Ple | 6988190000899056922?8 |
| 08/19 | 56.89 | 0569 Check Card Purchase Red Lobster US00006908 Mt Pleasant Mi | 6882438000089905692?31 |
| 08/23 | 421.81 | 0569 Check Card Purchase Soaring Eagle Sinjikng Mt Pleasant Mi | 5975890000899056923?5 |
| 08/23 | 200.00 | 0569 Check Card Purchase Brass Cafe & Saloon Mt Pleasant Mi | 1896790000899056923?4 |
| 08/24 | 3,417.50 | 6960 Check Card Purchase Bufkor Inc 727-572999 | 6772490000008969028?6 |

#### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/23 | 1,498.42 | POS Purchase Sam's Club Mt Pleasant | POS49820005 1966084 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/12 | 203.11 | ACH Web-Single Energybill Consumers Energy 100050296126 | 000102290097921457 |

# Free Business Checking

📠 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: ████-9899 - continued

**For the period 07/31/2010 to 08/31/2010**
KOMPLIQUE INC
Primary account number: ████-9899
Page 3 of 3

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/02 | 25.00 | Service Charge Period Ending 07/30/2010 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/27 | 1,600.00 | Withdrawal | L012837679 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 2 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

# Free Business Checking
PNC Bank

**For the period 09/01/2010 to 09/30/2010**

KOMPLIQUE INC
DENISON DR STE A
MT PLEASANT MI 48858-5596

Primary account number: 9899
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Business Checking Summary

Komplique Inc

Account number: 9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 10,506.02 | 4,963.99 | 10,581.69 | 4,888.32 |
| | | | Average ledger balance | Average collected balance |
| | | | 3,871.46 | 3,871.46 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ATM Deposits and Additions | 1 | 25.99 |
| Other Additions | 1 | 4,938.00 |
| **Total** | **2** | **4,963.99** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 25.00 |
| Check Card Purchases | 7 | 10,355.33 |
| POS Purchases | 1 | 201.36 |
| **Total** | **9** | **10,581.69** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 10,506.02 | 09/08 | 3,439.51 | 09/23 | 240.50 |
| 09/03 | 9,122.77 | 09/13 | 239.51 | 09/24 | 5,178.50 |
| 09/07 | 3,640.87 | 09/20 | 265.50 | 09/27 | 4,888.32 |

10687

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 09/01/2010 to 09/30/2010
KOMPLIQUE INC
Primary account number: 9899

Free Business Checking Account number: 9899 - continued
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/20 | 25.99 | Check Card Credit Tulip City Air Srv Holland Mi | 52114900008990569262 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/24 | 4,938.00 | Dru Endorsement Claim Credit | |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 09/23 | 1051 | 25.00 | 096512740 | | | | |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 1,383.25 | 6960 Check Card Purchase Adobe Systems, Inc 800-8336687 Ca | 88018900009005960246 |
| 09/07 | 2,909.70 | 0569 Check Card Purchase Burberry #9  Troy Mi | 37557900008990569248 |
| 09/07 | 2,422.10 | 0569 Check Card Purchase Tappers Fine Jewelry Troy Mi | 42438900008990569248 |
| 09/07 | 150.10 | 0569 Check Card Purchase Capital Grille00080051 Troy Mi | 42489900008990569248 |
| 09/13 | 3,200.00 | 0569 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 38771900008990569255 |
| 09/27 | 280.42 | 0569 Check Card Purchase Harrahs Box Office Las Vegas Nv | 70623900008990569269 |
| 09/27 | 9.76 | 6960 Check Card Purchase Ruby Tuesday #7084 Mount Pleas Mi | 02504900009006960269 |

#### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 201.86 | POS Purchase Sam's Club Mt Pleasant | POS49820005 0565905 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

# Free Business Checking
PNC Bank

**For the period 10/01/2010 to 10/29/2010**

KOMPLIQUE INC
■■■■ DENISON DR STE A
MT PLEASANT, MI 48858-5596

Primary account number: ■■■■■-9899

Page 1 of 3

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 809
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Cash Flow Options for Your Business -PNC Online Payroll(1)

Make payroll processing faster, more accurate and less expensive with PNC Online Payroll - part of the innovative array of Cash Flow Options that work with your PNC Business Checking account to help improve your cash flow. PNC Online Payroll guides you through the entire payroll process - from setup and paycheck calculations to W-2s and electronic tax filings - saving you time and money and allowing you to better manage your cash flow.

### PNC Online Payroll New Features
* new maximum number of employees- handles payroll for up to 150 employees
* tax filing for multi -state employers
* and coming soon...automatic time tracking - choice of online timesheets on a password protected website or multi-user online time clock where employees can clock in and out

### PNC Online Payroll Makes Running Your Business Easier
* Use PNC Online Payroll anytime you want from anywhere you have Internet access.
* Access detailed payroll and payroll tax reports.
* Export payroll data to QuickBooks®(2) and other popular accounting software packages.

This is the best time! The easiest, most efficient time of the year to start using a new payroll solution is right now with the new year approaching - no payroll history to enter, simply setup basic payroll information and get started.

Setup now and be ready to run payroll January 1st!

To learn more, visit www.PNC.com/payroll or contact our payroll specialists toll-free **(877) 762-7975**, M-F, 9:30 am - 9:30 pm ET.

1. PNC Online Payroll service is provided by Paycycle® , an Intuit Inc. company and requires a PNC Bank Business Checking account with Online Banking. Paycycle is a registered mark of PayCycle, Inc. PNC does not provide legal tax or accounting advice.
2. Quickbooks® is a registered trademark and service mark of Intuit , Inc in the United States and other countries .

Bank deposit products and services provided by PNC Bank, National Association.       MEMBER FDIC

# Free Business Checking

📠 For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 10/01/2010 to 10/29/2010
KOMPLIQUE INC
Primary account number: ████-9899
Page 2 of 3

## Free Business Checking Summary

Account number: ████-9899

Komplique Inc

Overdraft Protection Provided By: Contact PNC to establish Overdraft Protection

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 4,888.32 | 1,600.00 | 7,074.18 | 585.86- |
| | | | Average ledger balance | Average collected balance |
| | | | 2,203.91 | 2,100.46 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 50.00 | 50.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 1,600.00 |
| Total | 1 | 1,600.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 4,348.64 |
| Check Card Purchases | 7 | 2,675.54 |
| Service Charges and Fees | 2 | 50.00 |
| Total | 17 | 7,074.18 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | 4,888.32 | 10/13 | 3,452.57 | 10/22 | 1,236.94 |
| 10/04 | 3,651.27 | 10/14 | 2,452.57 | 10/25 | 535.86- |
| 10/06 | 2,856.07 | 10/18 | 2,426.73 | 10/26 | 585.86- |
| 10/12 | 2,777.57 | 10/19 | 1,836.94 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/13 | 1,600.00 | Deposit | 121977415 |

### Checks and Other Deductions

#### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10/25 | 1054 | 547.80 | 089599575 | 10/19 | 1076 * | 25.00 | 090920576 |
| 10/13 | 1052 | 925.00 | 065538642 | 10/25 | 1055 | 1,000.00 | 004523166 | 10/18 | 1077 | 25.84 | 075867565 |
| 10/14 | 1053 | 1,000.00 | 051542026 | 10/25 | 1057 * | 225.00 | 089599195 | 10/22 | 1078 | 600.00 | 072883344 |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/04 | 952.39 | 6960 Check Card Purchase Pk Graphics 305-53421 | 712999000006960277 |

ATM Withdrawals and Deductions continued on next page

10690

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/01/2010 to 10/29/2010**
KOMPLIQUE INC
Primary account number: ____-9899

Free Business Checking Account number: ____-9899 - continued

Page 3 of 3

## Check Card Purchases    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/04 | 248.20 | 0569 Check Card Purchase Excalibur/Show Tickets Las Vegas Nv | 54953900008990569277 |
| 10/04 | 36.46 | 1528 Check Card Purchase The Olive Gard00017129 Brighton Mi | 97013900019521528276 |
| 10/06 | 795.20 | 0569 Check Card Purchase Attm*1880185788821Glr 800-3310500 Tx | 47978900008990569279 |
| 10/12 | 78.50 | 1528 Check Card Purchase Stout Irish Pub Brighton Mi | 61692900019521528283 |
| 10/19 | 500.00 | 0569 Check Card Purchase Celebrity  800-4373111 | 83834900008990569292 |
| 10/19 | 64.79 | 0569 Check Card Purchase Shell Oil 52164400021 Mount Pleas Mi | 85883900008990569292 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/26 | 25.00 | Overdraft Item Fee | 080599195 |
| 10/26 | 25.00 | Overdraft Item Fee | 089599575 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 11/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/29/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 10 | .00 | Included in Account |
| Checks Paid | 8 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Negative Collected Charge | | .74 | |
| Total For Services Used This Period | | .74 | |
| **Total Service Charge** | | **.74** | |

# Free Business Checking

PNC Bank

**For the period 10/30/2010 to 11/30/2010**

KOMPLIQUE INC
DENISON DR STE A
MT PLEASANT MI 48858-5596

Primary account number: -9899

Page 1 of 3

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Cash Flow Options for Your Business - Another Benefit At PNC

### Free Membership

As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 10% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll.

* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

---

## IMPORTANT ACCOUNT INFORMATION

### Effective Immediately

The information stated below amends certain information in our Business Account Agreement. All other information in our Agreement, as amended, continues to apply to your account. Please review the following information and retain it with your records.

### Account Agreement for Business Accounts

The terms and conditions of this Account Agreement for Business Accounts ('Agreement') apply to all PNC Bank business accounts. You have agreed by signing the signature card and/or by using your account on or after the opening date, to be legally bound by the terms of this Agreement. You agree to comply with all applicable local, state and federal laws, rules and regulations, as amended from time to time, *including without limitation the Unlawful Internet Gambling Enforcement Act of 2006 prohibiting unlawful internet gambling activities,* the Bank Secrecy Act, the USA Patriot Act, the federal anti-money laundering statutes and any laws or regulations that are enforced or administered by the Office of Foreign Assets Control ('OFAC'). You should keep a copy of this Agreement and anything else we send to you about your account for your records. When used in this Agreement, the terms 'you' and 'your' refer to your business or its authorized representative; 'we', 'our', and

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/30/2010 to 11/30/2010**
KOMPLIQUE INC
Primary account number: ████-9899
Page 2 of 3

'Bank' refer to PNC Bank.  The term 'Account(s)' refers to your PNC Bank business deposit account(s).

For more information, please call 1-877-BUS-BNKG (287-2654) between 7 am - 10 pm (ET) Monday-Friday, and
8 am - 5 pm (ET) Saturday-Sunday

## Free Business Checking Summary

Komplique Inc

Account number: ████9899
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 585.86- | 806,581.32 | 5,497.75 | 800,497.71 |
| | | Average ledger balance | Average collected balance |
| | | 26,017.67 | 25,933.30 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 50.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 6,000.00 |
| Other Additions | 2 | 800,581.32 |
| Total | 4 | 806,581.32 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Check Card Purchases | 6 | 5,497.01 |
| Service Charges and Fees | 1 | 0.74 |
| Total | 7 | 5,497.75 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/30 | 585.86- | 11/17 | 1,017.72 | 11/29 | 520.71 |
| 11/01 | 586.60- | 11/24 | 6,017.72 | 11/30 | 800,497.71 |
| 11/12 | 413.40 | 11/26 | 5,981.72 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/12 | 1,000.00 | Deposit | 121104805 |
| 11/24 | 5,000.00 | Deposit | 121225672 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/17 | 604.32 | Fed Wire In 003241 | W003241 1117 |
| 11/30 | 799,977.00 | Fed Wire In 005525 | W005525 1130 |

10693

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: ██████9899 - continued

**For the period 10/30/2010 to 11/30/2010**
KOMPLIQUE INC
Primary account number: ██████-9899
Page 3 of 3

## Checks and Other Deductions

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/26 | 36.00 | 0569 Check Card Purchase Pandora Com 510-84269 | 65500990008990569329 |
| 11/29 | 4,500.00 | 0569 Check Card Purchase Celebrity 800-4373111 | 08234900008990569332 |
| 11/29 | 597.71 | 0569 Check Card Purchase Liquor 1 Mt Pleasan | 11581900008990569338 |
| 11/29 | 182.30 | 0569 Check Card Purchase Dmi* Dell Bus Online 800-4563355 Tx | 08235900008990569332 |
| 11/29 | 156.00 | 0569 Check Card Purchase Ibi*Dermstore Com 800-2133376 Ca | 11582900008990569333 |
| 11/29 | 25.00 | 0569 Check Card Purchase Adagio Teas 973-25374 | 08235900008990569332 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 0.74 | Service Charge Period Ending 10/29/2010 | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 3 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Branch - Consolidated Cash Deposited | 50 | .00 | Included in Account |
| Negative Collected Charge | | 2.30 | |
| Wire, Incoming | 2 | 20.00 | |
| Wire Transfer Repair Fee | 1 | 8.50 | |
| Total For Services Used This Period | | 30.80 | |
| **Total Service Charge** | | **30.80** | |

# Free Business Checking

PNC Bank

| | |
|---|---|
| **For the period 12/01/2010 to 12/31/2010** | Primary account number: ⬛⬛⬛9899 |
| | Page 1 of 3 |
| | Number of enclosures: 0 |
| KOMPLIQUE INC | For 24-hour banking sign on to |
| ⬛⬛⬛ DENISON DR STE A | PNC Bank Online Banking on pnc.com |
| MT PLEASANT MI 48858-5596 | FREE Online Bill Pay |

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Important Information on Federal Deposit Insurance Coverage (FDIC)

Get acquainted with recent FDIC changes:

* On July 10, 2010, the basic amount of FDIC deposit insurance coverage **permanently** increased from $100,000 to $250,000 per depositor, per institution.

* Beginning December 31, 2010, the FDIC will implement a new **temporary** insurance category to provide unlimited FDIC insurance coverage for funds held in **noninterest-bearing** transaction accounts (checking) at insured banks. This temporary category will remain in effect through December 31, 2012.

For more information on FDIC or to learn more about how to maximize coverage, visit www.FDIC.gov or call toll-free at 1-877-ASK-FDIC (1-877-275-3342). Hearing impaired line 1-800-925-4618.

---

## Free Business Checking Summary

Komplique Inc

Account number: ⬛⬛⬛9899

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 800,497.71 | 0.00 | 131,351.48 | 669,146.23 |
| | | Average ledger balance | Average collected balance |
| | | 757,839.54 | 757,839.54 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 50.00 |

10695

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 4●●●●●9899 - continued

For the period **12/01/2010 to 12/31/2010**
KOMPLIQUE INC
Primary account number:●●●●●●-9899
Page 2 of 3

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| | | |
| **Total** | **0** | **0.00** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 10 | 90,751.93 |
| Check Card Purchases | 29 | 40,568.50 |
| Service Charges and Fees | 2 | 31.05 |
| **Total** | **41** | **131,351.48** |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | 800,466.91 | 12/16 | 764,285.84 | 12/24 | 717,502.91 |
| 12/06 | 799,490.29 | 12/17 | 759,166.84 | 12/27 | 715,436.01 |
| 12/07 | 798,840.29 | 12/20 | 758,766.84 | 12/28 | 669,818.41 |
| 12/08 | 798,815.29 | 12/21 | 753,725.47 | 12/29 | 669,146.23 |
| 12/13 | 781,254.45 | 12/22 | 747,423.14 | | |
| 12/15 | 771,254.45 | 12/23 | 717,617.95 | | |

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12/13 | 1061 * | 8,421.84 | 095894458 | 12/22 | 1082 | 80.38 | 071529696 |
| 12/16 | 000 | 300.00 | 089975453 | 12/20 | 1062 | 400.00 | 095617294 | 12/28 | 1083 | 42,000.00 | 096322907 |
| 12/13 | 1058 * | 9,043.92 | 095556224 | 12/08 | 1080 * | 25.00 | 089882822 | 12/23 | 1086 * | 29,805.79 | 090149958 |
| 12/07 | 1059 | 650.00 | 089152456 | 12/29 | 1081 | 25.00 | 096782200 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/06 | 827.90 | 0569 Check Card Purchase Attm*188018578821Glr 800-3310500 Tx | 8251099000889905693339 |
| 12/06 | 80.00 | 6960 Check Card Purchase Ambiance Salon Day Spa Mt Pleasant Mi | 8879690090009693339 |
| 12/06 | 68.72 | 0569 Check Card Purchase Shell Oil 52164400021 Mount Pleas Mi | 6526190000889905693340 |
| 12/13 | 95.08 | 1528 Check Card Purchase Guess #5085 Novi Mi | 4063090001952152847 |
| 12/15 | 5,000.00 | 0569 Check Card Purchase Celebrity 800-4373111 | 392529000089905693349 |
| 12/15 | 5,000.00 | 0569 Check Card Purchase Celebrity 800-4373111 | 392339000089905693349 |
| 12/16 | 5,000.00 | 0569 Check Card Purchase Celebrity 800-4373111 | 2885290000889905693350 |
| 12/16 | 1,617.73 | 6960 Check Card Purchase Celebrity 800-4373111 | 4930590000090060350 |
| 12/16 | 50.88 | 6960 Check Card Purchase Shin's Korean Restaura Mt. Pleasan Mi | 4980490009009690050350 |
| 12/17 | 5,000.00 | 0569 Check Card Purchase Celebrity 800-4373111 | 4536490000899905693351 |
| 12/17 | 119.00 | 6960 Check Card Purchase Cruisesonly *Vacation 800-2109444 Fl | 6605090009900969603351 |
| 12/21 | 2,591.00 | 0569 Check Card Purchase Celebrity 800-4373111 | 9407790000889905693355 |
| 12/21 | 2,450.37 | 0569 Check Card Purchase Celebrity 800-4373111 | 9407890000889905693355 |
| 12/22 | 3,812.95 | 0569 Check Card Purchase Soniccircus 802-36591 | 8075990000889905693356 |
| 12/22 | 2,409.00 | 0569 Check Card Purchase Cruisesonly *Vacation 800-2109444 Fl | 8075990000889905693356 |
| 12/24 | 68.89 | 0569 Check Card Purchase Marathon Oil 061887 Freeland Mi | 3184390000889905693358 |
| 12/24 | 45.55 | 0569 Check Card Purchase Sally Beauty #1596 Mount Pleas Mi | 3184490000889905693358 |
| 12/27 | 727.60 | 0569 Check Card Purchase James Perse Balharbour Bal Harbour Fl | 9054890000889905693360 |
| 12/27 | 631.30 | 0569 Check Card Purchase 100% Capri Bal Harbou | 9054890000889905693360 |
| 12/27 | 378.78 | 0569 Check Card Purchase D&G - Bal Harbour Bal Harbour Fl | 9054690000889905693360 |
| 12/27 | 224.70 | 0569 Check Card Purchase Emporio Armani,Bh #256 Bal Harbour Fl | 9054900000889905693360 |

ATM Withdrawals and Deductions continued on next page

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period **12/01/2010** to **12/31/2010**
KOMPLIQUE INC
Primary account number: ●●●●●9899

Free Business Checking Account number: ●●●●9899 - continued

Page 3 of 3

## Check Card Purchases    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/27 | 53.50 | 0569 Check Card Purchase James Perse Balharbour Bal Harbour Fl | 90544900008990569360 |
| 12/27 | 51.02 | 0569 Check Card Purchase Sora-Detroit Detroit | 90541900008990569360 |
| 12/28 | 1,643.45 | 0569 Check Card Purchase Westin Diplomat Resort Hollywood Fl | 71009900008990569362 |
| 12/28 | 1,151.94 | 0569 Check Card Purchase Ck Company Stores Adventura Fl | 71005900008990569362 |
| 12/28 | 749.00 | 0569 Check Card Purchase Burberry #4071  Aventu | 71008900008990569362 |
| 12/28 | 62.96 | 0569 Check Card Purchase Westin Diplomat Resort Hollywood Fl | 71011900008990569362 |
| 12/28 | 10.00 | 0569 Check Card Purchase Www Skype Com  Interne | 71006900008990569362 |
| 12/29 | 647.18 | 0569 Check Card Purchase Westin Diplomat Resort Hollywood Fl | 82141900008990569363 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | 30.80 | Service Charge Period Ending 11/30/2010 | |
| 12/28 | 0.25 | International POS Fee  Vis 1222          Lu | 71007900008990569362 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/03/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 10 | .00 | Included in Account |
| Checks Paid | 10 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |