# Business Premium Money Market
PNC Bank

**For the period 07/21/2011 to 07/29/2011**

KOMPLIQUE INC
SAVINGS ACCOUNT
DENISON DR STE A
MOUNT PLEASANT MI 48858-5596

Primary account number: ●●●●2686
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

**Supplement to the Business Checking Accounts and Related Charges
Effective September 1, 2011**

**COMMONLY USED SERVICES**
**Account Charges and Services**
Stop Payments
Checks, electronic transfers, preauthorized debits and
recurring preauthorized payments through Visa Check Card      $ 33.00

**Return Item Services**
Return of Deposited/Cashed Items                              $ 12.00

**Your Statement Options**
Check Image Statements (where you receive statement pages that have pictures of the front and back sides of all your available canceled checks or replacement checks for the statement period):

* No Charge - Analysis Business Checking, Analysis Business Checking With Interest, IOLTA, and Client Master Escrow and Sub Accounts.
* $3 per month - All other checking and money market accounts. This fee is charged monthly regardless of whether you have any check images in your statement. Not available with Free Business Checking (unless previously enrolled).

All other fees and requirements remain the same.

## IMPORTANT ACCOUNT INFORMATION

The information below amends the PNC Funds Availability Policy. Please read this information and retain it with your records.

**Effective July 15, 2011**

**For Large Dollar Deposits and New Accounts:**
The PNC Funds Availability Policy will be changed to allow for an additional $100 from deposited checks or items to be available the first



10743

# Business Premium Money Market

🖳 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/21/2011 to 07/29/2011**
KOMPLIQUE INC
Primary account number: ██████2686
Page 2 of 2

business day after the business day of your deposit for all purposes.

Please see the Funds Availability Policy applicable to your account for a complete overview of our policy on making deposited funds available to you. If you have questions, please visit your local PNC branch or call us at the Customer Service phone number listed above.

## Business Premium Money Market Summary
Account number: ████████2686

Komplique Inc
Savings Account

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 0.00 | 636,050.51 | 0.00 | 636,050.51 |
| | | Average ledger balance | Average collected balance |
| | | 635,960.19 | 635,960.19 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 0.65% | 9 | 635,960.19 | 101.61 | 101.61 |

### Deposits and Other Additions

| | | |
|---|---|---|
| Deposits | 1 | 635,948.90 |
| Other Additions | 1 | 101.61 |
| Total | 2 | 636,050.51 |

### Checks and Other Deductions

| | | |
|---|---|---|
| Total | 0 | 0.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/21 | 0.00 | 07/22 | 635,948.90 | 07/29 | 636,050.51 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/22 | 635,948.90 | Deposit<br>Effective 07-21-11 | 120068843 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/29 | 101.61 | Interest Payment | I-GEN111072900206881 |