

IS TECHNOLOGIES INC
JAMES D PIERON JR
DATE 15-JUL-11      13-39/420

PAY TO THE ORDER OF  KOMPLIQUE INC.      $ 35,000.00

thirty five thousand      DOLLARS

PNC Bank, National Association
Ohio
SOUTH MISSION    00875

MEMO JAMES PIERON

⑈0000⑈ ⑆041000124⑆ 4252699901⑈      ⑆0035000000⑆

)031009053< PNC BANK NA
8800 TINICUM PH PA 19153
07/20/11    I         0394
5500123178

201208023200117100001
IMAMGR S2
20110720 Arch 000000000055123178
00000000035000000 00000000000 D
000000004252699901

LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C



GOVERNMENT
EXHIBIT
124

10758