Aug. 14. 2012  4:28PM    South Mission Br 989 772 4038                    No. 1268   P. 2/2

**PNC BANK**

Checking/Savings Withdrawal Ticket

Date 7/29/11

JB Tech
The Undersigned     Hereby Acknowledges   $ 8625.00

Receipt Of _____ Dollars

Account Number: ▮▮▮▮99901
Regional ID:

⑈7409⑆99909⑈

PAGE 2/2 * RCVD AT 8/14/2012 4:27:45 PM [Eastern Daylight Time] * SVR:WCRGF308A/0 * DNIS:6854 * CS



GOVERNMENT EXHIBIT 125

10761