IB TECHNOLOGIES INC
JAMES D PIERON JR

DATE 9-AUG-11

13-39/420

PAY TO THE ORDER OF  CASH                                $ 5,000.00

Five thousand                                             DOLLARS

PNC Bank, National Association
Ohio
EASTMAN ROAD         00866

MEMO

⑆0000⑆ ⑉041000124⑉ 4252699901⑈        ⑆00000500000⑆

X031000053< PNC BANK PH
8800 TINICUM PH PA 19153
08/09/11    I        0207
0400744765

201208023200117100004
IMAMGR S2
20110809 Arch 000000000004744765
000000000000500000 000000000000 D
000000004252699901


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C



GOVERNMENT
EXHIBIT
126

10762