1420

*ma*

**IB TECHNOLOGIES INC**
2625 Denison Dr  Ste A
Mount Pleasant, MI 48858

NATIONAL CITY BANK
9-91/720

8/18/2011

PAY TO THE
ORDER OF ___ Cash _____   $ ***5,000.00

Five Thousand and 00/100****************************************************************************** DOLLARS

Cash

081811  264  03 0020   CCK
081811 000000425269990IDDA  1956908724

FOR

⑈0014 20⑈  ⑆072000915⑆  9878 24058⑈   /00005000 00/

>031000053< PNC BANK NA
8800 TINICUM PH PA 19153
08/18/11   1      0322
5600470817

201208 0232001171000005
IMAMGR S2
20110818 Arch 000000000056470817
000000000000500000 000000001420 D
000000004252699901


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C

**GOVERNMENT
EXHIBIT
127**

10763