| | | 1422 |
|---|---|---|
| **IB TECHNOLOGIES INC**<br>2625 Denison Dr Ste A<br>Mount Pleasant, MI 48858 | **NATIONAL CITY BANK**<br>9-91/720 | 11/28/2011 |

PAY TO THE ORDER OF: James Pieron     $ **6,684.24

Six Thousand Six Hundred Eighty-Four and 24/100************************************************ DOLLARS

James Pieron

FOR

⑈001422⑈ ⑆072009150⑆ 9878 24058⑈      ⑆000006684 24⑈



```
201208023200117100008
IMAMGR S2
20111212 Arch 000000000054254830
000000000000668424 000000001422 D
000000004252699901


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C
```



GOVERNMENT
EXHIBIT
128

10764