1086

**KOMPLIQUE INC.**

DATE 2|-DEC-1Φ

PAY TO THE
ORDER OF  AIR SERVICES                                    $ 29,805 79

twenty nine thousand eight hundred five and 79/100 _____ DOLLARS

**National City.**

FOR TRAVEL

⑈0000 1086⑈  ⑆072000915⑆  9878 24031⑈

Northwestern Bank
->272471661<-   10600802000360

12-23-2010

PAY TO THE ORDER OF
NORTHWESTERN BANK
TRAVERSE CITY, MI 49685
272471661
FOR DEPOSIT ONLY
AIR SERVICES INC.
6102202727 57

2012080232001191000007
IMAMGR S2
20101223 Arch 0000000000090149958
00000000002980579 000000001086 D
000000004252699899


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C



GOVERNMENT
EXHIBIT
130

10803