**KOMPLIQUE INC.**

1121
9-91-720

DATE 8-JUL-11

PAY TO THE ORDER OF: M-Z AIR          $ 8400.00

eighty-four thousand four hundred DOLLARS

National City.

FOR: JAMES PIERON

⑆0001121⑆ ⑈072000915⑉ 9878 2031

220002049461 Isabella Bank
0036 - 00220009
072511 - 0022 >072403004< Mt Pleasant MI

```
201208023200119100018
IMAMGR S2
20110726 Arch 000000000089512045
000000000000840000 000000001121 D
000000004252699899


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C
```

**GOVERNMENT EXHIBIT 131**

10804

1155

**KOMPLIQUE INC.**

DATE 25-JUL-11  9-91-720

PAY TO THE ORDER OF  M Z AIR       $ 10,000.00

DOLLARS

**National City.**

FOR DEPOSIT

⑈00001155⑈ ⑆072000915⑆ 987824031⑈

220002049462 Isabella Bank
0036 - 00220009
072511 - 0022 >072403004< Mt Pleasant MI

201208023200119100019
IMAMGR S2
20110726 Arch 000000000089512046
000000000001000000 000000001155 D
000000004252699899

LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C