**KOMPLIQUE INC.**

1226
9-91-720

DATE 4-MAY-11

PAY TO THE ORDER OF CENTRAL MICHIGAN PIANO  $20,000

twenty thousand  DOLLARS

National City.

FOR STEINWAY M

⑈000⑈1226⑈ ⑆072000915⑇: 9878 2403 1⑈

―――

13830813⑈ 85052811 >072418813< Chemical Bank Mid

CENTRAL MICHIGAN PIANOS, INC.
For Deposit Only
Account #2250040660

---

```
2012080232001191000013
IMAMGR S2
20110506 Arch 000000000095952513
000000000002000000 000000001226 D
000000004252699899


LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C
```



GOVERNMENT EXHIBIT 132

10806