KOMPLIQUE INC    DATE 15-JUL-11    13-39/420

PAY TO THE ORDER OF  CASH    $ 39,797.00

thirty nine hundred one hundred ninety seven — DOLLARS

PNC Bank, National Association
Ohio
SOUTH MISSION    00875

MEMO  VW

⑈0000⑈ ⑆041000124⑆ 4252699899⑈    ⑆00039797000⑆

8500 TINICUM PH PA 19153
07/15/11    1    8342
0400328536

201208023200119100016
IMAMGR S2
20110715 Arch 000000000004328536
000000000003979700 000000000000 D
000000004252699899

LISA M MARKOWITZ

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C

GOVERNMENT EXHIBIT 133

10807