**HISTORY MESSAGE ENVELOPE**                                                                                Page 1

| | | |
|---|---|---|
| TRN REF#: | 100716 009972 | BANK: 070 |
| SRCE: RPI | CALLER: RECKER, BETTY, PT24943 | TYPE: FTR |
| VALUE DATE: | 7/16/2010 | RATE 1.00 |
| | | FNDS: S   CHG: DB: Y   CD: N |

DBT:  D/4252699899                                    CDT:  A/211870799
AMT:         21,000.00        CUR: USD    AMT:         21,000.00        CUR: USD
KOMPLIQUE INC                                         GREENFIELD SAVINGS BANK
DENISON DR STE A                                     GREENFIELD, MA
MT PLEASANT        MI 48858

SNDR REF NUM:                                         BNF:   /0116004417
ORIG:    /                                            MANUELA URIBE
                                                      STONELEIGH BURNHAM SCHOOL

                                                      ORIG TO BNF INFO:

REF NUM:

---

**MESSAGE TEXT**

```
DBK070A042000398
NRPFTR     100716   Y 1
AMT21000.00USD1.00000000000
DBTD4252699899
KOMPLIQUE INC
DENISON DR STE A
MT PLEASANT         MI 48858
SBKBBRANCH
OFFICER COST CENTER BRANCH
CBK070
CDT
BBKA211870799
GREENFIELD SAVINGS BANK
GREENFIELD, MA
BNF 0116004417
MANUELA URIBE
STONELEIGH BURNHAM SCHOOL
N
{1510}1000
{2000}000002100000
{3100}042000398PNCBANKCINCI*
{3320}20100716000099972*
{3400}211870799GREENFIELD SVGS BK*
{3600}CTR
```

GOVERNMENT EXHIBIT 134

10832

# HISTORY MESSAGE ENVELOPE

Page 1

| | |
|---|---|
| TRN REF#: 101130 005525 | BANK: 001 |
| SRCE: FED   CALLER: | TYPE: FTR |
| VALUE DATE: 11/30/2010 | RATE: 1.00 |
| | FNDS: S   CHG: DB: N  CD: Y |

DBT: A/021001033
AMT:     799,977.00      CUR: USD
DEUTSCHE BANK TRUST CO AMERICAS
NEW YORK NY

CDT:   D/070:4252699899
AMT:     799,977.00      CUR: USD
KOMPLIQUE INC
▓▓▓ DENISON DR STE A
MT PLEASANT      MI 48858

SNDR REF NUM: 1130770575000959
ORIG:   /CH2000767000U52373240
JAMES PIERON
AVENUE DE FRANCE 22
1004 LAUSANNE
1004 LAUSANNE
REF NUM: INVESTMENT LOAN

BNF:   /4252699899
KOMPLIQUE INC.
2625 DENISON
MT. PLEASANT, MI
48858
ORIG TO BNF INFO:

## MESSAGE TEXT

```
{1100}02P N
{1110}11300323FT03
{1120}20101130D3B74V9C00062211300323FT03
{1510}1000
{1520}20101130B1Q8383C000958
{2000}000079997700
{3100}021001033DBTCO AMERICAS NYC*
{3320}1130770575000959*
{3400}043000096PNCBANK PITT*
{3600}CTR
{3700}BUSD23,*
{3710}USD800000,*
{4200}D4252699899*
KOMPLIQUE INC.*
▓▓▓ DENISON*
MT. PLEASANT, MI*
48858*
{4320}INVESTMENT LOAN*
{5000}DCH2000767000U52373240*
JAMES PIERON*
AVENUE DE FRANCE 22*
1004 LAUSANNE*
{5100}BBCVLCH2L*
BANQUE CANTONALE VAUDOISE*
```

10834