## PNC BANK

**PNC Bank, National Association**

pt24935

### ACCOUNT REGISTRATION AND AGREEMENT

| LEGAL TITLE | TIN | Home Phone # | Work Phone # | Email Address |
|---|---|---|---|---|
| IB TECHNOLOGIES | | | | |

| ACCOUNT ADDRESS | FOREIGN ADDRESS |
|---|---|
| ███ DENISON DRIVE STE A<br>MOUNT PLEASANT MI 48858 | |

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

**If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out Item (2) in your certification.**

☐ Check this box if you are a non-resident alien.    ☒ Check if Exempt Payee - Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
|---|---|---|---|---|---|
| 4252699901 | BCK | B64 | 05/06/2011 | 05/09/2009 | |

(Signer(s) for IB TECHNOLOGIES)

JAMES PIERON         X ███

WILLIAM J ZEHNDER    X ███

BRENDA A GARVER      X ███

                     X _____
                     X _____
                     X _____

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFDRM122014-0108

**Account Number**    4███9901
**Scan Date**         2011 May 12
**Orig Acct Number**  0


GOVERNMENT EXHIBIT 135

https://imas-webview.pncbank.com/inquiry/servlet/inquiry    4/16/2012

10838

**◈ PNC BANK**

PNC Bank, National Association

PT24935

ACCOUNT REGISTRATION AND AGREEMENT

| LEGAL TITLE | TIN | Home Phone # | Work Phone # | Email Address |
|---|---|---|---|---|
| IB TECHNOLOGIES | | | | |

| ACCOUNT ADDRESS | FOREIGN ADDRESS |
|---|---|
| ▇▇▇ DENISON DRIVE STE A<br>MOUNT PLEASANT MI 48858 | |

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

**If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.**

☐ Check this box if you are a non-resident alien.  ☐ Check if Exempt Payee - Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
|---|---|---|---|---|---|
| ▇▇▇99901 | BCK | 00864 | 10/28/2010 | | |

(Signer(s) for IB TECHNOLOGIES)

JAMES PIERON    X ▇▇▇
CHRISTINE PHILLIPS    X ▇▇▇
WILLIAM J ZEHNDER    X ▇▇▇
BRENDA A GARVER    X ▇▇▇
                    X
                    X

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM122014-0108

**Account Number**    4252699901
**Scan Date**    2010 Nov 02

**BUSINESS SIGNATURE CARD**

CORPORATION, PARTNERSHIP, SOLE PROPRIETORSHIP, ORGANIZATION OR FIDUCIARY

Certification of TIN: Interest earned in this Account is reported using the Taxpayer Identification Number (TIN) provided below unless other arrangements are made. Under penalties of perjury, I certify that:
(1) My correct TIN is _____, and (2) I am not subject to backup withholding either because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

(You must cross out item 2 if you have been notified by IRS that you are currently subject to backup withholding because you failed to report all interest and dividends on your tax return.)

___ I am a Non-Resident Alien or foreign entity. (Complete Form W-8BEN)

Signature X _____   Date  5/08/2009

| ACCOUNT TITLE | No. of Signatures Required | Date Opened | Date Revised | Account Number | Region # | Branch # | SOF | SOF Other |
|---|---|---|---|---|---|---|---|---|
|  | 1 | 5/08/2009 |  | ____4058 | 0056 | 00523 | 4 |  |

IB TECHNOLOGIES INC

Type of Account:   X  Checking   ___ Savings   ___ CD   Free Small Business Checking

Depositor acknowledges receipt of the Business Account Agreement, Pricing Schedule, Receipt and Rate Sheet, as applicable, completed, relative to the Account and agrees to be bound thereby and by any amendments hereafter made. Bank is hereby given right to apply any of balance in Account in payment of any debt owing to Bank by Depositor. Each Signer authorizes Bank to obtain a consumer report about such Signer's personal experience with deposit accounts.

**Signer #1**
Print Name CHRISTINE PHILLIPS   Title _____   ID#1 Type DL   MI P412115585061   Iss _____   Exp 01/2010
Signature _____   Date 5/08/2009   ID#2 Type _____   Iss _____   Exp _____

**Signer #2**
Print Name James Pieron   Title _____   ID#1 Type _____   Iss _____   Exp 10/2010
Signature _____   Date _____   ID#2 Type _____   Iss _____   Exp _____

**Signer #3**
Print Name _____   Title _____   ID#1 Type _____   Iss _____   Exp _____
Signature _____   Date _____   ID#2 Type _____   Iss _____   Exp _____

**Signer #4**
Print Name _____   Title _____   ID#1 Type _____   Iss _____   Exp _____
Signature _____   Date _____   ID#2 Type _____   Iss _____   Exp _____

**Signer #5**
Print Name _____   Title _____   ID#1 Type _____   Iss _____   Exp _____
Signature _____   Date _____   ID#2 Type _____   Iss _____   Exp _____

**Signer #6**
Print Name _____   Title _____   ID#1 Type _____   Iss _____   Exp _____
Signature _____   Date _____   ID#2 Type _____   Iss _____   Exp _____

**Signer #7**
Print Name _____   Title _____   ID#1 Type _____   Iss _____   Exp _____
Signature _____   Date _____   ID#2 Type _____   Iss _____   Exp _____

Secretary/Sole Owner/Partner/Member/Manager

The undersigned certifies that the signatures written above are genuine, each person holds the respective office indicated, if applicable, and has been authorized by Depositor to transact any and all business of Depositor in connection with the Account in accordance with a duly adopted resolution or authorization of Depositor.

Date Account Opened  5/08/2009   Signature _____
                                  Secretary/Sole Owner/Partner/Member/Manager

Docket _____   Case Number _____

56D0098782405809050812240101P

(Rev 04/24/08) DA0042CP

**Account Number**    ____99901
**Scan Date**         2009 May 13

https://imas-webview.pncbank.com/inquiry/servlet/inquiry                                    4/16/2012

10840