**PNC BANK**

PNC Bank National Association     PT36892

ACCOUNT REGISTRATION AND AGREEMENT

| LEGAL TITLE | TIN | Home Phone # | Work Phone # | Email Address |
|---|---|---|---|---|
| IB TECHNOLOGIES INC | | | | |

SAVINGS ACCOUNT

| ACCOUNT ADDRESS | FOREIGN ADDRESS |
|---|---|
| DENISON DR STE A<br>MOUNT PLEASANT MI 48858 | |

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.

☐ Check this box if you are a non-resident alien.     ☒ Check if Exempt Payee - Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
|---|---|---|---|---|---|
| 616 | PBM | 00864 | 05/11/2011 | 05/11/2011 | 1-YC36C2 |

IB TECHNOLOGIES INC

JAMES D PIERON JR, PRES     X _____ Signature

WILLIAM J ZEHNDER, CFO     X _____ Signature

BRENDA GARVER, BUS-OFF MGR     X _____ Signature

X _____ Signature

X _____ Signature

X _____ Signature

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM122014-0108

**Account Number**     4257379616
**Scan Date**     2011 May 12
**Orig Acct Number**     0
**Orig Bank Number**     0
**Converted Acct Flag**

https://imas-webview.pncbank.com/inquiry/servlet/inquiry

GOVERNMENT EXHIBIT 136

4/16/2012