**BUSINESS SIGNATURE CARD**

CORPORATION, PARTNERSHIP, SOLE PROPRIETORSHIP, ORGANIZATION OR FIDUCIARY

Certification of TIN: Interest earned in this Account is reported using the Taxpayer Identification Number (TIN) provided below unless other arrangements are made. Under penalties of perjury, I certify that:
(1) My correct TIN is _____, and (2) I am not subject to backup withholding either because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

(You must cross out item 2 if you have been notified by IRS that you are currently subject to backup withholding because you failed to report all interest and dividends on your tax return.)

___ I am a Non-Resident Alien or foreign entity. (Complete Form W-8BEN)

Signature: X _____  Date: 5/08/2009

**ACCOUNT TITLE**

| No. of Signatures Required | Date Opened | Date Revised | Account Number | Region # | Branch # | SOF | SOF Other |
|---|---|---|---|---|---|---|---|
| 1 | 5/08/2009 | | ████1031 | 0056 | 00523 | 4 | |

KOMPLIQUE INC

Type of Account: X Checking ___ Savings ___ CD    Free Small Business Checking

Depositor acknowledges receipt of the Business Account Agreement, Pricing Schedule, Receipt and Rate Sheet, as applicable, completed, relative to the Account and agrees to be bound thereby and by any amendments hereafter made. Bank is hereby given right to apply any of balance in Account in payment of any debt owing to Bank by Depositor. Each Signer authorizes Bank to obtain a consumer report about such Signer's personal experience with deposit accounts.

**Signer #1**
Print Name: CHRISTINE PHILLIPS    Title: ____    ID#1 Type: DL   MI ████    Iss ____    Exp 01/2010
Signature: X ████    Date: 5/08/2009    ID#2 Type: ____    Iss ____    Exp ____

**Signer #2**
Print Name: James Pieron    Title: ____    ID#1 Type: ████    Iss ____    Exp 10/2010
Signature: ████    Date: ____    ID#2 Type: ____    Iss ____    Exp ____

**Signer #3**
Print Name: ____    Title: ____    ID#1 Type: ____    Iss ____    Exp ____
Signature: ____    Date: ____    ID#2 Type: ____    Iss ____    Exp ____

**Signer #4**
Print Name: ____    Title: ____    ID#1 Type: ____    Iss ____    Exp ____
Signature: ____    Date: ____    ID#2 Type: ____    Iss ____    Exp ____

**Signer #5**
Print Name: ____    Title: ____    ID#1 Type: ____    Iss ____    Exp ____
Signature: ____    Date: ____    ID#2 Type: ____    Iss ____    Exp ____

**Signer #6**
Print Name: ____    Title: ____    ID#1 Type: ____    Iss ____    Exp ____
Signature: ____    Date: ____    ID#2 Type: ____    Iss ____    Exp ____

**Signer #7**
Print Name: ____    Title: ____    ID#1 Type: ____    Iss ____    Exp ____
Signature: ____    Date: ____    ID#2 Type: ____    Iss ____    Exp ____

Secretary/Sole Owner/Partner/Member/Manager

The undersigned certifies that the signatures written above are genuine, each person holds the respective office indicated, if applicable, and has been authorized by Depositor to transact any and all business of Depositor in connection with the Account in accordance with a duly adopted resolution or authorization of Depositor.

Date Account Opened: 5/08/2009    Signature: ____
                                    Secretary/Sole Owner/Partner/Member/Manager

Docket: ____    Case Number: ____

56D0098782403109050812140101P

(Rev 04/24/06) DA0042CP

**Account Number** ████99899
**Scan Date** 2009 May 13

GOVERNMENT EXHIBIT 137

https://imas-webview.pncbank.com/inquiry/servlet/inquiry    4/16/2012

10843

**⊘ PNC BANK**

PNC Bank, National Association

pt24944

**ACCOUNT REGISTRATION AND AGREEMENT**

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.

☐ Check this box if you are a non-resident alien.   ☐ Check if Exempt Payee - Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| EFFECTIVE DATE | REFERENCE NUMBER |
|---|---|
| 12/02/2011 | |

| DDA / SAVINGS ACCOUNTS AFFECTED | | | | | |
|---|---|---|---|---|---|
| 4252699899 | | | | | |

By signing below, I/we authorize that the requested change in title applies to the accounts listed above:

James Pieron-President                X ~~Signature~~
Jason Cooley-Director of Marketing    X ~~Signature~~
                                      X Signature
                                      X Signature
                                      X Signature
                                      X Signature

| LEGAL TITLE | TIN | RESIDENCE ADDRESS |
|---|---|---|
| Komplique Inc | ███ | ███ Denison Dr Ste A<br>Mount Pleasant, MI 48858 |

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM123818-1207

**Account Number**        ████9899
**Scan Date**             2011 Dec 12
**Orig Acct Number**      0
**Orig Bank Number**      0

**◊ PNC BANK**

PNC Bank, National Association

PT24935

ACCOUNT REGISTRATION AND AGREEMENT

| LEGAL TITLE | TIN | Home Phone # | Work Phone # | Email Address |
|---|---|---|---|---|
| KOMPLIQUE INC | | | | |

| ACCOUNT ADDRESS | FOREIGN ADDRESS |
|---|---|
| ▓▓▓ DENISON DRIVE STE A<br>MOUNT PLEASANT MI 48858 | |

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

**If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.**

☐ Check this box if you are a non-resident alien. ☐ Check if Exempt Payee - Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
|---|---|---|---|---|---|
| ▓▓99899 | BCK | 00864 | 08/27/2010 | | |

(Signer(s) for KOMPLIQUE INC)

CHRISTINE PHILLIPS  X ▓▓▓▓▓▓
    Signature
JAMES PIERON   X ▓▓▓▓▓▓
    Signature
JASON COOLEY   X ▓▓▓▓▓▓
    Signature
      X
    Signature
      X
    Signature
      X
    Signature

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM122014-0108

---

**Account Number**   ▓▓▓99899

**Scan Date**     2010 Sep 07

**⊘ PNC BANK**

PNC Bank, National Association    pt24946

### ACCOUNT REGISTRATION AND AGREEMENT

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

**If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.**

☐ Check this box if you are a non-resident alien.    ☐ Check if Exempt Payee - Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| EFFECTIVE DATE | REFERENCE NUMBER |
|---|---|
| 07/15/2011 | |

| DDA / SAVINGS ACCOUNTS AFFECTED | | | | |
|---|---|---|---|---|
| ▓▓▓9899 | | | | |

By signing below, I/we authorize that the requested change in title applies to the accounts listed above.

James Pieron, President    X ▓▓▓ Signature

Jason Cooley, Director of Marketing    X ▓▓▓ Signature

Kirstie Hayward, Project Manager    X ▓▓▓ Signature

X _____ Signature

X _____ Signature

X _____ Signature

| LEGAL TITLE | TIN | RESIDENCE ADDRESS |
|---|---|---|
| Komplique Inc | ▓▓▓ | ▓▓▓Denison Dr. Ste A<br>Mount Pleasant, MI 48858 |

**PNC Bank internal use only instructions:**
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF – Mail Stop: P7-PFSC-04-F

EFORM123915-1207

**Account Number**    4▓▓▓9899

**Scan Date**    2011 Aug 01

https://imas-webview.pncbank.com/inquiry/servlet/inquiry    4/16/2012

10845