```
WELLS FARGO BANK N.A.                                              Page 82222
FULL TRANSACTION REPORT                      FOR 20-MAR-2007

<<< TRN: 070320-026870 >>>
--------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****                  ( Bank : 121 )

                                                 SND DATE: 07/03/20
SRC:FT1 CALLER:                                  EXT:

RPT#          AMT:150,000.00            CUR:USD                  TRDR#
TEST: VAL:                        TYP:FTR/      FNDS:S CHG:DB:A CD:A COM:N CBL:N
--------------------------------------------------------------------------------
DBT D/3036172702/                  CDT D/4121186563/                 ADV:SWF
DEBIT VAL: 07/03/20                CREDIT VAL: 07/03/20
GL RECON: 300300                   GL RECON: 182182
DEPT:0009655                       DEPT:0006106
TREVOR G COOK, DBA TREVOR G COOK   CREDIT SUISSE (HEAD OFFICE)
DBA PFG COIN AND BULLION           UETLIBERGSTRASSE 231
12644 TIFFANY CT                   ZURICH, SWITZERLAND
BURNSVILLE MN 55337-3487           BNF BANK:S/CRESCHZZ12A               WIR:
SNDR REF NUM:FW09655079241304      CREDIT SUISSE
                                   GENEVA,CH

                                   BNF:/ch7704835092588712000    CHG:  BK?N
                                   JDFX Fund Management LTD
                                   Zurich Switz


    **** CREDIT PAYMENT MESSAGE TEXT ****

                              Message Text
Destination:
     S/CRESCHZZ80A
     CREDIT SUISSE (HEAD OFFICE)
     UETLIBERGSTRASSE 231
     ZURICH, SWITZERLAND
Output Time: 10:19:57    Output sequence number: 309496

Input:
     S/WFBIUS6S
     WELLS FARGO NA

     SAN FRANCISCO CA


Single Customer Credit Transfer                    (TYPE: 103)

:20:   /Transaction Reference Number:
        2007032000026870
:23B:  /Bank Operation Code:
        CRED
:32A:  /Value Date, Currency, Interbank Settled Amount:
        Date: 07/03/20  USD  150,000.00
:33B:  /Currency, Instructed Amount:
         USD  150,000.00
:50K:  /Ordering Customer:
        /3036172702
        TREVOR G COOK, DBA TREVOR G COOK
```



WELLS FARGO BANK N.A. Page 126
FULL TRANSACTION REPORT FOR 30-MAR-2007

<<< TRN: 070330-062337 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 07/03/30
SRC:PHN CALLER:COOK, TREVOR EXT:

RPT# AMT:5,000,000.00 CUR:USD TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:B CD:A COM:N CBL:N

DBT D/3036172686/ CDT D/4121186563/ ADV:SWF
DEBIT VAL: 07/03/30 CREDIT VAL: 07/03/30
GL RECON: 300300 GL RECON: 182182
DEPT:0009655 DEPT:0006106
MARKET SHOT LLC CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT UETLIBERGSTRASSE 231
BURNSVILLE MN 55337-3487 ZURICH, SWITZERLAND
BNF BANK:
CREDIT SUISSE
GENEVA,CH
CRESCHZZ12A
BNF:/CH7704835092588712000 CHG: BK?N
JDFX FUNDS MANAGEMENT LTD.

ORIG TO BNF INFO:
ON BEHALF OF JDFX RMS AG

**** CREDIT PAYMENT MESSAGE TEXT ****

Message Text
Destination:
S/CRESCHZZ80A
CREDIT SUISSE (HEAD OFFICE)
UETLIBERGSTRASSE 231
ZURICH, SWITZERLAND
Output Time: 13:12:31 Output sequence number: 460195

Input:
S/WFBIUS6S
WELLS FARGO NA

SAN FRANCISCO CA

Single Customer Credit Transfer (TYPE: 103)

:20: /Transaction Reference Number:
2007033000062337
:23B: /Bank Operation Code:
CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
Date: 07/03/30 USD 5,000,000.00

```
WELLS FARGO BANK N.A.                                          Page 35982
FULL TRANSACTION REPORT                         FOR 17-DEC-2008

<<< TRN: 081217-041331 >>>
-----------------------------------------------------------------------
     **** MESSAGE ENVELOPE ****                 ( Bank : 121 )

                                                SND DATE: 08/12/17
SRC:PHN CALLER:COOK, TREVOR                     EXT:

RPT#      AMT:2,100,000.00          CUR:USD              TRDR#
TEST: VAL:                  TYP:FTR/1000 FNDS:S CHG:DB:B CD:W COM:N CBL:N
-----------------------------------------------------------------------
DBT D/3036172686/                     CDT A/026007993          ADV:FED
DEBIT VAL: 08/12/17                   CREDIT VAL: 08/12/17
GL RECON: 300300                      GL RECON: 114114
DEPT:0009952                          DEPT:0002729
MARKET SHOT LLC                       UBS AG
12644 TIFFANY CT                      677 WASHINGTON BLVD
BURNSVILLE          MN 55337-3487     STAMFORD CT
                                      COUNTRY OF RESIDENCY: CH
                                      BNF BANK:S/UBSWCHZH80A          WIR:Y
                                      UBS AG ZURICH, ATTN ADRIANA HUBER
                                      BAHNHOFSTRASSE 45
                                      CH 8021 ZURICH,SWITZ,
                                      COUNTRY OF RESIDENCY: CH
                                      BNF:/CH430027327324125560W    CHG: BK?N
                                      JDFX HOLDING

                                      BNF MAILING COUNTRY: CH

     **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
          Type Code:                  10 (Transfer of funds)
          Subtype Code:               00 (Regular transfer)

{2000} Amount:                        $2,100,000.00

{3100} Sending Bank:
          ABA number:                 121000248
          Short name:                 WELLS FARGO SF
          ABA lookup (AUX):           WELLS FARGO BANK, NA
                                      SAN FRANCISCO, CA

{3320} Sender Reference:              2008121700041331

{3400} Receiving Bank:
          ABA number:                 026007993
          Short name:                 UBS AG NYC
          ABA lookup (REL):           UBS AG
                                      677 WASHINGTON BLVD
                                      STAMFORD CT

{3600} Business Function Code:        BTR (Bank transfer)
```

WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT FOR 20-MAR-2007 Page 82297

<<< TRN: 070320-026892 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 07/03/20
SRC:FT1 CALLER: EXT:

RPT# AMT:1,000,000.00 CUR:USD TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:R CD:A COM:N CBL:N

*DBT D/3444256543
DEBIT VAL: 07/03/20
GL RECON: 300300
DEPT:0965509655
TREVOR G COOK
12644 TIFFANY CT
BURNSVILLE MN 55337-3487
SNDR REF NUM:FW09655079061304

CDT D/4121186563/ ADV:SWF
CREDIT VAL: 07/03/20
GL RECON: 182182
DEPT:0006106
CREDIT SUISSE (HEAD OFFICE)
UETLIBERGSTRASSE 231
ZURICH, SWITZERLAND
BNF BANK:S/CRESCHZZ12A WIR:
CREDIT SUISSE
GENEVA,CH

BNF:/ch7704835092588712000 CHG: BK?N
JDFX fund management LTD
Zurich Switz

**** CREDIT PAYMENT MESSAGE TEXT ****

Message Text

Destination:
S/CRESCHZZ80A
CREDIT SUISSE (HEAD OFFICE)
UETLIBERGSTRASSE 231
ZURICH, SWITZERLAND
Output Time: 10:22:51 Output sequence number: 309525

Input:
S/WFBIUS6S
WELLS FARGO NA

SAN FRANCISCO CA

Single Customer Credit Transfer (TYPE: 103)

:20: /Transaction Reference Number:
2007032000026892
:23B: /Bank Operation Code:
CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
Date: 07/03/20 USD 1,000,000.00
:33B: /Currency, Instructed Amount:
USD 1,000,000.00
:50K: /Ordering Customer:
/3444256543
TREVOR G COOK

```
WELLS FARGO BANK N.A.                                         Page 18969
FULL TRANSACTION REPORT                    FOR 01-DEC-2006

<<< TRN: 061201-066998 >>>
---------------------------------------------------------------------------
**** MESSAGE ENVELOPE ****                 ( Bank : 121 )

                                           SND DATE: 06/12/01
SRC:PHN CALLER:KILEY, PATRICK J.           EXT:

RPT#       AMT:500,000.00          CUR:USD                TRDR#
TEST: VAL:                    TYP:FTR/     FNDS:S CHG:DB:B CD:A COM:N CBL:N
---------------------------------------------------------------------------
DBT D/3036172710/                  CDT D/4121186563/              ADV:SWF
DEBIT VAL: 06/12/01                CREDIT VAL: 06/12/01
GL RECON: 300300                   GL RECON: 182182
DEPT:0009655                       DEPT:0006106
UBS DIVERSIFIED GROWTH LLC         CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                   UETLIBERGSTRASSE 231
BURNSVILLE         MN 55337-3487   ZURICH, SWITZERLAND
                                   BNF BANK:S/CRESCHZZ12A         WIR:
                                   CREDIT SUISSE
                                   GENEVA,CH

                                   BNF:/925887 12                 CHG: BK?N
                                   JDFX FUND MANAGMENT

**** CREDIT PAYMENT MESSAGE TEXT ****

                        Message Text
Destination:
      S/CRESCHZZ80A
      CREDIT SUISSE (HEAD OFFICE)
      UETLIBERGSTRASSE 231
      ZURICH, SWITZERLAND
Output Time: 15:15:30    Output sequence number: 156629

Input:
      S/WFBIUS6S
      WELLS FARGO NA

      SAN FRANCISCO CA

Single Customer Credit Transfer                 (TYPE: 103)

:20:   /Transaction Reference Number:
        20061201000066998
:23B:  /Bank Operation Code:
        CRED
:32A:  /Value Date, Currency, Interbank Settled Amount:
        Date: 06/12/01   USD   500,000.00
:33B:  /Currency, Instructed Amount:
         USD  500,000.00
:50K:  /Ordering Customer:
        /3036172710
        UBS DIVERSIFIED GROWTH LLC
```

WELLS FARGO BANK N.A. Page 92916
FULL TRANSACTION REPORT FOR 18-JAN-2007

<<< TRN: 070118-031647 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 07/01/18
SRC:PHN CALLER:KILEY, PATRICK J. EXT:

RPT# AMT:500,000.00 CUR:USD TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:A CD:A COM:N CBL:N

DBT D/3036172710/ CDT D/4121186563/ ADV:SWF
DEBIT VAL: 07/01/18 CREDIT VAL: 07/01/18
GL RECON: 300300 GL RECON: 182182
DEPT:0009655 DEPT:0006106
UBS DIVERSIFIED GROWTH LLC CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT UETLIBERGSTRASSE 231
BURNSVILLE MN 55337-3487 ZURICH, SWITZERLAND
BNF BANK:S/CRESCHZZ12A WIR:
CREDIT SUISSE
GENEVA,CH

BNF:/CH7704835092588712000 CHG: BK?N
12352
JDFX FUND MANAGEMENT

**** CREDIT PAYMENT MESSAGE TEXT ****

Message Text
Destination:
S/CRESCHZZ80A
CREDIT SUISSE (HEAD OFFICE)
UETLIBERGSTRASSE 231
ZURICH, SWITZERLAND
Output Time: 09:57:48 Output sequence number: 609220

Input:
S/WFBIUS6S
WELLS FARGO NA

SAN FRANCISCO CA

Single Customer Credit Transfer (TYPE: 103)

:20: /Transaction Reference Number:
2007011800031647
:23B: /Bank Operation Code:
CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
Date: 07/01/18 USD 500,000.00
:33B: /Currency, Instructed Amount:
USD 500,000.00
:50K: /Ordering Customer:
/3036172710
UBS DIVERSIFIED GROWTH LLC

```
WELLS FARGO BANK N.A.                                   Page 95551
FULL TRANSACTION REPORT                    FOR 22-FEB-2007

<<< TRN: 070222-030422 >>>
---------------------------------------------------------------
 **** MESSAGE ENVELOPE ****          ( Bank : 121 )

                                            SND DATE: 07/02/22
SRC:PHN CALLER:KILEY, PATRICK               EXT:

RPT#      AMT:500,000.00            CUR:USD           TRDR#
TEST: VAL:                        TYP:FTR/    FNDS:S CHG:DB:A CD:A COM:N CBL:N
---------------------------------------------------------------
DBT D/3036172710/                    CDT D/4121186563/          ADV:SWF
DEBIT VAL: 07/02/22                  CREDIT VAL: 07/02/22
GL RECON: 300300                     GL RECON: 182182
DEPT:0009952                         DEPT:0006106
UBS DIVERSIFIED GROWTH LLC           CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                     UETLIBERGSTRASSE 231
BURNSVILLE          MN 55337-3487    ZURICH, SWITZERLAND  CRESCHZZ80A
                                     BNF:/CH7704835092588712000    CHG: BK?N
                                     JDFX FUND MANAGEMENT


 **** CREDIT PAYMENT MESSAGE TEXT ****

                        Message Text
Destination:
      S/CRESCHZZ80A
      CREDIT SUISSE (HEAD OFFICE)
      UETLIBERGSTRASSE 231
      ZURICH, SWITZERLAND  CRESCHZZ80A
Output Time: 10:56:00    Output sequence number: 974927

Input:
      S/WFBIUS6S
      WELLS FARGO NA

      SAN FRANCISCO CA

Single Customer Credit Transfer                    (TYPE: 103)

:20:   /Transaction Reference Number:
        2007022200030422
:23B:  /Bank Operation Code:
        CRED
:32A:  /Value Date, Currency, Interbank Settled Amount:
        Date: 07/02/22  USD  500,000.00
:33B:  /Currency, Instructed Amount:
        USD  500,000.00
:50K:  /Ordering Customer:
        /3036172710
        UBS DIVERSIFIED GROWTH LLC
        12644 TIFFANY CT
        BURNSVILLE          MN 55337-3487
:59:   /Beneficiary Customer:
        /CH7704835092588712000
```

```
WELLS FARGO BANK N.A.                                        Page 71199
FULL TRANSACTION REPORT                  FOR 19-MAR-2007

<<< TRN: 070319-023799 >>>
------------------------------------------------------------------------
**** MESSAGE ENVELOPE ****               ( Bank : 121 )

                                         SND DATE: 07/03/19
SRC:PHN CALLER:KILEY, PATRICK            EXT:

RPT#        AMT:1,000,000.00        CUR:USD          TRDR#
TEST: VAL:                TYP:FTR/    FNDS:S CHG:DB:A CD:A COM:N CBL:N
------------------------------------------------------------------------
DBT D/3036172710/                 CDT D/4121186563/          ADV:SWF
DEBIT VAL: 07/03/19               CREDIT VAL: 07/03/19
GL RECON: 300300                  GL RECON: 182182
DEPT:0009952                      DEPT:0006106
UBS DIVERSIFIED GROWTH LLC        CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                  UETLIBERGSTRASSE 231
BURNSVILLE         MN 55337-3487  ZURICH, SWITZERLAND
                                  BNF BANK:S/CRESCHZZ12A     WIR:
                                  CREDIT SUISSE
                                  GENEVA,CH
                                  SWIFT CRESCHZZ10A
                                  BNF:/CH7704835092588712000  CHG: BK?N
                                  JDFX FUNDS MANGMENT LTD

   **** CREDIT PAYMENT MESSAGE TEXT ****

                     Message Text
Destination:
     S/CRESCHZZ80A
     CREDIT SUISSE (HEAD OFFICE)
     UETLIBERGSTRASSE 231
     ZURICH, SWITZERLAND
Output Time: 09:32:09   Output sequence number: 291038

Input:
     S/WFBIUS6S
     WELLS FARGO NA

     SAN FRANCISCO CA

Single Customer Credit Transfer                (TYPE: 103)

:20:  /Transaction Reference Number:
       2007031900023799
:23B: /Bank Operation Code:
       CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
       Date: 07/03/19  USD  1,000,000.00
:33B: /Currency, Instructed Amount:
       USD  1,000,000.00
:50K: /Ordering Customer:
       /3036172710
       UBS DIVERSIFIED GROWTH LLC
```

WELLS FARGO BANK N.A. Page 59203
FULL TRANSACTION REPORT FOR 20-MAR-2007

<<< TRN: 070320-019721 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 07/03/20
SRC:PHN CALLER:KILEY, PATRICK EXT:

RPT# AMT:350,000.00 CUR:USD TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:A CD:A COM:N CBL:N

DBT D/3036172710/ CDT D/4121186563/ ADV:SWF
DEBIT VAL: 07/03/20 CREDIT VAL: 07/03/20
GL RECON: 300300 GL RECON: 182182
DEPT:0009952 DEPT:0006106
UBS DIVERSIFIED GROWTH LLC CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT UETLIBERGSTRASSE 231
BURNSVILLE MN 55337-3487 ZURICH, SWITZERLAND
BNF BANK:S/CRESCHZZ12A WIR:
CREDIT SUISSE
GENEVA,CH

BNF:/CH7704835092588712000 CHG: BK?N
JDFX FUND MANAGEMENT LTD

**** CREDIT PAYMENT MESSAGE TEXT ****

Message Text
Destination:
S/CRESCHZZ80A
CREDIT SUISSE (HEAD OFFICE)
UETLIBERGSTRASSE 231
ZURICH, SWITZERLAND
Output Time: 08:49:51 Output sequence number: 307144

Input:
S/WFBIUS6S
WELLS FARGO NA

SAN FRANCISCO CA

Single Customer Credit Transfer (TYPE: 103)

:20: /Transaction Reference Number:
2007032000019721
:23B: /Bank Operation Code:
CRED
:32A: /Value Date, Currency, Interbank Settled Amount:
Date: 07/03/20 USD 350,000.00
:33B: /Currency, Instructed Amount:
USD 350,000.00
:50K: /Ordering Customer:
/3036172710
UBS DIVERSIFIED GROWTH LLC

```
WELLS FARGO BANK N.A.                                  Page 26033
FULL TRANSACTION REPORT                FOR 12-APR-2007

<<< TRN: 070412-039654 >>>
---------------------------------------------------------------------------
**** MESSAGE ENVELOPE ****             ( Bank : 121 )

                                          SND DATE: 07/04/12
SRC:PHN CALLER:KILEY, PATRICK             EXT:

RPT#        AMT:1,000,000.00          CUR:USD              TRDR#
TEST: VAL:                     TYP:FTR/    FNDS:S CHG:DB:A CD:A COM:N CBL:N
---------------------------------------------------------------------------
DBT D/3036172710/                  CDT D/4121186563/             ADV:SWF
DEBIT VAL: 07/04/12                CREDIT VAL: 07/04/12
GL RECON: 300300                   GL RECON: 182182
DEPT:0009952                       DEPT:0006106
UBS DIVERSIFIED GROWTH LLC         CREDIT SUISSE (HEAD OFFICE)
12644 TIFFANY CT                   UETLIBERGSTRASSE 231
BURNSVILLE          MN 55337-3487  ZURICH, SWITZERLAND
                                   BNF BANK:S/CRESCHZZ12A          WIR:Y
                                   CREDIT SUISSE
                                   GENEVA
                                   SWITZERLAND
                                   BNF:/CH7704835092588712000    CHG:  BK?N
                                   JDFX FUND MANAGEMENT LTD

                                   ORIG TO BNF INFO:
                                   ON BEHAVE OF JDFX RMS AG

 **** CREDIT PAYMENT MESSAGE TEXT ****

                      Message Text
Destination:
      S/CRESCHZZ80A
      CREDIT SUISSE (HEAD OFFICE)
      UETLIBERGSTRASSE 231
      ZURICH, SWITZERLAND
Output Time: 11:34:59    Output sequence number: 594386

Input:
      S/WFBIUS6S
      WELLS FARGO NA

      SAN FRANCISCO CA

General Financial Institution Transfer       (TYPE: 202)

:20:   /Transaction Reference Number:
          2007041200039654
:21:   /Reference to Related Message/Transaction:
          2007041200039654
:32A:  /First Amount:
          Date: 07/04/12  USD  1,000,000.00
```

WELLS FARGO BANK N.A. Page 1193
FULL TRANSACTION REPORT FOR 23-JAN-2009

<<< TRN: 090123-030783 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 09/01/23
SRC:PHN CALLER:KILEY, PATRICK EXT:

RPT# AMT:2,125,000.00 CUR:USD TRDR#
TEST: VAL: TYP:FTR/1000 FNDS:S CHG:DB:A CD:W COM:N CBL:N

| | | |
|---|---|---|
| DBT D/3036172710/ | CDT A/026007993 | ADV:FED |
| DEBIT VAL: 09/01/23 | CREDIT VAL: 09/01/23 | |
| GL RECON: 300300 | GL RECON: 114114 | |
| DEPT:0009952 | DEPT:0002729 | |
| UBS DIVERSIFIED GROWTH LLC | UBS AG | |
| 12644 TIFFANY CT | 677 WASHINGTON BLVD | |
| BURNSVILLE MN 55337-3487 | STAMFORD CT | |
| | COUNTRY OF RESIDENCY: CH | |
| | BNF BANK:S/UBSWCHZH80A | WIR:Y |
| | UBS AG ZURICH, ATTN ADRIANA HUBER | |
| | BAHNHOFSTRASSE 45 | |
| | CH 8021 ZURICH,SWITZ, | |
| | COUNTRY OF RESIDENCY: CH | |
| | BNF:/CH4300273273241255560N | CHG: BK?N |
| | JDFX HOLDING | |
| | BNF MAILING COUNTRY: CH | |

**** CREDIT PAYMENT MESSAGE TEXT ****

| | |
|---|---|
| {1510} Type/Subtype Code: | |
| Type Code: | 10 (Transfer of funds) |
| Subtype Code: | 00 (Regular transfer) |
| {2000} Amount: | $2,125,000.00 |
| {3100} Sending Bank: | |
| ABA number: | 121000248 |
| Short name: | WELLS FARGO SF |
| ABA lookup (AUX): | WELLS FARGO BANK, NA<br>SAN FRANCISCO, CA |
| {3320} Sender Reference: | 2009012300030783 |
| {3400} Receiving Bank: | |
| ABA number: | 026007993 |
| Short name: | UBS AG NYC |
| ABA lookup (REL): | UBS AG<br>677 WASHINGTON BLVD<br>STAMFORD CT |
| {3600} Business Function Code: | BTR (Bank transfer) |

```
WELLS FARGO BANK N.A.                                        Page 65739
FULL TRANSACTION REPORT                  FOR 26-MAY-2009

<<< TRN: 090526-051264 >>>

**** MESSAGE ENVELOPE ****               ( Bank : 121 )

                                           SND DATE: 09/05/26
SRC:PHN CALLER:KILEY, PATRICK              EXT:

RPT#          AMT:1,025,000.00        CUR:USD              TRDR#
TEST: VAL:                        TYP:FTR/1000 FNDS:S CHG:DB:A CD:W COM:N CBL:N

DBT D/3036172710/                      CDT A/026007993            ADV:FED
DEBIT VAL: 09/05/26                    CREDIT VAL: 09/05/26
GL RECON: 300300                       GL RECON: 114114
DEPT:0009952                           DEPT:0002729
UBS DIVERSIFIED GROWTH LLC             UBS AG
12644 TIFFANY CT                       677 WASHINGTON BLVD
BURNSVILLE          MN 55337-3487      STAMFORD CT
                                       COUNTRY OF RESIDENCY: CH
                                       BNF BANK:S/UBSWCHZH80A          WIR:Y
                                       UBS AG ZURICH, ATTN ADRIANA HUBER
                                       BAHNHOFSTRASSE 45
                                       CH 8021 ZURICH,SWITZ,
                                       COUNTRY OF RESIDENCY: CH
                                       BNF:/CH430027327324125560N    CHG: BK?N
                                       JDFX HOLDING

                                       BNF MAILING COUNTRY: CH

**** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
        Type Code:                    10 (Transfer of funds)
        Subtype Code:                 00 (Regular transfer)

{2000} Amount:                        $1,025,000.00

{3100} Sending Bank:
        ABA number:                   121000248
        Short name:                   WELLS FARGO SF
        ABA lookup (AUX):             WELLS FARGO BANK, NA
                                      SAN FRANCISCO, CA

{3320} Sender Reference:              20090526000051264

{3400} Receiving Bank:
        ABA number:                   026007993
        Short name:                   UBS AG NYC
        ABA lookup (REL):             UBS AG
                                      677 WASHINGTON BLVD
                                      STAMFORD CT

{3600} Business Function Code:        BTR (Bank transfer)
```