# Business Basic Checking
PNC Bank

**For the period 03/30/2013 to 04/30/2013**

KOMPLIQUE INC
▆▆▆▆ DENISON DR STE A
MOUNT PLEASANT MI 48858-5596

Primary account number: ▆▆▆▆-9899
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Komplique Inc

Account number: ▆▆▆▆9899
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 83.31- | 50,400.00 | 24,975.75 | 25,340.94 |
| | | Average ledger balance | Average collected balance |
| | | 15,923.96 | 15,923.96 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | 72.00 | 360.00 |
| Total Continuous Overdraft Fees (COD) | 49.00 | 63.00 |
| Total Overdraft Fees | 121.00 | 423.00 |
| Total Returned Item Fees (NSF) | .00 | 36.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 50,400.00 |
| Total | 2 | 50,400.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 20,714.99 |
| Check Card Purchases | 13 | 4,075.26 |
| ACH Deductions | 1 | 30.00 |
| Service Charges and Fees | 8 | 155.50 |
| Total | 25 | 24,975.75 |


GOVERNMENT EXHIBIT 168

25141

# Business Basic Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Basic Checking Account number: ____9899 - continued

**For the period 03/30/2013 to 04/30/2013**
KOMPLIQUE INC
Primary account number: ____-9899
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/30 | 83.81 - | 04/05 | 356.33 - | 04/18 | 34,492.36 |
| 04/01 | 104.81 - | 04/08 | 43.67 | 04/19 | 34,491.87 |
| 04/02 | 263.33 - | 04/15 | 50,043.67 | 04/22 | 30,738.45 |
| 04/03 | 342.33 - | 04/16 | 50,024.93 | 04/24 | 25,448.44 |
| 04/04 | 349.33 - | 04/17 | 34,549.96 | 04/25 | 25,340.94 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/08 | 400.00 | Deposit | 121762898 |
| 04/15 | 50,000.00 | Deposit | 120437553 |

### Checks and Other Deductions

#### Checks and Substitute Checks      * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17 | 000 | 15,424.98 | 052624208 | 04/24 | 1009 * | 275.63 | 089077267 | | | | |
| | | | | 04/24 | 5099 * | 5,014.38 | 089024182 | | | | |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 87.52 | 4049 Check Card Purchase Exxonmobil Ann Arbor | 08423900043434049092 |
| 04/16 | 18.74 | 2567 Check Card Purchase The UPS Store 2466 Mt Pleasant Mi | 46247900060842567106 |
| 04/17 | 49.99 | 2567 Check Card Purchase Godaddy.Com 480-50588 | 56230900060842567107 |
| 04/18 | 57.60 | 4049 Check Card Purchase Shell Oil 52164400021 Mount Pleas M | 41908900049434049108 |
| 04/19 | 0.99 | 2567 Check Card Purchase Strata Univ 435-62852 | 92588900060842567109 |
| 04/22 | 690.00 | 4049 Check Card Purchase Passportpre 917-47216 | 04833900049434049111 |
| 04/22 | 20.12 | 4049 Check Card Purchase Brioche Doree 10334845 Detroit Mi | 64016900049434049112 |
| 04/22 | 890.00 | 4049 Check Card Purchase 1 Hst Air 917-4721650 | 04831900049434049111 |
| 04/22 | 890.00 | 4049 Check Card Purchase 1 Hst Air 917-4721650 | 04832900049434049111 |
| 04/22 | 887.80 | 4049 Check Card Purchase Delta Air Hibbing Mn | 64019900049434049112 |
| 04/22 | 25.00 | 4049 Check Card Purchase Delta Air Hibbing Mn | 64018900049434049112 |
| 04/22 | 350.00 | 4049 Check Card Purchase Passportpre 917-47216 | 64017900049434049112 |
| 04/25 | 107.50 | 4049 Check Card Purchase Wayside Mt. Pleasan M | 89557900049434049115 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 30.00 | Corporate ACH Billing Authnet Gateway 29126672 | 000130920034448779 |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 21.00 | Continuous OD Charge - 03 Days | I-GEN113040100007995 |
| 04/02 | 34.50 | PNC Merchant Deposit 277225538994 | 277225538994 OHO |

Service Charges and Fees continued on next page

# Business Basic Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

Business Basic Checking Account number: ████9899 - continued

**For the period 03/30/2013 to 04/30/2013**
KOMPLIQUE INC
Primary account number: ████9899
Page 3 of 3

## Service Charges and Fees – continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 7.00 | Continuous OD Charge - 01 Day | LGEN118040200006450 |
| 04/03 | 36.00 | Overdraft Item Fee | 084259000049454049092 |
| 04/03 | 36.00 | Overdraft Item Fee | 00015092003443779 |
| 04/03 | 7.00 | Continuous OD Charge - 01 Day | LGEN118040300017626 |
| 04/04 | 7.00 | Continuous OD Charge - 01 Day | LGEN113040400017718 |
| 04/05 | 7.00 | Continuous OD Charge - 01 Day | LGEN118040500016870 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/01/2013 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2013.

\*\* Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 7 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Branch - Consolidated Cash Deposited | 4 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

## Celebrating Small Businesses

During the month of May we are celebrating all Small Businesses and thanking you for all you do. To see more about what PNC is offering to Small Businesses during the month of May please go to pnc.com/4yourbiz



```
2013121032000477000002
IMAMGR S3
20130415 Arch 0000000000120437553
000000000005000000 000000000000 C
000000004252699899


AUTUMN FIOCCO

DO NOT MAIL PLACE IN SUBPOENA MAIL BIN
B7-YB17-01-C
```

25137