# Business Premium Money Market
PNC Bank

**For the period 12/31/2011 to 01/31/2012**

KOMPLIQUE INC
SAVINGS ACCOUNT
█████ DENISON DR STE A
MOUNT PLEASANT MI 48858-5596

Primary account number: ████-2686
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Premium Money Market Summary
Account number: ██████2686

Komplique Inc
Savings Account

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 216,938.41 | 41.38 | 86,750.00 | 130,229.79 |
| | | Average ledger balance | Average collected balance |
| | | 172,666.26 | 172,666.26 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 0.27% | 32 | 172,666.26 | 41.38 | 41.38 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 41.38 |
| Total | 1 | 41.38 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 3 | 86,750.00 |
| Total | 3 | 86,750.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 12/31 | 216,938.41 | 01/23 | 156,938.41 |
| 01/06 | 166,938.41 | 01/31 | 130,229.79 |

GOVERNMENT EXHIBIT 169

# Business Premium Money Market

🖥 For 24-hour account information, sign on to pnc.com/mybusiness/

Business Premium Money Market Account number: ████2686 - continued

**For the period 12/31/2011 to 01/31/2012**
KOMPLIQUE INC
Primary account number: ████2686
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/31 | 41.38 | Interest Payment | IGEN112013100039283 |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/06 | 50,000.00 | Online Transfer To | 0000004252699899 | KOMPLIQUE INC |
| 01/23 | 10,000.00 | Online Transfer To | 0000004252699899 | KOMPLIQUE INC |
| 01/31 | 26,750.00 | Withdrawal | Tel 0700087506 0121 | TEL 070 0087506 0121 |

**PNC BANK**

PNC Bank, National Association

pt24946

ACCOUNT REGISTRATION AND AGREEMENT

| LEGAL TITLE | TIN | Home Phone # | Work Phone # | Email Address |
|---|---|---|---|---|
| Komplique Inc | | | | |

| ACCOUNT ADDRESS | FOREIGN ADDRESS |
|---|---|
| ▆▆▆Denison Dr Ste A<br>Mount Pleasant, MI 48858 | |

Certification of Owner: Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.

☐ Check this box if you are a non-resident alien.   ☐ Check if Exempt Payee – Status does not apply to individuals. See instruction for the W-9 form available on the IRS website.

Account Agreement: By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
|---|---|---|---|---|---|
| ▆▆▆2686 | PBM | 0875 | 07/20/2011 | 07/20/2011 | |

(Signer(s) for Komplique Inc)

James D Pieron Jr

X ▆▆▆▆▆▆▆▆
Signature
X _____
Signature
X _____
Signature
X _____
Signature
X _____
Signature
X _____
Signature

PNC Bank Internal use only instructions:
Please forward this form in the clear plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM122014-01CB

---

**Account Number**   ▆▆▆▆2686

**Scan Date**   2011 Jul 22

**Orig Acct Number**   0

**Orig Bank Number**   0

**Converted Acct Flag**

https://imas-webview.pncbank.com/inquiry/servlet/inquiry

12/20/2013

25204