

**MotorCars INTERNATIONAL**

3015 E Cairo St.
Springfield, MO 65802
T: 417.831.9999   F: 417.831.9995
www.motorcars-intl.com

## PURCHASE AGREEMENT

**DATE:** 10/17/13

**PURCHASER'S NAME:** KRESCENT MEDIA, LLC

**STREET ADDRESS:**

**CITY, STATE, ZIP:** GRAND RAPIDS, MI 49503

**E-MAIL ADDRESS:**

**RES. PHONE:**   **BUS. PHONE:**   **FAX PHONE:**

PLEASE ENTER MY ORDER FOR THE FOLLOWING: ☐ NEW ☒ USED
YEAR: 2013   MAKE: MERCEDES   MODEL: G63 AMG   MILEAGE: 328
EXTERIOR: WHITE   INTERIOR: BLACK   VIN: WDCYC7DFXDX213238
SOURCE:   SALESMAN: JEFF CORNWELL   STOCK NO.: M4942

- BUYER TO SEND $70,000.00 VIA WIRE TRANSFER ON 10/17/2013 TO SECURE CAR.
- SELLING VEHICLE TO BE AS DESCRIBED AT TIME OF DELIVERY.
- TRADE IN TO BE FREE FROM ANY PREVIOUS OR EXISTING DAMAGE OR PAINTWORK AND TO INCLUDE ALL BOOKS, KEYS, ETC.
- BUYER TO PAY FOR SHIPPING OF 2013 G63, SELLER TO PAY FOR SHIPPING OF TRADE.

### TRADE-IN AND/OR DEPOSITS

| | |
|---|---|
| YEAR 2009 | MAKE MERCEDES-B |
| MODEL S-CLASS | MILEAGE |
| EXTERIOR WHITE | INTERIOR |
| VIN WDCYR71EX9X177472 | |
| TRADE-IN ALLOWANCE | $69,500.00 |
| PAYOFF | $ N/A |
| DEPOSIT | $ N/A |
| TOTAL CREDITS | $69,500.00 |

| | |
|---|---|
| CASH SALE OF DESCRIBED VEHICLE... | $ 139,325.00 |
| ADMINISTRATIVE FEE | $ 175.00 |
| TRANSPORTATION * Price Quoted for Vehicle is FOB, Springfield, MO | N/A |
| 1. TOTAL PURCHASE PRICE | 139,500.00 |
| 2. TOTAL CREDITS | $ 69,500.00 |
| 3. UNPAID CASH BAL. DUE (Diff. between Items 1&2) | $ ~~70,000.00~~ Paid in full |

ACV

**PAYOFF INFORMATION**
Payoff Amount: N/A   Lienholder:
Payoff Good Until: ___ Per Diem ___   Address:
Verified By: ___   Phone ___ Contact ___

PURCHASER'S SIGNATURE   DATE 10/17/13   ACCEPTED BY: DEALER OR HIS AUTHORIZED REPRESENTATIVE


GOVERNMENT EXHIBIT 170

25502

| MISSOURI DEPARTMENT OF REVENUE MOTOR VEHICLE BUREAU **ODOMETER DISCLOSURE STATEMENT** | | FORM **3019** (REV. 11-2005) | Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failing to complete or providing a false statement may result in fines and/or imprisonment. |
|---|---|---|---|
| INSTRUCTIONS ON REVERSE | | | |

| YEAR | MAKE | | VEHICLE IDENTIFICATION NUMBER | |
|---|---|---|---|---|
| 2013 | MERCEDES | | WDCYC7DFXDX213238 | |
| TITLE NUMBER | | STATE | MODEL | BODY STYLE |
| | | | G63 AMG | |

If purchaser/seller is an agent/officer of a firm, record official position after printed name. The purchaser/seller should retain a copy of this odometer disclosure statement. If "Warning, Odometer Discrepancy" is checked, the seller must attach a statement explaining all facts regarding the discrepancy.

| PURCHASER(S) NAME (PRINTED OR TYPED) KRESCENT MEDIA, LLC | DATE 10/17/13 |
|---|---|
| ADDRESS ███████████, GRAND RAPIDS, MI 49503 | |
| SELLER(S) (FIRM) NAME (PRINTED OR TYPED) MOTORCARS INTERNATIONAL | DEALER NO. D177 |
| ADDRESS 3015 E CAIRO ST; SPRINGFIELD, MO 65802 | |

| ODOMETER READING (NO TENTHS) **328** | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | ☐ Mileage in excess of its mechanical limits<br>☐ Mileage reading not actual<br>☐ (WARNING, ODOMETER DISCREPANCY) |
|---|---|---|

| SIGNATURE OF PURCHASER(S) | SIGNATURE OF SELLER(S) |
|---|---|
| [signature redacted] | [signature] |
| HAND PRINTED NAME(S) BY PURCHASER(S) | HAND PRINTED NAME(S) BY SELLER(S) **D. Hines, Agent** |

[Remaining sections of form are blank]

MO 860-2086 (11-2005)   DISTRIBUTION: WHITE—ATTACH TO MSO OR CERT. OF TITLE

25508



## Missouri Department of Revenue
## Bill of Sale or Even-Trade Bill of Sale
Form 1957

The seller must complete all applicable information and sign this form. The Bill of Sale or Even-Trade Bill of Sale must be notarized when showing proof of ownership on major component parts of a rebuilt vehicle or when specifically requested to be notarized by the Department of Revenue.

| Purchaser(s) Names(s) (typed or printed) | Seller(s) Name(s) (typed or printed) |
|---|---|
| KRESCENT MEDIA, LLC | MOTORCARS INTERNATIONAL |

| Address | | | Address | | |
|---|---|---|---|---|---|
| ███████ SUITE 400 | | | ███████ | | |
| City | State | Zip Code | City | State | Zip Code |
| GRAND RAPIDS | MI | 49503 | SPRINGFIELD | MO | 65802 |

**Motor Vehicle**

| Year | Make | Title Number | Vehicle Identification Number |
|---|---|---|---|
| 2013 | MERCEDES | 47679641 | WDCYC7DFXDX213238 |
| Sale Date (MM/DD/YYYY) | Sale Price | | If an even-trade occurred, please completed the information in the Unit or Vehicle Traded For Section. |
| 10/17/2013 | $139,325.00 | | |

**Boat**

| Year | Make | Title Number |
|---|---|---|
| | | |
| Vessel Identification Number | | |
| Sale Date (MM/DD/YYYY) | Sale Price | |

**Trailer**

| Year | Make | Title Number |
|---|---|---|
| | | |
| Vehicle Identification Number | | |
| Sale Date (MM/DD/YYYY) | Sale Price | |

**Outboard Motor**

| Year | Make | Title Number | Motor Identification Number |
|---|---|---|---|
| Horsepower | Sale Date (MM/DD/YYYY) | | Sale Price |

**Unit or Vehicle Traded for**

| Year | Make | Title Number |
|---|---|---|
| 2009 | MERCEDES | |
| Vehicle Identification Number | | |
| WDCYR71EX9X177472 | TRADE ALLOWANCE: | $69,500.00 |

**Signature**

Under penalties of perjury, I declare that the information I have provided and any attached supplement is true, complete, and correct.

| Signature of One Purchaser | Signature of One Seller | Unit or Vehicle Sold For Destruction |
|---|---|---|
| ███████ | ███████ | ☐ Yes  ☒ No |

**Notary**

Notary required for rebuilt vehicle or when specifically requested to be notarized by the Department of Revenue.

| Embosser or black ink rubber stamp seal | Subscribed and sworn before me, this |
|---|---|
| | ___ day of ___ ___ year |
| | State: | County (or City of St. Louis): |
| | Notary Public Signature | Notary Public Name (Typed or Printed) |
| | My Commission Expires: __/__/____ | |

Form 1957 (Revised 10-2013)

Mail to: Motor Vehicle Bureau
P.O. Box 100
Jefferson City, MO 65105

Phone: (573) 526-3669
E-Mail: mvbmail@dor.mo.gov

Visit dor.mo.gov/motorv/nos/
for additional information



25510

Payment Receipt

Motorcars International LLC
Springfield, MO 65802

Received From:
Krescent Media, LLC
Krescent Media, LLC

Grand Rapids, MI 49503

| | | | |
|---|---|---|---|
| Date Received | 10/18/2013 | Payment Amount | $69,500.00 |
| Payment Method | Wire | | |
| Check/Ref. No. | 10182013M4942 | | |

25513

Balance Report

Page 1 of 2

Dottie Hines

Same Day Balance Report As of Oct 18, 2013
Printed on Oct 18, 2013 at 11:18 AM

Bank: Commerce Bank-Missouri

Account: ████66855 - Motorcars International LLC Wire Account (USD)

| Same Day Interim Calculations | Amount | |
|---|---|---|
| Opening Ledger | $0.00 | |
| Opening Available | $0.00 | |
| Current Day Credits | $69,500.00 | (1) |
| Current Day Debits | $0.00 | |
| Interim Immediate | $69,500.00 | |
| Interim One Day Float | $0.00 | |
| Interim Two + Day Float | $0.00 | |
| Interim Ledger | $69,500.00 | |
| Interim Available | $69,500.00 | |

| Detail Credit Transactions | Amount | Availability | Bank Ref. | Customer Ref. | Text |
|---|---|---|---|---|---|
| Incoming Money Transfer | $69,500.00 | 0 Day | 1018J1Q526XX000521 | CB131018002025701 | typeCd = 10 |
| | | | | | subTypeCd = 00 |
| | | | | | sndABA = 041000124 |
| | | | | | sndShortName = PNCBANKCINCI |
| | | | | | sndRef = 20131018000020251 |
| | | | | | rcvABA = 101000019 |
| | | | | | rcvShortName = COMM BK |

https://commerceconnections.commercebank.com/ibank/brs/irrept_validate.cfm

10/18/2013

Payment Receipt

25516

**Motorcars International LLC**
Springfield, MO 65802

**Received From:**
Krescent Media, LLC
Krescent Media, LLC
~~[redacted]~~
Grand Rapids, MI 49503

| | | | |
|---|---|---|---|
| **Date Received** | 10/21/2013 | **Payment Amount** | $500.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 762840M4942 | | |

Page 1