# STATE OF MICHIGAN
## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| WDCYR71EX9X177472 | 2009 | MERC BENZ | G55 | STA-WAGON |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND/LEGEND |
|---|---|---|---|
| 243X2740356 F | 10/02/2009 | 007800 | |

| WEIGHT/FEE CATEGORY | ODOMETER BRAND |
|---|---|
| 117 | *ACTUAL MILEAGE* |

**OWNER(S) NAME AND ADDRESS**
KOMPLIQUE INC
 DENISON DR
MT PLEASANT MI 48858

NO SECURED INTEREST ON RECORD

VOID VOID VOID VOID VOID VOID

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens.

**Completed by Seller**

Printed Name of Purchaser(s): Motorcars International
Date of Sale: 10/17/13
Selling Price: 
Purchaser's Street Address: 3015 E. Cairo St.
City: Springfield  State: MO  Zip: 65802

I (we) certify that the odometer reading is: [ ][ ][ ][ ][ ][ ] . [X] (No Tenths) and that to the best of my knowledge the odometer mileage is

☐ actual mileage  ☐ not actual mileage  WARNING ODOMETER DISCREPANCY  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Seller(s): X _____
Printed Name of Seller(s): KOMPLIQUE INC — JAMES PIERON
Seller's Street: DENISON DRIVE
City: MT. PLEASANT  State: MI  Zip: 48858

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

**Completed by Buyer**

"I am aware of the above odometer certification made by the seller(s)."
Signature of Purchaser(s): X _____Agent
Printed Name of Purchaser(s): D. Hines Agent

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.
Secured Party: N/A
Address:

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

G66823882

**MAILING ADDRESS**
KOMPLIQUE INC
 DENISON DR
MT PLEASANT MI 48858

**NOTICE TO SELLERS**
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

GOVERNMENT EXHIBIT 171