|  | Questioned |  |  |  |
|---|---|---|---|---|
| ~~FIFTH THIRD~~ |  | ~~CHECKING~~ |  | 1200 / 400 / 500 |
| ~~FIFTH THIRD BANK~~ | 1114 N. MISSION | ~~CHECKING~~ | 1-OCT-69 | NONE |
|  | Known |  |  |  |

Name of your bank or other financial institution: FIFTH THIRD BANK 1114 N. MISSION CHECKING 1-OCT-69 NONE

Name of your bank or other financial institution: FIFTH THIRD BANK 1114 N. MISSION ~~CHECKING~~ / CHECKING 1-OCT-69 / 1-OCT-69 NONE

FIFTH THIRD BANK 1114 N. MISSION ~~CHECKING~~ / CHECKING   RG   1200/400/500   2002 / 5550

THIRD RON 444 M M SS S
|||||||||

GOVERNMENT EXHIBIT 173A

25529