

**SUBURBAN** — Suburban Imports of Troy
Volkswagen • Nissan • Mazda • Subaru
1800 MAPLELAWN • P.O. BOX 909
TROY, MICHIGAN 48099
PHONE (248) 649-2300

PURCHASER: JAMES PIERON JR — DATE 07 23 11
CO-PURCHASER: — DATE 07 23 11
ADDRESS: [redacted] CHURCHHILL
CITY: MOUNT PLEASANT  STATE: MI  ZIP: 48858
COUNTY OF RESIDENCE: ISABELLA
BIRTHDATE: 10 01 69
INSURANCE COMPANY: HOME OWNERS  AGENT/PHONE NO.: (989) 463-2450

NEW: XX  YEAR: 2011  MAKE: VOLKSWAG  MODEL: TIGUAN  BODY STYLE: 4 DOOR  COLOR: WHT GOLD
VEHICLE IDENTIFICATION NUMBER: WVGBV7AX4BW662428
ODOMETER: 50
TRIM: SANDSTONE  STOCK NO: V1746

GOVERNMENT EXHIBIT 174

| Item | Amount |
|---|---|
| ACCESSORIES AND/OR EQUIPMENT — APPEARANCE | 599.00 |
| ELEC FILING FEE | 24.00 |
| SUB-TOTAL | 623.00 |
| 1. PRICE OF VEHICLE (INCLUDING FREIGHT & ACCESSORIES) | $37,120.32 |
| 2. DOCUMENT FEE | 190.00 |
| 3. TOTAL TAXABLE PRICE | 36,711.32 |
| 4. a) SALES TAX | 2,202.68 |
| b) LICENSE FEE | 259.00 |
| c) TITLE FEE | 15.00 |
| 5. LABOR OR OTHER NON-TAX CHARGES | N/A |
| 6. TOTAL DELIVERED PRICE | 39,787.00 |
| 7. CASH ON DEPOSIT | N/A |
| 8. CASH DUE ON DELIVERY | 39,787.00 |
| 9. TRADE-IN ALLOWANCE | N/A |
| 10. LESS: LIEN | N/A |
| 11. TOTAL DOWN PAYMENT | 39,787.00 |
| 12. BALANCE | N/A |
| 13. FINANCE CHARGE | N/A |
| 14. INSURANCE CHARGE | N/A |
| 15. TOTAL AMOUNT OF AGREEMENT | N/A |

Signatures dated 07 23 2011

25537

# Receipt for RD-108 Dealer Transaction

**Validation:**
07232011 CS Z204 603 0433  2476.68
603Z2040433    000050 A
*NO S.I. RECORDED*

**Dealer**
SUBURBAN VOLKSWAGEN OF TROY

**Address**
[redacted]

**City**
TROY, MI 48084

**Dealer License No.**
[redacted]

**Odometer**
000050 A

A = Actual mileage
B = Not actual mileage
C = Exceeds mechanical limits of odometer

**Transaction Type:**
ORIG TITLE/ORIG PLATE
MCO Number: _____ NO

**Error/Flash Condition:**

**Error/Flash Approval Reason:**

| Plate No. | Expires on | Months |
|---|---|---|
| CGW0548 | 10/01/2012 | 16 |

| Year | Make | Body Style | Code | County |
|---|---|---|---|---|
| 2011 | VOLKSWAGEN | STA WGN | 01 | 37 |

| Vehicle No. | Fee Cat. or Wt. | License Fee |
|---|---|---|
| WVGBV7AX4BW562428 | 000037 | 259.00 |

**Driver License No/PIDs of All Owners/Lessees**
1) B[redacted]

**Title** 15.00
**Title Late Fee** 0.00

**Complete Name(s) and Address(es) of All Owners or Lessors**
JAMES PIERON
[redacted] CHURCHILL BLVD
MT PLEASANT, MI 48858

**Tax** 2202.68
**Transfer Fee** 0.00
**Total** 2476.68

**Complete Name(s) and Address(es) of Lessees**
NONE

**Full Rights to Survior** N

**First Secured Interest**
NONE

**Filing Date**

**Second Secured Interest**
NONE

**Filing Date**

**Purchase Price of Vehicle** 36711.32

**Dealer Comment:**
TAB NUMBER: 2377230
FULL NAME-FULL NAME

Authority Granted by Act 300 of 1949, as amended.    RD-108L (10-2000)

25533

