25576

```
BMFOLI█████████          BMF ACCOUNT SUMMARY   NM CTRL:KOMP
                                                      UP-CYC:08
ENT UPDT CY:201434 ACCT FRZ:
                  ACCT INFO:    EMIS

                 MF ASSESSED   RET  MF MF ACT IDRS FREEZE
MFT  TXPD PLAN     MOD BAL     PST STAT CYC  SC  CODES   TAX MODULE CODES
 02 200912 000          00  Y   10 201342 2     -Z
 02 201012 000          00  Y   10 201311 2     -Z
 02 201112 000          00  Y   10 201303 C     -
 02 201212 000          00  Y   12 201453 C     -
 02 201312 000          00  Y   12 201804 C     -


TOTAL ASSESSED BALANCE:               0   (INCLUDING ACCRUALS)
ADDITIONAL ACCOUNT SCREENS AVAILABLE:     RETENTION REGISTER (V) AVAILABLE: N
PRIOR AUDIT HISTORY (Z) AVAILABLE: N   LAST PERIOD SATISFIED (L) AVAILABLE: Y
EXEMPT ORGANIZATION (O) AVAILABLE: N      FEDERAL TAX DEPOSIT (F) AVAILABLE: N
                  PAGE 001 OF 001      BMFPG 001
```

02/25/2019

GOVERNMENT EXHIBIT 179