
# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                          Request Date:    03-04-2019
                                          Response Date:   03-04-2019
                                          Tracking Number: 100434031327

FORM NUMBER:         1040
TAX PERIOD:          Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:  ████████

JAMES D PIERON JR
████████████████████████
GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
             --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00    AS OF: Nov. 28, 2016
ACCRUED PENALTY:                              0.00    AS OF: Nov. 28, 2016


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     01
FILING STATUS:                              Single
ADJUSTED GROSS INCOME:                 -146,705.00
TAXABLE INCOME:                               0.00
TAX PER RETURN:                               0.00
SE TAXABLE INCOME TAXPAYER:                   0.00
SE TAXABLE INCOME SPOUSE:                     0.00
TOTAL SELF EMPLOYMENT TAX:                    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Aug. 13, 2012
PROCESSING DATE                                                 Oct. 08, 2012
```

```
                                  TRANSACTIONS

CODE  EXPLANATION OF TRANSACTION                CYCLE    DATE           AMOUNT
150   Tax return filed                          20123905 10-08-2012     $0.00
n/a   89221-231-61921-2
```

GOVERNMENT EXHIBIT 180

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod...    03/04/2019

| Code | Description | Date | Amount |
|---|---|---|---|
| 806 | W-2 or 1099 withholding | 04-15-2012 | -$17,196.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | 04-15-2012 | $0.00 |
| 960 | Appointed representative | 06-20-2012 | $0.00 |
| 826 | Credit transferred out to 1040 200812 | 04-15-2012 | $17,196.00 |
| 971 | Notice issued CP 0049 | 10-08-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 04-08-2014 | $0.00 |
| 977 | Amended return filed | 04-08-2014 | $0.00 |
| n/a | 19277-588-00969-4 | | |
| 971 | Amended tax return or claim forwarded for processing | 07-29-2014 | $0.00 |
| 977 | Amended return filed | 07-29-2014 | $0.00 |
| n/a | 33277-631-00151-4 | | |
| 960 | Appointed representative | 01-26-2015 | $0.00 |
| 421 | Closed examination of tax return | 08-14-2015 | $0.00 |
| 420 | Examination of tax return | 10-23-2015 | $0.00 |
| 300 | Additional tax assessed by examination 00-00-0000 | 20161405 04-25-2016 | $0.00 |
| n/a | 49247-470-00015-6 | | |
| 421 | Closed examination of tax return | 04-25-2016 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 09-12-2016 | $0.00 |
| 977 | Amended return filed | 09-12-2016 | $0.00 |
| n/a | 33277-666-04133-6 | | |
| 470 | Claim pending | 10-25-2016 | $0.00 |

This Product Contains Sensitive Taxpayer Data