

# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                      Request Date:     03-04-2019
                                      Response Date:    03-04-2019
                                      Tracking Number:  100434031327
```

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:   ▓▓▓▓▓▓

JAMES D PIERON JR
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
                --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00     AS OF: May 18, 2015
ACCRUED PENALTY:                              0.00     AS OF: May 18, 2015


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     01
FILING STATUS:                              Single
ADJUSTED GROSS INCOME:                  -163,599.00
TAXABLE INCOME:                               0.00
TAX PER RETURN:                               0.00
SE TAXABLE INCOME TAXPAYER:                   0.00
SE TAXABLE INCOME SPOUSE:                     0.00
TOTAL SELF EMPLOYMENT TAX:                    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Apr. 09, 2014
PROCESSING DATE                                                     May  12, 2014

```
                                TRANSACTIONS

CODE   EXPLANATION OF TRANSACTION              CYCLE    DATE           AMOUNT
150    Tax return filed                        20141705 05-12-2014     $0.00
n/a    89221-098-40400-4
```

GOVERNMENT EXHIBIT 181

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productI...        03/04/2019

| 806 | W-2 or 1099 withholding | 04-15-2013 | -$18,732.00 |
| --- | --- | --- | --- |
| 960 | Appointed representative | 09-10-2012 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | 04-12-2013 | $0.00 |
| 960 | Appointed representative | 04-07-2014 | $0.00 |
| 826 | Credit transferred out to 1040 200812 | 04-15-2013 | $18,732.00 |
| 971 | Notice issued CP 0049 | 05-12-2014 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```