**Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

|  |  |
| --- | --- |
| Request Date: | 03-04-2019 |
| Response Date: | 03-04-2019 |
| Tracking Number: | 100434031327 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:      ▮▮▮▮▮▮▮

JAMES D PIERON JR
▮▮▮▮▮▮▮

GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Mar. 11, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: Mar. 11, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                   0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| EXEMPTIONS: | . 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | -319,933.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
| --- | --- |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 15, 2014 |
| PROCESSING DATE | Nov. 17, 2014 |

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | Tax return filed | 20144405 | 11-17-2014 | $0.00 |
| n/a | 70221-689-10848-4 | | | |

**GOVERNMENT EXHIBIT 182**

Account Transcript ▮▮▮▮ 1040 Dec. 31, 2013 PIER

| 806 | W-2 or 1099 withholding | 04-15-2014 | -$16,472.00 |
| 960 | Appointed representative | 07-08-2013 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2014 | 04-11-2014 | $0.00 |
| 826 | Credit transferred out to 1040 200812 | 04-15-2014 | $16,472.00 |
| 971 | Notice issued CP 0049 | 11-17-2014 | $0.00 |
| 960 | Appointed representative | 09-29-2016 | $0.00 |
| 977 | Amended return filed | 10-18-2017 | $0.00 |
| n/a | 89277-416-00208-8 | | |
| 971 | Amended tax return or claim forwarded for processing | 10-18-2017 | $0.00 |
| 977 | Amended return filed | 10-18-2017 | $0.00 |
| n/a | 19277-661-00044-8 | | |
| 977 | Amended return filed | 10-18-2017 | $0.00 |
| n/a | 89277-656-00392-8 | | |
| 290 | Additional tax assessed 00-00-0000 | 20190805 03-11-2019 | $0.00 |
| n/a | 89254-451-06877-9 | | |

This Product Contains Sensitive Taxpayer Data