
### Internal Revenue Service
United States Department of the Treasury

```
          This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                    Request Date:     03-04-2019
                                    Response Date:    03-04-2019
                                    Tracking Number:  100434031327
```

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:   ███████

JAMES D PIERON JR
███████

GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00      AS OF: Feb. 12, 2018
ACCRUED PENALTY:                              0.00      AS OF: Feb. 12, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     01
FILING STATUS:                              Single
ADJUSTED GROSS INCOME:                 -381,153.00
TAXABLE INCOME:                               0.00
TAX PER RETURN:                               0.00
SE TAXABLE INCOME TAXPAYER:                   0.00
SE TAXABLE INCOME SPOUSE:                     0.00
TOTAL SELF EMPLOYMENT TAX:                    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Oct. 14, 2015
PROCESSING DATE                                                    Nov. 09, 2015

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150  | Tax return filed          | 20154205 | 11-09-2015 | $0.00 |
| n/a  | 70221-687-30277-5         |       |      |        |

**GOVERNMENT EXHIBIT 183**

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod                  03/04/2019

| 806 | W-2 or 1099 withholding | 04-15-2015 | -$3,970.00 |
|---|---|---|---|
| 960 | Appointed representative | 07-07-2014 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | 04-14-2015 | $0.00 |
| 826 | Credit transferred out to 1040 200812 | 04-15-2015 | $3,970.00 |
| 971 | Notice issued CP 0049 | 11-09-2015 | $0.00 |
| 960 | Appointed representative | 09-29-2016 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 10-31-2016 | $0.00 |
| 977 | Amended return filed | 10-31-2016 | $0.00 |
| n/a | 19277-720-00072-6 | | |
| 971 | Amended tax return or claim forwarded for processing | 10-18-2017 | $0.00 |
| 977 | Amended return filed | 10-18-2017 | $0.00 |
| n/a | 19277-707-00710-7 | | |
| 971 | Amended return sent back to originator | 10-18-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data