

# Internal Revenue Service
United States Department of the Treasury

```
             This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                      Request Date:      03-04-2019
                                      Response Date:     03-04-2019
                                      Tracking Number:   100434031327
```

```
FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 2015


TAXPAYER IDENTIFICATION NUMBER:
```


```
JAMES D PIERON JR
████████████████████████
GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           0.00
ACCRUED INTEREST:                          0.00       AS OF: Feb. 19, 2018
ACCRUED PENALTY:                           0.00       AS OF: Feb. 19, 2018


ACCOUNT BALANCE PLUS ACCRUALS
 (this is not a payoff amount):            0.00


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                  01
FILING STATUS:                           Single
ADJUSTED GROSS INCOME:               -131,679.00
TAXABLE INCOME:                            0.00
TAX PER RETURN:                        2,987.00
SE TAXABLE INCOME TAXPAYER:           19,520.00
SE TAXABLE INCOME SPOUSE:                  0.00
TOTAL SELF EMPLOYMENT TAX:             2,987.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Oct. 14, 2016
PROCESSING DATE                                                  Nov. 07, 2016
```

```
                                TRANSACTIONS

CODE  EXPLANATION OF TRANSACTION          CYCLE    DATE           AMOUNT
150   Tax return filed                    20164205 11-07-2016     $2,987.00
n/a   70221-688-14582-6
```



GOVERNMENT EXHIBIT 184

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod                 03/04/2019

| Code | Description | Date | Amount |
|---|---|---|---|
| 806 | W-2 or 1099 withholding | 04-15-2016 | -$3,069.00 |
| 960 | Appointed representative | 06-08-2015 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2016 | 04-15-2016 | $0.00 |
| 960 | Appointed representative | 09-29-2016 | $0.00 |
| 826 | Credit transferred out to 1040 200812 | 04-15-2016 | $82.00 |
| 971 | Notice issued CP 0049 | 11-07-2016 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | 10-18-2017 | $0.00 |
| 977 | Amended return filed | 10-18-2017 | $0.00 |
| n/a | 19277-731-00281-7 | | |
| 291 | Reduced or removed prior tax assessed | 02-19-2018 | -$2,987.00 |
| n/a | 09254-425-06712-8 | | |
| 826 | Credit transferred out to 1040 200812 | 04-15-2016 | $2,987.00 |
| 971 | Notice issued CP 0021 | 02-19-2018 | $0.00 |
| 971 | Notice issued CP 0049 | 02-19-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data