
# Internal Revenue Service
United States Department of the Treasury

```
            This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                        Request Date:   03-04-2019
                                        Response Date:  03-04-2019
                                        Tracking Number: 100434031327
```

```
FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:  ███████

JAMES D PIERON JR
███████
GRAND RAPIDS, MI 49503-4275-768

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
             --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00    AS OF: May 07, 2018
ACCRUED PENALTY:                              0.00    AS OF: May 07, 2018


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     01
FILING STATUS:                              Single
ADJUSTED GROSS INCOME:                    60,797.00
TAXABLE INCOME:                           50,447.00
TAX PER RETURN:                            8,263.00
SE TAXABLE INCOME TAXPAYER:                    0.00
SE TAXABLE INCOME SPOUSE:                      0.00
TOTAL SELF EMPLOYMENT TAX:                     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Oct. 12, 2017
PROCESSING DATE                                                Nov. 06, 2017
```

```
                                    TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20174205 | 11-06-2017 | $8,263.00 |
| n/a | 70221-685-36105-7 | | | |

**GOVERNMENT EXHIBIT 185**

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=prod          03/04/2019

| Code | Description | Cycle/Date | Amount |
|---|---|---|---|
| 806 | W-2 or 1099 withholding | 04-15-2017 | -$2,344.00 |
| 960 | Appointed representative | 09-29-2016 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | 04-13-2017 | $0.00 |
| 610 | Payment with return | 10-16-2017 | -$2,932.00 |
| 276 | Penalty for late payment of tax | 20174205 11-06-2017 | $192.50 |
| 196 | Interest charged for late payment | 20174205 11-06-2017 | $127.72 |
| 971 | Notice issued CP 0023 | 11-06-2017 | $0.00 |
| 670 | Payment | 11-13-2017 | -$375.22 |
| 971 | Notice issued CP 071C | 04-02-2018 | $0.00 |
| 196 | Interest charged for late payment | 20181105 04-02-2018 | $47.78 |
| 276 | Penalty for late payment of tax | 20181105 04-02-2018 | $91.42 |
| 670 | Payment | 04-10-2018 | -$3,071.20 |

This Product Contains Sensitive Taxpayer Data