UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| JAMES D. PIERON, JR., | |
| Defendant. | |
| _____/ | |

# GOVERNMENT'S LIST OF FILED TRIAL EXHIBITS

The document below lists the government's exhibits that were admitted at trial and the additional exhibits filed by the government to date, along with the docket number and page ID numbers for each exhibit.

| | |
|---|---|
| Date: July 11, 2019 | Matthew Schneider<br>United States Attorney |
| s/Jules M. DePorre<br>Jules M. DePorre (P73999)<br>Assistant U. S. Attorney<br>600 Church Street<br>Flint, Michigan 48502-1280<br>(810) 766-5026<br>jules.deporre@usdoj.gov | s/Janet L. Parker<br>Janet L. Parker (P34931)<br>Assistant U.S. Attorney<br>101 First Street, Suite 200<br>Bay City, MI 48708<br>(989) 895-5712<br>janet.parker2@usdoj.gov |

Certificate of Service

On July 11, 2019, I filed the attached list of government exhibits via ECF. Counsel of record will automatically be served via the ECF system.

s/Janet L. Parker

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
|  | **Government Trial Exhibits** |  |  |
| 13 | 2005 FBAR Filing | R. 114-1 | 2025-26 |
| 14 | 2006 FBAR Filing | R. 114-2 | 2027-29 |
| 15 | 2007 FBAR Filing | R. 114-3 | 2030-39 |
| 17 | 2008 FBAR Filing | R. 114-4 | 2040-49 |
| 18 | 2008 Transcript of Account | R.112-2 | 1801-03 |
| 19 | 2009 FBAR Filing | R. 114-5 | 2050-59 |
| 20 | 2009 Transcript of Account | R. 112-3 | 1804-05 |
| 21 | 2010 FBAR Filing | R. 114-6 | 2060-67 |
| 22 | 2010 Transcript of Account | R. 114-7 | 2068-70 |
| 27 | Komplique 2009 Form 1120 Return-Unfiled | R. 114-8 | 2071-80 |
| 34 | Pieron 2001 Form 1040 Return | R. 114-9 | 2081-86 |
| 35 | Pieron 2003 Form 1040 Return | R. 114-10 | 2087-91 |
| 36 | Pieron 2004 Form 1040 Return | R. 114-11 | 2092-97 |
| 37 | Pieron 2005 Form 1049 Return | R. 114-12 | 2098-2103 |
| 38 | Pieron 2006 Form 1040 Return | R. 114-13 | 2104-08 |
| 39 | Pieron 2007 Form 1040 Return | R. 112-4 | 1806-18 |
| 40 | Pieron 2008 Form 1040 Return | R. 112-5 | 1819-30 |
| 41 | Pieron 2008 Form 1040X Return | R. 112-6 | 1831-51 |
| 42 | Pieron 2009 Form 1040 Return | R. 112-7 | 1852-62 |
| 43 | Pieron 2010 Form 1040 Return | R. 114-14 | 2109-17 |
| 45 | Pieron Form 9465 Installment Agreement Filed | R. 114-15 | 2118-21 |
| 46/207 | Pieron Offer-of-compromise | R. 114-16 | 2122-25 |
| 47 | Collection Information Statement | R. 114-17 | 2126-27 |
| 48 | Form 1040X for James D. Pieron, Jr., 2009 | R. 112-8 | 1863-94 |
| 52 | 2007 Payment Vouchers | R. 114-18 | 2128 |
| 53 | 2008 Payment Vouchers | R. 114-19 | 2129 |

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 54 | 2009 Payment Vouchers | R. 114-20 | 2130 |
| 55 | 2010 Payment Vouchers | R. 114-21 | 2131 |
| 56 | Client Contact Log | R. 114-22 | 2132-54 |
| 57 | Email to Carol Nathan regarding Saxo Bank Statements 2007-2010 | R. 114-23 | 2155-67 |
| 58 | Email to Carol Nathan regarding Foreign Income | R. 114-24 | 2168 |
| 61 | 2008 Pieron Initial Spreadsheet of Capital Gains and Losses | R. 114-25 | 2169 |
| 62 | 2009 Pieron Initial Spreadsheet of Capital Gains and Losses | R. 114-26 | 2170-71 |
| 63 | Pieron Revised Spreadsheet of Capital Gains and Losses 2007, 2008, 2009 | R. 114-27 | 2172-75 |
| 64 | Swiss Record of Foreign Income, withholdings | R. 114-28 | 2176-77 |
| 65 | 2007 Saxo Bank Account Statements | R. 114-29 | 2178-79 |
| 67 | 2008 Saxo Bank Account Statements | R. 114-30 | 2180-83 |
| 68 | 2009 Saxo Bank Account Statements | R. 114-31 | 2184-88 |
| 70 | 2010 Saxo Bank Account Statement | R. 114-32 | 2189 |
| 89 | 2009 FBAR Prepared by AHP | R. 114-33 | 2190-93 |
| 91 | IB Technologies loan and capital account | R. 114-34 | 2194 |
| 92 | Installment agreement preparation file | R. 114-35 | 2195-99 |
| 93 | IRS Notice-Bal Due for 2009 | R. 114-36 | 2200-03 |
| 94 | IRS Notice-Bal Due for 2008 | R. 114-37 | 2204-07 |
| 95 | K-1 (Kresent Media LLC) 2013 | R. 114-38 | 2208-12 |
| 102 | 2009 Mercedes Purchase Agreement-Exotic Motors | R. 114-39 | 2213-15 |
| 103 | National City Bank Official Check $107,000 to Exotic Motors | R. 114-40 | 2216 |
| 104 | Cashier's check to Central Michigan Pianos $18,000 | R. 114-41 | 2217 |
| 106A | Deposit ticket $15,000 to Pieron checking 07/29/2011 – Fifth Third Bank | R. 114-42 | 2218 |
| 106B | IB Tech check for $15,000 to Pieron, 7/29/2011 | R. 114-43 | 2219 |
| 106C | IB Tech check to Pieron for $15,000.00, 7/29/2011 | R. 114-44 | 2220 |

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 107A | Deposit ticket $12,050 check from IB Tech 07/29/2011 – Fifth Third Bank | R. 114-45 | 2221 |
| 107B | IB Technologies check to Pieron, $12,050.00 | R. 114-46 | 2222 |
| 108A | Deposit ticket $42,000, 12/28/2010, Fifth Third Bank | R. 114-47 | 2223 |
| 108B | Komplique check #1083 $42,000 Deposited to Checking – Fifth Third Bank | R. 114-48 | 2224 |
| 109 | Institutional Liquidity Account April 2010 Statement | R. 114-49 | 2225 |
| 110 | Signature Card for Institutional Liquidity Account | R. 114-50 | 2226 |
| 111 | Signature Cards James Pieron Checking Account – Fifth Third Bank | R. 114-51 | 2227-28 |
| 112 | Signature Card James Pieron Savings Account – Fifth Third Bank | R. 114-52 | 2229 |
| 113 | Statements of Account James Pieron Checking – Fifth Third Bank Nov. 24, 2010 to Dec. 23, 2011 | R. 114-53 | 2230-55 |
| 114 | Wire transfers to James Pieron Personal Accounts Fifth Third Bank | R. 114-54 | 2256-61 |
| 115 | Account Opening Documents James Pieron Account FQ562-Peregrine Financial Group, Form W-8BEN | R. 114-55 | 2262-67 |
| 116 | August 2009 Statement of Account FC6562-Peregrine Financial Group $50,000 wire transfer | R. 114-56 | 2268 |
| 117 | Wire Transfer records - Peregrine Financial Group | R. 114-57 | 2269 |
| 118 | UBS AG-JDFX Dec. 2008 - Nov. 2009 Holding Account Statements | R. 114-58 | 2270-82 |
| 119 | Credit Suisse-JDFX Mgmt, LTD – account statements March 31, 2007 – September 30, 2009 | R. 114-59 | 2283-97 |
| 120A | June 2009 Account Statement for IB Technologies Checking Account – PNC Bank | R. 114-60 | 2298-99 |
| 120B | Oct. 2009 Account Statement for IB Technologies Checking Account – PNC Bank | R. 114-61 | 2300-02 |
| 120C | Nov. 2009 Account Statement for IB Tech Checking | R. 114-62 | 2303-05 |
| 120D | April 2010 Account Statement for IB Tech Checking | R. 114-63 | 2306-07 |
| 120E | Jan. 2011 Account Statement for IB Tech Checking | R. 114-64 | 2308-10 |
| 120F | Feb. 2011 Account Statement for IB Tech Checking | R. 114-65 | 2311-12 |
| 120G | July 2011 Account Statement for IB Tech Checking | R. 114-66 | 2313-15 |
| 120H | Aug. 2011 Account Statement for IB Tech Checking | R. 114-67 | 2316-17 |

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 121A | Aug. 2009 Account Statement for Komplique Inc. Checking Account-PNC Bank | R. 114-68 | 2318-19 |
| 121B | 2010 Account Statements for Komplique Inc. Checking Account-PNC Bank | R. 114-69 | 2320-52 |
| 121C | 2011 Account Statements for Komplique Inc. Checking Account-PNC Bank | R. 114-70 | 2353-97 |
| 122 | July 2011Account Statement for Komplique Inc. Savings Account-PNC Bank | R. 114-71 | 2398-99 |
| 124 | IB Technologies Inc. check to Komplique/James Pieron Memo for $350,000.00-PNC Bank | R. 114-72 | 2400 |
| 125 | IB Technologies Inc withdrawal- $8,625.00, 7/29/11 | R. 114-73 | 2401 |
| 126 | IB Tech Check for $5,000.00 cash 8/9/11 | R. 114-74 | 2402 |
| 127 | IB Tech Check for $5,000.00 cash 8/18/11 | R. 114-75 | 2403 |
| 128 | IB Tech check for $6,684.24 to Pieron 11/28/11 | R. 114-76 | 2404 |
| 129 | IB Technologies Wire Transfer records-PNC Bank | R. 112-9 | 1895-1901 |
| 130 | Komplique Inc. check for $29,805.79 #1086 payable to Air Services-PNC Bank | R. 114-77 | 2405 |
| 131 | Komplique Inc. checks #1121, #1155 payable to M-Z Air - PNC Bank | R. 114-78 | 2406-07 |
| 132 | Komplique Inc. check for $20,000 #1226 payable to Central Michigan Piano-PNC Bank | R. 114-79 | 2408 |
| 133 | Komplique Inc. check payable to cash for $39,797.00 - PNC Bank | R. 114-80 | 2409 |
| 134 | Komplique Wire Transfer Documents–PNC Bank | R. 114-81 | 2410-11 |
| 135 | Signature Card for IB Technologies Inc. Checking Account-PNC Bank | R. 114-82 | 2412-14 |
| 136 | Signature Card for IB Technologies Inc. Savings Account-PNC Bank | R. 114-83 | 2415 |
| 137 | Signature Card for Komplique Inc. Checking Accounts-PNC Bank | R. 114-84 | 2416-19 |
| 138 | Wire Transfer documents-Wells Fargo | R. 114-85 | 2420-31 |
| 168 | Komplique Inc. Acct. #4252699899 Statement 3/30/13-4/30/13 and check $50,000.00-PNC | R. 114-86 | 2432-35 |
| 169 | Komplique Inc. Statement 12/31/11-1/31/2012 and signature card Acct. #4257062686 – PNC Bank | R. 114-87 | 2436-38 |
| 170 | Purchase and payment records for 2013 Mercedes | R. 114-88 | 2439-44 |

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 171 | 2009 Mercedes Benz Title | R. 114-89 | 2445 |
| 172 | Komplique Corporate Resolution and Articles of Incorporation | R. 114-90 | 2446-51 |
| 173A | Handwriting charts - printing | R. 114-91 | 2452 |
| 173B | Handwriting chart - signatures | R. 114-92 | 2453 |
| 174 | Volkswagen Purchase Suburban Imports of Troy | R. 114-93 | 2454-56 |
| 175 | Navitas Investment account statement August 2010 | R. 114-94 | 2457 |
| 176 | Full Throttle records | R. 114-95 | 2458-82 |
| 178 | Handwriting exemplars | n/a | Not filed |
| 179 | Komplique IRS transcript | R. 114-96 | 2483 |
| 180 | IRS 2011 account transcript for Pieron | R. 114-97 | 2484-85 |
| 181 | IRS 2012 account transcript for Pieron | R. 114-98 | 2486-87 |
| 182 | IRS 2013 account transcript for Pieron | R. 114-99 | 2488-89 |
| 183 | IRS 2014 account transcript for Pieron | R. 114-100 | 2490-91 |
| 184 | IRS 2015 account transcript for Pieron | R. 114-101 | 2492-93 |
| 185 | IRS 2016 account transcript for Pieron | R. 114-102 | 2494-95 |
|  |  |  |  |
|  | **Additional Government Exhibits** |  |  |
| 200 | SEC Memo of Interview w/ James Pieron 11/3/2009 | R. 112-10 | 1902-10 |
| 201 | Sale and Purchase Agreement for 20% Equity | R. 112-11 | 1911-14 |
| 202 | Sale and Purchase Agreement for Add'l 15% Equity | R. 112-12 | 1915-18 |
| 203 | 12/22/2010 email from Pavlik to Pieron | R. 112-13 | 1919-20 |
| 204 | Pieron letter to Pavlik regarding JDFX failure | R. 112-14 | 1921 |
| 205 | Carol Nathan note | R. 112-15 | 1922 |
| 206 | Pieron 2911 Form 1040X return | R. 112-16 | 1923-72 |
| 207* | Offer-in-compromise | R. 112-17 | 1973-93 |
|  | *207 was admitted as government trial exhibit 46 | R. 114-16 | 2122-25 |