UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES D. PIERON, JR.,<br><br>　　　　　　Defendant. | Case No. 18-cr-20489<br>Hon. Thomas L. Ludington |

**STIPULATED ORDER FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORT OF
<u>MOTIONS FOR ACQUITTAL AND NEW TRIAL</u>**

　　　　The parties stipulate and agree to the entry of an order to extend defendant James D. Pieron, Jr.'s deadlines to reply to the government's brief in opposition to Pieron's motions for acquittal and a new trial. In support, the parties state the following.

　　　　1.　　On March 7, 2019, the jury returned a guilty verdict against Pieron as to count one of the indictment. (Trial Tr. at PgID 1122–23.)

　　　　2.　　Based on extensions granted by this Court, Pieron timely filed motions for acquittal and a new trial on May 15, 2019. The government filed its brief in opposition to these motions on July 8, 2019.

　　　　3.　　The current deadline for filing a reply to the government's brief is July 15, 2019.

4. Pieron's counsel requires additional time to complete and file the reply.

5. The parties agree to a 9-day extension of the deadline for defendant Pieron to file reply briefs concerning the motions for acquittal and a new trial to enable Pieron's counsel to provide effective representation. This extension would create a new deadline of **July 24, 2019**.

It is so **ORDERED**.

Dated: July 15, 2019

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Respectfully submitted,

/s/ Patrick J. Hurford
Patrick J. Hurford
Honigman LLP
660 Woodward Ave.
Detroit, MI 48226
313.465.7382
phurford@honigman.com
P82903

/s/ Janet L. Parker (w/ permission)
Janet L. Parker
U.S. Attorney's Office
101 First Street, Suite 200
Bay City, MI 48708-5747
989.895.5712
janet.parker2@usdoj.gov

Dated: July 15, 2019