UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No. 18-CR-20489

　　　　　　Plaintiff,　　　　　　　　　　　Thomas L. Ludington
v.　　　　　　　　　　　　　　　　　　　　United States District Judge

JAMES D. PIERON, JR.,

　　　　　　Defendant.
_____/

# EXHIBIT LIST FOR GOVERNMENT'S FOURTH SUPPLEMENTAL BRIEF ON INTENDED TAX LOSS ISSUES

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 19 | 2009 FBAR Filing | R. 114-5 | 2050-59 |
| 34 | Pieron 2001 Form 1040 Return | R. 114-9 | 2081-86 |
| 35 | Pieron 2003 Form 1040 Return | R. 114-10 | 2087-91 |
| 36 | Pieron 2004 Form 1040 Return | R. 114-11 | 2092-97 |
| 37 | Pieron 2005 Form 1049 Return | R. 114-12 | 2098-2103 |
| 38 | Pieron 2006 Form 1040 Return | R. 114-13 | 2104-08 |
| 39 | Pieron 2007 Form 1040 Return | R. 112-4 | 1806-18 |
| 40 | Pieron 2008 Form 1040 Return | R. 112-5 | 1819-30 |
| 41 | Pieron 2008 Form 1040X Return | R. 112-6 | 1831-51 |
| 42 | Pieron 2009 Form 1040 Return | R. 112-7 | 1852-62 |
| 43 | Pieron 2010 Form 1040 Return | R. 114-14 | 2109-17 |
| 45 | Pieron Form 9465 Installment Agreement Filed | R. 114-15 | 2118-21 |
| 46/207 | Pieron Offer-of-compromise | R. 114-16 | 2122-25 |
| 47 | Collection Information Statement | R. 114-17 | 2126-27 |
| 48 | Form 1040X for James D. Pieron, Jr., 2009 | R. 112-8 | 1863-94 |

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 56 | Client Contact Log | R. 114-22 | 2132-54 |
| 91 | IB Technologies loan and capital account | R. 114-34 | 2194 |
| 102 | 2009 Mercedes Purchase Agreement-Exotic Motors | R. 114-39 | 2213-15 |
| 115 | Account Opening Documents James Pieron Account FQ562-Peregrine Financial Group, Form W-8BEN | R. 114-55 | 2262-67 |
| 117 | Wire Transfer records - Peregrine Financial Group | R. 114-57 | 2269 |
| 119 | Credit Suisse-JDFX Mgmt, LTD – account statements March 31, 2007 – September 30, 2009 | R. 114-59 | 2283-97 |
| 129 | IB Technologies Wire Transfer records-PNC Bank | R. 112-9 | 1895-1901 |
| 138 | Wire Transfer documents-Wells Fargo | R. 114-85 | 2420-31 |
| 171 | 2009 Mercedes Benz Title | R. 114-89 | 2445 |
| 200 | SEC Memo of Interview w/ James Pieron 11/3/2009 | R. 112-10 | 1902-10 |
| 201 | Sale and Purchase Agreement for 20% Equity | R. 112-11 | 1911-14 |
| 202 | Sale and Purchase Agreement for Add'l 15% Equity | R. 112-12 | 1915-18 |
| 202a | Amended Sale and Purchase Agreement |  | attached |
| 204 | Pieron letter to Pavlik regarding JDFX failure | R. 112-14 | 1921 |
| 207* | Offer-in-compromise | R. 112-17 | 1973-93 |
|  | *part of 207 also was admitted as government trial exhibit 46 | R. 114-16 | 2122-25 |
| 208 | Fedder's email to SEC | R. 125-1 | 2854-57 |
| 211 | Wire transfer spreadsheet |  | attached |
| 212 | JPMorgan account statements, excerpts |  | attached |
| 213 | Bank of America account statements, excerpts |  | attached |
| 214 | Power of Attorney |  | attached |
| 215 | Letter demanding return of bank purchase deposit |  | attached |