| TRN | PAYMENT DATE | AMOUNT | ORD CUST1 | ORD CUST2 | ORD CUST3 | ORD CUST4 | ORD CUST5 | ORD BANK1 | ORD BANK2 | ORD BANK3 | ORD BANK4 | ORD BANK5 | DR ID | DR ADDR1 | DR ADDR2 | DR ADDR3 | DR ADDR4 | CR ID | CR ADDR1 | CR ADDR2 | CR ADDR3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6537613043FF | 03/12/2007 | $10,000.00 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VG-TORTOLA-BRITISH VIRGIN ISLANDS | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | ABA/021000018 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | 13251031 | MICHELLE C TATGE OR TYLER W TATGE | 4220 W MISTY WILLOW LN | GLENDALE AZ 85310 |
| 2365500067FC | 03/08/2007 | $1,005,000.00 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VG-TORTOLA-BRITISH VIRGIN ISLANDS | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | MBR/0103 | DEUTSCHE BANK TRUST CO AMERICAS | BANKERS TRUST PLAZA | NEW YORK NY | | 10982009 | JPMORGAN CHASE BANK LONDON | WOOLGATE HOUSE COLEMAN STREET | PO BOX 440 |
| 0006207094FF | 04/04/2007 | $7,500,000.00 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VG-TORTOLA-BRITISH VIRGIN ISLANDS | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | ABA/021000018 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | 80030062 | CREDIT SUPPORT | 500 STANTON CHRISTIANA ROAD | 2OPS4 |
| 2075900179FR | 08/27/2007 | $7,583,591.82 | | | | | | JPMORGAN CHASE BANK | NEW YORK NY 10004 | | | | | 80030062 CREDIT SUPPORT | 500 STANTON CHRISTIANA ROAD | 2OPS4 | NEWARK DE 19713-2107 | MBR/0001 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 2080100179FR | 08/27/2007 | $28,874.42 | | | | | | JPMORGAN CHASE BANK | NEW YORK NY 10004 | | | | | 80030062 CREDIT SUPPORT | 500 STANTON CHRISTIANA ROAD | 2OPS4 | NEWARK DE 19713-2107 | MBR/0001 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 5379000179FR | 08/29/2007 | $1,005,000.00 | /0035981701 | 1ST FLOOR COLUMBUS CENTER | PO BOX 600 | | | | | | | | 10982009 JPMORGAN CHASE BANK LONDON | WOOLGATE HOUSE COLEMAN STREET | PO BOX 440 | LONDON UNITED KINGDOM EC2P 2HD | ABA/121000248 | WELLS FARGO NA | 155 5TH STREET 5TH FLOOR | SAN FRANCISCO CA 94103 |
| 5825000179FR | 08/29/2007 | $0.00 | | | | | | | | | | | | | | | SWIFT/RVTUS3NXXX | | | | |
| 6205300194FS | 07/03/2007 | $7,500,000.00 | HERR | JAMES PIERON | UNIVERSITAETSSTRA SSE 112 | 8006 ZUERICH | | | | | | | 11848248 UBS AG | BAHNHOFSTRASSE 45 | ZURICH SWITZERLAND 8021- | | | 80030062 | CREDIT SUPPORT | 500 STANTON CHRISTIANA ROAD | 2OPS4 |
| 0432202200FF | 07/19/2007 | $2,501.42 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VG-TORTOLA-BRITISH VIRGIN ISLANDS | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | ABA/021000018 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | 6302148029 | LAVA TRADING INC | 95 MORTON ST FL 7 | NEW YORK NY 10014-3336 |
| 0429301200FF | 07/19/2007 | $5,017.85 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VG-TORTOLA-BRITISH VIRGIN ISLANDS | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | ABA/021000018 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | 6302148029 | LAVA TRADING INC | 95 MORTON ST FL 7 | NEW YORK NY 10014-3336 |
| 0432202200FF | 07/19/2007 | $1,465.52 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VG-TORTOLA-BRITISH VIRGIN ISLANDS | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | ABA/021000018 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | 6302148029 | LAVA TRADING INC | 95 MORTON ST FL 7 | NEW YORK NY 10014-3336 |
| 4034800289FC | 10/16/2007 | $23,396.00 | /CH477048350825887120 00 | JDFX FUND MANAGEMENT LTD | COLUMBUS CENTER 1ST FLOOR | VIRGIN ISLANDS (BRIT) | | CREDIT SUISSE | PARADEPLATZ 8 | P.O. BOX 600 | ZURICH SWITZERLAND CH 8070 | | MBR/0103 | DEUTSCHE BANK TRUST CO AMERICAS | BANKERS TRUST PLAZA | NEW YORK NY | | 10982009 | JPMORGAN CHASE BANK LONDON | WOOLGATE HOUSE COLEMAN STREET | PO BOX 440 |
| 1907400324FR | 11/20/2007 | $2,000,000.00 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | | 5330355796 | PEREGRINE FINANCIAL GROUP INC | FOREX CUSTOMER ACCOUNT | 190 S LASALLE ST 7TH FL |
| 1413800331FR | 11/27/2007 | $11,225.91 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | | 10982009 | JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ |
| 3480600348FR | 12/14/2007 | $5,000,000.00 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 5418200018FR | 01/18/2008 | $1,000,000.00 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 9405700017FR | 01/17/2008 | $7,050,000.00 | JPMORGAN CHASE BANK | NEW YORK NY 10004 | | | | | | | | | 80030062 CREDIT SUPPORT | 500 STANTON CHRISTIANA RD | 2OPS4 | NEWARK DE 19713-2107 | | 10982009 | JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ |
| 1113300022FR | 01/22/2008 | $4,000,000.00 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 2026900022FR | 01/22/2008 | $9,707.08 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 9075500067FR | 03/07/2008 | $500,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 4108400070FR | 03/10/2008 | $1,000,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 8448900073FR | 03/13/2008 | $1,000,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 8556400077FR | 03/17/2008 | $500,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | | 5330355796 | PEREGRINE FINANCIAL GROUP INC | FOREX CUSTOMER ACCOUNT | 190 S LASALLE ST 7TH FL |
| 8627900079FR | 03/18/2008 | $9,707.08 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | | 10982009 | JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ |
| 6550900129FR | 05/08/2008 | $3,000,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 |
| 3750300179FR | 06/27/2008 | $9,101.38 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0378 | | DEUTSCHE BANK AG NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | |
| 4192300179FR | 06/27/2008 | $5,484.76 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0509 | | WACHOVIA BANK NATIONAL ASSOCIATION | 101 N. INDEPENDENCE MALL EAST | TESTKEY DEPT. PA4918 |
| 1575300189FR | 07/07/2008 | $12,935.09 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0378 | | DEUTSCHE BANK AG NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | |
| 8754400193FR | 07/11/2008 | $150,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | ABA/121000248 | WELLS FARGO NA | 155 5TH STREET 6TH FLOOR | SAN FRANCISCO CA 94103 |
| 4212600231JO | 08/18/2008 | $4,770,070.88 | | | | | | | | | | | 5330355796 PEREGRINE FINANCIAL GROUP INC | FOREX CUSTOMER ACCOUNT | 190 S LASALLE ST 7TH FL | CHICAGO IL 60603-3410 | | 10982009 | JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ |
| 1629400246FR | 09/02/2008 | $5,000,000.00 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0001 | | THE BANK OF NEW YORK MELLON | 48 WALL ST | NEW YORK NY 10005-2901 |
| 3861700282FR | 10/08/2008 | $5,764.13 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0509 | | WACHOVIA BANK NATIONAL ASSOCIATION | 101 N. INDEPENDENCE MALL EAST | TESTKEY DEPT. PA4918 |
| 9475900298FR | 10/24/2008 | $4,859.09 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0378 | | DEUTSCHE BANK AG NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | |
| 2741400303FR | 10/29/2008 | $30,098.98 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0378 | | DEUTSCHE BANK AG NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | |
| 2789100303FR | 10/29/2008 | $12,214.49 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0378 | | DEUTSCHE BANK AG NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | |
| 8200500336FR | 12/01/2008 | $5,520.58 | /0035981701 | JDFX FUND LTD | 1ST FLOOR COLUMBUS CENT | TORTOLA | VG | | | | | | 10982009 JPMORGAN CHASE BANK NATIONAL ASSOC | 125 LONDON WALL FL 5 | LONDON UK UNITED KINGDOM EC2Y5AJ | | MBR/0509 | | WACHOVIA BANK NATIONAL ASSOCIATION | 101 N. INDEPENDENCE MALL EAST | TESTKEY DEPT. PA4918 |

GOVERNMENT EXHIBIT 211

| CR ADDR4 | ACCT ID | ACCT PTY1 | ACCT PTY2 | ACCT PTY3 | ACCT PTY4 | ACCT PTY5 | ULT BENE1 | ULT BENE2 | ULT BENE3 | ULT BENE4 | ULT BENE5 | DET PYMT1 | DET PYMT2 | DET PYMT3 | DET PYMT4 | BKTOBK1 | BKTOBK2 | BKTOBK3 | BKTOBK4 | BKTOBK5 | BKTOBK6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONDON UNITED KINGDOM EC2P 2HD | | | | | | | | | | | | PERSONAL: JAMES PIERON | | | | /OCMT/USD10000 / | /BNF/PLEASE PAY IN FULL | | | | |
| NEWARK DE 19713-2107 | | | | | | | | | | | | COLLATERAL AS PER THE JDFX FUND | /JPMORGAN PRIME BROKERAGE AGREEMENT | | | /OCMT/USD7500000 / | /BNF/PLEASE PAY IN FULL | /TIME/02:33 | | | |
| | | CREDIT SUISSE | CASE POSTALE 2153 | GENEVA SWITZERLAND 1211 | | | /CH7704835092588712 000 | JDFX FUND LTD | | | | | | | | | | | | | |
| | | CREDIT SUISSE | CASE POSTALE 2153 | GENEVA SWITZERLAND 1211 | | | /CH7704835092598712 000 | JDFX FUND LTD | | | | | | | | | | | | | |
| | | WELL FARGO | BURNSVILLE MN | WFBIUS6S | | | /4444256543 | TREVOR COOK | BURNSVILLE MN | | | ABA ROUTING: 121000248 | | | | | | | | | |
| | | SWF/CRESCHZZ12A | | | | | /CH77 0483 5092 5887 12100 | JDFX FUND LTD | | | | | | | | | | | | | |
| NEWARK DE 19713-2107 | | | | | | | | | | | | PRIVATE SUBSCRIPTION INTO THE JDFX INVOICE: 00000004939 | FUND LTD. | | | /OCMT/USD7500000 / | | | | | |
| | | | | | | | | | | | | | | | | /OCMT/USD2616 42/ | /BNF/LESS FEES/TIME/14:30 | | | | |
| | | | | | | | | | | | | INVOICE: 00000004889 | | | | /OCMT/USD5037 85/TIME/14:30 | | | | | |
| | | | | | | | | | | | | INVOICE: 00000004486 | | | | /OCMT/USD1480 52/ | /BNF/LESS FEES/TIME/14:30 | | | | |
| LONDON UNITED KINGDOM EC2P 2HD | | | | | | | | | | | | | | | | /BNF/PARTIEL REFUND AS PER YOURREQU | EST BY MT199 DO 071018TRN JP97278 | | 03-Oct-07 | | |
| CHICAGO IL 60603-3410 | | | | | | | | | | | | | | | | | | | | | |
| | | AC8900603858 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | | | | | | |
| | | AC8900603658 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | | | | | | |
| | | /95381701 | JDFX FUND LTD | | | | | | | | | | | | | | | | | | |
| | | AC8900603858 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | | | | | | |
| | | AC9900603858 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | | | | | | |
| | | AC8900603858 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | | | | | | |
| | | AC8900603659 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | /BNF/JDFX FUND LTD. COLLATERAL | | | | | |
| | | AC8900603858 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | /BNF/COLLATERAL/JDFX FUND LTD | | | | | |
| CHICAGO IL 60603-3410 | | | | | | | | | | | | | | | | /OCMT/USD500000 00/ | | | | | |
| | | AC8900603858 | BANK OF NEW YORK | 48 WALL ST | NEW YORK NY 10005-2901 | | | | | | | | | | | /BNF/COLLATERAL/JDFX FUND LTD | | | | | |
| NEW YORK NY 10020- | | AC100201160007 | DEUTSCHE BANK AG | NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | NEW YORK NY 10020- | | | | | | | | | | /BNF/ADVBEN/JDFXPB FEES/ADVBEN/INV.N | BR. 0011104 | | | | |
| PHILADELPHIA PA 19106 | | CHPY111049 | FIRSTCARIBBEAN INTERNATIONAL BANK | ROAD TOWN TORTOLA | P.O. BOX 70 | TORTOLA VIRGIN ISLANDS BRITISH | /213014817 | FOLIO ADMINISTRATORS LTD. | | | | ADVBEN/JDFX FUND LTD INV2843 | | | | | | | | | |
| NEW YORK NY 10020- | | AC100201160007 | DEUTSCHE BANK AG | NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS | NEW YORK NY 10020- | | | | | | | | | | /BNF/JDFXFM 0011260 FXPB FEES | | | | | |
| | | /2475825572 | OXFORD FX GROWTH LP | 1600 LASALLE AVE | MINNEAPOLIS MN 55403-3828 | | | | | | | | | | | | | | | | |
| | | /GB71CHAS609242359 81701 | JDFX FUND LTD | | | | | | | | | | | | | | | | | | |
| | | AC8900603958 | DBAG CM | | | | | | | | | /ADVBEN/FOR FURTHER CREDIT. | /ADVBEN/11635028000 8 /ADVBEN/CLIENT | ACCOUNT NAME: /ADVBEN/JDFX FUND | LIMITED FM | | | | | | |
| PHILADELPHIA PA 19106 | | CHPY111049 | FIRSTCARIBBEAN INTERNATIONAL BANK | ROAD TOWN TORTOLA | P.O. BOX 70 | TORTOLA VIRGIN ISLANDS BRITISH | /213014817 | FOLIO ADMINISTRATORS LIMITED | WALTER JAMES FRANCIS DRIVE | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS VG1110 | /ADVBEN/JDFX FUND LTD /ADVBEN | /INVOICE 2789 | | | | | | | | |
| NEW YORK NY 10020- | | AC100201160007 | DEUTSCHE BANK | 99 BISHOPSGATE FLOOR 20 | LONDON EC2 M3XD | | | | | | | | | | | /BNF/INVOICE NBR. 0011721 FXPB F | | | | | |
| NEW YORK NY 10020- | | AC100201160007 | DEUTSCHE BANK | 99 BISHOPSGATE FLOOR 20 | LONDON ED2M 3XC / UK | | | | | | | | | | | /ADVBEN/INV.0011569 FXPB FEES | | | | | |
| NEW YORK NY 10020- | | AC100201160007 | DEUTSCHE BANK | 99 BISHOPSGATE FLOOR 20 | LONDON ED2M 3XC / UK | | | | | | | | | | | /BNF/INV.0011429 FXPB FEES | | | | | |
| PHILADELPHIA PA 19106 | | CHPY111049 | FIRSTCARIBBEAN INTERNATIONAL BANK | ROAD TOWN TORTOLA | P.O. BOX 70 | TORTOLA VIRGIN ISLANDS BRITISH | /213014817 | FOLIO ADMINISTRATORS LIMITED | WALTER JAMES FRANCIS DRIVE | ROAD TOWN TORTOLA | BRITISH VIRGIN ISLANDS VG1110 | /ADVBEN/JDFX FUND LTD /ADVBEN | /INVOICE 3043 | | | | | | | | |