# JPMorgan

**Account Balance Statement**

P 00 7222

IBAN GB71 CHAS 6092 4235 9817 01

Account Number 0035981701

Account Name  JDFX FUND LTD

Account type  CURRENT

Currency  US$.

Page Number  6

Date  31 JUL 2007

Previous balance  9,000,854.19  As at  30 JUN 2007

JDFX FUND LTD

USTERISTRASSE 9
ZURICH CH-8001
SWITZERLAND

| Reference | Transaction Date | Transaction Type | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 9,000,854.19 |
| INTEREST PAYMENT<br>INTEREST MATURED TO: 30JUN07 | 01JUL07 | INTA | | | 38,738.79 | 9,039,592.98 |
| 6232267 200707170002435<br>UBS DIVERSIFIED GROWTH LLC 126<br>44 TIFFANY CT BURNSVILLE<br>REF JPMORGAN CHASE BANK AC NO.<br>0010962009 IN LONDON<br>NCU USD       5,000,000.00 | 17JUL07 | PMT | | | 5,000,000.00 | 14,039,592.98 |
| 6313791 G6334539<br>UBS AG - ZURICH<br>JAMES PIERON | 18JUL07 | PMT | | 1,000,000.00 | | 13,039,592.98 |
| MONTHLY A/C ANALYSIS CHARGES | 25JUL07 | S_CH | | 357.50 | | 13,039,235.48 |
| | | | | CARRIED FORWARD | 31 JUL 2007 | 13,039,235.48 |

COPY

Copy statement supplied by JPMorgan



GOVERNMENT EXHIBIT 212

Number of Cheques  0
Number of Credits  2
Number of Debits  2

01465

# JPMorgan

**Account Balance Statement**

P 00 6387

IBAN GB71 CHAS 6092 4235 9817 01

Account Number 0035981701

Account Name  JDFX FUND LTD

Account type  CURRENT

Currency  US$.

JDFX FUND LTD
USTERISTRASSE 9
ZURICH CH-8001
SWITZERLAND

Page Number  19

Date  30 NOV 2007

Previous balance  10,625,451.25    As at  23 NOV 2007

| Reference | Transaction Date | Transaction Type | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 10,625,451.25 |
| 6438267 G6334539 UBS AG - ZURICH JAMES PIERON | 23NOV07 | PMT | | 5,000,000.00 | | |
| | 26NOV07 | S CH | | 329.50 | | 5,625,451.25 |
| MONTHLY A/C ANALYSIS CHARGES | | | | | | |
| FXOPSARCTE C93235111 COMPNET 000000000000000 | 26NOV07 | DEAL | | 132,731.41 | | |
| 6731338 G6334539 JPMORGAN CHASE BANK, NATIONAL JPMCB NA NY | 27NOV07 | PMT | | 11,225.01 | | 5,492,390.34 |
| FXOPSARCTE C93996190 COMPNET FX2535  0000000000 000000000000000 | 27NOV07 | DEAL | | | 352,916.48 | |
| FXOPSARCTE C94448771 COMPNET 000000000000000 | 28NOV07 | DEAL | | 1,088,414.76 | | 5,834,081.01 |
| FXOPSARCTE C95125411 COMPNET FX2535  0000000000 000000000000000 | 29NOV07 | DEAL | | | 1,310,974.53 | 4,745,966.25 |
| FXOPSARCTE C95799600 COMPNET 000000000000000 | 30NOV07 | DEAL | | 82,275.00 | | 6,056,940.78 |
| | | | | | | 5,974,665.78 |
| CARRIED FORWARD | | | | | 30 NOV 2007 | 5,974,665.78 |

Number of Cheques  0
Number of Credits  11
Number of Debits  16

**Copy statement supplied by JPMorgan**

01478

## JPMorgan

**Account Balance Statement**

P 00 2072

IBAN GB71 CHAS 6092 4235 9817 01
Account Number  0035981701
Account Name    JDFX FUND LTD
Account type    CURRENT
Currency        US$.
Page Number     22
Date            29 FEB 2008
Previous balance    3,063,755.33    As at    31 JAN 2008

JDFX FUND LTD
USTERISTRASSE 9
ZURICH CH-8001
SWITZERLAND

| Reference | Transaction Date | Transaction Type | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 3,063,755.33 |
| INTEREST PAYMENT INTEREST MATURED TO: 31JAN08 | 01FEB08 | INTA | | | 6,851.39 | 3,070,606.72 |
| 3068559 G6334539 UBS AG - ZURICH JAMES PIERON | 04FEB08 | PMT | | 2,546,617.10 | | 523,989.62 |
| MONTHLY A/C ANALYSIS CHARGES | 25FEB08 | S CH | | 328.00 | | 523,661.62 |
| | | | CARRIED FORWARD | | 29 FEB 2008 | 523,661.62 |

COPY

Number of Cheques  0
Number of Credits  1
Number of Debits   2

**Copy statement supplied by JPMorgan**

JPC20F/240403

01481

# JPMorgan

**Account Balance Statement**

P 00
9143

IBAN GB71 CHAS 6092 4235 9817 01

Account Number  0035981701
Account Name    JDFX FUND LTD
Account type    CURRENT
Currency        US$.
Page Number     23
Date            31 MAR 2008
Previous balance    523,661.62   As at   29 FEB 2008

JDFX FUND LTD

USTERISTRASSE 9
ZURICH CH-8001
SWITZERLAND

| Reference | Transaction Date | Transaction Type | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 523,661.62 |
| INTEREST PAYMENT INTEREST MATURED TO: 29FEB08 | 01MAR08 | INTA | | | 1,352.86 | 525,014.48 |
| 5230663 G6334539 THE BANK OF NEW YORK | 07MAR08 | PMT | | 500,000.00 | | |
| THE BANK OF NEW YORK 5303625 200803070005877 UBS DIVERSIFIED GROWTH LLC 126 44 TIFFANY CT BURNSVILLE NCU USD            1,300,000.00 | 07MAR08 | PMT | | | 1,300,000.00 | 1,325,014.48 |
| 5367781 G6334539 THE BANK OF NEW YORK | 10MAR08 | PMT | | 1,000,000.00 | | |
| THE BANK OF NEW YORK 5354308 ZD81070TI054578 HERR JAMES PIERON UNIVERSITATS TRASSE 112 DB LOAN NCU USD            1,000,000.00 | 10MAR08 | PMT | | | 1,000,000.00 | 1,325,014.48 |
| 5526440 ZD81072TI083482 TADAWUL FX SA CHEMIN DU CANAL 5 1260 NYON WITHDRAWAL OF FUNDS NCU USD              517,650.74 CHGS USD                    4.84 | 12MAR08 | PMT | | 517,645.90 | | |
| | | | CARRIED FORWARD | | 12 MAR 2008 | 1,842,660.38 1,842,660.38 |

Number of Cheques
Number of Credits
Number of Debits

**Copy statement supplied by JPMorgan**

JPC20F/240403

01482

# JPMorgan

P 00 9473

**Account Balance Statement**

IBAN GB71 CHAS 6092 4235 9817 01
Account Number 0035981701
Account Name    JDFX FUND LTD
Account type    CURRENT
Currency        US$.
Page Number     26
Date            31 MAY 2008
Previous balance    1,964,674.92    As at   30 APR 2008

JDFX FUND LTD

USTERISTRASSE 9
ZURICH CH-8001
SWITZERLAND

| Reference | Transaction Date | Transaction Type | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 1,964,674.92 |
| INTEREST PAYMENT INTEREST MATURED TO: 30APR08 | 01MAY08 | INTA | | | 1,092.12 | |
| 9135987 ZD81127TI419048 JAMES PIERON 8006 ZURICH CH/UBS/0206-00251262 NCU USD 1,250,000.00 | 06MAY08 | PMT | | | 1,250,000.00 | 1,965,767.04 |
| 9377021 G6334539 THE BANK OF NEW YORK THE BANK OF NEW YORK | 08MAY08 | PMT | | 3,000,000.00 | | 3,215,767.04 |
| 9384598 200805080006894 OXFORD FX GROWTH LP 1900 LASALLE AVE MINNEAPOLIS MN 55403-36 NOT A DUP MAC NCU USD 2,000,000.00 | 08MAY08 | PMT | | | 2,000,000.00 | |
| 9980161 200805160008668 OXFORD FX GROWTH LP 1900 LASALLE AVE MINNEAPOLIS MN 55403-36 NOT A DUP MAC NCU USD 1,000,000.00 | 19MAY08 | PMT | | | 1,000,000.00 | 2,215,767.04 |
| MONTHLY A/C ANALYSIS CHARGES | 26MAY08 | S CH | | 291.00 | | 3,215,767.04 |
| | | | | CARRIED FORWARD | 31 MAY 2008 | 3,215,476.04 3,215,476.04 |

Number of Cheques    0
Number of Credits    4
Number of Debits     2

Copy statement supplied by JPMorgan

JPC20F/240403

01485

# JPMorgan

P 00 7832

**Account Balance Statement**

IBAN GB71 CHAS 6092 4235 9817 01
Account Number 0035981701
Account Name JDFX FUND LTD
Account type CURRENT
Currency US$
Page Number 27
Date 30 JUN 2008
Previous balance 3,215,476.04 As at 31 MAY 2008

JDFX FUND LTD
USTERISTRASSE 9
ZURICH CH-8001
SWITZERLAND

| Reference | Transaction Date | Transaction Type | Value Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 3,215,476.04 |
| INTEREST PAYMENT INTEREST MATURED TO: 31MAY08 | 01JUN08 | INTA | | | 2,874.99 | 3,218,351.03 |
| 4382767 CHG4336308 CHG ON 1250000.00/USD DATED 080623 OUR REF FT4336308 YOUR ORIG REF G6334539 | 23JUN08 | PMT | | 13.00 | | |
| 4382769 CHG4336311 CHG ON 1000000.00/USD DATED 080623 OUR REF FT4336311 YOUR ORIG REF G6334539 | 23JUN08 | PMT | | 13.00 | | |
| 4336311 G6334539 UBS AG - ZURICH JAMES PIERON | 23JUN08 | PMT | | 1,000,000.00 | | |
| 4336308 G6334539 UBS AG - ZURICH JAMES PIERON | 23JUN08 | PMT | | 1,250,000.00 | | 968,325.03 |
| MONTHLY A/C ANALYSIS CHARGES | 25JUN08 | S CH | | 314.00 | | 968,011.03 |
| 4791954 G6334539 WACHOVIA BANK, NATIONAL ASSOCI FIRSTCARIBBEAN INTERNATIONAL B | 27JUN08 | PMT | | 5,464.76 | | |
| 4791951 G6334539 DEUTSCHE BANK AG DEUTSCHE BANK AG | 27JUN08 | PMT | | 9,101.98 | | 953,444.29 |
| CARRIED FORWARD | | | 30 JUN 2008 | | | 953,444.29 |

Number of Cheques 0
Number of Credits 1
Number of Debits 7

**Copy statement supplied by JPMorgan**

01486