H

**Advantage Statement**
Page 2 of 7                 898014589871
Statement Period
03-24-09 through 04-22-09
B 14 0 I P PI   14

JAMES DAYTON PIERON JR

## Deposit Accounts

### Interest Checking

JAMES DAYTON PIERON JR

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 8980 1458 9871 | |
| Beginning Balance on 03-24-09 | $ 1,212.96 | |
|   Deposits and Other Additions | + 50,211.63 | Annual Percentage Yield Earned this Statement Period: 0.05% |
|   ATM and Debit Card Subtractions | - 1,890.95 | Interest Paid Year to Date: $1.36 |
|   Other Subtractions | - 16.05 | Your account has overdraft protection provided by |
| **Ending Balance on 04-22-09** | $ 49,517.59 | Deposit Account number 8980 1458 9884. |

### Your Advantage Pricing Relationship

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Interest Checking | 8980 1458 9871 | 13,671.56 | Average | 04-21 |
| Balance Rewards Money Mkt | 8980 1458 9884 | 225.62 | Average | 04-21 |
| | Total Qualifying Balance $13,897.18 | | | |

Thank you for banking with us. The monthly maintenance fee was waived this statement cycle because you are an Advantage customer who maintained a qualifying balance.

### Interest Checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0403 Lifelink Medical Alert<br>  Thornton      PA  7409318909320757090 0012 | 04-03 | 211.00 |
| Wire Type:Intl IN Date:090414 Time:0959 Et<br>Trn:20090414001 03061 Seq:Zd81104Ti3268316/705863<br>Orig:1/James Pieron ID:Ch570020620 62512 Orig Bk:Ub<br>S Ag ID:Ubswchzh80A Pmt Det:Transfer | 04-14 | 50,000.00 |
| Interest Earned | 04-22 | 0.63 |

Total Deposits and Other Additions $50,211.63

### Interest Checking Subtractions

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| CheckCard  0322 Fifty Nine West Llc<br>  Highland      MI  2476197908227572401 0171 | 03-24 | 70.82 |
| CheckCard  0323 T W Amigos<br>  Hartland      MI  2473693908200496298 6934 | 03-24 | 55.00 |
| CheckCard  0322 Lee & US 23 BP<br>  Brighton      MI  2412254908273908113 0240 | 03-24 | 30.39 |



01251

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Advantage Statement**
Page 1 of 7          898014589871
Statement Period
03-24-09 through 04-22-09
B 14 0 I P PI   14          0457

23075 001 SCM999 I1    0

JAMES DAYTON PIERON JR
1460 ANDOVER DR
HARTLAND, MI 48843

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

Customer Service Information
www.bankofamerica.com

## Your Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts ** | | | |
| Interest Checking | 8980 1458 9871 | 04-22 | 49,517.59 |
| Balance Rewards Money Mkt | 8980 1458 9884 | 04-22 | 234.63 |

**Total Deposit Account Balance $49,752.22**

** Banking products such as checking and savings accounts and credit accounts are offered by Bank of America, N.A., member FDIC. Credit card accounts are offered by Bank of America, N.A. (USA).

## Important Information Regarding Changes to our Deposit Pricing

Please see the enclosed brochure for information about upcoming pricing changes to some deposit accounts. In addition, we've included information on how to help prevent or minimize deposit fees as well as details on improvements we've made to serve you better. If you would like more information, visit bankofamerica.com/pricingchanges

01252

H

Advantage Statement
Page 3 of 5    898014589871
Statement Period
05-29-08 through 06-20-08
B 14 E I E PI 14    0030

JAMES DAYTON PIERON JR

## Interest Checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Deposit | 05-29 | 100.00 |
| Wire Type:Intl IN Date:080611 Time:0900 Et Trn:2008061100094791 Seq:Zd81163Ti1583974/444994 Orig:1/James Pieron ID:Ch57002062062512 Orig Bk:Ub S Ag ID:Ubswchzh80A Pmt Det:Transfer | 06-11 | 50,000.00 |
| Interest Earned | 06-20 | 0.69 |

Total Deposits and Other Additions $50,100.69

## Interest Checking Subtractions

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| CheckCard 0617 Fifty Nine West Llc Highland MI 24761978170511447010311 | 06-19 | 114.32 |
| CheckCard 0618 Lucky'S Steak House Fenton MI 24425138171124017010980 | 06-19 | 83.64 |
| CheckCard 0617 Shell Oil 52145400041 Howell MI 24316058170548415032787 | 06-19 | 66.03 |
| CheckCard 0617 Speedway 5516 Howell MI 24423638170345425345989 | 06-19 | 38.10 |

Total ATM and Debit Card Subtractions $302.09

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Keep The Change Transfer To Acct 9884 For 06/19/08 | 06-19 | 2.91 |

Total Other Subtractions $2.91

## Daily Balance Summary

| Date | Balance($) | Date | Balance($) | Date | Balance($) |
|---|---|---|---|---|---|
| Beginning 05-29 | 0.00 100.00 | 06-11 06-19 | 50,100.00 49,795.00 | 06-20 | 49,795.69 |

01260