# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES D. PIERON, JR., <br><br> Defendant. | Case No. 18-cr-20489 (TLL)(PTM) <br> Hon. Thomas L. Ludington |

## EXHIBIT LIST FOR DEFENDANT'S THIRD SUPPLEMENTAL BRIEF ON TAX LOSS

| Exhibit | Description |
|---|---|
| A | Stock Certificates Nos. 1–3 |
| B | Summary Chart of Gov. Ex. 138 |
| C | Use of Proceeds Summary Chart |
| D | Bank Records Supporting Use of Proceeds Summary Chart |
| E | July 6, 2009 Letter from Niederer Kraft & Frey |
| F | Oct. 2008 e-Forex article concerning JDFX |
| G | Swiss Commercial Register re JDFX Holding AG |
| H | Jan. 3, 2018 Email from AUSA Parker re Request for Meeting |
| I | Feb. 27, 2018 Email from AUSA Parker re James Pieron, Jr., Pre-indictment Plea Meeting |