## JDFX Holding AG, Zug

Share register

 

| Date | Cert. | Share No. | # Shares | % | Shareholders Name | Former Shareholder | Reference |
|---|---|---|---|---|---|---|---|
| 15.12.06 | 1 | 1 – 2'000'000 | | | Market Shot LLC | | Foundation |
| 15.12.06 | 2 | 2'000'000 – 3'000'000 | | | Clive Diethelm | | Foundation |
| 15.12.06 | 3 | 3'000'000 - -10'000'000 | | | James Pieron | | Foundation |

JDFX Holding AG

.................................... 

James Pieron
(Chairman)

....................................

Clive Diethelm
(Member of the Board of Directors)

# JDFX HOLDING AG

## *Share Certificate*

Certificate number: 1                                                                                                 Number of shares: 2,000,000

Incorporated under the Code of Obligation of Switzerland

Authorised Shares: 10,000,000 Registered Shares.

THIS IS TO CERTIFY THAT "Market Shot LLC, 12644 Tiffany Court, Burnsville, MN 55337, USA" is the Registered Holder of 2,000,000 (Two Million) Shares in the above-named Company, subject to the Memorandum and Articles of Association of the said Company.

Given under the Common Seal of the Company
This 15th day of Dezember 2006

JDFX Holding AG

_____                                                                    _____
James Pieron                                                                                              Clive Diethelm
(Chairman)                                                                                                 (Member of the Board of Directors)



# JDFX HOLDING AG

## Share Certificate

Certificate number: 2

Number of shares: 1,000,000

Incorporated under the Code of Obligation of Switzerland

Authorised Shares: 10,000,000 Registered Shares.

THIS IS TO CERTIFY THAT "Clive Diethelm, Flurstrasse 17, 8048 Zürich, Switzerland" is the Registered Holder of 1,000,000 (One Million) Shares in the above-named Company, subject to the Memorandum and Articles of Association of the said Company.

Given under the Common Seal of the Company
This 15th day of Dezember 2006

JDFX Holding AG

_____
James Pieron
(Chairman)

_____
Clive Diethelm
(Member of the Board of Directors)

# JDFX HOLDING AG

## *Share Certificate*

Certificate number: 3                      Number of shares: 7,000,000

Incorporated under the Code of Obligation of Switzerland

Authorised Shares: 10,000,000 Registered Shares.

THIS IS TO CERTIFY THAT "James Pieron, Universitätsstrasse 112, 8006 Zürich, Switzerland" is the Registered Holder of 7,000,000 (Seven Million) Shares in the above-named Company, subject to the Memorandum and Articles of Association of the said Company.

Given under the Common Seal of the Company
This 15th day of Dezember 2006

JDFX Holding AG

_____
James Pieron
(Chairman)

_____
Clive Diethelm
(Member of the Board of Directors)