# Transfers from Market Shot LLC to JDFX

| | |
|---|---:|
| **2006** | **$500,000** |
| **December 1, 2006** | **$500,000** |
| UBS Diversified Growth, LLC (Cook) wire transfer $500,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p. 10852] | |
| **2007** | **$9,500,000** |
| **January 18, 2007** | **$500,000** |
| UBS Diversified Growth, LLC (Cook) wire transfer $500,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p.10851] | |
| **February 22, 2007** | **$500,000** |
| UBS Diversified Growth, LLC (Cook) wire transfer $500,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p.10853] | |
| **March 19, 2007** | **$1,000,000** |
| UBS Diversified Growth, LLC (Cook) wire transfer $1,000,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p. 10854] | |
| **March 20, 2007** | **$1,150,000** |
| Trevor Cook wire transfer $150,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p. 10847] Trevor Cook wire transfer $1,000,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p. 10850] | |
| **March 20, 2007** | **$350,000** |
| UBS Diversified Growth, LLC wire transfer $350,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p.10855] | |
| **March 30, 2007** | **$5,000,000** |
| Market Shot, LLC wire transfer $5,000,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p.10848] | |
| **April 12, 2007** | **$1,000,000** |
| UBS Diversified Growth, LLC wire transfer $1,000,000 to JDFX at Credit Suisse Bank. [Ex. 138 p. 10856] | |
| **2008** | **$2,100,000** |
| **December 17, 2008** | **$2,100,000** |
| Market Shot, LLC wire transfer $2,100,000 to JDFX account at Credit Suisse Bank. [Ex. 138 p.10849] | |
| **2009** | **$3,150,000** |
| **January 23, 2009** | **$2,125,000** |
| UBS Diversified Growth, LLC wire transfer $2,125,000 to JDFX at UBS AG Bank. [Ex 138 p. 10857] | |
| **May 26, 2009** | **$1,025,000** |
| UBS Diversified Growth, LL wire transfer $1,025,000 to JDFX at UBS AG Bank. [Ex.138 p.10858] | |