From: Parker, Janet (USAMIE) [mailto:Janet.Parker2@usdoj.gov]
Sent: Wednesday, January 03, 2018 9:23 PM
To: John Fedders; Jan Geht
Cc: DePorre, Jules (USAMIE)
Subject: Request for Meeting

Gentlemen;

You previously requested a meeting with government counsel to discuss the James Pieron, Jr., matter.   We are willing to meet with you in Bay City, Michigan at a mutually agreed date in March of 2018 if you and your client execute a tolling agreement extending the time for obtaining an indictment to April 30, 2018.   If you agree to meet on that basis, please inform us both of that fact by reply email by 5 pm on January 8, 2018.

Jules DePorre and Janet Parker