

**U.S. Department of Justice**

United States Attorney's Office
Eastern District of Michigan

Janet Parker
Assistant U.S. Attorney

101 First Street, Suite 200
Bay City, Michigan 48708
(989) 895-5712
Janet.Parker2@usdoj.gov

February 27, 2018

VIA EMAIL

John Fedders
Jan Geht

Re: James Pieron, Jr., Pre-indictment Plea Meeting

Greetings;

    The government is prepared to seek an indictment charging your client, James Pieron, Jr., with multiple felony offenses.  We are authorized and willing to resolve the case with a pre-indictment guilty plea to one count of evading payment of a tax in violation of 26 U.S.C. §7201, if the plea agreement includes a stipulated tax loss and related guidelines computations.

    If your client is willing to enter into a pre-indictment plea agreement incorporating the terms stated above, we will be available to meet with you on March 12 or the afternoon of March 5, 2018.  The meeting will be held in the U.S. Attorney's Office in the U.S. Post Office and Courthouse located at 1000 Washington Avenue in Bay City, Michigan.  If those terms are not acceptable, we see no reason to meet and will seek an indictment from the grand jury.

    Accordingly, if your client is willing to agree to enter into a Rule 11 plea agreement containing the specified terms, please notify us of that fact no later than March 3, 2018, select the meeting date that you prefer, and indicate the most convenient time of that day for the meeting.

Sincerely,

Matthew Schneider
United States Attorney

/s/
Janet Parker
Jules DePorre
Assistant U.S. Attorneys