UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
|---|---|
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| JAMES D. PIERON, JR., | |
| Defendant. | |
| _____/ | |

**ADDITIONAL EXHIBITS FOR INTENDED TAX LOSS HEARING**

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 209 | Spreadsheet, Pieron to Pavlik | | attached |
| 210 | Wire transfers, JDFX Fund Management | | attached |
| 214 | Power of Attorney | | attached |

The government anticipates using the exhibits listed above during the intended tax loss hearing in this case.

| | |
|---|---|
| Date: November 8, 2019 | Matthew Schneider<br>United States Attorney |
| s/Jules M. DePorre<br>Jules M. DePorre (P73999)<br>Assistant U. S. Attorney<br>600 Church Street<br>Flint, Michigan 48502-1280<br>(810) 766-5026<br>jules.deporre@usdoj.gov | s/Janet L. Parker<br>Janet L. Parker (P34931)<br>Assistant U.S. Attorney<br>101 First Street, Suite 200<br>Bay City, MI 48708<br>(989) 895-5712<br>janet.parker2@usdoj.gov |

Certificate of Service

    On November 8, 2019, I filed the attached list of government exhibits via ECF.  Counsel of record will automatically be served via the ECF system.

s/Janet L. Parker