| Date | Legal Entity | Bank | Action | Amount |
|---|---|---|---|---|
| 4-Dec-06 | UBS Diversified Growth LLC | JDFX Fund Mgmt (CS) | Payment | $500,000 |
| 19-Jan-07 | UBS Diversified Growth LLC | JDFX Fund Mgmt (CS) | Payment | $500,000 |
| 23-Feb-07 | UBS Diversified Growth LLC | JDFX Fund Mgmt (CS) | Payment | $500,000 |
| 19-Mar-07 | UBS Diversified Growth LLC | JDFX Fund Mgmt (CS) | Payment | $1,000,000 |
| 20-Mar-07 | Trevor Cook | JDFX Fund Mgmt (CS) | Payment | $150,000 |
| 20-Mar-07 | UBS Diversified Growth LLC | JDFX Fund Mgmt (CS) | Payment | $350,000 |
| 20-Mar-07 | Trevor Cook | JDFX Fund Mgmt (CS) | Payment | $1,000,000 |
| 2-Apr-07 | Market Shot LLC | JDFX Fund Mgmt (CS) | Payment | $5,000,000 |
| 13-Apr-07 | UBS Diversified Growth LLC | JDFX Fund Mgmt (CS) | Payment | $1,000,000 |
| 17-Dec-08 | Market Shot LLC | JDFX Holding AG (UBS) | Payment | $2,100,000 |
| 13-Apr-09 | UBS Diversified Growth LLC | JDFX Holding AG (UBS) | Payment | $2,125,000 |
| 26-May-09 | UBS Diversified Growth LLC | JDFX Holding AG (UBS) | Payment | $1,025,000 |
| Total PE Payments | | | | $15,250,000 |



GOVERNMENT EXHIBIT 209

DRAFT