1 " (Information Classification: Highly Confidential)

PAYMT TRN FTS0702123449000 FT STATUS COM EXCEPTION
DR PARTY 8033342099 TYP CAS INSTR DT 2007-02-12 ADVISE BY
AMOUNT 10000.00 USD VALUE DT 2007-02-12 MSG CHG
COMM. CHG FUNDS S POST DT CBL AMT
CRN Y3N2004000370001 DIV-REGION-DIST
NAME/ADDRESS ORDERING CUSTOMER
CREDIT SUISSE JDPX FUND MANAGEMENT LTD
PARADEPLATZ 8 COLUMBUS CENTER 1ST FLOOR
P.O. BOX 600 VG-TORTOLA-BRITISH VIRGIN ISLANDS
CH-8070 ZURICH, SWITZERLAND VIRGIN ISLANDS (BRIT)
ORDERING BANK
ABIC/CRESCHZZ80A

CR/PAY 0122100024 TYP ABA INSTR DT 2007-02-12 ADVISE BY
AMOUNT 10000.00 USD VALUE DT 2007-02-12 MSG CHG
COMM CHG FUNDS S POST DT CBL AMT
CRN DIV-REGION-DIST
NAME/ADDRESS ACCOUNT WITH BANK
JP MORGAN CHASE BANK N.A.
241 N CENTRAL AVENUE/P.O. BOX 71
PHOENIX, ARIZONA 85004-2267

ULTIMATE BENEFICIARY

BANK TO BANK INFORMATION

DETAILS OF PAYMENT
PERSONAL: JAMES PIERON

IMAD : 20070212B1Q8154C006313 XREF TRNS :
OMAD :
INSERTED TIME 02.18.01.25 DATE 2007-02-12
VERIFIED TIME 02.18.01.25 DATE 2007-02-12
PRE/EARLY ADV
FUNDS RLSE TM 14.57.21.54 DATE 2007-02-12
--- DOCUMENTS --- --DE- VR1--VR2--SRV-- -TYPE-----CART-----FRAME--
SRCE
FTJRN

--CAN--RRTE--



1 " (Information Classification: Highly Confidential)

```
PAYMT TRN  FTS0702202807000    FT STATUS COM       EXCEPTION        -
DR PARTY 8033342099            TYP   CAS      INSTR DT 2007-02-20  ADVISE BY
          AMOUNT          15440.00   USD      VALUE DT 2007-02-20  MSG CHG
          COMM CHG             FUNDS S        POST DT              CBL AMT
          CRN       Y3N2005002A90001          DIV-REGION-DIST
NAME/ADDRESS                                  ORDERING CUSTOMER
CREDIT SUISSE                                 JDFX FUND MANAGEMENT LTD
PARADEPLATZ 8                                 COLUMBUS CENTER 1ST FLOOR
P.O. BOX 600                                  VG-TORTOLA-BRITISH VIRGIN ISLANDS
CH-8070 ZURICH, SWITZERLAND                   VIRGIN ISLANDS (BRIT)
                                              ORDERING BANK
                                              ABIC/CRESCHZZ80A

CR/PAY   0072000915            TYP   ABA      INSTR DT 2007-02-20  ADVISE BY
          AMOUNT          15420.00   USD      VALUE DT 2007-02-20  MSG CHG
          COMM CHG             FUNDS S        POST DT              CBL AMT
          CRN                                 DIV-REGION-DIST
NAME/ADDRESS                                  ACCOUNT WITH BANK
NATIONAL CITY BANK                            NATIONAL CITY BANK
4111 WOODWARD AVE                             BRIGHTON WEST
P O BOX 2659                                  8130 WEST GRAND RIVER
DETROIT MICHIGAN 48231                        BRIGHTON, MI 48114
ULTIMATE BENEFICIARY
[REDACTED]

DETAILS OF PAYMENT
QUALITY SYSTEMS ENGINEERING RISK   MMGT. SOFTWARE LLC.

IMAD : 20070220B1Q8151C006570                               XREF TRNS :
OMAD :                                                      SANDRA WERWEGA
INSERTED TIME    09.58.33.93        DATE    2007-02-20
VERIFIED TIME    11.39.05.84        DATE    2007-02-20       CREEK LANE BR
PRE/EARLY ADV                                               IGHTON, MI  4811
FUNDS RLSE TM    13.15.05.22        DATE    2007-02-20      4-6907
  --- DOCUMENTS ---       --DE--VR1--VR2--SRV--          -TYPE-----CART-----FRAME--
                                T9AB JBR4                SRCE
                                                         FTJRN
                          --CAN--RRTE--
```

1 " (Information Classification: Highly Confidential)

```
PAYMT TRN  FTS0703286680400     FT STATUS COM       EXCEPTION
DR PARTY 8033342099             TYP    CAS     INSTR DT 2007-03-28  ADVISE BY
          AMOUNT         10120.26      USD     VALUE DT 2007-03-28  MSG CHG
          COMM CHG                FUNDS S      POST DT              CBL AMT
          CRN        Y3N2008700320001          DIV-REGION-DIST
NAME/ADDRESS                                   ORDERING CUSTOMER
CREDIT SUISSE                                  JDFX FUND MANAGEMENT LTD
PARADEPLATZ 8                                  COLUMBUS CENTER 1ST FLOOR
P.O. BOX 600                                   VG-TORTOLA-BRITISH VIRGIN ISLANDS
CH-8070 ZURICH, SWITZERLAND                    VIRGIN ISLANDS (BRIT)
                                               ORDERING BANK
                                               ABIC/CRESCHZZ80A


CR/PAY   0072000915             TYP    ABA     INSTR DT 2007-03-28  ADVISE BY
          AMOUNT         10120.26      USD     VALUE DT 2007-03-28  MSG CHG
          COMM CHG                FUNDS S      POST DT              CBL AMT
          CRN                                  DIV-REGION-DIST
NAME/ADDRESS                                   ACCOUNT WITH BANK
NATIONAL CITY BANK
4111 WOODWARD AVE
P O BOX 2659
DETROIT MICHIGAN 48231
ULTIMATE BENEFICIARY


BANK TO BANK INFORMATION
/ACC/PHONE: 248-691-3365          //FFC
//NATIONAL CITY                   //225 SOUTH MAIN STREET
//ROYAL OAK, MI 48067

DETAILS OF PAYMENT
MARKETING AND ADVERTISING KOMPLIQUE SA

IMAD : 20070328B1Q8152C003754                             XREF TRNS :
OMAD :
INSERTED TIME     06.59.34.37          DATE     2007-03-28
VERIFIED TIME     11.22.38.00          DATE     2007-03-28
PRE/EARLY ADV
FUNDS RLSE TM     11.22.38.00          DATE     2007-03-28
  --- DOCUMENTS ---       --DE--VR1--VR2--SRV--          -TYPE-----CART--- -FRAME--
                              T9AB                       SRCE
                                                         FTJRN
                          --CAN--RRTE--
```

1 " (Information Classification: Highly Confidential)

```
PAYMT TRN  CIA0705022664700     FT STATUS COM        EXCEPTION
DR PARTY 0000216659             TYP    GLA      INSTR DT 2007-05-02  ADVISE BY
          AMOUNT         65115.00      USD      VALUE DT 2007-04-26  MSG CHG
          COMM CHG                 FUNDS S      POST DT              CBL AMT
          CRN       FDF0704261354400            DIV-REGION-DIST
NAME/ADDRESS                                    ORDERING CUSTOMER
BANK OF NEW YORK, NYC                           JDFX FUND MANAGEMENT LTD
CSFB RETURN OF FUNDS                            COLUMBUS CENTER 1ST FLOOR
                                                VG-TORTOLA-BRITISH VIRGIN ISLANDS
                                                VIRGIN ISLANDS (BRIT)
                                                ORDERING BANK
                                                CREDIT SUISSE
                                                PARADEPLATZ 8
                                                P.O. BOX 600
                                                CH-8070 ZURICH, SWITZERLAND
CR/PAY   0272478075             TYP    ABA      INSTR DT 2007-05-02  ADVISE BY
          AMOUNT         65115.00      USD      VALUE DT 2007-05-02  MSG CHG
          COMM CHG                 FUNDS S      POST DT              CBL AMT
          CRN                                   DIV-REGION-DIST
NAME/ADDRESS                                    ACCOUNT WITH BANK
CENTRAL CREDIT UNION OF MICHIGAN                ABA$272480063
SOUTHFIELD, MICHIGAN  48037                     FAMILY COMMUNITY CU
                                                1149 E BRISTOL RD
                                                BURTON, MI 48529 1197

ULTIMATE BENEFICIARY

                              //INCOMING SENDERS REFERENCE

DETAILS OF PAYMENT
LOAN PAYBACK INCL INTEREST

IMAD : 20070502B1Q8134C005849                                   XREF TRNS :
OMAD :                                                          MERRY HURT
INSERTED TIME    14.23.19.78        DATE    2007-05-02
VERIFIED TIME    14.23.16.78        DATE    2007-05-02            FENTON, MI
PRE/EARLY ADV
FUNDS RLSE TM    14.23.18.82        DATE    2007-05-02
 --- DOCUMENTS ---         --LE--VR1--VR2--SRV--            -TYPE----CART-----FRAME--
                           PAEN  BAL4                       SRCE
                                                            FTURN
                           --CAN--RRTE--
```

1 " (Information Classification: Highly Confidential)

PAYMT TRN FTS0704269464700 FT STATUS COM EXCEPTION -
DR PARTY 8033342099 TYP CAS INSTR DT 2007-04-26 ADVISE BY
AMOUNT 65125.00 USD VALUE DT 2007-04-26 MSG CHG
COMM CHG · FUNDS S POST DT CBL AMT
CRN Y3N2011503510001 DIV-REGION-DIST
NAME/ADDRESS ORDERING CUSTOMER
CREDIT SUISSE JDFX FUND MANAGEMENT LTD
PARADEPLATZ 8 COLUMBUS CENTER 1ST FLOOR
P.O. BOX 600 VG-TORTOLA-BRITISH VIRGIN ISLANDS
CH-8070 ZURICH, SWITZERLAND VIRGIN ISLANDS (BRIT)
ORDERING BANK
ABIC/CRESCHZZ80A

CR/PAY · 0272478075 TYP ABA INSTR DT 2007-04-26 ADVISE BY
AMOUNT 65125.00 USD VALUE DT 2007-04-26 MSG CHG
COMM CHG FUNDS S POST DT CBL AMT
CRN DIV-REGION-DIST
NAME/ADDRESS ACCOUNT WITH BANK
CENTRAL CREDIT UNION OF MICHIGAN
SOUTHFIELD, MICHIGAN 48037

ULTIMATE BENEFICIARY

BANK TO BANK INFORMATION

DETAILS OF PAYMENT
LOAN PAYBACK (INCL. INTEREST)

IMAD : 20070426B1Q8153C006778 XREF TRNS :
OMAD :
INSERTED TIME 08.06.55.57 DATE 2007-04-26
VERIFIED TIME 08.06.55.57 DATE 2007-04-26
PRE/EARLY ADV
FUNDS RLSE TM 15.47.03.41 DATE 2007-04-26
--- DOCUMENTS --- --DE--VR1--VR2--SRV-- -TYPE-----CART-----FRAME--
SRCE
FTJRN

--CAN--RRTE--

1 " (Information Classification: Highly Confidential)

```
PAYMT TRN  FTS0706065498300     FT STATUS COM        EXCEPTION          ~
DR PARTY 8033342099             TYP    CAS       INSTR DT 2007-06-06  ADVISE BY
          AMOUNT         10180.00      USD       VALUE DT 2007-06-06  MSG CHG
          COMM CHG                FUNDS S        POST DT              CBL AMT
          CRN       Y3N20157002P0001             DIV-REGION-DIST
NAME/ADDRESS                                     ORDERING CUSTOMER
CREDIT SUISSE                                    JDFX FUND MANAGEMENT LTD
PARADEPLATZ 8                                    COLUMBUS CENTER 1ST FLOOR
P.O. BOX 600                                     VG-TORTOLA-BRITISH VIRGIN ISLANDS
CH-8070 ZURICH, SWITZERLAND                      VIRGIN ISLANDS (BRIT)
                                                 ORDERING BANK
                                                 ABIC/CRESCHZZ80A

CR/PAY   0042000314             TYP    ABA       INSTR DT 2007-06-06  ADVISE BY
          AMOUNT         10180.00      USD       VALUE DT 2007-06-06  MSG CHG
          COMM CHG                FUNDS S        POST DT              CBL AMT
          CRN                                    DIV-REGION-DIST
NAME/ADDRESS                                     ACCOUNT WITH BANK
FIFTH THIRD BANK                                 53RD BANK
ATT MONEY DESK                                   8384 W. GRAND RIVER
38 FOUNTAIN SQ PLAZA                             BRIGHTON, MI 48116
CINCINNATI, OHIO  45263
ULTIMATE BENEFICIARY
[REDACTED]

DETAILS OF PAYMENT
LOAN RE-PAYMENT

IMAD : 20070606B1Q8154C002669                              XREF TRNS :
OMAD :                                                     JACK PIERON
INSERTED TIME    05.51.36.11       DATE    2007-06 06
VERIFIED TIME    10.40.02.94       DATE    2007-06-06           HARTLAND, MI
PRE/EARLY ADV
FUNDS RLSE TM    10.40.02.95       DATE    2007-06-06
  --- DOCUMENTS ---        --DE--VR1--VR2- SRV--           -TYPE-----CART-----FRAME--
                                MPNS KPRC                  SRCE.
                                                           FTJRN
                           --CAN--RRTE--
```