UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
|---|---|
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| JAMES D. PIERON, JR., | |
| Defendant. | |
| _____/ | |

**ADDITIONAL EXHIBIT FOR INTENDED TAX LOSS HEARING**

| Gov. Ex. No. | Description | Docket No. | PgId No. |
|---|---|---|---|
| 214 | Power of Attorney | | attached |

The government anticipates using the exhibit listed above during the intended tax loss hearing in this case. A different exhibit was erroneously filed as government exhibit 214 earlier today.

Respectfully submitted,

Date: November 8, 2019

Matthew Schneider
United States Attorney

s/Jules M. DePorre
Jules M. DePorre (P73999)
Assistant U. S. Attorney
600 Church Street
Flint, Michigan 48502-1280
(810) 766-5026
jules.deporre@usdoj.gov

s/Janet L. Parker
Janet L. Parker (P34931)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
janet.parker2@usdoj.gov

Certificate of Service

    On November 8, 2019, I filed the attached list of government exhibits via ECF. Counsel of record will automatically be served via the ECF system.

<u>s/Janet L. Parker</u>