| Form **8821** (Rev. April 2004) Department of the Treasury Internal Revenue Service | **Tax Information Authorization** ▶ Do not use this form to request a copy or transcript of your tax return. Instead, use Form 4506 or Form 4506-T. | OMB No. 1545-1165 **For IRS Use Only** Received by: Name _____ Telephone (   ) Function _____ Date   /   / |

**1  Taxpayer information.** Taxpayer(s) must sign and date this form on line 7.

| Taxpayer name(s) and address (type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| James Dayton Pieron<br>112 Universitatstrasse<br>Zurich, Switzerland 8006 | ▓▓▓▓▓ : 2111 | |
| | Daytime telephone number<br>( ▓▓▓▓▓ ) | Plan number (if applicable) |

**2  Appointee.** If you wish to name more than one appointee, attach a list to this form.

| Name and address<br>**Chris Werwega**<br>▓▓▓▓▓▓▓<br>Spring Hill, FL. 34607 | CAF No. ............................................<br>Telephone No. ▓▓▓▓▓▓....................<br>Fax No. ▓▓▓▓▓▓.............................<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

**3  Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line. Do not use Form 8821 to request copies of tax returns.

| (a)<br>Type of Tax<br>(Income, Employment, Excise, etc.)<br>or Civil Penalty | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s)<br>(see the instructions for line 3) | (d)<br>Specific Tax Matters (see instr.) |
|---|---|---|---|
| Income Tax | 1040, 1099, W-2's | 1998 - 2007 | Balance Due, Tax Liability |
| | | | |
| | | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions on page 3. If you check this box, skip lines 5 and 6  . ▶ ☐

**5  Disclosure of tax information** (you **must** check a box on line 5a or 5b unless the box on line 4 is checked):

  **a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑

  **b** If you do not want any copies of notices or communications sent to your appointee, check this box  . . . . . ▶ ☐

**6  Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed on line 3 above unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you **must** attach a copy of any authorizations you want to remain in effect **and** check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

To revoke this tax information authorization, see the instructions on page 3.

**7  Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods on line 3 above.

▶ **IF NOT SIGNED AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

| [signature redacted] | 08-JUL-08 | | |
|---|---|---|---|
| Signature | Date | Signature | Date |
| **James Dayton Pieron** | | | |
| Print Name | Title (if applicable) | Print Name | Title (if applicable) |
| ☐ ☐ ☐ ☐ ☐  PIN number for electronic signature | | ☐ ☐ ☐ ☐ ☐  PIN number for electronic signature | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.       Cat. No. 11596P       Form **8821** (Rev. 4-2004)



GOVERNMENT EXHIBIT 214