UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| JAMES D. PIERON, JR., | |
| Defendant. | |
| _____/ | |

**Government's Unopposed Motion to Seal or Strike Exhibit**

For the reasons discussed below, the government moves, with the concurrence of defense counsel, to seal or strike an erroneously filed exhibit.

Brief

As directed by the court, on November 7, 2019, the government filed its fourth supplemental brief regarding intended tax loss. That brief was docketed as R. 131, along with attached exhibits. One of the exhibits, a power of attorney marked as Govt. ex 214, was erroneously filed without redacting the defendant's social security number. The next day, November 8, 2019, the government refiled the exhibit with redactions. The redacted exhibit has been docketed as part of R. 134.

Accordingly, the government asks to court to seal or remove from the public record the exhibit docketed as **R. 131-6 at PgId 2929**.

|  | Respectfully submitted, |
|---|---|
| Date: November 12, 2019 | Matthew Schneider<br>United States Attorney |
| s/Jules M. DePorre<br>Jules M. DePorre (P73999)<br>Assistant U. S. Attorney<br>600 Church Street<br>Flint, Michigan 48502-1280<br>(810) 766-5026<br>jules.deporre@usdoj.gov | s/Janet L. Parker<br>Janet L. Parker (P34931)<br>Assistant U.S. Attorney<br>101 First Street, Suite 200<br>Bay City, MI 48708<br>(989) 895-5712<br>janet.parker2@usdoj.gov |

Certificate of Service

On November 12, 2019, I filed the above document via ECF. Counsel of record will automatically be served via the ECF system.

s/Janet L. Parker