UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                      Case No. 1:18–cr–20489–TLL–PTM
                                        Hon. Thomas L. Ludington

James D. Pieron, Jr,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: James D. Pieron, Jr

The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- EVIDENTIARY HEARING: December 3, 2019 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

           By: s/K Winslow
                 Case Manager

Dated: November 14, 2019