UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,           Case No. 18-20489

v                                      Honorable Thomas L. Ludington

JAMES D. PIERON, JR.,

            Defendant.
_____/

**ORDER GRANTING MOTION TO SEAL OR STRIKE EXHIBIT**

On July 18, 2018, an indictment was returned against Defendant James D. Pieron for tax evasion. ECF No. 1. On March 7, 2019, a jury found Defendant guilty of the offense.

On November 7, 2019, the Government filed a "Fourth Supplemental Brief on Tax-Loss Issues." ECF No. 131. One of the exhibits is titled "Tax Information Authorization" and lists Defendant's Social Security number. ECF No. 131-6. The Government subsequently filed the exhibit again, redacting Defendant's Social Security number and other identifying information. ECF No. 134-1. The Government then filed a motion to strike the original exhibit containing Defendant's Social Security number. ECF No. 135. The Government represented that Defendant did not oppose the motion.

Accordingly, it is **ORDERED** that the Government's motion to seal or strike the exhibit, ECF No. 135, is **GRANTED**.

- 2 -

It is further **ORDERED** that the copy of the Government's exhibit "Tax Information Authorization" attached to the Government's "Fourth Supplemental Brief on Tax-Loss Issues," ECF No. 131-6, is **STRICKEN**.

Dated: November 19, 2019                              s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge