**Parker, Janet (USAMIE)**

| | |
|---|---|
| **From:** | Hurford, Patrick J. <PHurford@honigman.com> |
| **Sent:** | Friday, November 22, 2019 4:37 PM |
| **To:** | DePorre, Jules (USAMIE); Parker, Janet (USAMIE) |
| **Cc:** | Pendery, Mark S.; Duggan, Shannon C. |
| **Subject:** | US v. Pieron |
| **Attachments:** | Hurford Declaration.pdf |

Jules and Janet,

██████████████████████████████████████████████

In addition, please find the attached declaration concerning SA Hollabaugh's testimony.

Patrick J. Hurford

**HONIGMAN LLP**
O  313.465.7382
phurford@honigman.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please delete it and notify the sender of the error.



GOVERNMENT
EXHIBIT
216

1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. PIERON, JR.,<br><br>Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington |

## AFFIDAVIT IN SUPPORT OF PIERON'S SUBPOENA FOR THE TESTIMONY OF IRS SPECIAL AGENT HOLLABAUGH

I, Patrick Hurford, hereby certify under penalty of perjury, that the following is true and correct and within my personal knowledge:

1. I am over the age of 18, have personal knowledge of all facts contained in this affidavit and am competent to testify as a witness to those facts.

2. I am an attorney admitted to practice in the Eastern District of Michigan.

3. I represent Defendant James D. Pieron, Jr. in connection with the above-captioned action. Mr. Pieron was found guilty on one count of evasion of payment of a federal income tax liability for tax years 2008 and 2009.

4. In connection with Mr. Pieron's tax loss hearing, scheduled for December 3, 2019 at 9:00 a.m. before the Honorable Judge Thomas L. Ludington,

Mr. Pieron subpoenaed IRS Special Agent Scott Hollabaugh, the lead case agent, to testify. The government has not moved to quash this subpoena.

5. Mr. Pieron specifically seeks to elicit testimony related to SA Hollabaugh's findings that (1) $10,000,000 in capital gains should have been reported by Mr. Pieron 2007, not 2008 and (2) bank records show wire transfers to Mr. Pieron for $10,000,000 in capital gains in 2007. (See July 18, 2018 Transcript at pp. 13–15, at Tab 18 in Mr. Pieron's Tax Loss Hearing exhibit binder.)

6. SA Hollabaugh's testimony is highly relevant to Mr. Pieron's tax loss hearing; as noted in previous briefing, the government urged the jury and this Court to accept Mr. Pieron's 2008 and 2009 tax returns as true.

7. SA Hollabaugh's testimony is thus material to determining Mr. Pieron's criminal liability, if any.

8. The testimony Mr. Pieron seeks to elicit from SA Hollabaugh is not reasonably available from any other source.

                                        Respectfully submitted,

                                        /s/ Patrick J. Hurford
                                        Patrick J. Hurford
                                        Mark S. Pendery
                                        Honigman LLP
                                        660 Woodward Ave.
                                        Detroit, MI 48226
                                        (313) 465-7000
                                        phurford@honigman.com

Dated: November 22, 2019

32905366.1
32905366.1