UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Thomas L. Ludington |
| v. | United States District Judge |
| JAMES D. PIERON, JR., | |
| Defendant. | |
| _____/ | |

## GOVERNMENT'S SUPPLEMENTAL INTENDED TAX LOSS EXHIBITS

The attached government exhibits were received by the court during the intended tax loss hearings, in addition to the government's previously filed exhibits.

| | |
|---|---|
| Date: January 22, 2020 | Matthew Schneider<br>United States Attorney |
| s/Jules M. DePorre<br>Jules M. DePorre (P73999)<br>Assistant U. S. Attorney<br>600 Church Street<br>Flint, Michigan 48502-1280<br>(810) 766-5026<br>jules.deporre@usdoj.gov | s/Janet L. Parker<br>Janet L. Parker (P34931)<br>Assistant U.S. Attorney<br>101 First Street, Suite 200<br>Bay City, MI 48708<br>(989) 895-5712<br>janet.parker2@usdoj.gov |

Certificate of Service

On January 22, 2020, I filed this pleading and the attached exhibits via the court's ECF system, which will automatically serve counsel of record.

s/Janet L. Parker