EXHIBIT LIST
*United States v. James D. Pieron, Jr.*
18-CR-20489

Govt. ex 66      2007-2010 Spreadsheet re: Capital Gains and Expenditures to AHP

Govt. ex 220    Deutsche Bank letter to JDFX Fund Management, 18 Dec. 2009

Govt. ex 221    Pieron email to Pavlik, Nov. 3, 2011, with Pavlik "claim of right" email, Dec. 22, 2010

Govt. ex 222    Pieron-Pavlik email exchange regarding stock sale: Pieron Nov. 12, 2011 response to Pavlik Nov. 7, 2011 questions

Govt. ex 223    JDFX Holdings stock certificate to Market Shot dated June 1, 2009, attachment to Govt. ex 222

Govt. ex 224    Proxy agreement, JDFX Holdings-Market Shot, Sept. 26, 2007, attachment to Govt. ex 222

Govt. ex 225    Pieron Nov. 26, 2011 email sending Govt. ex 204 (letter) to Pavlik