| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center (JDFX) | Komplique Loan | Komplique Cash | IB Tech | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01.07.2007 | Opening Balance | | | | | | | | | | | | $306.43 |
| 12.04.2007 | CI / JDFX Holding / 20% Sale (2008 Close) | | | $300,000.00 | | | | | | | | | $300,306.43 |
| 19.04.2007 | FX Sale | | | | | | | | | | -$207,279.66 | | $93,026.77 |
| 11.05.2007 | Cash ZRH | | -$20,200.00 | | | | | | | | | | $72,826.77 |
| 11.05.2007 | Private / Investor Relations - LVPH | -$50,000.00 | | | | | | | | | | | $22,826.77 |
| 28.05.2007 | JDFX Cash / EUR Withdrawal - Germany Business | | | | | -$1,378.52 | | | | | | | $21,448.25 |
| 01.07.2007 | JDFX Cash / GBP Withdrawal - London Business | | | | | -$2,098.25 | | | | | | | $19,350.00 |
| 02.07.2007 | CI / Booked Directly - BD - Not on Statement - 20% Sale (2008 Close) | | | $1,700,000.00 | | | | | | | | | $1,719,350.00 |
| 02.07.2007 | JDFX Loan / BD - Not on Statement | | | | -$1,700,000.00 | | | | | | | | $19,350.00 |
| 02.07.2007 | CI / JDFX Holding / 20% Sale (2008 Close) | | | $8,000,000.00 | | | | | | | | | $8,019,350.00 |
| 03.07.2007 | CI / Trading Investment 1 - Opening | | | -$7,500,000.00 | | | | | | | | | $519,350.00 |
| 10.07.2007 | Bank Fee | | | | | | | | | | | -$16.69 | $519,333.31 |
| 10.07.2007 | Private / HHS Donation | -$10,000.00 | | | | | | | | | | | $509,333.31 |
| 12.07.2007 | Bank Fee | | | | | | | | | | | -$16.86 | $509,316.45 |
| 12.07.2007 | Private / Dell Credit Line | -$2,334.00 | | | | | | | | | | | $506,982.45 |
| 12.07.2007 | CI / Reducing Trading Investment 1 (7.5M to 6.5M) | | | $1,000,000.00 A | | | | | | | | | $1,506,982.45 |
| 12.07.2007 | JDFX Cash / Jack Pieron's Salary | | | | | -$21,034.92 | | | | | | | $1,485,947.53 |
| 23.07.2007 | Private / 50% of Company Car (Tschopp Finance) | -$41,895.30 | | | | | | | | | | | $1,444,052.23 |
| 24.07.2007 | JDFX Loan | | | | -$1,000,000.00 | | | | | | | | $444,052.23 |
| 30.07.2007 | Cash ZRH | | -$10,100.00 | | | | | | | | | | $433,952.23 |
| 30.07.2007 | Bank Fee | | | | | | | | | | | -$16.86 | $433,935.37 |
| 30.07.2007 | JDFX Cash / Jack Pieron | | | | | -$9,500.00 | | | | | | | $424,435.37 |
| 31.07.2007 | Bank Fee | | | | | | | | | | | -$25.47 | $424,409.90 |
| 02.08.2007 | Bank Fee | | | | | | | | | | | -$16.81 | $424,393.09 |
| 02.08.2007 | JDFX Cash / Jack Pieron | | | | | -$8,500.00 | | | | | | | $415,893.09 |
| 15.08.2007 | JDFX Cash / Matt Hammer | | | | | -$7,500.00 | | | | | | | $408,393.09 |
| 15.08.2007 | Private / Schmidt / Landlord 6 months. | -$12,537.72 | | | | | | | | | | | $395,855.37 |
| 31.08.2007 | Bank Fee | | | | | | | | | | | -$8.65 | $395,846.72 |
| 03.09.2007 | JDFX Cash / EUR Withdrawal / Germany Business | | | | | -$6,964.51 | | | | | | | $388,882.21 |
| 24.09.2007 | Bank Fee | | | | | | | | | | | -$17.31 | $388,864.90 |
| 24.09.2007 | Komplique Cash / Consulting - Pires | | | | | | | | -$30,000.00 | | | | $358,864.90 |
| 28.09.2007 | Bank Fee | | | | | | | | | | | -$17.30 | $358,847.60 |
| 28.09.2007 | JDFX Cash / Jeff Vadasz | | | | | -$20,000.00 | | | | | | | $338,847.60 |
| 28.09.2007 | Bank Fee | | | | | | | | | | | -$8.66 | $338,838.94 |
| 04.10.2008 | Komplique Loan | | | | | | | -$100,000.00 | | | | | $238,838.94 |
| 15.10.2007 | Cash ZRH | | -$10,100.00 | | | | | | | | | | $228,738.94 |
| 19.10.2007 | Bank Fee | | | | | | | | | | | -$17.31 | $228,721.63 |
| 19.10.2007 | Komplique Cash / CHF - Advert. Casting | | | | | | | | -$15,000.00 | | | | $213,721.63 |
| 19.10.2007 | JDFX Cash / Jeff Vadasz | | | | | -$30,000.00 | | | | | | | $183,721.63 |
| 31.10.2007 | Bank Fee | | | | | | | | | | | -$17.46 | $183,704.17 |
| 31.10.2007 | JDFX Cash / Christine Phillips | | | | | -$1,000.00 | | | | | | | $182,704.17 |
| 31.10.2007 | Bank Fee | | | | | | | | | | | -$8.99 | $182,695.18 |
| 05.11.2007 | Bank Fee | | | | | | | | | | | -$17.55 | $182,677.63 |
| 05.11.2007 | Komplique Cash / Consulting - Pires | | | | | | | | -$25,000.00 | | | | $157,677.63 |
| 08.11.2007 | Bank Fee | | | | | | | | | | | -$17.87 | $157,659.76 |
| 08.11.2007 | Private / Christine Phillips - via JP SR - Jeep | -$4,000.00 | | | | | | | | | | | $153,659.76 |
| 08.11.2007 | Komplique Cash / CHF - Castings | | | | | | | | -$17,871.50 | | | | $135,788.26 |
| 09.11.2007 | JDFX Cash / EUR Withdrawal - Germany Business | | | | | -$1,511.89 | | | | | | | $134,276.37 |
| 09.11.2007 | JDFX Cash / Jack Pieron | | | | | -$18,035.89 | | | | | | | $116,240.48 |
| 16.11.2007 | Private / CHF Card | -$9,027.63 | | | | | | | | | | | $107,212.85 |
| 20.11.2007 | FX Sale | | | | | | | | | | -$20,000.00 | | $87,212.85 |
| 21.11.2007 | Private / CP | -$20,000.00 | | | | | | | | | | | $67,212.85 |
| 23.11.2007 | CI / Reducing Trading Investment 1 (6.5M to 1.5M) | | | $5,000,000.00 A | | | | | | | | | $5,067,212.85 |
| 23.11.2007 | JDFX Cash / Jack Pieron | | | | | -$15,000.00 | | | | | | | $5,052,212.85 |
| 23.11.2007 | CI / Investment - Trading Investment 2 | | | -$2,500,000.00 B | | | | | | | | | $2,552,212.85 |
| 08.11.2007 | Bank Fee | | | | | | | | | | | -$18.43 | $2,552,194.42 |
| 27.11.2007 | Komplique Cash / RCCL - Photoshoot | | | | | | | | -$75,000.00 | | | | $2,477,194.42 |
| 23.11.2007 | JDFX Cash / Jack Pieron | | | | | -$15,000.00 | | | | | | | $2,462,194.42 |
| 30.11.2007 | Bank Fee | | | | | | | | | | | -$31.75 | $2,462,162.67 |
| 30.11.2007 | Bank Fee / CC Statements | | | | | | | | | | | -$125.00 | $2,462,037.67 |
| 12.12.2007 | Komplique Loan | | | | | | | -$100,000.00 | | | | | $2,362,037.67 |
| 17.12.2007 | Bank Fee | | | | | | | | | | | -$17.55 | $2,362,020.12 |
| 17.12.2007 | JDFX Cash / Christine Phillips | | | | | -$5,000.00 | | | | | | | $2,357,020.12 |

Handwritten annotations:
- $10,000,000
- ΣA  1,046,617.10
- ΣB  (682,754.16)

GOVERNMENT EXHIBIT 66

00709

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18.12.2007 | Komplique Cash / CHF - Photo Shoot 07 | | | | | | | | -$5,050.00 | | | $2,351,970.12 |
| 18.12.2007 | Komplique Loan | | | | | | | -$100,000.00 | | | | $2,251,970.12 |
| 24.12.2007 | Komplique Cash / USD - Photo Shoot 07 | | | | | | | | -$20,200.00 | | | $2,231,770.12 |
| 24.12.2007 | Komplique Loan | | | | | | | -$200,000.00 | | | | $2,031,770.12 |
| 31.12.2007 | Bank Fee | | | | | | | | | | -$37.12 | $2,031,733.00 |
| | 2007 TOTAL | -$149,794.65 | -$40,400.00 | $6,000,000.00 | -$2,700,000.00 | -$162,523.98 | | -$500,000.00 | -$188,121.50 | -$227,279.66 | -$453.64 | $2,031,733.00 |

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -$145,794.65 | -$40,400.00 | $6,300,000.00 | -$3,000,000.00 | -$166,523.98 | | -$500,000.00 | -$188,121.50 | -$227,279.66 | -$453.64 | $2,031,733.00 |
| 01.01.2008 | Opening Balance | | | | | | | | | | | $2,031,733.00 |
| 11.01.2008 | Komplique Cash / CHF - Photo Shoot 07 | | | | | | | | -$18,357.04 | | | $2,013,375.96 |
| 22.01.2008 | Bank Fee | | | | | | | | | | -$18.37 | $2,013,357.59 |
| 22.01.2008 | JDFX Cash / Jeff Vadasz | | | | | -$35,000.00 | | | | | | $1,978,357.59 |
| 23.01.2008 | Private / Schmidt - Landlord 6 months | -$16,628.64 | | | | | | | | | | $1,961,728.95 |
| 24.01.2008 | FX Sale | | | | | | | | | -$250,000.00 | | $1,711,728.95 |
| 31.01.2008 | Bank Fee | | | | | | | | | | -$4.97 | $1,711,723.98 |
| 04.02.2008 | CI / Closing Trading 1 Investment | | | $2,546,617.10 A | | | | | | | | $4,258,341.08 |
| 08.02.2008 | Bank Fee | | | | | | | | | | -$18.32 | $4,258,322.76 |
| 08.02.2008 | Bank Fee | | | | | | | | | | -$18.35 | $4,258,304.41 |
| 08.02.2008 | Private / Business Loan - Alfred Richards | -$500.00 | | | | | | | | | | $4,257,804.41 |
| 08.02.2008 | Private / Investor Relations - LVW | -$100,000.00 | | | | | | | | | | $4,157,804.41 |
| 08.02.2008 | JDFX Loan | | | | -$1,000,000.00 | | | | | | | $3,157,804.41 |
| 11.02.2008 | Cash ZRH | | -$10,100.00 | | | | | | | | | $3,147,704.41 |
| 11.02.2008 | Card Center | | | | | | -$100,000.00 | | | | | $3,047,704.41 |
| 29.02.2008 | Bank Fee | | | | | | | | | | -$10.28 | $3,047,694.13 |
| 10.03.2008 | Bank Fee | | | | | | | | | | -$19.81 | $3,047,674.32 |
| 10.03.2008 | JDFX Cash / Jack Pieron | | | | | -$100,000.00 | | | | | | $2,947,674.32 |
| 10.03.2008 | Card Center | | | | | | -$100,000.00 | | | | | $2,847,674.32 |
| 10.03.2008 | Private / Loan to JDFX - DB Margin Call | -$1,000,000.00 | | | | | | | | | | $1,847,674.32 |
| 31.03.2008 | Bank Fee | | | | | | | | | | -$10.55 | $1,847,663.77 |
| 02.04.2008 | JDFX Cash / GBP Withdrawal - London Business | | | | | -$4,085.49 | | | | | | $1,843,578.28 |
| 08.04.2008 | Card Center | | | | | | -$100,000.00 | | | | | $1,743,578.28 |
| 30.04.2008 | Cash ZRH | | -$10,100.00 | | | | | | | | | $1,733,478.28 |
| 30.04.2008 | Bank Fee | | | | | | | | | | -$0.29 | $1,733,477.99 |
| 06.05.2008 | Bank Fee | | | | | | | | | | -$19.26 | $1,733,458.73 |
| 06.05.2008 | Komplique Loan | | | | | | | -$100,000.00 | | | | $1,633,458.73 |
| 06.05.2008 | Private / Loan to JDFX - DB Margin Call | -$1,250,000.00 | | | | | | | | | | $383,458.73 |
| 30.05.2008 | Bank Fee | | | | | | | | | | -$5.14 | $383,453.59 |
| 11.06.2008 | Bank Fee | | | | | | | | | | -$19.49 | $383,434.10 |
| 11.06.2008 | Private / Father | -$50,000.00 | | | | | | | | | | $333,434.10 |
| 18.06.2008 | Bank Fee | | | | | | | | | | -$19.38 | $333,414.72 |
| 18.06.2008 | Private / CP | -$75,000.00 | | | | | | | | | | $258,414.72 |
| 23.06.2008 | Private / Loan Payback from DB Margin Call | $1,000,000.00 | | | | | | | | | | $1,258,414.72 |
| 23.06.2008 | Private / Loan Payback from DB Margin Call | $1,250,000.00 | | | | | | | | | | $2,508,414.72 |
| 23.06.2008 | Bank Fee | | | | | | | | | | -$19.40 | $2,508,395.32 |
| 23.06.2008 | Private / Nathan Jenkins | -$1,000.00 | | | | | | | | | | $2,507,395.32 |
| 24.06.2008 | JDFX Loan | | | | -$500,000.00 | | | | | | | $2,007,395.32 |
| 30.06.2008 | Bank Fee | | | | | | | | | | -$15.21 | $2,007,380.11 |
| 03.07.2008 | Komplique Loan | | | | | | | -$200,000.00 | | | | $1,807,380.11 |
| 07.07.2008 | Bank Fee | | | | | | | | | | -$19.69 | $1,807,360.42 |
| 07.07.2008 | JDFX Cash / Trancontainer Transport Inc. | | | | | -$6,826.05 | | | | | | $1,800,534.37 |
| 08.07.2008 | Bank Fee | | | | | | | | | | -$19.70 | $1,800,514.67 |
| 08.07.2008 | Private / Mother | -$30,000.00 | | | | | | | | | | $1,770,514.67 |
| 17.07.2008 | Bank Fee | | | | | | | | | | -$19.93 | $1,770,494.74 |
| 17.07.2008 | Private / Ms. Bustamante | -$56,436.90 | | | | | | | | | | $1,714,057.84 |
| 21.07.2008 | Cash ZRH | | -$10,100.00 | | | | | | | | | $1,703,957.84 |
| 31.07.2008 | Bank Fee | | | | | | | | | | -$14.78 | $1,703,943.06 |
| 15.08.2008 | Komplique Loan | | | | | | | -$200,000.00 | | | | $1,503,943.06 |
| 20.08.2008 | Bank Fee | | | | | | | | | | -$18.45 | $1,503,924.61 |
| 20.08.2008 | JDFX Cash / Christine Phillips | | | | | -$4,000.00 | | | | | | $1,499,924.61 |
| 29.08.2008 | JDFX Loan | | | | -$500,000.00 | | | | | | | $999,924.61 |
| 29.08.2008 | Bank Fee | | | | | | | | | | -$5.16 | $999,919.45 |
| 13.10.2008 | JDFX Cash - EUR | | | | | -$15,360.09 | | | | | | $984,559.36 |
| 14.10.2008 | Card Center | | | | | | -$1,920.88 | | | | | $982,638.48 |

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20.10.2008 | Card Center | | | | | | -$100,000.00 | | | | | $882,638.48 |
| 27.10.2008 | Cash ZRH | | -$15,150.00 | | | | | | | | | $867,488.48 |
| 31.10.2008 | Bank Fee | | | | | | | | | | -$0.26 | $867,488.22 |
| 05.11.2008 | Komplique Loan | | | | | | | -$100,000.00 | | | | $767,488.22 |
| 07.11.2008 | Bank Fee | | | | | | | | | | -$17.22 | $767,471.00 |
| 07.11.2008 | Private / UK | -$3,392.04 | | | | | | | | | | $764,078.96 |
| 20.11.2008 | Private / Alfred Richards | -$30,000.00 | | | | | | | | | | $734,078.96 |
| 28.11.2008 | Bank Fee | | | | | | | | | | -$8.72 | $734,070.24 |
| 01.12.2008 | JDFX Loan Payback | | | | $2,150,000.00 | | | | | | | $2,884,070.24 |
| 01.12.2008 | JDFX Cash / Deposit BDB | | | | | -$2,500,000.00 | | | | | | $384,070.24 |
| 04.12.2008 | Bank Fee | | | | | | | | | | -$16.70 | $384,053.54 |
| 04.12.2008 | JDFX Cash / BDB Legal Council - GUY DIPIERRO | | | | | -$25,000.00 | | | | | | $359,053.54 |
| 15.12.2008 | Bank Fee | | | | | | | | | | -$17.36 | $359,036.18 |
| 15.12.2008 | Card Center | | | | | | -$2,584.44 | | | | | $356,451.74 |
| 15.12.2008 | Private / CP | -$10,000.00 | | | | | | | | | | $346,451.74 |
| 17.12.2008 | Cash ZRH | | -$10,100.00 | | | | | | | | | $336,351.74 |
| 18.12.2008 | CI / JDFX Holding - 15% Sale Part 1 (2009 Close) | | | $2,100,000.00 | | | | | | | | $2,436,351.74 |
| 18.12.2008 | Bank Fee | | | | | | | | | | -$19.30 | $2,436,332.44 |
| 18.12.2008 | JDFX Cash / Christine Phillips | | | | | -$5,000.00 | | | | | | $2,431,332.44 |
| 18.12.2008 | JDFX Loan | | | | -$500,000.00 | | | | | | | $1,931,332.44 |
| 31.12.2008 | Card Center | | | | | | -$100,000.00 | | | | | $1,831,332.44 |
| 31.12.2008 | Bank Fee | | | | | | | | | | -$49.00 | $1,831,283.44 |
| | **2008 TOTAL** | -$372,957.58 | -$55,550.00 | $4,646,617.10 | -$350,000.00 | -$2,695,271.63 | -$504,505.32 | -$600,000.00 | -$18,357.04 | -$250,000.00 | -$425.09 | |

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01.01.2009 | Opening Balance | | | | | | | | | | | $1,831,283.44 |
| 23.01.2009 | Komplique Loan | | | | | | | -$100,000.00 | | | | $1,731,283.44 |
| 26.01.2009 | CI / JDFX Holding - 15% Sale Part 2 (2009 Close) | | | $2,125,000.00 | | | | | | | | $3,856,283.44 |
| 30.01.2009 | Bank Fee | | | *$5,250,000* | | | | | | | -$0.26 | $3,856,283.18 |
| 18.02.2009 | JDFX Loan | | | | -$1,000,000.00 | | | | | | | $2,856,283.18 |
| 27.02.2009 | Bank Fee | | | | | | | | | | -$17.30 | $2,856,265.88 |
| 27.02.2009 | Private / TPG - JDFX Vendor | -$20,000.00 | | | | | | | | | | $2,836,265.88 |
| 27.02.2009 | Bank Fee | | | | | | | | | | -$4.61 | $2,836,261.27 |
| 12.03.2009 | Bank Fee | | | | | | | | | | -$17.07 | $2,836,244.20 |
| 12.03.2009 | Private / Christine Phillips | -$3,416.24 | | | | | | | | | | $2,832,827.96 |
| 17.03.2009 | Bank Fee | | | | | | | | | | -$34.29 | $2,832,793.67 |
| 17.03.2009 | Private / Alfred Richards | -$128,455.00 | | | | | | | | | | $2,704,338.67 |
| 24.03.2009 | Bank Fee | | | | | | | | | | -$18.08 | $2,704,320.59 |
| 24.03.2009 | Private / TPG - JDFX Vendor | -$35,000.00 | | | | | | | | | | $2,669,320.59 |
| 31.03.2009 | Bank Fee | | | | | | | | | | -$17.85 | $2,669,302.74 |
| 03.04.2009 | Bank Fee | | | | | | | | | | -$17.89 | $2,669,284.85 |
| 03.04.2009 | JDFX Cash / Jude Shipping | | | | | -$1,534.60 | | | | | | $2,667,750.25 |
| 08.04.2009 | Bank Fee | | | | | | | | | | -$17.73 | $2,667,732.52 |
| 08.04.2009 | Komplique Cash / Gordon Trask | | | | | | | | -$2,500.00 | | | $2,665,232.52 |
| 09.04.2009 | Komplique Loan | | | | | | | -$100,000.00 | | | | $2,565,232.52 |
| 14.04.2009 | Bank Fee | | | | | | | | | | -$17.81 | $2,565,214.71 |
| 14.04.2009 | Komplique Cash / Franklin Draw | | | | | | | | -$30,000.00 | | | $2,535,214.71 |
| 14.04.2009 | Private / Father | -$50,000.00 | | | | | | | | | | $2,485,214.71 |
| 14.04.2009 | Card Center | | | | | | -$100,000.00 | | | | | $2,385,214.71 |
| 17.04.2009 | Cash ZRH | | -$10,100.00 | | | | | | | | | $2,375,114.71 |
| 30.04.2009 | Bank Fee | | | | | | | | | | -$18.36 | $2,375,096.35 |
| 15.05.2009 | Komplique Loan | | | | | | | -$100,000.00 | | | | $2,275,096.35 |
| 26.05.2009 | CI / Booked Directly - BD - Not on Statement - 15% Sale Part 3 | | | $1,025,000.00 | | | | | | | | $3,300,096.35 |
| 26.05.2009 | JDFX Loan / BD - Not on Statement | | | | -$1,025,000.00 | | | | | | | $2,275,096.35 |
| 29.05.2009 | Bank Fee | | | | | | | | | | -$0.29 | $2,275,096.06 |
| 02.06.2009 | Bank Fee | | | | | | | | | | -$19.10 | $2,275,076.96 |
| 02.06.2009 | Private / Alfred Richards | -$9,000.00 | | | | | | | | | | $2,266,076.96 |
| 03.06.2009 | Komplique Loan | | | | | | | -$100,000.00 | | | | $2,166,076.96 |
| 03.06.2009 | Card Center | | | | | | -$100,000.00 | | | | | $2,066,076.96 |
| 08.06.2009 | Bank Fee | | | | | | | | | | -$18.55 | $2,066,058.41 |
| 08.06.2009 | IB Technologies / IB Tech Loan | | | | | | | | | -$100,000.00 | | $1,966,058.41 |
| 10.06.2009 | Bank Fee | | | | | | | | | | -$18.91 | $1,966,039.50 |
| 10.06.2009 | JDFX Cash / TransAtlantic Shipping | | | | | -$970.08 | | | | | | $1,965,069.42 |
| 17.06.2009 | JDFX Loan | | | | -$1,050,000.00 | | | | | | | $915,069.42 |
| 22.06.2009 | Bank Fee | | | | | | | | | | -$18.71 | $915,050.71 |

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22.06.2009 | Bank Fee | | | | | | | | | | -$18.75 | $915,031.96 |
| 22.06.2009 | IB Technologies / Jason Cooley | | | | | | | | -$20,000.00 | | | $895,031.96 |
| 22.06.2009 | JDFX Cash / Passport Travel | | | | | -$50,000.00 | | | | | | $845,031.96 |
| 25.06.2009 | JDFC Cash / Jack Pieron | | | | | -$12,000.00 | | | | | | $833,031.96 |
| 25.06.2009 | JDFX Loan | | | | -$75,000.00 | | | | | | | $758,031.96 |
| 30.06.2009 | JDFX Cash / TransAtlantic Shipping | | | | | 970.08 | | | | | | $759,002.04 |
| 30.06.2009 | JDFX Cash / TransAtlantic Shipping | | | | | -970.08 | | | | | | $758,031.96 |
| 30.06.2009 | Bank Fee | | | | | | | | | | -$29.12 | $758,002.84 |
| 14.07.2009 | JDFX Cash / TransAtlantic Shipping | | | | | $970.08 | | | | | | $758,972.92 |
| 14.07.2009 | Komplique Loan | | | | | | | -$5,000.00 | | | | $753,972.92 |
| 15.07.2009 | JDFX Cash / BDB Legal Council - GUY DIPIERRO | | | | | -$8,000.00 | | | | | | $745,972.92 |
| 15.07.2009 | JDFX Cash / James Mason | | | | | -$20,000.00 | | | | | | $725,972.92 |
| 24.07.2009 | Cash ZRH | | -$10,100.00 | | | | | | | | | $715,872.92 |
| 31.07.2009 | Bank Fee | | | | | | | | | | -$14.42 | $715,858.50 |
| 04.08.2009 | Komplique Loan | | | | | | | -$100,000.00 | | | | $615,858.50 |
| 21.08.2009 | Card Center | | | | | | -$400,000.00 | | | | | $215,858.50 |
| 25.08.2009 | FX Sale | | | | | | | | | $10,000.00 | | $225,858.50 |
| 26.08.2009 | Bank Fee | | | | | | | | | | -$19.09 | $225,839.41 |
| 26.08.2009 | CI / Trading Account - PFG | | | -$50,000.00 | | | | | | | | $175,839.41 |
| 26.08.2009 | Komplique Loan | | | | | | | -$175,000.00 | | | | $839.41 |
| 31.08.2009 | Bank Fee | | | | | | | | | | -$5.67 | $833.74 |
| 04.09.2009 | Card Center | | | | | | $350,000.00 | | | | | $350,833.74 |
| 15.09.2009 | Bank Fee | | | | | | | | | | -$19.56 | $350,814.18 |
| 15.09.2009 | JDFX Cash / Robert Bescoe | | | | | -$33,386.73 | | | | | | $317,427.45 |
| 15.09.2009 | Komplique Loan | | | | | | | -$250,000.00 | | | | $67,427.45 |
| 17.09.2009 | Cash ZRH | | -$20,200.00 | | | | | | | | | $47,227.45 |
| 30.09.2009 | Bank Fee | | | | | | | | | | -$5.19 | $47,222.26 |
| 01.10.2009 | Private / Schmidt - Landlord 6 months | -$8,819.90 | | | | | | | | | | $38,402.36 |
| 19.10.2009 | CI / JDFX MGMT Pre-Liquidation | | | $225,459.52 | | | | | | | | $263,861.88 |
| 13.10.2009 | FX Sale | | | | | | | | | $340,433.81 | | $604,295.69 |
| 14.10.2009 | JDFX Cash / James Mason | | | | | -$9,015.00 | | | | | | $595,280.69 |
| 14.10.2009 | JDFX Loan | | | | -$500,000.00 | | | | | | | $95,280.69 |
| 30.10.2009 | Card Center | | | | | | -$50,000.00 | | | | | $45,280.69 |
| 30.10.2009 | Bank Fee | | | | | | | | | | -$5.85 | $45,274.84 |
| 09.11.2009 | CI / Reducing Trading Investment 2 (2.5M to 1.5M) | | | $1,000,000.00 | | | | | | | | $1,045,274.84 |
| 10.11.2009 | JDFX Loan | | | | -$500,000.00 | | | | | | | $545,274.84 |
| 10.11.2009 | Komplique Loan | | | | | | | -$250,000.00 | | | | $295,274.84 |
| 13.11.2009 | JDFX Loan - Reverse Transaction Part 1 | | | | $500,000.00 | | | | | | | $795,274.84 |
| 13.11.2009 | Bank Fee | | | | | | | | | | -$8.00 | $795,266.84 |
| 13.11.2009 | Private / Chris Werwega - TX Consultant | -$8,275.64 | | | | | | | | | | $786,991.20 |
| 13.11.2009 | IB Technologies / IB Tech Loan | | | | | | | | -$750,000.00 | | | $36,991.20 |
| 23.11.2009 | JDFX Loan - Reverse Transaction Part 2 | | | | $500,000.00 | | | | | | | $536,991.20 |
| 24.11.2009 | Cash ZRH | | -$10,100.00 | | | | | | | | | $526,891.20 |
| 30.11.2009 | Bank Fee | | | | | | | | | | -$10.72 | $526,880.48 |
| 01.12.2009 | FX Sale | | | | | | | | | -$792.63 | | $526,087.85 |
| 02.12.2009 | Bank Fee | | | | | | | | | | -$20.34 | $526,067.51 |
| 02.12.2009 | Private / Global FT | -$9,500.00 | | | | | | | | | | $516,567.51 |
| 02.12.2009 | Private / MP Duplex | -$39,011.15 | | | | | | | | | | $477,556.36 |
| 11.12.2009 | JDFX Cash / Rainer Overseas Movers | | | | | -$16,115.00 | | | | | | $461,441.36 |
| 21.12.2009 | Komplique Cash / Franklin Drew | | | | | | | | -$28,000.00 | | | $433,441.36 |
| 30.12.2009 | JDFX Cash / JDFX Lawsuit - UBS Force Debit | | | | | -$120,000.00 | | | | | | $313,441.36 |
| 31.12.2009 | Bank Fee | | | | | | | | | | -$50.05 | $313,391.31 |
| | 2009 TOTAL | -$311,477.93 | -$50,500.00 | $4,325,459.52 | -$3,150,000.00 | -$270,051.33 | -$300,000.00 | -$1,180,000.00 | -$60,500.00 | -$870,000.00 | $349,641.18 | -$463.57 |

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01.01.2010 | Opening Balance | | | | | | | | | | | $313,391.31 |
| 07.01.2010 | Bank Fee | | | | | | | | | | -$19.62 | $313,371.69 |
| 07.01.2010 | Bank Fee | | | | | | | | | | -$19.63 | $313,352.06 |
| 07.01.2010 | Private / CP | -$5,000.00 | | | | | | | | | | $308,352.06 |
| 07.01.2010 | Komplique Cash / Franklin Drew | | | | | | | | -$26,200.00 | | | $282,152.06 |
| 08.01.2010 | Bank Fee | | | | | | | | | | -$39.28 | $282,212.78 |
| 08.01.2010 | JDFX Cash / Christine Phillips | | | | | -$7,500.00 | | | | | | $274,612.78 |
| 08.01.2010 | JDFX Cash / Travel - Air Services | | | | | -$20,000.00 | | | | | | $254,612.78 |
| 11.01.2010 | Bank Fee | | | | | | | | | | -$19.96 | $254,592.82 |
| 11.01.2010 | Private / CAPLIN DRYSDALE - Washington DC | -$15,000.00 | | | | | | | | | | $239,592.82 |

| Date | Description | Private | Cash | Capital Investments | JDFX Loan | JDFX Cash | Card Center | Komplique Loan | Komplique Cash | Forex Sale | Bank Fee | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13.01.2010 | Bank Fee | | | | | | | | | | -$19.92 | $239,572.90 |
| 13.01.2010 | JDFX Cash / Swiss Council - JDFX Lawsuit | | | | | -$5,352.89 | | | | | | $234,220.01 |
| 13.01.2010 | Private / Bank Transfer to S3 | -$75,000.00 | | | | | | | | | | $159,220.01 |
| 22.01.2010 | Private / Global FT | -$37,092.93 | | | | | | | | | | $122,127.08 |
| 29.01.2010 | Bank Fee | | | | | | | | | | -$29.20 | $122,097.88 |
| 03.02.2010 | Bank Fee | | | | | | | | | | -$19.32 | $122,078.56 |
| 03.02.2010 | JDFX Cash / Blair Woodward - Settlement | | | | | -$25,000.00 | | | | | | $97,078.56 |
| 26.02.2010 | Bank Fee | | | | | | | | | | -$4.73 | $97,073.83 |
| 01.03.2010 | JDFX Cash / Lawsuit - Inkasso | | | | | -$2,991.42 | | | | | | $94,082.41 |
| 18.03.2010 | Bank Fee | | | | | | | | | | -$19.20 | $94,063.21 |
| 18.03.2010 | Private / Re-Registration in Lausanne | -$434.26 | | | | | | | | | | $93,628.95 |
| 18.03.2010 | Private / CHF Card Center | -$1,980.75 | | | | | | | | | | $91,648.20 |
| 18.03.2010 | Private / MP Duplex | -$9,262.15 | | | | | | | | | | $82,386.05 |
| 19.03.2010 | Bank Fee | | | | | | | | | | -$19.22 | $82,366.83 |
| 19.03.2010 | JDFX Cash / Auditor | | | | | -$4,003.69 | | | | | | $78,363.14 |
| 19.03.2010 | JDFX Cash / Travel | | | | | -$35,000.00 | | | | | | $43,363.14 |
| 23.03.2010 | Private / Return Portion from Lawsuit | $63,570.29 | | | | | | | | | | $106,933.43 |
| 30.03.2010 | Bank Fee | | | | | | | | | | -$19.12 | $106,914.31 |
| 30.03.2010 | Bank Fee | | | | | | | | | | -$19.12 | $106,895.19 |
| 30.03.2010 | JDFX Cash / Folio Administrator | | | | | -$1,700.00 | | | | | | $105,195.19 |
| 30.03.2010 | JDFX Cash / Folio Administrator | | | | | -$1,850.00 | | | | | | $103,345.19 |
| 31.03.2010 | Bank Fee | | | | | | | | | | -$20.44 | $103,324.75 |
| 15.04.2010 | Bank Fee | | | | | | | | | | -$19.31 | $103,305.44 |
| 15.04.2010 | Private / Re-Registration in Lausanne | -$39.31 | | | | | | | | | | $103,266.13 |
| 15.04.2010 | Private / Re-Registration in Lausanne | -$283.33 | | | | | | | | | | $102,982.80 |
| 15.04.2010 | Private / Re-Registration in Lausanne | -$302.55 | | | | | | | | | | $102,680.25 |
| 15.04.2010 | Private / Re-Registration in Lausanne | -$625.87 | | | | | | | | | | $102,054.38 |
| 15.04.2010 | Private / S3 - Remaining Balance | -$65,000.00 | | | | | | | | | | $37,054.38 |
| 30.04.2010 | Bank Fee | | | | | | | | | | -$5.84 | $37,048.54 |
| 20.07.2010 | Private / Re-Registration in Lausanne | -$72.48 | | | | | | | | | | $36,976.06 |
| 20.07.2010 | Private / Re-Registration in Lausanne | -$72.49 | | | | | | | | | | $36,903.57 |
| 20.07.2010 | Private / Re-Registration in Lausanne | -$234.64 | | | | | | | | | | $36,668.93 |
| 20.07.2010 | Private / Re-Registration in Lausanne | -$284.41 | | | | | | | | | | $36,384.52 |
| 30.07.2010 | Bank Fee | | | | | | | | | | -$1.16 | $36,383.36 |
| 03.08.2010 | Private / Re-Registration in Lausanne | -$481.41 | | | | | | | | | | $35,901.95 |
| 10.08.2010 | Bank Fee | | | | | | | | | | -$19.34 | $35,882.61 |
| 10.08.2010 | Private / Father | -$5,000.00 | | | | | | | | | | $30,882.61 |
| 16.08.2010 | Card Center | | | | | | $4,843.59 | | | | | $35,726.20 |
| 31.08.2010 | Bank Fee | | | | | | | | | | -$5.30 | $35,720.90 |
| 02.09.2010 | Private / Hollandia | -$20,000.00 | | | | | | | | | | $15,720.90 |
| 30.09.2010 | Bank Fee | | | | | | | | | | -$5.19 | $15,715.71 |
| 13.09.2010 | Private / Closure of All Foreign Accounts | -$15,715.71 | | | | | | | | | | $0.00 |
| 13.09.2010 | CI / Trading Investment 2 - Closing | | | $817,245.84 | | | | | | | | $817,245.84 |
| 14.09.2010 | Komplique Loan | | | | | | | -$815,000.00 | | | | $2,245.84 |
| | 2010 TOTAL | -$188,312.00 | | $817,245.84 | -$103,398.00 | $4,843.59 | | -$815,000.00 | -$26,200.00 | | -$324.90 | |

00713