JDFX Fund Management Ltd.
Usteristrasse 9
8001 Zurich
Switzerland

**Deutsche Bank** 

Deutsche Bank AG London
Winchester House
1 Great Winchester Street
London EC2N 2DB

**Attention: James D. Pieron**
**Fax: +41 43 497 21 38**

Tel   +44 20 7545 8000

18 December 2009

Dear Sirs,

We refer to the Foreign Exchange Prime Brokerage Agreement dated 5 December 2007 pursuant to which Deutsche Bank AG ("**Deutsche**") authorises JDFX Fund Management Ltd. (the "**Agent**") for and on behalf of the JDFX Fund Ltd. to act as Deutsche's agent in executing certain FX Transactions and Options (the "**FX PB Agreement**").

Capitalised terms used herein and not otherwise defined shall have the meaning provided in the FX PB Agreement.

Pursuant to paragraph 12 of the FX PB Agreement, Deutsche is terminating the FX PB Agreement on twenty (20) business days' prior written notice, and such termination shall be effective at the end of such twentieth day, being 21 January 2010 (the "**Termination Date**"). This letter constitutes such notice of termination of the FX PB Agreement. As of the Termination Date, the Agent will have no authority to act as Deutsche's agent in executing certain FX Transactions and Options.

Nothing contained herein or any other communication will be deemed to be a waiver or modification by Deutsche of any of our rights under the FX PB Agreement or any other agreement between the parties or under applicable law and Deutsche hereby reserves the right to exercise from time to time any additional rights, powers or privileges and/or remedies which Deutsche has and/or to which Deutsche may become entitled as a result of such other event in respect of the FX PB Agreement or under any other agreement between the Agent and Deutsche or otherwise.

Yours faithfully,

Deutsche Bank AG

SAMI KHAN
LEGAL COUNSEL

SIMON GOLDSWORTHY
LEGAL COUNSEL



Chairman of the Supervisory Board: Clemens Börsig
Management Board: Josef Ackermann (Chairman),
Hugo Bänziger, Michael Cohrs, Jürgen Fitschen, Anshuman Jain,
Stefan Krause, Hermann-Josef Lamberti, Rainer Neske

Deutsche Bank AG is authorised under German Banking Law
(competent authority: BaFin - Federal Financial Supervisory Authority) and
authorised and subject to limited regulation by the Financial Services
Authority; a member of the London Stock Exchange. Deutsche Bank AG
is a joint stock corporation with limited liability incorporated in the Federal
Republic of Germany HRB 30 000 District Court of Frankfurt am Main;
Branch Registration in England and Wales BR000005; Registered address:
Winchester House, 1 Great Winchester Street, London EC2N 2DB. (04/09)
Details about the extent of our authorisation and regulation by the
Financial Services Authority are available on request or from
http://www.db.com/en/content/eu_disclosures.htm