| | |
|---|---|
| From: | James Pieron |
| To: | Kim D. Pavlik |
| Subject: | James Pieron / Tax Re-filing 08/09/10 |
| Date: | Thursday, November 03, 2011 11:04:58 PM |
| Attachments: | Capital Gain 2008- 10M.pdf |
| | James Pieron - Foreign Income - 2008 - 2009.pdf |
| | James Pieron - W2 2010.pdf |
| | Pieron - 2010 IRS eFile.pdf |
| | K-1 2010.pdf |
| | Capital Gain 2009 - 5.25M.pdf |
| | RETURN - 2009.pdf |
| | RETURN - 2008.pdf |
| | Accounting - 2007-2010 -.xlsx |

Thanks again Kim.

Please let me know if you need any additional documents.

James.

**From:** Kim D. Pavlik [mailto:kim.pavlik@ahpplc.com]
**Sent:** Wednesday, December 22, 2010 2:25 PM
**To:** James Pieron
**Subject:** 2007-2009

James,

I looked at the information. The term I was drawing a blank on was the Claim of Right principle. Unfortunately, after reviewing the facts, that does not really apply to your situation.

However, I did have another idea. Based on the sale document you supplied, the closing date of the first sale of 20% was 1/1/08. If the 2007 payments are treated as deposits, and the sale closed in 2008, the whip-saw effect may be mitigated.

One confusing item is that the 2009 document also says the closing date was 1/1/08 for the 15% sale. I assume that is just an error because the first document was used as a template?

The basis issues are not totally clear, but if the closing dates are used, the results may be more tolerable.

I left a message this morning, and I will be out after noon 12/23 until 1/3/11, so I decided to leave this email message.

If you would like to discuss further, please call me this afternoon or tomorrow morning. If we do not connect, I would be happy to work with you on this in early January.

Happy holidays!

Kim



GOVERNMENT EXHIBIT 221

00921

==========================================

**Kim D. Pavlik, CPA**
Partner

Andrews Hooper Pavlik PLC
5300 Gratiot
Saginaw, MI 48638
phone: (989) 497-5300
fax: (989) 497-5353
www.ahpplc.com

kim.pavlik@ahpplc.com
==========================================

Confidentiality Notice - Unless otherwise indicated or obvious from the transmission, the information contained in this document is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and destroy the original message. The recipient should check this email and any attachments for the presence of viruses. Andrews Hooper Pavlik PLC accepts no liability for any damage caused by any virus transmitted by this email.

IRS Circular 230 Disclosure - As required by IRS rules, although this written communication may address certain tax issues, the issuer of this document did not intend nor write the advice to be used to avoid any penalty imposed by a taxing authority, nor may the user/recipient of this document use this document's written tax advice for that purpose. Nor may it be used to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** James Pieron [mailto:james.pieron@ilq.com]
**Sent:** Wednesday, December 22, 2010 2:35 AM
**To:** Kim D. Pavlik
**Subject:** RE: James Pieron / 2007-2009

Hi Kim,

As we discussed, please review the attached documents.

Thanks,
James.

**From:** James Pieron
**Sent:** Friday, December 17, 2010 1:49 PM
**To:** 'kim.pavlik@ahpplc.com'
**Subject:** James Pieron / 2007-2009

Hi Kim,

Thanks for your time – let's talk at 3PM.

James.
-------------------------------------------------------------------

00922

E-mail transmission may not be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.
Any errors or omissions in the contents of this message, which arise as a result of this e-mail transmission are the responsibility of the recipient.