**From:** James Pieron
**To:** Kim D. Pavlik
**Subject:** SPA / Share Certificate / Proxy
**Date:** Saturday, November 12, 2011 3:10:51 PM
**Attachments:** JDFX_SHARE_CERTIFICATE_MARKET_SHOT_3.5M_SHARES - 01-JUN-09.pdf
SPA Market Shot 5.25M 15 PCT 18-MAY-09.pdf
SPA Market Shot 10M 20 PCT 18-JAN-07.pdf
JDFX Holding Proxy.pdf

Hi Kim,

The shares were held in a safety deposit box. I am not sure when the actual share certificate was delivered, however as stated in the 2007 agreement, distributions (although there were none) would begin in March 2007.

Attached you will find a copy of the final share certificate. In addition, please find the corrected/signed 2009 SPA that reflects the proper closure date of 1-JAN-2009.

Concerning voting, there was a Proxy agreement in which I made all decisions (see attached)

Thanks,
James.

**From:** Kim D. Pavlik [mailto:kim.pavlik@ahpplc.com]
**Sent:** Monday, November 07, 2011 5:09 PM
**To:** James Pieron
**Subject:** More questions

James,

Both Sale and Purchase Agreements (one for 20% and one for 15%) say you own 100% of JDFX Holding AG. Is there any support to say that all 35% that were purchased by Market Shot LLC were not delivered until 2009? When were the shares actually transferred to Market Shot? Did Market Shot ever participate in any voting, distributions etc.?

Please call me to discuss.

Thanks.

Kim

==========================================
**Kim D. Pavlik, CPA**
Partner

Andrews Hooper Pavlik PLC
5300 Gratiot
Saginaw, MI 48638



00941

phone: (989) 497-5300
fax: (989) 497-5353
www.ahpplc.com

kim.pavlik@ahpplc.com
========================================

Confidentiality Notice - Unless otherwise indicated or obvious from the transmission, the information contained in this document is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and destroy the original message. The recipient should check this email and any attachments for the presence of viruses. Andrews Hooper Pavlik PLC accepts no liability for any damage caused by any virus transmitted by this email.

IRS Circular 230 Disclosure - As required by IRS rules, although this written communication may address certain tax issues, the issuer of this document did not intend nor write the advice to be used to avoid any penalty imposed by a taxing authority, nor may the user/recipient of this document use this document's written tax advice for that purpose. Nor may it be used to promote, market or recommend to another party any transaction or matter addressed herein.