# PROXY

The undersigned shareholder of **JDFX Holding AG, Zug (the Company)** hereby appoints James Pieron and Dr. Felix Tschopp, both acting individually, as his attorney to represent him at the **extraordinary General Meeting of shareholders of JDFX Holding AG, Zug, to be held in the week of 10 September 2007 at the premises of the Company**, and to vote on all agenda items according to the proposal of the Board of Directors of the Company.

Date, Place:                              Market Shot LLC

Sep 26, 2007
Mpls MN



01034