UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.                  Case No. 1:18–cr–20489–TLL–PTM
                Hon. Thomas L. Ludington

James D. Pieron, Jr,

      Defendant(s),

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

 NOTICE of hearing on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. **Motion Hearings set for 3/30/2020 at 2:00 PM before District Judge Thomas L. Ludington. < /b>** (KWin)

 All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/K Winslow
                  Case Manager

Dated: January 31, 2020