# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES D. PIERON, JR.,<br><br>    Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington |

## PIERON'S TAX LOSS HEARING EXHIBITS

The attached tax loss hearing exhibit list contains both the government's and Pieron's tax loss hearing exhibits. For record purposes, Pieron hereby submits the tax loss hearing exhibits that were offered by the defense and received by the Court. (Pieron does not submit exhibits offered by the government or already part of the record in this case.)

                                                Respectfully submitted,

                                                /s/ Patrick J. Hurford
                                                Patrick J. Hurford
                                                Mark S. Pendery
                                                Honigman LLP
                                                660 Woodward Ave.
                                                Detroit, MI 48226
                                                (313) 465-7000
                                                phurford@honigman.com

Dated: February 4, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Patrick J. Hurford
Patrick J. Hurford
Honigman LLP
660 Woodward Ave.
Detroit, MI  48226
(313) 465-7000
phurford@honigman.com