# United States v. Pieron, 18-cr-20489
## Tax Loss Hearing Exhibit List

| Gov. Ex. No. | Def. Ex. No. (Record Cite) | Description |
|---|---|---|
| 18 | | 2008 Transcript of Account |
| 39 | 2 | 2007 Form 1040 Return |
| 40 | 3 | 2008 Form 1040 Return |
| 41 | 5 | 2008 Form 1040X Return |
| 42 | 4 | 2009 Form 1040 Return |
| 45 | | Form 9465 Installment Agreement Filed |
| 46/207 | 24 | Offer in Compromise |
| 47 | | Collection Information Statement |
| 48 | 6 | 2009 Form 1040X Return |
| 56 | | Client Contact Log |
| 58 | | Pieron Email to Carol Nathan, 12/14/2010 |
| 61 | | 2008 Spreadsheet of "Gains" and "Losses" |
| 62 | | 2009 Spreadsheet of "Gains" and "Losses" |
| 63 | | 2007–2009 Spreadsheet of "Gains" and "Losses" |
| 64 | | Letter to Pieron, 7/8/2008 |
| 66 | | 2007–2010 Spreadsheet re: Capital Gains and Expenditures to AHP |
| 117 | | Wire transfer records—Peregrine Financial Group |
| 138 | | Wire transfer documents—Wells Fargo |
| 200 | | SEC Memo of Pieron Interview, 11/3/2009 |
| 201 | | Sale and Purchase Agreement for 20% Equity |
| 202 | | Sale and Purchase Agreement for Additional 15% Equity |
| 203 | | Email from Pavlik to Pieron, 12/22/2010 |
| 204 | | Letter from Pieron to Pavlik regarding JDFX Failure |
| 206 | 23 | 2011 Form 1040X Return |
| 207/46 | 24 | Offer in Compromise |
| 208 | | Fedder's Email to SEC |
| 209 | | Pieron Spreadsheet Received by Pavlik |
| 224 | (R.143-2) | Proxy Agreement, Sept. 26, 2007 |
| | 12 | Niederer Kraft & Frey Letter, 7/6/2009 |
| | 13 | $2,500,000 deposit for Banque DuBois |
| | 14 | JDFX Holding AG Share Certificates Nos. 1–3 |
| | 15 | JDFX Holding AG Share Certificate No. 1a |
| | 16 | 2009 JDFX Holding AG Liquidation Document |
| | 18 | Transcript of SA Hollabaugh GJ Testimony, 7/18/2018 |
| | 22 | October 2008 e-FOREX Article Concerning JDFX |
| | 27 | Use of Proceeds Summary Chart |
| | 28 | Bank Records Supporting Use of Proceeds Summary Chart |
| | 30 | Carol Nathan Affidavit, 8/20/13 |

| Gov. Ex. No. | Def. Ex. No. (Record Cite) | Description |
|---|---|---|
| | 32 | Chris Werwega Memo of Interview, 9/24/2012 |
| | 38 | Pavlik Memo of Interview, 5/15/2013 |
| | 39 | Pavlik Memo of Interview, 6/6/2012 |
| | 45 | Cook Memo of Interview, 8/23/2012 |
| | 47 | Summary of Gov. Ex. 138 |