# EXHIBIT 13

**UBS**  UBS e-banking Hotline   +41-(0)848 848 064

# Payment abroad

**Beneficiary**
| | |
|---|---|
| Name: | DU BOIS HOLDINGS PTE LTD |
| Postcode/City: | SINGAPORE |
| Country: | SG |
| IBAN (account): | 123234 |

**Beneficiary's bank**
| | |
|---|---|
| BIC (SWIFT): | CSPBSGSGXXX |
| Name: | CREDIT SUISSE SINGAPORE |
| | 05-02: 1, RAFFLES LINK |
| | SG 039393    SINGAPORE |

**Payment**
| | |
|---|---|
| Currency Amount: | CHF 2'500'000.00 |
| Payment purpose: | PURCHASE OF 'BANQUE DU BOIS' / 1ST DOWN PAYMENT |
| Ordering Customer: | JAMES PIERON |
| Debit account: | CH88 0020 6206 2512 6240 M CHF UBS PERSONAL ACCOUNT |
| Execution date: | 01.12.2008 |
| Salary payment: | No |
| Notification: | Single posting without advice |
| Text: | E-BANKING-ORDER |
| Order number: | 9906336TI2801631 |
| Status: | fully approved/Being processed |
| Source: | Pending orders |

**Costs and instructions**
| | |
|---|---|
| Costs: | All costs borne by ordering customer |
| Instructions: | CS SINGAPORE IBAN: CH96 0483 5097 6335 9300 0 |

Displayed in UBS e-banking on 01.12.2008, 13:05 CET                                                                                     Page 1/1