# EXHIBIT 15



# JDFX HOLDING AG
## Share Certificate

Certificate number: 1a

Incorporated under the Code of Obligation of Switzerland

Number of shares: 3,500,000

Authorised Shares: 10,000,000 Registered Shares.

THIS IS TO CERTIFY THAT "Market Shot LLC, 12644 Tiffany Court, Burnsville, MN 55337, USA" is the Registered Holder of 3,500,000 (Three Million Five Hundred Thousand) Shares in the above-named Company, subject to the Memorandum and Articles of Association of the said Company.

Given under the Common Seal of the Company
This 1st day of June 2009

JDFX Holding AG

Jamie Pieron
(Chairman)