# COMMERCIAL REGISTER

**JDFX Holding AG in liquidation**

Limited or Corporation

train

**CHE 113 342 120**

Entry of 28.12.2006

**Canceled on 05.10.2010**

| In | Ca | 🏢 Business name |
|---|---|---|
| 1 | 6 | ~~JDFX Holding AG~~ |
| 1 | 6 | ~~(JDFX Holding SA) (JDFX Holding Ltd)~~ |
|   | 6 | **JDFX Holding AG in liquidation** |
|   | 6 | (JDFX Holding SA in liquidation) (JDFX Holding Ltd in liquidation) |

| Ref | 🏠 Legal seat |
|---|---|
| 1 | **train** |

| In | Ca | Share capital (CHF) | Paid in (CHF) | shares |
|---|---|---|---|---|
| 1 |   | 100,000.00 | 100,000.00 | 10000000 registered shares at CHF 0.01 |

| In | Ca | 📍 Company address |
|---|---|---|
| 1 | 4 | ~~c / o AVANTA AG~~ ~~Grafenauweg 6~~ ~~6304 Zug~~ |
| 4 | 8th | ~~c / o Peyrot & Schlegel~~ ~~Eschenring 12~~ ~~6300 Zug~~ |

In Ca Purpose ⇕

| In | Ca | Purpose |
|---|---|---|
| 1 | | Buying, selling and holding companies; may participate in other companies, take over representations on its own or third-party accounts, provide guarantees and guarantees for affiliated companies and third parties, as well as acquire, manage and sell real estate |

| In | Ca | Other addresses |
|---|---|---|
| | | |

| In | Ca | Remarks |
|---|---|---|
| 6 | | By order of 30.11.2009, 09.15 o'clock, the bankruptcy judge opened bankruptcy over the company; accordingly, the company is dissolved. |
| 9 | | **The bankruptcy proceedings were declared closed by order of the bankruptcy judge of 24.09.2010. This community will be deleted for the sake of office.** |

| Ref | Date of the acts |
|---|---|
| 1 | 15.12.2006 |

| In | Ca | Qualified facts |
|---|---|---|
| | | |

| Ref | Official publication |
|---|---|
| 1 | SHAB |

| Ref | journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|
| 1 | 15795 | 28.12.2006 | 3 | 05.01.2007 | 14/ 3709564 |
| 2 | 13165 | 15.10.2007 | 203 | 19/10/2007 | 15/ 4163472 |
| 3 | 10090 | 24.07.2008 | 146 | 30.07.2008 | 19/4595128 |
| 4 | 18306 | 30.12.2008 | 3 | 07.01.2009 | 22/4813932 |
| 5 | 11693 | 15.07.2009 | 138 | 21.07.2009 | 29/5150124 |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|
| 6 | KK 20318 | 02.12.2009 | KK 238 | 08.12.2009 | 24/5380744 |
| 7 | 21502 | 18.12.2009 | 250 | 24.12.2009 | 33/5411542 |
| 8 | 6388 | 30.04.2010 | 87 | 06.05.2010 | 25/5619964 |
| 9 | 14840 | 05.10.2010 | 197 | 11.10.2010 | 21/5847196 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 5m | ~~Pieron, James, amerikanischer Staatsangehöriger, in Zürich~~ | ~~president of the board of directors~~ | ~~joint signature at two~~ |

| In | Mo | Ca | 👤 Personal Data | 🔑 Function | ✏️ Signature |
|---|---|---|---|---|---|
| 1 | | 5 | ~~Diethelm, Clive, von Zürich, in Zürich~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 3 | ~~Tschopp, Dr. Felix, von Zollikon und Oberkirch, in Baar~~ | ~~member of the board of directors~~ | ~~joint signature at two~~ |
| 1 | | 2 | ~~WOBMANN TREUHAND AG, in Zürich~~ | ~~auditor~~ | |
| 2 | | 3 | ~~Burch & Partner Consulting GmbH, in Zug~~ | ~~auditor~~ | |
| 3 | | 7 | ~~Balmer-Etienne AG (CH-020.9.002.662-4), in Zurich~~ | ~~auditor~~ | |
| | | 5 | Pieron, James, American citizen, in Zurich | member of the board of directors | single signature |

The information above is not committed.

---

### Commercial register of canton train

Aabachstrasse 5

6301 train

### Office hours

08:00 - 11:45 / 14:00 - 17:00

📞 +41 41 728 55 60

📠 +41 41 728 55 69

✉️ contact.hra@zg.ch

🏠 http://www.hrazg.ch/

privacy policy

Publisher's details

Implemented by DV Berne AG  / Technical support

v1.8.15.102.3