| STATEMENT # | DATE | YEAR | COMPANY | CREDIT | DEBIT | CURRENCY | TOTAL | CHF | USDCHF |
|---|---|---|---|---|---|---|---|---|---|
| A | 04-Dec-06 | 2006 | JDFX MGMT | 500,000 | | USD | 0 | | |
| 1 | 6-Dec-06 | 2006 | JDFX TECH | | 280,000 | USD | 280,000 | | |
| 2 | 8-Dec-06 | 2006 | JDFX TECH | | 20,000 | USD | 300,000 | | |
| 3 | 15-Dec-06 | 2006 | JDFX TECH | | 50,000 | USD | 350,000 | | |
| 4 | 15-Dec-06 | 2006 | JDFX RMS | | 83,410 | CHF | 433,410 | 100,000 | 1.1989 |
| B | 19-Jan-07 | 2007 | JDFX MGMT | 500,000 | | USD | 433,410 | | |
| 5 | 24-Jan-07 | 2007 | JDFX TECH | | 250,000 | USD | 683,410 | | |
| 6 | 21-Feb-07 | 2007 | JDFX TECH | | 200,000 | USD | 883,410 | | |
| C | 23-Feb-07 | 2007 | JDFX MGMT | 500,000 | | USD | 883,410 | | |
| D | 19-Mar-07 | 2007 | JDFX MGMT | 1,000,000 | | USD | 883,410 | | |
| E | 20-Mar-07 | 2007 | JDFX MGMT | 150,000 | | USD | 883,410 | | |
| F | 20-Mar-07 | 2007 | JDFX MGMT | 350,000 | | USD | 883,410 | | |
| G | 20-Mar-07 | 2007 | JDFX MGMT | 1,000,000 | | USD | 883,410 | | |
| 7 | 27-Mar-07 | 2007 | JDFX TECH | | 500,000 | USD | 1,383,410 | | |
| H | 02-Apr-07 | 2007 | JDFX MGMT | 5,000,000 | | USD | 1,383,410 | | |
| I | 13-Apr-07 | 2007 | JDFX MGMT | 1,000,000 | | USD | 1,383,410 | | |
| 8 | 20-Apr-07 | 2007 | JDFX TECH | | 500,000 | USD | 1,883,410 | | |
| 9 | 24-Apr-07 | 2007 | JDFX TECH | | 54,000 | USD | 1,937,410 | | |
| 10 | 4-May-07 | 2007 | JDFX RMS | | 82,169 | CHF | 2,019,579 | 100,000 | 1.2170 |
| 11 | 4-May-07 | 2007 | JDFX HOLDING | | 82,169 | CHF | 2,101,748 | 100,000 | 1.2170 |
| 12 | 9-May-07 | 2007 | JDFX TECH | | 300,000 | USD | 2,401,748 | | |
| 13 | 1-Jun-07 | 2007 | KOMPLIQUE | | 81,301 | CHF | 2,483,049 | 100,000 | 1.2300 |
| 14 | 14-Jun-07 | 2007 | JDFX TECH | | 250,000 | USD | 2,733,049 | | |
| 15 | 24-Jul-07 | 2007 | JDFX TECH | | 1,000,000 | USD | 3,733,049 | | |
| 16 | 16-Aug-07 | 2007 | JDFX RMS | | 25,000 | USD | 3,758,049 | | |
| 17 | 4-Oct-07 | 2007 | KOMPLIQUE | | 100,000 | USD | 3,858,049 | | |
| 18 | 10-Oct-07 | 2007 | JDFX TECH | | 500,000 | USD | 4,358,049 | | |
| 19 | 26-Oct-07 | 2007 | JDFX TECH | | 75,000 | USD | 4,433,049 | | |
| 20 | 12-Dec-07 | 2007 | KOMPLIQUE | | 100,000 | USD | 4,533,049 | | |
| 21 | 18-Dec-07 | 2007 | JDFX TECH | | 354,610 | CHF | 4,887,659 | 400,000 | 1.1280 |
| 22 | 18-Dec-07 | 2007 | KOMPLIQUE | | 100,000 | USD | 4,987,659 | | |
| 23 | 24-Dec-07 | 2007 | KOMPLIQUE | | 200,000 | USD | 5,187,659 | | |
| | 31-Dec-07 | 2007 | JDFX FUND MGMT | | 524,275 | USD | 5,711,934 | | |
| 24 | 31-Jan-08 | 2008 | KOMPLIQUE | | 92,541 | CHF | 5,804,475 | 100,000 | 1.0806 |
| 25 | 8-Feb-08 | 2008 | JDFX TECH | | 1,000,000 | USD | 6,804,475 | | |
| 26 | 6-May-08 | 2008 | KOMPLIQUE | | 100,000 | USD | 6,904,475 | | |
| 27 | 24-Jun-08 | 2008 | JDFX TECH | | 500,000 | USD | 7,404,475 | | |
| 28 | 3-Jul-08 | 2008 | KOMPLIQUE | | 200,000 | USD | 7,604,475 | | |
| 29 | 18-Jul-08 | 2008 | JDFX TECH | | 100,000 | USD | 7,704,475 | | |
| 30 | 13-Aug-08 | 2008 | JDFX HOLDING | | 9,222 | CHF | 7,713,697 | 10,000 | 1.0844 |
| 31 | 14-Aug-08 | 2008 | JDFX HOLDING | | 27,442 | CHF | 7,741,139 | 30,000 | 1.0932 |
| 32 | 15-Aug-08 | 2008 | KOMPLIQUE | | 200,000 | USD | 7,941,139 | | |
| 33 | 29-Aug-08 | 2008 | JDFX TECH | | 500,000 | USD | 8,441,139 | | |
| 34 | 23-Oct-08 | 2008 | KOMPLIQUE | | 1,834 | CHF | 8,442,973 | 2,070 | 1.1285 |
| 35 | 5-Nov-08 | 2008 | KOMPLIQUE | | 100,000 | USD | 8,542,973 | | |
| J | 17-Dec-08 | 2008 | JDFX HOLDING | 2,100,000 | | USD | 8,542,973 | | |
| 36 | 18-Dec-08 | 2008 | JDFX TECH | | 500,000 | USD | 9,042,973 | | |
| 37 | 18-Dec-08 | 2008 | BANQUE DU BOIS | | 2,500,000 | USD | 11,542,973 | | |
| | 31-Dec-08 | 2008 | JDFX FUND MGMT | | 46,210 | USD | 11,589,183 | | |
| 38 | 5-Jan-09 | 2009 | JDFX TECH | | 19,839 | CHF | 11,609,023 | 22,000 | 1.1089 |
| K | 23-Jan-09 | 2009 | JDFX HOLDING | 2,125,000 | | USD | 11,609,023 | | |
| 39 | 23-Jan-09 | 2009 | KOMPLIQUE | | 100,000 | USD | 11,709,023 | | |
| 40 | 23-Jan-09 | 2009 | KOMPLIQUE | | 86,708 | CHF | 11,795,731 | 100,000 | 1.1533 |
| 41 | 18-Feb-09 | 2009 | JDFX TECH | | 1,000,000 | USD | 12,795,731 | | |
| 42 | 9-Apr-09 | 2009 | JDFX TECH | | 8,771 | CHF | 12,804,502 | 10,170 | 1.1596 |
| 43 | 9-Apr-09 | 2009 | KOMPLIQUE | | 100,000 | USD | 12,904,502 | | |
| 44 | 6-May-09 | 2009 | JDFX TECH | | 8,197 | CHF | 12,912,698 | 9,300 | 1.1346 |
| 45 | 13-May-09 | 2009 | KOMPLIQUE | | 100,000 | USD | 13,012,698 | | |
| 46 | 20-May-09 | 2009 | JDFX RMS | | 8,975 | USD | 13,021,673 | | |
| L | 26-May-09 | 2009 | JDFX HOLDING | 1,025,000 | | USD | 13,021,673 | | |
| 47 | 26-May-09 | 2009 | JDFX RMS | | 19,970 | USD | 13,041,643 | | |
| 48 | 2-Jun-09 | 2009 | JDFX RMS | | 166,214 | CHF | 13,207,858 | 176,320 | 1.0608 |
| 49 | 2-Jun-09 | 2009 | KOMPLIQUE | | 100,000 | USD | 13,307,858 | | |
| 50 | 8-Jun-09 | 2009 | IBTECH | | 100,000 | USD | 13,407,858 | | |
| 51 | 10-Jun-09 | 2009 | JDFX RMS | | 20,000 | USD | 13,427,858 | | |
| 52 | 24-Jun-09 | 2009 | JDFX TECH | | 164,069 | CHF | 13,591,926 | 180,000 | 1.0971 |
| 53 | 24-Jun-09 | 2009 | JDFX HOLDING | | 100,000 | USD | 13,691,926 | | |
| 54 | 25-Jun-09 | 2009 | JDFX HOLDING | | 75,000 | USD | 13,766,926 | | |
| 55 | 3-Jul-09 | 2009 | JDFX RMS | | 50,000 | USD | 13,816,926 | | |
| 56 | 14-Jul-09 | 2009 | KOMPLIQUE | | 5,000 | USD | 13,821,926 | | |
| 57 | 4-Aug-09 | 2009 | KOMPLIQUE | | 100,000 | USD | 13,921,926 | | |
| 58 | 11-Aug-09 | 2009 | KOMPLIQUE | | 6,007 | CHF | 13,927,934 | 6,500 | 1.0820 |
| 59 | 14-Aug-09 | 2009 | JDFX RMS | | 15,000 | USD | 13,942,934 | | |
| 60 | 26-Aug-09 | 2009 | KOMPLIQUE | | 175,000 | USD | 14,117,934 | | |
| 61 | 26-Aug-09 | 2009 | IBTECH TRADING | | 50,000 | USD | 14,167,934 | | |
| 62 | 15-Sep-09 | 2009 | KOMPLIQUE | | 250,000 | USD | 14,417,934 | | |
| 63 | 24-Sep-09 | 2009 | KOMPLIQUE | | 1,942 | CHF | 14,419,876 | 2,000 | 1.0299 |
| 64 | 10-Nov-09 | 2009 | KOMPLIQUE | | 250,000 | USD | 14,669,876 | | |
| 65 | 13-Nov-09 | 2009 | IBTECH | | 750,000 | USD | 15,419,876 | | |
| | 31-Dec-09 | 2009 | JDFX FUND MGMT | | 20,857 | USD | 15,440,733 | | |