# Affidavit

United States of America
 Eastern  District of Michigan  ss.

1  I, CAROL NATHAN , state that:

2  I reside at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ I am employed as a tax preparer at

3  American Tax Solutions, Inc. (ATSI). During my employment at ATSI, I was assigned to

4  prepare tax returns for James Pieron, Jr. (Pieron). I prepared Pieron's 2007, 2008, 2009, and

5  2010 Form 1040 U.S. Individual Income Tax Returns. Based on my communications with

6  Pieron, he seemed to understand basic tax accounting such as income, expenses, and capital

7  gains and losses. PIERON emailed me the financial information that I used to prepare his tax

8  returns. This information included spreadsheets prepared by Pieron. The first spreadsheet ^C.N.

 ^and other relevant documents,

9  Pieron gave me showed he had a large capital gain in 2007 and expenses for 2007, 2008, and

10  2009. Pieron told me he wanted to offset the 2007 capital gain with losses he had in 2008 and

11  2009. I told Pieron he couldn't carry back capital losses to 2007 because only business losses

12  could be carried back. I told Pieron certain things on his spreadsheet couldn't be taken as

13  expenses such as his loans and expenses for Komplique. I told Pieron Komplique expenses

14  couldn't be used against capital gains from JDFX stock. I asked Pieron for promissory notes

15  he wrote to himself for his loans to JDFX. Pieron did not provide any promissory notes to me.

16  I did not understand what Pieron's income was based on the initial spreadsheet he gave me,

17  and could not prepare his tax returns based on the information. Pieron told me he would re-

18  summarize his income and expenses so I could prepare his returns. Pieron then emailed me a

19  new spreadsheet and a 2007 mock tax return which I used to prepare his tax returns. The new

20  spreadsheet showed Pieron sold JDFX stock on 02/04/2008 for $9,346,617 and on 10/13/2009

21  for $4,450,460. The numbers I entered on Pieron's 2008 and 2009 Schedule D came directly

Affiant's Signature/Initial _Carol Nathan C.N._

Form **2311** (Rev. 12-2006) Catalog Number 18319S     Page 1 of 2     Department of the Treasury–**Internal Revenue Service**

10875

**Affidavit (continued)**

22  from the second spreadsheet Pieron gave me.  PIERON did not declare any capital gain ~C.N.~

23  income in 2007 on the second spreadsheet.  ~Pieron did not tell me he had foreign financial~ *We did not discuss whether* C.N.

24  ~accounts or that~ he needed to file Foreign Bank Account Reports (FBAR).  After I completed

25  Pieron's tax returns *for 2007, 2008 and 2009, C.N.*, I signed and mailed the originals to him along with payment vouchers for

26  each year for the tax he owed.  It was Pieron's responsibility to sign, date, and mail the returns

27  to the IRS.  Pieron never told me he incurred a theft loss in 2009 resulting from a Ponzi

28  scheme.  Pieron did not tell me he was forced to liquidate JDFX and Komplique because of a

29  Ponzi scheme.  Pieron told me ~he had losses on his loans to JDFX because~ C.N. 2008 and 2009

30  were bad years financially.  Pieron told me ~he moved back to Michigan because~ C.N. he wanted to

31  start new businesses.

---

    I have read the foregoing statement consisting of __2__ page(s), each of which I have signed.  I made the corrections shown and placed my initials opposite each.

I declare under penalty of perjury that the foregoing affidavit is true and correct to the best of my knowledge, information, and belief.

Executed on:   8-20-13

_Caryl Nathan_
(Signature)


Affiant's Signature/Initial   _Caryl Nathan / C.N._

Form **2311** (Rev. 12-2006)  Catalog Number 18319S         Page 2 of 2         Department of the Treasury–**Internal Revenue Service**

10876