# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES D. PIERON, JR., <br><br> Defendant. | Case No. 18-cr-20489 (TLL)(PTM) <br> Hon. Thomas L. Ludington |

## TAX LOSS HEARING EXHIBITS

At the Court's request, for purposes of the record, defendant James Pieron files two documents marked as Def. Ex. Nos. 67 and 68 that were offered at the tax loss hearing on February 5, 2020 and not admitted into evidence.

Respectfully submitted,

/s/ Patrick J. Hurford
Patrick J. Hurford
Mark S. Pendery
Honigman LLP
660 Woodward Ave.
Detroit, MI  48226
(313) 465-7000
phurford@honigman.com

Dated:  February 6, 2020

33737141.1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                            Respectfully submitted,

                                            <u>/s/ Patrick J. Hurford</u>
                                            Patrick J. Hurford
                                            Honigman LLP
                                            660 Woodward Ave.
                                            Detroit, MI  48226
                                            (313) 465-7000
                                            phurford@honigman.com