## Index of Exhibits

Def. Ex. No. 67    Declaration of Clive Diethelm (not admitted into evidence)

Def. Ex. No. 68    Declaration of Giuseppe Sottile (not admitted into evidence)