UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES D. PIERON, JR., <br><br> Defendant. | Case No. 18-cr-20489 (TLL)(PTM) <br> Hon. Thomas L. Ludington |

### DECLARATION OF CLIVE DIETHELM

1. I am older than 18 years of age, have personal knowledge of the facts regarding my ownership in JDFX Holding AG, and am competent to testifying if called.

2. I am currently a resident of Cyprus and a citizen of Switzerland.

3. In 2006, I was employed by JDFX Technologies AG in Zurich, Switzerland.

4. I am familiar with James Pieron since we worked together for several years when I did reside in Switzerland.

5. I recall forming JDFX Holding AG with James Pieron in December of 2006 in accordance with the attached Formation document.

    a. I recall Market Shot being issued 20% of the shares of stock in JDFX Holding AG and verify my signature on the attached Certificate #1.

    b. I recall being issued 10% of the shares of stock in JDFX Holding AG and verify receiving the attached Certificate #2.

    c. I recall James being issued 70% of the shares of stock in JDFX Holding AG and verify my signature on the attached Certificate #3.

6. I recall the two share certificates belonging to myself and James being held in a safety deposit box at UBS, 25 Loewenstrasse 49, Zuerich, CH-8001. The bank was located a few meters from the JDFX office.

7. I was later issued more stock in JDFX Holding AG and owned 12.5% of its stock.

33401652.1

8. I recall being a board member and that material decisions required the signatures of at least two board members. These permissions are found in the Swiss Registrar as "Kollektivunterschrift zu zweien" next to each board member meaning joint signatures are required for material decisions.

| El | Ae | Lö | Personalangaben | Funktion | Zeichnungsart |
|----|----|----|----|----|----|
| 1 | | | Pieron, James, amerikanischer Staatsangehöriger, in Zürich | Präsident | Kollektivunterschrift zu zweien |
| 1 | | | Diethelm, Clive, von Zürich, in Zürich | Mitglied | Kollektivunterschrift zu zweien |

9. I recall the operational company (JDFX Technologies AG) invoicing & receiving several million dollars from the management company (JDFX Fund Management Ltd.) for services rendered in 2007.

I declare upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of my knowledge and in accordance with the attached documentation.

Dated: 14. Jan 2020

CLIVE DIETHELM

# STATUTEN

der

## JDFX Holding AG

mit Sitz in Zug

---

I **Firma, Sitz, Zweck und Dauer der Gesellschaft**

### Art. 1

Unter der Firma

**JDFX Holding AG**

**(JDFX Holding SA)**

**(JDFX Holding Ltd)**

besteht eine Aktiengesellschaft gemäss den Bestimmungen des Schweizerischen Obligationenrechts (OR) mit Sitz in Zug.

### Art. 2

Zweck der Gesellschaft ist der Kauf und Verkauf sowie das Halten von Gesellschaften. Die Gesellschaft kann im In- und Ausland Zweigniederlassungen errichten, sich an andern Unternehmen im In- und Ausland beteiligen, Vertretungen übernehmen sowie alle Geschäfte eingehen und Verträge abschliessen, die geeignet sein können, den Zweck der Gesellschaft zu fördern, oder die direkt oder indirekt damit im Zusammenhang stehen. Sie kann auch Finanzierungen für eigene oder fremde Rechnung vornehmen sowie Garantien und Bürgschaften für verbundene Unternehmen und Dritte eingehen. Sie kann Grundstücke erwerben, verwalten und veräussern.

### Art. 3

Die Dauer der Gesellschaft ist unbeschränkt.

## II Aktienkapital

### Art. 4

Das Aktienkapital der Gesellschaft beträgt CHF 100'000.-- (Schweizer Franken einhunderttausend). Es ist eingeteilt in 10'000'000 (zehn Millionen) Namenaktien à nominal CHF 0.01 (Schweizer Rappen eins) Nennwert. Das Aktienkapital ist voll liberiert.

Die Eigentümer der Aktien sind mit Namen, Adresse und, im Fall von natürlichen Personen, Nationalität im Aktienbuch einzutragen. Die Gesellschaft anerkennt nur die im Aktienbuch eingetragenen, natürlichen und juristischen Personen als Aktionäre. Die Eintragung wird auf den Aktienzertifikaten bescheinigt. Aktienzertifikate können auf eine oder mehrere Aktien lauten.

Durch Statutenänderung kann die Generalversammlung jederzeit Namenaktien in Inhaberaktien oder Inhaberaktien in Namenaktien umwandeln.

## III Organisation der Gesellschaft

### A Generalversammlung

### Art. 5

Die ordentliche Generalversammlung findet jährlich statt, und zwar spätestens sechs Monate nach Schluss des Geschäftsjahres. Sie wird vom Verwaltungsrat, nötigenfalls von der Revisionsstelle einberufen.

Ausserordentliche Generalversammlungen können vom Verwaltungsrat, den Liquidatoren, der Revisionsstelle oder einer Generalversammlung einberufen werden, so oft es die Interessen der Gesellschaft erfordern.

Ein oder mehrere Aktionäre, welche zusammen mindestens einen Zehntel des Aktienkapitals vertreten, können vom Verwaltungsrat unter Angabe des Verhandlungsgegenstandes und der Anträge schriftlich verlangen, dass eine ausserordentliche Generalversammlung einberufen wird. In diesem Fall hat der Verwaltungsrat die Generalversammlung innerhalb von zwei Wochen einzuberufen.

Die Generalversammlungen finden am Gesellschaftssitz oder an einem anderen, vom Verwaltungsrat zu bestimmenden Ort statt.

### Art. 6

Die Einladungen an die Generalversammlungen erfolgen durch einmalige Publikation im Schweizerischen Handelsamtsblatt oder durch eingeschriebenen Brief an die im Aktienbuch eingetragenen Aktionäre. Zwischen dem Tag der

Publikation oder dem Versand der Einladung und dem Tag der Generalversammlung müssen mindestens 20 Tage verstreichen. Die Einladung zur Generalversammlung muss die verschiedenen Traktanden und Anträge enthalten.

Die Eigentümer oder Vertreter von sämtlichen Aktien sind jedoch, sofern kein Widerspruch erhoben wird, befugt, eine Generalversammlung ohne Beachtung der vorgenannten Einladungsformalitäten durchzuführen. Solange die Eigentümer oder Vertreter sämtlicher Aktien anwesend sind, können alle der Generalversammlung zukommenden Geschäfte behandelt und über sie gültig Beschluss gefasst werden.

### Art. 7

In der Generalversammlung berechtigt jede Aktie zu einer Stimme. Vorbehalten bleiben Art. 693 Abs. 3 sowie 704 Abs. 1 OR.

Jeder Aktionär kann sich mittels schriftlicher Vollmacht an der Generalversammlung durch einen Dritten vertreten lassen, der nicht Aktionär zu sein braucht. Gesetzliche Vertreter bedürfen keiner schriftlichen Vollmacht; eine persönliche Legitimation genügt.

### Art. 8

Die Generalversammlung fasst ihre Beschlüsse und vollzieht ihre Wahlen, soweit nicht zwingende Bestimmungen des Gesetzes oder die Statuten etwas anderes bestimmen, ohne Rücksicht auf die Zahl der anwesenden Aktionäre und der vertretenen Aktien mit absoluter Mehrheit der vertretenen Aktienstimmen.

Der Vorsitzende der Generalversammlung bestimmt das Verfahren der Stimmabgabe. Die geheime Stimmabgabe muss auf Verlangen eines Aktionärs vorgenommen werden.

### Art. 9

Die Generalversammlung wird durch den Präsidenten des Verwaltungsrates geleitet oder in seiner Abwesenheit durch einen von der Versammlung gewählten Tagespräsidenten. Der Präsident bestimmt einen Protokollführer und einen Stimmenzähler, welche nicht Aktionäre zu sein brauchen.

### Art. 10

Die Generalversammlung hat folgende ausschliessliche Kompetenzen:

1. Änderung der Statuten;

2 Genehmigung des Jahresberichtes und gegebenenfalls der Konzernrechnung;

3 Genehmigung der Jahresrechnung sowie Beschlussfassung über die Verwendung des Bilanzgewinnes, insbesondere die Festsetzung der Dividende und der Tantieme unter Beachtung von Art. 671 und 677 OR;

4 Déchargeerteilung an die Mitglieder des Verwaltungsrates;

5 Wahl des Verwaltungsrates;

6 Wahl der Revisionsstelle und – falls gesetzlich vorgeschrieben – der Konzernprüfer;

7 Beschlussfassung über alle anderen Gegenstände, die gemäss Gesetz oder Statuten in die ausschliessliche Kompetenz der Generalversammlung fallen oder die ihr vom Verwaltungsrat zum Entscheid vorgelegt werden.

## B  Verwaltungsrat

### Art. 11

Der Verwaltungsrat setzt sich aus einem oder mehreren Mitgliedern zusammen, die Aktionäre sein müssen.

Die Verwaltungsratsmitglieder werden je bis zur nächsten ordentlichen Generalversammlung gewählt und sind nachher wieder wählbar.

Der Verwaltungsrat bezeichnet einen Präsidenten sowie einen Sekretär, der nicht Verwaltungsratsmitglied oder Aktionär zu sein braucht.

### Art. 12

Der Präsident des Verwaltungsrates beruft die Sitzungen ein und leitet die Verhandlungen. Jedes Mitglied des Verwaltungsrates ist berechtigt, beim Präsidenten schriftlich die Einberufung einer Sitzung des Verwaltungsrates zu verlangen. Der Verwaltungsrat regelt im übrigen seine Beschlussfassung im Organisationsreglement.

### Art. 13

Der Verwaltungsrat leitet die Gesellschaft. Er beschliesst über alle Angelegenheiten der Gesellschaft, welche nicht durch Gesetz oder durch die Statuten in die Kompetenz eines anderen Organes fallen.

Der Verwaltungsrat hat folgende unübertragbare und unentziehbare Aufgaben:

1 die Oberleitung der Gesellschaft und die Erteilung der nötigen Weisungen;

2 die Festlegung der Organisation;

3 die Ausgestaltung des Rechnungswesens, der Finanzkontrolle sowie gegebenenfalls der Finanzplanung;

4 die Ernennung und Abberufung der mit der Geschäftsführung und der Vertretung betrauten Personen;

5 die Oberaufsicht über die mit der Geschäftsführung betrauten Personen, namentlich im Hinblick auf die Befolgung der Gesetze, Statuten, Reglemente und Weisungen;

6 die Erstellung des Geschäftsberichtes sowie die Vorbereitung der Generalversammlung und die Ausführung ihrer Beschlüsse;

7 die Benachrichtigung des Richters im Falle der Überschuldung.

Der Verwaltungsrat kann die Vorbereitung und die Ausführung seiner Beschlüsse oder die Überwachung von Geschäften Ausschüssen oder einzelnen Mitgliedern zuweisen. Er ist ermächtigt, die Geschäftsführung ganz oder zum Teil an einzelne Mitglieder oder an Dritte zu übertragen. Er erlässt hierfür ein Organisationsreglement.

C **Revisionsstelle**

**Art. 14**

Gemäss Art. 727 OR bestellt die Generalversammlung eine oder mehrere natürliche Personen oder Handelsgesellschaften zur Revisionsstelle mit den Rechten und Pflichten, die durch das Gesetz bestimmt sind. Die Revisionsstelle ist jeweils für die Zeit bis zur nächsten ordentlichen Generalversammlung zu wählen.

IV **Geschäftsjahr, Geschäftsbericht, Bekanntmachungen, Liquidation**

**Art. 15**

Der Verwaltungsrat bestimmt das Geschäftsjahr.

Auf den Schluss des Geschäftsjahres ist der Geschäftsbericht, bestehend aus der Jahresrechnung, dem Jahresbericht und gegebenenfalls einer Konzernrechnung, unter Beachtung der gesetzlichen Vorschriften zu erstellen (Art. 662 ff. OR).

### Art. 16

Spätestens 20 Tage vor der ordentlichen Generalversammlung sind der Geschäftsbericht und der Revisionsbericht den Aktionären am Gesellschaftssitz zur Einsicht aufzulegen. Jeder Aktionär kann verlangen, dass ihm unverzüglich eine Ausfertigung dieser Unterlagen zugestellt wird. Die Namenaktionäre werden hierüber durch schriftliche Mitteilung unterrichtet (Art. OR 696).

### Art. 17

Mitteilungen der Gesellschaft an Aktionäre erfolgen brieflich, oder nach Ermessen des Verwaltungsrates durch eingeschriebenen Brief, Bekanntmachungen durch Publikation im Schweizerischen Handelsamtsblatt.

### Art. 18

Im Falle der Auflösung der Gesellschaft wird die Liquidation durch den dann bestehenden Verwaltungsrat besorgt, sofern die Generalversammlung nichts anderes beschliesst.

Die Liquidatoren haben unbeschränkte Vollmacht, das gesamte Gesellschaftsvermögen zu liquidieren.

Zug, den 15. Dezember 2006

# JDFX Holding AG, Zug

Share register

| Date | Cert. | Share No. | # Shares | % | Shareholders Name | Former Shareholder | Reference |
|---|---|---|---|---|---|---|---|
| 15.12.06 | 1 | 1 – 2'000'000 | | | Market Shot LLC | | Foundation |
| 15.12.06 | 2 | 2'000'000 – 3'000'000 | | | Clive Diethelm | | Foundation |
| 15.12.06 | 3 | 3'000'000 – 10'000'000 | | | James Pieron | | Foundation |

JDFX Holding AG

................................
James Pieron
(Chairman)

................................
Clive Diethelm
(Member of the Board of Directors)



# JDFX HOLDING AG

*Share Certificate*

Certificate number: 1

Incorporated under the Code of Obligation of Switzerland

Authorised Shares: 10,000,000 Registered Shares.

Number of shares: 2,000,000

THIS IS TO CERTIFY THAT "Market Shot LLC, 12644 Tiffany Court, Burnsville, MN 55337, USA" is the Registered Holder of 2,000,000 (Two Million) Shares in the above-named Company, subject to the Memorandum and Articles of Association of the said Company.

Given under the Common Seal of the Company
This 15th day of Dezember 2006.

JDFX Holding AG

James Pierott
(Chairman)

Clive Diethelm
(Member of the Board of Directors)



Certificate number: 2

# JDFX HOLDING AG
## Share Certificate

Incorporated under the Code of Obligations - Switzerland

Authorised Shares: 10,000,000 Registered Shares.

Number of shares: 1,000,000

THIS IS TO CERTIFY THAT "Clive Diethelm, Faustupasse 17, 8008 Zürich, Switzerland" is the Registered Holder of 1,000,000 (One Million) Shares in the above named Company, subject to the Memorandum and Articles of Association of the said Company.

Given under the Common Seal of the Company
This 15th day of December 2006

JDFX Holding AG

James Pieron
(Chairman)

Clive Diethelm
(Member of the Board of Directors)

