## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES D. PIERON, JR.,<br><br>　　　　　Defendant. | Case No. 18-cr-20489 (TLL)(PTM)<br>Hon. Thomas L. Ludington |

## **INDEX OF EXHIBITS**

| Exhibit | Title/Description |
|---|---|
| A | Check to IRS for $627,244.62 on 03/14/2018 |
| B | Check to IRS for $242,872.52 on 10/01/2018 |