

DEFENDANT'S EXHIBIT 1003 US v. PIERON