```
JAMES DAYTON PIERON          05-14                                      155
38 COMMERCE AVE SW APT 701                                          68-1/510 VA
GRAND RAPIDS MI  49503-4275                                              0451
                                      1-OCT-18
                                              Date

Pay to the  UNITED STATES TREASURY        | $ 242,872 52/
Order of
    two hundred forty two thousand eight hundred seventy two  52/100  Dollars

Bank of America
ACH R/T 081000017
                         IRS BOND         [signature]
For _____

⑆051000017⑆  435009357390⑈0155
```

DEFENDANT'S
EXHIBIT
1006
US v. PIERON