**UBS**  UBS e-banking Hotline  +41-(0)848 848 064

# Payment abroad

**Beneficiary**
Name: DU BOIS HOLDINGS PTE LTD
Postcode/City: SINGAPORE
Country: SG
IBAN (account): 123234

**Beneficiary's bank**
BIC (SWIFT): CSPBSGSGXXX
Name: CREDIT SUISSE SINGAPORE
05-02: 1, RAFFLES LINK
SG 039393    SINGAPORE

**Payment**
Currency Amount: CHF 2'500'000.00
Payment purpose: PURCHASE OF 'BANQUE DU BOIS' / 1ST DOWN PAYMENT
Ordering Customer: JAMES PIERON
Debit account: CH88 0020 6206 2512 6240 M CHF UBS PERSONAL ACCOUNT
Execution date: 01.12.2008
Salary payment: No
Notification: Single posting without advice
Text: E-BANKING-ORDER
Order number: 9906336TI2801631
Status: fully approved/Being processed
Source: Pending orders

**Costs and instructions**
Costs: All costs borne by ordering customer
Instructions: CS SINGAPORE IBAN:
CH96 0483 5097 6335 9300 0

Displayed in UBS e-banking on 01.12.2008, 13:05 CET

GOVERNMENT EXHIBIT 217

Page 1/1