UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                             Case No. 1:18–cr–20489–TLL–PTM
                                                   Hon. Thomas L. Ludington

James D. Pieron, Jr,

                Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   RE–NOTICE of Hearings on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. Pursuant to 20–AO–021. **Motion Hearings RE–set for 4/22/2020 at 2:00 PM before Distric t Judge Thomas L. Ludington (From 3/30/2020).** (KWin)

   All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Winslow
                                                    Case Manager

Dated:   March 19, 2020