UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.

           Case No. 1:18–cr–20489–TLL–PTM
           Hon. Thomas L. Ludington

James D. Pieron, Jr,

           Defendant(s),

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

  RE–NOTICE of hearing on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. **Motion Hearings Re–set for 5/26/2020 at 3:00 PM before District Judge Thomas L. Ludin gton (From 4/22/2020).** (KWin)

  All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

           By: s/K Winslow
                Case Manager

Dated: April 10, 2020