UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                         Case No. 1:18–cr–20489–TLL–PTM
                                               Hon. Thomas L. Ludington

James D. Pieron, Jr,

                  Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   RE–NOTICE of Hearing on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. **Motion Hearings RE–set for 7/21/2020 at 3:00 PM before District Judge Thomas L. Luding ton (From 5/26/2020).** (KWin)

   All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                                By: s/K Winslow
                                                                                     Case Manager

Dated:  May 18, 2020