UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                      Case No. 1:18–cr–20489–TLL–PTM
                                        Hon. Thomas L. Ludington

James D. Pieron, Jr,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of Zoom Webinar Hearing on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. **Zoom Video Motion Hearing set for 7/15/2020 at 11:00 AM before District Judg e Thomas L. Ludington. Please click the link below to join the webinar: https://zoom.us/j/92239506901?pwd=ejFsejVxd0lPS0w1eEtoU2g0djFjQT09Password: 372765 Or iPhone one–tap : US: +16027530140,,92239506901#,,1#,372765# or +12133388477,,9223950690 1#,,1#,372765#.** (KWin)

All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

**ADDITIONAL INFORMATION:**   Please click the link below to join the webinar: https://zoom.us/j/92239506901?pwd=ejFsejVxd0lPS0w1eEtoU2g0djFjQT09 Password: 372765 Or iPhone one–tap : US: +16027530140,,92239506901#,,1#,372765# or +12133388477,,92239506901#,,1#,372765#

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/K Winslow
                                                           Case Manager

Dated:   June 8, 2020