# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-20489 (TLL)(PTM) |
| Plaintiff, | Hon. Thomas L. Ludington |
| vs. | |
| JAMES D. PIERON, JR., | |
| Defendant. | |

## DEFENDANT'S OBJECTION TO ZOOM WEBINAR HEARING CONCERNING MOTIONS FOR ACQUITTAL AND NEW TRIAL

On July 13, 2020, this Court inquired whether Pieron would consent to using the Zoom Webinar service for oral arguments concerning his motions for acquittal and a new trial. The Court also directed Pieron to file an objection if he did not consent.

Accordingly, Pieron objects to proceeding via Zoom. Pieron requests an adjournment until a date when the hearing can be held in person.

Respectfully submitted,

/s/ Patrick J. Hurford
Patrick J. Hurford
Mark S. Pendery
Honigman LLP
660 Woodward Ave.
Detroit, MI  48226
(313) 465-7000
phurford@honigman.com

Dated:  July 14, 2020

**CERTIFICATE OF SERVICE**

I hereby certify I electronically filed the foregoing document with the Clerk of the Court using the ECF system on July 14, 2020. As a result, notification of this filing will be sent to all counsel of record.

Respectfully submitted,

/s/ Patrick J. Hurford
Patrick J. Hurford
Honigman LLP
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7000
phurford@honigman.com