UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                              Case No. 1:18–cr–20489–TLL–PTM
                                              Hon. Thomas L. Ludington

James D. Pieron, Jr,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

RE–NOTICE of hearing on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. **IN–PERSON Motion Hearings set for 9/22/2020 at 2:00 PM before District Judge Thomas L. Ludington (From 7/15/2020).** (KWin)

All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/K Winslow
                                                             Case Manager

Dated:  July 14, 2020