UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 1:18-cr-20489-TLL-PTM
                                            Hon. Thomas L. Ludington

James D. Pieron, Jr,

                Defendant(s),

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

RE-NOTICE of hearing on [68] MOTION for New Trial , and [66] MOTION for Judgment of Acquittal as to James D. Pieron, Jr. **Motion Hearings RE-set for 10/21/2020 at 10:00 AM before District Judge Thomas L. Ludi ngton (From 9/22/2020)**. (KWin)

All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Winslow
                                                        Case Manager

Dated:   September 11, 2020