UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                                            Case No. 18-CR-20489
-vs-                                  Judge Thomas L. Ludington

JAMES D. PIERON, JR,
    Defendant.
_____/

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Kenneth R. Sasse is appearing as counsel for Defendant James D. Pieron, Jr.

                                              s/Kenneth R. Sasse
                                              Kenneth R. Sasse
                                              Attorney for James D. Pieron
                                              Kenneth R Sasse PLLC
                                              27 E. Flint St., 2nd Floor
                                              Lake Orion, Michigan 48362
                                              (248) 821-7325
                                              (P24365)

Dated: February 23, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that on this date I electronically filed my Appearance of Counsel with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Kenneth R. Sasse
Kenneth R. Sasse
Attorney for James Pieron, Jr.
Kenneth R Sasse PLLC
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
(248) 821-7325
(P24365)

Dated: February 23, 2021