UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-20489 |
| Plaintiff, | Judge Thomas L. Ludington |

vs.

JAMES D. PIERON, JR.,
       Defendant.
_____

STIPULATION TO EXTEND TIME TO FILE
OBJECTIONS TO PRESENTENCE REPORT
_____

    The United States of America and Defendant James D. Pieron, Jr., by and through their respective counsel, stipulate and agree to the following:

    1. Kenneth R. Sasse was one of the attorneys who represented Defendant at the trial of this case.  Mr. Sasse withdrew as counsel following the conviction when it appeared that he might be called as a witness at post-trial hearings.  These hearings have now been concluded.

    2. Mr. Sasse has filed a new appearance as counsel for Defendant to provide representation until and through the sentencing hearing in this matter.

    3.  Mr. Sasse first obtained the Presentence Investigation Report yesterday, February 22, 2021.  He requests additional time to consult with his client and file possible objections to the Presentence Investigation Report.

4. Objections to the Presentence Investigation Report are presently due today, February 23, 2021.

5. An Order should enter allowing each party until March 2, 2021 (an extension of one week) to file objections to the Presentence Investigation Report.

Dated: February 23, 2021	s/ JULES M.  DePORRE (with consent)

Assistant United States Attorney 600 Church Street Flint, Michigan 48502
Phone: (810) 766-5026
jules.deporre@usdoj.gov P73999

s/ KENNETH R. SASSE

Attorney for Defendant
27 E. Flint St.  2nd Floor Lake Orion,Michigan 48362
Phone: (248) 821-7325
ksasse11@gmail.com
P24365

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                  Case No. 18-CR-20489
         Plaintiff,                                  Judge Thomas L. Ludington

vs.

JAMES D. PIERON, JR.,
         Defendant.
_____

ORDER TO EXTEND TIME TO FILE
OBJECTIONS TO PRESENTENCE REPORT
_____

Upon Stipulation of the parties, and for the reasons stated therein,

IT IS HEREBY ORDERED that the time within which the parties may file objections to the Presentence Investigation Report in this matter is extended until March 2, 2021.

Dated: March 2, 2021                          s/Thomas L. Ludington
                                                                          THOMAS L. LUDINGTON
                                                                          United States District Judge