UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                              Plaintiff,

v.                                              Case No. 1:18–cr–20489–TLL–PTM
                                                Hon. Thomas L. Ludington
James D. Pieron, Jr,

                              Defendant(s),

_____


**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  James D. Pieron, Jr

   The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

   - SENTENCING:  April 29, 2021 at 02:00 PM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K Winslow
                                  Case Manager

Dated:  March 18, 2021