UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                       Plaintiff,

v.                                                Case No. 1:18–cr–20489–TLL–PTM
                                                     Hon. Thomas L. Ludington

James D. Pieron, Jr,

                       Defendant(s),

## NOTICE OF MOTION HEARING BY VIDEO CONFERENCE

    PLEASE TAKE NOTICE that a video conference has been scheduled before District Judge Thomas L. Ludington for the following motion(s):

        Motion to Dismiss – #39
        Motion for Withdrawal of Attorney – #178
        Motion for Withdrawal of Attorney – #179

    Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for: James D. Pieron, Jr

- MOTION HEARING: April 29, 2021 at 02:00 PM

    The Court will host the conference. The conference information is listed below.

**ZOOM WEBINAR:** https://www.zoomgov.com/j/1600495594?pwd=WIlIT254QnZsT2pMUmFhd2p5QldLZz09 Passcode: 735548 Or iPhone one–tap : US: +16692545252,,1600495594# or +16468287666,,1600495594#

    Attorneys must review and comply with the attached Zoom Video Conference Policies and Guidelines.

    The public may request access to in–court proceedings by visiting the Court's website: http://www.mied.uscourts.gov

                                                        By: s/K Winslow
                                                            Case Manager

Dated: March 31, 2021

## ZOOM VIDEO CONFERENCE POLICIES AND GUIDELINES

### *General Court Policies:*

- All in−court proceedings will be considered the same as if held in the courtroom and an official record will be made. Appropriate attire is required.

- The judge has authority over the proceeding and participants as if they were physically present in chambers or the courtroom.

- The judge may terminate the proceeding if the video conference experience is not acceptable.

- Appropriate conduct is required. Be courteous and patient.

- For in−chambers conferences, an official record will not be made, unless the judge determines one is necessary. Connection information may not be forwarded, distributed or shared with non−parties without the Court's advance approval.

- Broadcasting, recording or photographing, including "screenshots" or other visual copying of a proceeding, is strictly prohibited.

### *Technical Responsibilities:*

- The court will not provide technical assistance for testing or troubleshooting equipment or connections, nor provide time during the proceeding to troubleshoot issues.

- Participants should take time prior to the proceeding to become familiar with Zoom. Directions, tutorials and support can be found at https://zoom.us. Devices and connections can be tested at https://zoom.us/test.

- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality connection.

### *Connecting to the Proceeding:*

- If a connection link has been provided, click the link to join (or copy and paste the link into a web browser). If prompted, download or launch Zoom and join with video and audio.

- Alternatively, visit https://zoom.us/join from a computer and enter the Meeting or Webinar ID. If prompted, download or launch Zoom and join with video and audio.

- For Apple/Android tablets and phones, install the Zoom App from the Apple or Android Store prior to the proceeding. Launch the Zoom App and join using the Meeting or Webinar ID.

### *Best Practices:*

- Use your full name in the display of the video window.

- Mute sound when not speaking to eliminate background noise.

- Unmute only when necessary to speak. Press the space bar to temporarily unmute.

- Avoid rustling papers and other extraneous noises.

- Speak one at a time.

- Spell proper names.

- Position the camera at eye level or slightly above eye level.

- Remember to look directly at the camera, not at the screen.

- Be mindful of what is behind you. Choose a solid neutral wall, if possible.

- Have proper lighting, ideally where light is directly on your face.