UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                                    Case No. 18-CR-20489
-vs-                            Judge Thomas L. Ludington

JAMES D. PIERON, JR,
    Defendant.
_____/

## DEFENDANT'S TRIAL EXHIBITS

    The Defendant's trial exhibits are below.

                                s/Kenneth R. Sasse
                                Kenneth R. Sasse
                                Attorney for James D. Pieron
                                Kenneth R Sasse PLLC
                                27 E. Flint St., 2nd Floor
                                Lake Orion, Michigan 48362
                                (248) 821-7325
                                (P24365)

July 22, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2021 I electronically filed the attached Memorandum with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                s/Kenneth R. Sasse