

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0025

039364.683608.143252.8948 1 AB 0.408 632

| Notice | CP49 |
|---|---|
| Tax Year | 2015 |
| Notice date | February 19, 2018 |
| Social Security number | ███-██-2111 |
| To contact us | 1-800-829-8374 |
| Your Caller ID | 352637 |
| Page 1 of 3 | 9H |



JAMES D PIERON JR
GRAND RAPIDS MI 49503-4275

We applied your 2015 Form 1040 overpayment to an unpaid balance

## Amount due immediately: $627,244.62

We applied $2,987.00 of your 2015 Form 1040 overpayment to an amount owed for 2008.

As a result, the amount you owe for 2008 is $627,244.62.

If you already have an installment or payment agreement in place for this tax year, then continue with that agreement.

**Billing Summary**

| | |
|---|---:|
| Overpayment for 2015 | -$2,987.00 |
| Amount applied to tax owed for 2008 | 2,987.00 |
| Remaining balance for 2008 | 627,244.62 |
| **Amount due immediately** | **$627,244.62** |

Continued on back...

---



**Payment**

JAMES D PIERON JR
GRAND RAPIDS MI 49503-4275

| Notice | CP49 |
|---|---|
| Notice date | February 19, 2018 |
| Social Security number | ███-██-2111 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2008), and the form number (1040) on your payment and any correspondence.

Amount due  $627,244.62

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0025

████ 11 HP PIER 30 0 200812 670 00062724462

DEFENDANT'S
EXHIBIT
1002
US v. PIERON