

DEFENDANT'S
**EXHIBIT**
**1003**
US v. PIERON