2018-03-20 NARRATIVE                                                                 samess84

Checklist: Case Actions (when no other checklist applies)
JAMES D. PIERON, JR. called ACS.
Phone Call Advisories: Advised taxpayer of POA on file and taxpayer agreed to continue call.
Verifications/Updates done:
    Address
Compliance Check done:  All required returns filed.
ACCOUNT STATUS 48/24. ASSESSED OVER $250K. ACCOUNT HAS -Z FREEZE CODE. CALLING TO GET BREAK DOWN OF BALANCES FOR 2008, 2009 AND 2016 AS OF 4/01/18.

GAVE HIM THE FOLLOWING INTSTB NUMBERS:

[REDACTED]1
30 200812 04012018 PIER
        55,024.59   ASSESSED FTP
        63,051.29   ASSESSED INT
       293,201.31   TAX
        85,190.77   ASSESSED OTHER PEN
       496,467.96   ASSESSED TOTAL
        33,466.27   ACCRUED FTP
       100,000.52   ACCRUED INT
       133,466.79   TOTAL ACCRUALS
        88,490.86   TOTAL FTP
       163,051.81   TOTAL INT
       629,934.75   BALANCE DUE

2018-03-20 NARRATIVE                                                                 samess84

[REDACTED]1
30 200912 04012018 PIER
         5,019.60   ASSESSED FTP
         4,834.68   ASSESSED INT
       125,490.00   TAX
        31,239.79   ASSESSED OTHER PEN
       166,584.07   ASSESSED TOTAL
        26,352.90   ACCRUED FTP
        44,935.54   ACCRUED INT
        71,288.44   TOTAL ACCRUALS
        31,372.50   TOTAL FTP
        49,770.22   TOTAL INT
       237,872.51   BALANCE DUE

[REDACTED]1
30 201612 04012018 PIER
           283.92   ASSESSED FTP
           175.50   ASSESSED INT
         2,611.78   TAX
              .00   ASSESSED OTHER PEN
         3,071.20   ASSESSED TOTAL
              .00   ACCRUED FTP
              .41-  ACCRUED INT
              .41-  TOTAL ACCRUALS
           283.92   TOTAL FTP
           175.09   TOTAL INT
         3,070.79   BALANCE DUE

2018-03-21 NARRATIVE                                                                 1j8mb

TPCI.DV. WANTED SOME INFORMATION FROM HIS ACCOUNT. HE DID STATE HE MAILED IN PAYMENT FOR 2008 ON 3/15/18. NOT RECEIVED YET. IT WILL BE A LITTLE SHORT OF FULL PAYING 2008. TP WANTED TO KNOW WHEN YEARS WERE RECEIVED AND IF ANY OF THE YEARS HAD AMENDED RETURBS. 2008-2010 DID HAVE AMENDED RETURNS (PER CIS). 2009 DID NOT HAVE ANY ADJUSTMENTS MADE. 2008 AND 2010 DID HAVE AMENDED RETURN ADJUSTMENTS MADE. UNSURE OF WHAT THE TAXPAYER IS DOING. THERE IS -Z FREEZE ON ALL THE YEARS. HE HAD WANTED TRANSCRIPTS BUT COULD NOT SET UP AN ACCOUNT ONLINE AS HE DOES NOT HAVE THE REQUESTED INFORMATION (ACCOUNTS). WHILE PROVIDING THE TAXPAYER WITH INFORMATION ON THESE YEARS, THE CALL DROPPED. FINISHED NOTES IN WRAP. THE CURRENT BALANCE IS $800K SO HE WOULD HAVE NEEDED TO GO TO RO, BUT WITH -Z FREEZE SOME INFORMATION MAY HAVE NEEDED TO GO THROUGH CI. THE INFORMATION THAT I PROVIDED HIM WAS JUST BAS[E] DATES AND AMOUNTS.

DEFENDANT'S EXHIBIT 1004 US v. PIERON

25540