**IRS** Department of the Treasury
Internal Revenue Service

IRS
AUSTIN TX 73301-0025

In reply refer to: 0533003935
July 18, 2018    LTR 288C    0
            111  200812 30        0
                                    00003084
                        BODC: SB

JAMES D PIERON JR
[redacted]
[redacted] 4275

027553

Taxpayer identification number:         111
Tax periods: Dec. 31, 2008
Form: 1040

Dear Taxpayer:

Thank you for your correspondence dated Mar. 15, 2018, and your payment of $627,244.62.

Our records show that your payment was applied to your account on Mar. 26, 2018. You currently have no balance due for tax year 2008.

You can get any IRS forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call Customer Service at 267-941-1000 between 6:00 a.m. and 11:00 p.m. EDT.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

DEFENDANT'S
**EXHIBIT**
**1005**
US v. PIERON