**JAMES DAYTON PIERON** 05-14 155
68-1/510 VA
0451

[address redacted]

Date: 1-OCT-18

Pay to the Order of: UNITED STATES TREASURY $ 242,872.52

two hundred forty-two thousand eight hundred seventy-two 52/100 Dollars

**Bank of America**
ACH R/T 051000017

For: [redacted] IRS BOND

[signature]

⑆051000017⑆ 435009357390‖0155

DEFENDANT'S
EXHIBIT
1006
US v. PIERON