1/14/15
Called about 2011 amended return:

It has been assigned, but not finalized, allow another 30 days 2/14/15.
There is a hold on account related to collections, it's been on there since 2012.

2/26/15
Called about 2011 amended return:
No indication it has been finalized, no additional collections

4/16/15 Referred
4/29/15 Not processed/under examination
6/29/15 It's being reviewed, client will be contacted for more information if needed
7/29/15 Hasn't been processed
9/22/15 Referral to submission processing – they are asked to contact us within 30 days
Tried to call since 10/22/15, IRS taped message said they have too many calls, call back another day.

12/2/15 Called Amended return hotline 866-464-2050 – on hold 50 min, IRS agent issued another referral to submission processing – informing them 1040x was submitted April 2014, either process it or call us within 30 days

1/19/16 Amended Return Exam Dept on Acct – no assignment yet. Call collections again by 7/7/16

6/30/16 Called IRS Collections: (800) 829-3903, they researched status of 2011 amended return, they said the tax examiner had sent the client correspondence and client did not respond **and the case was closed out**. They could not give details of the correspondence sent to client. The current POA has the box marked that AHP/POA should receive notices and communications, but we have not received any, nor client to our knowledge

6/30/16 Prepared and mailed letter to IRS/Fresno CA requesting the 2011 1040X case be reopen, due to them not sending us (POA) any copies of previous client notices.

8/8/16 Called Tax Practioner hotline to see if case reopened
Case reopened as of 7/1/16
7/28/16 return assigned to be reworked (could take 16 weeks) check again 9/10/16.

9/12/16 Called Tax Practioner hotline to check status of return – IRS agent sent note to amended return exam unit for them to either resolve return or notify client. Estimated balance due for years 2008-2009 $820,000

Updated POA (2007-2016)
Prepared return transcript request 2007-2014
Received Wage and Income transcripts for years 2007-2014, Record of Acct for tax years 2013-2014. Return figures are from original return filing, and don't reflect the amendments



DEFENDANT'S EXHIBIT 1007 US v. PIERON

10/17/17

Looked on IRS/GOV amended return status: No 2011 amended return in system to check status, but there was a 2014.

Called IRS Amended return about the status of the amended 2011 return, IRS agent says they received the amended return, but it has not be reviewed and processed as of yet, she could not provide any additional information.

I informed her that 2013-2015 amended returns filed