# Andrews Hooper Pavlik PLC
5300 Gratiot Rd
Saginaw, MI 48638-6035
989-497-5300

## Filing Instructions

## Form TD F 90-22.1

## Report of Foreign Bank and Financial Accounts

## Taxable Year Ended December 31, 2010

| | |
|---|---|
| **Name:** | James D Pieron, Jr. |
| **Date Due:** | June 30, 2011 |
| **Mail To:** | Internal Revenue Service<br>Department of the Treasury<br>P. O. Box 32621<br>Detroit, MI 48232-0621<br><br>We recommend that you use certified mail with postmarked receipts for proof of timely filing. |
| **Signature:** | You should sign and date the form. |
| **Other:** | Initial and date the copy and retain it for your records. Do not mail Form TD F 90-22.1 with your 2010 Form 1040 return. |

DEFENDANT'S
EXHIBIT
1014
US v. PIERON

00990

| TD F 90-22.1 | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| (Rev. March 2011) Department of the Treasury Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2010** Amended ☐ |

### Part I    Filer Information

**2** Type of Filer

a [X] Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

| 3 U.S. Taxpayer Identification Number | 4 Foreign identification (Complete only if item 3 is not applicable.) | 5 Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| ■■■■11 | a Type: ☐ Passport ☐ Other _____ | |
| If filer has no U.S. Identification Number complete Item 4. | b Number _____    c Country of Issue _____ | 10/01/1969 |

| 6 Last Name or Organization Name | 7 First Name | 8 Middle Initial |
|---|---|---|
| PIERON, JR. | JAMES | D |

**9** Address (Number, Street, and Apt. or Suite No.)

■■■ 6 ■■■■■■■■■■

| 10 City | 11 State | 12 Zip/Postal Code | 13 Country |
|---|---|---|---|
| ■■■■■■ | ■ | ■■ 8 | |

**14** Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)

[X] No

### Part II    Information on Financial Account(s) Owned Separately

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [X] Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 200,000 | |

**17** Name of Financial Institution in which account is held

UBS

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 206251262602 | POSTFACH, CH-8098 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| ZURICH | | | SWITZERLAND |

### Signature

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|
| | | 05/17/2012 |

**File this form with:** U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Apprv 259

Form TD F 90-22.1 (Rev. 3-2011)

| Part II | Continued—Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |
|---|---|---|
| **Complete a Separate Block for Each Account Owned Separately** | | Page Number |
| This side can be copied as many times as necessary in order to provide information on all accounts. | | 2 of 3 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| __2010__ | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>▮▮▮▮▮11 | PIERON, JR. |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [X] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| 300,000 | |
| 17 Name of Financial Institution in which account is held | |
| UBS | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 27324074360X | POSTFACH, CH-6002 |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| LUZERN | | | SWITZERLAND |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [X] Securities   c [ ] Other—Enter type below |
|---|---|
| 350,000 | |
| 17 Name of Financial Institution in which account is held | |
| CREDIT SUISSE | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 92588712 | CH-GENEVA 70 (0251) |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| GENEVA | | | SWITZERLAND |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| | |
| 17 Name of Financial Institution in which account is held | |
| | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

Form **TD F 90-22.1** (Rev. 3-2011)

Apprv 259

00992

| Part IV | Information on Financial Account(s) Where Filer has Signature Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 |
|---|---|---|
| | Complete a Separate Block for Each Account | Page Number 3 of 3 |

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2010 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>■■■■11 | PIERON, JR. |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [X] Securities   c [ ] Other—Enter type below |
|---|---|
| 160,000 | |

**17** Name of Financial Institution in which account is held
JPMORGAN

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 35981701 | 125 LONDON WALL |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| LONDON | | EC2TY5AJ | ENGLAND |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| JDFX FUND LTD | |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | 9 USTERISTRASSE |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| ZURICH | | 8001 | SWITZERLAND |

**43** Filer's Title with this Owner

---

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| | |

**17** Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| | |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| | | | |

**43** Filer's Title with this Owner

---

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [ ] Bank   b [ ] Securities   c [ ] Other—Enter type below |
|---|---|
| | |

**17** Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| | |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| | | | |

**43** Filer's Title with this Owner

---

Form TD F 90-22.1 (Rev. 3-2011)

Apprv 259

00993

JAMES D PIERON, JR.



FORM TD F 90-22.1   STATEMENT   12/31/10

MR. PIERON WAS INVOLVED WITH SEVERAL ENTITIES WHILE IN SWITZERLAND AND WAS UNAWARE OF THE FILING AND REPORTING REQUIREMENTS FOR THE FOREIGN BANK ACCOUNTS. ONCE MADE AWARE OF THE FILING REQUIREMENTS, HE IMMEDIATELY TOOK STEPS TO COMPLY BY SEARCHING THROUGH SEVERAL YEARS OF RECORDS TO OBTAIN THE REQUIRED INFORMATION. INCLUDED ON FORM TD F 90-22.1 IS ONE PERSONAL ACCOUNT, TWO BUSINESS ACCOUNTS OF WHICH MR. PIERON WAS A GREATER THAN 50% OWNER AND ONE ACCOUNT WHICH HE HAD SIGNATURE AUTHORITY ONLY.