

C38

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

129500

**Statement Period:** May 8, 2009 - May 29, 2009
**Account Number: 987824058**

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 9 p.m. ET
  Saturday: 7 a.m. - 2 p.m. ET
  Sunday: 10 a.m. - 4 p.m. ET
**Web:** NationalCity.com

IB TECHNOLOGIES INC

o

## ✔ Free Small Business Checking

### Account Summary for 987824058

| | | |
|---|---|---|
| **Beginning Balance as of May 8, 2009** | | **$0.00** |
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 0.01 |
| Checks/Converted Checks | 0 items | - 0.00 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 0 items | - 0.00 |
| **Ending Balance as of May 29, 2009** | | **$0.01** |

**OTHER**
 ## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 05/08 | New Account Deposit | $0.01 |
| | **Total: 1 item for $0.01** | |

---

### Banking with you in mind.

Great for gift-giving: National City Visa Gift Cards.

Not sure what to get Mom, Dad or the grad on your gift list? National City Visa® Gift Cards take the guesswork out of selecting the right gift because your friends and family get the thing they want most: the flexibility to choose what they like, anywhere Visa debit cards are accepted. Ideal for special events like upcoming graduations, Mother's Day, Father's Day or gift-giving any time of the year.

For more information on National City Visa Gift Cards, go to NationalCity.com/GiftCard or visit your local branch.

DEFENDANT'S
**EXHIBIT**
**1018**
US v. PIERON

10550



C38

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

128822

**Statement Period:** May 30, 2009 - Jun. 30, 2009
**Account Number: 987824058**

## Contact Us

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
Mon. - Fri.: 7 a.m. - 9 p.m. ET
Saturday: 7 a.m. - 2 p.m. ET
Sunday: 10 a.m. - 4 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

o

IB TECHNOLOGIES INC



## Important Information About Your Account

**Stop Payment Renewal Notices Will Be Discontinued**

*Effective Wednesday, August 5, 2009*
**Renewal notices will no longer be mailed for a stop payment order that is due to expire.**

There will be no change to the procedure for entering or renewing stop payment orders - call the customer service number on your statement or visit your branch.

 **Free Small Business Checking**

### Account Summary for 987824058

| | | |
|---|---|---|
| **Beginning Balance as of May 30, 2009** | | **$0.01** |
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 100,000.00 |
| Checks | 3 items | - 9,792.31 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 2 items | - 463.82 |
| Other Debits and Transfers | 2 items | - 2,011.00 |
| **Ending Balance as of Jun. 30, 2009** | | **$87,732.88** |

**OTHER**

 **Miscellaneous Credits**

| Date | Description | Amount |
|---|---|---|
| 06/08 | Wire Transfer Credit | $100,000.00 |
| | **Total: 1 item for $100,000.00** | |

541797

10551

**Statement Period:** May 30, 2009 - Jun. 30, 2009
**Account Number:** 987824058

 # Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 992 | $1,532.00 | Paid Check - Image Available Online | 06/29 |
| 50001* # | 4,494.58 | Paid Check - Image Available Online | 06/12 |
| 50002 # | 3,765.73 | Paid Check - Image Available Online | 06/12 |

**Total: 3 items for $9,792.31**

> Running low on checks?
> Call 1-800-784-7391 or visit
> NationalCity.com/smallbusiness/
> checking/orderchecks to get more.

*Indicates a gap in check sequence.

# Reflects an Online Bill Payment paid by check. In some instances, payees require Online Bill Payments to be
paid by check. When this is the case, your payment(s) is made by check (produced by National City), itemized
in the Checks and Converted Checks section and has a check number in the 50,000-90,000 range.

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 06/29 | WM Supercenter, MT. Pleasant, MI  Bus CheckCard   Trans.<br>X●XXXXXX●XXX619X 090626 | $300.28 |
| 06/29 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans.<br>X●XXXXXXXX●XX619X 090626 | 163.54 |

**Total: 2 items for $463.82**

**OTHER**
# Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 06/29 | Withdrawal | $2,000.00 |
| 06/30 | Wire Transfer Fee | 11.00 |

**Total: 2 items for $2,011.00**

 *from* **National City**

**11,003 - points Balance as of Jun. 30, 2009**
**For CheckCard xxxx xxxx xxxx 6199**

If you are ready to redeem your points or have questions about the program, visit
NationalCity.com/points or call 1-866-NCB-points (1-866-622-7646).

541798

10552

Page 1 of 4

C37



**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

127848

**Statement Period:** Jul. 1, 2009 - Jul. 31, 2009
**Account Number:** 987824058

**Contact Us**

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
Mon. - Fri.: 7 a.m. - 9 p.m. ET
Saturday: 7 a.m. - 2 p.m. ET
Sunday: 10 a.m. - 4 p.m. ET

**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

0

IB TECHNOLOGIES INC

 **Free Small Business Checking**

## Account Summary for 987824058

| Beginning Balance as of Jul. 1, 2009 | | $87,732.88 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 2.12 |
| Checks | 4 items | - 8,015.50 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 10 items | - 2,783.50 |
| Other Debits and Transfers | 5 items | - 14,594.70 |
| **Ending Balance as of Jul. 31, 2009** | | **$62,341.30** |

OTHER

 **Miscellaneous Credits**

| Date | Description | Amount |
|---|---|---|
| 07/09 | Radioshack Cor00169110, Mount Pleasan, MI Bus CheckCard Trans. X0XXXXXXXXXX619X 090708 | $2.12 |
| | **Total: 1 item for $2.12** | |

545751

10553

 **Checks**

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 993 | $1,328.61 | Paid Check - Image Available Online | 07/23 |
| 1001* | 2,040.00 | Paid Check - Image Available Online | 07/30 |
| 1002 | 75.00 | Paid Check - Image Available Online | 07/30 |
| 50003* # | 4,571.89 | Paid Check - Image Available Online | 07/20 |

**Total: 4 items for $8,015.50**

*Indicates a gap in check sequence.

# Reflects an Online Bill Payment paid by check. In some instances, payees require Online Bill Payments to be
  paid by check. When this is the case, your payment(s) is made by check (produced by National City), itemized
  in the Checks and Converted Checks section and has a check number in the 50,000-90,000 range.

 **CheckCard/ATM Transactions**

| Date | Description | Amount |
|---|---|---|
| 07/02 | Enterprise Rent-A-Car, Walled Lake, MI  Bus CheckCard   Trans. XXXXX●XXXXXX619X 090701 | $752.04 |
| 07/06 | Staples    00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090705 | 80.09 |
| 07/06 | USPS 2564400853080809198, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXX●X▼XXXXX619X 090703 | 18.84 |
| 07/09 | Intuit *Payroll, 800-446-8848, CA  Bus CheckCard   Trans. XXXXXXXXX0●XX619X 090708 | 258.64 |
| 07/09 | Radioshack Cor00169110, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090708 | 85.80 |
| 07/13 | Mfba  Mbpa 586 393 8800, 800-6832289, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090712 | 100.00 |
| 07/16 | USPS 2564400853080809198, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090715 | 33.60 |
| 07/20 | Img Insurance, 800-628-4664, IN  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090719 | 1,176.00 |
| 07/22 | AT&T R857 10562, MT. Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXX●X619X 090721 | 204.99 |
| 07/22 | Sam's Club Checks, 866-314-8843, TX  Bus CheckCard   Trans. XXXXXXXXXXXX619X 090721 | 73.50 |

**Total: 10 items for $2,783.50**

**OTHER**

**Other Debits and Transfers**

| Date | Description | Amount |
|---|---|---|
| 07/02 | Wire Transfer Debit | $11,290.00 |
| 07/07 | Intl Wire Out Non-Repetitive | 2,000.00 |
| 07/13 | Withdrawal | 1,000.00 |
| 07/17 | Withdrawal | 270.70 |
| 07/31 | Wire Transfer Fee | 34.00 |

**Total: 5 items for $14,594.70**



C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

126706

**Statement Period:** Aug. 1, 2009 - Aug. 31, 2009
**Account Number: 987824058**

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
   **Customer Service Hours:**
   Mon. - Fri.: 7 a.m. - 9 p.m. ET
   Saturday: 7 a.m. - 2 p.m. ET
   Sunday: 10 a.m. - 4 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

IB TECHNOLOGIES INC

o

---

 **Important Information About Your Account**

---

*Effective at the end of business on Friday, November 6, 2009*
National City Bank will merge with and into PNC Bank, National Association, and will no longer be a separate entity. If you have deposit accounts at both institutions they are currently separately insured by the FDIC up to the maximum amount permitted by law.

National City Bank accounts will continue to be separately insured for six months after November 6, 2009. National City Bank Certificates of Deposit (CDs) will maintain separate insurance for six months, or until the next maturity date, whichever is later. CDs renewed during the six-month period with the same terms as the original CD will maintain separate insurance until the maturity date of the renewed CD.

There is nothing that you need to do. Information about the transition to PNC Bank will be sent in future communications. If you have questions, call us at the number on your statement or contact your National City branch.

 **Free Small Business Checking**

---

**Account Summary for 987824058**

| Beginning Balance as of Aug. 1, 2009 | | **$62,341.30** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 2 items | + 0.13 |
| Checks | 8 items | - 11,443.51 |
| Online Bill Pymts/Electronic Pymts | 2 items | - 0.75 |
| CheckCard/ATM Transactions | 7 items | - 1,631.63 |
| Other Debits and Transfers | 1 item | - 20,000.00 |
| **Ending Balance as of Aug. 31, 2009** | | **$29,265.54** |

**OTHER**
 **Miscellaneous Credits**

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/31 | Paypal | Verifybank | 104Js222282Cs26 090828 | $0.08 |
| 08/31 | Paypal | Verifybank | 204Js222282Cs26 090828 | 0.05 |
| | | | **Total: 2 items for $0.13** | |

520427

10555

**Statement Period:** Aug. 1, 2009 - Aug. 31, 2009
**Account Number: 987824058**

 # Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1004 | $3,971.73 | Paid Check - Image Available Online | 08/07 |
| 1005 | 45.00 | Paid Check - Image Available Online | 08/18 |
| 1006 | 1,328.39 | Paid Check - Image Available Online | 08/14 |
| 1011* | 1,928.00 | Paid Check - Image Available Online | 08/31 |
| 1014* | 1,928.00 | Paid Check - Image Available Online | 08/27 |
| 1015 | 168.75 | Paid Check - Image Available Online | 08/19 |
| 1016 | 1,558.20 | Paid Check - Image Available Online | 08/19 |
| 1017 | 515.44 | Paid Check - Image Available Online | 08/27 |

**Total: 8 items for $11,443.51**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | | Amount |
|---|---|---|---|
| 08/18 | Intuit Payroll S Quickbooks 264822687 | 090818 | $0.70 |
| 08/18 | Intuit Payroll S Quickbooks 264822687 | 090818 | 0.05 |

**Total: 2 items for $0.75**

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 08/14 | Speedway 08810 Mou, Mount Pleasan, MI Bus CheckCard   Trans. XXXXXXX●●XXXX619X 090813 | $39.75 |
| 08/14 | Ric's Food Center, MT Pleasant, MI Bus CheckCard   Trans. X●XXXX●●XXXX619X 090813 | 16.77 |
| 08/17 | Hungry Howies 98, 989-7720044, MI Bus CheckCard   Trans. XXXXXXXXXX●K619X 090814 | 18.91 |
| 08/21 | USPS 25644008530809198, Mount Pleasant, MI Bus CheckCard   Trans. X●XXXXX●XXXX619X 090820 | 30.78 |
| 08/24 | Staples    00103101, Mount Pleasant, MI Bus CheckCard   Trans. )●●XXXXXXXXX619X 090821 | 52.37 |
| 08/28 | 1419 S Mission Rd, MT. Pleasant, MI Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXXX6199 | 500.00 |
| 08/31 | www.Costco.Com, 800-955-2292, WA Bus CheckCard   Trans. XXXXXXXXXXXX619X 090828 | 973.05 |

**Total: 7 items for S1,631.63**

**OTHER**
# Other Debits and Transfers

| Date | Description | Amount |
|---|---|---|
| 08/03 | Withdrawal | $20,000.00 |

**Total: 1 item for $20,000.00**

520428

10556



C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

125931

**Statement Period:** Sep. 1, 2009 - Sep. 30, 2009
**Account Number: 987824058**

### Contact Us

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 9 p.m. ET
  Saturday: 7 a.m. - 2 p.m. ET
  Sunday: 10 a.m. - 4 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

IB TECHNOLOGIES INC

O

 **Free Small Business Checking**

### Account Summary for 987824058

| Beginning Balance as of Sep. 1, 2009 | | **$29,265.54** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 2 items | + 409.14 |
| Checks | 8 items | - 11,333.20 |
| Online Bill Pymts/Electronic Pymts | 7 items | - 4,332.31 |
| CheckCard/ATM Transactions | 12 items | - 4,458.93 |
| Other Debits and Transfers | 1 item | - 904.00 |
| **Ending Balance as of Sep. 30, 2009** | | **$8,646.24** |

**OTHER**

 **Miscellaneous Credits**

| Date | Description | Amount |
|---|---|---|
| 09/21 | www.Costco.Com, 800-955-2292, WA  Bus CheckCard   Trans.<br>XXXX●XXXXXXXX619X 090918 | $324.35 |
| 09/24 | Art Van Furniture, Lansing, MI  Bus CheckCard   Trans.<br>X●XXXX●XX●XX619X 090923 | 84.79 |
| | | **Total: 2 items for $409.14** |

 **Checks**

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1012 | $1,928.00 | Paid Check - Image Available Online | 09/15 |
| 1013 | 1,928.00 | Paid Check - Image Available Online | 09/02 |
| 1019* | 435.00 | Paid Check - Image Available Online | 09/03 |
| 1020 | 575.00 | Paid Check - Image Available Online | 09/03 |
| | | | **Continued** |

474733

**#######-JOB#####-####002#**

10557

**Statement Period:** Sep. 1, 2009 - Sep. 30, 2009
**Account Number:** 987824058



## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1023* | 3,765.73 | Paid Check - Image Available Online | 09/11 |
| 1024 | 702.97 | Paid Check - Image Available Online | 09/21 |
| 1025 | 1,328.50 | Paid Check - Image Available Online | 09/29 |
| 1026 | 670.00 | Paid Check - Image Available Online | 09/25 |

**Total: 8 items for $11,333.20**

*Indicates a gap in check sequence.



## Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 09/01 | Paypal      Inst Xfer 4Js223U2Rmaxc 090831 | $106.80 |
| 09/09 | Paypal      Inst Xfer 4Js223Ueh6Wt6  090908 | 121.92 |
| 09/09 | Paypal      Inst Xfer 4Js223Uegzx3G  090908 | 68.00 |
| 09/16 | IRS          USATaxpymt 270965900666097 091609 | 2,618.00 |
| 09/21 | Paypal      Inst Xfer 4Js223Utxl4W8  090918 | 49.79 |
| 09/22 | Paypal      Inst Xfer 4Js223Uyqhxej  090921 | 1,255.00 |
| 09/22 | Paypal      Inst Xfer 4Js223Uyhl22Q  090921 | 112.80 |

**Total: 7 items for $4,332.31**



## CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 09/04 | Okemos Auto Collection, Okemos, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090903 | $64.18 |
| 09/04 | Paypal *Icdsof, San Jose,CA  Point of Sale Purchase Business Check Card XXXXXXXXXXXXX6199 | 57.60 |
| 09/17 | 1419 S Mission St, MT. Pleasant,MI Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXX6199 | 500.00 |
| 09/17 | Pay Rent, San Francisco,CA  Point of Sale Purchase Business Check Card XXXXXXXXXXXXX6199 | 149.95 |
| 09/17 | Wal-Mart #1428, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXX619X 090916 | 51.42 |
| 09/18 | Target      00009241, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXX619X 090917 | 114.46 |
| 09/23 | Target      00009241, Mount Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090922 | 127.18 |
| 09/24 | Art Van Clearance, Lansing, MI  Bus CheckCard   Trans. XXXXXXXXXXXXX619X 090923 | 2,331.94 |
| 09/24 | Art Van Furniture, Lansing, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 090923 | 929.77 |

**Continued**




## 🏧 CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 09/24 | 7-Eleven # 152   Q39, Mount Pleasant, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 090923 | 41.25 |
| 09/25 | Meijer Inc #69   Q01, MT Pleasant, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 090924 | 49.23 |
| 09/25 | USPS 25644008530809198, Mount Pleasant, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 090924 | 41.95 |

**Total: 12 items for $4,458.93**

## OTHER ⛰️ Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 09/24 | Withdrawal | $904.00 |

**Total: 1 item for $904.00**



**25,840 - points Balance as of Sep. 30, 2009**
**For CheckCard xxxx xxxx xxxx 6199**

If you are ready to redeem your points or have questions about the program, visit NationalCity.com/points or call 1-866-NCB-points (1-866-622-7646).

474735

10559

Page 1 of 4

C37



**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

125288

**Statement Period:** Oct. 1, 2009 - Oct. 30, 2009
**Account Number:** 987824058

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
Customer Service Hours:
   Mon. - Fri.: 7 a.m. - 10 p.m. ET
   Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

IB TECHNOLOGIES INC

o

---

 ## Important Information About Your Account

Important Notice: As a result of a final rule to implement applicable provisions of the Unlawful Internet Gambling Enforcement Act of 2006 (31 U.S.C. 5361-5367), we are required to notify all commercial customers that restricted transactions related to unlawful internet gambling activities are prohibited from being processed through their account or relationship.

 ## Free Small Business Checking

**Account Summary for 987824058**

| Beginning Balance as of Oct. 1, 2009 | | **$8,646.24** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 2 items | + 505,985.00 |
| Checks | 15 items | - 24,354.26 |
| Online Bill Pymts/Electronic Pymts | 11 items | - 17,813.70 |
| CheckCard/ATM Transactions | 8 items | - 2,097.58 |
| Other Debits and Transfers | 5 items | - 270,171.85 |
| **Ending Balance as of Oct. 30, 2009** | | **$200,193.85** |

OTHER
## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 10/15 | Wire Transfer Credit | $500,000.00 |
| 10/23 | Wire Transfer Credit | 5,985.00 |
| | **Total: 2 items for $505,985.00** | |

488619

########-JOB#####-####002#

**Statement Period:** Oct. 1, 2009 - Oct. 30, 2009
**Account Number:** 987824058

 # Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1029 | $4,903.00 | Paid Check - Image Available Online | 10/23 |
| 1030 | 851.27 | Paid Check - Image Available Online | 10/20 |
| 1031 | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1032 | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1033 | 1,928.00 | Paid Check - Image Available Online | 10/19 |
| 1035* | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1036 | 3,951.57 | Paid Check - Image Available Online | 10/22 |
| 1037 | 641.96 | Paid Check - Image Available Online | 10/22 |
| 1038 | 318.06 | Paid Check - Image Available Online | 10/09 |
| 1040* | 435.00 | Paid Check - Image Available Online | 10/16 |
| 1041 | 540.00 | Paid Check - Image Available Online | 10/16 |
| 1046* | 1,928.00 | Paid Check - Image Available Online | 10/20 |
| 1047 | 37.50 | Paid Check - Image Available Online | 10/22 |
| 1048 | 1,328.50 | Paid Check - Image Available Online | 10/27 |
| 1051* | 1,707.40 | Paid Check - Image Available Online | 10/29 |

**Total: 15 items for $24,354.26**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 10/06 | Paypal        Inst Xfer  4Js223Vlbdwh6  091005 | $30.74 |
| 10/09 | Paypal        Inst Xfer  4Js223Vrb97Nq  091008 | 57.60 |
| 10/13 | IRS           USATaxpymt 270968600394265 101309 | 2,618.00 |
| 10/13 | Paypal        Inst Xfer  4Js223Vu9Wtry  091010 | 1,499.00 |
| 10/20 | Intuit Payroll S Quickbooks 264822687      091020 | 5,786.97 |
| 10/20 | Paypal        Inst Xfer  4Js223W9Cccd8  091019 | 14.34 |
| 10/21 | Paypal        Inst Xfer  4Js223Waykrbl  091020 | 57.60 |
| 10/22 | Intuit Payroll S Quickbooks 264822687      091022 | 6,381.47 |
| 10/26 | Paypal        Inst Xfer  4Js223Wfu49Wn  091023 | 1,144.00 |
| 10/26 | Paypal        Inst Xfer  4Js223Wg2G88C  091023 | 161.98 |
| 10/26 | Paypal        Inst Xfer  4Js223Wful73A  091023 | 62.00 |

**Total: 11 items for $17,813.70**

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 10/02 | Wal-Mart #1428, MT Pleasant, MI Bus CheckCard   Trans. XXXXXXXXXXX619X 091001 | $264.35 |
| 10/05 | Meijer Inc #69    Q01, MI Pleasant, MI Bus CheckCard   Trans. XXXXXXXXXXX619X 091002 | 64.71 |
| 10/06 | 1419 S Mission St, MT. Pleasant,MI Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXXX6199 | 500.00 |

**Continued**



**Statement Period:** Oct. 1, 2009 - Oct. 30, 2009
**Account Number:** 987824058



# CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/15 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard    Trans. XXXXXXXXXXXXX619X 091014 | 497.60 |
| 10/15 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard    Trans. XXXXXXXX●XXX619X 091014 | 264.99 |
| 10/22 | 1419 S Mission St, MT. Pleasant,MI  Nat City ATM Cash Withdrawal Business Check Card X●XXXXXXXXXXX6199 | 400.00 |
| 10/22 | 1419 S Mission St, MT. Pleasant,MI  Nat City ATM Cash Withdrawal Business Check Card XXXXXXX●XXXX6199 | 100.00 |
| 10/29 | USPS 2564400853080 9198, Mount Pleasan, MI  Bus CheckCard    Trans. XXXXXXXXX●●X619X 091028 | 5.93 |
| | **Total: 8 items for $2,097.58** | |

## OTHER Other Debits and Transfers



| Date | Description | Amount |
|------|-------------|--------|
| 10/08 | Withdrawal | $1,000.00 |
| 10/19 | Wire Transfer Debit | 250,000.00 |
| 10/19 | Intl Wire Out Non-Repetitive | 12,015.00 |
| 10/19 | Wire Transfer Debit | 7,083.85 |
| 10/30 | Wire Transfer Fee | 73.00 |
| | **Total: 5 items for $270,171.85** | |

# p●ints. *from* National City

**28,310 - points Balance as of Oct. 30, 2009**
**For CheckCard xxxx xxxx xxxx 6199**



C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

· 123715

**Statement Period:** Oct. 31, 2009 – Nov. 30, 2009
**Account Number:** 987824058

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
　**Customer Service Hours:**
　Mon. - Fri.: 7 a.m. - 10 p.m. ET
　Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com



IB TECHNOLOGIES INC

o

 **Free Small Business Checking**

**Account Summary for 987824058**

| Beginning Balance as of Oct. 31, 2009 | | **$200,193.85** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 4 items | + 752,962.64 |
| Checks | 18 items | - 21,488.97 |
| Online Bill Pymts/Electronic Pymts | 12 items | - 12,653.37 |
| CheckCard/ATM Transactions | 15 items | - 2,267.43 |
| Other Debits and Transfers | 3 items | - 501,087.00 |
| **Ending Balance as of Nov. 30, 2009** | | **$415,659.72** |

**OTHER**

 **Miscellaneous Credits**

| Date | Description | Amount |
|---|---|---|
| 11/03 | Staples    00103101, Mount Pleasant, MI  Bus CheckCard  Trans. XOXXXXXXXXX619X 091102 | $2.64 |
| 11/18 | Wire Transfer Credit | 749,975.00 |
| 11/19 | Wire Transfer Credit | 1,500.00 |
| 11/19 | Wire Transfer Credit | 1,485.00 |
| | **Total: 4 items for $752,962.64** | |

 **Checks**

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1050 | 527.47 | Paid Check - Image Available Online | 11/02 |
| 1052* | 1,913.60 | Paid Check - Image Available Online | 11/02 |
| 1053 | 655.00 | Paid Check - Image Available Online | 11/06 |
| | | | **Continued** |

**Statement Period:** Oct. 31, 2009 - Nov. 30, 2009
**Account Number:** 987824058

 ## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1054 | 732.97 | Paid Check - Image Available Online | 11/17 |
| 1055 | 706.40 | Paid Check - Image Available Online | 11/17 |
| 1056 | 37.50 | Paid Check - Image Available Online | 11/13 |
| 1058* | 435.00 | Paid Check - Image Available Online | 11/17 |
| 1059 | 2,524.18 | Paid Check - Image Available Online | 11/19 |
| 1060 | 15.71 | Paid Check - Image Available Online | 11/17 |
| 1061 | 47.56 | Paid Check - Image Available Online | 11/23 |
| 1062 | 3,010.28 | Paid Check - Image Available Online | 11/19 |
| 1064* | 2,876.50 | Paid Check - Image Available Online | 11/24 |
| 1066* | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1067 | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1068 | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1069 | 1,928.00 | Paid Check - Image Available Online | 11/24 |
| 1071* | 145.80 | Paid Check - Image Available Online | 11/27 |
| 1072 | 649.00 | Paid Check - Image Available Online | 11/27 |

**Total: 18 items for $21,488.97**

*Indicates a gap in check sequence.

 ## Online Bill Payments/Electronic Payments

| Date | Description | | Amount |
|---|---|---|---|
| 11/02 | Paypal | Inst Xfer 4Js223Wt9Pzwl 091031 | $8.17 |
| 11/03 | Paypal | Inst Xfer 4Js223Wwqyyj6 091102 | 46.99 |
| 11/10 | Paypal | Inst Xfer 4Js223X9A6Rcs 091109 | 43.96 |
| 11/13 | IRS | USATaxpymt 270971700652555 111309 | 4,885.00 |
| 11/13 | Paypal | Inst Xfer 4Js223Xefbrgs 091112 | 146.20 |
| 11/13 | Paypal | Inst Xfer 4Js223Xel2R5S 091112 | 42.23 |
| 11/13 | Paypal | Inst Xfer 4Js223Xewnt6S 091112 | 8.50 |
| 11/16 | Paypal | Inst Xfer 4Js223Xgclv74 091113 | 16.99 |
| 11/17 | Paypal | Inst Xfer 4Js223Xlr9Jka 091116 | 369.99 |
| 11/17 | Paypal | Inst Xfer 4Js223Xlrveyq 091116 | 7.17 |
| 11/24 | Intuit Payroll S Quickbooks 264822687 091124 | | 7,028.17 |
| 11/27 | Paypal | Inst Xfer 4Js223Y3X4C4A 091125 | 50.00 |

**Total: 12 items for $12,653.37**

466852





# CheckCard/ATM Transactions

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXX●XXXXXXX619X 091031 | $85.28 |
| 11/04 | 1419 S Mission St, MT. Pleasant, MI  Nat City ATM Cash Withdrawal. Business Check Card XX0●XXXXXXXX6199 | 500.00 |
| 11/09 | Hyatt Hotels Mnpls, Minneapolis, Mn  Bus CheckCard   Trans. XXXXXXXXXXXX619X 091106 | 970.53 |
| 11/09 | Hyatt Hotels Mnpls, Minneapolis, Mn  Bus CheckCard   Trans. XXXXXXXXXXXX619X 091106 | 58.48 |
| 11/10 | Hyatt Hotels Mnpls, Minneapolis, Mn  Bus CheckCard   Trans. XXX0●XXXXXXX619X 091109 | 117.58 |
| 11/12 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXX●XXX0●619X 091111 | 99.57 |
| 11/12 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. X●XXXXXXXXXX619X 091111 | 32.35 |
| 11/12 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XX0●XXXXXXXXX619X 091111 | 24.99 |
| 11/12 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. X0●XXXX0●XXX619X 091111 | 24.37 |
| 11/13 | The UPS Store #2466, MT Pleasant, MI  Bus CheckCard   Trans. X●XXXX0●XXXX619X 091112 | 97.48 |
| 11/16 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXX619X 091115 | 45.25 |
| 11/17 | Fedex 870319287734, 800-4633339, TN  Bus CheckCard   Trans. XXXXXXXXX0●X619X 091116 | 17.01 |
| 11/19 | The UPS Store #2466, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 091118 | 115.69 |
| 11/20 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXX0●X619X 091119 | 21.36 |
| 11/23 | The UPS Store #2466, MT Pleasant, MI  Bus CheckCard   Trans. X●0●XX●XXXXX0●X619X 091120 | 57.49 |

**Total: 15 items for $2,267.43**



# Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 11/16 | Intl Wire Out Non-Repetitive | $1,020.00 |
| 11/19 | Intl Wire Out Non-Repetitive | 500,000.00 |
| 11/30 | Wire Transfer Fee | 67.00 |

**Total: 3 items for $501,087.00**

# p●ints® *from* National City

**32,116 - points Balance as of Nov. 28, 2009**
**For CheckCard xxxx xxxx xxxx 6199**

466853

10565



C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

122419

**Statement Period:** Dec. 1, 2009 - Dec. 31, 2009
**Account Number:** 987824058

## Contact Us

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
   **Customer Service Hours:**
   Mon. - Fri.: 7 a.m. - 10 p.m. ET
   Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

o

IB TECHNOLOGIES INC

 **Important Information About Your Account**

### 1099 Interest Statements

National City will mail 1099 interest statements for 2009 deposit accounts no later than February 1, 2010.  If your account earned less than $10.00 in interest you will not be receiving a 1099 for that account from National City.  Interest information is available by calling our automated telephone banking system at the number shown on your statement. Press 1 for account information, then press 1 for the checking menu or 3 for the savings menu.

 **Free Small Business Checking**

### Account Summary for 987824058

| Beginning Balance as of Dec. 1, 2009 | | $415,659.72 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 0 items | + 0.00 |
| Checks | 17 items | - 14,431.77 |
| Online Bill Pymts/Electronic Pymts | 2 items | - 17,376.79 |
| CheckCard/ATM Transactions | 18 items | - 766.39 |
| Other Debits and Transfers | 3 items | - 20,430.02 |
| **Ending Balance as of Dec. 31, 2009** | | **$362,654.75** |

 **Checks**

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1065 | $630.05 | Paid Check - Image Available Online | 12/02 |
| 1073* | 249.34 | Paid Check - Image Available Online | 12/14 |
| 1075* | 45.81 | Paid Check - Image Available Online | 12/07 |
| 1076 | 2,002.00 | Paid Check - Image Available Online | 12/03 |
| 1077 | 3,010.28 | Paid Check - Image Available Online | 12/03 |
| 1078 | 435.00 | Paid Check - Image Available Online | 12/28 |
| | | | **Continued** |

493561

10566

 ## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1081* | 1,928.00 | Paid Check - Image Available Online | 12/23 |
| 1085* | 1,926.34 | Paid Check - Image Available Online | 12/18 |
| 1086 | 463.86 | Paid Check - Image Available Online | 12/16 |
| 1087 | 260.00 | Paid Check - Image Available Online | 12/16 |
| 1088 | 655.00 | Paid Check - Image Available Online | 12/30 |
| 1089 | 64.49 | Paid Check - Image Available Online | 12/22 |
| 1090 | 38.53 | Paid Check - Image Available Online | 12/21 |
| 1091 | 50.00 | Paid Check - Image Available Online | 12/22 |
| 1092 | 1,856.62 | Paid Check - Image Available Online | 12/24 |
| 1093 | 72.00 | Paid Check - Image Available Online | 12/29 |
| 1095* | 744.45 | Paid Check - Image Available Online | 12/23 |

**Total: 17 items for $14,431.77**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 12/15 | IRS     USATaxpymt 270974900421696 121509 | $4,885.00 |
| 12/21 | Intuit Payroll S Quickbooks 264822687     091221 | 12,491.79 |

**Total: 2 items for $17,376.79**

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 12/04 | 1419 S Mission Rd, MT. Pleasant,MI Nat City ATM Cash Withdrawal Business Check Card XXXXXXX●XXXX6199 | $500.00 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXX●●●XX619X 091203 | 11.99 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. X●XXXXXXXXXX619X 091203 | 11.99 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXX●●X619X 091203 | 11.99 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXX619X 091203 | 11.99 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXX619X 091203 | 11.99 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. X●XXXXXXXXXX619X 091203 | 10.00 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXX619X 091203 | 10.00 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. X●●XXXXXX●●X619X 091203 | 10.00 |
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXX●XXXX619X 091203 | 10.00 |

**Continued**





# CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXX619X 091203 | 10.00 |
| 12/14 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXX619X 091211 | 11.99 |
| 12/14 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXX*XXXXX619X 091211 | 10.00 |
| 12/15 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXX619X 091214 | 6.99 |
| 12/16 | The UPS Store #2466, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091215 | 58.84 |
| 12/17 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXX*XX619X 091216 | 43.22 |
| 12/24 | Big Apple Bagels 31402, MT Pleasant, MI Bus CheckCard Trans. XXXXXXXXXXXX619X 091223 | 17.48 |
| 12/28 | USPS 361768955, Cornelius,NC Point of Sale Purchase Business Check Card XXXXX*XXXXXX6199 | 7.92 |
| | **Total: 18 items for $766.39** | |



# Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 12/03 | Intl Wire Out Non-Repetitive | $18,861.02 |
| 12/03 | Intl Wire Out Non-Repetitive | 1,535.00 |
| 12/31 | Wire Transfer Fee | 34.00 |
| | **Total: 3 items for $20,430.02** | |


*from* National City

**1,733 - points Balance as of Dec. 31, 2009**
**For CheckCard xxxx x*xx x*xx 6199**

493563

#######-JOB#####-##M002#



Page 1 of 4

C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

120974

**Statement Period:** Jan. 1, 2010 - Jan. 29, 2010
**Account Number: 987824058**

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
  Customer Service Hours:
  Mon. - Fri.: 7 a.m. - 10 p.m. ET
  Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com



IB TECHNOLOGIES INC

0

---

 ## Important Information About Your Account

**1099 Interest Statements**

National City will mail 1099 interest statements for 2009 deposit accounts no later than February 1, 2010. If your account earned less than $10.00 in interest you will not be receiving a 1099 for that account from National City. Interest information is available by calling our automated telephone banking system at the number shown on your statement. Press 1 for account information, then press 1 for the checking menu or 3 for the savings menu.

 ## Free Small Business Checking

### Account Summary for 987824058

| Beginning Balance as of Jan. 1, 2010 | | $362,654.75 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 10,365.00 |
| Checks | 11 items | - 9,293.24 |
| Online Bill Pymts/Electronic Pymts | 6 items | - 19,030.56 |
| CheckCard/ATM Transactions | 13 items | - 478.73 |
| Other Debits and Transfers | 2 items | - 1,543.00 |
| **Ending Balance as of Jan. 29, 2010** | | **$342,674.22** |

**OTHER**
 ## Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 01/08 | Wire Transfer Credit | $10,365.00 |
| | **Total: 1 item for $10,365.00** | |

474239

10569

**Statement Period:** Jan. 1, 2010 - Jan. 29, 2010
**Account Number: 987824058**

 # Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1097 | $461.23 | Paid Check - Image Available Online | 01/11 |
| 1099* | 706.05 | Paid Check - Image Available Online | 01/14 |
| 1104* | 43.00 | Paid Check - Image Available Online | 01/25 |
| 1105 | 1,926.34 | Paid Check - Image Available Online | 01/26 |
| 1106 | 45.81 | Paid Check - Image Available Online | 01/25 |
| 1107 | 350.00 | Paid Check - Image Available Online | 01/21 |
| 1108 | 603.17 | Paid Check - Image Available Online | 01/25 |
| 1109 | 211.39 | Paid Check - Image Available Online | 01/25 |
| 1113* | 1,919.00 | Paid Check - Image Available Online | 01/29 |
| 1115* | 3,010.28 | Paid Check - Image Available Online | 01/26 |
| 1116 | 16.97 | Paid Check - Image Available Online | 01/27 |

**Total: 11 items for $9,293.24**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 01/11 | IRS     USATaxpymt 27004110066150 4 011110 | $5,102.96 |
| 01/13 | Paypal     Inst Xfer 4Js2242MP7Z7L  100112 | 27.40 |
| 01/19 | Paypal     Inst Xfer 4Js2242Spb6Ts  100115 | 199.99 |
| 01/20 | Intuit Payroll S Quickbooks 264822687    100120 | 852.53 |
| 01/22 | Intuit Payroll S Quickbooks 264822687    100122 | 12,450.03 |
| 01/29 | IRS     USATaxpymt 270042900701647 012910 | 397.65 |

**Total: 6 items for $19,030.56**

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 01/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100103 | $6.99 |
| 01/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. X●XXXXXXXX●●X619X 100103 | 6.99 |
| 01/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXX●XXXX619X 100103 | 6.99 |
| 01/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XX●XXX●XXXX619X 100103 | 6.99 |
| 01/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXX●●●●XX619X 100103 | 6.99 |
| 01/07 | USPS 2564400853080 9198, Mount Pleasan, MI  Bus CheckCard   Trans. XXXX●●●●XXXX619X 100106 | 13.85 |
| 01/08 | Staples    00103101, Mount Pleasan, MI  Bus CheckCard   Trans. X●XX●XXXXXXX619X 100107 | 83.96 |
| 01/11 | Charter Comm, 888-438-2427, MI  Bus CheckCard   Trans. X●XXXXXXXXXX619X 100110 | 10.43 |

**Continued**

474240




**Statement Period:** Jan. 1, 2010 - Jan. 29, 2010
**Account Number:** 987824058

## CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 01/11 | Staples     00103101, Mount Pleasan, MI  Bus CheckCard    Trans.<br>XXXXXXXXXXXX619X 100110 | 7.14 |
| 01/12 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard    Trans.<br>XXXXXXXXXXXX619X 100111 | 6.99 |
| 01/15 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard    Trans.<br>XXXXXXXXXXXX619X 100114 | 6.99 |
| 01/19 | Attm*188007989829Glr, 800-331-0500, TX  Bus CheckCard    Trans.<br>XXXXXXXXXXXX619X 100117 | 239.47 |
| 01/25 | Paypal *Valeri, San Jose,CA  Point of Sale Purchase<br>Business Check Card XXXXXXXXXXXXX6199 | 74.95 |



**Total: 13 items for $478.73**

## Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 01/08 | Intl Wire Out Non-Repetitive | $1,515.00 |
| 01/29 | Wire Transfer Fee | 28.00 |

**Total: 2 items for $1,543.00**

## p●ints® *from* National City

**2,691 - points Balance as of Jan. 29, 2010**
**For CheckCard xxxx xxxx xxxx 6199**



C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

119934

**Statement Period:** Jan. 30, 2010 - Feb. 26, 2010
**Account Number:** 987824058

**Contact Us**
**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
**Customer Service Hours:**
    Mon. - Fri.: 7 a.m. - 10 p.m. ET
    Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com

IB TECHNOLOGIES INC

0



# Free Small Business Checking

## Account Summary for 987824058

| Beginning Balance as of Jan. 30, 2010 | | $342,674.22 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 2 items | + 34,955.00 |
| Checks | 13 items | - 8,922.13 |
| Online Bill Pymts/Electronic Pymts | 5 items | - 19,588.72 |
| CheckCard/ATM Transactions | 15 items | - 1,030.25 |
| Other Debits and Transfers | 2 items | - 1,554.00 |
| **Ending Balance as of Feb. 26, 2010** | | **$346,534.12** |

OTHER



# Miscellaneous Credits

| Date | Description | Amount |
|---|---|---|
| 02/17 | Wire Transfer Credit | $14,980.00 |
| 02/19 | Wire Transfer Credit | 19,975.00 |
| | **Total: 2 items for $34,955.00** | |

# Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1117 | $797.85 | Paid Check - Image Available Online | 02/01 |
| 1118 | 486.60 | Paid Check - Image Available Online | 02/12 |
| 1120* | 655.00 | Paid Check - Image Available Online | 02/02 |
| 1121 | 1,155.00 | Paid Check - Image Available Online | 02/08 |
| 1122 | 142.04 | Paid Check - Image Available Online | 02/09 |
| | | | **Continued** |

444671

10572

**Statement Period:** Jan. 30, 2010 - Feb. 26, 2010
**Account Number: 987824058**

 ## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1123 | 66.18 | Paid Check - Image Available Online | 02/09 |
| 1124 | 37.50 | Paid Check - Image Available Online | 02/12 |
| 1126* | 521.73 | Paid Check - Image Available Online | 02/19 |
| 1129* | 10.00 | Paid Check - Image Available Online | 02/19 |
| 1130 | 1,926.34 | Paid Check - Image Available Online | 02/23 |
| 1131 | 85.18 | Paid Check - Image Available Online | 02/22 |
| 1137* | 28.43 | Paid Check - Image Available Online | 02/24 |
| 1141* | 3,010.28 | Paid Check - Image Available Online | 02/26 |

**Total: 13 items for $8,922.13**

*Indicates a gap in check sequence.

 ## Online Bill Payments/Electronic Payments

| Date | Description | | Amount |
|---|---|---|---|
| 02/11 | Intuit Payroll S Quickbooks 264822687 | 100211 | $539.90 |
| 02/11 | Intuit Payroll S Quickbooks 264822687 | 100211 | 441.55 |
| 02/17 | IRS        USATaxpymt 270044800119192 021710 | | 5,456.78 |
| 02/24 | Intuit Payroll S Quickbooks 264822687 | 100224 | 12,212.03 |
| 02/25 | Intuit Payroll S Quickbooks 264822687 | 100225 | 938.46 |

**Total: 5 items for $19,588.72**

 ## CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 02/01 | Staples      00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100131 | $153.63 |
| 02/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. X●XXXX●●XXXX619X 100203 | 6.99 |
| 02/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. X●XXXXXXXXXX619X 100203 | 6.99 |
| 02/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXX-X●XO●XX619X 100203 | 6.99 |
| 02/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. X●XXXXXXXXXX619X 100203 | 6.99 |
| 02/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100203 | 6.99 |
| 02/08 | Big Apple Bagels 31402, MT Pleasant, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100205 | 16.95 |
| 02/08 | Staples      00103101, Mount Pleasant, MI  Bus CheckCard   Trans. XXXX-XXXXXXXX619X 100207 | 11.96 |
| 02/12 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXX●XXXXXXXX619X 100211 | 6.99 |
| 02/16 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXX●XXXXXX619X 100214 | 6.99 |

**Continued**





# CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 02/18 | State Annual Reports, 517-2416470, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 100217 | 25.00 |
| 02/18 | State Annual Reports, 517-2416470, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 100217 | 25.00 |
| 02/19 | USPS 2564400853080919B, Mount Pleasan, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 100218 | 17.60 |
| 02/22 | Delta Air  0067740027689, Atlanta, GA Bus CheckCard  Trans. XXXXXXXXXXXX619X 100221 | 567.80 |
| 02/26 | Staples      00103101, Mount Pleasan, MI Bus CheckCard  Trans. XXXXXXXXXXXX619X 100225 | 163.38 |

**Total: 15 items for $1,030.25**

**OTHER**


# Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 02/17 | Intl Wire Out Non-Repetitive | $1,515.00 |
| 02/26 | Wire Transfer Fee | 39.00 |

**Total: 2 items for $1,554.00**

# p●ints® *from* National City

**4,852 - points Balance as of Feb. 26, 2010**
**For CheckCard xxxx xxxx xxxx 6199**

444673

10574



C37

**National City Bank**
PO BOX 8043
ROYAL OAK MI 48068-8043

119317

**Statement Period:** Feb. 27, 2010 - Mar. 31, 2010
**Account Number:** 987824058

**Contact Us**

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
  **Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 10 p.m. ET
  Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com



IB TECHNOLOGIES INC

o

 **Important Information About Your Account**

**IMPORTANT CHANGE REGARDING "YOUR ABILITY TO WITHDRAW FUNDS":** Effective February 14th, all deposited checks drawn on another bank are treated as local checks regardless of where the bank the check is drawn on is located. This means that the amount from a deposit of nonlocal check(s) that previously may have been delayed up to five Business Days because it was a nonlocal check, will now be available on the second Business Day after the day of your deposit. All other policies disclosed in "Your Ability to Withdraw Funds" remain the same.

 **Free Small Business Checking**

**Account Summary for 987824058**

| Beginning Balance as of Feb. 27, 2010 | | $346,534.12 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 14,130.00 |
| Checks | 17 items | - 12,918.49 |
| Online Bill Pymts/Electronic Pymts | 5 items | - 16,159.04 |
| CheckCard/ATM Transactions | 13 items | - 575.94 |
| Other Debits and Transfers | 2 items | - 18,212.14 |
| **Ending Balance as of Mar. 31, 2010** | | **$312,798.51** |

**OTHER**

 **Miscellaneous Credits**

| Date | Description | Amount |
|---|---|---|
| 03/23 | Wire Transfer Credit | $14,130.00 |
| | **Total: 1 item for $14,130.00** | |

###&#### JOB ###### ####002#

10575

**Statement Period:** Feb. 27, 2010 - Mar. 31, 2010
**Account Number:** 987824058

 # Checks

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 1135 | $1,919.00 | Paid Check - Image Available Online | 03/01 |
| 1140* | 655.00 | Paid Check - Image Available Online | 03/03 |
| 1142* | 3,010.28 | Paid Check - Image Available Online | 03/01 |
| 1143 | 770.00 | Paid Check - Image Available Online | 03/02 |
| 1146* | 55.81 | Paid Check - Image Available Online | 03/09 |
| 1148* | 1,541.31 | Paid Check - Image Available Online | 03/08 |
| 1149 | 142.52 | Paid Check - Image Available Online | 03/10 |
| 1150 | 32.00 | Paid Check - Image Available Online | 03/10 |
| 1152* | 922.44 | Paid Check - Image Available Online | 03/15 |
| 1153 | 763.29 | Paid Check - Image Available Online | 03/16 |
| 1155* | 1,394.94 | Paid Check - Image Available Online | 03/19 |
| 1156 | 463.86 | Paid Check - Image Available Online | 03/17 |
| 1157 | 482.67 | Paid Check - Image Available Online | 03/22 |
| 1158 | 26.43 | Paid Check - Image Available Online | 03/22 |
| 1160* | 60.05 | Paid Check - Image Available Online | 03/22 |
| 1161 | 655.00 | Paid Check - Image Available Online | 03/26 |
| 1162 | 23.89 | Paid Check - Image Available Online | 03/22 |

**Total: 17 items for $12,918.49**

*Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 03/12 | Intuit Payroll S Quickbooks 264822687 100312 | $460.64 |
| 03/16 | IRS USATaxpymt 270047500546589 031610 | 5,473.44 |
| 03/16 | IRS USATaxpymt 270047500283131 031610 | 140.94 |
| 03/24 | Intuit Payroll S Quickbooks 264822687 100324 | 8,371.93 |
| 03/24 | Intuit Payroll S Quickbooks 264822687 100324 | 1,712.09 |

**Total: 5 items for $16,159.04**

 # CheckCard/ATM Transactions

| Date | Description | Amount |
|---|---|---|
| 03/01 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXXXX619X 100228 | $39.22 |
| 03/04 | Staples 00103101, Mount Pleasan, MI Bus CheckCard Trans. XXXXXXXXXXX619X 100303 | 42.36 |
| 03/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXXX619X 100303 | 6.99 |
| 03/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXXX619X 100303 | 6.99 |
| 03/04 | Kosmaz Technologies LLC, 925-395-5100, CA Bus CheckCard Trans. XXXXXXXXXXXXX619X 100303 | 6.99 |

**Continued**



**Statement Period:** Feb. 27, 2010 - Mar. 31, 2010
**Account Number:** 987824058



# CheckCard/ATM Transactions (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100303 | 6.99 |
| 03/04 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXXXXXXX619X 100303 | 6.99 |
| 03/05 | Staples Direct00209908, 800-3333330, CA  Bus CheckCard   Trans. XXXXXXXXXXX619X 100304 | 113.40 |
| 03/11 | 409 N. Mission St., MT. Pleasant,MI  Nat City ATM Cash Withdrawal Business Check Card XXXXXXXXXXX6199 | 300.00 |
| 03/12 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100311 | 6.99 |
| 03/15 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100314 | 6.99 |
| 03/17 | USPS 2564400853080919B, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100316 | 5.55 |
| 03/29 | Staples    00103101, Mount Pleasan, MI  Bus CheckCard   Trans. XXXXXXXXXXXX619X 100328 | 26.48 |

**Total: 13 items for $575.94**



# Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 03/12 | Intl Wire Out Non-Repetitive | $18,184.14 |
| 03/31 | Wire Transfer Fee | 28.00 |

**Total: 2 items for $18,212.14**

# p●ints® *from* National City

**5,579 - points Balance as of Mar. 31, 2010**
**For CheckCard xxxx xxxx xxxx 6199**

######## JOB####-####002#

486223

10577



C4

**National City Bank**          536562
PO BOX 8043
ROYAL OAK MI 48068-8043

**Statement Period:** Apr. 1, 2010 - Apr. 9, 2010
**Account Number: 987824058**

**Contact Us**

**Phone:** 1-888-622-4249
**TDD for the Hearing Impaired:** 1-800-290-0211
  **Customer Service Hours:**
  Mon. - Fri.: 7 a.m. - 10 p.m. ET
  Sat. - Sun.: 8 a.m. - 5 p.m. ET
**points from National City:** 1-866-622-7646
**Web:** NationalCity.com


IB TECHNOLOGIES INC

o

 **Important Information About Your Account**

**This is your final account statement from National City Bank.**
This statement includes your account activity from your previous statement date until the close of business on Friday, April 9, 2010 when your National City Bank account or accounts were transferred to PNC Bank's systems.

Your next statement will be issued by PNC Bank and will include your new account number(s). That statement will list your account activity from the close of business on Friday, April 9, 2010, through the date printed on the statement. From then on, your account statements will be mailed to you on approximately the same date as before the account transfer.

**Changes to PNC Funds Availability Policy**
Due to lower check volume and efficiencies in check processing, the Federal Reserve Processing Centers have consolidated and all checks drawn on any U.S. bank will be considered local.

Funds from check deposits will generally be available the next business day. Special rules exist for accounts open less than 30 days and for large dollar deposits. Since the PNC Funds Availability Policy changed after the PNC Disclosure and Agreement booklet was mailed to you, the current version is included at the end of this statement.

CON3-024

 **Free Small Business Checking**

**Account Summary for 987824058**

| Beginning Balance as of Apr. 1, 2010 | | **$312,798.51** |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 1 item | + 203,185.22 |
| Checks | 4 items | - 5,128.08 |
| Online Bill Pymts/Electronic Pymts | 1 item | - 2,534.17 |
| CheckCard/ATM Transactions | 5 items | - 34.95 |
| Other Debits and Transfers | 1 item | - 250,000.00 |
| **Ending Balance as of Apr. 9, 2010** | | **$258,286.53** |

Page 2 of 6
**Statement Period:** Apr. 1, 2010 - Apr. 9, 2010
**Account Number:** 987824058

OTHER

 **Miscellaneous Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 04/05 | Wire Transfer Credit | $203,185.22 |
| | | **Total: 1 item for $203,185.22** |

 **Checks**

| Check Number | Amount | Description | Date Paid |
|--------------|--------|-------------|-----------|
| 1164 | $1,919.00 | Paid Check - Image Available Online | 04/07 |
| 1171* | 142.99 | Paid Check - Image Available Online | 04/07 |
| 1172 | 55.81 | Paid Check - Image Available Online | 04/08 |
| 1173 | 3,010.28 | Paid Check - Image Available Online | 04/06 |
| | | | **Total: 4 items for $5,128.08** |

*Indicates a gap in check sequence.

 **Online Bill Payments/Electronic Payments**

| Date | Description | Amount |
|------|-------------|--------|
| 04/08 | Intuit Payroll S Quickbooks 264822687     100408 | $2,534.17 |
| | | **Total: 1 item for $2,534.17** |

**CheckCard/ATM Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXX619X 100404 | $6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXX619X 100404 | 6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXX619X 100404 | 6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXX619X 100404 | 6.99 |
| 04/05 | Kosmaz Technologies LLC, 925-395-5100, CA  Bus CheckCard  Trans. XXXXXXXXXXXX619X 100404 | 6.99 |
| | | **Total: 5 items for $34.95** |

OTHER

**Other Debits and Transfers**

| Date | Description | Amount |
|------|-------------|--------|
| 04/05 | Wire Transfer Debit | $250,000.00 |
| | | **Total: 1 item for $250,000.00** |

# Free Business Checking
PNC Bank



**For the period 04/10/2010 to 04/30/2010**

**IB TECHNOLOGIES INC**

Primary account number: 42-5269-9901
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738
💻 Visit us at pnc.com/mybusiness/

📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Free Business Checking Summary
Account number: 42-5269-9901
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 258,286.53 | 0.00 | 76,774.16 | 181,512.37 |

5,837 - points balance as of April 29, 2010 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | ● | 0.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 12 | 18,165.15 |
| Check Card Purchases | 3 | 44.14 |
| ACH Deductions | 3 | 13,907.79 |
| Other Deductions | 2 | 44,657.08 |
| Total | 20 | 76,774.16 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/10 | 258,286.53 | 04/16 | 249,149.40 | 04/23 | 243,656.45 |
| 04/12 | 255,052.38 | 04/19 | 248,807.87 | 04/26 | 234,166.86 |
| 04/13 | 250,325.96 | 04/20 | 245,225.73 | 04/27 | 189,509.78 |
| 04/14 | 250,318.97 | 04/22 | 243,676.45 | 04/28 | 181,512.37 |

10580

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 04/10/2010 to 04/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 3

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 04/20 | 1181 | 3,547.17 | 096291750 | 04/22 | 1188 | 19.35 | 070398087 |
| 04/12 | 1167 | 3,227.16 | 086492887 | 04/23 | 1182 | 10.00 | 095045312 | 04/26 | 1192 * | 1,104.45 | 005805232 |
| 04/16 | 1177 * | 1,169.57 | 086986428 | 04/23 | 1183 | 10.00 | 095045313 | 04/28 | 1193 | 7,997.41 | 080236949 |
| 04/19 | 1178 | 341.53 | 085899265 | 04/22 | 1186 * | 48.54 | 089387304 | | | | |
| 04/20 | 1180 * | 34.97 | 096044063 | 04/26 | 1187 | 635.00 | 095578227 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/12 | 6.99 | 6199 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 5253567001545619910l |
| 04/14 | 6.99 | 6199 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 0763167901545619910l |
| 04/26 | 30.16 | 0303 Check Card Purchase Staples  Mount Pleas M | 8948990005949030311l5 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/15 | 4,726.42 | Corporate ACH Usataxpymt IRS 270050500487888 | 00010103903172931 |
| 04/22 | 1,481.39 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010112901613079 |
| 04/26 | 7,699.98 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010116907580574 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/27 | 44,500.00 | Fed Wire Out 008389 | W008389 0427 |
| 04/27 | 157.08 | Fed Wire Out 014628 | W014628 0427 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/03/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 15 | .00 | Included in Account |
| ACH Debits | 3 | .00 | |
| Checks Paid | 12 | .00 | |
| Wire Out, Voice Init, Non Repetitive | 2 | 50.00 | |
| Wire Transfer Surcharge | 2 | .00 | Included in Account |
| Total For Services Used This Period | | 50.00 | |
| **Total Service Charge** | | .00 | |

**Special Client Pricing - Service Charge Waived**

10581

# Free Business Checking

PNC Bank



**For the period 05/01/2010 to 05/28/2010**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 3

Number of enclosures: **0**

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

💻 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Important Information About the Payment of Consumer Overdrafts
Enclosed, we have included "Consumer Banking Overdraft Rules are Changing" insert. It provides information regarding this change to consumer accounts and what options you have with PNC's Overdraft Solutions.

For more information visit any PNC branch or call 1-877-BUS-BNKG.

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 181,512.37 | 8,755.00 | 27,197.71 | 163,069.66 |

6,209 - points balance as of May 28, 2010 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 8,755.00 |
| **Total** | **2** | **8,755.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 12 | 10,110.28 |
| Check Card Purchases | 10 | 135.63 |
| ATM/Misc. Check Card Transactions | 1 | 200.00 |
| ACH Deductions | 4 | 14,751.80 |
| Other Deductions | 1 | 2,000.00 |
| **Total** | **28** | **27,197.71** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 181,512.37 | 05/11 | 174,496.72 | 05/19 | 175,430.75 |
| 05/03 | 181,477.42 | 05/12 | 174,143.50 | 05/20 | 173,130.26 |
| 05/06 | 180,216.43 | 05/14 | 173,938.09 | 05/21 | 173,012.38 |
| 05/10 | 177,206.15 | 05/17 | 172,993.52 | 05/24 | 166,560.50 |

Daily Balance continued on next page

10582

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 05/01/2010 to 05/28/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 3

## Daily Balance  - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 05/25 | 163,793.15 | 05/26 | 163,285.50 | 05/27 | 163,069.66 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 05/11 | 5,955.00 | Deposit | 121947945 |
| 05/19 | 2,800.00 | Deposit | 121313001 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| | | | | 05/26 | 1199 | 507.65 | 008257980 | 05/25 | 1205 | 655.00 | 095286311 |
| 05/11 | 1190 | 1,919.00 | 089221596 | 05/14 | 1200 | 35.81 | 095974366 | 05/25 | 1208 * | 2,112.35 | 080780169 |
| 05/10 | 1194 * | 3,010.28 | 031765552 | 05/12 | 1201 | 353.22 | 095162141 | 05/21 | 1209 | 17.88 | 075172801 |
| 05/14 | 1195 | 142.61 | 096101136 | 05/19 | 1203 * | 331.00 | 095635637 | | | | |
| 05/21 | 1198 * | 100.00 | 096225080 | 05/17 | 1204 | 905.48 | 051600084 | | | | |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 05/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 813879000594903031 23 |
| 05/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 813889000594903031 23 |
| 05/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 813889000594903031 23 |
| 05/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 813899000594903031 23 |
| 05/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 813919000594903031 23 |
| 05/11 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 705499000594903031 31 |
| 05/14 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 705499000594903031 34 |
| 05/17 | 39.09 | 0303 Check Card Purchase Staples  Mount Pleas M | 063899000594903031 36 |
| 05/19 | 31.77 | 0303 Check Card Purchase Mountain Town Hobbys 989-7797245 Mi | 401799000594903031 39 |
| 05/27 | 15.84 | 0303 Check Card Purchase USPS 25644095520801833 Mt Pleasant Mi | 384900005940903031 47 |

#### ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 05/27 | 200.00 | ATM Withdrawal 409 N  Mission St Mt. Pleasant Mi | CPW1195  9631643 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 05/06 | 1,260.99 | Corporate ACH Quickbooks | 00010125901709736 |
| | | Intuit Payroll S 264822687 | |
| 05/11 | 4,738.44 | Corporate ACH Usataxpymt IRS 270053100876276 | 00010131902054275 |
| 05/20 | 2,300.49 | Corporate ACH Quickbooks | 00010140910122985 |
| | | Intuit Payroll S 264822687 | |

ACH Deductions continued on next page

10583

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 05/01/2010 to 05/28/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 3 of 3

## ACH Deductions - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/24 | 6,451.88 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010144905850099 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/11 | 2,000.00 | Withdrawal | 121947948 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/28/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 21 | .00 | Included in Account |
| ACH Debits | 4 | .00 | |
| Checks Paid | 12 | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

**Special Client Pricing - Service Charge Waived**

10584

# Free Business Checking
PNC Bank

**For the period 05/29/2010 to 06/30/2010**

Primary account number: 42-5269-9901

Page 1 of 3

Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**Cash Flow Options for Your Business - Another Benefit At PNC**

**Free Membership**
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 10% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll.
\* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 163,069.66 | 114,715.73 | 94,709.57 | 183,075.82 |

33,054 - points balance as of June 30, 2010 For CheckCard xxxx xxxx xxxx  0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 3 | 114,715.73 |
| **Total** | **3** | **114,715.73** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 22 | 45,100.53 |
| Check Card Purchases | 30 | 13,385.32 |
| ACH Deductions | 4 | 36,223.72 |
| **Total** | **56** | **94,709.57** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/29 | 163,069.66 | 06/02 | 159,077.61 | 06/03 | 156,771.38 |

Daily Balance continued on next page

10585

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

For the period 05/29/2010 to 06/30/2010

IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 3

## Daily Balance - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/04 | 155,614.78 | 06/11 | 173,167.71 | 06/22 | 135,733.97 |
| 06/07 | 149,741.09 | 06/14 | 166,850.92 | 06/23 | 216,578.91 |
| 06/08 | 180,228.35 | 06/15 | 148,100.92 | 06/24 | 198,998.38 |
| 06/09 | 177,218.07 | 06/18 | 147,226.56 | 06/28 | 196,309.94 |
| 06/10 | 176,626.52 | 06/21 | 143,306.13 | 06/30 | 183,075.82 |

## Activity Detail

### Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/08 | 33,184.00 | Fed Wire In 003592 | W003592 0608 |
| 06/23 | 44,657.18 | Fed Wire In 023591 | W023591 0623 |
| 06/23 | 36,874.55 | Fed Wire In 023864 | W023864 0623 |

### Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 06/04 | 1225 * | 266.66 | 001664883 | 06/21 | 1234 | 20.08 | 071570395 |
| 06/02 | 1210 | 2,015.00 | 095186975 | 06/04 | 1226 | 747.24 | 001664882 | 06/18 | 1236 * | 385.50 | 095780993 |
| 06/08 | 1213 * | 1,919.00 | 095269202 | 06/08 | 1227 | 459.14 | 095674247 | 06/23 | 1237 | 629.19 | 095416141 |
| 06/02 | 1214 | 1,977.05 | 095221666 | 06/15 | 1229 * | 18,750.00 | 096847676 | 06/21 | 1238 | 389.85 | 052713052 |
| 06/09 | 1218 * | 3,010.28 | 615545158 | 06/18 | 1230 | 463.86 | 095554783 | 06/28 | 1240 * | 655.00 | 089442874 |
| 06/11 | 1220 * | 144.14 | 089222844 | 06/21 | 1231 | 47.85 | 089043120 | 06/28 | 1247 * | 2,033.44 | 080907963 |
| 06/10 | 1221 | 55.82 | 096587106 | 06/21 | 1232 | 2,112.35 | 096892084 | 06/30 | 1248 | 2,015.53 | 096061038 |
| 06/14 | 1222 | 6,309.80 | 095005544 | 06/21 | 1233 | 193.75 | 096255866 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 186.40 | 0303 Check Card Purchase Delta Air  Los Angeles | 68187900005949030S154 |
| 06/03 | 125.00 | 0303 Check Card Purchase Airport Taxi Service I Saginaw Mi | 68166900005949030S154 |
| 06/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 68161900005949030S154 |
| 06/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 68162900005949030S154 |
| 06/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 68163900005949030S154 |
| 06/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 68164900005949030S154 |
| 06/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies L1 925-3955100 Ca | 68165900005949030S154 |
| 06/04 | 142.70 | 0303 Check Card Purchase American Ai 0012320411 Aa.Com/Aa R Tx | 87990005949030S155 |
| 06/07 | 238.40 | 0303 Check Card Purchase Delta Air  Los Angeles | 49879900005949030S157 |
| 06/07 | 102.60 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 49878900005949030S157 |
| 06/07 | 56.71 | 0303 Check Card Purchase Jimmy John's # 131 Mount Pleas Mi | 49877900005949030S157 |
| 06/07 | 11.26 | 0303 Check Card Purchase 7-Eleven # 152 Mount Pleas Mi | 87934900005949030S158 |
| 06/08 | 205.20 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 70999900005949030S159 |
| 06/08 | 113.40 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 70998900005949030S159 |
| 06/10 | 416.70 | 0303 Check Card Purchase Continental 0057753628 Mankato Mn | 80935900005949030S161 |
| 06/10 | 76.68 | 0303 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 80035900005949030S161 |
| 06/10 | 42.35 | 0303 Check Card Purchase Max and Emely's Bakery Mt Pleasant Mi | 80384900005949030S161 |
| 06/11 | 2,932.00 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 28000900005949030S162 |

ATM Withdrawals and Deductions continued on next page

10586

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

For the period 05/29/2010 to 06/30/2010
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 3 of 3

## Check Card Purchases    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/11 | 254.55 | 0303 Check Card Purchase Elephant & Castle - Ch Chicago Il | 27998000059490303162 |
| 06/11 | 121.13 | 0303 Check Card Purchase Elephant & Castle - Ch Chicago Il | 27997000059490303162 |
| 06/11 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 27999000059490303162 |
| 06/14 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 49174000059490303165 |
| 06/18 | 25.00 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 94082000059490303169 |
| 06/21 | 256.02 | 0303 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 86431000059490303171 |
| 06/21 | 227.04 | 0303 Check Card Purchase Dmi* Dell Sm Bus 800-4563355 Tx | 84350000059490303172 |
| 06/21 | 173.49 | 0303 Check Card Purchase Staples  Mount Pleas M | 86430000059490303171 |
| 06/22 | 4,283.44 | 0303 Check Card Purchase Dmi* Dell Sm Bus 800-4563355 Tx | 49485000059490303173 |
| 06/22 | 3,136.77 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 49483000059490303173 |
| 06/22 | 151.95 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 49484000059490303173 |
| 06/23 | 57.60 | 0303 Check Card Purchase 2Co Com*Icdsoft 877-2940273 Oh | 26741000059490303174 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 1,959.88 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010154908457855 |
| 06/07 | 5,464.72 | Corporate ACH Usataxpymt IRS 270055800248122 | 00010158903074871 |
| 06/24 | 17,580.53 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010175902569258 |
| 06/30 | 11,218.59 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010181900379148 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 26 | .00 | Included in Account |
|   ACH Debits | 4 | .00 | |
|   Checks Paid | 22 | .00 | |
| Wire, Incoming | 3 | 30.00 | |
| Total For Services Used This Period | | 30.00 | |
| **Total Service Charge** | | **30.00** | |

10587

# Free Business Checking
PNC Bank

**For the period 07/01/2010 to 07/30/2010**

Primary account number: 42-5269-9901

Page 1 of 4

Number of enclosures: 0

IB TECHNOLOGIES INC



For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

Supplement to the Business Checking Accounts and Related Charges

Wire Services (Fund Transfers)

| | |
|---|---|
| International Draft | $60.00 |
| International Outgoing Wire | $60.00 |

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 183,075.82 | 113,643.36 | 103,855.03 | 192,864.15 |

44,380 - points balance as of July 30, 2010 For CheckCard xxxx xxxx xxxx xx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 113,643.36 |
| **Total** | **1** | **113,643.36** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 22 | 40,688.61 |
| Check Card Purchases | 30 | 5,587.33 |
| ATM/Misc. Check Card Transactions | 1 | 500.00 |
| ACH Deductions | 6 | 57,049.09 |
| Service Charges and Fees | 1 | 30.00 |
| **Total** | **60** | **103,855.03** |

10588

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 07/01/2010 to 07/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 4

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 07/01 | 181,050.39 | 07/13 | 160,243.86 | 07/23 | 88,060.14 |
| 07/02 | 179,939.19 | 07/14 | 141,539.76 | 07/26 | 201,279.73 |
| 07/06 | 178,181.33 | 07/15 | 136,075.52 | 07/27 | 195,504.60 |
| 07/07 | 177,257.83 | 07/16 | 131,749.44 | 07/28 | 195,465.60 |
| 07/08 | 176,068.85 | 07/19 | 128,141.26 | 07/29 | 192,864.15 |
| 07/09 | 175,908.02 | 07/20 | 127,496.78 | | |
| 07/12 | 175,807.47 | 07/21 | 127,206.83 | | |

## Activity Detail

### Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 07/26 | 113,643.36 | Fed Wire In 028347 | W028347 0726 |

### Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| | | | | 07/07 | 1257 * | 923.50 | 051698729 | 07/19 | 1271 | 3,411.73 | 089432567 |
| 07/02 | 000 | 117.99 | 089788884 | 07/02 | 1258 | 440.00 | 089287362 | 07/15 | 1272 | 3,685.63 | 056433718 |
| 07/01 | 1239 * | 697.85 | 096768906 | 07/15 | 1259 | 86.75 | 005334843 | 07/16 | 1273 | 421.70 | 055767138 |
| 07/27 | 1242 * | 2,756.99 | 095463689 | 07/15 | 1260 | 144.04 | 095722039 | 07/26 | 1274 | 67.78 | 072902955 |
| 07/02 | 1252 * | 453.05 | 089276540 | 07/13 | 1261 | 15,563.61 | 089074459 | 07/27 | 1278 * | 2,757.00 | 095463688 |
| 07/06 | 1253 | 408.00 | 095680742 | 07/16 | 1268 * | 1,096.22 | 096431565 | 07/23 | 1283 * | 3,003.05 | 092534392 |
| 07/08 | 1254 | 1,189.00 | 089685868 | 07/16 | 1269 | 1,062.22 | 096432019 | 07/28 | 1288 * | 1,631.65 | 051459478 |
| 07/15 | 1255 | 230.87 | 051070182 | 07/16 | 1270 | 540.00 | 096009039 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 07/02 | 100.16 | 0303 Check Card Purchase Staples  Mount Pleas M | 2750090005949030S183 |
| 07/06 | 695.34 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 7440290005949030S185 |
| 07/06 | 549.10 | 0303 Check Card Purchase Delta Air  Los Angeles | 4315390005949030S187 |
| 07/06 | 70.47 | 0303 Check Card Purchase Dkc*Digi Key Corp 800-3444539 Mn | 7440390005949030S185 |
| 07/06 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 7439700005949030S185 |
| 07/06 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 7439800005949030S185 |
| 07/06 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 7439900005949030S185 |
| 07/06 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 7440000005949030S185 |
| 07/06 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 7440100005949030S185 |
| 07/09 | 109.95 | 0303 Check Card Purchase Staples  Mount Pleas M | 2972700005949030S190 |
| 07/09 | 50.86 | 0303 Check Card Purchase Staples  Mount Pleas M | 2972800005949030S190 |
| 07/12 | 93.56 | 0303 Check Card Purchase Staples Direct00209908 800-3333330 Ca | 2699100005949030S192 |
| 07/12 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 2699200005949030S192 |
| 07/14 | 196.77 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 9482600005949030S195 |
| 07/14 | 173.00 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 9432700005949030S195 |
| 07/14 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 9432500005949030S195 |
| 07/15 | 68.84 | 0303 Check Card Purchase Staples  Mount Pleas M | 3300100005949030S196 |
| 07/16 | 612.36 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 6539700005949030S197 |

ATM Withdrawals and Deductions continued on next page

10589

# Free Business Checking

📧 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 07/01/2010 to 07/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 3 of 4

## Check Card Purchases    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/16 | 593.58 | 0303 Check Card Purchase Microsoft Store 877-6967786 Ca | 85398900059490303197 |
| 07/19 | 174.96 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 85882300059490303199 |
| 07/19 | 21.49 | 0303 Check Card Purchase Staples  Mount Pleas M | 85881900059490303199 |
| 07/20 | 644.48 | 0303 Check Card Purchase Delta Air  Los Angeles | 88880900059490303201 |
| 07/21 | 264.95 | 0303 Check Card Purchase Microsoft Store 877-6967786 Ca | 86709900059490303202 |
| 07/21 | 25.00 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-8955100 Ca | 86709900059490303202 |
| 07/23 | 437.40 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 45858900059490303204 |
| 07/26 | 262.44 | 0303 Check Card Purchase The Comfort Inn Mt Pleasant Mi | 99976900059490303207 |
| 07/26 | 72.42 | 0303 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 99977900059490303207 |
| 07/26 | 21.13 | 0303 Check Card Purchase Qdoba 424  Mt Pleasant | 13288900059490303206 |
| 07/27 | 261.14 | 0303 Check Card Purchase Holiday Inn Mldmd Midland Mi | 66149900059490303208 |
| 07/28 | 39.00 | 0303 Check Card Purchase Istock *International 403-2653062 Il | 46415900059490303209 |

## ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/14 | 500.00 | ATM Withdrawal 1419 S Mission Rd Mt. Pleasant Mi | CPW1192  0583969 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 1,297.60 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010182903824644 |
| 07/14 | 17,827.34 | Corporate ACH Usataxpymt IRS 270059500622381 | 00010195919190904 |
| 07/15 | 1,248.11 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010196902151786 |
| 07/23 | 32,851.19 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010204902608680 |
| 07/23 | 2,855.05 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010204902608679 |
| 07/29 | 969.80 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010210900993323 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 30.00 | Service Charge Period Ending 06/30/2010 | |

10590

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 07/01/2010 to 07/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 4 of 4

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/02/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 28 | .00 | Included in Account |
| ACH Debits | 6 | .00 | |
| Checks Paid | 22 | .00 | |
| Wire, Incoming | 1 | 10.00 | |
| Total For Services Used This Period | | 10.00 | |
| **Total Service Charge** | | **10.00** | |

10591

# Free Business Checking

PNC Bank



**For the period 07/31/2010 to 08/31/2010**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 4

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

💻 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Cash Flow Options for Your Business - Another Benefit At PNC

## Free Membership

As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Start saving today, see the enclosed brochure or visit abnsave.com/pnc.html for more information and to enroll.

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 192,864.15 | 131,013.73 | 148,181.34 | 175,696.54 |

17,579 - points balance as of August 31, 2010 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 131,013.73 |
| **Total** | **1** | **131,013.73** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 31 | 75,205.38 |
| Check Card Purchases | 35 | 6,485.73 |
| POS Purchases | 3 | 225.61 |
| ACH Deductions | 5 | 66,254.62 |
| Service Charges and Fees | 1 | 10.00 |
| **Total** | **75** | **148,181.34** |

10592

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

For the period 07/31/2010 to 08/31/2010
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 4

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|------|------|------|------|------|
| 07/31 | 192,864.15 | 08/11 | 152,618.84 | 08/24 | 189,953.55 |
| 08/02 | 190,454.85 | 08/12 | 150,502.52 | 08/25 | 183,185.05 |
| 08/03 | 190,394.90 | 08/13 | 147,285.93 | 08/26 | 182,318.61 |
| 08/04 | 167,010.41 | 08/16 | 237,138.28 | 08/27 | 182,239.88 |
| 08/05 | 166,671.56 | 08/17 | 235,709.83 | 08/30 | 181,341.29 |
| 08/06 | 166,492.01 | 08/18 | 232,924.92 | 08/31 | 175,696.54 |
| 08/09 | 159,697.21 | 08/19 | 232,288.02 | | |
| 08/10 | 153,144.47 | 08/23 | 230,140.65 | | |

## Activity Detail

## Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 08/16 | 131,013.73 | Fed Wire In 018183 | W018183 0816 |

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | 08/09 | 1297 | 1,948.84 | 096949064 | 08/16 | 1312 | 11,310.05 | 052163063 |
| 08/04 | 000 | 5,172.05 | 089378392 | 08/10 | 1298 | 3,685.63 | 015052585 | 08/23 | 1313 | 820.00 | 095349778 |
| 08/09 | 1275 * | 1,755.68 | 096914275 | 08/10 | 1300 * | 132.66 | 089459265 | 08/23 | 1314 | 1,064.75 | 095412940 |
| 08/16 | 1277 * | 5,172.05 | 089868202 | 08/09 | 1301 | 2,916.21 | 096949065 | 08/23 | 1316 * | 8.50 | 076164644 |
| 08/04 | 1286 * | 655.00 | 089150971 | 08/13 | 1302 | 500.00 | 096743241 | 08/25 | 1317 | 3,765.45 | 086580513 |
| 08/02 | 1290 * | 1,020.00 | 095029718 | 08/10 | 1303 | 961.18 | 055081237 | 08/30 | 1318 | 655.00 | 095880107 |
| 08/02 | 1291 | 657.00 | 095428095 | 08/19 | 1306 * | 40.02 | 096570858 | 08/25 | 1326 * | 3,003.05 | 051256834 |
| 08/02 | 1292 | 575.00 | 095428094 | 08/18 | 1307 | 222.50 | 095985472 | 08/30 | 1332 * | 104.45 | 401804897 |
| 08/04 | 1293 | 17,491.92 | 089878392 | 08/19 | 1308 | 596.88 | 096901031 | 08/31 | 1333 | 3,324.75 | 096324473 |
| 08/05 | 1295 * | 152.64 | 056065597 | 08/13 | 1309 | 2,550.00 | 002739473 | 08/31 | 1335 * | 2,320.00 | 051382251 |
| 08/09 | 1296 | 86.71 | 096656160 | 08/18 | 1311 * | 2,537.41 | 096102133 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 08/02 | 66.77 | 0303 Check Card Purchase Staples Direct00209908 800-3333330 Ca | 35563900005949030321 |
| 08/02 | 45.68 | 0303 Check Card Purchase Staples Mount Pleas M | 35562900005949030321 |
| 08/02 | 34.85 | 0303 Check Card Purchase Qdoba 424 Mt Pleasant | 77303900005949030321 |
| 08/03 | 25.00 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 73638900005949030321 |
| 08/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 73638900005949030321 |
| 08/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 73638900005949030321 |
| 08/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 73638900005949030321 |
| 08/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 73638900005949030321 |
| 08/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 73637900005949030321 |
| 08/04 | 65.52 | 0303 Check Card Purchase Staples Mount Pleas M | 07121900005949030321 |
| 08/05 | 186.21 | 0303 Check Card Purchase The UPS Store #2466 Mt Pleasant Mi | 91193900005949030321 |
| 08/06 | 179.55 | 0303 Check Card Purchase Dri*Vmware 877-486927 | 75713900005949030321 |
| 08/09 | 81.58 | 0303 Check Card Purchase Papa Johns # 0865 Mt Pleasant Mi | 47559900005949030322 |
| 08/09 | 5.78 | 0303 Check Card Purchase 7-Eleven # 152 Mount Pleas Mi | 38058900005949030322 |
| 08/10 | 1,714.80 | 0303 Check Card Purchase Enterprise Rent-A-Car Mt Pleasant Mi | 68926900005949030322 |

ATM Withdrawals and Deductions continued on next page

10593

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/31/2010 to 08/31/2010**

IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 3 of 4

## Check Card Purchases          - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/10 | 58.47 | 0303 Check Card Purchase The UPS Store #2466 Mt Pleasant Mi | 63927900059490303222 |
| 08/11 | 510.30 | 0303 Check Card Purchase Dri*Vmware 877-486927 | 71853900059490303223 |
| 08/11 | 8.84 | 0303 Check Card Purchase Jj Jinkleheimer & Co I 517-5464345 Mi | 71853900059490303223 |
| 08/11 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 71853900059490303223 |
| 08/12 | 1,278.72 | 0303 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 99043900059490303224 |
| 08/12 | 6.75 | 0303 Check Card Purchase USPS 25644008530809198 Mount Pleas Mi | 80309900059490303224 |
| 08/16 | 122.83 | 0303 Check Card Purchase Jet`s Pizza- Mount Ple Mount Pleas Mi | 80224300059490303228 |
| 08/16 | 56.14 | 0303 Check Card Purchase Staples  Mount Pleas M | 10699900059490303227 |
| 08/16 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 19700900059490303227 |
| 08/17 | 1,423.45 | 0303 Check Card Purchase Enterprise Rent-A-Car Freeland Mi | 89383900059490303229 |
| 08/18 | 25.00 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 91383900059490303230 |
| 08/23 | 127.80 | 0303 Check Card Purchase Cottage Inn Pizza Mt Pleasant Mi | 60352900059490303235 |
| 08/23 | 88.33 | 0303 Check Card Purchase Sam's Club Checks 866-3148843 Tx | 40128900059490303234 |
| 08/23 | 37.99 | 0303 Check Card Purchase Staples  Brighton Mi | 40127900059490303234 |
| 08/26 | 57.69 | 0303 Check Card Purchase Staples  Mount Pleas M | 80665900059490303238 |
| 08/26 | 10.88 | 0303 Check Card Purchase Qdoba #424  Mount Plea | 80666900059490303238 |
| 08/27 | 61.13 | 0303 Check Card Purchase Staples  Mount Pleas M | 27702900059490303239 |
| 08/27 | 17.60 | 0303 Check Card Purchase USPS 25644008530809198 Mount Pleas Mi | 70390900059490303239 |
| 08/30 | 133.26 | 0303 Check Card Purchase Domino's Pizza #1240 989-7757555 Mi | 96813900059490303241 |
| 08/30 | 5.88 | 0303 Check Card Purchase Domino's Pizza #1240 989-7757555 Mi | 96811900059490303241 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/13 | 140.00 | POS Purchase Samsclub #4982 Mount Pleasa Mi | POS24498203 0688596 |
| 08/13 | 27.19 | POS Purchase Samsclub #4982 Mount Pleasa Mi | POS24498203 0688597 |
| 08/26 | 58.42 | POS Purchase Wal-Mart #1428 Mt Pleasant | POS24142303 0596802 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/12 | 830.35 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010224901285597 |
| 08/16 | 24,497.72 | Corporate ACH Usataxpymt IRS 270062800654836 | 00010228903786880 |
| 08/24 | 38,506.81 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010236905547572 |
| 08/24 | 1,680.29 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010236905547571 |
| 08/26 | 739.45 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010237909387833 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/02 | 10.00 | Service Charge Period Ending 07/30/2010 | |

10594

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/31/2010 to 08/31/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 4 of 4

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2010 and will appear on your next statement as a single line item entitled Service
Charge Period Ending 08/31/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 36 | .00 | Included in Account |
| ACH Debits | 5 | .00 | |
| Checks Paid | 31 | .00 | |
| Wire, Incoming | 1 | 10.00 | |
| Total For Services Used This Period | | 10.00 | |
| **Total Service Charge** | | **10.00** | |

10595

# Free Business Checking
PNC Bank



**For the period 09/01/2010 to 09/30/2010**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 3

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

💻 Visit us at pnc.com/mybusiness/

📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 175,696.54 | 134,580.85 | 110,291.84 | 199,985.55 |

34,392 - points balance as of September 30, 2010 For CheckCard xxxx xxxx xxxx  0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 134,580.85 |
| **Total** | **1** | **134,580.85** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 11 | 20,401.53 |
| Check Card Purchases | 33 | 8,429.99 |
| POS Purchases | 2 | 229.97 |
| ATM/Misc. Check Card Transactions | 1 | 75.00 |
| ACH Deductions | 4 | 81,145.35 |
| Service Charges and Fees | 1 | 10.00 |
| **Total** | **52** | **110,291.84** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 174,927.49 | 09/10 | 132,407.58 | 09/21 | 121,959.47 |
| 09/02 | 174,912.37 | 09/13 | 127,773.93 | 09/22 | 116,316.80 |
| 09/03 | 174,832.42 | 09/14 | 126,322.85 | 09/23 | 202,845.04 |
| 09/07 | 169,476.29 | 09/15 | 123,426.14 | 09/24 | 201,010.72 |
| 09/08 | 168,560.03 | 09/17 | 122,475.96 | 09/27 | 200,160.55 |
| 09/09 | 164,874.40 | 09/20 | 122,125.67 | 09/30 | 199,985.55 |

10596

# Free Business Checking

📧 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 09/01/2010 to 09/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 3

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/23 | 134,580.85 | Deposit | 119592547 |

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 09/07 | 1334 * | 85.71 | 006223953 | 09/14 | 1339 | 675.00 | 095361117 |
| 09/03 | 1315 | 45.00 | 095571964 | 09/01 | 1336 * | 759.05 | 089445771 | 09/13 | 1341 * | 3,310.24 | 080419710 |
| 09/07 | 1320 * | 5,172.05 | 086073381 | 09/09 | 1337 | 3,685.63 | 031502601 | 09/15 | 1342 | 139.72 | 095826765 |
| 09/15 | 1321 | 2,756.99 | 096143785 | 09/14 | 1338 | 769.09 | 051750543 | 09/22 | 1345 * | 3,003.03 | 056164202 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/02 | 15.12 | 0303 Check Card Purchase Qdoba #424  Mount Plea | 0107790005949030324? |
| 09/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 8044290005949030324? |
| 09/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 8044490005949030324? |
| 09/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 8044490005949030324? |
| 09/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 8044590005949030324? |
| 09/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 8044690005949030324? |
| 09/07 | 98.37 | 0303 Check Card Purchase Domino's Pizza #1240 989-7757555 Mi | 5233890005949030324? |
| 09/08 | 588.56 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 2173990005949030325? |
| 09/08 | 138.35 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 2173910005949030325? |
| 09/08 | 30.35 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 2170290005949030325? |
| 09/08 | 6.55 | 0303 Check Card Purchase USPS 25644008530809198 Mount Pleas Mi | 9999000059490303251 |
| 09/10 | 143.26 | 0303 Check Card Purchase The UPS Store #2466 Mt Pleasant Mi | 0747690005949030325? |
| 09/10 | 140.82 | 0303 Check Card Purchase Staples  Mount Pleas M | 0747590005949030325? |
| 09/13 | 197.94 | 0303 Check Card Purchase The UPS Store #2466 Mt Pleasant Mi | 5925990005949030325? |
| 09/13 | 116.87 | 0303 Check Card Purchase Pisanello's Pizza 9897739906  Mi | 5926990005949030325? |
| 09/13 | 8.84 | 0303 Check Card Purchase Jj Jinkleheimer & Co 1 517-5464345 Mi | 5925790005949030325? |
| 09/13 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 5925890005949030325? |
| 09/14 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 7930690005949030325? |
| 09/17 | 936.41 | 0303 Check Card Purchase Securities Exam Prepar Spokane Vly Wa | 5838900005949030326? |
| 09/17 | 13.77 | 0303 Check Card Purchase Staples  Mount Pleas M | 5839790005949030326? |
| 09/20 | 196.86 | 0303 Check Card Purchase Kohls #1041  Mt Pleasa | 7220990005949030326? |
| 09/20 | 105.21 | 0303 Check Card Purchase Jet`s Pizza- Mount Ple Mount Pleas Mi | 0005490005949030326? |
| 09/20 | 48.22 | 0303 Check Card Purchase Wal-Mart #1428 Mt Pleasant Mi | 7221090005949030326? |
| 09/21 | 166.20 | 0303 Check Card Purchase The UPS Store #2466 Mt Pleasant Mi | 9999790005949030326? |
| 09/22 | 2,639.62 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 9580790005949030326? |
| 09/23 | 10.25 | 0303 Check Card Purchase USPS 25644008530809198 Mount Pleas Mi | 9999000005949030326? |
| 09/24 | 1,484.32 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 0588290005949030326? |
| 09/24 | 175.00 | 0303 Check Card Purchase Finra Regulations Inc 240-3865350 MD | 0588590005949030326? |
| 09/24 | 175.00 | 0303 Check Card Purchase Finra Regulations Inc 240-3865350 MD | 0588190005949030326? |

ATM Withdrawals and Deductions continued on next page

10597

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 09/01/2010 to 09/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 3 of 3

## Check Card Purchases   - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/27 | 358.63 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 997189000594903083269 |
| 09/27 | 323.75 | 0303 Check Card Purchase Sherweb  819-5626610 N | 997169000594903083269 |
| 09/27 | 92.79 | 0303 Check Card Purchase Mancino's Restaurant Mount Pleas Mi | 997199000594903083269 |
| 09/30 | 175.00 | 0303 Check Card Purchase Finra Regulations Inc 240-3865350 MD | 211779000594903083273 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/08 | 157.45 | POS Purchase Sam's Club Mt Pleasant | POS49820010 0559247 |
| 09/13 | 72.52 | POS Purchase Sam's Club Mt Pleasant | POS49820007 1949145 |

## ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/27 | 75.00 | 0303 Recurring Check Card Sherweb  819-5626610 | 717999000594903083269 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/10 | 32,182.74 | Corporate ACH Usataxpymt IRS 270065300015726 | 000102538901258780 |
| 09/13 | 920.25 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 000102569902543808 |
| 09/23 | 47,132.31 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 000102669908372959 |
| 09/23 | 910.05 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 000102669908372958 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 10.00 | Service Charge Period Ending 08/31/2010 | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 17 | .00 | Included in Account |
| ACH Debits | 4 | .00 | |
| Checks Paid | 11 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |

# Free Business Checking
PNC Bank



**For the period 10/01/2010 to 10/29/2010**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 4

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Cash Flow Options for Your Business -PNC Online Payroll(1)

Make payroll processing faster, more accurate and less expensive with PNC Online Payroll - part of the innovative array of Cash Flow Options that work with your PNC Business Checking account to help improve your cash flow. PNC Online Payroll guides you through the entire payroll process - from setup and paycheck calculations to W-2s and electronic tax filings - saving you time and money and allowing you to better manage your cash flow.

### PNC Online Payroll New Features
* new maximum number of employees- handles payroll for up to 150 employees
* tax filing for multi -state employers
* and coming soon...automatic time tracking - choice of online timesheets on a password protected website or multi-user online time clock where employees can clock in and out

### PNC Online Payroll Makes Running Your Business Easier
* Use PNC Online Payroll anytime you want from anywhere you have Internet access.
* Access detailed payroll and payroll tax reports.
* Export payroll data to QuickBooks®(2) and other popular accounting software packages.

This is the best time! The easiest, most efficient time of the year to start using a new payroll solution is right now with the new year approaching - no payroll history to enter, simply setup basic payroll information and get started.

Setup now and be ready to run payroll January 1st!

To learn more, visit www.PNC.com/payroll or contact our payroll specialists toll-free **(877) 762-7975**, M-F, 9:30 am - 9:30 pm ET.

1. PNC  Online Payroll service is provided by Paycycle® , an Intuit Inc. company and requires a PNC Bank Business Checking account with Online Banking. Paycycle is a registered mark of PayCycle, Inc.  PNC does not provide legal tax or accounting advice.
2. Quickbooks® is a registered trademark and service mark of Intuit , Inc in the United States and other countries .

Bank deposit products and services provided by PNC Bank, National Association.       MEMBER FDIC

10599

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/01/2010 to 10/29/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 4

## Free Business Checking Summary

Account number: 42-5269-9901
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 199,985.55 | 95,901.71 | 159,906.52 | 135,980.74 |

61,561 - points balance as of October 29, 2010 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 95,106.76 |
| ATM Deposits and Additions | 1 | 794.95 |
| **Total** | **2** | **95,901.71** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | 11,949.94 |
| Check Card Purchases | 31 | 14,260.21 |
| ATM/Misc. Check Card Transactions | 3 | 798.75 |
| ACH Deductions | 8 | 109,637.22 |
| Other Deductions | 1 | 23,260.40 |
| **Total** | **47** | **159,906.52** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | 199,985.55 | 10/13 | 280,558.98 | 10/22 | 188,384.62 |
| 10/04 | 199,781.22 | 10/14 | 280,539.29 | 10/25 | 187,422.06 |
| 10/05 | 199,633.77 | 10/15 | 250,673.15 | 10/26 | 164,161.66 |
| 10/06 | 198,571.92 | 10/18 | 249,371.74 | 10/29 | 135,980.74 |
| 10/08 | 193,399.87 | 10/20 | 246,639.85 | | |
| 10/12 | 186,400.46 | 10/21 | 246,536.43 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/13 | 95,106.76 | Deposit | 121977419 |

### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/15 | 794.95 | Check Card Credit Microsoft Store 877-6967786 Ca | 75682900059490303288 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08 | 1353 | 5,172.05 | 096963161 | 10/20 | 1359 * | 2,731.89 | 095424520 | 10/22 | 1372 * | 3,003.05 | 002434462 |
| | | | | 10/18 | 1360 | 1,042.95 | 090128061 | | | | |

10600

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/01/2010 to 10/29/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 3 of 4

## Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/04 | 169.38 | 0303 Check Card Purchase Jet`s Pizza- Mount Ple Mount Pleas Mi | 65179900005949030327 |
| 10/04 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 14285900005949030327 |
| 10/04 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 14286900005949030327 |
| 10/04 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 14287900005949030327 |
| 10/04 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 14288900005949030327 |
| 10/04 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 14289900005949030327 |
| 10/05 | 100.00 | 0303 Check Card Purchase Kosmaz Technologies Ll 9253955100 Ca | 65319590005949030327 |
| 10/05 | 47.45 | 0303 Check Card Purchase The UPS Store #2466 Mt Pleasant Mi | 65136900005949030327 |
| 10/06 | 175.00 | 0303 Check Card Purchase Finra Regulations Inc 240-3865350 MD | 59446900005949030327 |
| 10/06 | 70.00 | 0303 Check Card Purchase Finra Regulations Inc 240-3865350 MD | 59443900005949030328 |
| 10/12 | 6,500.00 | 0303 Check Card Purchase The Ifm 202-2231528 D | 78414900005949030328 |
| 10/12 | 342.33 | 0303 Check Card Purchase Voip Supply 800-39886 | 78415900005949030328 |
| 10/12 | 120.56 | 0303 Check Card Purchase Jet`s Pizza- Mount Ple Mount Pleas Mi | 22829900005949030328 |
| 10/12 | 29.53 | 0303 Check Card Purchase Ric's Food Center Mount Pleas Mi | 50139900005949030328 |
| 10/12 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 22621900005949030328 |
| 10/13 | 583.56 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 54512900005949030328 |
| 10/13 | 189.68 | 0303 Check Card Purchase Staples Direct00209908 800-3333330 Ca | 54610900005949030328 |
| 10/13 | 175.00 | 0303 Check Card Purchase Finra Regulations Inc 240-3865350 MD | 54611900005949030328 |
| 10/14 | 12.70 | 0303 Check Card Purchase Staples Mount Pleas M | 20758900005949030328 |
| 10/14 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 20753900005949030328 |
| 10/15 | 2,278.79 | 0303 Check Card Purchase Microsoft Store 877-6967786 Ca | 75679900005949030328 |
| 10/15 | 1,484.00 | 0303 Check Card Purchase Computer Connection Of 315-7242209 NY | 55819900005949030328 |
| 10/15 | 800.24 | 0303 Check Card Purchase Microsoft Store 877-6967786 Ca | 75680900005949030328 |
| 10/15 | 47.44 | 0303 Check Card Purchase Staples Mount Pleas M | 75678900005949030328 |
| 10/18 | 137.02 | 0303 Check Card Purchase Domino's Pizza #1240 989-7757555 Mi | 82924900005949030329 |
| 10/18 | 107.04 | 0303 Check Card Purchase Staples Direct00209908 800-3333330 Ca | 82922900005949030329 |
| 10/18 | 14.40 | 0303 Check Card Purchase USPS 25644008530809198 Mount Pleas Mi | 62350900005949030329 |
| 10/21 | 103.42 | 0303 Check Card Purchase Max & Emilys Bakery Ca 989-7727460 Mi | 69036900005949030329 |
| 10/22 | 29.95 | 0303 Check Card Purchase Kagi 1-510-420-5858 Info.Kagi.C Ca | 30252900005949030329 |
| 10/25 | 163.81 | 0303 Check Card Purchase Jet`s Pizza- Mount Ple Mount Pleas Mi | 40438900005949030329 |
| 10/29 | 529.98 | 0303 Check Card Purchase Staples Direct00209908 800-3333330 Ca | 58304900005949030330 |

## ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/25 | 400.00 | ATM Withdrawal 1419 S Mission Rd Mt. Pleasant Mi | CPW1192   1995881 |
| 10/25 | 323.75 | 0303 Recurring Check Card Sherweb  819-5626610 | 43599900005949030329 |
| 10/25 | 75.00 | 0303 Recurring Check Card Sherweb  819-5626610 | 43490900005949030329 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/06 | 816.85 | Corporate ACH Quickbooks<br>Intuit Payroll S 264822687 | 00010279906569184 |
| 10/15 | 26,050.62 | Corporate ACH Usataxpymt IRS 270068800738144 | 00010288906759197 |

ACH Deductions continued on next page

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/01/2010 to 10/29/2010**

IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 4 of 4

## ACH Deductions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/22 | 35,102.47 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010295907516749 |
| 10/22 | 10,899.94 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010295907516748 |
| 10/22 | 8,047.79 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010295907516747 |
| 10/22 | 1,068.61 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 00010295907516746 |
| 10/29 | 26,855.18 | Corporate ACH Usataxpymt IRS 270070200338915 | 00010301906493384 |
| 10/29 | 795.76 | Corporate ACH Usataxpymt IRS 270070200298695 | 00010301906493379 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/26 | 23,260.40 | Fed Wire Out 009410 | W009410 1026 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 11/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/29/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 14 | .00 | Included in Account |
| ACH Debits | 8 | .00 | |
| Checks Paid | 4 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Wire Out, Voice Init, Non Repetitive | 1 | 25.00 | |
| Wire Transfer Surcharge | 1 | .00 | Included in Account |
| Total For Services Used This Period | | 25.00 | |
| **Total Service Charge** | | **25.00** | |

10602

# Free Business Checking
PNC Bank



**For the period 10/30/2010 to 11/30/2010**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901
Page 1 of 4
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 809
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Cash Flow Options for Your Business - Another Benefit At PNC

### Free Membership
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts.  Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 10% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll.
* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

---

## IMPORTANT ACCOUNT INFORMATION

### Effective Immediately

The information stated below amends certain information in our Business Account Agreement.  All other information in our Agreement, as amended, continues to apply to your account.  Please review the following information and retain it with your records.

### Account Agreement for Business Accounts
The terms and conditions of this Account Agreement for Business Accounts ('Agreement') apply to all PNC Bank business accounts.  You have agreed by signing the signature card and/or by using your account on or after the opening date, to be legally bound by the terms of this Agreement.  You agree to comply with all applicable local, state and federal laws, rules and regulations, as amended from time to time, *including without limitation the Unlawful Internet Gambling Enforcement Act of 2006 prohibiting unlawful internet gambling activities,* the Bank Secrecy Act, the USA Patriot Act, the federal anti-money laundering statutes and any laws or regulations that are enforced or administered by the Office of Foreign Assets Control ('OFAC').  You should keep a copy of this Agreement and anything else we send to you about your account for your records.  When used in this Agreement, the terms 'you' and 'your' refer to your business or its authorized representative; 'we', 'our', and

10603

# Free Business Checking

🖳 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/30/2010 to 11/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 4

'Bank' refer to PNC Bank.  The term 'Account(s)' refers to your PNC Bank business deposit account(s).

**For more information, please call 1-877-BUS-BNKG (287-2654) between 7 am - 10 pm (ET) Monday-Friday, and 8 am - 5 pm (ET) Saturday-Sunday**

## Free Business Checking Summary

Account number: 42-5269-9901

Ib Technologies Inc
James D Pieron Jr

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 135,980.74 | 113,422.02 | 107,925.95 | 141,476.81 |

64,810 - points balance as of November 30, 2010 For CheckCard xxxx xxxx xxxx  0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 112,892.03 |
| ATM Deposits and Additions | 1 | 529.99 |
| **Total** | **3** | **113,422.02** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | 14,266.37 |
| Check Card Purchases | 16 | 9,757.95 |
| ATM/Misc. Check Card Transactions | 1 | 500.00 |
| ACH Deductions | 2 | 83,172.34 |
| Service Charges and Fees | 3 | 229.29 |
| **Total** | **28** | **107,925.95** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/30 | 135,980.74 | 11/05 | 247,192.85 | 11/23 | 171,142.65 |
| 11/01 | 136,368.14 | 11/08 | 247,051.23 | 11/24 | 166,162.55 |
| 11/02 | 248,514.88 | 11/09 | 243,447.73 | 11/30 | 141,476.81 |
| 11/03 | 248,445.00 | 11/12 | 229,900.06 | | |
| 11/04 | 247,841.74 | 11/15 | 229,798.04 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/02 | 112,606.72 | Deposit | 016084511 |
| 11/23 | 285.31 | Deposit | 129841397 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 529.99 | Check Card Credit Staples  Mount Pleas Mi | 82428900059490303304 |

10604

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 10/30/2010 to 11/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 3 of 4

## Checks and Other Deductions

### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/24 | 800 | 1,977.05 | 056285416 | 11/04 | 1375 * | 56.62 | 095787301 | 11/24 | 1385 * | 3,003.03 | 056285415 |
| 11/12 | 1363 * | 5,172.05 | 096060517 | 11/09 | 1376 | 3,603.50 | 090847687 | | | | |
| | | | | 11/23 | 1377 | 454.10 | 089863878 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 117.59 | 0303 Check Card Purchase Pizza Hut #58653858635 Mt Pleasant Mi | 62427900005940303304 |
| 11/02 | 459.98 | 0303 Check Card Purchase Www Newegg Com 800-3901119 Ca | 40519900005940303306 |
| 11/03 | 34.93 | 0303 Check Card Purchase Jnr Engraving Mt Pleasant Mi | 12211900005940303307 |
| 11/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 12212900005940303307 |
| 11/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 12213900005940303307 |
| 11/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 12214900005940303307 |
| 11/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 12215900005940303307 |
| 11/03 | 6.99 | 0303 Check Card Purchase Kosmaz Technologies Ll 925-3955100 Ca | 12216900005940303307 |
| 11/04 | 46.64 | 0303 Check Card Purchase Wal-Mart #1428 Mt Pleasant Mi | 39226900005940303308 |
| 11/05 | 590.44 | 0303 Check Card Purchase Staples  Mount Pleas M | 27310900005940303309 |
| 11/05 | 58.45 | 0303 Check Card Purchase Staples Direct00209908 800-3333330 Ca | 27311900005940303309 |
| 11/08 | 135.29 | 0303 Check Card Purchase Hungry Howies 98 989-7720044 Mi | 20453900005940303311 |
| 11/08 | 6.33 | 0303 Check Card Purchase UPS*0000E9X694 800-8111648 Ga | 01061900005940303312 |
| 11/12 | 8,011.11 | 5093 Check Card Purchase Indecs Computers Ltd Redditch Gb | 88727900096545093316 |
| 11/12 | 160.22 | 5093 Check Card Purchase Indecs Computers Ltd Redditch Gb | 88729900096545093316 |
| 11/15 | 102.02 | 0303 Check Card Purchase UPS*0000E9X694 800-8111648 Ga | 88519900005940303319 |

### ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/04 | 500.00 | ATM Withdrawal 1419 S Mission St Mt. Pleasant Mi | CPW1159  0581290 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/23 | 58,486.60 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 0001032730914215l |
| 11/30 | 24,685.74 | Corporate ACH Usataxpymt IRS 270073400129220 | 0001033490778816 7 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 25.00 | Service Charge Period Ending 10/29/2010 | |
| 11/12 | 200.28 | International POS Fee  Vis 1111          Gb | 88728900096545093316 |
| 11/12 | 4.01 | International POS Fee  Vis 1111          Gb | 88730900096545093316 |

10605

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/30/2010 to 11/30/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 4 of 4

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/01/2010 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 13 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 6 | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |

10606

# Free Business Checking
PNC Bank



**For the period 12/01/2010 to 12/31/2010**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 3

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at pnc.com/mybusiness/

📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Important Information on Federal Deposit Insurance Coverage (FDIC)

Get acquainted with recent FDIC changes:

*   On July 10, 2010, the basic amount of FDIC deposit insurance coverage **permanently** increased from $100,000 to $250,000 per depositor, per institution.

*   Beginning December 31, 2010, the FDIC will implement a new **temporary** insurance category to provide unlimited FDIC insurance coverage for funds held in **noninterest-bearing** transaction accounts (checking) at insured banks. This temporary category will remain in effect through December 31, 2012.

For more information on FDIC or to learn more about how to maximize coverage, visit www.FDIC.gov or call toll-free at 1-877-ASK-FDIC (1-877-275-3342). Hearing impaired line 1-800-925-4618.

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 141,476.81 | 341,091.32 | 134,094.97 | 348,473.16 |

64,971 - points balance as of December 31, 2010 For CheckCard xxxx xxxx xxxx 0303.

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 84,841.32 | Checks | 7 | 48,854.12 |
| Other Additions | 1 | 256,250.00 | Check Card Purchases | 7 | 1,814.50 |
| | | | ACH Deductions | 2 | 83,426.35 |
| **Total** | **2** | **341,091.32** | **Total** | **16** | **134,094.97** |

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 12/01/2010 to 12/31/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 12/01 | 141,426.81 | 12/10 | 481,396.72 | 12/23 | 378,488.96 |
| 12/02 | 140,427.99 | 12/13 | 480,703.63 | 12/28 | 373,316.91 |
| 12/03 | 140,348.31 | 12/14 | 477,605.72 | 12/29 | 348,475.16 |
| 12/06 | 140,305.40 | 12/16 | 446,860.66 | | |
| 12/08 | 396,555.40 | 12/22 | 383,661.01 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 12/10 | 84,841.32 | Deposit | 119471612 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 12/08 | 256,250.00 | Fed Wire In 004259 | W004259 1208 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| | | | | 12/01 | 1394 * | 50.00 | 089497581 | 12/28 | 1406 * | 5,172.03 | 096322906 |
| 12/22 | 050 | 4,567.05 | 091172463 | 12/14 | 1395 | 3,097.91 | 089066142 | 12/29 | 1411 * | 50.00 | 096665905 |
| 12/23 | 1387 * | 5,172.05 | 089967415 | 12/16 | 1396 | 30,745.06 | 090322047 | | | | |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 12/02 | 998.82 | 5093 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 728089000096545093836 |
| 12/03 | 76.68 | 5093 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 075899000096545093837 |
| 12/03 | 1.00 | 5093 Check Card Purchase USPS Change Of66100959 800-2383150 Tx | 728689000096545093837 |
| 12/03 | 1.00 | 5093 Check Card Purchase USPS Change Of66100959 800-2383150 Tx | 728799000096545093837 |
| 12/03 | 1.00 | 5093 Check Card Purchase USPS Change Of66100959 800-2383150 Tx | 728889000096545093837 |
| 12/06 | 42.91 | 0303 Check Card Purchase UPS*0000E9X694 800-8111648 Ga | 732729000594903803840 |
| 12/13 | 693.09 | 5093 Check Card Purchase Fairfield Inn-Mt Pleas Mt. Pleasan Mi | 562859000096545093847 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 12/22 | 58,632.60 | Corporate ACH Quickbooks Intuit Payroll S 264822687 | 0001035690808394491 |
| 12/29 | 24,793.75 | Corporate ACH Usataxpymt IRS 270076300533871 | 0001036290515915151 |

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 12/01/2010 to 12/31/2010**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 3 of 3

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/03/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2010.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 11 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 7 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Branch - Consolidated Cash Deposited | 3 | .00 | Included in Account |
| Wire, Incoming | 1 | 10.00 | |
| Total For Services Used This Period | | 10.00 | |
| **Total Service Charge** | | **10.00** | |

10609

# Free Business Checking
PNC Bank

**For the period 01/01/2011 to 01/31/2011**

IB TECHNOLOGIES INC

███████████
████████████
████████████████████

Primary account number: 42-5269-9901

Page 1 of 3

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**Important Notice:** As a result of a final rule to implement applicable provisions of the Unlawful Internet Gambling Enforcement Act of 2006 (31 U.S.C. 5361-5367), we are required to notify all commercial customers that restricted transactions related to unlawful internet gambling activities are prohibited from being processed through their account or relationship.

## IMPORTANT ACCOUNT INFORMATION

### Effective Immediately

The information stated below amends certain information in our Business Account Agreement. All other information in our Agreement, as amended, continues to apply to your account. Please review the following information and retain it with your records.

**Account Agreement for Business Accounts**
The terms and conditions of this Account Agreement for Business Accounts ('Agreement') apply to all PNC Bank business accounts. You have agreed by signing the signature card and/or by using your account on or after the opening date, to be legally bound by the terms of this Agreement. You agree to comply with all applicable local, state and federal laws, rules and regulations, as amended from time to time, *including without limitation the Unlawful Internet Gambling Enforcement Act of 2006 prohibiting unlawful internet gambling activities*, the Bank Secrecy Act, the USA Patriot Act, the federal anti-money laundering statutes and any laws or regulations that are enforced or administered by the Office of Foreign Assets Control ('OFAC'). You should keep a copy of this Agreement and anything else we send to you about your account for your records. When used in this Agreement, the terms 'you' and 'your' refer to your business or its authorized representative; 'we', 'our', and 'Bank' refer to PNC Bank. The term 'Account(s)' refers to your PNC Bank business deposit account(s).

**For more information, please call 1-877-BUS-BNKG (287-2654) between 7 am - 10 pm (ET) Monday-Friday, and 8 am - 5 pm (ET) Saturday-Sunday.**

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

10610

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 01/01/2011 to 01/31/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 348,473.16 | 91,705.50 | 4,996.53 | 435,182.13 |

64,996 - points balance as of February 1, 2011 For CheckCard xxxx xxxx xxxx 0303.

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 91,705.50 |
| **Total** | **1** | **91,705.50** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 4,069.84 |
| ACH Deductions | 1 | 916.69 |
| Service Charges and Fees | 1 | 10.00 |
| **Total** | **5** | **4,996.53** |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 348,473.16 | 01/07 | 344,465.21 | 01/21 | 435,182.13 |
| 01/03 | 348,463.16 | 01/10 | 343,645.38 | | |
| 01/05 | 347,546.47 | 01/19 | 343,476.63 | | |

# Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/21 | 91,705.50 | Deposit | 121529888 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07 | 1412 | 3,081.26 | 089773007 | 01/10 | 1413 | 819.83 | 090806580 | | | | |
| | | | | 01/19 | 1414 | 168.75 | 095447631 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/05 | 916.69 | Corporate ACH Usataxpymt IRS 270140500253244 | 6001100490498096 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | 10.00 | Service Charge Period Ending 12/31/2010 | |

10611

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 01/01/2011 to 01/31/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 3 of 3

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 6 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10612

# Free Business Checking
PNC Bank

**For the period 02/01/2011 to 02/28/2011**

Primary account number: 42-5269-9901
Page 1 of 2
Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION FOR WIRE CUSTOMERS

Effective at the close of business on April 1, 2011, the National City Routing Transit Number (RTN) 072000915 and the PNC RTN 042000398 will be "deactivated" or retired at the Federal Reserve Bank for wire transfer purposes only. All other activity originated or received using these RTNs (e.g., checks or ACH) will continue as normal for a period of time yet to be determined.

After April 1st, paying banks will no longer be able to remit funds using the RTN's listed above via Fedwire. If you have not done so already, it is extremely important to contact all remitters/originators and provide them with the correct wire instructions — including both the correct PNC RTN and your PNC Bank account number -- to ensure funds are credited to your account after this date.

If you've previously used the National City RTN 072000915 or the PNC RTN 042000398, please use the following wire instructions:

| | |
|---|---|
| Receiving Bank: | PNC Bank |
| PNC Bank RTN: | 041000124 |
| Beneficiary: | Your Company's name |
| Beneficiary Account Number: | Your Company's account number with PNC Bank |

If you need additional information on wire services, please contact the PNC Wire Transfer Operations at 1-800-PNC-WIRE (1-800-762-9473).

## Free Business Checking Summary

Account number: 42-5269-9901
Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 435,182.13 | 6,472.52 | 1,472.52 | 440,182.13 |

64,996 - points balance as of February 28, 2011 For CheckCard xxxx xxxx xxxx 0303.

10613

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 02/01/2011 to 02/28/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 2

Free Business Checking Account number: 42-5269-9901 - continued

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 6,472.52 |
| **Total** | **1** | **6,472.52** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,472.52 |
| **Total** | **1** | **1,472.52** |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 02/01 | 435,182.13 | 02/25 | 440,182.13 |

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/25 | 6,472.52 | Deposit | 120850162 |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 02/25 | 1415 | 1,472.52 | 090761601 | | | | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2011.

⁺⁺ Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 2 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10614

# Free Business Checking
PNC Bank

**For the period 03/01/2011 to 03/31/2011**



IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Cash Flow Options for Your Business - Another Benefit At PNC

**Free Membership**
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-85% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Get discounts of up to 20% at Hertz, 10% on all 4imprint promotional products, 85% on core office supplies at Office Depot, 10% on technology from CDW, 20% at any Wyndham hotel or resort*, and many more. Start saving today, visit abnsave.com/pnc.html for more information and to enroll. Look for a full brochure to be inserted soon in a future statement.
* Hertz, 4imprint, Office Depot, CDW and Wyndham are not sponsoring this offer.

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 440,182.13 | 0.00 | 1,335.00 | 438,847.13 |

64,996 - points balance as of March 31, 2011 For CheckCard xxxx xxxx xxxx 0303.

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| | | | Checks | 2 | 1,335.00 |
| **Total** | **0** | **0.00** | **Total** | **2** | **1,335.00** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 03/01 | 440,182.13 | 03/23 | 438,847.13 |

10615

# Free Business Checking

📠 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 03/01/2011 to 03/31/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 2

## Activity Detail

### Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 03/23 | 1416 | 650.00 | 096580608 | 03/23 | 1417 | 685.00 | 096355629 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 2 | .00 | Included in Account |
| Checks Paid | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |

# Free Business Checking
PNC Bank

**For the period 04/01/2011 to 04/29/2011**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**IMPORTANT NOTICE FOR CUSTOMERS USING A CREDIT CARD FOR OVERDRAFT PROTECTION**

Effective April 30, 2011, when a credit card is used as overdraft protection for your checking account, the available credit balance of the credit card will be available for nightly processing of items and for point-of-sale and ATM overdrafts (online authorizations).

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection Provided By: **Contact PNC to establish Overdraft Protection**

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 438,847.13 | 0.00 | 25.00 | 438,822.13 |

64,996 - points balance as of April 29, 2011 For CheckCard xxxx xxxx xxxx 0303.

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| | | | Checks | 1 | 25.00 |
| **Total** | **0** | **0.00** | **Total** | **1** | **25.00** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 04/01 | 438,847.13 | 04/28 | 438,822.13 |

10617

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 04/01/2011 to 04/29/2011**

IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 2

## Activity Detail

### Checks and Other Deductions

**Checks and Substitute Checks**    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 04/28 | 1418 | 25.00 | 095533987 | | | | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/02/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/29/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

# Free Business Checking
PNC Bank

**For the period 04/30/2011 to 05/31/2011**

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

IB TECHNOLOGIES INC



For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

**Supplement to the Business Checking Accounts and Related Charges**
**Effective July 1, 2011**

**BANKING CARD SERVICES**
**Non-PNC Bank ATMs:** The fee for withdrawal, deposit, transfer or balance inquiry at non-PNC Bank ATMs within the United States, Canada, U.S. Virgin Islands and Puerto Rico will be $2.50, and for withdrawal, transfer or balance inquiry in all other countries/locations will be $5.00.

**International Purchases:** The fee for international purchases at participating merchants will be subject to a fee of 3% of the purchase amount.

**WIRE SERVICES (Fund Transfers)**
| | |
|---|---|
| International Draft | $60.00 |
| International Outgoing Wire | $60.00 |

All other fees and requirements remain the same.

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 438,822.13 | 0.00 | 425,000.00 | 13,822.13 |

64,996 - points balance as of May 31, 2011 For CheckCard xxxx xxxx xxxx  0303.

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 04/30/2011 to 05/31/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued        Page 2 of 2

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 425,000.00 |
| Total | 1 | 425,000.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 04/30 | 438,822.13 | 05/11 | 13,822.13 |

## Activity Detail

### Checks and Other Deductions

**Checks and Substitute Checks**        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 05/11 | 000 | 425,000.00 | 054676749 | | | | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | .00 | |

10620

# Free Business Checking
PNC Bank

**For the period 06/01/2011 to 06/30/2011**

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

💻 Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Cash Flow Options for Your Business - Another Benefit At PNC

### Free Membership
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-75% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Start saving today, see the enclosed brochure or visit abnsave.com/pnc.html for more information and to enroll.

## Free Business Checking Summary

Account number: 42-5269-9901

Ib Technologies Inc
James D Pieron Jr

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 13,822.13 | 25,000.00 | 7,500.00 | 31,322.13 |

64,996 - points balance as of June 30, 2011 For CheckCard xxxx xxxx xxxx  0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 25,000.00 |
| **Total** | **1** | **25,000.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 1 | 7,500.00 |
| **Total** | **1** | **7,500.00** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 13,822.13 | 06/17 | 38,822.13 | 06/24 | 31,322.13 |

10621

# Free Business Checking

💻 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 06/01/2011 to 06/30/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 06/17 | 25,000.00 | Online Transfer From | 0000004257379616 | IB TECHNOLOGIES |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 06/24 | 7,500.00 | Withdrawal | Tel 0700087501 0056 | TEL 070 0087501 0056 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2011.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10622

# Free Business Checking
PNC Bank



**For the period 07/01/2011 to 07/29/2011**

Primary account number: 42-5269-9901

Page 1 of 3

Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

**Supplement to the Business Checking Accounts and Related Charges**
**Effective September 1, 2011**

**COMMONLY USED SERVICES**
**Account Charges and Services**
Stop Payments
　Checks, electronic transfers, preauthorized debits and
　recurring preauthorized payments through Visa Check Card　　　$ 33.00

**Return Item Services**
Return of Deposited/Cashed Items　　　$ 12.00

**Your Statement Options**
Check Image Statements (where you receive statement pages that have pictures of the front and back sides of all your available canceled checks or replacement checks for the statement period):

* No Charge - Analysis Business Checking, Analysis Business Checking With Interest, IOLTA, and Client Master Escrow and Sub Accounts.
* $3 per month - All other checking and money market accounts. This fee is charged monthly regardless of whether you have any check images in your statement.  Not available with Free Business Checking (unless previously enrolled).

All other fees and requirements remain the same.

## IMPORTANT ACCOUNT INFORMATION

The information below amends the PNC Funds Availability Policy. Please read this information and retain it with your records.

**Effective July 15, 2011**

**For Large Dollar Deposits and New Accounts:**
The PNC Funds Availability Policy will be changed to allow for an additional $100 from deposited checks or items to be available the first

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2011 to 07/29/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 3

business day after the business day of your deposit for all purposes.

Please see the Funds Availability Policy applicable to your account for a complete overview of our policy on making deposited funds available to you. If you have questions, please visit your local PNC branch or call us at the Customer Service phone number listed above.

## Free Business Checking Summary

Account number: 42-5269-9901
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 31,322.13 | 400,378.67 | 388,717.00 | 42,983.80 |

64,996 - points balance as of July 29, 2011 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 400,378.67 |
| **Total** | **1** | **400,378.67** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | 380,087.50 |
| Service Charges and Fees | 1 | 4.50 |
| Other Deductions | 1 | 8,625.00 |
| **Total** | **6** | **388,717.00** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 31,322.13 | 07/20 | 81,700.80 | 07/29 | 42,983.80 |
| 07/14 | 431,700.80 | 07/26 | 81,613.30 | | |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/14 | 400,378.67 | Transfer From Sub Account 0000004257379616 | IB TECHNOLOGIES |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 07/29 | 000 | 15,000.00 | 055176708 | 07/26 | 1419 * | 87.50 | 080611204 |
| 07/20 | 000 | 350,000.00 | 055123178 | 07/29 | 000 | 15,000.00 | 095625676 | | | | |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/29 | 4.50 | Counter Check Fee | PT95987 |

10624

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2011 to 07/29/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 3 of 3

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/29 | 8,625.00 | Withdrawal | Tel 0700087505 0154 | TEL 070-0087505-0154 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/29/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
| Checks Paid | 4 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

# Free Business Checking

PNC Bank



**For the period 07/30/2011 to 08/31/2011**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa Check Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out. If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Free Business Checking Summary

Account number: 42-5269-9901
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 42,983.80 | 0.00 | 32,050.00 | 10,933.80 |

64,996 - points balance as of August 31, 2011 For CheckCard xxxx xxxx xxxx  0303.

# Free Business Checking

📧 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/30/2011 to 08/31/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 2

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | 32,050.00 |
| Total | 4 | 32,050.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 07/30 | 42,983.80 | 08/18 | 32,983.80 |
| 08/09 | 37,983.80 | 08/29 | 10,933.80 |

## Activity Detail

### Checks and Other Deductions

### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09 | 000 | 5,000.00 | 094744765 | 08/29 | 000 | 12,050.00 | 090893894 | 08/18 | 1420 * | 5,000.00 | 056470817 |
| | | | | 08/29 | 000 | 10,000.00 | 003668927 | | | | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 4 | .00 | Included in Account |
|    Checks Paid | 4 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

# Free Business Checking

PNC Bank

**For the period 09/01/2011 to 09/30/2011**

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: **0**

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 809
Pittsburgh , PA 15230-9738

💻 Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Free Business Checking Summary

Account number: 42-5269-9901

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 10,933.80 | 0.00 | 1,576.77 | 9,357.03 |

68,110 - points balance as of September 30, 2011 For CheckCard xxxx xxxx xxxx  0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | **0** | **0.00** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Check Card Purchases | 2 | 1,576.77 |
| Total | **2** | **1,576.77** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 10,933.80 | 09/12 | 10,914.08 | 09/15 | 9,357.03 |

## Activity Detail

### Checks and Other Deductions

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/12 | 19.72 | 5093 Check Card Purchase UPS*0000E9X694 800-8111648 Ga | 7980890009654509255 |
| 09/15 | 1,557.05 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 0782990005940308258 |

10628

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 09/01/2011 to 09/30/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 2

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/03/2011 and will appear on your next statement as a single line item entitled Service
Charge Period Ending 09/30/2011.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10629

# Free Business Checking
PNC Bank

**For the period 10/01/2011 to 10/31/2011**

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Cash Flow Options for Your Business - Another Benefit At PNC

### Free Membership
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-75% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Start saving today, visit abnsave.com/pnc.html for more information and to enroll.

---

## Free Business Checking Summary
Account number: 42-5269-9901

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 9,357.03 | 0.00 | 59.63 | 9,297.40 |

68,110 - points balance as of October 31, 2011 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Check Card Purchases | 1 | 59.63 |
| Total | 1 | 59.63 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 10/01 | 9,357.03 | 10/03 | 9,297.40 |

10630

# Free Business Checking

💻 For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 10/01/2011 to 10/31/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 2

## Activity Detail

### Checks and Other Deductions

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/03 | 59.63 | 5093 Check Card Purchase UPS*0000E9X694 800-8111648 Ga | 400319000095345093276 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 11/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/31/2011.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10631

# Free Business Checking
PNC Bank



**For the period 11/01/2011 to 11/30/2011**

IB TECHNOLOGIES INC

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT ACCOUNT INFORMATION

The information below amends the Business Checking Accounts and Related Charges.
Please read this information and retain it with your records.

**Effective January 3, 2012**

**COMMONLY USED SERVICES**
**ACCOUNT CHARGES AND SERVICES**
Credit Inquiries                        $   30.00

**ACH SERVICES**
ACH Origination Maintenance             $   40.00
Service Bureau Input File               $   15.00

**WIRE SERVICES (FUNDS TRANSFER)**
Incoming Wire                           $   9.00
Mail Advice                             $   5.00

**MONEY ROOM SERVICES**
Box Coin Furnished                      $   3.00
Cash Deposited (per $1,000)             $   1.35

All other fees and requirements remain the same.

---

## Free Business Checking Summary

Account number: 42-5289-9901
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Ib Technologies Inc
James D Pieron Jr

10632

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

Free Business Checking Account number: 42-5269-9901 - continued

**For the period 11/01/2011 to 11/30/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901
Page 2 of 2

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 9,297.40 | 0.00 | 2,613.16 | 6,684.24 |

73,156 - points balance as of November 30, 2011 For CheckCard xxxx xxxx xxxx 0303.

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| | | | Checks | 1 | 90.00 |
| | | | Check Card Purchases | 1 | 2,523.16 |
| Total | 0 | 0.00 | Total | 2 | 2,613.16 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 11/01 | 9,297.40 | 11/02 | 6,684.24 |

## Activity Detail

### Checks and Other Deductions

**Checks and Substitute Checks**      * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 11/01 | 1421 | 90.00 | 085925867 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/02 | 2,523.16 | 0303 Check Card Purchase Tulip City Air Srv 800-4481254 Mi | 84361900059490303306 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/01/2011 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2011.

* * Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

10633

# Free Business Checking

PNC Bank

**For the period 12/01/2011 to 12/30/2011**

Primary account number: 42-5269-9901

Page 1 of 2

Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

🖥 Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Free Business Checking Summary

Account number: 42-5269-9901

Ib Technologies Inc

James D Pieron Jr

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 6,684.24 | 0.00 | 6,684.24 | 0.00 |

73,156 - points balance as of December 30, 2011 For CheckCard xxxx xxxx xxxx 0303.

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | 0.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 6,684.24 |
| Total | 1 | 6,684.24 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 12/01 | 6,684.24 | 12/12 | 0.00 |

## Activity Detail

### Checks and Other Deductions

#### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12/12 | 1422 | 6,684.24 | 054254830 | | | | |

10634

# Free Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 12/01/2011 to 12/30/2011**
IB TECHNOLOGIES INC
Primary account number: 42-5269-9901

Free Business Checking Account number: 42-5269-9901 - continued

Page 2 of 2

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/03/2012 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/30/2011.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Required Balance Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| **Total Service Charge** | | **.00** | |

10635

Business Premium Money Market
PNC Bank

For the period 05/11/2011 to 05/31/2011

Primary account number: 42-5737-9616

Page 1 of 2

Number of enclosures: 0

IB TECHNOLOGIES INC

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday:  7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving?    Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges. Please read this information and retain it with your records.

**Supplement to the Business Checking Accounts and Related Charges
Effective July 1, 2011**

**PREMIUM BUSINESS MONEY MARKET**
Checks            $25.00 per check over 6

The number of checks paid before the fee is charged will be increased to 6.

**WIRE SERVICES (Fund Transfers)**
International Draft                $60.00
International Outgoing Wire        $60.00

All other fees and requirements remain the same.

---

Business Premium Money Market Summary

Ib Technologies Inc

Account number: 42-5737-9616

Savings Account

Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 0.00 | 425,158.44 | 0.00 | 425,158.44 |
| | | | Average ledger balance | Average collected balance |
| | | | 425,007.54 | 425,007.54 |

10636

Business Premium Money Market

For 24-hour account information, sign on to
pnc.com/mybusiness/

| For the period | 05/11/2011 to 05/31/2011 |
| IB TECHNOLOGIES INC | |
| Primary account number: 42-5737-9616 | |

Business Premium Money Market Account number: 42-5737-9616 - continued

Page 2 of 2

## Interest Summary

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|---|
| | 0.65 % | 21 | 425,007.54 | 158.44 | 158.44 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Deposits | 1 | 425,000.00 | | | |
| Other Additions | 1 | 158.44 | | | |
| Total | 2 | 425,158.44 | Total | 0 | 0.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 05/11 | 425,000.00 | 05/31 | 425,158.44 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/11 | 425,000.00 | Deposit | 119568846 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/31 | 158.44 | Interest Payment | I-GEN111053100218235 |

10637

Business Premium Money Market
PNC Bank

For the period 06/01/2011 to 06/30/2011

IB TECHNOLOGIES INC

B

Primary account number: 42-5737-9616

Page 1 of 2

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday:  7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving?    Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at pnc.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Cash Flow Options for Your Business - Another Benefit At PNC

### Free Membership
As a PNC customer, you have free membership in the Allied Business Network (ABN), a business-to-business buying group of national vendors offering discounts of 5%-75% on products and services. Save in the areas where your business needs it most, including office supplies, travel, technology, promotional items, and business gifts. Start saving today, see the enclosed brochure or visit abnsave.com/pnc.html for more information and to enroll.

Business Premium Money Market Summary
Account number: 42-5737-9616

Ib Technologies Inc
Savings Account

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 425,158.44 | 220.23 | 25,000.00 | 400,378.67 |
| | | | Average ledger balance | Average collected balance |
| | | | 413,499.11 | 413,499.11 |

### Interest Summary

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|---|
| | 0.65 % | 30 | 413,499.11 | 220.23 | 378.67 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Other Additions | 1 | 220.23 | Other Deductions | 1 | 25,000.00 |
| Total | 1 | 220.23 | Total | 1 | 25,000.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 425,158.44 | 06/17 | 400,158.44 | 06/30 | 400,378.67 |

10638

Business Premium Money Market

For 24-hour account information, sign on to
pnc.com/mybusiness/

| | |
|---|---|
| For the period | 06/01/2011 to 06/30/2011 |
| IB TECHNOLOGIES INC | |
| Primary account number: 42-5737-9616 | |

Business Premium Money Market Account number: 42-5737-9616 - continued

Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/30 | 220.23 | Interest Payment | I-GEN111063000210642 |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 06/17 | 25,000.00 | Online Transfer To | 0000004252699901 | IB TECHNOLOGIES |

10639

Business Premium Money Market
PNC Bank

For the period 07/01/2011 to 07/29/2011

IB TECHNOLOGIES INC

████████  ████████
██  ████████  ██  █
██  ███████  █  █████████

Primary account number: 42-5737-9616

Page 1 of 2

Number of enclosures: 0

For 24-hour banking sign on to
 PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday:  7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving?    Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION

The information below amends the Business Checking Accounts and Related Charges.  Please read this information and retain it with your records.

**Supplement to the Business Checking Accounts and Related Charges**
**Effective September 1, 2011**

**COMMONLY USED SERVICES**
**Account Charges and Services**
Stop Payments
Checks, electronic transfers, preauthorized debits and
recurring preauthorized payments through Visa Check Card          $  33.00

**Return Item Services**
Return of Deposited/Cashed Items                                  $  12.00

**Your Statement Options**
Check Image Statements (where you receive statement pages that have pictures of the front and back sides of all your available canceled checks or replacement checks for the statement period):

* No Charge - Analysis Business Checking, Analysis Business Checking With Interest, IOLTA, and Client Master Escrow and Sub Accounts.
* $3 per month - All other checking and money market accounts. This fee is charged monthly regardless of whether you have any check images in your  statement.  Not available with Free Business Checking (unless previously enrolled).

All other fees and requirements remain the same.

## IMPORTANT ACCOUNT INFORMATION

The information below amends the PNC Funds Availability Policy.  Please read this information and retain it with your records.

**Effective July 15, 2011**

**For Large Dollar Deposits and New Accounts:**
The PNC Funds Availability Policy will be changed to allow for an additional $100 from deposited checks or items to be available the first

10640

Business Premium Money Market

For 24-hour account information, sign on to
pnc.com/mybusiness/

| | |
|---|---|
| For the period | 07/01/2011 to 07/29/2011 |
| IB TECHNOLOGIES INC | |
| Primary account number: 42-5737-9616 | |
| Page 2 of 2 | |

business day after the business day of your deposit for all purposes.

Please see the Funds Availability Policy applicable to your account for a complete overview of our policy on making deposited funds available to you. If you have questions, please visit your local PNC branch or call us at the Customer Service phone number listed above.

Business Premium Money Market Summary
Account number: 42-5737-9616

Ib Technologies Inc
Savings Account

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 400,378.67 | 0.00 | 400,378.67 | 0.00 |
| | | Average ledger balance | Average collected balance |
| | | 179,480.09 | 179,480.09 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 0.00 % | 0 | .00 | 0.00 | 378.67 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| | | | Other Deductions | 2 | 400,378.67 |
| Total | 0 | 0.00 | Total | 2 | 400,378.67 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 07/01 | 400,378.67 | 07/14 | 0.00 |

### Activity Detail

### Checks and Other Deductions

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 07/14 | 0.00 | Outstanding Item Close | | PT24946 |
| 07/14 | 400,378.67 | Transfer To Account | 0000004252699901 | IB TECHNOLOGIES |

10641