## Account Application

- Please print in ink    • Do not type    • Designate N/A for those areas that do not apply

**Check Only One**

☐ Individual          ☐ Trust              ☐ General Partnership      ☐ Joint Tenants with Right of Survivorship
☐ Sole Proprietorship ☑ Corporation/LLC    ☐ Limited Partnership      ☐ Joint Tenants in Common
☐ Pension Plan/IRA    ☐ Commodity Pool     ☐ Other _____

**ACCOUNT INFORMATION**

Account Title: _IB Technologies Inc._
Account Mailing Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Telephone number for account transaction information: ▓▓▓▓▓▓▓▓▓▓
E-mail Address: _____

**CUSTOMER INFORMATION**

This form is to be completed for each participant in the account, individually, jointly, by all general partners, and by the corporate officers authorized to make trading decisions for the account. For the purpose of this document the term "Customer" always refers to the entity or person(s) for which this Application has been made, regardless of legal description. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. In addition to the following information, we may also ask to see your driver's license or other identifying documents.

**Individual #1:**

Full Name: _James Pier00_                          Date of Birth: ▓▓▓▓
Street Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           Apartment/Suite: ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Number of Dependents: ____0____ Citizenship: U.S. Citizen ☑ Yes ☐ No. If no, what country? ____
Employer's Name: _IB Technologies Inc_           Years There: _25_
Nature of Business: _Software Development_        Position Held: _CEO_
Employer's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ _Denison_ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓
If joint account, percentage of ownership: ____%

**Individual #2:**

Full Name: _____                           Date of Birth: _____
Street Address: _____                       Apartment/Suite: _____
City: ____ State: ____ Zip: ____                   Marital Status: _____
Telephone: ____ Soc. Sec. # or Tax ID#: ____
Number of Dependents: ____ Citizenship: U.S. Citizen ☐ Yes ☐ No. If no, what country? ____
Employer's Name: _____                      Years There: _____
Nature of Business: _____                   Position Held: _____
Employer's Telephone ____ Employer's Address: ____
If joint account, percentage of ownership: ____%

(Attach a copy of this page for additional individuals of this account.)

v2.0.0508

3

DEFENDANT'S
EXHIBIT
1019
US v. PIERON

01587

## Customer Agreement

The following confidential financial information is needed to open your account. Joint or Partnership Customers must provide combined financial information. For information on completing the following, see paragraph 24 of the Customer Agreement.

### ALL QUESTIONS MUST BE ANSWERED.

1. Annual Income (U.S. Dollars):
   - ☑ Over $100,000
   - ☐ $50,000 to $100,000
   - ☐ $25,000 to $50,000
   - ☐ If less than $25,000 - please complete the Additional Risk Disclosure statement on page 37

2. Net Worth (excluding equity in home) (U.S. Dollars):
   - ☑ Over $100,000
   - ☐ $50,000 to $100,000
   - ☐ $35,000 to $50,000 - please complete the Additional Risk Disclosure statement on page 37

3. Liquid Net Worth (U.S. Dollars):
   - ☑ Over $50,000
   - ☐ $30,000 to $50,000
   - ☐ $15,000 to $30,000
   - ☐ Less than $15,000

4. Have you ever declared bankruptcy? ☐ Yes ☑ No
   (If yes, please provide a copy of your Order of Discharge)

5. Do you have or ever had any other account with PFG? ☑ Yes ☐ No
   If yes, account number: __FQS62__

6. Are you now or were you ever an NFA, NASD, CFTC or SEC member?
   ☐ Yes ☑ No   If yes, Reg. Status and Sponsor: _____

7. Investment Experience - Must Check Yes or No
   - Stocks/Bonds   ☑ Yes ☐ No
   - Funds   ☑ Yes ☐ No
   - Commodities   ☑ Yes ☐ No
   - Options   ☑ Yes ☐ No

8. What type of account are you opening? (Must check one)
   ☑ Speculative account   ☐ Hedge account

9. Do you intend to trade security futures products ("SFP")?
   ☐ Yes (See SFP risk disclosure on page 21) ☑ No
   If yes, what are your investment objective/risk tolerance?
   _____
   If your objective is to produce income, do you understand that there is risk of loss in trading these contracts? ☐ Yes ☐ No

10. Are you a "control person" or an "affiliate" of a public company as defined by SEC Rule 144? This would include but not necessarily limited to, 10% shareholders, policy making executives and members of the Board of Directors.
    ☐ Yes Trading Symbol: _____   ☑ No
    Company Name: _____

11. Do you understand:
    - a) Futures Trading   ☑ Yes ☐ No
    - b) Risk of Loss   ☑ Yes ☐ No
    - c) PFG's Margin Policy   ☑ Yes ☐ No
    - d) Foreign Exchange Trading   ☑ Yes ☐ No

12. Principal Bank Reference
    Branch __National City Bank__
    City/State __Mt. Pleasant, MI__

13. Does any other person, other than the account owner(s) have the authority to trade this account? ☐ Yes ☑ No
    If yes, complete the Discretionary Account Documents.

14. Have you ever been party to an investigation, complaint or settlement with the NFA, CFTC, SEC, or other?
    ☐ Yes ☑ No
    If yes, please explain _____
    _____
    _____

15. Do you have a pending or have ever made a complaint regarding a past commodity futures or securities account?
    ☐ Yes ☑ No
    If yes, please explain: _____
    _____

16. Do you require duplicate statements? ☐ Yes ☑ No
    If yes, name and address: _____
    _____
    _____

17. PFG currently charges a postage and handling fee for each daily confirmation and monthly statement. If you do not wish to receive e-mail confirmations or statements check the box below.
    ☐ I decline e-mail confirmations and agree to pay the postage and handling fee.

18. I am working with the following person and/or office: _____

The undersigned hereby attests(s) and agree(s) that the above information is complete and accurate and authorize(s) PFG to verify any or all of the foregoing information. The undersigned further verifies that the above information was completed in Customer's own handwriting.

X _____
Customer Signature

Print Name __James Pierson__   Date __9/16/09__

X _____
Customer Signature

Print Name _____   Date _____

v.2.01508

4

PFG000562

01588

Peregrine Financial Group, Inc. - New Accounts                                    Page 1 of 2



## \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GMI Search | Notes | Tracking | Last 250 Signed | Last 100 |
|--------|-----------|------------|------------|-------|----------|-----------------|----------|

| Traders Challenge: | Not Linked to Accounts | Linked to Accounts |
|---|---|---|

### Information

Account Reference: 20090707PIEJAM911954

*Printer Friendly Version*
*Account Information*

| | |
|---|---|
| Date Submitted: | *7/7/2009 1:38:56 PM* |
| IP address: | *84.253.16.150* |
| Office - Account Number: | *F - FQ552* |
| *update* | |
| Broker: | *Bruce Pollack* |
| Account Doc. Version: | *v 2.0.0508* |
| Account Type: | *Individual, Speculative* |
| Trade FOREX: | *yes* |
| Managed Account: | *no* |
| Trading System Used: | *no* |
| Account Name: | ████████ |
| | *████████ 112* |
| Account Email: | *████████.com* |
| Email Statements: | *Yes* |

*Customer Information*

| | |
|---|---|
| Name: | *Mr. James Pleron* |
| DOB: | ████████ |
| Home Phone: | |
| Work Phone: | *none given* |
| Cell Phone: | *none given* |
| U.S. Citizen: | *no* |
| Country: | *Switzerland* |
| Social Security #: | *Tno SSID* |
| Marital Status: | *single* |
| # of Dependents: | *0* |
| Employer: | *JDFX* |
| Years there: | *7* |
| Nature of Business: | *FX* |
| Position Held: | *CEO* |
| Employer Telephone: | |
| Employer Address: | |

*Financial Information*

| | |
|---|---|
| Annual Income: | *over $100,000* |
| Net Worth: | *over $100,000* |
| Liquid Net Worth: | *over $50,000* |
| Have you ever declared bankruptcy? | *no* |
| Other PFG Accounts: | *no* |
| NFA, NASD, CFTC, or NFA member: | *no* |

*Previous Experience*

| | |
|---|---|
| Stocks/Bonds: | *no* |
| Commodities: | *no* |
| Options: | *no* |

PFG000500

01589

| | |
|---|---|
| Mutual Funds: | no |
| FOREX: | yes |

| | |
|---|---|
| Investment Objective: | Speculation |
| Understand Risk of Loss: | yes |
| Control Person (SEC Rule 144): | no |
| Company Name: | |
| Trading Symbol: | |

| | |
|---|---|
| Principal Bank Reference: | Kerin Barmettler, UBS , Zurich |

Have you ever been party to an investigation, complaint, or settlement with the NFA, CFTC, SEC, or other?
no

Do you have a pending complaint, or have you ever made a complaint, regarding a past commodity futures or securities account?
no

## Additional Documents

I have read the following Documents:

### Risk Disclosure

| | |
|---|---|
| Customer Agreement: | I agree to all of the terms of the Customer Agreement. |
| Foreign Currency Transaction Notice: | I agree to all of the terms of the Foreign Currency Transaction Notice. |
| Jurisdiction and Venue Provisions: | I agree to all of the terms of the Jurisdiction and Venue Provisions. |
| Risk Disclosure: | I understand the Risk Disclosure. |
| SFP Disclosure: | I understand the SFP Disclosure. |

e-sign: James Pieron
date: 07/07/2009

Additional Info [show/hide]:

Contact the Webmaster

© 2009 PFG, Inc.

PFG000501

01590

Peregrine Financial Group, Inc. – New Accounts                                Page 1 of 2

---

## \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GHI Search | Notes | Tracking | Last 250 Signed | Last 100 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Traders Challenge:   Not Linked to Accounts | Linked to Accounts

### Checklist For: 20090707PIEJAM911954

**Office: F      Account: FQ562**

Account Title: James Pieron
Account Type: Individual, Speculative

Broker: Bruce Pollack
Sales Series: 181
RT Comm: FX

Managed Account: no
Managed By:

### CDC Check
Name: Stacey Magneson
Date: 7/8/2009

### NFA Check:
Name:
Date:
yes ☐  no ☒
If yes:

### Final Reviews:
New Accounts Associate: Angelica Ernst
Date: 7/10/2009

### Statement Setup Beta:
*Submit Customer to Statements Systems »*
BOSS: Not Submitted
Statements: Not Submitted
NOTE: Only accounts administered before 9/17/2008 will show an accurate response. Accounts administered before that time could have been submitted but may not show an accurate status.

### Manager Approval:
New Accounts Manager:
Date:

DSFP:
Date:

[ Update ]

---

PFG000503

01591

_Contact the Webmaster_

© 2009 PFG, Inc.

PFG000504

01592

P.1

Peregrine Financial Group
190 S. LaSalle Street 7th Floor
Chicago, IL 60603

To: The New Accounts Department

This letter will confirm that I/we do not solicit any customer funds. I/we are using our own funds to trade this account.

7-JUL-09
Date

JAMES PIERON
Print Name

Signature

JAMES PIERON
Print Name

Signature

ATTN: MEREDITH PARIZEK
CID: 20090707PIEJAM911954

PFG000511

01593

07 Jul 2009 20:03    JDFX                                                          p.3

| Form **W-8BEN** | Certificate of Foreign Status of Beneficial Owner | OMB No. 1545-1621 |
|---|---|---|
| (Rev. February 2006) | for United States Tax Withholding | |
| Department of the Treasury Internal Revenue Service | ▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions.<br>▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do not use this form for:**        **Instead, use Form:**

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct
  of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . . W-8ECI or W-8EXP
  **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to
  claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
  **Note:** See instructions for additional exceptions.

### Part I  Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| James Pieron | Switzerland |

3 Type of beneficial owner:   ☑ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
     ☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
     ☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
████████

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| ████████ | Switzerland |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

6 U.S. taxpayer identification number, if required (see instructions)    ☐ SSN or ITIN   ☐ EIN    | 7 Foreign tax identifying number, if any (optional)

8 Reference number(s) (see instructions)

### Part II  Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

- a ☑ The beneficial owner is a resident of ............ **Switzerland** ............ within the meaning of the income tax treaty between the United States and that country.
- b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
- c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
- d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
- e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............% rate of withholding on (specify type of income): ............
Explain the reasons the beneficial owner meets the terms of the treaty article: ............

### Part III  Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here**    Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting
     _[signature]_    7-DD-09

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)
     Printed on Recycled Paper

*Approved without personal guarantee if maximum margin level is set to 2% (see attached email) 10-31-2007*

**Account Application**

• Please print in ink     • Do not type     • Designate N/A for those areas that do not apply

**Check Only One**

☐ Individual    ☐ Trust    ☐ General Partnership    ☐ Joint Tenants with Right of Survivorship

☐ Sole Proprietorship    ☑ Corporation, LLC    ☐ Limited Partnership    ☐ Joint Tenants in Common

☐ Pension Plan/IRA    ☐ Commodity Pool    ☐ Other _____

## ACCOUNT INFORMATION

Account Title: *ISFX Fund Ltd*

Account Mailing Address: *Usterstrass 9, 8001 Zurich, CH Switzerland*

Telephone number for account transaction information: *+41 43 443 6900*

E-mail Address: *nscf@isfx.com*

## CUSTOMER INFORMATION

This form is to be completed for each participant in the account, individually, jointly, by all general partners, and by the corporate officers authorized to make trading decisions for the account. For the purpose of this document the term "Customer" always refers to the entity or person(s) for which this Application has been made, regardless of legal description. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. In addition to the following information, we may also ask to see your driver's license or other identifying document.

**Individual #1:**

Full Name: *James D. Pierce*      Date of Birth: ▓▓▓▓▓▓

Street Address: ▓▓▓▓▓▓      Apartment/Suite: _____

City: ▓▓▓▓▓▓    State: ▓▓▓▓    Zip: *8006*    Marital Status: *S*

Telephone: *+41 43 443 6900*    Soc. Sec. # or Tax ID#: *2111*

Number of Dependents: *0*    Citizenship: U.S. Citizen ☑ Yes ☐ No. If no, what country? _____

Employer's Name: *ISFX Technologies AG*    Years There: *4*

Nature of Business: *Software Development / IT*    Position Held: *CEO*

Employer's Telephone: ▓▓▓▓▓▓    Employer's Address: ▓▓▓▓▓▓

If joint account, percentage of ownership: _____ %

**Individual #2:**

Full Name: _____      Date of Birth: _____

Street Address: _____      Apartment/Suite: _____

City: _____    State: _____    Zip: _____    Marital Status: _____

Telephone: _____    Soc. Sec. # or Tax ID#: _____

Number of Dependents: _____ Citizenship: U.S. Citizen ☐ Yes ☐ No. If no, what country? _____

Employer's Name: _____    Years There: _____

Nature of Business: _____    Position Held: _____

Employer's Telephone: _____    Employer's Address: _____

If joint account, percentage of ownership: _____ %

(Attach a copy of this page for additional individuals of this account.)

v2 0.0605

2

PFG000003

01595

## Customer Agreement

The following confidential financial information is needed to open your account. Joint or Partnership Customers must provide combined financial information. For information on completing the following, see paragraph 24 of the Customer Agreement.

### ALL QUESTIONS MUST BE ANSWERED.

1. Annual Income U.S. Dollars
   - ☒ Over $100,000
   - ☐ $50,000 to $100,000
   - ☐ $25,000 to $50,000
   - ☐ If less than $25,000 please complete the Net Income statement on page 3?

2. Net Worth (excluding equity in home) (U.S. Dollars)
   - ☒ Over $100,000
   - ☐ $50,000 to $100,000
   - ☐ $35,000 to $50,000 - please complete the Net Worth statement on page 3?
   - ☐ Less than $35,000

3. Liquid Net Worth U.S. Dollars
   - ☒ Over $50,000
   - ☐ $30,000 to $50,000
   - ☐ $15,000 to $30,000
   - ☐ Less than $15,000

4. Have you ever declared bankruptcy? ☐ Yes ☒ No
   - If yes, please provide a copy of your Order of Discharge

5. Do you have or ever had any other account with PFG? ☐ Yes ☒ No
   - If yes, account number _____

6. Are you now or were you ever an NFA, NASD, CFTC or SEC member?
   - ☐ Yes ☒ No  If yes, Reg. Status and Sponsor _____

7. Investment Experience – Must Check Yes or No
   - Stocks/Bonds   ☐ Yes ☒ No
   - Funds          ☒ Yes ☐ No
   - Commodities    ☒ Yes ☐ No
   - Options        ☒ Yes ☐ No

8. Is this a speculative or hedge account? *Speculative*

9. Do you intend to trade security futures products ("SFP")?
   - ☐ Yes (See SFP Risk disclosure on page 2) ☒ No
   - If yes, what are your investment objectives/risk tolerance?
   - If your objective is to produce income, do you understand that there is risk of loss in trading these contracts? ☒ Yes ☐ No

10. Are you a "control person" or an "affiliate" of a public company as defined by SEC Rule 144? This would include, but not necessarily limited to, 10% shareholders, policy-making executives and members of the Board of Directors.
    - ☐ Yes  Trading Symbol _____ ☒ No
    - Company Name _____

11. Do you understand?
    - a) Futures Trading? ☒ Yes ☐ No
    - b) Risk of Loss ☒ Yes ☐ No
    - c) PFG's Margin Policy ☒ Yes ☐ No

12. Principal Bank Reference
    - Branch: *JP Morgan Chase*
    - City/State: *New York, NY*

13. Does any other person, other than the actual owner(s) have the authority to trade this account? ☐ Yes ☒ No
    - If yes, complete the Discretionary Account Documents

14. Have you ever been party to an investigation, complaint or settlement with the NFA, CFTC, SEC or other?
    - ☐ Yes ☒ No
    - If yes, please explain: _____

15. Do you have a pending or have ever made a complaint regarding a past commodity futures or securities account?
    - ☐ Yes ☒ No
    - If yes, please explain: _____

16. Do you require duplicate statements? ☐ Yes ☒ No
    - If yes, name and address _____

17. PFG currently charges a postage and handling fee for each daily confirmation and monthly statement. If you do not wish to receive e-mail confirmations or statements check the box below.
    - ☐ I decline e-mail confirmations and agree to pay the postage and handling fee

The undersigned hereby executes and agrees that the above information is complete and accurate and authorizes PFG to verify any or all of the foregoing information. The undersigned further certifies that the above information was completed in Customer's own handwriting.

X _____
Customer Signature

Print Name ___*James Pierson*___   Date ___*24/9/07*___

X _____
Customer Signature

Print Name _____   Date _____

4

**Corporate Resolution**

I, _James D Piercon_ _____ Secretary of

_JDEX Fund Ltd_ _____ a corporation organized under

the laws of the State of _BVI_ _____ do hereby certify that at a meeting of the Board of Directors of the Corporation, held in accordance with its Charter and by-laws on the date at which a quorum was at all times present and acting, the attached Resolutions were duly adopted, that said Resolutions have not been amended, rescinded or revoked, and are in no way in conflict with any of the provisions of the Charter or by-laws of said Corporation.

1) Resolved that Name _James D Piercon_ _____ Title _Director_ ____

each of them or such other person as this Corporation may designate from time to time either in writing or by their apparent authority be and hereby are authorized to trade in Commodities, as defined in the Customer Agreement, for present or future delivery for the account and risk of this Corporation through and with Peregrine Financial Group, Inc. ("PFG"), the authority hereby granted including the power to do any of the following:

a. To open an account with PFG for the purpose of PFG's carrying, clearing, and settling all Commodities transactions undertaken by the Corporation and to enter into the Customer Agreement;

b. To buy, sell and trade commodities (as such term is described in the Customer Agreement) for present or future delivery, on margin or otherwise, the power to sell including the power to sell "short";

c. To deposit with and withdraw from said firm money, commodities, contracts, for the purchase or sale of commodities, securities and other property;

d. To receive requests and demands for additional margin, notices of intention to sell or purchase and other notices and demands of whatever character;

e. To receive, confirm and acquiesce in the correctness of notices, confirmations, requests, demands and confirmations of every kind;

f. To pay PFG all fees and commissions incurred in connection with any such transactions and all amounts as may be requested by PFG from time to time as margin or equity for the Corporation's account; and

g. To settle, compromise, adjust and give releases on behalf of this Corporation with respect to any and all claims, disputes and controversies.

(2) Further Resolved, that PFG may deal with any and all of the persons directly or indirectly by the foregoing resolution empowered, as though they were dealing with the Corporation directly, and that in the event of any change in the office or powers or persons hereby empowered, the Secretary shall certify such change to PFG in writing in the manner herein above provided, which notification, when received, shall be adequate both to terminate the powers of the persons theretofore authorized, and to empower the persons substituted.

(3) Further Resolved, that in order to induce PFG to act as Agent on behalf of the Corporation, the execution and delivery of an Account Application, Customer Agreement, Risk Disclosure Statement, Options on Futures Risk Disclosure Statement, and other documents appropriate to induce PFG to act as Agent, (copies of which have been presented to this meeting and will be filed with the records of the Corporation by any officer of the Corporation) are hereby authorized; and the officers of the Corporation are hereby directed to execute such Agreements by and on behalf of the Corporation and to deliver the same to PFG.

(4) Further Resolved, that the Corporation agrees to indemnify and hold harmless PFG and its associates from any and all loss, damage or liability incurred due to any of the representations or warranties made above that are not true and correct or any of the agreements entered into between the Corporation and PFG shall not have been fully performed by the Corporation.

(5) Further Resolved, that PFG is authorized to act upon the authority of these resolutions until receipt by it of a certificate showing recision or modification thereof signed by the Secretary of this Corporation and under its seal.

I further certify that each of the following have been duly elected and is now legally holding the office designated beside his or her respective name:

_James D Piercon_ _____ President _____ Vice President

_____ Treasurer _____ Secretary

I further certify that the foregoing resolutions have not been modified or rescinded and are now in full force and effect and that the Corporation has the power under its Charter and by-laws and applicable laws to take the action set forth in

In witness whereof I have hereunto affixed my hand this _3_ day of 200 _7_.

_____ (Corporate Seal)
Secretary

32

PFG000032

01597

Peregrine Financial Group
190 S. LaSalle Street
7th Floor
Chicago, IL 60603


To:     The New Accounts Department


        Please be advised that our corporate account is being traded with corporate
funds only.  We also do not solicit customer funds.


24/9/07
Date:

James  Pieron
Print Name

Signature


_____
Print Name


_____
Signature


PFG000041

01598

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner** | |
|---|---|---|
| (Rev. February 2006) | **for United States Tax Withholding** | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ► Section references are to the Internal Revenue Code.  ► See separate instructions. ► Give this form to the withholding agent or payer. Do not send to the IRS. | |

| Do not use this form for: | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . | W-8ECI or W-8EXP |
| **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding. | |
| • A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . | W-8IMY |
| **Note:** See instructions for additional exceptions. | |

## Part I  Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| JDFX Fund Ltd. | B.V.I. |

3 Type of beneficial owner:
☐ Individual  ☑ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
Columbus Center, 1st Floor

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| Road Town, Tortola, British Virgin Islands | British Virgin Islands |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions)  ☐ SSN or ITIN  ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)

## Part II  Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):
a ☐ The beneficial owner is a resident of . . . . . . . . . . . . within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☑ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article . . . . . . . . of the treaty identified on line 9a above to claim a . . . . . . . . . . . % rate of withholding on (specify type of income): . . . . . . . . . . . . . . . . .
Explain the reasons the beneficial owner meets the terms of the treaty article: . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Part III  Notional Principal Contracts

11 ☑ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates.
2 The beneficial owner is not a U.S. person.
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

| Sign Here | Signature of beneficial owner (or individual authorized to sign for beneficial owner) | 9/26/07 Date (MM-DD-YYYY) | Director Capacity in which acting |
|---|---|---|---|

For Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 25047Z  Form **W-8BEN** (Rev. 2-2006)

Printed on Recycled Paper

PFG000043

01599

**TERRITORY OF THE BRITISH VIRGIN ISLANDS**
**BVI BUSINESS COMPANIES ACT, 2004**

**CERTIFICATE OF GOOD STANDING**
**(SECTION 235)**

The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES
that, pursuant to the BVI Business Companies Act, 2004,

**JDFX FUND LTD.**

**BVI COMPANY NUMBER: 655046**

1. Is on the Register of Companies;

2. Has paid all fees, annual fees and penalties that are due and payable;

3. Has not filed articles of merger or consolidation that have not become effective;

4. Has not filed articles of arrangement that have not yet become effective;

5. Is not in voluntary liquidation; and

6. Proceedings to strike the name of the company off the Register of Companies have not been instituted.



*for* REGISTRAR OF CORPORATE AFFAIRS
5th day of September, 2007

PFG000044

01600

# CERTIFICATE OF INCUMBENCY

We, **FOLIO CORPORATE SERVICES LIMITED**, of 1st Floor, Columbus Centre, P.O. Box 800, Road Town, Tortola, British Virgin Islands, the duly appointed Registered Agent of **JDFX FUND LTD.**, ("the Company") **DO HEREBY CERTIFY** that :

1. The Company was incorporated on the 4th May, 2005.

2. The registered number of the Company is IBC No. 655046.

3. There are not actions pending or threatened against the Company or its assets and no resolutions have been passed for its voluntary winding up.

4. The Company does not keep a register of mortgages and charges pursuant to Section 162 of the Business Companies Act, 2004.

5. According to our records, the following are the current director and the voting shareholder of the Company:

   **JAMES PIERON  -  Director & Voting Shareholder**

6. According to our records the Company is in good standing.

Dated this 5th day of September, 2007.

_____

For and on behalf of Folio Corporate Services Limited

PFG000045

01601

TERRITORY OF THE BRITISH VIRGIN ISLANDS

INTERNATIONAL BUSINESS COMPANIES ACT
(CAP. 291)

MEMORANDUM OF ASSOCIATION

OF

JDFX FUND LTD.

**NAME**

1.    The name of the Company is JDFX Fund Ltd.

**REGISTERED OFFICE**

2.    The registered office of the Company will be situated at 1ˢᵗ Floor Columbus ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**REGISTERED AGENT**

3.    The Registered Agent of the Company in the British Virgin Islands is Folio Corporate Services Limited, whose address is 1ˢᵗ Floor Columbus Center, P.O. Box 800, Road Town, Tortola, British Virgin Islands.

**GENERAL OBJECTS AND POWERS**

4.    The primary object of the Company is to operate as a Professional Fund in accordance with the Mutual Funds Act 1996, as amended, of the British Virgin Islands. The Company may also engage in any act or activity that is not prohibited under any law for the time being in force in the British Virgin Islands, and without limiting the generality thereof the objects of the Company are:

(a)    to hold, invest and re-invest its assets, and in connection therewith, to hold part or all of its assets in cash, and to purchase or otherwise acquire or sell, assign, negotiate, transfer, exchange or otherwise dispose of or turn to account or realise upon and trade in, upon margin or otherwise, all forms of securities and other financial instruments of U.S. and non-U.S. issuers and commodities, including but not limited to shares, stocks, depository receipts, interests in investment companies and mutual funds of all types, currencies, interest and stock market indices, pre-organisation certificates and subscriptions, warrants,

i

bonds, notes, debentures, whether subordinated, convertible or otherwise, commercial paper, certificates of deposit, bankers acceptances, trade acceptances, trust receipts and other securities of whatever kind or nature of any person, corporation, government or entity whatsoever, all futures and option contracts traded on any exchange or contract market, all cash spot and forward transactions in any commodities, all over-the-counter options, swaps (equity and commodity) and other derivative instruments now existing or hereafter developed, whether relating to or based on any securities, currencies, rates, indices, any other item referred to above, or any other intangible right or interest, and in rights and options relating thereto, including put and call options relating thereto, (all such items being called a "Security" or "Securities"), and to sell Securities short and cover such sales, to write options thereon, and to exercise as owner or holder of Securities, all rights, powers and privileges in respect thereof; and to do any and all acts and things for the preservation, protection, improvement and enhancement in value of any and all Securities;

(b)     to acquire a long position or a short position with respect to any Security and to make purchases or sales increasing, decreasing or liquidating such position or changing from a long position to a short position or from a short position to a long position, without any limitation as to the frequency of the fluctuation in such positions or as to the frequency of the changes in the nature of such positions;

(c)     to purchase Securities and hold them for investment;

(d)     to purchase, receive, take (by grant, gift, devise bequest or otherwise), lease, license or otherwise acquire, own, hold, improve, employ, use and otherwise deal in and with real or personal property or any interest therein or rights thereto, situated anywhere in the world other than in the British Virgin Islands (except as provided for in Clause 5 (a) (ii) below);

(e)     to sell, convey, lease, license, exchange, transfer or otherwise dispose of or mortgage or pledge, or create a security interest in, all or any of its property or any interest therein;

(f)     to lend funds or properties of the Company, either with or without security, to lend securities of the Company, on terms customary to the securities industry, provided that collateral at least equal in value to the market of the loaned securities is deposited by the borrower to the Company, to borrow or raise monies, enters into repurchase and reverse repurchase agreements and, from time to time without limitation as to amount or manner and time of repayment, to issue, accept, endorse and execute promissory notes, drafts, bills of exchange, warrants, bonds, debentures and other negotiable and non-negotiable instruments of indebtedness, and to secure the payment of such or other obligation of

2

PFG000049

01603

the Company by mortgage loan, or pledge or hypothecation of, all or part of the property of the Company whether at the time owned or thereafter acquired;

(g)   to acquire, hold, develop, sell, convey and exploit grants, options, concessions and other exclusive and non-exclusive rights in and to real property or any estate or interest therein or rights thereto and to grant options, concessions or other rights in respect thereof;

(h)   to engage, either by itself or through others, whether as principal, factor, trustee, nominee, broker, agent or representative, general or special, or in any other capacity whatsoever, in any investment, financial, management, trusteeship, advisory or consultancy, processing or trading business or activity or any other business or businesses whatsoever, or in any other act or activity; and

(i)   to do any and all acts, to carry on any business or businesses whatsoever and to engage in any activities which may conveniently be carried on with or be conducive to the attainment of the Company's objects or purposes, including, without limitation, the power to enter into any contract or undertaking whether directly or indirectly for the benefit or profit of the Company and the power, whether for the protection of the assets of the Company or otherwise, to transfer any or all of the Company's assets in trust to one or more trustees, to any company, association, partnership, foundation or similar entity, and with respect to such transfer, the directors may provide that the Company, its creditors, its Members or any person having a direct or indirect interest in the Company, or any of them, may be the beneficiaries, creditors, Members, certificate holders, partners or holders of any other similar interest.

And it is hereby declared that the intention is that each of the objects specified in each paragraph of this Clause 4 shall, except where otherwise specifically expressed in such paragraph, be an independent main object and be in no way limited or restricted by reference to or inference from the terms of any other paragraph or the name of the Company.

The Company shall have all such powers as are permitted by law for the time being in force in the British Virgin Islands which are necessary or conducive to the conduct, promotion or attainment of the objects of the Company.

5.   (a)   The Company may not:

(i)   carry on business with persons resident in the British Virgin Islands;

3

PFG000050

01604

(ii)  own an interest in real property situated in the British Virgin Islands, other than a lease referred to in paragraph (v) of sub-clause (b);

(iii)  carry on banking or trust business, unless it is licensed to do so under the Banks and Trust Companies Act, 1990;

(iv)  carry on business as an insurance or re insurance company, insurance agent or insurance broker, unless it is licensed under an enactment authorising it to carry on that business;

(v)  carry on the business of company management unless it is licensed under the Company Management Act, 1990; or

(vi)  carry on the business of providing the registered office or the registered agent for companies incorporated in the British Virgin Islands.

(b)  For the purposes of paragraph (i) of sub-clause (a) the Company shall not be treated as carrying on business with persons resident in the British Virgin Islands if:

(i)  it makes or maintains deposits with a person carrying on business within the British Virgin Islands;

(ii)  it makes or maintains professional contact with solicitors, barristers, accountants, book-keepers, trust companies, administration companies, investment advisers or other similar persons carrying on business within the British Virgin Islands;

(iii)  it prepares or maintains books and records within the British Virgin Islands;

(iv)  it holds, within the British Virgin Islands, meetings of its directors or Members;

(v)  it holds a lease of property for use as an office from which to communicate with Members or where books and records of the Company are prepared or maintained;

(vi)  it holds shares, debt obligations or other securities in a company incorporated under the International Business Companies Act or under the Companies Act; or

(vii)  shares, debt obligations or other securities in the Company are owned by any person resident in the British Virgin Islands or by any company incorporated under the International Business Companies Act or under the Companies Act.

4

PFG000051

01605

(c)     The Company shall have all such powers as are permitted by law for the time being in force in the British Virgin Islands, irrespective of corporate benefit to perform all acts and engage in all activities necessary or conducive to the conduct, promotion or attainment of the objects of the Company.

(d)     The directors may by Resolution of Directors exercise all the powers of the Company to borrow money and to mortgage or charge its undertakings and property or any part thereof, to issue debenture stock and other securities whenever money is borrowed or as security for any debt, liability or obligation of the Company or of any third party.

(e)     The Company shall exist for an indefinite term or until removed from the Register.

**CURRENCY**

6.      Shares in the Company shall be issued in the currencies of the European Economic Union, of Switzerland and of the United States of America.

**AUTHORISED CAPITAL**

7.      The authorised capital of the Company is EUR10,000 and CHF 10,000 and US$10,100.

**CLASSES, NUMBER AND PAR VALUE OF SHARES**

8.      The authorised capital is made up as follows:

500,000 Class A Participating Redeemable Shares of EUR 0.01 par value each ("Class A") to be issued in one series;

500,000 Class B Participating Redeemable Shares of CHF 0.01 par value each ("Class B") to be issued in one series;

500,000 Class C Participating Redeemable Shares of US$ 0.01 par value each ("Class C") to be issued in one series;

*500,000 Class M1 Participating Redeemable Shares EUR 0.01 par value each* ("Class M1") to be issued in Series 1 to 100 with 5,000 shares authorised per series;

500,000 Class M2 Participating Redeemable Shares CHF 0.01 par value each ("Class M2") to be issued in Series 1 to 100 with 5,000 shares authorised per series;

5

500,000 Class M3 Participating Redeemable Shares US$ 0.01 par value each ("Class M3") to be issued in Series 1 to 100 with 5,000 shares authorised per series;

and

100 Management Shares of par value US$ 1.00 each to be issued in one series.

9.    Holders of the Class A, B, C, M1, M2 and M3 shares shall not be entitled to notice of, attend or vote at meetings of the Members (unless otherwise provided to the contrary in this Memorandum or the Articles of Association) but such shares shall be redeemable by the Company at the election of the holder as per the Articles of Association and the holders shall be entitled to participate in the profits of the Company and (subject to a return of capital to the holders of the Management Shares) in the surplus assets of the Company on a winding up or otherwise. The Management Shares shall be voting, non redeemable by the holder thereof and shall not participate in any profits or surplus assets on a winding up or otherwise.

10.   Subject to the provisions herein contained and in as much as more than one class or more than one series of shares may be authorised to be issued, the board of directors shall have the authority and the power to fix by a Resolution of Directors the designations, powers, preferences, rights, qualifications, limitations and restrictions, if any, appertaining to that class or series of shares.

**REGISTERED SHARES**

11.   The shares of the Company may only be issued as registered nominative shares and may not be exchanged for shares issued to bearer.

**RESTRICTIONS ON OWNERSHIP**

12.   The board of directors may restrict or prevent the direct or indirect ownership by any U.S. Person of shares, and for such purpose the Company may:

(a)   decline to issue any share and decline to register any transfer of a share, where it appears to it that such registration or transfer would or might result in beneficial ownership of such shares by a U.S. Person;

(b)   where it appears to it that any U.S. Person, either alone or in conjunction with any other person, is a beneficial owner of shares, purchase or redeem all shares owned by such U.S. Person. Any redemption of shares pursuant to this Regulation shall be deemed to take effect, immediately following the close of busine~~~~ on the Redemption Day following the date notice ~~~~~~~~~~~~~~~ber, which notice shall be given either in writing ~~~~~~~~~~~~~~~~~

6

PFG000053

01607

An amount equal to the aggregate Net Asset Value per share (as calculated on the Valuation Day with respect to which the notice is to apply) of the shares being redeemed, shall be sent to such Member by such means as the directors deem appropriate as soon as practicable after the date of the notice; and

(c)     decline to accept the vote of any U.S. Person at any meeting of Members of the Company.

**TRANSFER OF REGISTERED SHARES**

13.     Shares in the Company shall not be transferred without the prior approval of a Resolution of Directors of the Company, and the Company shall not be required to register any transfer of a share if said transfer has not been so approved. A transfer of a share may not be permitted if, as the result of such transfer:

(a)     the shares are held for the benefit of any U.S. Person and, in the opinion of the directors, such ownership could result in adverse tax or regulatory consequences to the Company or any of its Members; or

(b)     the ownership of the shares by the Member is unlawful or may be harmful or injurious to the business or reputation of the Company, its manager, or any investment advisor or its administrator.

**PROFESSIONAL FUND**

14.     (a)     The Company is a Professional Fund within the meaning of the Mutual Funds Act 1996, as amended, of the British Virgin Islands and accordingly the Company's shares shall be made available only to Professional Investors (as defined therein) and the initial investment in the Company, in respect of the majority of each of such investors, shall not be less than one hundred thousand dollars in the currency of the United States or its equivalent in any other currency.

(b)     The minimum investment limit referred to above shall not apply in respect of an investment made by the manager, administrator, promoter or underwriter of the Company.

(c)     For purposes of this section a "Professional Investor" shall mean a person:

(i)     whose ordinary business involves, whether for its own account or the account of others, the acquisition or disposal of property of the same kind as the property, or a substantial part of the property of the Company; or

7

(ii)     who has signed a declaration that he, whether individually or jointly with his spouse, has a net worth in excess of one million dollars in United States currency or its equivalent in any other currency and that he consents to being treated as a professional investor.

## AMENDMENT OF MEMORANDUM AND ARTICLES OF ASSOCIATION

15.    The Memorandum and Articles of Association of the Company may be amended by either a Resolution of Members or a Resolution of Directors.

## DEFINITIONS

16.    The meaning of words in this Memorandum of Association are as defined in the Articles of Association.

We, **FOLIO CORPORATE SERVICES LIMITED** of 1st Floor Columbus Center, P.O. Box 800, Road Town, Tortola, British Virgin Islands for the purpose of incorporating an International Business Company under the laws of the British Virgin Islands hereby subscribe our name to this Memorandum of Association this 4th   day of, May 2005   in the presence of:

Witness                               Subscriber
Lena Thomas                      Elizabeth Wyatt

                                    Authorised Signatory for
Road Town, Tortola            Folio Corporate Services Limited
British Virgin Islands



8

| Profit Allocation Basis: Gross Assets | | | | | Valuation Summary Detail | | | | As of 9/30/2007 | | Currency : USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JDFX Fund Ltd.** | | | | | | | | | | | | | |
| Gross Assets Brought Fwd | Net Assets Brought Fwd | Capital Movements | Perf. Fee Crystalised | Allocation Base | Profit Allocation | Series Journals | Management Fee | System Calc Perf. Fee | Closing Net Capital | Shares Outstanding | EQ Shares EQ Amount | GAV % Change | NAV % Change |
| **Class M3 Series 1 Shares** | | | | | | | | | | | | 12,230,967317 | 11,784.773854 |
| 21,170,459.82 | 21,936,367.86 | .00 | .00 | 21,170,459.82 | 3,944,858.21 | | -41,635.04 | -780,604.63 | 24,158,786.40 | 2,050,950000 | | 18.4382% | 14.843% |
| *Total for Company* | | | | | | | | | | | | | |
| 21,170,459.82 | 21,936,367.86 | .00 | .00 | 21,170,459.82 | 3,944,858.21 | .00 | -41,635.04 | -780,604.63 | 24,158,786.40 | | | | |

Approved: _____   Date: 6-OCT-07

**JDFX Fund Ltd.**

10/10/2007    10:28:53

01610

PFG0000057

JDFX Fund Ltd.

Cumulative NAV report

As of 9/30/2007

| Equity attribution | Current NAV | Date | MTD | | | YTD | | | ITD | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | NAV | % Return | Date | NAV | % Return | Date | NAV | % Return |
| Class M3 Series 1 Shares | 11,794.779854 | 8/31/2007 | 10,261.642689 | 14.943% | | | 0.000% | 2/28/2007 | 10,000.000000 | 17.947% |

10/15/2007    10:28:53

Page 1 of 1

01611

**Gross NAV calculation report as of 9/30/2007**                    Currency: USD

JDFX Fund Ltd.

| Series | HWM date | HWM Capital | Capital movements | Profit allocation | Perf. fee on redemptions | Gross value | # Shares | Gross NAV |
|---|---|---|---|---|---|---|---|---|
| Class M3 Series 1 Shares | 2/28/2007 | 0.000 | 20,500,000.00 | 4,573,482.99 | 0.00 | 25,073,482.99 | 2,050.000 | 12,230.967313 |
|  | Totals | 0.000 | 20,500,000.000 | 4,573,482.992 | 0.000 | 25,073,482.992 |  |  |

PFG000058

| Valuation Date | NAV Price | Equity Attribution | Increase Percent | YTD Inc. Percent |
|---|---|---|---|---|
| 2/28/2007 | 10,000 | Class M3 Series 1 Shares | | |
| 6/31/2007 | 10,261.642659 | Class M3 Series 1 Shares | 2.6164% | 2.6164% |
| 9/30/2007 | 11,784.773854 | Class M3 Series 1 Shares | 14.8430% | 17.8477% |

PFG000059

01613

## JDFX FUND LTD.

## BALANCE SHEET AS OF SEPTEMBER 30, 2007

|  |  | USD |
|---|---|---|
| **ASSETS** | | 25,346,685.40 |
| Bank accounts | | (2,352.94) |
| Amortization of Org Costs | | 20,000.00 |
| Organisation Cost | ASSETS TOTAL | 25,364,332.46 |

|  |  | USD |
|---|---|---|
| **LIABILITIES** | | 914,696.59 |
| Incentive fee accrued | | 260,279.21 |
| Management fee payable | | 6,183.51 |
| Administration fees payable | | 1,411.76 |
| Audit Fees Payable | | (425.01) |
| Licence fee payable | | 23,400.00 |
| Loan account | LIABILITIES TOTAL | 1,205,546.06 |

|  |  | USD |
|---|---|---|
| **SHAREHOLDER CAPITAL** | | 20.50 |
| Par value | | 20,499,979.50 |
| Share premium | | 4,570,261.80 |
| Realised gain/loss fx forward | | 180,382.36 |
| Bank interest income | | 97,522.22 |
| Interest income on balances | | (6,183.51) |
| Administration fee accrual expense | | (1,411.76) |
| Audit Fee Expense | | (275.00) |
| Bank charges | | (1,206.00) |
| Custodian fee expense | | (2,974.99) |
| Licence fee | | (2,352.94) |
| Org Cost Expense | | (914,696.59) |
| Incentive fee expense | | (260,279.21) |
| Management fee | SHAREHOLDER CAPITAL TOTAL | 24,158,766.49 |

10/10/2007      10:28:54

PFG000060

01614

**JDFX FUND LTD.**

**PROFIT & LOSS STATEMENT FOR THE PERIOD SEPTEMBER 1, 2007 TO SEPTEMBER 30, 2007**

| | | PERIOD USD | YTD USD |
|---|---|---|---|
| Realised gain/loss | Realised gain/loss fx forward | 3,865,500.10 | 4,570,261.80 |
| | | 3,865,500.10 | 4,570,261.80 |
| Interest income | Bank interest income | 51,586.79 | 180,382.38 |
| | Interest income on balances | 33,201.58 | 97,522.22 |
| | | 84,788.37 | 277,904.60 |
| Other expenses | Administration fee accrual expense | (3,331.25) | (6,183.51) |
| | Audit Fee Expense | (705.88) | (1,411.76) |
| | Bank charges | (275.00) | (275.00) |
| | Custodian fee expense | .00 | (1,206.00) |
| | Licence fee | (141.66) | (2,974.99) |
| | Org Cost Expense | (1,176.47) | (2,352.94) |
| | | (5,630.26) | (14,404.20) |
| Investment management fee expense | Incentive fee expense | (780,604.63) | (914,696.59) |
| | Management fee | (41,635.04) | (260,279.21) |
| | | (822,239.67) | (1,174,975.80) |
| TOTAL | | 3,122,418.54 | 3,658,786.40 |

10/10/2007    10:26:54

PFG000061

01615

**Trial Balance as of   9/30/2007**

**JDFX Fund Ltd.**

| GL Class | GL Sub Class | Counterpart | Bank Account | CCY | Transaction Ccy Amount | Local Currency Equivalent |
|---|---|---|---|---|---|---|
| 10 | 100 | JPMorgan Chase London | A/c no. 0035881701 | USD | 17,697,576.39 | 17,697,576.39 |
| 10 | 100 | JPMorgan Chase London | A/c no. 0035981701 - accrued interest | USD | 51,586.79 | 51,586.79 |
| 10 | 100 | JPMorgan Chase London | Collateral Account | USD | 7,566,396.05 | 7,566,396.05 |
| 10 | 100 | JPMorgan Chase London | Collateral Account - accrued interest | USD | 31,126.17 | 31,126.17 |
| | | | Total for GL Sub Class : Bank accounts | | | 25,346,685.40 |
| | | | Total for GL Class : Cash assets | | | 25,346,685.40 |
| 48 | 487 | Folio Corporate Services | | USD | 20,000.00 | 20,000.00 |
| | | | Total for GL Sub Class : Organisation Cost | | | 20,000.00 |
| 48 | S487 | Folio Corporate Services | | USD | -2,352.94 | -2,352.94 |
| | | | Total for GL Sub Class : Amortization of Org Costs | | | -2,352.94 |
| | | | Total for GL Class : Other assets | | | 17,647.06 |
| | | | **Total For Assets** | | | **25,364,332.46** |
| 60 | S600 | JDFX Fund Management Ltd. | | USD | -260,279.21 | -260,279.21 |
| | | | Total for GL Sub Class : Management fee payable | | | -260,279.21 |
| 60 | S610 | JDFX Fund Management Ltd. | | USD | -914,696.59 | -914,696.59 |
| | | | Total for GL Sub Class : Incentive fee accrued | | | -914,696.59 |
| | | | Total for GL Class : Management fee payable | | | -1,174,975.80 |
| 65 | 657 | Folio Corporate Services | | USD | 425.01 | 425.01 |
| | | | Total for GL Sub Class : Licence fee payable | | | 425.01 |
| 65 | S650 | Folio Administrators Limited | | USD | -6,183.51 | -6,183.51 |
| | | | Total for GL Sub Class : Administration fees payable | | | -6,183.51 |
| 65 | S651 | BDO British Virgin Islands | | USD | -1,411.76 | -1,411.76 |
| | | | Total for GL Sub Class : Audit Fees Payable | | | -1,411.76 |
| | | | Total for GL Class : Other expenses payable | | | -7,170.26 |
| 68 | 684 | JDFX Fund Management Ltd. | | USD | -23,400.00 | -23,400.00 |
| | | | Total for GL Sub Class : Loan account | | | -23,400.00 |
| | | | Total for GL Class : Other liabilities | | | -23,400.00 |
| | | | **Total For Liabilities** | | | **-1,205,546.06** |
| 70 | S700 | Pieron, J. | | USD | -6.50 | -6.50 |
| 70 | S700 | UBS Diversified Growth LLC | | USD | -14.00 | -14.00 |
| | | | Total for GL Sub Class : Par value | | | -20.50 |
| 70 | S710 | Pieron, J. | | USD | -6,499,993.50 | -6,499,993.50 |
| 70 | S710 | UBS Diversified Growth LLC | | USD | -13,999,986.00 | -13,999,986.00 |
| | | | Total for GL Sub Class : Share premium | | | -20,499,979.50 |
| | | | Total for GL Class : Share capital | | | -20,500,000.00 |
| 80 | S819 | | | USD | -4,570,261.80 | -4,570,261.80 |
| | | | Total for GL Sub Class : Realised gain/loss fx forward | | | -4,570,261.80 |
| | | | Total for GL Class : Realised gain/loss | | | -4,570,261.80 |
| 87 | 870 | | | USD | -180,382.38 | -180,382.38 |
| | | | Total for GL Sub Class : Bank interest income | | | -180,382.38 |

10/10/2007    10:28.55

Page 1 of 2

PFG000062

01616

**Trial Balance as of   9/30/2007**

**JDFX Fund Ltd.**

| GL Class | GL Sub Class | Counterpart | Bank Account | CCY | Transaction Ccy Amount | Local Currency Equivalent |
|---|---|---|---|---|---|---|
| 87 | S871 | | | USD | -97,522.22 | -97,522.22 |
| | | | Total for GL Sub Class : Interest income on balances | | | -97,522.22 |
| | | | Total for GL Class · Interest income | | | -277,904.60 |
| 90 | 907 | | | USD | 2,691.67 | 2,691.67 |
| 90 | 907 | Folio Corporate Services | | USD | 283.32 | 283.32 |
| | | | Total for GL Sub Class : Licence fee | | | 2,974.99 |
| 90 | 910 | | | USD | 275.00 | 275.00 |
| | | | Total for GL Sub Class : Bank charges | | | 275.00 |
| 90 | S900 | Folio Administrators Limited | | USD | 6,183.51 | 6,183.51 |
| | | | Total for GL Sub Class . Administration fee accrual expense | | | 6,183.51 |
| 90 | S901 | BDO British Virgin Islands | | USD | 1,411.76 | 1,411.76 |
| | | | Total for GL Sub Class : Audit Fee Expense | | | 1,411.76 |
| 90 | S902 | Folio Corporate Services | | USD | 2,352.94 | 2,352.94 |
| | | | Total for GL Sub Class : Org Cost Expense | | | 2,352.94 |
| 90 | S905 | | | USD | 1,206.00 | 1,206.00 |
| | | | Total for GL Sub Class : Custodian fee expense | | | 1,206.00 |
| | | | Total for GL Class . Other expenses | | | 14,404.20 |
| 95 | S950 | JDFX Fund Management Ltd. | | USD | 260,279.21 | 260,279.21 |
| | | | Total for GL Sub Class : Management fee | | | 260,279.21 |
| 95 | S960 | JDFX Fund Management Ltd. | | USD | 914,696.59 | 914,696.59 |
| | | | Total for GL Sub Class : Incentive fee expense | | | 914,696.59 |
| | | | Total for GL Class : Investment management fee expense | | | 1,174,975.80 |
| | | | **Total For Shareholder Capital** | | | -34,158,796.40 |

PFG000063

01617

## GL Movements Report between dates 9/1/2007 and 9/30/2007

**JDFX Fund Ltd.**

| Value Date | Description | Tr Ref | Batch No | CCY | Transaction Ccy Amount | Local Currency Equivalent |
|---|---|---|---|---|---|---|
| **GL Sub Class :  100** | **Bank accounts** | | | | | |
| 09/01/2007 Opening balance | | | | USD | 21,396,671.93 | 21,396,671.93 |
| 09/01/2007 Interest compounded to collateral balance | | | 6645 | USD | 2,075.41 | 2,075.41 |
| 09/30/2007 Interest accrued for the month of Sept | | | 6645 | USD | 31,126.17 | 31,126.17 |
| 09/30/2007 Interest received for August | | | 6645 | USD | 51,586.79 | 51,586.79 |
| 09/30/2007 Foreign exhange of C | | | 6645 | USD | 6,914,993.71 | 6,914,993.71 |
| 09/30/2007 Foreign exhange Debits | | | 6645 | USD | -3,049,493.61 | -3,049,493.61 |
| 09/30/2007 Bank miscellaneous fee | | | 6645 | USD | -275.00 | -275.00 |
| | Total For :  USD | | | | 25,346,685.40 | 25,346,685.40 |
| | Total For :  100 | | | | | 25,346,685.40 |
| **GL Sub Class :  487** | **Organisation Cost** | | | | | |
| 09/01/2007 Opening balance | | | | USD | 20,000.00 | 20,000.00 |
| | Total For :  USD | | | | 20,000.00 | 20,000.00 |
| | Total For :  487 | | | | | 20,000.00 |
| **GL Sub Class :  S487** | **Amortization of Org Costs** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -1,176.47 | -1,176.47 |
| 09/30/2007 Amortization of Organisational costs | | | | USD | -1,176.47 | -1,176.47 |
| | Total For :  USD | | | | -2,352.94 | -2,352.94 |
| | Total For :  S487 | | | | | -2,352.94 |
| **GL Sub Class :  S600** | **Management fee payable** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -218,644.17 | -218,644.17 |
| 09/30/2007 Management fee accrual | | | | USD | -41,635.04 | -41,635.04 |
| | Total For :  USD | | | | -260,279.21 | -260,279.21 |
| | Total For :  S600 | | | | | -260,279.21 |
| **GL Sub Class :  S610** | **Incentive fee accrued** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -134,091.96 | -134,091.96 |
| 09/30/2007 Performance fee accrual | | | | USD | -780,604.63 | -780,604.63 |
| | Total For :  USD | | | | -914,696.59 | -914,696.59 |
| | Total For :  S610 | | | | | -914,696.59 |
| **GL Sub Class :  657** | **Licence fee payable** | | | | | |
| 09/01/2007 Opening balance | | | | USD | 566.67 | 566.67 |
| 09/30/2007 Annual Licence Fee | | | | USD | -141.66 | -141.66 |
| | Total For :  USD | | | | 425.01 | 425.01 |
| | Total For :  657 | | | | | 425.01 |
| **GL Sub Class :  S650** | **Administration fees payable** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -2,852.26 | -2,852.26 |
| 09/30/2007 Administration fee accrual | | | | USD | -3,331.25 | -3,331.25 |
| | Total For :  USD | | | | -6,183.51 | -6,183.51 |
| | Total For :  S650 | | | | | -6,183.51 |
| **GL Sub Class :  S651** | **Audit Fees Payable** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -705.88 | -705.88 |
| 09/30/2007 Audit Fee Accrual | | | | USD | -705.88 | -705.88 |
| | Total For :  S651 | | | | -1,411.76 | -1,411.76 |
| **GL Sub Class :  684** | **Loan account** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -23,400.00 | -23,400.00 |
| | Total For :  USD | | | | -23,400.00 | -23,400.00 |
| | Total For :  684 | | | | | -23,400.00 |
| **GL Sub Class :  S700** | **Par value** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -20.50 | -20.50 |
| | Total For :  USD | | | | -20.50 | -20.50 |
| | Total For  S700 | | | | | -20.50 |
| **GL Sub Class :  S710** | **Share premium** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -20,499,979.50 | -20,499,979.50 |
| | Total For :  USD | | | | -20,499,979.50 | -20,499,979.50 |
| | Total For  S710 | | | | | -20,499,979.50 |
| **GL Sub Class :  S816** | **Realised gain/loss fx forward** | | | | | |
| 09/01/2007 Opening balance | | | | USD | -704,761.70 | -704,761.70 |

10/10/2007    10:28:55

Page 1 of 2

## GL Movements Report between dates 9/1/2007 and 9/30/2007

**JDFX Fund Ltd.**

| Value Date | Description | Tr Ref | Batch No | CCY | Transaction Ccy Amount | Local Currency Equivalent |
|---|---|---|---|---|---|---|
| **GL Sub Class :  S819** | Realised gain/loss fx forward | | | | | |
| 09/30/2007 Foreign exchange Debits | | | 6645 | USD | 3,049,493.61 | 3,049,493.61 |
| 09/30/2007 Foreign exhange of C | | | 6645 | USD | -6,914,993.71 | -6,914,993.71 |
| Total For :  USD | | | | | -4,570,261.80 | -4,570,261.80 |
| Total For  S819 | | | | | -4,570,261.80 | -4,570,261.80 |
| **GL Sub Class :  870** | Bank interest income | | | | | |
| 09/01/2007 Opening balance | | | | USD | -128,795.59 | -128,795.59 |
| 09/30/2007 Foreign exhange of C | | | 6645 | USD | -51,586.79 | -51,586.79 |
| Total For :  USD | | | | | -180,382.38 | -180,382.38 |
| Total For :  870 | | | | | -180,382.38 | -180,382.38 |
| **GL Sub Class :  S871** | Interest income on balances | | | | | |
| 09/01/2007 Opening balance | | | | USD | -64,320.64 | -64,320.64 |
| 09/01/2007 Interest compounded to collateral balance | | | 6645 | USD | -2,075.41 | -2,075.41 |
| 09/30/2007 Interest accrued for the month of Sept | | | 6645 | USD | -31,126.17 | -31,126.17 |
| Total For  USD | | | | | -97,522.22 | -97,522.22 |
| Total For  S871 | | | | | -97,522.22 | -97,522.22 |
| **GL Sub Class :  907** | Licence fee | | | | | |
| 09/01/2007 Opening balance | | | | USD | 2,833.33 | 2,833.33 |
| 09/30/2007 Annual Licence Fee | | | | USD | 141.66 | 141.66 |
| Total For :  USD | | | | | 2,974.99 | 2,974.99 |
| Total For :  907 | | | | | 2,974.99 | 2,974.99 |
| **GL Sub Class :  910** | Bank charges | | | | | |
| 09/30/2007 Bank miscellaneous fee | | | 6645 | USD | 275.00 | 275.00 |
| Total For :  USD | | | | | 275.00 | 275.00 |
| Total For :  910 | | | | | 275.00 | 275.00 |
| **GL Sub Class :  S900** | Administration fee accrual expense | | | | | |
| 09/01/2007 Opening balance | | | | USD | 2,852.26 | 2,852.26 |
| 09/30/2007 Administration fee accrual | | | | USD | 3,331.25 | 3,331.25 |
| Total For :  USD | | | | | 6,183.51 | 6,183.51 |
| Total For :  S900 | | | | | 6,183.51 | 6,183.51 |
| **GL Sub Class :  S901** | Audit Fee Expense | | | | | |
| 09/01/2007 Opening balance | | | | USD | 705.88 | 705.88 |
| 09/30/2007 Audit Fee Accrual | | | | USD | 705.88 | 705.88 |
| Total For :  USD | | | | | 1,411.76 | 1,411.76 |
| Total For :  S901 | | | | | 1,411.76 | 1,411.76 |
| **GL Sub Class :  S902** | Org Cost Expense | | | | | |
| 09/01/2007 Opening balance | | | | USD | 1,176.47 | 1,176.47 |
| 09/30/2007 Amortization of Organisational costs | | | | USD | 1,176.47 | 1,176.47 |
| Total For :  USD | | | | | 2,352.94 | 2,352.94 |
| Total For :  S902 | | | | | 2,352.94 | 2,352.94 |
| **GL Sub Class :  6905** | Custodian fee expense | | | | | |
| 09/01/2007 Opening balance | | | | USD | 1,206.00 | 1,206.00 |
| Total For :  USD | | | | | 1,206.00 | 1,206.00 |
| Total For :  S905 | | | | | 1,206.00 | 1,206.00 |
| **GL Sub Class :  S950** | Management fee | | | | | |
| 09/01/2007 Opening balance | | | | USD | 218,644.17 | 218,644.17 |
| 09/30/2007 Management fee accrual | | | | USD | 41,635.04 | 41,635.04 |
| Total For :  USD | | | | | 260,279.21 | 260,279.21 |
| Total For  S950 | | | | | 260,279.21 | 260,279.21 |
| **GL Sub Class :  S960** | Incentive fee expense | | | | | |
| 09/01/2007 Opening balance | | | | USD | 134,091.96 | 134,091.96 |
| 09/30/2007 Performance fee accrual | | | | USD | 780,604.63 | 780,604.63 |
| Total For :  USD | | | | | 914,696.59 | 914,696.59 |
| Total For :  S960 | | | | | 914,696.59 | 914,696.59 |
| Grand Total : | | | | | | .00 |

PFG000065

01619

**Administration fees**                                      as of 9/30/2007

**JDFX Fund Ltd.**

Administrator: Folio Administrators Limited
Base: End                                    Previous valuation date:        31 August, 2007
Payment frequency: Monthly                   Calculated asset base:     24,984,357.32 USD
Period calculation: Fractional               Min charge per period:          1,666.66 USD
                                             Calculated fee:                 3,331.25 USD

─────────────────────────── Asset Tiers ───────────────────────────

| Tier | Assets - USD | Fee % | Tier | Assets - USD | Fee % |
|------|--------------|-------|------|--------------|-------|
| 1 | 99,999,999,999 | 0.0133333333 | 10 | | |
| 2 | | | 11 | | |
| 3 | | | 12 | | |
| 4 | | | 13 | | |
| 5 | | | 14 | | |
| 6 | | | 15 | | |
| 7 | | | 16 | | |
| 8 | | | 17 | | |
| 9 | | | 18 | | |

16% of Net Assets per active Share Class/Series subject to a minimum of $20,000 per active Share Class/Series. (Min 1,666.66/ 0.000133333333 asset tier)

10/10/2007    10 28:57                                      Page 1 of 1

PFG000066



**JDFX Fund Ltd.**

**Management fees**

As of 9/30/2007

| Series | Investment manager | Ccy | Calculated asset base | Calculated fee amount | Base | Fee application | Fee percent |
|---|---|---|---|---|---|---|---|
| <ALL> | JDFX Fund Management Ltd. | USD | 24,951,026.07 | 41,635.04 | End | P.A. ACT/360 | 2.0 |
| | Totals | | 24,951,026.07 | 41,635.04 | | | |

Page 1 of 1

10/10/2007    10:28:57

PFG000067

01621

JDFX Fund Ltd.

Performance fees calculation report as of 9/30/2007

Currency:   USD

| Series | Profit Allocation | Hurdle Rate | Hurdle Amount | Start VS HWM | Performance Profits | Fee % | Fee Accrued | Total Fee Payable | End VS HWM HWM | HWM Set |
|---|---|---|---|---|---|---|---|---|---|---|
| Class IA1 Series 1 Shares | 3,903,023.17 | | 0.00 | 670,459.82 | 3,903,023.17 | 20% | 780,604.63 | -914,696.59 | 4,573,482.99 | No |
| Total for company | 3,903,023.17 | | 0.00 | 670,459.82 | 3,903,023.17 | | 780,604.63 | -914,696.59 | 4,573,482.99 | |

10/10/2007    10:28:58

Page 1 of 1

**PFG000068**

01622

Shareholder Register By Shareholder Report From 9/1/2007 To 9/30/2007

Currency = USD

**JDFX Fund Ltd.**

| Shareholder Name | Equity Series | Date | Action | Number | Price | Book Value |
|---|---|---|---|---|---|---|
| James D. Pierron | Class N3 Series 1 Shares | 9/1/2007 | Balance | 650,000.000 | | 6,500,000.00 |
| | Series Total | | | 650,000.000 | | 6,500,000.00 |
| | Shareholder Total | | | 650,000.000 | | 6,500,000.00 |
| UBS Deutschland Growth LLC | Class N3 Series 1 Shares | 9/1/2007 | Balance | 1,400,000.000 | | 14,000,000.00 |
| | Series Total | | | 1,400,000.000 | | 14,000,000.00 |
| | Shareholder Total | | | 1,400,000.000 | | 14,000,000.00 |
| | JDFX Fund Ltd Grand Total | | | 2,050,000.000 | | 20,500,000.00 |

10/10/2007    10:23:56

Page 1 of 1

PFG000069

01623



Investor Transactions From 8/31/2007 To 9/30/2007

JDFX Fund Ltd. - All Investors

| Investor Equity Series | Deal Ref. | Settl Date | Trade Type | Number | Price | Book Value | Equalisation EQ | Fees FP | Net Settlement NAV LK |
|---|---|---|---|---|---|---|---|---|---|

Page 1 of 1

10/10/2007    10:23:59

PFG000070

01624

Shareholder Holdings for Investor

As of: 9/30/2007

| Investor | Number Held | NAV Price CCY | NAV Value |
|---|---|---|---|
| JDFX Fund Ltd. | | | |
| Class A/3 Series 1 Shares | | | |
| James D. Pierce | 650.000000 | 11,784.773854   USD | 7,660,103.01 |
| UBS Diversified Growth LLC | 1,400.000000 | 11,784.773854   USD | 16,498,683.40 |
| | | Series total: | 24,158,786.40 |
| | | Company total: | 24,158,786.40 |

10/10/2007   10:28:00

PFG000071

01625

**Foreign exchange rate movement report as of 9/30/2007**          Currency : USD

JDFX Fund Ltd.

| Current rate company | Currency | Current rate | Current date | Previous period rate | Previous period date | % Movement |
|---|---|---|---|---|---|---|
| JDFX Fund Ltd. | USD | 1.00 | 9/30/2007 | 1.00 | 9/29/2007 | 0.0000% |

PFG000072

01626

**Monthly Account Statement**

**Business**
**IB Technologies Inc.**

**United States**

 PFG ◆ BEST

2010-04

Introduced by: PFG - Managed Forex
Broker code: 181
Account type: Self-Directed
Account number: FS431IBTECH

## FS431ibtech — Wires And Checks

| As Of Date | Currency Amount | Currency | Description | Type | USD Amount |
|---|---|---|---|---|---|
| **USD** | | | | | |
| 05-Apr-2010 | -203,185.22 | USD | Wire Sent FS431ibtech | OUTGOING Wire | ($203,185.22) |
| 05-Apr-2010 | -20.00 | USD | Wire Sent FS431ibtech | OUTGOING Wire Fee | ($20.00) |
| **USD** | **-203,205.22** | | | | **($203,205.22)** |

## Account Balances

| Beginning Balance | Commissions | Fees | Profit/Loss | Roll Charges | Wires and Checks | Journal Entries |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Ending Balance | Pending Wires | OTE | Security on Deposit | Liq Value | Margin Amount | Margin Excess |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

Page 1 of 1 on 4/17/2012 11:38:20 AM

PFG000957

01627

**Monthly Account Statement**

Individual
James Pieron




2010-04

Introduced by: PFG - Managed  Forex
Broker code: 181
Account type: Self-Directed
Account number: FQ562JDFX

## FQ562JDFX — Wires And Checks

| As Of Date | Currency Amount | Currency | Description | Type | USD Amount |
|---|---|---|---|---|---|
| USD | | | | | |
| 05-Apr-2010 | -49,980.03 | USD | Wire Sent  FQ562JDFX | OUTGOING Wire | ($49,980.03) |
| 05-Apr-2010 | -20.00 | USD | Wire Sent  FQ562JDFX | OUTGOING Wire Fee | ($20.00) |
| USD | -50,000.03 | | | | ($50,000.03) |

## Account Balances

| Beginning Balance | Commissions | Fees | Profit/Loss | Roll Charges | Wires and Checks | Journal Entries |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Ending Balance | Pending Wires | OTE | Security on Deposit | Liq Value | Margin Amount | Margin Excess |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

PFG000556

01628

**Monthly Account Statement**

James Pieron
Universitaetstrasse 112
Zurich  8006
Switzerland



Self-Directed Account (Sales Code 181)

2009-08                                          FQ562JDFX

## FQ562JDFX — Confirmations

| Trade Date | Value Date | Ticket Number | Quantity | Pair | Fill Price | Counter Currency | | Commissions |
|---|---|---|---|---|---|---|---|---|
| 26-Aug-2009 | 28-Aug-2009 | 25708427 | 100.00 | EURUSD | 1.4226100 | -142.26 | USD | $0.00 |
| 26-Aug-2009 | 28-Aug-2009 | 25708423 | -100.00 | EURUSD | 1.4228900 | 142.29 | USD | $0.00 |
| | 28-Aug-2009 | | 0.00 | EURUSD | | | | |
| | | | | | | Total Commissions | | $0.00 |

## FQ562JDFX — Profit and Loss

| Trade Date | Value Date | Ticket Number | Quantity | Pair | Fill Price | Counter Currency | | Price | USD Amount |
|---|---|---|---|---|---|---|---|---|---|
| EURUSD | | | | | | | | | |
| 26-Aug-2009 | 28-Aug-2009 | 25708427 | 100.00 | EURUSD | 1.4226100 | -142.26 | USD | 1.0000 | ($142.26) |
| 26-Aug-2009 | 28-Aug-2009 | 25708423 | -100.00 | EURUSD | 1.4228900 | 142.29 | USD | 1.0000 | $142.29 |
| | | | | | | 0.03 | USD | | $0.03 |
| | | | | | | | Account Total | | $0.03 |

## FQ562JDFX — Wires And Checks

| As Of Date | Currency Amount | Currency | Description | Type | USD Amount |
|---|---|---|---|---|---|
| USD | | | | | |
| 26-Aug-2009 | 50,000.00 | USD | WIRE REC FQ562 | INCOMING Wire | $50,000.00 |
| USD | $50,000.00 | | | | $50,000.00 |

## FQ562JDFX — Fees

| Trade Date | Description | USD Amount |
|---|---|---|
| 26-Aug-2009 | NFA Fee | $0.00 |
| | Total Fees | $0.00 |

## Account Balances
### USD

| Beginning Balance | Commissions | Fees | Profit/Loss | Roll Charges | Wires and Checks |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 50,000.00 |

| Ending Balance | OTE | Security on Deposit | Liq Value | Margin Amount | Margin Excess | Journal Entries |
|---|---|---|---|---|---|---|
| 50,000.03 | 0.00 | 0.00 | 50,000.03 | 0.00 | 50,000.03 | 0.00 |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

PFG000548

01629

What industry is your company in?


Thank you!


<image002.gif>

Meredith Parizek, New Accounts Department

███████████████

Cedar Falls. IA 50613

319-277-5240 | 319-277-0880 fax

<image003.gif>

From: James Pieron ███████████████████
Sent: Friday, July 10, 2009 1:52 PM
To: Bruce Pollock
Cc: Meredith Parizek; Christine Phillips
Subject: RE: James Pieron


Hi Bruce,


Job title is CEO.  Concerning the photo ID, today is our last day in Switzerland and the FAX machine is already gone! Everything has/is moving to Mt. Pleasant (Michigan) and Chicago.  Starting July 20, we will be operating in the US full time and I can hand deliver any additional docs you need then.


Thanks,

James



Christine, if you have my passport on file (PDF), send via a <reply to all>.  thanks, JP.



From: Bruce Pollack [bpollack@pfgbest.com]
Sent: Friday, July 10, 2009 2:39 PM
To: James Pieron
Cc: Meredith Parizek
Subject: RE: James Pieron

James -- what is an appropriate job title for you and can you resend the photo ID?


9/28/2009                                                                    PFG000623

01630

**FA495**
**8/18/2008**        **wire sent**        **$4,770,070.86**

```
. . . _
4,770,070.86  BOOK TRANSFER DEBIT      BOOK  4212600231JO      SAME   17:26  08/18/2008  STRAIGHT
              YOUR REF:  NONREF
                 PAID TO:  00000000010962009 BCHASGB2L JPMORGAN CHASE BANK NATIONAL
                           ASSOC 125 LONDON WALL,FL 5,LONDON UK UNITED KINGDOM
              ACCT PARTY:  /GB71CHAS60924235981701 JDFX FUND LTD
                 REC GFP:  08182124
```

**FA495**
**3/17/2008**        **wire received   $500,000.00**

```
500,000.00  BOOK TRANSFER CREDIT      BOOK  9556400077FR      SAME   16:04  03/17/2008  STRAIGHT
            YOUR REF:  SWF OF 08/03/17
            REC FROM:  00000000010962009 JPMORGAN CHASE BANK NATIONAL ASSOC 125
                       LONDON WALL, FL 5 LONDON UK UNITED KINGDOM EC2Y5-AJ
            SWIFT ID:  CHASGB2L
        B/O CUSTOMER:  /0035981701 JDFX FUND LTD 1ST FLOOR COLUMBUS CENT VG
              REMARK:  /OCMT/USD500000,00/
             REC GFP:  03172000
```

**FA495**
**11/21/2007**       **wire received   $2,000,000.00**

```
11/20    Book Transfer Credit B/O: JPMorgan Chase Bank National Alondon Uk United        2,000,000.00
         Kingdom Ec2Y5Aj Org: Jdfx Fund Ltd 1St Floor Columbus Cent Trn:
         1907400324Fr
```

**FQ562**
**8/26/09**          **wire received**          **$50,000.00**

```
50,000.00 BOOK TRANSFER CREDIT BOOK 9264300238FS SAME 09:02 08/26/2009 STRAIGHT
YOUR REF: SWF OF 09/08/26
REC FROM: 00000000011848249 UBS AG BAHNHOFSTRASSE 45 ZURICH SWITZERLAND
8021 -
SWIFT ID: UBSWCHZH80A
B/O CUSTOMER: /CH570020620625126260Z 1/JAMES PIERON 1/8006 ZURICH 6/CH/UBS/0206-
00251262
REMARK: PFG NAME: JAMES PIERON PFG ACC: FQ562 BROKER: 181 USER: JAM800
/OCMT/USD50000,/
REC GFP: 08261300
```

<u>FS431</u>

**10/20/09**            **wire received**            **$250,000.00**

250,000.00 FED WIRE CREDIT FED 0954309292FF SAME 09:51 10/19/2009 STRAIGHT
*YOUR REF: O/B NATIONAL CIT*
*REC FROM: NATIONAL CITY BANK OF THE MIDWEST 16333 TRENTON RD. DETROIT MI*
*48195-1407*
*FED ID: 072000915*
*B/O CUSTOMER: /00987824058 IB TECHNOLOGIES INC 2625 DENISON DR STE A MT*
*PLEASANT MI 48858-5596*
*FED TIME: 09:47*
*REC GFP: 10191348*
*MRN SEQ: 2009101900002574*
*FED REF: 1019 D1B74Q3C 000130 **VIA FED***