**Dale M. VanConett**

| | |
|---|---|
| **From:** | James Pieron |
| **Sent:** | Sunday, April 08, 2012 1:52 PM |
| **To:** | Kim D. Pavlik |
| **Subject:** | Pieron / 9465 Installment Agreement |
| **Attachments:** | IRS - Letter in Response to 9465.pdf |

Hi Kim,

I heard from the IRS on March 30, 2012 regarding the 9465 that we filed.   In short, it is notification that they are transferring my case to the Austin Texas service center.  I am not sure if that is positive or negative.  Secondly, they include a voucher that should be sent with each payment.

Unless you instruct otherwise, I will send the first payment dated April 1, 2012 and every month to follow.

Please advise,
James.

DEFENDANT'S EXHIBIT 1020 US v. PIERON

00949