# MICHIGAN'S CAPITAL MIX

## GROWING AND SUSTAINING A VIBRANT CAPITAL COMMUNITY

## MICHIGAN IS LENDING TO SMALL BUSINESSES

We are successfully encouraging lending institutions to keep the flow of financing to entrepreneurs steady, from the Small Business Capital Access Program, providing over 11,000 companies access to $650 million to the newly created Michigan Supplier Diversification Fund supporting manufacturing expansion into new markets.

## $500 MILLION LOOKING FOR A HOME

With over $1 billion currently under management by Michigan based venture firms, and a blossoming angel investment network, fueled by a state commitment of $500 million, equity capital has quickly grown into a leading component of Michigan's entrepreneurial ecosystem.

At the hub of the equity capital community is the Michigan Venture Capital Association, providing the advocacy, expertise and networks critical to sustaining a vibrant venture and angel capital community. Successes include:

- HandyLab's acquisition by Becton, Dickinson and Co.
- Pump Engineering's acquisition by Energy Recovery, Inc.
- HealthMedia's acquisition by Johnson & Johnson
- Sircon's acquisition by Vertafore
- Asterand's IPO on the London Stock Exchange (ATD).

Visit *www.michiganvca.org* to see the community of venture and angel investors nurturing high growth companies in Michigan

DEFENDANT'S
**EXHIBIT**
**1022**
US v. PIERON



www.michiganvca.org



www.misbtdc.org



www.MichiganAdvantage.org

MA_00040



| Organization | Role | Status |
|---|---|---|
| **Institutional Liquidity, LLC (ILQ)** | Candidate Company | Pending decision to locate in Michigan |
| **Central Michigan University Research Corporation (CMU-RC)** | SmartZone – Business Incubator | Ongoing facilitation |
| **City of Mt. Pleasant (City)** | Local Economic Development | Working with LDFA, TIFA, EDC to incentivize |
| **Mid-Michigan Development Corporation (MMDC)** | County Economic Development | Unknown status of workforce development funds |
| **Michigan Economic Development Corporation (MEDC)** | State Economic Development | Waiting for company review |
| **Industrial Development Corporation (IDC)** | Building Owner | Building lease prices off-market |
| **Small Business Technology Development Center (SBTDC)** | Review Board | Waiting for company review |
| **Central Michigan University  (CMU)** | SmartZone – Land Owner | No necessary interaction with company |
| **Local Development Finance Authority (LDFA)** | Economic Development in SmartZone | Unknown – no direct interaction |
| **Tax Increment Finance Authority (TIFA)** | Economic Development in SmartZone | Unknown – no direct interaction |
| **Economic Development Corporation (EDC)** | Economic Development City | Unknown – no direct interaction |

MA_00041