

# THE EVENT 2014

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

KYIV | STOCKHOLM | BERLIN | MIAMI

---

### BAHAMAS
**Thursday, Mar. 27**
TRAVEL

| Time | Activity |
|------|----------|
| 06:00 | |
| 07:00 | |
| 08:00 | |
| 09:00 | |
| 10:00 | |
| 11:00 | |
| 12:00 | EVENT - SUNRISE BEACH CLUB / CHECK-IN / UNPACK |
| 13:00 | |
| 14:00 | |
| 15:00 | |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | MEETING - MAIN VILLA @ 19:00 / ACCOUNTABILITY / INFORMATION |
| 20:00 | |
| 21:00 | EVENT - MAIN VILLA @ 20:30 / DINNER |
| 22:00 | |
| 23:00 | OFF TO BED! |
| 24:00 | |

---

### BAHAMAS
**Friday, Mar. 28**
FASHION SHOW REHEARSAL

| Time | Activity |
|------|----------|
| 06:00 | |
| 07:00 | FREE TIME |
| 08:00 | |
| 09:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 10:00 | EVENT - TBD @ 09:30 / TEAM FITNESS |
| 11:00 | GET READY! FREE / COMFORTABLE |
| 12:00 | MEETING - MAIN VILLA @ 12:00 / ACCOUNTABILITY / LUNCH |
| 13:00 | |
| 14:00 | |
| 15:00 | EVENT - MAIN VILLA @ 13:00 / KOMPLIQUE FITTING / FASHION SHOW REHEARSAL |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | MEETING - MAIN VILLA @ 20:00 / ACCOUNTABILITY / INFORMATION |
| 21:00 | EVENT - MAIN VILLA @ 20:30 / DINNER |
| 22:00 | |
| 23:00 | EVENT - REHEARSAL @ 23:00 / SINGING REHEARSAL |
| 24:00 | OFF TO BED! |

MA_000050

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### BAHAMAS
**Saturday, Mar. 29**
FASHION SHOW

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | GET READY! SHORT BLACK SHIRT, WHITE SHORTS |
| 12:00 | MEETING - MAIN VILLA @ 12:00 ACCOUNTABILITY / LUNCH / BUS |
| 13:00 | |
| 14:00 | EVENT - ONSITE @ 13:00 FASHION SHOW REHERSAL |
| 15:00 | |
| 16:00 | MEETING - H VILLA @ 16:00 ACCOUNTABILITY / BUS TO SUNRISE VILLAS |
| 17:00 | GET READY! K-DRESS TANK TBD HAIR & MAKE-UP |
| 18:00 | |
| 19:00 | MEETING - MAIN VILLA @ 18:30 ACCOUNTABILITY / DINNER / BUS TO H VILLA |
| 20:00 | |
| 21:00 | |
| 22:00 | EVENT - HOST PARTY @ 21:00 |
| 23:00 | |
| 24:00 | |

### BAHAMAS
**Sunday, Mar. 30**
EXCURSION - YACHT

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | GET READY! K PROMOTION / K SWIM |
| 12:00 | MEETING - MAIN VILLA @ 12:00 ACCOUNTABILITY / LUNCH / BUS |
| 13:00 | |
| 14:00 | |
| 15:00 | |
| 16:00 | |
| 17:00 | |
| 18:00 | EVENT - YACHT @ 13:00 |
| 19:00 | |
| 20:00 | |
| 21:00 | |
| 22:00 | |
| 23:00 | |
| 24:00 | |

MA_000051

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### BAHAMAS
**MONDAY, Mar. 31**
FREE DAY

| Time | |
|---|---|
| 06:00 | |
| 07:00 | FREE TIME |
| 08:00 | |
| 09:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 10:00 | EVENT - TBD @ 09:30 TEAM FITNESS |
| 11:00 | GET READY! FREE |
| 12:00 | MEETING - MAIN VILLA @ 12:00 ACCOUNTABILITY / LUNCH |
| 13:00 | |
| 14:00 | |
| 15:00 | FREE TIME |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | MEETING - MAIN VILLA @ 20:00 ACCOUNTABILITY / INFORMATION |
| 21:00 | EVENT - MAIN VILLA @ 20:30 DINNER |
| 22:00 | |
| 23:00 | FREE TIME |
| 24:00 | |

### BAHAMAS
**Tuesday, Apr. 1**
EXCURSION - ATLANTIS

| Time | |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | GET READY! SHORT BLACK SHIRT, WHITE SHORTS / K SWIM |
| 12:00 | MEETING - MAIN VILLA @ 12:00 ACCOUNTABILITY / LUNCH |
| 13:00 | |
| 14:00 | |
| 15:00 | EVENT - ATLANTIS @ 13:00 |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | MEETING - MAIN VILLA @ 20:00 ACCOUNTABILITY / INFORMATION |
| 21:00 | EVENT - MAIN VILLA @ 20:30 DINNER |
| 22:00 | |
| 23:00 | FREE TIME |
| 24:00 | |

MA_000052

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### BAHAMAS
**Wednesday, Apr. 2**
EVENING OUT - CAFÉ MATISSE

| Time | |
|---|---|
| 06:00 | |
| 07:00 | FREE TIME |
| 08:00 | |
| 09:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 10:00 | EVENT - TBD @ 09:30 TEAM FITNESS |
| 11:00 | GET READY! YOUR CHOICE |
| 12:00 | MEETING - MAIN VILLA @ 12:00 ACCOUNTABILITY / LUNCH |
| 13:00 | |
| 14:00 | |
| 15:00 | FREE TIME |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | GET READY! COCKTAIL DRESS |
| 20:00 | |
| 21:00 | |
| 22:00 | EVENT - CAFÉ MATISSE @ 20:30 DINNER |
| 23:00 | |
| 24:00 | |

### BAHAMAS
**Thursday, Apr. 3**
FREE DAY

| Time | |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | GET READY ! SHORT BLACK SHIRT, WHITE SHORTS / K SWIM |
| 12:00 | MEETING - MAIN VILLA @ 12:00 ACCOUNTABILITY /LUNCH |
| 13:00 | |
| 14:00 | |
| 15:00 | EVENT - DOLPHIN CAY @ 13:00 |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | MEETING - MAIN VILLA @ 20:00 ACCOUNTABILITY / INFORMATION |
| 21:00 | EVENT - MAIN VILLA @ 20:30 DINNER |
| 22:00 | |
| 23:00 | MEETING - MAIN VILLA @ 23:00 LAUNDRY |
| 24:00 | |

MA_000053

# THE **EVENT** 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### BAHAMAS
**Friday, Apr. 4**
EVENING OUT - NOBU / AURA

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | FREE TIME |
| 08:00 | |
| 09:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 10:00 | EVENT - TBD @ 09:30 — TEAM FITNESS |
| 11:00 | GET READY! LONG BLACK SHIRT, WHITE SHORTS |
| 12:00 | MEETING - MAIN VILLA @ 12:00 — ACCOUNTABILITY / LUNCH / BUS |
| 13:00 | |
| | EVENT - YACHT @ 13:00 — COSMETICS |
| 14:00 | |
| 15:00 | MEETING - SHOPPING @ 15:00 — ACCOUNTABILLITY / BUS |
| 16:00 | |
| 17:00 | FREE TIME |
| 18:00 | |
| 19:00 | GET READY! COCKTAIL |
| 20:00 | |
| 21:00 | |
| 22:00 | EVENT - NOBU @ 20:30 — DINNER |
| 23:00 | |
| 24:00 | |

### BAHAMAS
**Saturday, Apr. 5**
KOMPLIQUÉ PROMOTION - CAIN

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | FREE TIME |
| 08:00 | |
| 11:00 | GET READY! K PROMOTION / K SWIM |
| 12:00 | MEETING - MAIN VILLA @ 12:00 — ACCOUNTABILITY / LUNCH |
| 13:00 | |
| 14:00 | |
| 15:00 | |
| 16:00 | EVENT - CAIN @ 13:00 |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | MEETING - MAIN VILLA @ 20:00 — ACCOUNTABILITY / INFORMATION |
| 21:00 | |
| 22:00 | EVENT - MAIN VILLA @ 20:30 — DINNER |
| 23:00 | MEETING - MAIN VILLA @ 22:00 — LAUNDRY / PACK |
| 24:00 | OFF TO BED! |

MA_000054

# THE **EVENT** 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS
**Sunday, Apr. 6**
BOARD SHIP / KOMPIQUÉ FORMAL

| Time | Activity |
|---|---|
| 06:00 | GET READY @ 05:30 — BLACK LONG SHIRT / JEANS |
| 07:00 | MEETING - MAIN VILLA @ 06:30 — ACCOUNTABILITY / BUS |
| 08:00 – 09:00 | EVENT - STATEROOM @ 07:00 — BOARD SHIP / UNPACK |
| 10:00 | MEETING - WINDJAMMER @ 9:00 — ACCOUNTABILITY / BREAKFAST |
| 11:00 – 12:00 | EVENT - WINDJAMMER @ 10:00 — SHIP TOUR |
| 13:00 – 16:00 | OFF TO BED |
| 17:00 – 18:00 | GET READY! KOMPLIQUE |
| 19:00 – 20:00 | MEETING - 1740 @ 18:30 / 19:00 / 19:30 — KOMPLIQUE FITTING |
| 21:00 – 22:00 | EVENT - MAIN DINING @ 20:30 — DINNER |
| 23:00 – 24:00 | EVENT - 1740 @ 22:00 — OPEN SHOOTING IN KOMPLIQUE |

### OASIS OF THE SEAS
**Monday, Apr. 7**
EVENING OUT - SOCIAL MIXER

| Time | Activity |
|---|---|
| 06:00 – 10:00 | FREE TIME |
| 11:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 12:00 – 13:00 | MEETING - 1740 @ 12:00 — ACCOUNTABILITY / LUNCH |
| 14:00 | EVENT - AQUA THEATER @ 13:45 — FASHION SHOW |
| 15:00 – 16:00 | EVENT - 1740 @ 15:00 — TEAM CHALLENGE 1 - TBA |
| 17:00 | |
| 18:00 – 19:00 | GET READY! COCKTAIL |
| | MEETING - 1740 @ 19:30 — ACCOUNTABILITY / INFORMATION |
| 21:00 – 22:00 | EVENT - MAIN DINNING @ 20:30 — DINNER |
| 23:00 – 24:00 | EVENT - 1740 @ 22:00 — SOCIAL MIXER |

MA_000055

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS
**Tuesday, Apr. 8**
KOMPLIQUÉ SHOOT - ST. THOMAS

| Time | Activity |
|---|---|
| 06:00 | EVENT - OUTSIDE DECKS / SUNRISE SHOOT (SR@ 6:12) |
| 07:00 | GET READY! / K PROMOTION / K SWIM |
| 08:00 | MEETING - 1740 @ 8:00 / ACCOUNTABILITY / BREAKFAST OPUS |
| 09:00 | MEETING - 1740 @ 9:00 / DEBARK SHIP |
| 10:00 – 16:00 | EVENT - YACHT DOCK @ ~09:45 / KOMPLIQUE SWIMWEAR SHOOT |
| 17:00 | MEETING - YACHT DOCK @ 17:00 / TRANSPORT TO SHIP |
| 18:00 | MEETING - 1740 @ 18:00 / ACCOUNTABILITY / INFORMATION |
| 19:00 | GET READY! / K DRESS SHORT |
| 20:00 | MEETING - 1740 @ 19:30 / ACCOUNTABILITY / INFORMATION |
| 21:00 – 22:00 | EVENT - IZUMI @ 20:30 / DINNER |
| 23:00 – 24:00 | EVENT - 1740 @ 23:00 / TEAM SPLIT |

### OASIS OF THE SEAS
**Wednesday, Apr. 9**
EXCURSION - ST. MAARTIN

| Time | Activity |
|---|---|
| 06:00 | EVENT - OUTSIDE DECKS / SUNRISE SHOOT (SR@ 6:23) |
| 07:00 | FREE TIME |
| 08:00 | GET READY! / SHORT BLACK SHIRT, WHITE SHORTS |
| 09:00 | MEETING - 1740 @ 9:30 / ACCOUNTABILITY / BREAKFAST OPUS |
| 10:00 | MEETING - 1740 @ 10:30 / DEBARK SHIP |
| 11:00 – 15:00 | EVENT - PB @ 11:30 / TOUR ST. MAARTEN |
| 16:00 | MEETING - PORT PHILLIPSBURG @ 15:30 / TRANSPORT TO SHIP |
| 17:00 | MEETING - 1740 @ 16:30 / ACCOUNTABILITY / INFORMATION |
| 18:00 | GET READY! / WHITE TANK, BLACK SHORTS |
| 19:00 – 21:00 | EVENT - 1740 @ 19:00 / TEAM CHALLENGE II - TBA / DINNER |
| 22:00 | |
| 23:00 – 24:00 | EVENT - TBD @ 22:00 / TEAM SPLIT |

MA_000056

# K THE **EVENT** 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS
**Thursday, Apr. 10**
SPORT

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | |
| 09:00 | FREE TIME |
| 10:00 | |
| 11:00 | |
| 12:00 | |
| 13:00 | GET READY! LONG WHITE SHIRT, JEANS |
| 14:00 | MEETING - 1740 @ 14:00 ACCOUNTABILITY / LUNCH |
| 15:00 – 17:00 | EVENT - STUDIO B / DECK 4 @ 15:00 ICE SKATING |
| 18:00 – 19:00 | GET READY! COCKTAIL |
| 20:00 | MEETING - 1740 @ 19:30 ACCOUNTABILITY / INFORMATION |
| 21:00 – 22:00 | EVENT - MAIN DINNING @ 20:30 DINNER |
| 23:00 – 24:00 | EVENT - OPAL THEATER @ 22:15 THEATRE |

### OASIS OF THE SEAS
**Friday, Apr. 11**
SPORT

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | |
| 09:00 | FREE TIME |
| 10:00 | |
| 11:00 | |
| 12:00 | |
| 13:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 14:00 | MEETING - 1740 @ 14:00 ACCOUNTABILITY / LUNCH |
| 15:00 – 17:00 | EVENT - SPORTS COURT @ 15:00 TEAM CHALLENGE III - TBA |
| 18:00 – 19:00 | GET READY! K DRESS LONG |
| 20:00 | MEETING - 1740 @ 19:30 ACCOUNTABILITY / INFORMATION |
| 21:00 – 22:00 | EVENT - SOLARIUM BISTRO @ 20:30 DINNER |
| 23:00 – 24:00 | EVENT - 1720 @ 22:00 TEAM SPLIT |

MA_000057

# THE **EVENT** 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS
**Saturday, Apr. 12**
SHIP TRANSITION / THEATRE

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | |
| 12:00 | GET READY! SHORT BLACK SHIRT, WHITE SHORTS |
| 13:00 | MEETING - 1720 @ 13:00 ACCOUNTABILITY / LUNCH |
| 14:00 | EVENT - STATEROOM @ 14:00 LAUNDRY |
| 15:00 | |
| 16:00 | MEETING - 1720 @ 16:00 ASSEMBLY DRILL |
| 17:00 | |
| 18:00 | GET READY! SHORT BLACK SHIRT, JEANS |
| 19:00 | |
| 20:00 | MEETING - 1720 @ 19:30 ACCOUNTABILITY / INFORMATION |
| 21:00 | EVENT - MAIN DINNING @ 20:30 DINNER |
| 22:00 | |
| 23:00 | EVENT - OPAL THEATER @ 22:15 THEATRE |
| 24:00 | |

### OASIS OF THE SEAS
**Sunday, Apr. 13**
KOMPLIQUÉ PROMOTION & FORMAL

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | |
| 12:00 | GET READY! K PROMOTION |
| 13:00 | MEETING - 1720 @ 13:00 ACCOUNTABILITY / LUNCH |
| 14:00 | EVENT - POOL DECK @ 14:00 PROMOTION |
| 15:00 | |
| 16:00 | |
| 17:00 | GET READY! KOMPLIQUE |
| 18:00 | |
| 19:00 | MEETING - 1720 @ 18:30 / 19:00 / 19:30 KOMPLIQUE FITTING |
| 20:00 | |
| 21:00 | EVENT - MAIN DINNING @ 20:30 DINNER |
| 22:00 | |
| 23:00 | EVENT - TBD @ 22:00 OPEN SHOOTING IN KOMPLIQUE |
| 24:00 | |

MA_000058

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS
**Monday, Apr. 14**
EXCURSION - HAITI

| Time | Activity |
|---|---|
| 06:00 | EVENT - OUTSIDE DECKS<br>SUNRISE SHOOT (SR@ 6:23) |
| 07:00 | GET READY!<br>K SWIM |
| 08:00 | MEETING - 1720 @ 8:30<br>ACCOUNTABILITY / BREAKFAST OPUS |
| 09:00 | MEETING - 1720 @ 9:30<br>DEBARK SHIP |
| 10:00 – 15:00 | EVENT - PB @ 11:30<br>LABADEE |
| 16:00 | MEETING - LABADEE @ 15:30<br>TRANSPORT TO SHIP |
| 17:00 | MEETING - 1720 @ 16:30<br>ACCOUNTABILITY / INFORMATION |
| 18:00 – 19:00 | GET READY!<br>SHORT BLACK SHIRT, WHITE SHORTS |
| 20:00 | MEETING - 1720 @ 19:30<br>ACCOUNTABILITY / INFORMATION |
| 21:00 – 22:00 | EVENT - TBD @ 20:00 - 21:00<br>DINNER |
| 23:00 – 24:00 | EVENT - 1720 @ 22:00<br>TEAM SPLIT |

### OASIS OF THE SEAS
**Tuesday, Apr. 15**
EXCURSION - JAMAICA

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | GET READY!<br>LONG BLACK SHIRT, BLACK LEGGINGS |
| 12:00 | MEETING - 1720 @ 12:00<br>ACCOUNTABILITY / LUNCH |
| 13:00 | MEETING - 1720 @ 13:00<br>DEBARK SHIP |
| 14:00 – 16:00 | EVENT - FALMOUTH @ 13:30<br>PAINTBALL |
| 17:00 | MEETING - JAMIACA @ 17:30<br>TRANSPORT TO SHIP |
| 18:00 | MEETING - 1720 @ 18:30<br>ACCOUNTABILITY / INFORMATION |
| 19:00 | GET READY!<br>LONG WHITE SHIRT, BLACK SHORTS |
| 20:00 – 21:00 | EVENT - 1720 @ 20:30<br>TEAM CHALLENGE ll - TBA |
| 22:00 | DINNER |
| 23:00 – 24:00 | EVENT - 1740 @ 22"00<br>TEAM SPLIT |

MA_000059

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS
**Wednesday, Apr. 16**
SPORT / WINNER ANNOUNCED

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | |
| 12:00 | GET READY! WHITE TANK, BLACK SHORTS |
| 13:00 | MEETING - 1720 @ 13:00 ACCOUNTABILITY / LUNCH |
| 14:00 | EVENT - AQUA THEATER @ 13:45 INT BF COMPETITION |
| 15:00 | EVENT - SPORTS COURT @ 14:30 TEAM CHALLENGE IV - TBD |
| 16:00 | |
| 17:00 | GET READY! COCTAIL |
| 18:00 | |
| 19:00 | MEETING - 1720 @ 18:30 ACCOUNTABILITY / LUNCH |
| 20:00 | EVENT - CHEFS TABLE @ 19:30 DINNER |
| 21:00 | |
| 22:00 | - ANNOUNCE WINNER - |
| 23:00 | GET READY! KOMPLIQUE NIGHT DRESS |
| 24:00 | EVENT - 1740 @ 22:30 JAMES EVENT |

### OASIS OF THE SEAS
**Thursday, Apr. 17**
FREE DAY / DEBARK (UKRAINIAN)

| Time | Activity |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | FREE TIME |
| 09:00 | |
| 10:00 | |
| 11:00 | GET READY! SHORT BLACK SHIRT, WHITE SHORTS |
| 12:00 | MEETING - 1720 @ 12:00 ACCOUNTABILITY / LUNCH |
| 13:00 | EVENT - STATEROOM @ 13:00 PACK |
| 14:00 | MEETING - 1720 @ 14:30 ACCOUNTABILITY / LUNCH |
| 15:00 | EVENT - 1720 @ 15:00 UKRAINIANS DEARK SHIP |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | FREE TIME |
| 21:00 | |
| 22:00 | |
| 23:00 | |
| 24:00 | |

MA_000060

# THE EVENT 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### OASIS OF THE SEAS/COZUMEL
**Friday, Apr. 18**
FREE DAY

| Time | |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | |
| 09:00 | |
| 10:00 | |
| 11:00 | |
| 12:00 | |
| 13:00 | |
| 14:00 | |
| 15:00 | FREE TIME |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | |
| 21:00 | |
| 22:00 | |
| 23:00 | |
| 24:00 | |

### OASIS OF THE SEAS/COZUMEL
**Saturday, Apr. 19**
FREE DAY / DEBARK / TRAVEL

| Time | |
|---|---|
| 06:00 | GET READY! SHORT BLACK SHIRT, WHITE SHORTS |
| 07:00 | MEETING - 1720 @ 17:00 ACCOUNTABILITY / BREAKFAST |
| 08:00 | EVENT - 1720 @ 13:00 ALL OTHERS DEBARK SHIP |
| 09:00 | |
| 10:00 | MEETING - PORT OF MIAMI @ 10:00 ACCOUNTABILITY |
| 11:00 | EVENT - 1720 @ 11:00 TRANSPORTATION TO MIA (AIRPORT) |
| 12:00 | |
| 13:00 | |
| 14:00 | |
| 15:00 | |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | |
| 21:00 | |
| 22:00 | |
| 23:00 | |
| 24:00 | |

MA_000061

# THE **EVENT** 2014

KYIV | STOCKHOLM | BERLIN | MIAMI

## KOMPLIQUÉ PRÉSENCE MODEL FINALISTS

### COZUMEL
**Sunday, Apr. 20**
FREE DAY

| Time | |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | |
| 09:00 | |
| 10:00 | |
| 11:00 | |
| 12:00 | |
| 13:00 | |
| 14:00 | |
| 15:00 | FREE TIME |
| 16:00 | |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | |
| 21:00 | |
| 22:00 | |
| 23:00 | |
| 24:00 | |

### COZUMEL
**Monday, Apr. 21**
TRAVEL

| Time | |
|---|---|
| 06:00 | |
| 07:00 | |
| 08:00 | |
| 09:00 | FREE |
| 10:00 | |
| 11:00 | |
| 12:00 | |
| 13:00 | |
| 14:00 | GET READY! LONG BLACK SHIRT, BLACK LEGGINGS |
| 15:00 | MEETING - MAIN VILLA @ 15:00 ACCOUNTABILITY / BREAKFAST |
| 16:00 | EVENT - 1720 @ 15:30 TRANSPORTATION TO CUN (AIRPORT) |
| 17:00 | |
| 18:00 | |
| 19:00 | |
| 20:00 | |
| 21:00 | |
| 22:00 | |
| 23:00 | |
| 24:00 | |

MA_000062