| Form **8821** (Rev. April 2004) Department of the Treasury Internal Revenue Service | Tax Information Authorization ► Do not use this form to request a copy or transcript of your tax return. Instead, use Form 4506 or Form 4506-T. | OMB No. 1545-1165 For IRS Use Only Received by: Name _____ Telephone _____ Function _____ Date __/__/__ |

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on line 7.

| Taxpayer name(s) and address (type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| James Dayton Pieron<br>~~[redacted]~~<br>Zurich, Switzerland ~~[redacted]~~ | ███ : ██ : 2111 | |
| | Daytime telephone number<br>( ███ ) ███-2400 | Plan number (if applicable) |

**2 Appointee.** If you wish to name more than one appointee, attach a list to this form.

| Name and address | |
|---|---|
| Chris Werwega<br>~~[redacted]~~<br>Spring Hill, FL ~~[redacted]~~ | CAF No. ..........<br>Telephone No. ███-1198<br>Fax No. ███-1196<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line. Do not use Form 8821 to request copies of tax returns.

| (a)<br>Type of Tax<br>(Income, Employment, Excise, etc.)<br>or Civil Penalty | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s)<br>(see the instructions for line 3) | (d)<br>Specific Tax Matters (see instr.) |
|---|---|---|---|
| Income Tax | 1040, 1099, W-2's | 1998 - 2007 | Balance Due, Tax Liability |
| | | | |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions on page 3. If you check this box, skip lines 5 and 6 . ► ☐

**5 Disclosure of tax information** (you **must** check a box on line 5a or 5b unless the box on line 4 is checked):

a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☑

b If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . . ► ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed on line 3 above unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you **must** attach a copy of any authorizations you want to remain in effect **and** check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

To revoke this tax information authorization, see the instructions on page 3.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods on line 3 above.

► **IF NOT SIGNED AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

| [signature] | 08-JUL-08 | | |
|---|---|---|---|
| Signature | Date | Signature | Date |
| James Dayton Pieron | | | |
| Print Name | Title (if applicable) | Print Name | Title (if applicable) |
| ☐☐☐☐☐ PIN number for electronic signature | | ☐☐☐☐☐ PIN number for electronic signature | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.   Cat. No. 11596P   Form **8821** (Rev. 4-2004)

DEFENDANT'S EXHIBIT 1030 US v. PIERON

MA_000065