D Ex 1031.pdf

Open ▾