# FD758

PFG000310
026022

Jennifer Elwood

| | |
|---|---|
| **From:** | newaccounts@pfmail.com |
| **Sent:** | Monday, February 11, 2008 3:26 PM |
| **To:** | Jennifer Elwood; nsrt@jdfx.com; trevorc@popp.net; maryanne@folioadmin.com; ruby@folioadmin.com |
| **Subject:** | PFG New Live Forex Account |

Congratulations James D. Pieron.
Welcome to PFG, Inc. This e-mail is to confirm your new account has been opened, you will
find login details and account specific information below. Should you ever have any
questions regarding your account please feel free to contact customer support at
312-775-3572.

WEBSITE LOGIN:
Username: FD758
Password: fs33rt
URL: https://www.pfgforex.com

ACCOUNT INFORMATION:
Forex Account: FD758
JDFX Fund Ltd.
James D. Pieron
Usterist rass9
8001 Zurich, CH,
Switzerland
e-mail: nsrt@jdfx.com
Phone: 41434436900

Broker: (BF186) - UBS Diversified, LLC
POA:
IRA:
Letter of Direction:

FUNDING INFORMATION:
If you have not yet funded your account please click the link below in order to access our
account funding instructions:
https://www.pfgforex.com/ClientServices/FundingAccount.aspx

Foreign Exchange ("Forex") transactions entered into with PFG are not traded on an
exchange. Therefore, under the U.S. Bankruptcy Code, your funds may not receive the same
protections as funds used to margin or guarantee exchange-traded futures and options
contracts, which receive a priority in bankruptcy. Since that same priority has not been
given to funds used for off-exchange forex trading, if PFG becomes insolvent and you have
a claim for amounts deposited or profits earned on transactions with PFG, your claim may
not receive a priority. Without a priority, you are a general creditor and your claim will
be paid, along with the claims of other general creditors, from any monies still available
after priority claims are paid. Even customer funds that PFG keeps separate from its own
operating funds may not be safe from the claims of other general and priority creditors.

MANAGED ACCOUNT:
If you are a managed account customer or participating in an automated system you may
review your account via our online account access 24 hours per day through our website:
https://www.pfgforex.com
Select Client Area from the menu on the left-hand side of the page and when prompted
enter your Login ID and password as noted above.

SELF-DIRECTED TRADER:
If you are a self directed trader (Placing trades on your own without a system on Trading
manager you may access your account information through the webpage:
https://www.pfgforex.com/client

For further details, please visit our website: https://www.pfgforex.com

1

PFG000311
020025

FA495    FD756
FC179       757
FD753       758
FD754       864
FD755       865

## Account Application

- Please print in ink
- Do not type
- Designate N/A for those areas that do not apply

**Check Only One**

☐ Individual          ☐ Trust          ☐ General Partnership          ☐ Joint Tenants with Right of Survivorship
☐ Sole Proprietorship ☒ Corporation/LLC ☐ Limited Partnership          ☐ Joint Tenants in Common
☐ Pension Plan/IRA    ☐ Commodity Pool  ☐ Other _____

### ACCOUNT INFORMATION

Account Title: JDFX Fund Ltd

Account Mailing Address: Ustereistrasse 9, 8001 Zurich, CH Switzerland

Telephone number for account transaction information: +41 43 443 6900

E-mail Address: nsc+@jdfx.com

### CUSTOMER INFORMATION

This form is to be completed for each participant in the account, individually, jointly, by all general partners, and by the corporate officers authorized to make trading decisions for the account. For the purpose of this document the term "Customer" always refers to the entity or person(s) for which this Application has been made, regardless of legal description. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. In addition to the following information, we may also ask to see your driver's license or other identifying documents.

**Individual #1:**

Full Name: James D. Peron                                    Date of Birth: Oct. 1, 1969

Street Address: Universitätsstrasse 112                      Apartment/Suite: _____

City: Zurich   State: _____   Zip: 8006   Marital Status: S

Telephone: +41 43 443 6900   Soc. Sec. # or Tax ID#: ████ 2811

Number of Dependents: 0   Citizenship: U.S. Citizen ☒ Yes ☐ No. If no, what country? _____

Employer's Name: JDFX Technologies AG                        Years There: 4

Nature of Business: Software Development/IT   Position Held: CEO

Employer's Telephone: +41 43 443 6900   Employer's Address: Ustereistrasse 9, 8001 Zurich CH

If joint account, percentage of ownership: _____%

**Individual #2:**

Full Name: _____                                           Date of Birth: _____

Street Address: _____                                      Apartment/Suite: _____

City: _____   State: _____   Zip: _____   Marital Status: _____

Telephone: _____   Soc. Sec. # or Tax ID#: _____

Number of Dependents: _____   Citizenship: U.S. Citizen ☐ Yes ☐ No. If no, what country? _____

Employer's Name: _____                                     Years There: _____

Nature of Business: _____   Position Held: _____

Employer's Telephone: _____   Employer's Address: _____

If joint account, percentage of ownership: _____%

(Attach a copy of this page for additional individuals of this account.)

v2.0.0605

## Customer Agreement

The following confidential financial information is needed to open your account. Joint or Partnership Customers must provide combined financial information. For information on completing the following, see paragraph 24 of the Customer Agreement.

### ALL QUESTIONS MUST BE ANSWERED:

1. Annual Income (U.S. Dollars):
☑ Over $100,000
☐ $50,000 to $100,000
☐ $25,000 to $50,000
☐ If less than $25,000 - please complete the Net Income statement on page 37

2. Net Worth (excluding equity in home) (U.S. Dollars):
☑ Over $100,000
☐ $50,000 to $100,000
☐ $35,000 to $50,000 - please complete the Net Worth statement on page 37.
☐ Less than $35,000

3. Liquid Net Worth (U.S. Dollars):
☑ Over $50,000
☐ $30,000 to $50,000
☐ $15,000 to $30,000
☐ Less than $15,000

4. Have you ever declared bankruptcy? ☐ Yes ☑ No
(If yes, please provide a copy of your Order of Discharge)

5. Do you have or ever had any other account with PFG? ☐ Yes ☑ No
If yes, account number:

6. Are you now or were you ever an NFA, NASD, CFTC, or SEC member?
☐ Yes ☑ No    If yes, Reg. Status and Specialty:

7. Investment Experience - Must Check Yes or No
Stocks/Bonds        ☐ Yes ☑ No
Funds               ☑ Yes ☐ No
Commodities         ☐ Yes ☑ No
Options             ☐ Yes ☐ No

8. Is this a speculative or hedge account?  *Speculative*

9. Do you intend to trade security futures products ("SFP")?
☐ Yes (See SFP risk disclosure on page 21) ☑ No
If yes, what are you investment objectives/tolerance?

If your objective is to produce income, do you understand that there is risk of loss in trading these contracts? ☐ Yes ☐ No

10. Are you a "control person" or an "affiliate" of a public company as defined by SEC Rule 144? This would include, but not necessarily limited to, 10% shareholders, policymaking executives and members of the Board of Directors.
☐ Yes  Trading Symbol _____  ☑ No
Company Name:

11. Do you understand:
a) Futures Trading? ☑ Yes ☐ No
b) Risk of Loss     ☑ Yes ☐ No
c) PFG's Margin Policy ☑ Yes ☐ No

12. Principal Bank Reference
Bank: *JP Morgan Chase*
City/State: *New York, NY*

13. Does any other person, other than the account owner(s) have the authority to trade this account? ☐ Yes ☑ No
If yes, complete the Discretionary Account Documents.

14. Have you ever been party to an investigation, complaint or settlement with the NFA, CFTC, SEC, or other?
☐ Yes ☑ No
If yes, please explain:

15. Do you have a pending or have ever made a complaint regarding a past brokerage firm(s) futures or securities account?
☐ Yes ☑ No
If yes, please explain:

16. Do you require duplicate statements? ☐ Yes ☑ No
If yes, name and address:

17. PFG currently charges a postage and handling fee for each daily confirmation and monthly statement. If you do not wish to receive e-mail confirmations or statements check the box below.
☐ I decline e-mail confirmations and agree to pay the postage and handling fee.

The undersigned hereby attest(s) and agree(s) that the above information is complete and accurate and authorize(s) PFG to verify any or all of the foregoing information. The undersigned further verifies that the above information was completed in Customer's own handwriting.

X _____
Customer Signature

Print Name: *James Pierson*          Date: *2/9/07*

X _____
Customer Signature

Print Name _____         Date:

Peregrine Financial Group
190 S. LaSalle Street
7th Floor
Chicago, IL 60603

To:     The New Accounts Department

     Please be advised that our corporate account is being traded with corporate
funds only.  We also do not solicit customer funds.

24/9/07
Date

James   Pieron
Print Name

Signature

Print Name

Signature

PFG000314
028026

07 Jul 2009 20:03     JDFX                                                          p.3

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** | |
|---|---|---|
| (Rev. February 2006) | ▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions. | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do not use this form for:**                                                                                           Instead, use Form:
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . W-8ECI or W-8EXP
- **Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
- **Note:** *See instructions for additional exceptions.*

## Part I    Identification of Beneficial Owner (See instructions.)

| 1 | Name of individual or organization that is the beneficial owner | | | | 2 | Country of incorporation or organization |
|---|---|---|---|---|---|---|
| | James Pieron | | | | | Switzerland |

3 Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
Universitaetstrasse 112

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| CH-8006, Zurich | Switzerland |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions) | 7 Foreign tax identifying number, if any (optional) |
|---|---|
| ☐ SSN or ITIN  ☐ EIN | |

8 Reference number(s) (see instructions)

## Part II    Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):
a ☑ The beneficial owner is a resident of _____Switzerland_____ within the meaning of the income tax treaty between the United States and that country.
b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____% rate of withholding on (specify type of income): _____
Explain the reasons the beneficial owner meets the terms of the treaty article: _____

## Part III    Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

Sign Here ▶  _____   7-11-09   _____
Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY)   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)
Printed on Recycled Paper

RECEIVED 07-07-'09 13:56   FROM-                    TO-   PFGBEST.COM                P003/004

PFG000315
PFG02002



PFG000316
028028

**Monthly Account Statement**

Individual
James D. Pieron
Usteristrass 9
Zurich 8001
Switzerland



2010-12

Introduced by: UBS Diversified, LLC
Broker code: 328
Account type: Investor
Account number: FD758

## Account Balances

USD

| Beginning Balance | Commissions | Fees | Profit/Loss | Roll Charges | Wires and Checks | Journal Entries |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Ending Balance | Pending Wires | OTE | Security on Deposit | Liq Value | Margin Amount | Margin Excess |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

PFG000317
026029

Monthly Account Statement 

James D. Pieron JDFX Fund Ltd.

8001 Zurich, CH
Switzerland

Trading Session Date: 01-Sep-2008
To 30-Sep-2008

FD758

### ACCOUNT BALANCE SUMMARY

| As Of | 30-Sep-2008 | | USD |
|---|---|---|---|
| Beginning Balance | | 0.00 | USD |
| Commissions | | 0.00 | USD |
| NFA Fees | | 0.00 | USD |
| Total PNL | | 0.00 | USD |
| Roll Charges | | 0.00 | USD |
| Wires And Checks | | 0.00 | USD |
| Journal Entries | | 0.00 | USD |
| Ending Balance | | 0.00 | USD |
| Open Trade Equity | | 0.00 | USD |
| Liquidation Value | | 0.00 | USD |
| Margin Amount | | 0.00 | USD |
| Margin Excess | | 0.00 | USD |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

PFG000318
026030

# FD864

PFG000326

-----Original Message-----
From: James Pieron [mailto:james.pieron@jdfx.com]
Sent: Tuesday, July 07, 2009 2:16 PM
To: Bruce Pollack
Subject: RE: James Pieron

Already faxed everything except the "own funds letter".  Do you have a template for that?

Thanks,
JP.

From: Bruce Pollack [bpollack@pfgbest.com]
Sent: Tuesday, July 07, 2009 3:11 PM
To: Meredith Parizek; James Pieron
Cc: Nolan Schiff; Wendy Swarens
Subject: RE: James Pieron

James,

Can you provide Meredith with the following?

Meredith,

You can use sales code 181.

Thanks,
Bruce

[cid:image001.gif@01C9FF0B.A090D820]
Bruce Pollack, Vice President Forex Division 190 S. LaSalle St., 7th Floor Chicago, IL  60603
312-775-3486 | 312-775-3095 fax
[cid:image002.gif@01C9FF0B.A090D820]

From: Meredith Parizek
Sent: Tuesday, July 07, 2009 1:54 PM
To: Bruce Pollack
Subject: James Pieron

Bruce,

To open the account for James Pieron, I will need:

Photo ID
W8
Sales code
Own Funds letter
What is his job?

Thank you!

[cid:image001.gif@01C9FF0B.A090D820]
Meredith Parizek, New Accounts Department
3812 Cedar Heights Drive
Cedar Falls, IA 50613
319-277-5240 | 319-277-0880 fax
[cid:image002.gif@01C9FF0B.A090D820]

2

PFG000497
026209

I am using the Free version of SPAMfighter<http://www.spamfighter.com/len>.
We are a community of 6 million users fighting spam.
SPAMfighter has removed 7363 of my spam emails to date.
The Professional version does not have this message.

--
I am using the free version of SPAMfighter.
We are a community of 6 million users fighting spam.
SPAMfighter has removed 7363 of my spam emails to date.
Get the free SPAMfighter here: http://www.spamfighter.com/len

The Professional version does not have this message

3

APPLICATIONÀHÃ.@,,
NOTEXTPAGE

PFG000499
026211

Peregrine Financial Group, Inc. – New Accounts                                    Page 1 of 2

---

## \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GMI Search | Notes | Trading | Last 250 Signed | Last 100 |
|--------|-----------|------------|------------|-------|---------|-----------------|----------|

| Traders Challenge: | Not Linked to Accounts | Linked to Accounts |
|---|---|---|

### Information

Account Reference: 20090707PIEJAM911954

Printer Friendly Version

**Account Information**

| | |
|---|---|
| Date Submitted: | 7/7/2009 1:38:56 PM |
| IP address: | 84.253.16.150 |
| Office - Account Number: | F - FQ552 |
| update | |
| Broker: | Bruce Pollack |
| Account Doc. Version: | v 2.0.0508 |
| Account Type: | Individual, Speculative |
| Trade FOREX: | yes |
| Managed Account: | no |
| Trading System Used: | no |
| Account Name: | James Pieron |
| Account Address: | Universitaetsstrasse 112 Zurich, Non-U.S. 8006 |
| Account Phone: | +41763622400 |
| Account Email: | jp@jdfx.com |
| Email Statements: | Yes |

**Customer Information**

| | |
|---|---|
| Name: | Mr. James Pieron |
| DOB: | 10/1/1969 |
| Address: | Universitaetsstrasse 112 Zurich, Non-U.S. 8006 |
| Home Phone: | +41763622400 |
| Work Phone: | none given |
| Cell Phone: | none given |
| U.S. Citizen: | no |
| Country: | Switzerland |
| Social Security #: | The SSID |
| Marital Status: | single |
| # of Dependants: | 0 |
| Employer: | JDFX |
| Years there: | 7 |
| Nature of Business: | FX |
| Position Held: | CEO |
| Employer Telephone: | +41763622400 |
| Employer Address: | Usteristrasse 9 CH-8001 Zurich |

**Financial Information**

| | |
|---|---|
| Annual Income: | over $100,000 |
| Net Worth: | over $100,000 |
| Liquid Net Worth: | over $50,000 |
| Have you ever declared bankruptcy? | no |
| Other PFG Accounts: | no |
| NFA, NASD, CFTC, or NFA member: | no |
| Previous Experience | |
| Stocks/Bonds: | no |
| Commodities: | no |
| Options: | no |

---

PFG000500

Peregrine Financial Group, Inc. - New Accounts

| | |
|---|---|
| Mutual Funds: | no |
| FOREX: | yes |
| | |
| Investment Objective: | Speculation |
| Understand Risk of Loss: | yes |
| Control Person (SEC Rule 144): | no |
| Company Name: | |
| Trading Symbol: | |
| | |
| Principal Bank Reference: | Karin Barmettler, UBS , Zurich |

Have you ever been party to an investigation, complaint, or settlement with the NFA, CFTC, SEC, or other?
no
Do you have a pending complaint, or have you ever made a complaint, regarding a past commodity futures or securities account?
no

*Additional Documents*

I have read the following Documents:

*Risk Disclosure*

| | |
|---|---|
| Customer Agreement: | I agree to all of the terms of the Customer Agreement. |
| Foreign Currency Transaction Notice: | I agree to all of the terms of the Foreign Currency Transaction Notice. |
| Jurisdiction and Venue Provisions: | I agree to all of the terms of the Jurisdiction and Venue Provisions. |
| Risk Disclosure: | I understand the Risk Disclosure. |
| SFP Disclosure: | I understand the SFP Disclosure. |

e-sign: James Pieron
date: 07/07/2009

Additional Info [show/hide]:

*Contact the Webmaster*

© 2009 PFG, Inc.

PFG000501

APPLICATIONÀHÄ.@..
NOTEXTPAGE

PFG000502
028214

Peregrine Financial Group, Inc. – New Accounts

Page 1 of 2

## \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GMI Search | Notes | Tracking | Last 250 Signed | Last 100 |
|---|---|---|---|---|---|---|---|

| Traders Challenge: | Not Linked to Accounts | Linked to Accounts |
|---|---|---|

### Checklist For: 20090707PIEJAM911954

**Office: F**      **Account: FQ562**

Account Title: James Pieron

Account Type: Individual, Speculative

Broker: Bruce Pollack

Sales Series: 181

RT Comm: FX

Managed Account: no

Managed By:

### CDC Check

Name: Stacey Magneson

Date: 7/8/2009

### NFA Check:

Name:

Date:

yes ◯ no ◉

If yes:

### Final Reviews:

New Accounts Associate: Angelica Ernst

Date: 7/10/2009

### Statement Setup Beta:

*Submit Customer to Statements Systems »*

BOSS: Not Submitted

Statements: Not Submitted

NOTE: Only accounts administered before 9/17/2008 will show an accurate response. Accounts administered before that time could have been submitted but may not show an accurate status.

### Manager Approval:

New Accounts Manager:

Date:

DSFP:

Date:

[ Update ]

7/10/2009

PFG000503

Peregrine Financial Group, Inc. - New Accounts

Contact the Webmaster

© 2009 PFG, Inc.

PFG000504

APPLICATIONÀHÄ¸@¸¸
  NOTEXTPAGE

PFG000505
028217



APPLICATIONÀHÄ¸@¸¸
NOTEXTPAGE

PFG000507
026279

Peregrine Financial Group, Inc. - New Accounts                                    Page 1 of 2

## \\ PFG New Accounts - Friday, July 10, 2009

| Lookup | Checklist | Cust. Info | GMI Search | Notes | Tracking | Last 250 Signed | Last 100 |

| Traders Challenge: | Not Linked to Accounts | Linked to Accounts |

### Notes for: 20090707PIEJAM911954

**Add a Note:**

[                                                                    ]

[ Add Note ]

---

**7/10/2009 2:31:36 PM**

Financial Technology.

Thanks,
JP.

/mp

---

**7/10/2009 2:13:34 PM**

REceived ID
/mp

---

**7/9/2009 12:10:44 PM**

I have received the W8 and a very bad copy of the
ID. Please have him resend the ID, and I still
need to know what his job is?
/mp

---

**7/9/2009 12:09:35 PM**

Received W8
/mp

---

**7/8/2009 12:27:37 PM**

Received OFL
/mp

---

**7/7/2009 2:17:40 PM**

You can use sales code 181.


Thanks,

Bruce


/mp

---

**7/7/2009 1:54:10 PM**

PFG000508

Peregrine Financial Group, Inc. - New Accounts                              Page 2 of 2

Bruce,

To open the account for James Pieron, I will need:

Photo ID
W8
Sales code
Own Funds letter
What is his job?

/mp

**7/7/2009 1:51:57 PM**

In sales with account with UBS Diversified/mp

_Contact the Webmaster_

© 2009 PFG, Inc.

PFG000509

APPLICATIONÀHÄ¸@¸¸
 NOTEXTPAGE

PFG000510
026222

Peregrine Financial Group
190 S. LaSalle Street 7th Floor
Chicago, IL 60603


To:     The New Accounts Department


        This letter will confirm that I/we do not solicit any customer funds. I/we are
using our own funds to trade this account.


7-JUL-09
_____
Date

JAMES   PIERON
_____
Print Name

_____
Signature


JAMES   PIERON
_____
Print Name

_____
Signature


ATTN: MEREDITH PARIZEK
CID: 20090707PIEJAM911954

APPLICATIONÀHĂ,@,,
NOTEXTPAGE

PFG000512

ATTN: BRUCE POLLACK

FROM: JAMES PIERON (JDFX)


# PAGES:   4

RECEIVED 07-07-'09 13:56   FROM-               TO-   PFGBEST.COM            P001/004

PFG000513
020225

**Monthly Account Statement**



Individual
James Pieron
Universitaetstrasse 112
Zurich 8006
Switzerland

2009-11

Self-Directed Account (Sales Code 181)

FQ562JDFX

## Account Balances
### USD

| Beginning Balance | Commissions | Fees | Profit/Loss | Roll Charges | Wires and Checks |
|---|---|---|---|---|---|
| 50,000.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Ending Balance | OTE | Security on Deposit | Liq Value | Margin Amount | Margin Excess | Journal Entries |
|---|---|---|---|---|---|---|
| 50,000.03 | 0.00 | 0.00 | 50,000.03 | 0.00 | 50,000.03 | 0.00 |

Please report any errors or irregularities immediately to 312-775-3450. The failure to immediately advise Peregrine Financial Group ("PFG"), of any such errors or irregularities will be deemed your agreement that this statement is correct and has been ratified. Compensation for foreign exchange transactions may include rebates, markups and/or commission paid to your broker. For further information regarding compensation paid to your broker, please contact PFG.

PFG000551

**Account Application**

• Please print in ink     • Do not type     • Designate N/A for those areas that do not apply

**Check Only One**

☐ Individual     ☐ Trust     ☐ General Partnership     ☐ Joint Tenants with Right of Survivorship

☐ Sole Proprietorship     ☑ Corporation/LLC     ☐ Limited Partnership     ☐ Joint Tenants in Common

☐ Pension Plan/IRA     ☐ Commodity Pool     ☐ Other _____

**ACCOUNT INFORMATION**

Account Title: _IR Technologies Inc._

Account Mailing Address: _2625 Denison Dr. Suite A, Mt. Pleasant, MI 48858_

Telephone number for account transaction information: _989-774-7589_

E-mail Address: _____

**CUSTOMER INFORMATION**

This form is to be completed for each participant in the account, individually, jointly, by all general partners, and by the corporate officers authorized to make trading decisions for the account. For the purpose of this document the term "Customer" always refers to the entity or person(s) for which this Application has been made, regardless of legal description. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. In addition to the following information, we may also ask to see your driver's license or other identifying documents.

**Individual #1:**

Full Name: _James Pieron_     Date of Birth: _10/1/69_

Street Address: ▓▓▓▓▓▓▓     Apartment/Suite: _____

City: _Mt Pleasant_ State: _MI_     Zip: _48858_     Marital Status: _Single_

Telephone: _989-774-7593_     Soc. Sec. # or Tax ID#: ▓▓▓▓-2111

Number of Dependents: _0_     Citizenship: U.S. Citizen ☑ Yes ☐ No. If no, what country? _____

Employer's Name: _IR Technologies Inc_     Years There: _25_

Nature of Business: _Software Development_     Position Held: _CEO_

Employer's Telephone: _989-774-7589_     Employer's Address: ▓▓▓▓▓▓▓▓ _Mt Pleasant MI 48858_

If joint account, percentage of ownership: _____ %

**Individual #2:**

Full Name: _____     Date of Birth: _____

Street Address: _____     Apartment/Suite: _____

City: _____ State: _____     Zip: _____     Marital Status: _____

Telephone: _____     Soc. Sec. # or Tax ID#: _____

Number of Dependents: _____ Citizenship: U.S. Citizen ☐ Yes ☐ No. If no, what country? _____

Employer's Name: _____     Years There: _____

Nature of Business: _____     Position Held: _____

Employer's Telephone: _____     Employer's Address: _____

If joint account, percentage of ownership: _____ %

(Attach a copy of this page for additional individuals of this account.)

v2.0.0508

3

## Customer Agreement

The following confidential financial information is needed to open your account. Joint or Partnership Customers must provide combined financial information. For information on completing the following, see paragraph 24 of the Customer Agreement.

### ALL QUESTIONS MUST BE ANSWERED.

1. Annual Income (U.S. Dollars):
☑ Over $100,000
☐ $50,000 to $100,000
☐ $25,000 to $50,000
☐ If less than $25,000 - please complete the Additional Risk Disclosure statement on page 37

2. Net Worth (excluding equity in home) (U.S. Dollars):
☑ Over $100,000
☐ $50,000 to $100,000
☐ $25,000 to $50,000 - please complete the Additional Risk Disclosure statement on page 37
☐ Less than $35,000

3. Liquid Net Worth (U.S. Dollars):
☑ Over $50,000
☐ $40,000 to $50,000
☐ $15,000 to $30,000
☐ Less than $15,000

4. Have you ever declared bankruptcy? ☐ Yes ☑ No
If yes, please provide a copy of your Order of Discharge

5. Do you have or ever had any other account with PFG? ☑ Yes ☐ No
If yes, account number: __FGS6___

6. Are you now or were you ever an NFA, NASD, CFTC or SEC member?
☐ Yes ☑ No   If yes, Reg. Status and Sponsor:_____

7. Investment Experience   Must Check Yes or No
Stocks/Bonds      ☑ Yes ☐ No
Funds             ☑ Yes ☐ No
Commodities       ☑ Yes ☐ No
Options           ☑ Yes ☐ No

8. What type of account are you opening? (Must check one)
☑ Speculative account      ☐ Hedge account

9. Do you intend to trade security futures products ("SFP")?
☐ Yes (See SFP disclosure on page 21) ☑ No
If yes, what are your investment objective/risk tolerance?
_____
If your objective is to produce income, do you understand that there is risk of loss in trading these contracts? ☐ Yes ☐ No

10. Are you a "control person" or an "affiliate" of a public company as defined by SEC Rule 144? This would include but not necessarily limited to 10% shareholders, policy-making executives and members of the Board of Directors.
☐ Yes  Trading Symbol_____ ☑ No
Company Name_____

11. Do you understand:
a) Futures Trading         ☑ Yes ☐ No
b) Risk of Loss            ☑ Yes ☐ No
c) PFG's Margin Policy     ☑ Yes ☐ No
d) Foreign Exchange Trading ☑ Yes ☐ No

12. Principal Bank Reference
Branch ___National City Bank___
City/State ___Mt. Pleasant, MI___

13. Does any other person, other than the account owner(s) have the authority to trade this account? ☐ Yes ☐ No
If yes, complete the Discretionary Account Documents.

14. Have you ever been party to an investigation, complaint or settlement with the NFA, CFTC, SEC, or other?
☐ Yes ☑ No
If yes, please explain _____
_____
_____

15. Do you have a pending or have ever made a complaint regarding a past commodity futures or securities account?
☐ Yes ☑ No
If yes, please explain:_____
_____
_____

16. Do you require duplicate statements? ☐ Yes ☑ No
If yes, name and address:_____

17. PFG currently charges a postage and handling fee for each daily confirmation and monthly statement. If you do not wish to receive e-mail confirmations or statements check the box below.
☐ I decline e-mail confirmations and agree to pay the postage and handling fee.

18. I am working with the following person and/or office:
_____

The undersigned hereby attest(s) and agree(s) that the above information is complete and accurate and authorize(s) PFG to verify any or all of the foregoing information. The undersigned further verifies that the above information was completed in Customer's own handwriting.

X _____
Customer Signature

Print Name___James Pierce___                         Date___9/16/09___

X _____
Customer Signature

Print Name_____                                    Date_____
v.2.04.0508

4

**Customer Agreement**

### Social Security or Tax ID Certification

This section must be completed for all accounts.

The Social Security or Tax Identification number for this account will be: ~~22687~~

Do you consider this account taxable in the United States? ☒ Yes ☐ No.

Under penalties of perjury, I certify (1) the number shown on this form is the correct Social Security or Taxpayer Identification number and (2) the ownership, or beneficiary, of this account is not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code.

X _James P._

Customer Signature

Print Name ___James Pierson___                    Date ___9/16/09___

### Hedging Agreement

Unless specified in writing to the contrary, PFG is hereby notified that all transactions effected for the undersigned's account and all positions taken in this account in the commodities set out below will be bona fide hedging transactions and positions as defined in Section 4a(3) of the Commodity Exchange Act, as amended, and Regulation 1.3(z) promulgated thereunder by the Commodity Futures Trading Commission ("CFTC"). Commodities that will be traded in an opening short or long position are designated:

_____

_____

_____

The regulations of the CFTC require PFG to provide each hedge Customer the opportunity to issue instructions to liquidate or not liquidate all hedging positions in the unlikely event that PFG becomes bankrupt.

Customer elects: ☐ to liquidate ☐ not to liquidate all Customer's hedging positions in the event of PFG's bankruptcy. If neither box is checked, Customer will be deemed to have chosen to have all Customer's hedging positions liquidated if PFG becomes bankrupt.

The undersigned agrees that all transactions and positions executed or carried in this account will be consistent with the above provisions and interpretations thereof. The undersigned also agrees that it is not the responsibility of PFG to determine if transactions in this account qualify as bona fide hedges. The undersigned also agrees that their purpose to hedge is economically appropriate to the reduction of risk in the conduct and management of Customer's commercial enterprise.

(Attach a copy of this page for additional signatures.)

X _____

Customer Signature

Print Name _____          Date _____

X _____

Customer Signature

Print Name _____          Date _____

14

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 1 of 19

**Allison Vaala**

| | |
|---|---|
| **From:** | James Mason [jdmason321@gmail.com] |
| **Sent:** | Monday, September 28, 2009 6:48 AM |
| **To:** | Allison Vaala |
| **Subject:** | [SPAM] - RE: [SPAM] - RE: IB Technologies acct (emails blocked) - Embedded GIF - Embedded GIF |

No worries.  Our emails seem to be acting up.  The temp. email is statements@jdfx.com.

Please let me know if you need anything else, and that you've received this... ☺

Thanks
James

From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Monday, September 28, 2009 07:05
To: James Mason
Subject: RE: [SPAM] - RE: IB Technologies acct (emails blocked) - Embedded GIF

Sorry for any inconvenience. I was out of the office Friday. You must not have gotten my previous message. I just need an email address to open the account.

Thank you!

Allison Vaala, New Accounts Department
One Peregrine Way
Cedar Falls, IA 50613
319-553-2136 | 319-277-0880 fax
**PFG ◆ BEST**

From: James Mason [mailto:jdmason321@gmail.com]
Sent: Friday, September 25, 2009 11:54 AM
To: Amanda Murphy; Allison Vaala
Subject: [SPAM] - RE: IB Technologies acct (emails blocked) - Embedded GIF

Hello Amanda/Allison,

Thank you for the update...

Our sys admin has informed me that our emails (james.mason@jdfx.com) are being blocked by PFG, can you please forward this to your IT guys?

Port 25 did not respond on server mail.pfgbest.com. Unless the SMTP port has been changed on server mail.pfgbest.com, mail flow problems will occur.

Thank You,
James

9/28/2009                                                              PFG000607

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 2 of 19



**James Mason**
Head of Client On-Boarding
& Client Services
**mobile** +1 810 844 3443
**tel**    +1 989 774 7589
**fax**    +1 989 774 2416
**email**  james.mason@jdfx.com
**web**    www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

**From:** Amanda Murphy [mailto:amurphy@pfgbest.com]
**Sent:** Friday, September 25, 2009 12:36
**To:** jdmason321@gmail.com; Allison Vaala
**Subject:** Re: [SPAM] - RE: IB Technologies acct - Embedded GIF

James,

I asked this to be open in 2AN.  Your other sales code is for self directed business, if you change your business model.

Allison, did you open this account for james?

Amanda
Sent from blackberry

----- Original Message -----
From: James Mason <jdmason321@gmail.com>
To: Amanda Murphy; Allison Vaala
Sent: Fri Sep 25 11:24:32 2009
Subject: [SPAM] - RE: IB Technologies acct - Embedded GIF

Hello Amanda/Allison,


For some reason the last few mails I've sent you have bounced back, so I'm now trying from my gmail acct...


I'm wondering why we have to diff. sales codes?


The temp. email for statements will be statements@jdfx.com.


Please let me when the acct. is opened and ready to be funded, and that you've received this.


Thanks!

9/28/2009

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 3 of 19

James

From: James Mason
Sent: Wednesday, September 23, 2009 11:45
To: 'Amanda Murphy'; Allison Vaala
Subject: RE IB Technologies acct

Hi Amanda.

Can you please explain what the sales code is, and why we have 2?

Thanks

James

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel      +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web     <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

From: Amanda Murphy [mailto:amurphy@pfgbest.com]
Sent: Wednesday, September 23, 2009 11:32
To: Allison Vaala; James Mason
Subject: RE: IB Technologies acct

Allison,

Please open in 2AN

9/28/2009

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 4 of 19

Amanda Murphy, Business Development, Institutional Sales
190 S. LaSalle St., 7th Floor
Chicago, IL 60603
866-231-0101  312-775-3595

312-775-3095 fax

From: Allison Vaala
Sent: Wednesday, September 23, 2009 9:23 AM
To: James Mason
Cc: Amanda Murphy
Subject: RE: IB Technologies acct

I see that you have two Meta Trader Sales codes 21O and 2AN. Please let me know which one you plan to use.

Allison Vaala, New Accounts Department

One Peregrine Way

Cedar Falls, IA 50613

319-553-2136 | 319-277-0880 fax

From: James Mason [mailto:james.mason@idfx.com]
Sent: Wednesday, September 23, 2009 9:03 AM
To: Allison Vaala
Subject: RE: IB Technologies acct

This is a forex acct.

Sales code?

James Mason

9/28/2009

PFG000610
026322

PFG000611

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel   +1 989 774 7589
fax   +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web   <http://www.jdfx.com/> www.jdfx.com


This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.


From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Wednesday, September 23, 2009 09:53
To: James Mason
Subject: RE: IB Technologies acct


I still have not received the full set of articles. Is this a futures or forex account? I will need:


Sales code

If futures I will also need office and commissions.


Thanks!



Allison Vaala, New Accounts Department

One Peregrine Way

Cedar Falls. IA 50613

319-553-2136 | 319-277-0880 fax



——--

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Wednesday, September 23, 2009 8:31 AM
To: Allison Vaala
Subject: RE: IB Technologies acct

PFG000612
626324

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                         Page 6 of 19

Hi Allison,

Ok, the personal guarantee is attached.

Please let me know if you need anything else.

Thanks!


James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel      +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web     <http://www.jdfx.com/> www.jdfx.com


This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.


From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Monday, September 21, 2009 11:08
To: James Mason
Subject: RE: IB Technologies acct


Signing the personal guarantee is part of opening the account. In order to open the account, it will need to be signed.


Thank you!


Allison Vaala, New Accounts Department

One Peregrine Way

Cedar Falls, IA 50613


9/28/2009

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF

319-553-2136 | 319-277-0880 fax

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Monday, September 21, 2009 10:04 AM
To: Allison Vaala
Subject: RE: IB Technologies acct
Importance: High

Hi Allison,

I've attached pg 3 and the corp. funds pg.

James is not comfortable with signing a personal guarantee.

Thanks

James

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel      +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web    <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Friday, September 18, 2009 08:25
To: James Mason
Subject: RE: IB Technologies acct

9/28/2009

PFG000614

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 8 of 19

Here is a copy of it that he will need to sign.

Thanks!

Allison Vaala, New Accounts Department

One Peregrine Way

Cedar Falls, IA 50613

319-553-2136 | 319-277-0880 fax

—— -

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Thursday, September 17, 2009 6:09 PM
To: Allison Vaala
Subject: Re: IB Technologies acct

What is a corporate own funds letter?

Regards

James

Sent from my iPhone

On Sep 17, 2009, at 9:42, "Allison Vaala" <avaala@pfgbest.com> wrote:

Page 3 and 34 are still missing. You will also need a corporate own funds letter and a full set of articles to open the account.

Thanks!

<image002.gif>

Allison Vaala, New Accounts Department

One Peregrine Way

Cedar Falls, IA 50613

319-553-2136 | 319-277-0880 fax

9/28/2009

PFG000615
026327

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 9 of 19

<image003.gif>

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Wednesday, September 16, 2009 7:05 PM
To: Allison Vaala
Subject: RE: IB Technologies acct
Importance: High

Hi Allison,

I've attached the pages you required me to fill out for a new corporate acct. (3, 4, 13, 14, 16, 32 or 33, 34, & 37)

Please let me know if you need anything else.

Thanks!

<image005.gif>

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel     +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web     <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Wednesday, September 16, 2009 16:18
To: James Mason
Subject: RE: IB Technologies acct

Hi James,

9/28/2009                                                          PFG000616
                                                                  026328

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 10 of 19

Any documents for the account need to be filled out/signed by the client. Which documents were you wondering about?

<image002.gif>

Allison Vaala, New Accounts Department

One Peregrine Way

Cedar Falls, IA 50613

319-553-2136 | 319-277-0880 fax

<image003.gif>

—————

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Friday, September 11, 2009 1:57 PM
To: Allison Vaala
Subject: RE: IB Technologies acct

Ok. Can you please send me a copy of his acct app, so I have info to go off of?

Thanks

<image005 gif>

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel      +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web    <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Friday, September 11, 2009 14:39
To: James Mason

9/28/2009

Subject: RE: IB Technologies acct


For tax purposes we are unable to do that. He will need to fill out new corporate account documents.


Thanks!


<image002.gif>

Allison Vaala, New Accounts Department

3812 Cedar Heights Drive

Cedar Falls, IA 50613

319-277-5240 | 319-277-0880 fax

<image003.gif>

———·

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Friday, September 11, 2009 1:36 PM
To: Allison Vaala
Subject: RE: IB Technologies acct


Is it possible to transfer/update James existing acct (FQ562) into a corporate acct?


Thanks


<image005.gif>

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel     +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web     <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

9/28/2009                                                          PFG000618

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 12 of 19

From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Friday, September 11, 2009 14:11
To: James Mason
Subject: RE: IB Technologies acct

3, 4, 13, 14. 16, 32 or 33, 34. He will also need a corporate own funds letter and full set of articles. Also it wouldn't hurt to fill out page 37, the additional risk disclosure, in case they need to do it later.

<image002.gif>

Allison Vaala, New Accounts Department

3812 Cedar Heights Drive

Cedar Falls. IA 50613

319-277-5240 | 319-277-0880 fax

<image003.gif>

--------

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Friday, September 11, 2009 12:50 PM
To: Allison Vaala
Subject: RE: IB Technologies acct

Hello Allison,

Can you please send me the app. to open a new corporate acct?

Thanks

<image005.gif>

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel     +1 989 774 7589
fax    +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

9/28/2009

PFG000 619

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 13 of 19

web     <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Friday, September 11, 2009 13:48
To: James Mason
Cc: Meredith Parizek
Subject: RE: IB Technologies acct

If you need a new corporate account, new paperwork needs to filled out. Also Meredith no longer works for PFG. You can
either mail I or newaccounts@pfgbest.com.

Thanks!

<image002.gif>

Allison Vaala, New Accounts Department

3812 Cedar Heights Drive

Cedar Falls, IA 50613

319-277-5240 | 319-277-0880 fax

<image003.gif>

——

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Thursday, September 10, 2009 10:39 AM
To: Allison Vaala
Cc: Meredith Parizek
Subject: RE: IB Technologies acct

Hello Allison,

We need a new corporate account setup under IB Technologies Inc.

Thank You,

9/28/2009

PFG000620

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 14 of 19

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel      +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web    <http://www.jdfx.com/> www.jdfx.com


This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.


From: Allison Vaala [mailto:avaala@pfgbest.com]
Sent: Thursday, September 10, 2009 11:21
To: James Mason
Subject: RE: IB Technologies acct


We already have an account open for James Pieron. The account number is FQ562.


Thanks!




From: New Accounts
Sent: Wednesday, September 09, 2009 3:36 PM
To: Allison Vaala
Subject: FW: IB Technologies acct


Look at Meredith's sent emails and see if you can find the info below.


Thanks,


<image002.gif>

Tara Kane, New Accounts Department

3812 Cedar Heights Drive

Cedar Falls. IA 50613


9/28/2009                                                        PFG000621

319-277-5240 . 319-277-0880 fax
<image006.gif>

---

From: James Mason [mailto:james.mason@jdfx.com]
Sent: Wednesday, September 09, 2009 2:38 PM
To: Meredith Parizek
Subject: IB Technologies acct

Hello Meredith,

I will be handling the account opening for IB Technologies Inc.  Please let me know what you need?

FYI: We are a FOREX software development company.

Thank You,

James Mason

Head of Client On-Boarding

& Client Services

mobile +1 810 844 3443
tel      +1 989 774 7589
fax     +1 989 774 2416
email   <mailto:james.mason@jdfx.com> james.mason@jdfx.com

web    <http://www.jdfx.com/> www.jdfx.com

This e-mail contains confidential information from JDFX
- intended only for the use of designated recipient(s). If you received this message
in error - law prohibits any unauthorized use, reproduction, or distribution.

---

From: Meredith Parizek [mparizek@pfgbest.com]
Sent: Friday, July 10, 2009 3:11 PM
To: James Pieron; Bruce Pollack
Cc: Christine Phillips
Subject: RE: James Pieron

James,

9/28/2009

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF                    Page 16 of 19

What industry is your company in?

Thank you!

<image002.gif>

Meredith Parizek, New Accounts Department

3812 Cedar Heights Drive

Cedar Falls. IA 50613

319-277-5240 | 319-277-0880 fax

<image003.gif>

---

From: James Pieron [mailto:james.pieron@jdfx.com]
Sent: Friday, July 10, 2009 1:52 PM
To: Bruce Pollack
Cc: Meredith Parizek; Christine Phillips
Subject: RE: James Pieron

Hi Bruce,

Job title is CEO.   Concerning the photo ID, today is our last day in Switzerland and the FAX machine is already gone!  Everything has/is moving to Mt. Pleasant (Michigan) and Chicago.  Starting July 20, we will be operating in the US full time and I can hand deliver any additional docs you need then.

Thanks,

James

Christine, if you have my passport on file (PDF), send via a <reply to all>.  thanks, JP.

---

From: Bruce Pollack [bpollack@pfgbest.com]
Sent: Friday, July 10, 2009 2:39 PM
To: James Pieron
Cc: Meredith Parizek
Subject: RE: James Pieron

James -- what is an appropriate job title for you and can you resend the photo ID?

Bruce

<image002.gif>

Bruce Pollack, Vice President Forex Division

190 S. LaSalle St., 7th Floor

Chicago, IL  60603
312-775-3486 | 312-775-3095 fax

<image003.gif>

----- -

From: Meredith Parizek
Sent: Thursday, July 09, 2009 12:11 PM
To: Bruce Pollack
Subject: RE: James Pieron

I have received the W8 and a very bad copy of the ID.  Please have him resend the ID, and I still need to know what his job is?

Thank you!

<image002.gif>

Meredith Parizek, New Accounts Department

3812 Cedar Heights Drive

Cedar Falls, IA 50613

319-277-5240 | 319-277-0880 fax

<image003.gif>

----- -

From: Bruce Pollack
Sent: Tuesday, July 07, 2009 2:12 PM
To: Meredith Parizek; 'jp@jdfx.com'
Cc: Nolan Schiff; Wendy Swarens
Subject: RE: James Pieron

James,

Re: [SPAM] - RE: IB Technologies acct - Embedded GIF

Page 18 of 19

Can you provide Meredith with the following?

Meredith.

You can use sales code 181.

Thanks.

Bruce

<image002.gif>

Bruce Pollack, Vice President Forex Division

190 S. LaSalle St., 7th Floor

Chicago, IL 60603
312-775-3486 | 312-775-3095 fax

<image003.gif>

---

From: Meredith Parizek
Sent: Tuesday, July 07, 2009 1:54 PM
To: Bruce Pollack
Subject: James Pieron

Bruce.

To open the account for James Pieron, I will need:

Photo ID

W8

Sales code

Own Funds letter

What is his job?

Thank you!

9/28/2009

PFG000625

**Jennifer Elwood**

| | |
|---|---|
| From: | newaccounts@pfmail.com |
| Sent: | Friday, February 15, 2008 3:36 PM |
| To: | Jennifer Elwood; nsrt@jdfx.com; trevorc@popp.net; maryanne@folioadmin.com; ruby@folioadmin.com |
| Subject: | PFG New Live Forex Account |

Congratulations James D. Pieron.
Welcome to PFG, Inc. This e-mail is to confirm your new account has been opened, you will
find login details and account specific information below. Should you ever have any
questions regarding your account please feel free to contact customer support at
312-775-3572.

WEBSITE LOGIN:
Username: FD864
Password: gergw3
URL: https://www.pfgforex.com

ACCOUNT INFORMATION:
Forex Account: FD864
James D. Pieron
Usteristrass9
8001 Zurich, CH,
Switzerland
e-mail: nsrt@jdfx.com
Phone: 41434436900

Broker: (BF186) - UBS Diversified, LLC
POA:
IRA:
Letter of Direction:

FUNDING INFORMATION:
If you have not yet funded your account please click the link below in order to access our
account funding instructions:
https://www.pfgforex.com/ClientServices/FundingAccount.aspx

Foreign Exchange ("Forex") transactions entered into with PFG are not traded on an
exchange. Therefore, under the U.S. Bankruptcy Code, your funds may not receive the same
protections as funds used to margin or guarantee exchange-traded futures and options
contracts, which receive a priority in bankruptcy. Since that same priority has not been
given to funds used for off-exchange forex trading, if PFG becomes insolvent and you have
a claim for amounts deposited or profits earned on transactions with PFG, your claim may
not receive a priority. Without a priority, you are a general creditor and your claim will
be paid, along with the claims of other general creditors, from any monies still available
after priority claims are paid. Even customer funds that PFG keeps separate from its own
operating funds may not be safe from the claims of other general and priority creditors.

MANAGED ACCOUNT):
If you are a managed account customer or participating in an automated system you may
review your account via our online account access 24 hours per day through our website:
https://www.pfgforex.com
Select: Client Area from the menu on the left-hand side of the page and when prompted
enter your Login ID and password as noted above.

SELF-DIRECTED TRADER:
If you are a self directed trader (Placing trades on your own without a system on Trading
manager  you may access your account information through the webpage:
https://www.pfgforex.com/client

For further details, please visit our website: https://www.pfgforex.com

3

PFG000327

FA495    FD756
FC174      757
FD753      758
FD754     864
FD755     865

## Account Application

• Please print in ink    • Do not type    • Designate N/A for those areas that do not apply

**Check Only One**

☐ Individual          ☐ Trust                    ☐ General Partnership        ☐ Joint Tenants with Right of Survivorship
☐ Sole Proprietorship  ☒ Corporation/LLC        ☐ Limited Partnership        ☐ Joint Tenants in Common
☐ Pension Plan/IRA    ☐ Commodity Pool          ☐ Other _____

**ACCOUNT INFORMATION**
Account Title: _____ JDFX Fund Ltd _____
Account Mailing Address: Ustegastrass 9, 8001 Zurich, CH   Switzerland
Telephone number for account transaction information: +41 43 443 6900
E-mail Address: nsct@jdfx.com

**CUSTOMER INFORMATION**
This form is to be completed for each participant in the account, individually, jointly, by all general partners, and by the corporate officers authorized to make trading decisions for the account. For the purpose of this document the term "Customer" always refers to the entity or person(s) for which this Application has been made, regardless of legal description. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. In addition to the following information, we may also ask to see your driver's license or other identifying documents.

**Individual #1:**
Full Name: James D. Peron                              Date of Birth: Oct 1, 1969
Street Address: Universitatstrasse 112                 Apartment/Suite: _____
City: Zurich          State: _____  Zip: 8006        Marital Status: S
Telephone: +41 43 443 6900   Soc. Sec. # or Tax ID#: ████████    2111
Number of Dependents: 0   Citizenship: U.S. Citizen ☐ Yes ☐ No. If so, what country? _____
Employer's Name: JDFX Technologies AG                  Years There: 4
Nature of Business: Software Development/IT            Position Held: CEO
Employer's Telephone: +41 43 443 6900   Employer's Address: Ustegastrasse 9, 8001 Zurich CH
If joint account, percentage of ownership: _____%

**Individual #2:**
Full Name: _____                       Date of Birth: _____
Street Address: _____                  Apartment/Suite: _____
City: _____  State: _____  Zip: _____           Marital Status: _____
Telephone: _____   Soc. Sec. # or Tax ID#: _____
Number of Dependents: _____ Citizenship: U.S. Citizen ☐ Yes ☐ No. If so, what country? _____
Employer's Name: _____                 Years There: _____
Nature of Business: _____              Position Held: _____
Employer's Telephone: _____   Employer's Address: _____
If joint account, percentage of ownership: _____%

(Attach a copy of this page for additional individuals on this account.)

v2.0.0605

PFG000328
026040

## Customer Agreement

The following confidential financial information is needed to open your account. Joint or Partnership Customers must provide combined financial information. For information on completing the following, see paragraph 24 of the Customer Agreement.

### ALL QUESTIONS MUST BE ANSWERED:

1. Annual Income (U.S. Dollars):
   ☒ Over $100,000
   ☐ $50,000 to $100,000
   ☐ $25,000 to $50,000
   ☐ If less than $25,000 - please complete the Net Income statement on page 3?

2. Net Worth (excluding equity in home) (U.S. Dollars):
   ☒ Over $100,000
   ☐ $50,000 to $100,000
   ☐ $35,000 to $50,000 - please complete the Net Worth statement on page 3?
   ☐ Less than $35,000

3. Liquid Net Worth (U.S. Dollars):
   ☒ Over $50,000
   ☐ $30,000 to $50,000
   ☐ $15,000 to $30,000
   ☐ Less than $15,000

4. Have you ever declared bankruptcy? ☐ Yes  ☒ No
   (If yes, please provide a copy of your Order or Discharge)

5. Do you have or ever had any other account with PFG? ☐ Yes  ☒ No
   If yes, account number:

6. Are you now or were you ever an NFA, NASD, CFTC or SEC member?
   ☐ Yes  ☒ No   If yes, Reg. Status and Sponsor:

7. Investment Experience - Must Check Yes or No
   Stocks/Bonds     ☐ Yes  ☒ No
   Funds            ☒ Yes  ☐ No
   Commodities      ☐ Yes  ☒ No
   Options          ☒ Yes  ☐ No

8. Is this a speculative or hedge account?   Speculative

9. Do you intend to trade security futures products ("SFPs")?
   ☐ Yes (See SFP risk disclosure on page 21) ☒ No
   If yes, what are your investment objective/risk tolerance?

   If your objective is to produce income, do you understand that there is risk of
   loss in trading these contracts? ☐ Yes  ☐ No

10. Are you a "control person" or an "affiliate" of a public company as
    defined by SEC Rule 144? This would include, but not necessarily
    limited to, 10% shareholders, policymaking executives and members
    of the Board of Directors.
    ☐ Yes  Trading Symbol:                    ☒ No
    Company Name:

11. Do you understand:
    a) Futures Trading? ☒ Yes  ☐ No
    b) Risk of Loss  ☒ Yes  ☐ No
    c) PFG's Margin Policy  ☒ Yes  ☐ No

12. Principal Bank Reference   JP Morgan Chase
    Branch:
    City/State:  New York, NY

13. Does any other person, other than the account owner(s) have the
    authority to trade this account?  ☐ Yes  ☒ No
    If yes, complete the Discretionary Account Documents.

14. Have you ever been party to an investigation, complaint or
    settlement with the NFA, CFTC, SEC, or other?
    ☐ Yes  ☒ No
    If yes, please explain:

15. Do you have a pending or have ever made a complaint regarding a
    past commodity futures or securities account?
    ☐ Yes  ☒ No.
    If yes, please explain:

16. Do you require duplicate statements?  ☐ Yes  ☒ No
    If yes, name and address:

17. PFG currently charges a postage and handling fee for each daily confirmation
    and monthly statement. If you do not wish to receive e-mail confirmations or
    statements, check the box below.
    ☐ I decline e-mail confirmations and agree to pay the postage and
    handling fee.

The undersigned hereby attest(s) and agree(s) that the above information is complete and accurate and authorize(s) PFG to verify any or all of the foregoing information. The undersigned further verifies that the above information was completed in Customer's own handwriting.

X _____
Customer Signature

Print Name:  James Pierson          Date: 24/9/07

X _____
Customer Signature

Print Name: _____          Date: _____

4

Peregrine Financial Group
190 S. LaSalle Street
7th Floor
Chicago, IL 60603

To:      The New Accounts Department

Please be advised that our corporate account is being traded with corporate funds only. We also do not solicit customer funds.

24/9/07
Date

James Precon
Print Name

Signature

Print Name

Signature

07 Jul 2009 20:03    JDFX                                                    P.3

| Form **W-8BEN** | Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding | |
|---|---|---|
| (Rev. February 2006) | ▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions. | OMB No. 1645-1621 |
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do not use this form for:**
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . Instead, use Form: W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . W-8ECI or W-8EXP
- Note: These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY
- Note: See instructions for additional exceptions.

**Part I**   Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| James Pieron | Switzerland |

3  Type of beneficial owner:  [✓] Individual   [ ] Corporation   [ ] Disregarded entity   [ ] Partnership   [ ] Simple trust
   [ ] Grantor trust   [ ] Complex trust   [ ] Estate   [ ] Government   [ ] International organization
   [ ] Central bank of issue   [ ] Tax-exempt organization   [ ] Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
   Universitatsstrasse 112

   City or town, state or province. Include postal code where appropriate.
   CH-8006, Zurich

| | Country (do not abbreviate) Switzerland |
|---|---|

5  Mailing address (if different from above)

   City or town, state or province. Include postal code where appropriate.

| | Country (do not abbreviate) |
|---|---|

| 6  U.S. taxpayer identification number, if required (see instructions) | 7  Foreign tax identifying number, if any (optional) |
|---|---|
| [ ] SSN or ITIN   [ ] EIN | |

8  Reference number(s) (see instructions)

**Part II**   Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):
   a  [✓] The beneficial owner is a resident of .......Switzerland....... within the meaning of the income tax treaty between the United States and that country.
   b  [ ] If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).
   c  [ ] The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).
   d  [ ] The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).
   e  [ ] The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article .......... of the treaty identified on line 9a above to claim a .......... % rate of withholding on (specify type of income): ..........
    Explain the reasons the beneficial owner meets the terms of the treaty article: ..........

**Part III**   Notional Principal Contracts

11  [ ] I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV**   Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1  I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2  The beneficial owner is not a U.S. person,
3  The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4  For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶  Signature of beneficial owner (or individual authorized to sign for beneficial owner)   Date (MM-DD-YYYY) 7-02-09   Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Z   Form **W-8BEN** (Rev. 2-2006)

   Printed on Recycled Paper

RECEIVED 07-07-'09 13:56   FROM-              TO-   PFGBEST.COM          P003/004



# FD865

PFG000435
026147

## Jennifer Elwood

| | |
|---|---|
| **From:** | newaccounts@pfmail.com |
| **Sent:** | Friday, February 15, 2008 3:40 PM |
| **To:** | Jennifer Elwood; nsrt@jdfx.com; trevorc@popp.net; maryanne@folioadmin.com; ruby@folioadmin.com |
| **Subject:** | PFG New Live Forex Account |

Congratulations James D. Pieron.
Welcome to PFG, Inc. This e-mail is to confirm your new account has been opened, you will find login details and account specific information below. Should you ever have any questions regarding your account please feel free to contact customer support at 312-775-3572.

WEBSITE LOGIN:
Username: FD865
Password: gergs
URL: https://www.pfgforex.com

ACCOUNT INFORMATION:
Forex Account: FD865
James D. Pieron
Usteristrass9
8001 Zurich, CH,
Switzerland
e-mail: nsrt@jdfx.com
Phone: 41434436900

Broker: (BF186) - UBS Diversified, LLC
POA:
IRA:
Letter of Direction:


FUNDING INFORMATION:
If you have not yet funded your account please click the link below in order to access our account funding instructions:
https://www.pfgforex.com/ClientServices/FundingAccount.aspx

Foreign Exchange ("Forex") transactions entered into with PFG are not traded on an exchange. Therefore, under the U.S. Bankruptcy Code, your funds may not receive the same protections as funds used to margin or guarantee exchange-traded futures and options contracts, which receive a priority in bankruptcy. Since that same priority has not been given to funds used for off-exchange forex trading, if PFG becomes insolvent and you have a claim for amounts deposited or profits earned on transactions with PFG, your claim may not receive a priority. Without a priority, you are a general creditor and your claim will be paid along with the claims of other general creditors, from any monies still available after priority claims are paid. Even customer funds that PFG keeps separate from its own operating funds may not be safe from the claims of other general and priority creditors.

MANAGED (ACCOUNT):
If you are a managed account customer or participating in an automated system you may review your account via our online account access 24 hours per day through our website: https://www.pfgforex.com
Select: Client Area from the menu on the left-hand side of the page and when prompted enter your Login ID and password as noted above.

SELF-DIRECTED TRADER:
If you are a self directed trader (Placing trades on your own without a system on Trading manager) you may access your account information through the webpage:
https://www.pfgforex.com/client

For further details, please visit our website: https://www.pfgforex.com

1

PFG000436
026148

FA495    FD756
FC170    757
FD783    758
FD754    864
FD755    865

**Account Application**

* Please print in ink    * Do not type    * Designate N/A for those areas that do not apply

## Check Only One

- ☐ Individual
- ☐ Trust
- ☐ General Partnership
- ☐ Joint Tenants with Right of Survivorship
- ☐ Sole Proprietorship
- ☑ Corporation/LLC
- ☐ Limited Partnership
- ☐ Joint Tenants in Common
- ☐ Pension Plan/IRA
- ☐ Commodity Pool
- ☐ Other _____

## ACCOUNT INFORMATION

Account Title: _JDFX Fund Ltd_

Account Mailing Address: _Usterstrass 9   8001 Zurich, CH   Switzerland_

Telephone Number for account transaction information: _+41 43 443 6900_

E-mail Address: _asct@jdfx.com_

## CUSTOMER INFORMATION

This form is to be completed for each participant in the account, individually, jointly, by all general partners, and by the corporate officers authorized to make trading decisions for the account. For the purpose of this document the term "Customer" always refers to the entity or person(s) for which this Application has been made, regardless of legal description. Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. In addition to the following information, we may also ask to see your driver's license or other identifying documents.

### Individual #1:

Full Name: _James D Pieron_    Date of Birth: _Oct 1, 1969_

Street Address: _Universitatstrasse 112_    Apartment/Suite: _____

City: _Zurich_    State: _____    Zip: _8006_    Marital Status: _S_

Telephone: _+41 43 443 6900_    Soc. Sec. # or Tax ID#: _███████ 2111_

Number of Dependents: _0_    Citizenship: U.S. Citizen ☑ Yes ☐ No. If no, what country? _____

Employer's Name: _JDFX Technologies AG_    Years There: _4_

Nature of Business: _Software Development / IT_    Position Held: _CEO_

Employer's Telephone: _+41 43 443 6900_    Employer's Address: _Usterstrasse 9, 8001 Zurich, CH_

If joint account, percentage of ownership _____ %

### Individual #2:

Full Name: _____    Date of Birth: _____

Street Address: _____    Apartment/Suite: _____

City: _____    State: _____    Zip: _____    Marital Status: _____

Telephone: _____    Soc. Sec. # or Tax ID#: _____

Number of Dependents: _____    Citizenship: U.S. Citizen ☐ Yes ☐ No. If no, what country? _____

Employer's Name: _____    Years There: _____

Nature of Business: _____    Position Held: _____

Employer's Telephone: _____    Employer's Address: _____

If joint account, percentage of ownership _____ %

(Attach a copy of this page for additional individuals of this account.)

v2.0.0603

PFG000437
020149

## Customer Agreement

The following confidential financial information is needed to open your account. Joint or Partnership Customers must provide combined financial information. For information on completing the following, see paragraph 24 of the Customer Agreement.

### ALL QUESTIONS MUST BE ANSWERED:

1. Annual Income (U.S. Dollars):
   - ☑ Over $100,000
   - ☐ $50,000 to $100,000
   - ☐ $25,000 to $50,000
   - ☐ If less than $25,000 - please complete the Net Income statement on page 37

2. Net Worth (excluding equity in home) (U.S. Dollars):
   - ☑ Over $100,000
   - ☐ $50,000 to $100,000
   - ☐ $35,000 to $50,000 - please complete the Net Worth statement on page 37.
   - ☐ Less than $35,000

3. Liquid Net Worth (U.S. Dollars):
   - ☑ Over $50,000
   - ☐ $30,000 to $50,000.
   - ☐ $15,000 to $30,000.
   - ☐ Less than $15,000

4. Have you ever declared bankruptcy? ☐ Yes ☑ No
   (If yes, please provide a copy of your Order of Discharge)

5. Do you have or ever had any other account with PFG? ☐ Yes ☑ No
   If yes, account number:

6. Are you now or were you ever an NFA, NASD, CBTC or SEC member?
   ☐ Yes ☑ No   If yes, Reg. Status and Sponsor:

7. Investment Experience – Must Check Yes or No
   | | |
   |---|---|
   | Stocks/Bonds | ☑ Yes ☐ No |
   | Funds | ☑ Yes ☐ No |
   | Commodities | ☐ Yes ☑ No |
   | Options | ☐ Yes ☐ No |

8. Is this a speculative or hedge account? _Speculative_

9. Do you intend to trade security futures products ("SFP")?
   ☐ Yes (See SFP risk disclosure on page 21) ☑ No
   If yes, what are you investment objective/risk tolerance?

   If your objective is to produce income, do you understand that there is risk of loss in trading these contracts? ☑ Yes ☐ No

10. Are you a "control person" or an "affiliate" of a public company as defined by SEC Rule 144? This would include, but not necessarily limited to, 10% shareholders, policy-making executives and members of the Board of Directors.
    ☐ Yes Trading Symbol: _____ ☑ No
    Company Name: _____

11. Do you understand:
    a) Futures Trading? ☑ Yes ☐ No
    b) Risk of Loss ☑ Yes ☐ No
    c) PFG's Margin Policy ☑ Yes ☐ No

12. Principal Bank Reference: J P Morgan Chase
    City/State: New York, NY

13. Does any other person, other than the account owner(s) have the authority to trade this account? ☐ Yes ☑ No
    If yes, complete the Discretionary Account Disclosures.

14. Have you ever been party to an investigation, complaint or proceeding with the NFA, CFTC, SEC, or other?
    ☐ Yes ☑ No
    If yes, please explain:

15. Do you have a pending or have ever made a complaint regarding a past commodity futures or securities account?
    ☐ Yes ☑ No
    If yes, please explain:

16. Do you require duplicate statements? ☐ Yes ☑ No
    If yes, name and address:

17. PFG currently charges a postage and handling fee for each daily confirmation and monthly statement. If you do not wish to receive e-mail confirmations or statements check the box below.
    ☐ I decline e-mail confirmations and agree to pay the postage and handling fee.

The undersigned hereby attest(s) and agree(s) that the above information is complete and accurate and authorize(s) PFG to verify any or all of the foregoing information. The undersigned further verifies that the above information was completed in Customer's own handwriting.

X _____
Customer Signature

Print Name: James Pieron          Date: 24/9/07

X _____
Customer Signature

Print Name: _____          Date: _____

Peregrine Financial Group
190 S. LaSalle Street
7th Floor
Chicago, IL 60603

To:      The New Accounts Department

      Please be advised that our corporate account is being traded with corporate funds only. We also do not solicit customer funds.

24/9/07
Date

James   Recon
Print Name

Signature

Print Name

Signature

07 Jul 2009 20:03    JDFX                                                    p.3

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** | |
|---|---|---|
| (Rev. February 2006) | ▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions. | |
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |

**Do not use this form for:**

| | | Instead, use Form: |
|---|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | | W-9 |
| • A person claiming that income is effectively connected with the conduct of a trade or business in the United States | | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | | W-8ECI or W-8EXP |
| **Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.* | | |
| • A person acting as an intermediary | | W-8IMY |
| **Note:** *See instructions for additional exceptions.* | | |

## Part I  Identification of Beneficial Owner (See instructions.)

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| James Pieron | Switzerland |

3 Type of beneficial owner:  ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust
☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization
☐ Central bank of issuer  ☐ Tax-exempt organization  ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
Universitaetstrasse 112

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| CH-8006, Zurich | Switzerland |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|

| 6 U.S. taxpayer identification number, if required (see instructions)  ☐ SSN or ITIN  ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|

8 Reference number(s) (see instructions)

## Part II  Claim of Tax Treaty Benefits (if applicable)

9 I certify that (check all that apply):

a ☑ The beneficial owner is a resident of _____ Switzerland _____ within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____.
Explain the reasons the beneficial owner meets the terms of the treaty article: _____

## Part III  Notional Principal Contracts

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.
Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ _____  7-JUL-09  _____
Signature of beneficial owner (or individual authorized to sign for beneficial owner)  Date (MM-DD-YYYY)  Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

*Printed on Recycled Paper*

RECEIVED 07-07-'09 13:56    FROM-                    TO-    PFGBEST.COM        P003/004

PFG000440



# FQ562

PFG000495
026207

**Ianewaccts**

| | |
|---|---|
| **From:** | New Accounts |
| **Sent:** | Friday, July 10, 2009 3:09 PM |
| **To:** | Wendy Swarens; Bruce Pollack |
| **Subject:** | RE: James Pieron |
| **Attachments:** | James Pieron.mht; Pieron checklist.mht |

The account is now open. The account number is FQ562.


Thanks!
Angelica


Ianewaccts,
3812 Cedar Heights Drive
Cedar Falls, IA  50613
319-553-2100 | 319-277-0880 fax


There is a substantial risk of loss in futures, futures options and forex trading!


-----Original Message-----
From: Wendy Swarens
Sent: Wednesday, July 08, 2009 7:54 AM
To: Meredith Parizek
Cc: Managed FX
Subject: FW: James Pieron

Attached is the 2nd acct request.  It came in on our fax.


-----Original Message-----
From: Bruce Pollack
Sent: Tuesday, July 07, 2009 2:19 PM
To: 'James Pieron'
Cc: Meredith Parizek; Wendy Swarens; Nolan Schiff
Subject: RE: James Pieron

Attached.


Bruce Pollack, Vice President Forex Division

190 S. LaSalle St., 7th Floor

Chicago, IL  60603
312-775-3486 | 312-775-3095 fax

PFG000496
026208