UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

                                            Case No. 18-CR-20489
-vs-                                    Judge Thomas L. Ludington

JAMES D. PIERON, JR,
       Defendant.
_____/

## DEFENDANT'S CORRECTED EXHIBIT 1032 (PT 2)

Defendant previously filed his trial exhibits. ECF No. 191. Because D EX 1032 included approximately 950 pages, only excerpts were filed. ECF No. 191-27, PageID.4422-4479; ECF No. 191-28, PageID.4480-4544). Because the documents previously filed omitted some relevant pages, Defendant is filing the attached corrected excerpts of D EX 1032 (pt 2).

                                                   s/Kenneth R. Sasse
                                                 Kenneth R. Sasse
                                                 Attorney for James D. Pieron
                                                 27 E. Flint St., 2nd Floor
                                                 Lake Orion, Michigan 48362
                                                 (248) 821-7325
                                                 (P24365)

July 24, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2021 I electronically filed the attached Memorandum with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Kenneth R. Sasse