UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                                      Case No. 18-CR-20489
-vs-                              Judge Thomas L. Ludington

JAMES D. PIERON, JR,
    Defendant.
_____/

**EXHIBITS TO SENTENCING MEMORANDUM**

| No. | Description |
|---|---|
| 1 | Komplique Personal Expense Account |
| 2 | Komplique tax returns (excerpts) |
| 3 | Summary of Navitas Investments tax returns |
| 4 | Summary of Komplique, Inc. tax returns |
| 5 | Summary of FBAR filings |
| 6 | U.S. Military Awards and Medals |
| 7 | U.S. Companies - Payroll, Withholding & Benefits |
| 8 | Summary of IRS tax payments |
| 9 | Memo of Interview of K Pavlik, CPA 5/15/2013 |
| 10 | Central Michigan University Diploma |

| | |
|---|---|
| 11 | 2013 IRS Amended K-1 (Krescent Media) |
| 12 | JDFX press & product reviews |

| | |
|---|---|
| 11 | 2013 IRS Amended K-1 (Krescent Media) |
| 12 | JDFX press & product reviews |