4:57 PM
08/07/17
Accrual Basis

## Transactions by Account
### As of December 31, 2012

### KOMPLIQUE

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Expense - JP** | | | | | | | | | | 0.00 |
| Check | 07/16/2010 | 88 | Stoneleigh-Burnham School | Personal Expense | James D Pieron | | PNC | 21,000.00 | | -135,744.77 |
| Check | 12/23/2010 | 1086 | Tulip City Air Service | Personal Expense | James D Pieron | | PNC | 29,805.79 | | -168,756.89 |
| Check | 02/28/2011 | 228 | Flickinger Wine | Personal Expense | James D Pieron | | PNC | 1,161.41 | | -177,185.68 |
| Check | 03/21/2011 | 264 | Flickinger Wine | Personal Expenses | James D Pieron | | PNC | 7,737.54 | | -184,923.22 |
| Check | 03/21/2011 | 265 | Flickinger Wine | Personal Expenses | James D Pieron | | PNC | 7,500.00 | | -192,423.22 |
| Check | 04/18/2011 | 286 | Cellar Hound | Personal Expense | James D Pieron | | PNC | 4,222.00 | | -196,645.22 |
| Check | 04/18/2011 | 287 | Cellar Hound | Personal Expense | James D Pieron | | PNC | 1,458.00 | | -198,103.22 |
| Check | 05/02/2011 | 383 | Liquor 1 | Personal Expense | James D Pieron | | PNC | 117.83 | | -198,221.05 |
| Check | 05/06/2011 | 1226 | Central Michigan Piano | Personal Expense | James D Pieron | | PNC | 20,000.00 | | -218,221.05 |
| Check | 07/15/2011 | 000 | VW | Personal Expense | James D Pieron | | PNC | 39,797.00 | | -271,474.39 |
| Check | 02/21/2012 | 790 | Rapid Air | Personal Expense | James D Pieron | | PNC | 6,008.86 | | -33,028.86 |
| Check | 04/23/2012 | 778 | Full Throttle Motor | Personal Expense | James D Pieron | | PNC | 6,401.64 | | -39,430.50 |
| Check | 06/08/2012 | 3 | James Pieron | Withdrawl | James D Pieron | | PNC Money Market | 20,000.00 | | -59,430.50 |



DEFENDANT'S EXHIBIT