## Summary of Navitas Investments Tax Returns

**2011: Navitas IRS Returns** (Gov't Discovery Bates #15134)
   Schedule K-1. Partner's Share of Income for Pieron. Loss of $1,754,864. (Bates #15140)
   Schedule K-1. Partner's Share of Income for Harrison. Loss of $1,826,491. (Bates #15144)

**2012 Navitas IRS Returns** (Gov't Discovery Bates #15471)
   Form 1065: U.S. Return of Partnership Income. Ordinary business loss of $3,026,989. (Bates #15471)

**2013 Navitas IRS Returns** (Gov't Discovery Bates #18188)
   Form 1065: U.S. Return of Partnership Income. Loss of $2,315,294.


DEFENDANT'S EXHIBIT 3