## Summary of Komplique, Inc. Tax Returns

**Komplique Inc 2009 Form 1120 Amended.** Total income: 0. Total deductions: $61,613. Taxable income: $-61,613. Filed: 12/10/12. Preparer: Andrews Hooper Pavlik. (Gov't Discovery Bates #166)

**Komplique Inc 2010 Form 1120.** Total income 0. Total deductions $262,261. Taxable income $-262,261. Preparer Kim D. Pavlik of Andrews, Hooper Pavlik PLC. Dated 12/10/12. (Gov't Discovery Bates #186)

**Komplique Inc 2011 Form 1120.** Total income: $7,448. Total deductions $727,044. Taxable income $-719,596. Preparer Kim D. Pavlik of Andrews, Hooper Pavlik PLC. Dated 12/10/12. (Gov't Discovery Bates #198)

**Komplique Inc 2012 Form 1120S.** Total income: $16,790. Total deductions: $273,557. Ordinary business income: $-256,767. Preparer Kim D. Pavlik of Andrews, Hooper Pavlik PLC. Dated 3/20/14. (Gov't Discovery Bates #210)

**Komplique Inc 2013 Form 1120S.** Total income: $136,289. Total deductions $146,227. Ordinary business income $-9,938. . Preparer Kim D. Pavlik of Andrews, Hooper Pavlik PLC. Dated 10-15-2014. (Gov't Discovery Bates #227)



DEFENDANT'S EXHIBIT 4