# FBAR SUMMARY 2005-2010
## 30 PAGE FILING

**FBAR SUMMARY - INCORRECT VERSION**

| Bank | Account | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Sub-Total |
|---|---|---|---|---|---|---|---|---|
| UBS | 206-251262.G0Z | 100,000 | 20,000 | 8,000,000 | 4,250,000 | 3,800,000 | 200,000 | 16,370,000 |
| UBS | 202-628697.60J | | 300,000 | 1,000,000 | 1,000,000 | 1,000,000 | | 3,300,000 |
| UBS | 273-240743.60X | | | 200,000 | 300,000 | 300,000 | 300,000 | 1,100,000 |
| UBS | 273-241260.60K | | | | 50,000 | 170,000 | 100,000 | 320,000 |
| UBS | 273-241255.60N | | | | 2,250,000 | 2,250,000 | | 4,500,000 |
| Credit Suisse | 925887-12 | | 500,000 | 9,250,000 | 9,250,000 | (250,000) | 350,000 | 19,600,000 |
| JPMorgan | 35981701 | | | 20,000,000 | 5,500,000 | 7,250,000 | 160,000 | 32,910,000 |
| Deutsche Bank | 10859266A | | | | 10,000,000 | 1,000,000 | | 11,000,000 |
| | | | | | | | **Total** | **89,100,000** |

**FBAR SUMMARY - CORRECT VERSION**

| Bank | Account | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Sub-Total |
|---|---|---|---|---|---|---|---|---|
| UBS | 206-251262.G0Z | 100,000 | 20,000 | 8,000,000 | 4,250,000 | 3,800,000 | 200,000 | 16,370,000 |
| UBS | 202-628697.60J | | 300,000 | 1,000,000 | 1,000,000 | 1,000,000 | | 3,300,000 |
| UBS | 273-240743.60X | | | 200,000 | 300,000 | 300,000 | 300,000 | 1,100,000 |
| UBS | 273-241260.60K | | | | 50,000 | 170,000 | 100,000 | 320,000 |
| UBS | 273-241255.60N | | | | 2,250,000 | 2,250,000 | | 4,500,000 |
| Credit Suisse | 925887-12 | | 500,000 | 9,250,000 | 9,250,000 | (750,000) | 350,000 | 20,100,000 |
| JPMorgan | 35981701 | | | 20,000,000 | 5,500,000 | 7,250,000 | 160,000 | 32,910,000 |
| Deutsche Bank | 10859266A | | | | 10,000,000 | 1,000,000 | | 11,000,000 |
| | | | | | | | **Total** | **89,600,000** |



DEFENDANT'S EXHIBIT 5