

UNITED STATES ARMY
THE SERGEANT MAJOR
WASHINGTON, D.C. 20310-0200



DACS-SM                                              25 January 1994

SUBJECT:  Letter of Recommendation

MEMORANDUM FOR United States Army Cadet Command, ATTN: Military Scholarship Selection Board, Fort Monroe, Virginia  23651

   It is with pleasure and confidence that I recommend Specialist James D. Pieron for consideration and selection for a scholarship to enroll in the Reserve Officer Training Corps.

   During the October 1993 Association of the United States Army (AUSA) conference in Washington, DC, I had the opportunity to meet Specialist Pieron who was a representative of the Defense Language Institute.  His selection to attend the conference is an indication of his superior record of accomplishment.  It is also tangible evidence that he is a mature, responsible, and professional Soldier who fully justifies the confidence of his chain of command.

   Prior to writing this recommendation, I validated my personal assessment by soliciting the comments of Specialist Pieron's First Sergeant and former Battalion Commander.  They very enthusiastically confirmed my impressions of this Soldier and stated they felt Specialist Pieron would make a fine Officer.  They also commented favorably on his take-charge, "can-do" attitude as testimony of his potential for success.

   Considering these attributes plus noting his personal and professional efforts toward self development and improvement, I feel confident he will excel as a member of ROTC, successfully completing both academic and military science programs, and continue to be an asset to our great Army and Nation.

   Army all the Way!   HOOAH!

                                    Richard A. Kidd
                                    Sergeant Major of the Army








# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO        Corporal James D. Pieron

FOR  meritorious service while serving as Administrative Noncommissioned Officer for HHC, Troop Command. His technical expertise and devotion to duty contributed immeasurably to the overall success of HHC in taking care of soldiers. CPL Pieron's outstanding performace of duty reflects great credit upon himself, his unit, and the United States Army.

FROM:  15 September 1992 to 31 May 1994

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    8th    DAY OF    June    19 94



Permanent Order #27-5
Defense Language Institute
Foreign Language Center
8 June 1994

FOR: SECRETARY OF THE ARMY
VLADIMIR SOBICHEVSKY
COL, SF
Commanding

DA FORM 4980-14, APR 81

 

# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO      SPECIALIST JAMES C. PIERON
          HHD, 21ST REPLACEMENT BATTALION

FOR

MERITORIOUS ACHIEVEMENT AS AN ADMINISTRATIVE SPECIALIST IN SUPPORT OF PROCESSING 4500 INDIVIDUAL READY RESERVISTS IN USAREUR. HIS DEDICATION TO DUTY AND PERFORMANCE BRINGS GREAT CREDIT UPON HIMSELF AND THE 21ST REPLACEMENT BATTALION.

FROM: 12 FEBRUARY 1991 to 28 FEBRUARY 1991

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 18TH DAY OF APRIL 19 91



STEVE B. STRIPPOLI
LTC, AG
Commanding

SECRETARY OF THE ARMY

DA FORM 4980-18, AUG 81



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL

TO

### SPC James D. Pieron, Jr.

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY
IN ACTIVE FEDERAL MILITARY SERVICE

FROM 7 November 1989 TO 6 November 1992



MARK J. CHOINIERE
CPT, MI
Commanding
Permanent Order # 102-2

DA FORM 4950, JAN 81




# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO  SPECIALIST JAMES C. PIERON JR.
    HHD, 21ST REPLACEMENT BATTALION

FOR  MERITORIOUS ACHIEVEMENT IN HIS EFFORTS TO ENTIRELY REBUILD THE
     DATA BASE AND FILE SYSTEMS IN COORDINATION WITH UNISYS
     CORPORATION.  HIS INITIATIVE AND DETERMINATION WERE INSTRUMENTAL IN
     THE RESTORATION OF THE DATA PROCESSING SYSTEM.  THIS ACCOMPLISHMENT
     REFLECTS GREAT CREDIT UPON HIM, THE 21ST REPLACEMENT BATTALION, AND
     THE UNITED STATES ARMY.  STRENGTH AND SERVICE!

FROM:  28 NOVEMBER 1991 TO 5 DECEMBER 1992

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS  18TH  DAY OF  JUNE  19 92



STEVE B. STRIPPOLI
LTC, AG
Commanding

SECRETARY OF THE ARMY

DA FORM 4980-18, AUG 81




# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO  SPECIALIST JAMES C. PIERION, JR.
    HHD, 21ST REPLACEMENT BATTALION

FOR MERITORIOUS SERVICE AS AN ASSISTANT SYSTEM ADMINISTRATOR WHILE ASSIGNED TO THE AUTOMATED DATA PROCESSING SECTION. HIS ABILITY TO ADAPT TO A DIVERSE AND HIGHLY TECHNICAL FIELD OF OPERATION BROUGHT GREAT CREDIT UPON HIM, 21ST REPLACEMENT BATTALION AND THE UNITED STATES ARMY EUROPE. STRENGTH AND SERVICE!

FROM: 15 FEBRUARY 1990 TO 1 SEPTEMBER 1992

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 28TH DAY OF AUGUST 19 92



JOHN S. RICHARD
LTC, AG
Commanding

SECRETARY OF THE ARMY

DA FORM 4980-18, AUG 81

# Honorable Discharge

from the Armed Forces of the United States of America

*This is to certify that*

JAMES DAYTON PIERON JR.   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   CORPORAL

*was Honorably Discharged from the*

# United States Army

on the **20TH** day of **SEPTEMBER 1993**. *This certificate is awarded as a testimonial of Honest and Faithful Service.*

*Charles M. Rucker*

CHARLES M. RUCKER   CPT   MI

DD FORM NO. 256A 1 MAY 50

# United States Army
# Noncommissioned Officer Academy



## To All Who Shall See These Presents, Greeting:
### Be it known that

**SPECIALIST JAMES D. PIERON**

### has successfully completed the
## PRIMARY LEADERSHIP DEVELOPMENT COURSE

While Attending the Noncommissioned Officer's Academy
Has Fully Demonstrated the Ability to Attain the High Standards
Demanded by the United States Noncommissioned Officer's Corps
And in Recognition Thereof is Designated

## Commandant's List

In testimony thereof, this

## Diploma

is hereby awarded at Fort Ord, California
on this the 16 TH day of JUNE 1993

_James M. Streeter_  
**JAMES M. STREETER, CSM, USA**  
Commandant

_Richard F. Timmons_  
**RICHARD F. TIMMONS, MG, USA**  
Commanding



# THE UNITED STATES OF AMERICA
## NATIONAL DEFENSE SERVICE MEDAL

AUTHORIZED BY EXECUTIVE ORDER NO. 10448 AND DEPARTMENT OF DEFENSE DIRECTIVE 1348.7

AWARDED TO

CORPORAL JAMES D. PIERON

UNITED STATES ARMY

FOR

HONORABLE SERVICE IN DEFENSE OF THE PEOPLE OF THE UNITED STATES OF AMERICA

GIVEN ON THIS   6TH   DAY OF   FEBRUARY 1994



*James G. Pennington*

James G. Pennington



# DEPARTMENT OF THE AIR FORCE

### RHEIN-MAIN AIR BASE

BY VIRTUE OF THE AUTHORITY VESTED IN ME AS SECRETARY OF THE AIR FORCE, I HAVE TODAY AWARDED THE

## OUTSTANDING UNIT AWARD

TO

SPECIALIST JAMES D. PIERON

21ST REPLACEMENT BATTALION

FOR

OUTSTANDING MERITORIOUS PERFORMANCE OF DUTIES DURING A DIFFICULT AND CHALLENGING MISSION UNDER EXTRAORDINARY CIRCUMSTANCES, HAVING DISPLAYED SUCH OUTSTANDING DEVOTION AND SUPERIOR PERFORMANCE OF THIS EXCEPTIONALLY DIFFICULT TASK.

GIVEN UNDER MY HAND
ON THIS   12TH   DAY OF   AUGUST 1992



*Howard B. Sloan*
Howard B. Sloan

AF.OUA-GB-426.1960




# UNITED STATES ARMY

## NONCOMMISSIONED OFFICER ACADEMY

## (PLC) SERGEANTS COURSE

### This is to Certify That

**SPECIALIST (P) JAMES D. PIERON**

HAS SUCCESSFULLY COMPLETED THE PRIMARY LEADERSHIP DEVELOPMENT COURSE, CONSISTING OF LEADERSHIP, MAP READING, LAND NAVIGATION, TRAINING MANAGEMENT, DRILL AND CEREMONY, WARFIGHTING AND IS NOW READY TO TRAIN AND LEAD INFANTRY UNITS.

In testimony thereof is awarded this

# Diploma

Given at the Fort Ord, California

on this 17th Day of June 1993





*James H Lowe*
JAMES HOWARD LOWE

FORM NCO REPRODUCTION 165.07.60



## UNITED STATES ARMY

## MILITARY POLICE

This is to Certify That

PRIVATE JAMES D. PIERON

787TH MILITARY POLICE UNIT

HAS SUCCESSFULLY COMPLETED ALL NECESSARY TRAINING MATERIAL AND HAS BEEN CERTIFIED IN ADVANCED MILITARY POLICE AND SECURITY TECHNIQUES INCLUDING ADVANCED WEAPONS HANDLING AND TACTICS, SELF DEFENSE AND FIREARMS TRAINING

## Diploma

COURSE NUMBER 1288-ASIV2 GIVEN AT FORT MCCLELLAN, ALABAMA

ON THIS 17TH DAY OF JUNE 1988


