## U.S. COMPANIES
## Payroll, Withholding, and Benefits

| Withholdings | IB TECHNOLOGIES | | ILQ US | | | | | | ILQ AU / BROKERMATE* | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
| Federal Withholding | 8,458.00 | 109,832.00 | 185,405.00 | 250,346.50 | 411,487.00 | 276,206.00 | 175,841.75 | 230,795.81 | 243,093.74 | 239,286.00 | 178,604.68 | 63,611.07 | 2,372,967.55 |
| Social Security Employee | 4,721.30 | 36,754.82 | 46,948.05 | 74,291.14 | 38,960.19 | 24,864.47 | 31,647.56 | 40,078.23 | 151,551.38 | 132,212.00 | 95,872.24 | 37,714.21 | 715,615.59 |
| MI - Withholding | 2,201.23 | 20,919.71 | 43,014.58 | 62,033.47 | 13,080.00 | - | 42,310.99 | 50,416.41 | 50,375.89 | 38,775.00 | 50,441.21 | 19,747.67 | 393,316.16 |
| GRNR | - | - | - | 735.38 | 85,718.05 | 58,587.16 | 3,887.81 | 6,110.38 | 6,947.74 | 5,099.00 | 11,789.92 | 7,198.46 | 186,073.90 |
| GRRES | - | - | - | 2,628.52 | 4,161.78 | 6,054.75 | 7,440.22 | 6,091.85 | 4,651.50 | 3,369.00 | 2,888.00 | - | 37,285.62 |
| Social Security Company | 4,721.30 | 36,754.82 | 69,304.28 | 109,667.91 | (6,208.13) | 7,651.51 | 31,647.56 | 40,078.23 | 151,551.38 | 132,212.00 | 95,872.24 | 37,714.21 | 710,967.31 |
| IL - Withholding | 10.00 | - | - | (11,887.51) | 1,606.05 | - | | | | | | | (10,271.46) |
| TX - Workforce Commission | | | | - | 3,159.00 | 1,458.00 | | | | | | | 4,617.00 |
| **Total Tax Revenue** | 20,111.83 | 204,261.35 | 344,671.91 | 487,815.41 | 551,963.94 | 374,821.89 | 292,775.88 | 373,570.91 | 608,171.63 | 550,953.00 | 435,468.29 | 165,985.62 | **4,410,572** |
| Medicare Employee | 1,104.18 | 9,776.09 | 17,767.80 | 26,057.21 | 156,695.69 | 103,269.40 | 7,401.46 | 11,100.08 | 38,388.47 | 31,917.00 | 23,568.91 | 8,820.06 | 435,866.34 |
| Medicare Company | 1,104.18 | 9,758.87 | 17,781.25 | 26,057.21 | 2,560.97 | 1,638.00 | 7,401.46 | 11,100.08 | 38,388.47 | 31,917.00 | 23,568.91 | 8,820.06 | 180,096.45 |
| MI - Unemployment Company | 1,246.05 | 4,094.58 | 5,215.98 | 6,174.75 | 38,960.19 | 24,864.47 | | | | | | | 80,556.02 |
| IL - Unemployment Company | | | - | 2,359.44 | 44,775.61 | 29,491.09 | | | | | | | 76,626.14 |
| Federal Unemployment | 397.65 | 1,712.46 | 1,445.71 | 2,007.36 | 156,695.69 | 103,269.40 | | | | | | | 265,528.27 |
| Health Benefits & Unemployment | 3,852.06 | 25,342.00 | 42,210.74 | 62,655.97 | 399,688.15 | 262,532.36 | 14,802.91 | 22,200.15 | 76,776.94 | 63,834.00 | 47,137.82 | 17,640.12 | **1,038,673** |
| **Total Salaries** | 76,159.65 | 692,245.35 | 1,163,750.37 | 1,804,710.61 | 2,872,007.90 | 1,773,893.92 | 814,324.42 | 1,384,486.81 | 1,463,400.06 | 1,291,235.23 | 1,634,383.53 | 616,489.86 | **15,587,088** |
| Employees HWM | 10 | 19 | 35 | 54 | 71 | 43 | 14 | 14 | 18 | 19 | 24 | 15 | 30 |
| Avg. Salary | 7,616 | 36,434 | 33,061 | 33,421 | 40,451 | 41,350 | 56,946 | 96,817 | 83,148 | 69,050 | 67,537 | 40,032 | 54,386 |

*ExcelHR Payroll Company

**DEFENDANT'S EXHIBIT 7**