# IRS TAX PAYMENTS

| NAME | TYPE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| ~~2008 - American Tax Solutions Filing~~ | ~~TAX~~ | ~~$267,829.00~~ | | $0.00 |
| 2009 - American Tax Solutions Filing | TAX | $125,490.00 | | ($125,490.00) |
| 2008 - CPA Pavlik Amendment | TAX | $365,082.00 | | ($490,572.00) |
| ~~2009 - CPA Pavlik Amendment~~ | ~~TAX~~ | ~~$74,272.00~~ | | ($490,572.00) |
| 2008 - 10 years Interest | INTEREST | $162,692.72 | | ($653,264.72) |
| 2009 - 10 years Interest | INTEREST | $52,450.73 | | ($705,715.45) |
| 2008 - File after due date Penality #1 | PENALTY | $60,261.52 | | ($765,976.97) |
| 2008 - Late Payment Penality #1 | PENALTY | $26,782.90 | | ($792,759.87) |
| 2008 - File after due date Penality #2 | PENALTY | $24,313.25 | | ($817,073.12) |
| 2008 - Late Payment Penality #2 | PENALTY | $28,585.83 | | ($845,658.95) |
| 2008 - Late Payment Penality #3 | PENALTY | $33,466.27 | | ($879,125.22) |
| 2008 - Failure to pre-pay Tax | PENALTY | $616.00 | | ($879,741.22) |
| 2009 - File after due date Penality | PENALTY | $28,235.25 | | ($907,976.47) |
| 2009 - Late Payment Penality #1 | PENALTY | $5,019.60 | | ($912,996.07) |
| 2009 - Late Payment Penality #2 | PENALTY | $26,352.90 | | ($939,348.97) |
| 2009 - Failure to pre-pay Tax | PENALTY | $3,004.54 | | ($942,353.51) |
| 2011 - Payments | PAYMENT | | $3,441.69 | ($938,911.82) |
| 2012 - Payments | PAYMENT | | $26,540.14 | ($912,371.68) |
| 2013 - Payments | PAYMENT | | $18,732.00 | ($893,639.68) |
| 2014 - Payments | PAYMENT | | $16,472.00 | ($877,167.68) |
| 2015 - Payments | PAYMENT | | $3,970.00 | ($873,197.68) |
| 2016 - Payments | PAYMENT | | $3,069.00 | ($870,128.68) |
| 2018 - Payments | PAYMENT | | $870,117.14 | ($11.54) |
| 2019 - Payments | PAYMENT | | $11.54 | ($0.00) |

**BALANCE** ($0.00)

