

# Central Michigan University

By authority of the Board of Trustees and upon the recommendation of the faculty confers upon

## James D. Pieron

the degree of

### Bachelor of Science

with all the rights and honors thereto appertaining. In Witness Whereof, the signatures of its officers are affixed this month of August, 1998.

_Paul H. Bruske_
Chair, Board of Trustees

_Leonard E. Plachta_
President

DEFENDANT'S EXHIBIT 10