**AS AMENDED**

| | | |
|---|---|---|
| PARTNER# 1 | | 651113 |
| Schedule K-1 (Form 1065) | **2013** | OMB No. 1545-0099 |
| Department of the Treasury Internal Revenue Service | For calendar year 2013, or tax year beginning 04/11/2013 ending 12/31/2013 | ☐ Final K-1    ☒ Amended K-1 |

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
46-2466475

**B** Partnership's name, address, city, state, and ZIP code
KRESCENT MEDIA, LLC
25 IONIA AVE. SW SUITE 400
GRAND RAPIDS       MI 49503

**C** IRS Center where partnership filed return
CINCINNATI, OH  45999-0011

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
JAMES D. PIERON JR.
38 COMMERCE APT 701
GRAND RAPIDS       MI 49503

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 35.000000% | 35.000000% |
| Loss | 35.000000% | 35.000000% |
| Capital | 35.000000% | 35.000000% |

**K** Partner's share of liabilities at year end:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Recourse $ 7,055

**L** Partner's capital account analysis:
Beginning capital account $ _____
Capital contributed during the year $ 1,000,900
Current year increase (decrease) $ -65,290
Withdrawals & distributions $ ( 146,125 )
Ending capital account $ 789,485

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book  ☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes," attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -64,560 | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | 33 | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| | | | A | | 1,051 |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | C* | | 763 |
| 12 | Section 179 deduction | | 19 | Distributions | |
| | | | A | | 146,125 |
| 13 | Other deductions | | 20 | Other information | |
| | | | A | | 33 |
| 14 | Self-employment earnings (loss) | | | | |
| A | | -64,560 | | | |
| C | | 64,443 | | | |

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2013
DAA

**DEFENDANT'S EXHIBIT** 11

AS AMENDED