UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                                            Case No. 18-cr-20489
-vs-                                    Judge Thomas L. Ludington

JAMES D. PIERON, JR.,
    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant James D. Pieron, Jr. appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered on August 19, 2021.

                                            s/Kenneth R. Sasse
                                            Kenneth R. Sasse
                                            Attorney for James D. Pieron
                                            Kenneth R Sasse PLLC
                                            27 E. Flint St., 2nd Floor
                                            Lake Orion, Michigan 48362
                                            (248) 821-7325
                                            (P24365)

Dated: August 31, 2021

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021 I electronically filed the Notice of Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Kenneth R. Sasse
Kenneth R. Sasse
Attorney for James D. Pieron
Kenneth R Sasse PLLC
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
(248) 821-7325
(P24365)

Dated: August 31, 2021