UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                            Case No. 1:18–cr–20489–TLL–PTM
                                                Hon. Thomas L. Ludington

James D. Pieron Jr.,

                Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on September 1, 2021.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ D. Peruski
                                                     Deputy Clerk

Dated:   September 1, 2021