UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:18-cr-20489

v.                                       Honorable Thomas L. Ludington

JAMES D. PIERON, JR,

       Defendant.
_____/

**STIPULATION AND ORDER TO EXTEND TIME TO REPORT TO INSTITUTION FOR SERVICE OF CUSTODIAL SENTENCE**

Whereas, Defendant James D. Pieron, Jr. is scheduled to report for service of his sentence at the Federal Prison Camp at Duluth, Minnesota on September 29, 2021; and,

Whereas, Defendant's son is scheduled to have a mass removed from his head and neck area at Spectrum Health Hospital, Grand Rapids, Michigan, on October 4, 2021 and Defendant seeks an extension of his reporting date to attend to his family during and after the surgery;

IT IS HEREBY STIPULATED AND AGREED that the date for Defendant's required self-reporting for service of his sentence be extended until October 20, 2021.

| | |
|---|---|
| s/Jules M. Deporre (w/consent) | s/Kenneth R. Sasse |
| Jules M. Deporre | Kenneth R. Sasse |
| Assistant U.S. Attorney | Attorney for James Pieron |
| 600 Church Street | 27 E. Flint Street, 2nd Floor |
| Flint, Michigan 48502 | Lake Orion, Michigan 48362 |
| (810) 766-5026 | (248) 821-7325 |
| jules.deporre@usdoj.gov | ksasse11@gmail.com |
| | |
| Dated: September 16, 2021 | Dated: September 16, 2021 |

It is so **ORDERED**.

Dated: September 23, 2021

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge