UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,           No. 18-20489
                                    Hon. Thomas L. Ludington
      Plaintiff,

vs.

JAMES D. PIERON, JR.

      Defendant.
_____/

**GOVERNMENT PROPOSED EXHIBITS 28, 30-33**

Defendant James D. Pieron, Jr., through counsel, files the following exhibits that were marked as Government exhibits, referred to on the record, but not introduced into evidence:

1. Govt Ex. 28 - 2009 Komplique Tax Return
2. Govt Ex. 30 - 2010 Komplique Tax Return
3. Govt Ex. 31 - 2011 Komplique Tax Return
4. Govt Ex. 32 - 2012 Komplique Tax Return
5. Govt Ex. 33 - 2013 Komplique Tax Return

s/Kenneth R. Sasse
Kenneth R. Sasse
Attorney for James D. Pieron, Jr.
Kenneth R Sasse PLLC
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
(248) 821-7325
(P24365)

Dated: January 12, 2022

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the attached document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Kenneth R. Sasse
Kenneth R. Sasse
Attorney for James D. Pieron, Jr.
Kenneth R Sasse PLLC
27 E. Flint St., 2nd Floor
Lake Orion, Michigan 48362
(248) 821-7325
(P24365)

Dated: January 12, 2022