17310005187213

1112

# Form 1120 — U.S. Corporation Income Tax Return

Department of the Treasury — Internal Revenue Service
For calendar year 2011 or tax year beginning _____, ending _____
► See separate instructions.

OMB No. 1545-0123

**2011**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name: **KOMPLIQUE, INC.**
Number, street, and room or suite no. If a P.O. box, see instructions.
**2625 DENISON DRIVE**
City or town, state, and ZIP code
**MT. PLEASANT        MI    48858**

B Employer identification number: **26-4822355**
C Date incorporated: **05/06/2009**
D Total assets (see instructions): **$ 378,318**

E Check if: (1) Initial return ☐  (2) Final return ☐  (3) Name change ☐  (4) Address change ☐

| | Income | | Amount |
|---|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0- | 1a | 0 |
| b | Gross receipts or sales not reported on line 1a (see instructions) | 1b | 12,758 |
| c | Total. Add lines 1a and 1b | 1c | 12,758 |
| d | Returns and allowances plus any other adjustments (see instructions) | 1d | |
| e | Subtract line 1d from line 1c | 1e | 12,758 |
| 2 | Cost of goods sold from Form 1125-A, line 8 (attach Form 1125-A) | 2 | 6,380 |
| 3 | Gross profit. Subtract line 2 from line 1e | 3 | 6,378 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | 1,070 |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions — attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 7,448 |

INTERNAL REVENUE SERVICE RECEIVED DEC 19 2012 SERVICE CENTER DIRECTOR COVINGTON, KY MAIL UNIT #129

| | Deductions (See instructions for limitations on deductions.) | | Amount |
|---|---|---|---|
| 12 | Compensation of officers from Form 1125-E, line 4 (attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | 24 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 10,518 |
| 17 | Taxes and licenses | 17 | |
| 18 | Interest | 18 | 6,358 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 12,326 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 27,559 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule)   SEE STMT 1 | 26 | 670,259 |
| 27 | **Total deductions.** Add lines 12 through 28 | 27 | 727,044 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -719,596 |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | |

| | Tax, Refundable Credits, and Payments | | Amount |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | -719,596 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2012 estimated tax ► ____ Refunded ► | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature]    Date: 12-DEC-12    Title: CEO

May the IRS discuss this return with the preparer shown below (see instructions) ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| KIM D. PAVLIK | Kim D Pavlik | 12/10/12 | ☐ | P00044903 |

Firm's name ► ANDREWS HOOPER PAVLIK PLC     Firm's EIN ► 38-3133790
Firm's address ► 5300 GRATIOT RD  SAGINAW, MI  48638-6035     Phone no. 989-497-5300

For Paperwork Reduction Act Notice, see separate instructions.
DAA

**GOVERNMENT EXHIBIT 31**

Form **1120** (2011)

00198

Form 1120 (2011) KOMPLIQUE, INC.  26-4822355  Page **2**

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form **1120** (2011)

DAA

00199

Form 1120 (2011) KOMPLIQUE, INC.     26-4822355     Page 3

## Schedule J — Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | |
|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 0 |
| 3 | Alternative minimum tax (attach Form 4626) | |
| 4 | Add lines 2 and 3 | 0 |
| 5a | Foreign tax credit (attach Form 1118) — 5a | |
| b | Credit from Form 8834, line 30 (attach Form 8834) — 5b | |
| c | General business credit (attach Form 3800) — 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) — 5d | |
| e | Bond credits from Form 8912 — 5e | |
| 6 | Total credits. Add lines 5a through 5e | |
| 7 | Subtract line 6 from line 4 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | |
| 9a | Recapture of investment credit (attach Form 4255) — 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) — 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) — 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) — 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) — 9e | |
| f | Other (see instructions—attach schedule) — 9f | |
| 10 | Total. Add lines 9a through 9f | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 0 |

### Part II—Payments and Refundable Credits

| | | |
|---|---|---:|
| 12 | 2010 overpayment credited to 2011 | |
| 13 | 2011 estimated tax payments | |
| 14 | 2011 refund applied for on Form 4466 | ( ) |
| 15 | Combine lines 12, 13, and 14 | |
| 16 | Tax deposited with Form 7004 | |
| 17 | Withholding (see instructions) | |
| 18 | Total payments. Add lines 15, 16, and 17 | |
| 19 | Refundable credits from: | |
| a | Form 2439 — 19a | |
| b | Form 4136 — 19b | |
| c | Form 3800, line 17c and Form 8827, line 8c — 19c | |
| d | Other (attach schedule—see instructions) — 19d | |
| 20 | Total credits. Add lines 19a through 19d | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 | |

## Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 424300 | | |
| b | Business activity ▶ WHOLESALE | | |
| c | Product or service ▶ APPAREL | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |

Form **1120** (2011)

| Form 1120 (2011) KOMPLIQUE, INC. | | 26-4822355 | Page 4 |
|---|---|---|---|

**Schedule K** Other Information continued (see instructions)

**5** At the end of the tax year, did the corporation: | Yes | No
---|---|---
**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) .................................................. | | X
If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.
If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? .................................. | | X
For rules of attribution, see section 318. If "Yes," enter:
(i) Percentage owned ▶ .................. and (ii) Owner's country ▶
(c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ............................ ▶ ☐
If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ ........................ 0

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ ... 1.

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .......................... ▶ ☒
If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ ............ **323,874**

**13** Are the corporation's total receipts (line 1c plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? ............................................................................... | | X
If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶$

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? .................. | | X
If "Yes," complete and attach Schedule UTP.

**15a** Did the corporation make any payments in 2011 that would require it to file Form(s) 1099 (see instructions)? ..................... | X |
**b** If "Yes," did or will the corporation file all required Forms 1099? .................................................................... | | X

Form **1120** (2011)

DAA

Form 1120 (2011)  KOMPLIQUE, INC.                                26-4822355                                Page 5

### Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 669,147 | | 224,128 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | 108,428 | | 92,900 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (att. sch.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach sch.) | | | | |
| 10a | Buildings and other depreciable assets | 107,000 | | 107,000 | |
| b | Less accumulated depreciation | 33,384 | 73,616 | 45,710 | 61,290 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach sch.) | | | | |
| 15 | Total assets | | 851,191 | | 378,318 |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. sch.) | | | | |
| 19 | Loans from shareholders | | 976,050 | | 1,230,591 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 1,000 | 1,000 | 1,000 | 1,000 |
| 23 | Additional paid-in capital | | 200,000 | | 200,000 |
| 24 | Retained earnings—Appropriated (att. sch.) | | | | |
| 25 | Retained earnings—Unappropriated | | -325,859 | | -1,053,273 |
| 26 | Adjustments to SH equity (att. sch.) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 851,191 | | 378,318 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -727,414 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation $ | |
| a | Depreciation $ | | | b Charitable contributions $ | |
| b | Charitable contributions $ | | | | |
| c | Travel and entertainment $ 7,818 | | | | |
| | | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | -719,596 | 10 | Income (page 1, line 28)—line 6 less line 9 | -719,596 |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -325,859 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | -727,414 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -1,053,273 | 8 | Balance at end of year (line 4 less line 7) | -1,053,273 |

Form **1120** (2011)

DAA

| Form **1125-A** (December 2011) Department of the Treasury Internal Revenue Service | Cost of Goods Sold ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, and 1065-B. | | OMB No. 1545-2225 |
|---|---|---|---|
| **Name** KOMPLIQUE, INC. | | **Employer Identification number** 26-4822355 | |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 108,428 |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) STMT 2 | 5 | -9,148 |
| 6 | Total. Add lines 1 through 5 | 6 | 99,280 |
| 7 | Inventory at end of year | 7 | 92,900 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 6,380 |

9a Check all methods used for valuing closing inventory:
 (i) ☐ Cost
 (ii) ☒ Lower of cost or market
 (iii) ☐ Other (Specify method used and attach explanation.) ▶
b Check if there was a writedown of subnormal goods ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d If the LIFO inventory method was used for this tax year, enter the amount of closing inventory computed under LIFO | 9d |
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions. Form **1125-A** (12-2011)

DAA

00203

**SCHEDULE G (Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

Name: **KOMPLIQUE, INC.**

Employer Identification number (EIN): **26-4822355**

**Part I** Certain Entities Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |

**Part II** Certain Individuals and Estates Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| JAMES PIERON | 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 | | 100.000 |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule G (Form 1120) (Rev. 12-2011)

DAA

00204

| Form **4562** | Depreciation and Amortization | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Including Information on Listed Property)<br>▶ See separate instructions. ▶ Attach to your tax return. | **2011**<br>Attachment Sequence No. **179** |

Name(s) shown on return  
KOMPLIQUE, INC.

Identifying number  
26-4822355

Business or activity to which this form relates  
REGULAR DEPRECIATION

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---:|
| 1 | Maximum amount (see instructions) | 1 | 500,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 ... 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2010 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2012. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2011 | 17 | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2011 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2011 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | 21 | 12,326 |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 12,326 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.  
DAA

Form **4562** (2011)

KOMPLIQUE, INC.     26-4822355

Form 4562 (2011)     Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

#### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? **X** Yes ☐ No    24b If "Yes," is the evidence written? ☐ Yes **X** No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ......... 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2009 MERCEDES SUV | 08/28/09 | 60.00% | 107,000 | 64,200 | 5.0 | 200DBHY | 12,326 | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........ 28 | | | | | | | 12,326 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................................... 29 | | | | | | | | |

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) ......... | 3,600 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ..... | 2,400 | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ................................... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ...................................... | 6,000 | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? ............................ | Yes X | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? .................. | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ..... | X | | | | | | | | | | | |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............ | | X |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .............. | | X |
| 39 Do you treat all use of vehicles by employees as personal use? .............................. | | X |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............ | | X |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) .............. | | X |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2011 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2011 tax year ........................................... 43 | | | | | |
| 44 Total. Add amounts in column (f). See the instructions for where to report ............... 44 | | | | | |

DAA     Form **4562** (2011)

00206

26-4822355 **Federal Statements**

### Statement 1 - Form 1120, Page 1, Line 26 - Other Deductions

| Description | Amount |
|---|---:|
| BANK CHARGES | $ 1,424 |
| FREIGHT & DELIVERY | 8,578 |
| INSURANCE | 4,431 |
| MISCELLANEOUS | 2,448 |
| PROFESSIONAL | 165,708 |
| OFFICE EXPENSE | 27,892 |
| OTHER GENERAL AND ADMIN | 3,280 |
| PROMOTIONAL | 276,485 |
| SUPPLIES | 10,848 |
| TRAVEL | 159,260 |
| UTILITIES | 2,086 |
| 50% OF MEALS & ENTERTAINMENT | 7,819 |
| TOTAL | $ 670,259 |

26-4822355

**Federal Statements**

### Statement 2 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| INVENTORY USED FOR PROMOTION | $ -9,148 |
| TOTAL | $ -9,148 |

2

Year Ending: December 31, 2011											26-4822355

Komplique, Inc.
2625 Denison Drive
Mt. Pleasant, MI 48858

## NOL Carryback Election

Under IRC Section 172(b)(3), the taxpayer elects to relinquish the entire two year carryback period with respect to any regular tax and AMT net operating loss incurred during the current tax year.