17316116078164

Form **1120S**
Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for an S Corporation**
► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0130

212

**2012**

For calendar year 2012 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date: 01/01/12 | **TYPE OR PRINT** Name: KOMPLIQUE, INC. | **D** Employer identification number: 26-4822355 |
| **B** Business activity code number (see instructions): 424300 | Number, street, and room or suite no. If a P.O. box, see instructions: 25 IONIA AVE SW STE 400 | **E** Date incorporated: 05/06/2009 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state, and ZIP code: GRAND RAPIDS MI 49503 | **F** Total assets (see instructions): $ 132,423 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☒ Yes ☐ No  If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☒ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ► 1

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 20,988 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 20,988 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 4,198 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 16,790 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 ► | 6 | 16,790 |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 4,292 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 4,746 |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest | 13 | 6,990 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 7,517 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | 27,486 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) SEE STMT 1 | 19 | 222,526 |
| 20 | Total deductions. Add lines 7 through 19 ► | 20 | 273,557 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -256,767 |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2012 estimated tax payments and 2011 overpayment credited to 2012 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2013 estimated tax ► Refunded ► | 27 | |

Stamps visible on form: "INTERNAL REVENUE SERVICE 310 RECEIVED APR 03 2014 BATCHING UNIT COVINGTON, KY"

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer [signed]  Date: 27-MAR-14  Title: OFFICER
May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name: KIM D. PAVLIK | Preparer's signature: [signed] Kim D. Pavlik | Date: 3/20/14 | Check if self-employed ☐  PTIN: P00044903 |
| Firm's name ► ANDREWS HOOPER PAVLIK PLC | | Firm's EIN ► 38-3133790 | |
| Firm's address ► 5300 GRATIOT RD  SAGINAW, MI  48638-6035 | | Phone no. 989-497-5300 | |

For Paperwork Reduction Act Notice, see separate Instructions.  Form **1120S** (2012)

DAA

GOVERNMENT EXHIBIT 32

00210

Form 1120S (2012) KOMPLIQUE, INC.  26-4822355  Page 2

### Schedule B — Other Information (see instructions)

| | Yes | No |
|---|---|---|
| 1 Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ | | |
| 2 See the instructions and enter the: a Business activity ▶ WHOLESALE  b Product or service ▶ APPAREL | | |
| 3 At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? | | X |
| 4 At the end of the tax year, did the corporation: | | |
| a Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| b Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| 5a At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| If "Yes," complete lines (i) and (ii) below. | | |
| (i) Total shares of restricted stock ▶ | | |
| (ii) Total shares of non-restricted stock ▶ | | |
| b At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| If "Yes," complete lines (i) and (ii) below. | | |
| (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ | | |
| 9 Enter the accumulated earnings and profits of the corporation at the end of the tax year.  $ | | |
| 10 Does the corporation satisfy both of the following conditions? | | |
| a The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | |
| b The corporation's total assets at the end of the tax year were less than $250,000 | X | |
| If "Yes," the corporation is not required to complete Schedules L and M-1. | | |
| 11 During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| If "Yes," enter the amount of principal reduction  $ | | |
| 12 During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 13a Did the corporation make any payments in 2012 that would require it to file Form(s) 1099? | X | |
| b If "Yes," did the corporation file or will it file required Forms 1099? | | X |

Form **1120S** (2012)

DAA

Form 1120S (2012) KOMPLIQUE, INC.     26-4822355     Page 3

### Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | -256,767 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | |
| | 3a | Other gross rental income (loss) | |
| | b | Expenses from other rental activities (attach statement) | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | |
| | 4 | Interest income | 110 |
| | 5 | Dividends: a Ordinary dividends | |
| | | b Qualified dividends | |
| | 6 | Royalties | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | b | Collectibles (28%) gain (loss) | |
| | c | Unrecaptured section 1250 gain (attach statement) | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | |
| | 10 | Other income (loss) (see instructions) Type ▶ | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | |
| | 12a | Charitable contributions | |
| | b | Investment interest expense | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ ... (2) Amount ▶ | |
| | d | Other deductions (see instructions) Type ▶ | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | |
| | b | Low-income housing credit (other) | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | |
| | d | Other rental real estate credits (see instructions) Type ▶ | |
| | e | Other rental credits (see instructions) Type ▶ | |
| | f | Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | |
| | g | Other credits (see instructions) Type ▶ | |
| Foreign Transactions | 14a | Name of country or U.S. possession ▶ | |
| | b | Gross income from all sources | |
| | c | Gross income sourced at shareholder level | |
| | | Foreign gross income sourced at corporate level | |
| | d | Passive category | |
| | e | General category | |
| | f | Other (attach statement) | |
| | | Deductions allocated and apportioned at shareholder level | |
| | g | Interest expense | |
| | h | Other | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | |
| | i | Passive category | |
| | j | General category | |
| | k | Other (attach statement) | |
| | | Other information | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | |
| | m | Reduction in taxes available for credit (attach statement) | |
| | n | Other foreign tax information (attach statement) | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | -3,269 |
| | b | Adjusted gain or loss | |
| | c | Depletion (other than oil and gas) | |
| | d | Oil, gas, and geothermal properties – gross income | |
| | e | Oil, gas, and geothermal properties – deductions | |
| | f | Other AMT items (attach statement) | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | |
| | b | Other tax-exempt income | |
| | c | Nondeductible expenses | 3,476 |
| | d | Distributions (attach statement if required) (see instructions) | |
| | e | Repayment of loans from shareholders | |

Form **1120S** (2012)

DAA

00212

Form 1120S (2012) KOMPLIQUE, INC.  26-4822355  Page 4

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---:|
| **Other Information** | | |
| 17a | Investment income | 17a 110 |
| b | Investment expenses | 17b |
| c | Dividend distributions paid from accumulated earnings and profits | 17c |
| d | Other items and amounts (attach statement) | |
| **Reconciliation** | | |
| 18 | Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 −256,657 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 224,128 | | 11,904 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | 92,900 | | 63,702 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) STMT 2 | | | | 620 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 107,000 | | 109,424 | |
| b | Less accumulated depreciation | 45,710 | 61,290 | 53,227 | 56,197 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 378,318 | | 132,423 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | 5,075 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) STMT 3 | | | | 38 |
| 19 | Loans from shareholders | | 1,230,591 | | 1,179,651 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 60,065 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital | | 200,000 | | 200,000 |
| 24 | Retained earnings | | −1,053,273 | | −1,313,406 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 378,318 | | 132,423 |

Form 1120S (2012)

DAA

00213

Form 1120S (2012) KOMPLIQUE, INC.     26-4822355     Page 5

### Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more – see instructions

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | -260,133 | 5   Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | |    a   Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6   Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | |    a   Depreciation $ | |
| b | Travel and entertainment $   3,476 | | | |
| | | 3,476 | 7   Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -256,657 | 8   Income (loss) (Schedule K, line 18). Line 4 less line 7 | -256,657 |

### Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions   STMT 4 | 110 | | |
| 4 | Loss from page 1, line 21 | ( 256,767 ) | | |
| 5 | Other reductions   STMT 5 | ( 3,476 ) | | |
| 6 | Combine lines 1 through 5 | -260,133 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -260,133 | | |

Form **1120S** (2012)

DAA

00214

| Form **1125-A** (Rev. December 2012) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B. ▶ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a. | OMB No. 1545-2225 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| KOMPLIQUE, INC. | 26-4822355 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 92,900 |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) STMT 6 | 5 | -25,000 |
| 6 | Total. Add lines 1 through 5 | 6 | 67,900 |
| 7 | Inventory at end of year | 7 | 63,702 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 4,198 |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☒ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶
b Check if there was a writedown of subnormal goods ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d If the LIFO inventory method was used for this tax year, enter the amount of closing inventory computed under LIFO    9d
e If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.      Form **1125-A** (Rev. 12-2012)

DAA

00215

| Form **7004** (Rev. December 2012) Department of the Treasury Internal Revenue Service | Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns ▶ File a separate application for each return. ▶ Information about Form 7004 and its separate instructions is at www.irs.gov/form7004. | | OMB No. 1545-0233 |
|---|---|---|---|
| **Print or Type** | Name KOMPLIQUE, INC. | | Identifying number 26-4822355 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) 25 IONIA AVE SW STE 400 | | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). GRAND RAPIDS MI 49503 | | |

**Note.** File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.

**Part I    Automatic 5-Month Extension**

1a Enter the form code for the return that this application is for (see below)

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II    Automatic 6-Month Extension**

b Enter the form code for the return that this application is for (see below)  **12**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ▶ ☐

If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III    All Filers Must Complete This Part**

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ▶ ☐

5a The application is for calendar year 20**12**, or tax year beginning _____, and ending _____.

b Short tax year. If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (see instructions-attach explanation)

| 6 | Tentative total tax | 6 | 0 |
|---|---|---|---|
| 7 | Total payments and credits (see instructions) | 7 | 0 |
| 8 | Balance due. Subtract line 7 from line 6 (see instructions) | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Form **7004** (Rev. 12-2012)

DAA

Schedule K-1 (Form 1120S) 2012         Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Shareholder's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Shareholder's Instructions
4. Interest income — Form 1040, line 8a
5a. Ordinary dividends — Form 1040, line 9a
5b. Qualified dividends — Form 1040, line 9b
6. Royalties — Schedule E, line 4
7. Net short-term capital gain (loss) — Schedule D, line 5
8a. Net long-term capital gain (loss) — Schedule D, line 12
8b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
8c. Unrecaptured section 1250 gain — See the Shareholder's Instructions
9. Net section 1231 gain (loss) — See the Shareholder's Instructions
10. Other income (loss)

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

11. Section 179 deduction — See the Shareholder's Instructions
12. Other deductions
    - A Cash contributions (50%)
    - B Cash contributions (30%)
    - C Noncash contributions (50%)
    - D Noncash contributions (30%)
    - E Capital gain property to a 50% organization (30%)
    - F Capital gain property (20%)
    - G Contributions (100%)  } See the Shareholder's Instructions
    - H Investment interest expense — Form 4952, line 1
    - I Deductions—royalty income — Schedule E, line 19
    - J Section 59(e)(2) expenditures — See the Shareholder's Instructions
    - K Deductions—portfolio (2% floor) — Schedule A, line 23
    - L Deductions—portfolio (other) — Schedule A, line 28
    - M Preproductive period expenses — See the Shareholder's Instructions
    - N Commercial revitalization deduction from rental real estate activities — See Form 8582 instructions
    - O Reforestation expense deduction — See the Shareholder's Instructions
    - P Domestic production activities information — See Form 8903 instructions
    - Q Qualified production activities income — Form 8903, line 7b
    - R Employer's Form W-2 wages — Form 8903, line 17
    - S Other deductions — See the Shareholder's Instructions

13. **Credits**
    - A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
    - B Low-income housing credit (other) from pre-2008 buildings
    - C Low-income housing credit (section 42(j)(5)) from post-2007 buildings
    - D Low-income housing credit (other) from post-2007 buildings  } See the Shareholder's Instructions
    - E Qualified rehabilitation expenditures (rental real estate)
    - F Other rental real estate credits
    - G Other rental credits
    - H Undistributed capital gains credit — Form 1040, line 71, box a
    - I Alcohol and cellulosic biofuel fuels credit
    - J Work opportunity credit  } See the Shareholder's Instructions
    - K Disabled access credit
    - L Empowerment zone and renewal community employment credit

| Code | | Report on |
|---|---|---|
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| O | Backup withholding | |
| P | Other credits | |

14. **Foreign transactions**
    - A Name of country or U.S. possession
    - B Gross income from all sources  } Form 1116, Part I
    - C Gross income sourced at shareholder level
    
    Foreign gross income sourced at corporate level
    - D Passive category
    - E General category  } Form 1116, Part I
    - F Other
    
    Deductions allocated and apportioned at shareholder level
    - G Interest expense — Form 1116, Part I
    - H Other — Form 1116, Part I
    
    Deductions allocated and apportioned at corporate level to foreign source income
    - I Passive category
    - J General category  } Form 1116, Part I
    - K Other
    
    Other information
    - L Total foreign taxes paid — Form 1116, Part II
    - M Total foreign taxes accrued — Form 1116, Part II
    - N Reduction in taxes available for credit — Form 1116, line 12
    - O Foreign trading gross receipts — Form 8873
    - P Extraterritorial income exclusion — Form 8873
    - Q Other foreign transactions — See the Shareholder's Instructions

15. **Alternative minimum tax (AMT) items**
    - A Post-1986 depreciation adjustment
    - B Adjusted gain or loss
    - C Depletion (other than oil & gas)  } See the Shareholder's Instructions and the Instructions for Form 6251
    - D Oil, gas, & geothermal—gross income
    - E Oil, gas, & geothermal—deductions
    - F Other AMT items

16. **Items affecting shareholder basis**
    - A Tax-exempt interest income — Form 1040, line 8b
    - B Other tax-exempt income
    - C Nondeductible expenses  } See the Shareholder's Instructions
    - D Distributions
    - E Repayment of loans from shareholders

17. **Other information**
    - A Investment income — Form 4952, line 4a
    - B Investment expenses — Form 4952, line 5
    - C Qualified rehabilitation expenditures (other than rental real estate) — See the Shareholder's Instructions
    - D Basis of energy property — See the Shareholder's Instructions
    - E Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
    - F Recapture of low-income housing credit (other) — Form 8611, line 8
    - G Recapture of investment credit — See Form 4255
    - H Recapture of other credits — See the Shareholder's Instructions
    - I Look-back interest—completed long-term contracts — See Form 8697
    - J Look-back interest—income forecast method — See Form 8866
    - K Dispositions of property with section 179 deductions
    - L Recapture of section 179 deduction
    - M Section 453(l)(3) information
    - N Section 453A(c) information
    - O Section 1260(b) information  } See the Shareholder's Instructions
    - P Interest allocable to production expenditures
    - Q CCF nonqualified withdrawals
    - R Depletion information—oil and gas
    - S Amortization of reforestation costs
    - T Section 108(i) information
    - U Other information

DAA

00217

| Form **4562** | | **Depreciation and Amortization** | | | OMB No. 1545-0172 |
|---|---|---|---|---|---|
| Department of the Treasury | | (Including Information on Listed Property) | | | **2012** |
| Internal Revenue Service (99) | | ▶ See separate instructions. | ▶ Attach to your tax return. | | Attachment Sequence No. **179** |

Name(s) shown on return
**KOMPLIQUE, INC.**

Identifying number
**26-4822355**

Business or activity to which this form relates
**REGULAR DEPRECIATION**

### Part I   Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 500,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2011 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2013. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2012 | 17 | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2012 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 2,424 | 5.0 | MQ | 200DB | 121 |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2012 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 7,396 |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 7,517 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.                Form **4562** (2012)
DAA

KOMPLIQUE, INC.     26-4822355

Form 4562 (2012)     Page **2**

### Part V — Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

#### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? **[X] Yes**   [ ] No    **24b** If "Yes," is the evidence written? **[X] Yes**   [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ... | | | | | | | 25 | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2009 MERCEDES SUV | 08/28/09 | 60.00 % | 107,000 | 64,200 | 5.0 | 200DBHY | 7,396 | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 7,396 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

#### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (do not include commuting miles) | 4,100 | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | 2,400 | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | 6,500 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | X | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | X | | | | | | | | | | | |

#### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | X |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| **39** Do you treat all use of vehicles by employees as personal use? | | X |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | X |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2012 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2012 tax year | | | | 43 | |
| **44** Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

DAA     Form **4562** (2012)

| 26-4822355 | **Federal Statements** |
|---|---|

### Statement 1 - Form 1120S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---:|
| CONSULTING | $ 10,000 |
| ACCOUNTING | 10,160 |
| BANK CHARGES | 3,034 |
| COMMISSIONS & FEES | 4,200 |
| FREIGHT & DELIVERY | 5,383 |
| LEGAL & PROFESSIONAL FEES | 44,995 |
| OFFICE EXPENSES | 11,953 |
| PROMOTIONAL | 37,828 |
| SOFTWARE SERVICES | 842 |
| SUPPLIES | 4,537 |
| TAXES & LICENSES | 1,390 |
| TRAVEL | 80,969 |
| UTILITIES | 3,759 |
| 50% OF MEALS & ENTERTAINMENT | 3,476 |
| TOTAL | $ 222,526 |

1

00220

| 26-4822355 | **Federal Statements** |
|---|---|

### Statement 2 - Form 1120S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| PREPAID EXPENSES | $ | $ 620 |
| TOTAL | $ 0 | $ 620 |

### Statement 3 - Form 1120S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| SALES TAX PAYABLE | $ | $ 38 |
| TOTAL | $ 0 | $ 38 |

26-4822355

## Federal Statements

### Statement 4 - Form 1120S, Page 5, Schedule M-2, Line 3(a) - Other Additions

| Description | Amount |
|---|---:|
| INTEREST INCOME | $ 110 |
| TOTAL | $ 110 |

### Statement 5 - Form 1120S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---:|
| DISALLOWED ENTERTAINMENT EXP | $ 3,476 |
| TOTAL | $ 3,476 |

4-5

00222

26-4822355 | **Federal Statements**

## Statement 6 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| INVENTORY USED FOR PROMOTION | $ -25,000 |
| TOTAL | $ -25,000 |

6

26-4822355

# Federal Statements
## James D. Pieron Jr.
### 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

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| PAGE 1 MEALS/ENTERTAINMENT | $ 3,476 |
| TOTAL | $ 3,476 |

Year Ending: December 31, 2012                                    26-4822355

Komplique, Inc.
25 Ionia Ave SW Ste 400
Grand Rapids, MI 49503

## Electing out of the Bonus Depreciation Allowance for All Eligible Depreciable Property

The taxpayer elects out of the first-year bonus depreciation allowance under IRC Section 168(k) for all eligible asset classes of depreciable property acquired after December 31, 2007. This election applies to all eligible depreciable property placed in service during the tax year.

00225

| | | | | 671112 |
|---|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | | OMB No. 1545-0130 |

**Schedule K-1 (Form 1120S)** 2012
Department of the Treasury
Internal Revenue Service
For calendar year 2012, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
26-4822355

**B** Corporation's name, address, city, state, and ZIP code
KOMPLIQUE, INC.
25 IONIA AVE SW STE 400
GRAND RAPIDS MI 49503

**C** IRS Center where corporation filed return
CINCINNATI, OH 45999

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
JAMES D. PIERON JR.
1916 CHURCHILL BLVD.
MT. PLEASANT MI 48858

**F** Shareholder's percentage of stock ownership for tax year ........ 100.000000 %

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -256,767 | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income 110 | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | 15 A | Alternative minimum tax (AMT) items -3,269 |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis 3,476 |
| 12 | Other deductions | | | |
| | | 17 A | Other information 110 | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.  Schedule K-1 (Form 1120S) 2012

DAA

00226