efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

Form **1120S**
Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0130

**2013**

For calendar year 2013 or tax year beginning 01-01-2013 ending 12-31-2013

A S election effective date: 01-01-2012
B Business activity code number (see instructions): 424300
C Check if Sch. M-3 attached

TYPE OR PRINT
Name: KOMPLIQUE INC
Number, street, and room or suite no. If a P.O. box, see instructions.: 25 IONIA AVE SW SUITE 400
City or town, state or province, country, and ZIP or foreign postal code: GRAND RAPIDS, MI 49503

D Employer identification number: 26-4822355
E Date incorporated: 05-06-2009
F Total assets (see instructions): $ 0

G Is the corporation electing to be an S corporation beginning with this tax year? Yes ✓ No If "Yes," attach Form 2553 if not already filed
H Check if: (1) ✓ Final return (2) Name change (3) Address change (4) Amended return (5) S election termination or revocation
I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 2

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| Section | Line | Description | Ref | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 2,000 | | |
| | b | Returns and allowances | 1b | | | |
| | c | Balance. Subtract line 1b from line 1a. | | | 1c | 2,000 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 434 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,566 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | 134,604 |
| | 5 | Other income (loss) (see instructions—attach statement) | | | 5 | 119 |
| | 6 | **Total income (loss).** Add lines 3 through 5. ▶ | | | 6 | 136,289 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions—attach Form 1125-E) | | | 7 | |
| | 8 | Salaries and wages (less employment credits) | | | 8 | |
| | 9 | Repairs and maintenance | | | 9 | |
| | 10 | Bad debts | | | 10 | |
| | 11 | Rents | | | 11 | 4,489 |
| | 12 | Taxes and licenses | | | 12 | |
| | 13 | Interest | | | 13 | |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 14 | 4,026 |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | | | 15 | |
| | 16 | Advertising | | | 16 | 1,204 |
| | 17 | Pension, profit-sharing, etc., plans. | | | 17 | |
| | 18 | Employee benefit programs | | | 18 | |
| | 19 | Other deductions (attach statement) | | | 19 | 136,508 |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ | | | 20 | 146,227 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | | 21 | -9,938 |
| Tax and Payments | 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
| | b | Tax from Schedule D (Form 1120S) | 22b | | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| | 23a | 2013 estimated tax payments and 2012 overpayment credited to 2013 | 23a | | | |
| | b | Tax deposited with Form 7004 | 23b | | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | d | Add lines 23a through 23c | | | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ | | | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| | 27 | Enter amount of line 26 **Credited to 2014 estimated tax** ▶ | Refunded ▶ | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ ****** Signature of officer | 2014-10-14 Date | ▶ OFFICER Title

May the IRS discuss this return with the preparer shown below

GOVERNMENT EXHIBIT 33

(see instructions)? ✓ Yes No

| Paid Preparer Use Only | Print/Type preparer's name<br>KIM D PAVLIK | Preparer's signature | Date<br>2014-10-15 | Check if self-employed | PTIN<br>P00044903 |
|---|---|---|---|---|---|
| | Firm's name ▶ ANDREWS HOOPER PAVLIK PLC | | | | Firm's EIN ▶ 38-3133790 |
| | Firm's address ▶ 5300 GRATIOT RD<br>SAGINAW, MI, 486386035 | | | | Phone no. (989) 497-5300 |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 11510H Form **1120S** (2013)

| Schedule B **Other Information** (see instructions) | Yes | No |
|---|---|---|
| **1** Check accounting method: **a** ☐ Cash **b** ☑ Accrual **c** ☐ Other (specify) ▶ | | |
| **2** See the instructions and enter the: **a** Business activity ▶ WHOLESALE **b** Product or service ▶ APPAREL | | |
| **3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | No |
| **4** At the end of the tax year, did the corporation: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | No |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | No |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If "Yes," complete (i) and (ii) below. | | No |
| (i) Total shares of restricted stock ▶ | | |
| (ii) Total shares of non-restricted stock ▶ | | |
| **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If "Yes," complete (i) and (ii) below. | | No |
| (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| **6** Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | No |
| **7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐<br>If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ | | |
| **9** Enter the accumulated earnings and profits of the corporation at the end of the tax year. $ | | |
| **10** Does the corporation satisfy **both** of the following conditions? | | |
| **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** The corporation's total assets at the end of the tax year were less than $250,000. | Yes | |
| If "Yes," the corporation is not required to complete Schedules L and M-1. | | |
| **11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | No |
| If "Yes," enter the amount of principal reduction. $ | | |
| **12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | No |
| **13a** Did the corporation make any payments in 2013 that would require it to file Form(s) 1099? | | No |

**b** If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . .

Form **1120S** (2013)

Form 1120S (2013) Page 3

**Schedule K — Shareholders' Pro Rata Share Items**

| Section | Line | Item | Box | | Line | Total amount |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | | | 1 | -9,938 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| | 4 | Interest income | | | 4 | 3 |
| | 5 | Dividends: a Ordinary dividends | | | 5a | |
| | | b Qualified dividends | 5b | | | |
| | 6 | Royalties | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | | |
| | c | Collectibles (28%) gain (loss) | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | 9 | |
| | 10 | Other income (loss) (see instructions). Type ▶ | | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | | 11 | |
| | 12a | Charitable contributions | | | 12a | |
| | b | Investment interest expense | | | 12b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ (2) Amount ▶ | | | 12c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | | 13a | |
| | b | Low-income housing credit (other) | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | | | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | | | 13e | |
| | f | Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | | | 13f | |
| | g | Other credits (see instructions) Type ▶ | | | 13g | |
| Foreign Transactions | 14a | Name of country or U.S. possession ▶ | | | | |
| | b | Gross income from all sources | | | 14b | |
| | c | Gross income sourced at shareholder level | | | 14c | |
| | | Foreign gross income sourced at corporate level | | | | |
| | d | Passive category | | | 14d | |
| | e | General category | | | 14e | |
| | f | Other (*attach statement*) | | | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | | | |
| | g | Interest expense | | | 14g | |
| | h | Other | | | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | | |
| | i | Passive category | | | 14i | |
| | j | General category | | | 14j | |
| | k | Other (attach statement) | | | 14k | |
| | | Other information | | | | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | | | 14m | |
| | n | Other foreign tax information (attach statement) | | | 14n | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | | 15a | -1,584 |
| | b | Adjusted gain or loss | | | 15b | -3,396 |
| | c | Depletion (other than oil and gas) | | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | | | 15e | |
| | f | Other AMT items (attach statement) | | | 15f | |

| Items Affecting Shareholder Basis | | | |
|---|---|---|---|
| 16a | Tax-exempt interest income | 16a | |
| b | Other tax-exempt income | 16b | |
| c | Nondeductible expenses | 16c | 5,014 |
| d | Distributions (attach statement if required) (see instructions) | 16d | |
| e | Repayment of loans from shareholders | 16e | 253,518 |

Form **1120S** (2013)

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income | 17a | 3 |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -9,935 |

| Schedule L Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash | | 11,904 | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | 63,702 | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | 620 | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 109,424 | | | |
| b Less accumulated depreciation | (53,227) | 56,197 | ( ) | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 132,423 | | 0 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 5,075 | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | 38 | | |
| 19 Loans from shareholders | | 1,179,651 | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 60,065 | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 1,000 | | |
| 23 Additional paid-in capital | | 200,000 | | |
| 24 Retained earnings | | -1,313,406 | | |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 132,423 | | |

**Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -29,749 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | 14,800 | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $5,014 | 5,014 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -9,935 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | -9,935 |

**Schedule M-2 Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -260,133 | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | 289,885 | | |
| 4 | Loss from page 1, line 21 | (9,938) | | |
| 5 | Other reductions | (19,814) | ( ) | |
| 6 | Combine lines 1 through 5 | | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | | | |

**Additional Data**

**Software ID:**
**Software Version:**
**EIN:** 26-4822355
**Name:** KOMPLIQUE INC

**F1120S - Special Condition Description:**

| Special Condition Description |
|---|

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return. ▶ Information about Form 4797 and its separate instructions is at www.irs.gov/form4797

OMB No. 1545-0184

**2013**

Attachment Sequence No. **27**

Name(s) shown on return
KOMPLIQUE INC

**Identifying number**
26-4822355

**1** Enter the gross proceeds from sales or exchanges reported to you for 2013 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) . . . **1**

**Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year** (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39. | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) | 9 | |

**Part II Ordinary Gains and Losses** (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| TELEVISION | 12-24-2012 | 04-15-2013 | 1,975 | 449 | 2,424 | |
| GOODWILL | 04-01-2013 | 04-15-2013 | 100,000 | | | 100,000 |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | ( ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | 34,604 |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | 134,604 |
| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below: | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions | 18a | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 | 18b | |

**Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255** (see instructions)

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | 2009 MERCEDES SUV | 08-28-2009 | 04-15-2013 |
| B | | | |
| C | | | |
| D | | | |

| | These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** *See line 1 before completing.*) | 20 | 42,000 | | | |
| 21 | Cost or other basis plus expense of sale | 21 | 64,200 | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 56,804 | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 7,396 | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 34,604 | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 56,804 | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | 34,604 | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Sections 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion (see instructions) | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 34,604 |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 34,604 |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

**Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less** (see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation (see instructions) | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report. | 35 | | |

Page 3 of 4

Form **4797** (2013)

https://eup.eps.irs.gov/mef/rrdprd/sdi/proxy/printSub 12/08/2015

00238

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

Form **1125-A**

(December 2012)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▸ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, and 1065-B.
▸ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a.

OMB No. 1545-2225

Name
KOMPLIQUE INC

Employer Identification Number
26-4822355

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 63,702 |
| 2 | Purchases | 2 | -63,268 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 434 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 434 |

9a Check all methods used for valuing closing inventory:

(i) Cost

(ii) ✓ Lower of cost or market

(iii) Other (Specify method used and attach explanation.) ▸

b Check if there was a writedown of subnormal goods ▸

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▸

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . 9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? Yes ✓ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation Yes ✓ No

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 55988R Form **1125-A**(12-2012)

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994 |
|---|---|---|

**TY 2013 Itemized Other Income (Loss) Schedule**

**Name:** KOMPLIQUE INC

**EIN:** 26-4822355

| Type | Amount |
|---|---|
| MISCELLANEOUS INCOME | 119 |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

Form **4562**
Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
**(Including Information on Listed Property)**

▶ See separate instructions. ▶ Attach to your tax return.

OMB No. 1545-0172
**2013**
Attachment Sequence No. 179

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| | REGULAR DEPRECIATION | 26-4822355 |

**Part I Election To Expense Certain Property Under Section 179**
***Note:** If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 500,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29. | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2012 Form 4562. | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions). | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2014 Add lines 9 and 10, less line 12. ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II Special Depreciation Allowance and Other Depreciation (Do not** include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III MACRS Depreciation (Do not** include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2013 | 17 | 328 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B—Assets Placed in Service During 2013 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2013 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV Summary** (see instructions.)

| | | |
|---|---|---|
| **21** Listed property. Enter amount from line 28 | **21** | 3,698 |
| **22 Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 4,026 |
| **23** For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 12906N Form **4562** (2013)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

***Note:*** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A—Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.)*

**24a** Do you have evidence to support the business/investment use claimed? ☑ Yes ☐ No **24b** If "Yes," is the evidence written? ☐ Yes ☑ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation/ deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2009 MERCEDES SUV | 2009-08-28 | 60.000 % | 107,000 | 64,200 | 5.0 | 200 DB-HY | 3,698 | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . **28** 3,698

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . **29**

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle1 | | (b) Vehicle2 | | (c) Vehicle3 | | (d) Vehicle4 | | (e) Vehicle5 | | (f) Vehicle6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) | 4,100 | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | 2,400 | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | 6,500 | | | | | | | | | | | |
| | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | Yes | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | Yes | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | No |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | No |
| **39** Do you treat all use of vehicles by employees as personal use? | | No |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of vehicles, and retain the information received? | | No |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | No |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2013 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

**43** Amortization of costs that began before your 2013 tax year . . . **43**

**44 Total.** Add amounts in column (f). See the instructions for where to report . . . **44**

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

## TY 2013 Other Deductions Schedule

**Name:** KOMPLIQUE INC
**EIN:** 26-4822355

| Description | Foreign Amount (should only be used when attached to 5471 Schedule C Line 16) | Amount |
|---|---|---|
| OUTSIDE SERVICES | | 3,585 |
| TELEPHONE | | 646 |
| POSTAGE | | 2,415 |
| AUTO EXPENSE | | 987 |
| ACCOUNTING | | 2,342 |
| BANK CHARGES | | 1,663 |
| LEGAL & PROFESSIONAL FEES | | 313 |
| OFFICE EXPENSES | | 34 |
| PHOTO/VIDEO | | 800 |
| PROMOTIONAL | | 35,378 |
| CPA/AUDIT | | 2,400 |
| WEBSITE DEVELOPMENT | | 412 |
| SALON FEES | | 1,443 |
| LOCATION FEES | | 164 |
| SOFTWARE | | 222 |
| SCHOLARSHIP | | 5,014 |
| SUPPLIES | | 11,772 |
| TRAVEL | | 60,946 |
| UTILITIES | | 657 |
| AUTHORIZE.NET FEES | | 301 |
| 50% OF MEALS & ENTERTAINMENT | | 5,014 |

| efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994 |
|---|---|---|

## TY 2013 Itemized Other Current Assets Schedule

**Name:** KOMPLIQUE INC
**EIN:** 26-4822355

| Corporation Name | Corporation EIN | Other Current Assets Description | Beginning Amount | Ending Amount |
|---|---|---|---|---|
| | | PREPAID EXPENSES | 620 | |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

## TY 2013 Itemized Other Current Liabilities Schedule

**Name:** KOMPLIQUE INC
**EIN:** 26-4822355

| Corporation Name | Corporation EIN | Description | Beginning Amount | Ending Amount |
|---|---|---|---|---|
| | | SALES TAX PAYABLE | 38 | |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

## TY 2013 Itemized Income Not Recorded on Books Schedule

**Name:** KOMPLIQUE INC
**EIN:** 26-4822355

| Description | Amount |
|---|---|
| PERS PORTION OF VEHICLE LOSS | 14,800 |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

**TY 2013 Accumulated Adjustments Account - Other Additions Schedule**

**Name:** KOMPLIQUE INC
**EIN:** 26-4822355
**Regulation:** IRC section 1368(e)(1)

| Type | Amount |
|---|---|
| NEGATIVE AAA UPON LIQUIDATION | 289,882 |
| INTEREST INCOME | 3 |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93316289040994

## TY 2013 Accumulated Adjustments Account - Other Reductions Schedule

**Name:** KOMPLIQUE INC
**EIN:** 26-4822355
**Regulation:** IRC section 1368(e)(1)

| Type | Amount |
|---|---|
| PERS PORTION OF VEHICLE LOSS | 14,800 |
| MEALS & ENTERTAINMENT | 5,014 |

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93567289044464

671113

✓ Final K-1 Amended K-1 OMB No. 1545-0130

**Schedule K-1 (Form 1120S)** **2013**

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax year beginning 01-01-2013 ending 12-31-2013

# Shareholder's Share of Income, Deductions, Credits, etc.

▸ See back of form and separate instructions.

## Part I Information About the Corporation

A Corporation's employer identification number
26-4822355

B Corporation's name, address, city, state, and ZIP code
KOMPLIQUE INC

25 IONIA AVE SW SUITE 400
GRAND RAPIDS, MI 49503

C IRS Center where corporation filed return
E-FILE

## Part II Information About the Shareholder

D Shareholder's identifying number
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

E Shareholder's name, address, city, state, and ZIP code
JAMES D PIERON JR
38 COMMERCE APT 701
GRAND RAPIDS, MI 49503

F Shareholder's percentage of stock ownership for tax year . . . . . . 99.800 %

For IRS Use Only

## Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -9,918 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | 3 |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | |
| | A | -1,581 |
| | B | -3,389 |
| 16 | Items affecting shareholder basis | |
| | C | 5,004 |
| | E | 253,518 |
| 17 | Other information | |
| | A | 3 |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Cat. No. 11520D    Schedule K-1 (Form 1120S) 2013

efile GRAPHIC print - DO NOT PROCESS | ORIGINAL DATA - Production | DLN: 93567289044474

671113

✓ Final K-1 Amended K-1 OMB No. 1545-0130

**Schedule K-1 (Form 1120S)** **2013**

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax year beginning 01-01-2013 ending 12-31-2013

## Shareholder's Share of Income, Deductions, Credits, etc.

▸ See back of form and separate instructions.

### Part I Information About the Corporation

**A** Corporation's employer identification number
26-4822355

**B** Corporation's name, address, city, state, and ZIP code
KOMPLIQUE INC

25 IONIA AVE SW SUITE 400
GRAND RAPIDS, MI 49503

**C** IRS Center where corporation filed return
E-FILE

### Part II Information About the Shareholder

**D** Shareholder's identifying number
APPLD FOR

**E** Shareholder's name, address, city, state, and ZIP code
A AL QATTAN

**F** Shareholder's percentage of stock ownership for tax year . . . . . . 0.200 %

For IRS Use Only

### Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -20 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | A -3<br>B -7 |
| 16 | Items affecting shareholder basis | C 10 |
| 17 | Other information | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S. Cat. No. 11520D Schedule K-1 (Form 1120S) 2013