# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 22, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

          Re:  Case No. 21-2899, *USA v. James Pieron, Jr.*
                Originating Case No. : 1:18-cr-20489-1

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                            Sincerely yours,

                                            s/Austin D. Tyree
                                              for Robin Baker, Case Manager

cc:  Mr. Jules M. DePorre
      Mr. Kenneth Robert Sasse

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-2899

_____

Filed: September 22, 2022

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMES D. PIERON, JR.

       Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 08/30/2022 the mandate for this case hereby issues today.

 COSTS: None