# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 26, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jun 26, 2023
DEBORAH S. HUNT, Clerk

Re:  James D. Pieron, Jr.
 v. United States
 No. 22-710
 (Your No. 21-2899)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk